BOONE
NEW WITNESS/EXHIBIT LIST

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

WILLIE BOONE

GOVERNMENT'S
EXHIBIT AND WITNESS LIST

Case Number: 22-CR-80175-ROSENBERG

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Rosenberg | Shannon O'Shea Darsch, Alexandra Chase | Howard Schumacher |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| October 30, 2023 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/30/23 | | X | Video - Walkthrough - 621 52nd Street |
| 2 | | 10/30/23 | | X | Photograph - Exterior of effiency |
| 2A | | 10/30/23 | | X | Photograph - Close-up - exterior of efficiency |
| 3 | | 10/30/23 | | X | Photograph - Mailboxes |
| 4 | | 10/30/23 | | X | Photograph - Exterior of green roof |
| 5 | | | | X | Photograph - Bicycles on exterior |
| 5A | | | | X | Photograph - Close-up - cash |
| 6 | | | | X | Photograph - Table |
| | | | | X | |
| 7A | | | | X | Photograph - Close-up - pills on table |
| 7B | | | | X | Photograph - Baggies with cocaine |
| 7C | | | | X | Photograph - Close-up - Switch |
| 7D | | | | X | Photograph - Baggies |
| 8 | | | | X | Photograph - Glock |
| 9 | | | | X | Photograph - Springfield |
| 10 | | | | X | Photograph - Samsung cell phone with notifications |
| 10A | | | | X | Photograph - Close-up - Samsung cell phone notifications |
| 11 | | | | X | Photograph - Baggie on shelf |
| 11A | | | | X | Photograph - Baggie with pills |
| 12 | | | | X | Photograph - Baggie on recliner |
| 13 | | 10/30/23 | | X | Glock, model 17, 9mm semi-automatic pistol |
| 14 | | 10/30/23 | | X | Springfield Armory Inc., model XD-S, 9mm semi-automatic pistol |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | vs. | WILLIE BOONE | CASE NO. 22-CR-80175-ROSENBERG |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 15 | | 11/1/31 10/30/23 | X | X | Five (5) swab samples - Glock pistol |
| 16 | | 11/1/31 10/30/23 | X | X | Five (5) swab samples - Springfield Armory pistol |
| 17 | | 10/31/23 | | X | Consent to Search form - DNA |
| 18 | | 10/31/23 | | X | Two DNA swabs taken from Willie Boone |
| 19 | | 10/31/23 | | X | One (1) dark colored Samsung phone with a cracked screen - 226314 |
| 20 | | 10/31/23 | | X | One (1) dark gray colored Samsung phone IMEI 357014536296254 - 226312 |
| 21 | | 10/31/23 | | X | Cellebrite report - Media Report - Images and Videos |
| 21A | | 10/31/23 | | X | Video: SELFIE.mp4 |
| 21B | | 10/31/23 | | X | Video: VID_25710315_210533_595.mp4 |
| 21C | | 10/31/23 | | X | Video: VID_25770728_181140_653.mp4 |
| 21D | | 10/31/23 | | X | Photo: 20220219_134304.jpg |
| 21E | | 10/31/23 | | X | Photo: IMG_20220225_225701_626.jpg |
| 21F | | 10/31/23 | | X | Photo: PART_1640678963284_IMG_5289.jpg |
| 21G | | 10/31/23 | | X | Photo: PART_1640701750502_IMG_5290.jpg |
| 22 | | 10/31/23 | | X | Cellebrite report - Texts |
| 23 | | 10/31/23 | | X | Cellebrite report - Texts with "Bo" |
| 24 | | 10/30/23 | | X | Black scale |
| 25 | | 10/31/23 | | X | $995 US currency |
| 26 | | 10/30/23 | | X | One bag of multiple tablets containing Eutylone |
| 27 | | 10/30/23 | | X | One bag with 11 capsules containing N-Pyrrolidino Etonitazene |
| 28 | | 10/30/23 | | X | One bag with 0.4 grams containing cocaine |
| 29 | | 11/1/23 | | X | National Firearms Registration and Transfer Record Search Certificate |
| 30A | | 10/31/23 | | X | DNA Profiles - Items |
| 30B | | 10/31/23 | | X | DNA Profiles - Known Standards |
| 31 | | 10/31/23 | | X | Stipulation - Drugs |
| 32 | | 10/31/23 | | X | Stipulation - Prior convictions |
| | | | | | WPBPD Officer Marcus Beesley |

Page __2__ of __3__ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. WILLIE BOONE | | | | | CASE NO. 22-CR-80175-ROSENBERG |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | WPBPD Detective Dusten Campbell |
| | | | | | WPBPD Detective Raphael Chaves |
| | | | | | ATF Firearms Enforcement Office Anthony Ciravolo |
| | | | | | PBSO Forensic Scientist Todd Cohen |
| | | | | | WPBPD CSI Aisha Eckroth |
| | | | | | ATF SA Mark Finnamore |
| | | | | | CSI Frederick Fischer |
| | | | | | PBSO Forensic Scientist La'Nisha Gittens |
| | | | | | ATF Firearms and Explosives Specialist Damon Wright |