We have reached a verdict.
We are filling out the form now.
　　　　　need Jurants to fill out
　　　　　　the form

22cr80175
court Exhibit 1