UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80175-CR-ROSENBERG

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) |
| **WILLIE BOONE,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### NOTICE OF FILING OF TRIAL EXHIBITS

Pursuant to Local Rule 5.3(b), the United States hereby files and attaches hereto the following trial exhibits in this matter.

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 1 | 2 | Photo - Exterior of efficiency |
| 2 | 2A | Photo - Close-up- exterior of efficiency |
| 3 | 3 | Photo - Mailboxes |
| 4 | 4 | Photo - Exterior of green roof |
| 5 | 5 | Photo - Bicycles on exterior |
| 6 | 5A | Photo - Close-up - cash |
| 7 | 6 | Photo - Table |
| 8 | 7A | Photo - Close-up - pills on table |
| 9 | 7B | Photo - Baggie with cocaine |
| 10 | 7C | Photo - Close-up - Switch |

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 11 | 7D | Photo - Baggies |
| 12 | 8 | Photo - Glock |
| 13 | 9 | Photo - Springfield |
| 14 | 10 | Photo - Samsung cell phone with notifications |
| 15 | 10A | Photo - Close-up - Samsung cell phone notifications |
| 16 | 11 | Photo - Baggie on shelf |
| 17 | 11A | Photo - Baggie with pills |
| 18 | 12 | Photo - Baggie on recliner |
| 19 | 13 | Glock, model 17, 9mm semi-automatic pistol |
| 20 | 14 | Springfield Armory Inc., model XD-S, 9mm semi-automatic pistol |
| 21 | 15 | Five (5) swab samples - Glock pistol |
| 22 | 16 | Five (5) swab samples - Springfield Armory pistol |
| 23 | 17 | Consent to Search form – DNA |
| 24 | 18 | Two DNA swabs taken from Willie Boone |
| 25 | 19 | One (1) dark colored Samsung phone with a cracked screen- 226314 |
| 26 | 20 | One (1) dark gray colored Samsung phone IMEI 357014536296254 - 226312 |
| 27 | 21 | One (1) dark gray colored Samsung phone IMEI 357014536296254 - 226312 |
| 28 | 21D | Photo - 20220219_134304 |
| 29 | 21E | Photo - IMG_20220225_225701_626 |
| 30 | 21F | Photo - PART_1640678963284_IMG_5289 |

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 31 | 21G | Photo - PART_1640701750502_IMG_5290 |
| 32 | 22 | Cellebrite report – Texts (Redacted) |
| 33 | 23 | Cellebrite report - Ownership Texts with Bo (Redacted_ |
| 34 | 24 | Black scale |
| 35 | 25 | $995 US currency |
| 36 | 26 | One bag of multiple tablets containing Eutylone |
| 37 | 27 | One bag with 11 capsules containing N-Pyrrolidino Etonitazene |
| 38 | 28 | One bag with 0.4 grams containing cocaine |
| 39 | 29 | National Firearms Registration and Transfer Record Search Certificate |
| 40 | 30A | DNA Profiles - Items |
| 41 | 30B | DNA Profiles - Known Standards |
| 42 | 31 | Stipulation - Drugs |

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 43 | 32 | Stipulation - Prior Convictions |

                        Respectfully submitted,

                        MARKENZY LAPOINTE
                        UNITED STATES ATTORNEY

By:    /s/ Shannon O'Shea Darsch
        SHANNON O'SHEA DARSCH
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 68566
        500 South Australian Avenue, Suite 400
        West Palm Beach, Florida 33401
        Tel: (561) 209-1027
        Shannon.Darsch@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                        /s/ Shannon O'Shea Darsch
                        SHANNON O'SHEA DARSCH
                        Assistant United States Attorney