



# Extraction Report - Samsung SM-S327VL Galaxy J3 Luna Pro

## Summary

| | |
|---|---|
| Cellebrite Physical Analyzer version | 7.62.2.9 |
| Report creation time | 10/24/2023 11:59:51 AM -04:00 |
| Time zone settings (UTC) | (UTC-05:00)  New_York  (America) |
| Examiner name | Detective Dusten Campbell |
| Location | West Palm Beach Digital Forenics Unit |
| Case number | 22-3076 |
| Evidence number | Item 002 |
| Department | West Palm Beach Police Department |
| Organization | SID |
| Investigator | Detective Ward |
| Crime type | Federal |

## Source Extraction

| Physical | |
|---|---|
| Extraction start date/time | 11/23/2022 2:14:45 PM(UTC-5) |
| Extraction end date/time | 11/23/2022 2:48:23 PM(UTC-5) |
| Unit identifier | 310235295 |
| UFED version | 7.59.0.128 |
| Internal version | 7.59.0.128 |
| Selected manufacturer | Samsung GSM |
| Selected device name | SM-S327VL Galaxy J3 Luna Pro |
| Machine name | 8193-WPW-DC |
| Connection type | Cable No. 100 |
| Is encrypted | True |
| Extraction type | Physical |
| Extraction ID | 82C50939-6FBC-457E-9BEE-B4A86AC0AB02 |
| Extraction (UFD) file data integrity | Intact |
| Time zone settings (ID) | _America/New_York |
| Time zone settings (ID) | _America/New_York |

**GOVERNMENT EXHIBIT**
**21**
22-80175-RLR

## Device Information

| Name | Value | Source |
|---|---|---|
| **Physical** | | |
| Model | SM-S327VL Galaxy J3 Luna Pro | |
| Vendor | Samsung GSM | |
| Bluetooth device name | Galaxy J3 Luna Pro | |
| Bluetooth device address | DC:74:A8:4E:F6:8F | |
| Android ID | 55805c319e52f1fb | |
| Mac Address | DC:74:A8:4E:F6:90 | |
| ICCID | 89148000003608543836 | |
| Mock locations allowed | False | |
| Location Services Enabled | True | |
| SIM Change Time | 12/22/2021 6:36:45 PM(UTC+0) | |
| Current SIM Operator | 311480 | |
| Current SIM Operator Name | Verizon | |
| Current SIM Phone Number | 3864144690 | |
| SIM Change Operation | 3 | |
| Current SIM Country ISO | us | |
| MSISDN | 3864144690 | |
| Carrier Name | No network connection | |
| Advertising ID #1 | fb562bda-6404-4170-ba87-fb5f2ff84ea7 | |
| Bluetooth MAC Address | DC:74:A8:4E:F6:8F | |
| Factory number | R28J72A7B3W,170717, | |
| Time Zone | (UTC-05:00) New_York (America) | |
| IMSI | 311480367980742 | |
| **Tethering** | | |
| Hotspot AP Name | AndroidAP | |
| Hotspot password required | glyn6372 | |

## Plugins

| # | Name | Author | Version |
|---|---|---|---|
| 1 | **PreProject** | Cellebrite | 2.0 |
| 2 | **UFED Logical Report Reader**<br>Reads the report generated by the UFED | Cellebrite | 2.0 |
| 3 | **Physical Analyzer Report Reader**<br>Reads report generated by the Physical Analyzer | Cellebrite | 2.0 |
| 4 | **ProjectProcessorFinisher** | Cellebrite | 2.0 |
| 5 | **PostProject** | Cellebrite | 2.0 |

## Contents

| Type | Included in report | Total |
|---|---|---|
| Timeline | 3 | 4 |
| Data Files | 15 | 44 |
|    Images | 12 | 41 |
|    Videos | 3 | 3 |

Timeline (3)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted |
|---|---|---|---|---|---|---|---|---|
| 1 | Images | | | | 12/28/2021 9:28:17 AM [Capture Time] | | PART_1640701750502_IMG_5290.jpg userdata (ExtX)/Root/data/com.android.providers.telephony/app_parts/PART_1640701750502_IMG_5290.jpg : 0x0 (Size: 322924 bytes) | |
| 2 | Images | | | | 2/19/2022 1:43:04 PM [Capture Time] | | 20220219_134304.jpg userdata (ExtX)/Root/media/0/DCIM/Camera/20220219_134304.jpg : 0x0 (Size: 1751711 bytes) | |
| 3 | Images | | | | 2/25/2022 10:56:54 PM [Capture Time] | | IMG_20220225_225701_626.jpg userdata (ExtX)/Root/media/0/Pictures/Instagram/IMG_20220225_225701_626.jpg : 0x0 (Size: 185386 bytes) | |

Data Files (15)

Images (12)

| # | File Info | Additional file info | Thumbnail | Deleted |
|---|---|---|---|---|
| 1 | Name: .thumbdata3--1967290299_embedded_104.jpg<br>Path: userdata (ExtX)/Root/media/0/DCIM/.thumbnails/.thumbdata3--1967290299/.thumbdata3--1967290299_embedded_104.jpg<br>MD5: 1dd3621555aed6b5bca3b42235358d5e<br>SHA256: 5006066987815fe92006a076e59fbb4e d25275613bbae5d26de75504650e8ab7 | Size (bytes): 2935<br>Source file: userdata (ExtX)/Root/media/0/DCIM/.thumbnails/.thumbdata3--1967290299 : 0x44D13D (Size: 4742711 bytes) | | |
| 2 | Name: 1645847823304.jpg<br>Path: userdata (ExtX)/Root/media/0/DCIM/.thumbnails/1645847823304.jpg<br>MD5: 4d198cf556ee7e4f00270c0941ebad67<br>SHA256: 1e17e008cdc44de636780e6b8c753e2c aa2f7d8d69c243da7a9e57c365905683 | Size (bytes): 15638<br>Created: 2/25/2022 10:57:03 PM(UTC-5)<br>Modified: 2/25/2022 10:57:03 PM(UTC-5)<br>Accessed: 2/25/2022 10:57:03 PM(UTC-5)<br>Source file: userdata (ExtX)/Root/media/0/DCIM/.thumbnails/1645847823304.jpg : 0x0 (Size: 15638 bytes) | | |
| 3 | Name: 20220219_134304.jpg<br>Path: userdata (ExtX)/Root/media/0/DCIM/Camera/20220219_134304.jpg<br>MD5: ec032d4bfe38c2a76aff73bcada9ae65<br>SHA256: 5429415fe9ad5f46f76700b5933442be 6e6ce6c29b9e4dc83fd0d4d8a41ff427 | Size (bytes): 1751711<br>Created: 2/19/2022 1:43:04 PM(UTC-5)<br>Modified: 2/19/2022 1:43:04 PM(UTC-5)<br>Accessed: 2/19/2022 1:43:04 PM(UTC-5)<br>Source file: userdata (ExtX)/Root/media/0/DCIM/Camera/20220219_134304.jpg : 0x0 (Size: 1751711 bytes)<br><br>Meta Data:<br>Camera Make: samsung<br>Camera Model: SM-S327VL<br>Capture Time: 2/19/2022 1:43:04 PM<br>Pixel resolution: 2576x1932<br>Resolution: 72x72 (Unit: Inch)<br>Orientation: Rotate 90 CW | | |
| 4 | Name: 5087662473988196382.0<br>Path: userdata (ExtX)/Root/media/0/Android/data/com.sec.android.gallery3d/cache/large/5087662473988196382.0<br>MD5: 30b6212dc01077d06e8b774dcaf99980<br>SHA256: d2572650d49d2c01bf3d2cc9fe092346 6318c440d2a6fd62462ae1ad8fcb3882 | Size (bytes): 197520<br>Created: 2/26/2022 12:03:57 AM(UTC-5)<br>Modified: 2/26/2022 12:03:57 AM(UTC-5)<br>Accessed: 2/26/2022 12:03:57 AM(UTC-5)<br>Source file: userdata (ExtX)/Root/media/0/Android/data/com.sec.android.gallery3d/cache/large/5087662473988196382.0 : 0x0 (Size: 197520 bytes) | | |

| | | | | | |
|---|---|---|---|---|---|
| 5 | Name:<br>Path:<br><br><br>MD5:<br>SHA256: | 925534437538773001.0<br>userdata (ExtX)/Root/media/0/Android/data/com.sec.android.gallery3d/cache/micro/925534437538773001.0<br>e62efc743ed363a742b59c9937d665ba<br>a8f0d08db3d6c06b41fd9947a9a753be 853e9b01f8899f292fde946a45a72e36 | Size (bytes):<br>Created:<br>Modified:<br>Accessed:<br>Source file | 54893<br>2/26/2022 12:03:50 AM(UTC-5)<br>2/26/2022 12:03:50 AM(UTC-5)<br>2/26/2022 12:03:50 AM(UTC-5)<br>userdata (ExtX)/Root/media/0/Android/data/com.sec.android.gallery3d/cache/micro/925534437538773001.0 : 0x0 (Size: 54893 bytes) | |
| 6 | Name:<br>Path:<br><br>MD5:<br>SHA256: | cross.0_embedded_135.jpg<br>userdata (ExtX)/Root/media/0/Android/data/com.sec.android.gallery3d/cache/cross.0/cross.0_embedded_135.jpg<br>95120cd795827755f517729e1b48e049<br>9a7b05bc79f267388c54c573d3fd7fb6 c627f5e0e8b0f323e8954d5f0a71afc7 | Size (bytes):<br>Source file | 33673<br>userdata (ExtX)/Root/media/0/Android/data/com.sec.android.gallery3d/cache/cross.0 : 0x342BDE (Size: 5001699 bytes) | |
| 7 | Name:<br>Path:<br><br>MD5:<br>SHA256: | cross.0_embedded_140.jpg<br>userdata (ExtX)/Root/media/0/Android/data/com.sec.android.gallery3d/cache/cross.0/cross.0_embedded_140.jpg<br>086ff5d49095d2f7f2fe47f042f8b052<br>80cb4db48a17267451ffbbf7d4402868 a99fd1a570cda0a4380b6345e495fb7c | Size (bytes):<br>Source file | 23972<br>userdata (ExtX)/Root/media/0/Android/data/com.sec.android.gallery3d/cache/cross.0 : 0x36987E (Size: 5001699 bytes) | |
| 8 | Name:<br>Path:<br><br>MD5:<br>SHA256: | cross.0_embedded_169.jpg<br>userdata (ExtX)/Root/media/0/Android/data/com.sec.android.gallery3d/cache/cross.0/cross.0_embedded_169.jpg<br>c0227be070f4f32b4076366d5f2a3fac<br>2bd12dfb186720dd1a49a0872f7721cf 86a6f51306c1192131e5ea3e5a3eca71 | Size (bytes):<br>Source file | 29152<br>userdata (ExtX)/Root/media/0/Android/data/com.sec.android.gallery3d/cache/cross.0 : 0x439AD9 (Size: 5001699 bytes) | |
| 9 | Name:<br>Path:<br><br>MD5:<br>SHA256: | cross.0_embedded_94.jpg<br>userdata (ExtX)/Root/media/0/Android/data/com.sec.android.gallery3d/cache/cross.0/cross.0_embedded_94.jpg<br>13671e70938e74a802c7ff35c485db06<br>e7e27b4d216e790d0d8a06553f5e3c82 807a7e22000ddc20e2c121e7b0fae6c3 | Size (bytes):<br>Source file | 24198<br>userdata (ExtX)/Root/media/0/Android/data/com.sec.android.gallery3d/cache/cross.0 : 0x233D10 (Size: 5001699 bytes) | |
| 10 | Name:<br>Path:<br><br>MD5:<br>SHA256: | IMG_20220225_225701_626.jpg<br>userdata (ExtX)/Root/media/0/Pictures/Instagram/IMG_20220225_225701_626.jpg<br>7967fc4f766f9c49a7e3603b6cec3aae<br>b3fffa7d3d4503d409d7a417e3b4ca1e a0560dcbb20a755f0c819c329f5482f7 | Size (bytes):<br>Created:<br>Modified:<br>Accessed:<br>Source file<br><br>Meta Data:<br>Capture Time:<br>Orientation: | 185386<br>2/25/2022 10:57:02 PM(UTC-5)<br>2/25/2022 10:57:02 PM(UTC-5)<br>2/25/2022 10:57:02 PM(UTC-5)<br>userdata (ExtX)/Root/media/0/Pictures/Instagram/IMG_20220225_225701_626.jpg : 0x0 (Size: 185386 bytes)<br><br>2/25/2022 10:56:54 PM<br>0 | |
| 11 | Name:<br>Path:<br><br>MD5:<br>SHA256: | PART_1640678963284_IMG_5289.jpg<br>userdata (ExtX)/Root/data/com.android.providers.telephony/app_parts/PART_1640678963284_IMG_5289.jpg<br>22eafcee6467b56ecfe0a69384df3086<br>325ef831567c6f667cecc29e098f6017 7a6ea12d2a69f1fc69ce04b9729f9ede | Size (bytes):<br>Created:<br>Modified:<br>Accessed:<br>Source file | 174722<br>12/28/2021 3:09:23 AM(UTC-5)<br>12/28/2021 3:09:23 AM(UTC-5)<br>12/28/2021 3:09:23 AM(UTC-5)<br>userdata (ExtX)/Root/data/com.android.providers.telephony/app_parts/PART_1640678963284_IMG_5289.jpg : 0x0 (Size: 174722 bytes) | |

| # | File Info | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| 12 | Name:<br>Path:<br><br><br>MD5:<br>SHA256: | PART_1640701750502_IMG_5290.jpg<br>userdata (ExtX)/Root/data/com.android.providers.telephony/app_parts/PART_1640701750502_IMG_5290.jpg<br>a63f9af9b6064227e5e229b2aa1008a0<br>760ba697a6678af7bbf55d5ad8fd7047<br>b20a1cc86425ef0de5db2f03a6251c07 | Size (bytes):<br>Created:<br>Modified:<br>Accessed:<br>Source file<br><br><br><br>Meta Data:<br>Capture Time:<br>Pixel resolution:<br>Orientation: | 322924<br>12/28/2021 9:29:10 AM(UTC-5)<br>12/28/2021 9:29:10 AM(UTC-5)<br>12/28/2021 9:29:10 AM(UTC-5)<br>userdata (ExtX)/Root/data/com.android.providers.telephony/app_parts/PART_1640701750502_IMG_5290.jpg : 0x0 (Size: 322924 bytes)<br><br>12/28/2021 9:28:17 AM<br>1170x2532<br>Horizontal (normal) | | |

Videos (3)

| # | File Info | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| 1 | Name:<br>Path:<br><br>MD5:<br>SHA256: | SELFIE.mp4<br>userdata (ExtX)/Root/data/com.instagram.android/cache/SELFIE.mp4<br>cac2fe55a0f19c6810c3bfeda14a7afa<br>8833a4af846a38b12fe5a562d70ccdb4<br>b04e64458920839856711c0b28dc8359 | Size (bytes):<br>Created:<br>Modified:<br>Accessed:<br>Source file | 5909548<br>3/3/2022 11:34:05 AM(UTC-5)<br>3/3/2022 11:34:20 AM(UTC-5)<br>3/3/2022 11:34:05 AM(UTC-5)<br>userdata (ExtX)/Root/data/com.instagram.android/cache/SELFIE.mp4 : 0x0 (Size: 5909548 bytes) | | |
| 2 | Name:<br>Path:<br><br>MD5:<br>SHA256: | VID_25710315_210533_595.mp4<br>userdata (ExtX)/Root/media/0/Movies/Instagram/VID_25710315_210533_595.mp4<br>b520a7f3bc13724b1283f6abe40d0870<br>d912a2f1d02d52c3bf7e676e1e4e69e0<br>b9a095b28f51208e5bc74900d46df6a4 | Size (bytes):<br>Created:<br>Modified:<br>Accessed:<br>Source file | 3826449<br>2/19/2022 1:08:45 AM(UTC-5)<br>2/19/2022 1:08:47 AM(UTC-5)<br>2/19/2022 1:08:45 AM(UTC-5)<br>userdata (ExtX)/Root/media/0/Movies/Instagram/VID_25710315_210533_595.mp4 : 0x0 (Size: 3826449 bytes) | | |
| 3 | Name:<br>Path:<br><br>MD5:<br>SHA256: | VID_25770728_181140_653.mp4<br>userdata (ExtX)/Root/media/0/Movies/Instagram/VID_25770728_181140_653.mp4<br>7851b03fefe06b0796d0fc4b3c7e5167<br>1870d6b203261b376b15d990ce2e621c<br>29fc09cbc3645e6f7ccc72f7ecd6a19d | Size (bytes):<br>Created:<br>Modified:<br>Accessed:<br>Source file | 5759142<br>1/24/2022 11:10:46 AM(UTC-5)<br>1/24/2022 11:10:51 AM(UTC-5)<br>1/24/2022 11:10:46 AM(UTC-5)<br>userdata (ExtX)/Root/media/0/Movies/Instagram/VID_25770728_181140_653.mp4 : 0x0 (Size: 5759142 bytes) | | |