**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-CR-80175-ROSENBERG

**UNITED STATES OF AMERICA,**          .
                                       .
Plaintiff,                             .
                                       .
          vs.                          .
                                       .
**WILLIE BOONE,**                      .   West Palm Beach, FL
                                       .   October 30, 2023
                                       .
Defendant.                             .


                    JURY TRIAL PROCEEDINGS
         BEFORE THE HONORABLE ROBIN L. ROSENBERG
              UNITED STATES DISTRICT JUDGE

                         VOLUME 1


APPEARANCES:


FOR THE PLAINTIFF:          **SHANNON O'SHEA DARSCH**
                            ALEXANDRA CHASE
                            **United States Attorney's Office**
                            500 S. Australian Avenue
                            Suite 400
                            West Palm Beach, FL 33401
                            561-209-1027

FOR THE DEFENDANT:          **HOWARD J. SCHUMACHER, ESQ.**
                            1 E Broward Boulevard
                            Suite 700
                            Fort Lauderdale, FL 33301
                            954-356-0477


Official Court Reporter:    Pauline A. Stipes
                            West Palm Beach/Ft. Pierce, Fl
                            HON. ROBIN L. ROSENBERG
                            561-803-3434


**Pauline A. Stipes, Official Federal Reporter**

```
1                            INDEX
2       RAPHAEL CHAVES
3       Direct Examination by Ms. Darsch        Page 132
4       Cross Examination by Mr. Schumacher     Page 167
5       Redirect Examination by Ms. Darsch      Page 193
6       Recross Examination by Mr. Schumacher   Page 200
7       AISHA ECKROTH
8       Direct Examination by Ms. Darsch        Page 201
9
10                           EXHIBITS
11                                   I.D.       Received
12          Government Exhibit 1                Page 138
            Government Exhibit 2                Page 147
13          Government Exhibit 3                Page 149
            Government Exhibits 4, 5,           Page 150
14            5-A, 6, 7 A through 7-D,
              8, 9, 10, 10-A, 11, 11-A, 12
15          Government Exhibits 24, 27, 28      Page 154
            Government Exhibit 26               Page 161
16          Government Exhibits 13, 14          Page 206
            Government Exhibits 15, 16    Page 236
17
18
19
20
21
22
23
24
25
```

**Pauline A. Stipes, Official Federal Reporter**

1          THE COURT:  All right.  Good morning.  You may be

2   seated.  I know everyone is working on their computer issues,

3   but let me get a few things on the record.

4          We are here in the matter of U.S.A. versus Willie

5   Boone, case number 22-CR-80175.  Let's have all counsel first

6   state their appearance for the record.

7          MS. DARSCH:  Good morning, your Honor, Shannon O'Shea

8   Darsch on behalf of the United States.  With me here today is

9   Alex Chase and my case agent, Matthew Ward.

10          THE COURT:  Good morning.

11          MR. SCHUMACHER:  Good morning, your Honor, may it

12   please the Court, Howard Schumacher on behalf of Mr. Boone.

13          THE COURTROOM DEPUTY:  He will be brought up shortly.

14          THE COURT:  Okay.  We won't get into anything

15   substantive.  I do have the Government's witness list.  Should

16   I have one from the Defense?

17          MR. SCHUMACHER:  No, your Honor.

18          THE COURT:  No exhibits, no witnesses?

19          MR. SCHUMACHER:  Correct.

20          THE COURT:  Okay.  Did we get the thumb drive from the

21   Government with the exhibits yet?

22          MS. DARSCH:  Yes, your Honor.  We are uploading the

23   signed stipulations onto the flash drive and onto our jury

24   computer.

25          THE COURT:  Okay, great.

                 Pauline A. Stipes, Official Federal Reporter

 1              Let me just see.  Mr. Schumacher, when Mr. Boone comes

 2    up, I will want to ask you about whether Mr. Boone is waiving

 3    his right to sidebar conferences.  If so, I have a written

 4    waiver.  We will give that to you, so that is something you can

 5    take up with Mr. Boone when he gets here.

 6              Just logistically, as soon as the jurors are ready we

 7    bring them in.  We have about 40, they will be seated in the

 8    back, so you will be able to turn your chairs around.  You will

 9    have a seating chart and the names of them.  I will go through

10    the initial 18 questions with them, copies of which you have,

11    with any followup that I deem appropriate in light of any

12    answer.

13              Then I will turn it over to each of you, Government

14    for 15 minutes, you will let me know if you need more time, and

15    same with the Defense.  After that, we will excuse the jurors

16    and give you time to review your notes, and then we will go

17    through the selection process and we will pick our initial 12.

18    No back strike.  And then we will endeavor to get two

19    alternates if we can, one additional peremptory for the two

20    alternates.

21              Mr. Schumacher, did you want to say something?

22              MR. SCHUMACHER:  Yes, Judge.  I filed some proposed

23    voir dire questions.  I don't know if --

24              THE COURT:  You did and I looked at all of them.  I

25    ended up including a version of one, number 14:  Do you have

1    any opinions about or have you had any experience with firearms

2    that would prevent you from basing your verdict solely on the

3    evidence?

4            I added that, but it doesn't preclude you from asking

5    questions that you submitted, as long as they are not

6    objectionable to the other side.  The fact that I didn't

7    include them doesn't mean that I have made any determination

8    other than what I felt was appropriate for me to ask versus

9    what counsel would ask.

10           MR. SCHUMACHER:  Thank you, Judge.

11           THE COURT:  Were there any logistical or

12   administrative matters you wanted to go over?

13           MR. SCHUMACHER:  Not from Defense, Judge, no.

14           MS. DARSCH:  No, your Honor.

15           THE COURT:  Just to get a sense from the Government,

16   who are your witnesses for today?

17           Let's assume we get through jury selection, I don't

18   know, by the morning or right after the lunch hour, and we

19   start with our -- how long are we expecting for opening, first

20   of all?

21           MS. DARSCH:  For the Government, about 15 minutes.

22           THE COURT:  Defense?

23           MR. SCHUMACHER:  That is satisfactory, Judge.

24           THE COURT:  15 minutes for the Defense.  Who would be

25   your first witnesses today?

Pauline A. Stipes, Official Federal Reporter

1          MS. DARSCH:  The Government's first witness would be

2    Detective Raphael Chaves from the West Palm Beach Police

3    Department, and if time permits, Crime Scene Investigator Aisha

4    Eckroth from the West Palm Beach Police Department.

5          THE COURT:  What is the last name?

6          MS. DARSCH:  Eckroth, E-C-K-R-O-T-H.

7          THE COURT:  How long do you think you will be with

8    Chavez?

9          MS. DARSCH:  About an hour.

10         THE COURT:  Okay.  How long do you think you will be

11   with Eckroth?

12         MS. DARSCH:  About an hour, hour and a half.

13         THE COURT:  Hypothetically, who is your third witness,

14   if we were to get to a third witness?

15         MS. DARSCH:  Our third witness would be Officer Marcus

16   Beesley.

17         THE COURT:  How do you spell the last name?

18         MS. DARSCH:  M-A-R-C-U-S, B as in boy, E-E-S-L-E-Y.

19         THE COURT:  Okay.  About how long with Beesley?

20         MS. DARSCH:  About 30 minutes.

21         THE COURT:  Okay.  So that would be a possible lineup

22   today should we even be able to get through all of them.  They

23   are all available?

24         MS. DARSCH:  Yes.

25         THE COURT:  Okay.  All right.  Let me let you continue

```
 1   to upload what you are working on.  Is there anything else
 2   anybody wanted to go over?
 3                MR. SCHUMACHER:  No.
 4                THE COURT:  We will wait for Mr. Boone.  They will
 5   bring him up.  Okay.
 6                We will take a brief recess until those things happen.
 7   Thanks.
 8         (Thereupon, a short recess was taken.)
 9                THE COURT:  Good morning, you may be seated.
10                All right, and for the record, good morning, Mr.
11   Boone.  Mr. Boone is now with us.
12                MR. SCHUMACHER:  Yes, your Honor.
13                THE COURT:  Yes, okay.  So, we will give you the
14   seating chart and the list.
15                THE COURTROOM DEPUTY:  They have that.
16                THE COURT:  Do I have that?
17                THE COURTROOM DEPUTY:  Yes.
18                THE COURT:  And a list of the jurors.  We have 40 of
19   them.  So, counsel and parties, ready for the Court to have the
20   jurors come up?
21                MR. SCHUMACHER:  Yes, Judge.
22                MS. DARSCH:  Yes, your Honor.
23                THE COURT:  Okay.
24                MR. SCHUMACHER:  Judge, the jurors are going to be in
25   the jury box and in the gallery?
```

1          THE COURT:  Yes.  I like to refer to the jurors by

2     their juror number, I don't use their names.  When you are

3     asking questions and following up with them, please be clear

4     about the juror number with whom you are speaking.

5          MR. SCHUMACHER:  You do not want us to refer to them

6     by their last names?

7          THE COURT:  No.  It is much easier to do it by the

8     number in my experience.  When I am referring to juror number

9     6, you know exactly who I am talking to, and likewise, we all

10    you know who you are talking to as opposed to the last name.

11    We do have 40 of them coming up.

12          You can move your chairs around so you will be able to

13    see the jurors.

14          I see Mr. Boone has waived his right to attend sidebar

15    conferences.  Counsel will attend those sidebar conferences on

16    his behalf.

17          (Thereupon, the jury venire entered the courtroom.)

18          THE COURT:  Good morning, everyone.  You may be

19    seated.

20          I want to welcome you tot the Federal courthouse.  My

21    name is Judge Robin Rosenberg and I am presiding over this

22    matter here today, and we are grateful for you to be here and

23    fulfill your service as prospective jurors in this case.

24          The case before the Court today is United States of

25    America versus Willie Boone, case number 22-CR-80175, and I

1    would like to begin by welcoming you and having the attorneys

2    who are here and the parties who are here introduce themselves

3    to you.

4           Each and every time anybody is introduced to you,

5    please listen carefully, as we would ask you to listen

6    carefully to everything, because I will then follow up to see

7    whether you know anyone who is involved in the case or whether

8    you know anything about the case.

9           Let me first ask, by a show of hands, is there anyone

10   who is not able to hear me clearly?  If you cannot hear me

11   clearly, please raise your hand.

12          Okay, seeing no hands.  Okay, I saw a hand in the back

13   row.  Can you hear me better now?

14          THE JUROR:  Yes.

15          THE COURT:  I will make a point of speaking very

16   clearly into the microphone.  It is a big courtroom, so if at

17   any time anybody cannot hear me, please raise your hand.  And

18   the same for counsel, make sure you are always speaking clearly

19   into the microphone so we can ensure everybody hears us.

20          To my left is the counsel table for the Government,

21   and I would like them to introduce themselves to you.

22          MS. DARSCH:  Good morning, my name is Shannon O'Shea

23   Darsch, I am an United States Attorney, I represent the United

24   States.  With me at counsel table is Assistant U.S. Attorney

25   Alexandra Chase and ATF Task Force Officer Matthew Ward.

Pauline A. Stipes, Official Federal Reporter

1          THE COURT:  Thank you.  By a show of hands is there

2   anyone here who knows anybody at the Government counsel table?

3   Seeing no hands.  Thank you.

4          And to my right, I am going to ask counsel to

5   introduce himself and who is at your table for the Defense, Mr.

6   Willie Boone.

7          MR. SCHUMACHER:  Ladies and gentlemen, good morning.

8   My name is Howard Schumacher, I'm a criminal defense attorney

9   here in the Southern District of Florida, no relation to the

10  car dealership.  I will get that right out in front.  It is my

11  privilege to be representing Willie Boone today, seated to my

12  right.

13         THE COURT:  Is there anybody here who knows anybody at

14  the Defense table?  Seeing no hands.

15         The other persons who you will see from time to time

16  in the courtroom are Court Security Officers, to whom we are

17  very grateful to make sure that everyone is always safe and

18  secure, and things are always orderly in the courtroom.  So

19  they will be coming and going throughout the days of the trial.

20         We have my courtroom deputy, Melanie Richardson, who

21  orchestrates the coming and going of our witnesses, of our

22  jurors, helps with exhibits, swearing witnesses in, and also

23  makes sure that everything goes very smoothly and efficiently

24  in the courtroom.

25         In front of me is Ms. Pauline Stipes, she is our court

 1    reporter.  It is important for us to know, for those of you who

 2    have not been in a courtroom before, that everything is taken

 3    down on the record.  So, Ms. Stipes is taking down everything

 4    that we say, all of us, including when you speak, and you will

 5    speak because you will have to answer a number of questions

 6    that I and the attorneys will pose to you.  We just want to

 7    make sure we are speaking clearly.

 8          We will be giving you a microphone.  When you answer

 9    questions, you don't respond with un-huh or uh-huh, or shake

10    our head because that does not get transcribed clearly on to a

11    record, and we want to make sure that everything is perfect

12    with respect to capturing everything that goes on in the

13    courtroom.

14          So, those are some preliminary comments I wanted to

15    make.

16          Now, importantly, the first part of any jury trial is

17    called the voir dire, or voir dire examination.  Now I am going

18    to ask Ms. Richardson to please administer the oath to each of

19    you.

20      (Thereupon, the jury panel was duly sworn.)

21          THE COURT:  Thank you.  Now, the purpose of the voir

22    dire examination is to attempt to determine if your verdict in

23    the case would in any way be influenced by any experiences you

24    may have had, any opinions that you currently hold, or any

25    special training or knowledge that you may possess.

```
1              Please understand that the questions that will be
2     asked of you by the Court and by the attorneys are not intended
3     to pry into your personal affairs or to embarrass you in any
4     way.  I hope that all of you understand that it is important
5     that we understand a little bit about your background so that
6     the attorneys can make an intelligent decision whether or not
7     this would be an appropriate case for you to serve.
8              The trial is estimated to last throughout this week.
9     It is unclear whether -- how many days exactly it will last,
10    but the expectation is that the trial will conclude this week.
11             We do generally start at 9:00 a.m. and we end anywhere
12    between 5:00 and 6:00 o'clock p.m.  It all depends on what
13    witnesses have come, and whether they are in the middle of
14    their testimony or not.  Sometimes if a witness has traveled
15    and is in the middle of testimony and it is the five o'clock
16    hour, we might try to conclude the testimony so the witness
17    doesn't necessarily have to come back, but we play it as it
18    comes day by day, and I try to give you a good sense of what
19    the schedule will look like.
20             Sometimes the first day feels long because we are
21    going to go through the jury selection, and once those of you
22    who are selected are seated, we then get into the case itself
23    with the evidence.  After that things tend to settle down and
24    perhaps the days are not necessarily as long, but I will keep
25    you posted as we proceed.
```

1          We take a mid-morning and a mid-afternoon break, we

2     take a lunch break, and that is pretty much the schedule.

3          When you are seated, you will get to move to the more

4     comfortable white chairs over there to my left.  Some of you

5     may think there is no way you can sit on those hard benches for

6     more than a day, but the white chairs are much more comfortable

7     and that, among others, is one of the privileges of being

8     seated as a juror in this case.

9          Speaking about privileges, I hope that you all

10    recognize that your jury service is a very important part of

11    citizenship.  It's a opportunity for you, the citizen, to

12    participate in the judicial process by which the rights and

13    liberties of your fellow citizens are determined.  It is a high

14    calling and I hope all of you would want to serve.  If you do

15    serve, you will find this to be a rewarding experience.

16         We do know that your time is valuable and we will do

17    everything we can to make sure that your time is not wasted.  I

18    am sure that each and every one of you has another place to be

19    today.  I am certain there are personal obligations and

20    professional obligations, but just about everybody who comes

21    into a courtroom who is asked to serve as a juror, and to be

22    honest, anybody asked to perform any kind of civil service or

23    civic duty generally has other obligations.

24         The idea of civil service and fulfilling one's civic

25    duty is that you for a brief period of time -- and believe me,

1   this is brief because even by trial standards, some trials can

2   go weeks or months.  To the extent that this trial may only

3   last a few days of this week is on the shorter end of many

4   trials.

5           Regardless, you have to understand that this is an

6   obligation as a citizen of this country to serve.  We would not

7   have a jury trial system without you.  The parties have waited

8   a long time to have this trial, so they are depending on you as

9   prospective fair and impartial jurors to serve the role that

10  you are called upon if you are selected to serve in this case.

11          Now, I want to summarize the charges in this case.

12  The charges are set forth in a document called an indictment.

13          Let me emphasize that the indictment is merely a

14  formal charge against the Defendant, Mr. Willie Boone.  It is

15  an accusation and the indictment is not evidence and is not to

16  be considered by you as proof of guilt.

17          In this case, the Government alleges that the

18  Defendant, Willie Boone, conspired with others to possess with

19  intent to distribute certain drugs.  And I actually should have

20  asked counsel in the beginning, because the pronunciation of

21  them is actually quite long.

22          Can I ask counsel to pronounce, so I don't get that

23  wrong on the record, the four controlled substances that are at

24  issue in this case?

25          MS. DARSCH:  Yes.  It's N-pyrrolidinoetonitazene,

Pauline A. Stipes, Official Federal Reporter

1    methylenedioxymethamphetamine, cocaine, and butylone.

2            THE COURT:  Which are all controlled substances.

3    Thank you.

4            The Government further alleges that on March 3, 2022,

5    Willie Boone possessed with intent to distribute those

6    substances, but not the -- let me ask the Government to

7    pronounce the ones that on March 3, 2022 Mr. Boone possessed

8    with intent to distribute as alleged in the indictment.

9            MS. DARSCH:  N-pyrrolidinoetonitazene, cocaine, and

10   butylone.

11           THE COURT:  Thank you.

12           The Government further alleges that on March 3, 2022,

13   Willie Boone knowingly possessed a firearm in furtherance of a

14   drug trafficking crime.  The Government alleges that the

15   firearm was a machinegun which is commonly referred to as a

16   Glock switch.

17           The Government also alleges that on March 3, 2022,

18   Willie Boone knowingly possessed a firearm in and affecting

19   interstate and foreign commerce knowing that he had previously

20   been convicted of a crime punishable by imprisonment for a term

21   exceeding one year.

22           The Government alleges the firearm is one Glock

23   Model 17, 9-millimeter semi-automatic pistol and one

24   Springfield Armory, Inc. Model XD-S 9-millimeter semiautomatic

25   pistol.

Pauline A. Stipes, Official Federal Reporter

1           Finally, the Government alleges that Willie Boone

2    knowingly possessed a machinegun commonly referred to as a

3    Glock switch not registered to him in the National Firearms

4    Registration and Transfer Record.

5           You will be instructed what the elements are for each

6    charge and the definitions to be applied to each as well at a

7    later time in the trial.

8           Now, the burden of proof in this case is on the

9    Government.  The burden is on the Government to prove through

10   production of evidence beyond a reasonable doubt each offense

11   charged.  You are to consider the evidence as it applies to

12   each charge and -- as to each charge.

13          I said that the Government has to prove its case

14   through the production of evidence.  So, what is evidence

15   exactly?

16          The most common source of evidence is witnesses who

17   will come into the courtroom and take an oath to tell the truth

18   and provide testimony from the witness stand, which is right

19   here to my right.

20          The second most common source of evidence is tangible

21   exhibits, documents, things that you can see and touch, that

22   you take back with you to the jury room when you go to

23   deliberate.

24          So, sometimes the parties choose to show you certain

25   evidence in court, and you try to study it as closely as

1   possible and understand it, but know that any evidence that is

2   actually admitted, any documents that are admitted into

3   evidence, they go back with you so you will get additional time

4   when you are back in the jury room deliberating to review those

5   documents as well.

6          The third source of evidence is matters in which the

7   parties may stipulate or agree to.  The Defendant is not

8   required to stipulate or agree to anything, but should he agree

9   to something, that is a form or source of evidence that you

10  should consider just like you would any other source of

11  evidence.

12         And if there are stipulations I will read to you an

13  instruction that explains to you exactly what a stipulation is,

14  and you will hear what those stipulations are.

15         The fourth source of evidence is matters in which the

16  Court may take judicial notice.  That could be laws, records of

17  this jurisdiction, in other words, matters of common knowledge.

18         These are the most common sources of evidence.  Your

19  function as jurors is to decide what evidence is reliable and

20  you as jurors have the right to believe or disbelieve all or

21  any part of the testimony of any witness in the case.  You, and

22  exclusively you the jury, will determine what the facts of this

23  case are.

24         It is the Court's responsibility to determine all

25  issues related to the law.  The Court does that essentially in

Pauline A. Stipes, Official Federal Reporter

1    two ways; the Court rules on objections made by the attorneys,

2    and the Court instructs you at the end of the case on all the

3    law you will need in order to decide the case.

4          When the lawyers make objections, they relate solely

5    to matters of law totally within the Court's province, so you

6    should not pay any attention to objections.  Lawyers have a

7    duty to make all objections they deem appropriate.  You should

8    not speculate on why they made an objection.  If the Court

9    sustains an objection, and the witness is not permitted to

10   answer the question, you shouldn't speculate on what the

11   witness might have said had he or she been permitted to answer.

12   This -- that is a matter of law not within your province.

13         As I said, at the end of the case it is the Court's

14   job to instruct you on all the law that pertains to this case.

15   Not only will I read the law to you, but each juror will be

16   entitled to your own written packet of instructions and you

17   will have it in the jury room when you go to deliberate your

18   verdict.  So you need not have any preexisting knowledge of the

19   law when you come into court.  We will instruct you on the law

20   and give you the instructions to take back with you.

21         Now, the reason that we have you take an oath to

22   follow the law whether you agree or not with the law, that is

23   why -- one of the reasons why you took an oath.  Regardless of

24   whether you agree or disagree, as a juror you have taken an

25   oath to follow the law.

1           The verdict is your ultimate decision as to whether or

2    not the Government met its burden of proving through the

3    production of evidence the Defendant's guilt as to each crime

4    charged beyond a reasonable doubt.

5           With respect to the verdict, that verdict must be

6    based on two things, the evidence presented in the courtroom in

7    your presence and the law that the Court gives you.

8           Now, is there anyone here who could not base his or

9    her verdict solely upon the evidence and the law?  If you are

10   unable to do that, raise your hand.

11          Just keep your hand up, and if I could just have

12   our -- can you just tell me your juror number?

13          THE JUROR:  9.

14          THE COURT:  The other one?

15          THE JUROR:  19.

16          THE COURT:  9 and 19.  Okay.

17          Is there anyone who could not fairly and impartially

18   evaluate the evidence in this case?  If so, raise your hand.

19   What juror is that?

20          THE JUROR:  7.

21          THE COURT:  7, okay, thanks.  And I will followup with

22   each of you momentarily.

23          Having read the summary of the accusations in the

24   indictment, is there anyone who knows anything about the case?

25   If so, raise your hand.  Seeing no hands.

Pauline A. Stipes, Official Federal Reporter

1          Now, I want to just let you know a little bit about

2     your conduct both as prospective jurors, and if you are

3     selected, as jurors in this case.

4          You, as jurors, must decide this case based solely on

5     the evidence presented here within the four walls of the

6     courtroom.  This means that during the trial you must not

7     conduct any independent research about the case, the matters in

8     the case, and the individuals involved in the case.

9          In other words, you should not consult dictionaries or

10    reference materials, search internet websites or blogs, or use

11    any other electronic tools to obtain information about the case

12    or help you decide the case.  Please do not try to find out

13    information from any source outside the confines of this

14    courtroom.

15         Until you retire to deliberate, you may not discuss

16    this case with anyone, even your fellow jurors.  After you

17    retire to deliberate, you may begin discussing the case with

18    your fellow jurors, but you cannot discuss the case with anyone

19    until you have returned a verdict and the case is at the end.

20         Many of you, of course, have cell phones, use the

21    internet and other forms of technology.  You must not use that

22    technology or talk to anyone about this case or use these forms

23    of technology to communicate electronically with anyone about

24    this case, this includes your family and friends.  You may not

25    communicate with anyone about the case on your cell phone,

1    through email, iPhone, text messaging, Twitter, or through any

2    blog or website, including Facebook, Google, My Space,

3    Linkedin, You Tube, or any others.  You may not use similar

4    technology of social media even if I have not specifically

5    mentioned it here.

6              I expect you will inform me as soon as you become

7    aware of another juror's violation of these instructions.  A

8    juror who violates these restrictions jeopardizes the fairness

9    of these proceedings and a mistrial could result, which would

10   require the entire trial process to start over.

11             Finally, do not form any opinion until all of the

12   evidence is in.  Keep an open mind until you start your

13   deliberations if you are selected as a juror until the end of

14   the case.

15             Now, I am going to read the name of some of the

16   individuals whose names may come up during trial, the names may

17   be mentioned or they may be called as witnesses to testify, and

18   I wanted to see by a show of hands as to whether anybody knows

19   these individuals.

20             So, listen carefully.  I will read the names slowly

21   and raise your hand if you know any of these persons.

22             Officer Marcus Beesley.  Detective Dustin Campbell.

23   Detective Raphael Chaves.  Officer Anthony Ciravolo.  Forensic

24   Scientist Todd Cohen.  Aisha Eckroth.  Mark Finnamore.

25   Frederick Fischer.  La'Nisha Gittens.  And lastly, Specialist

```
 1   Damon Wright.
 2           Okay, no hands from anybody in our venire.
 3           Okay, at this point, ladies and gentlemen --
 4           THE JUROR:  We can't hear you.
 5           THE COURT:  Sorry.  Somehow the microphone got turned
 6   off.
 7           At this point, ladies and gentlemen, you have all been
 8   handed a piece of paper when you came in, and we will start
 9   with juror number 1.  I think juror number one -- yes, you have
10   your hand raised, so you have the privilege of setting the tone
11   for all of the 40 jurors here.  By that what I mean is, people
12   start to get the hang of it after they hear a few jurors, so it
13   might be harder for juror number 1.
14           But basically what you are going to do is stand up,
15   talk into the microphone, and you don't need to repeat each of
16   the points of information after the number.  So, what you can
17   do is, you can say, okay, juror number 1, I am an occupational
18   therapist, I have been doing that for five years.  I live in
19   the Boca Raton area, I have lived there for four years.  I am
20   married, my spouse's occupation is this, and kind of go down
21   the list that way.
22           I find that as we get into the jurors, because you
23   have had time to look at the list, you might stand up and
24   answer some of the first questions, and then you might say,
25   Judge, questions 10 through 18 the answer is no, because you
```

1    have already looked at them and you know the answer is no.  It

2    tends to pick up a little bit as we go through the jurors.

3              Obviously, answer them truthfully and clearly, and if

4    I have any followup questions, I will of course ask you those

5    followup questions.

6    BY THE COURT

7    Q.  So, without putting too much pressure on you, juror number

8    1, you can go first.

9    A.  Good morning, I am juror number one.  My occupation, I am

10   retired.  I was a courier for an international boating company.

11   I did cruise permits for boats coming in from outside of the

12   country of the United States.  I did cruise permits.  Prior to

13   that, I was ten years as an office manager for a grocery store

14   up in Ohio.

15       I do live in Boynton Beach, I have been there for

16   approximately five years.  I am married, my spouse is retired.

17   I have two children, the oldest is 33, she is a deputy sheriff

18   for Summit County in Ohio.  She works in the jail as an intake

19   officer and processes the inmates as they come in.  My second

20   daughter is an office manager for an architect and engineering

21   company.  She is 29 years old.

22       My hobbies are reading and volunteer work at my church.  I

23   do have a daughter that is in the Criminal Justice System, she

24   is a deputy sheriff, as stated.  No family members or close

25   friends have ever been a victim of a crime.  No, I have never

Pauline A. Stipes, Official Federal Reporter

24

1   witnessed a crime.  No, no family member or close friend have

2   ever been accused.

3   Q.  So the record is clear, 11 is no, 12 is no.  That might be

4   the easier way to do it.

5   A.  I'm sorry.  13 is no.

6   Q.  13, no.

7   A.  14 is no.  15 is no.  16 is yes, I did both a criminal and

8   a civil case in Ohio.  I was never a foreperson, and yes, we

9   were able to reach a verdict in both cases.  17 is no.  18 is

10  no.

11  Q.  Okay, that was perfect.  I just have a followup question

12  for you, but that was very clear and thank you.

13      With respect to the one daughter you have who works as a

14  deputy sheriff in Ohio as an intake officer, is there anything

15  about her work that you think would interfere or prevent you in

16  any way from being a fair and impartial juror in this case?

17  A.  No.

18  Q.  Okay.  Okay.  Thank you so much.  Not to put too much

19  pressure on the next --

20          MR. SCHUMACHER:  Excuse me, Judge, could I have a copy

21  of the questions?  I don't have that in front of me and can't

22  follow.

23          THE COURT:  Sure.

24  BY THE COURT:

25  Q.  Juror number 2, if you could stand up and speak into the

Pauline A. Stipes, Official Federal Reporter

1    microphone clearly.

2    A.   Juror number 2, my occupation, I work for City of Boynton

3    Beach Utilities, I am the assistant supervisor.  I live in Boca

4    Raton for the last ten years.  I am married, my spouse's

5    occupation, she works for Gilbane Construction.  We have no

6    kids.  Number eight, barbecue and fishing, I went to the

7    military after high school, '92 to '98.

8         And 10 through 18 is no.

9    Q.   Gosh, that was quick.  Juror number 2, you got it very

10   quickly.  Thank you so much.

11             THE COURT:  You are making copies for them?

12             THE COURTROOM DEPUTY:  Yes.

13   BY THE COURT:

14   Q.   Juror number three.

15   A.   Good morning, I am juror number 3.  I am a working student,

16   I'm starting FAU, Florida Atlantic University in January, and

17   I'm working in physical therapy and sports performance.  My

18   general area of residence is Boca Raton, I have been living

19   there for 22 years, my whole life.  I am single, I do not have

20   a spouse.  I do not have any children.  My hobbies are

21   basketball and family time.  I do not have any prior military

22   experience.

23        And 10 through 18 is no.

24   Q.   Okay.  Just to be clear, you are not -- you are a student,

25   but you are starting in January.  You are not in classes now.

Pauline A. Stipes, Official Federal Reporter

26

```
 1    A.  I did two years in New York and I took a semester off to
 2    focus on my career a little bit and I am starting in January.
 3    Q.  Okay, great.
 4              THE COURT:  Let's give those to counsel if we could.
 5    BY THE COURT:
 6    Q.  Thank you so much.  Juror number 4.
 7    A.  I am a dancer for Royal Caribbean Cruise Lines.  I live in
 8    Boca Raton, I have been there about ten years.  I am single.  6
 9    and 7 would be no, and obviously I am a dancer so --
10    Q.  I am sorry.  6 and 7 are no?
11    A.  Correct.
12    Q.  Yes.
13    A.  9 through 18 would be no as well.
14    Q.  What about number 8?
15    A.  Just dancing.
16    Q.  Not just dancing, that is interesting.  All right, thank
17    you so much.
18        Juror number 5.
19    A.  I am juror number 5.  Occupation, I'm a fleet supervisor,
20    Town of Palm Beach Vehicle Maintenance Department.
21    Q.  What kind of supervisor?
22    A.  Fleet.  I live in Wellington, I have been in the community
23    18 years.  I am divorced, I have two children, a daughter 29, a
24    nurse; a son 24, works at a paint company.
25        My hobbies are fabricating and building different objects.
```

```
 1   No prior military service.
 2        10 is no.  11 is yes.
 3   Q.  What was the basis for 11, answering yes?
 4   A.  Friends or a close friend -- no, I am sorry, 11 is no.
 5   Q.  11 is no, okay.
 6   A.  12 is no.  13 is yes.
 7   Q.  Okay, and what is that?
 8   A.  I have two friends who have served jail time.
 9   Q.  Okay.  For what kind of matters?
10   A.  Money laundering, and one worked for the Federal Government
11   and, I don't know, had fake jobs he submitted and got millions
12   of dollars.  This is all in where I come from, Rhode Island.
13   Q.  Anything about the fact that you have close friends who
14   have served jail time that would affect or interfere with your
15   ability, if you are selected, to be a fair and impartial juror
16   in this case?
17   A.  No.
18   Q.  Okay.  We are on number 14.
19   A.  I have firearms.
20   Q.  You own firearms?
21   A.  I own firearms.
22   Q.  Okay.  Is there anything about the fact that you own
23   firearms and some of the accusations in the case involve
24   firearms, is there anything about the fact that you own
25   firearms that would prevent you from being a fair and impartial
```

```
 1    juror in this case if you are selected?
 2    A.   No.
 3    Q.   Okay.
 4    A.   No religious matters.
 5    Q.   Number 15 is no?
 6    A.   15, no.  16, no.  17, no.  And 18, no.
 7    Q.   Thank you so much.  Juror number 6.
 8    A.   Good morning, I'm juror number 6.
 9    Q.   Good morning.  Hold the microphone up close.
10    Unfortunately, sometimes the mikes have limited life span.  We
11    might need to switch it out, Rodney.  That was a short life for
12    that battery, we barely started.
13    A.   I am juror number 6.  My current occupation is a
14    construction project manager, I have worked for this company
15    for more than five years.  I live in West Palm Beach for over
16    15 years.  I am currently married, my wife is a day trader.  I
17    have one child 16, currently in high school.  My hobbies are
18    helping my wife in the backyard garden.  No prior military
19    service.
20         And 10 through 18 are no.
21    Q.   Thank you so much.  Juror number 7.
22    A.   Juror number 7, currently retired, previously a business
23    consultant in the area of Boynton Beach, been there for five
24    years.  I am married, my wife is an attorney, children are
25    grown.  One does window sales and the other is a therapist.  My
```

```
 1    hobby was boating until I had two surgeries --
 2    Q.  Hold on, you have to speak a little clearer.  Your hobby
 3    was boating?
 4    A.  My hobby was boating, but I had two recent surgeries his
 5    week, they just took the stitches out.  I can't be in the sun,
 6    so --
 7    Q.  Okay.
 8    A.  My wife is not in the Criminal Justice System, but she is
 9    an attorney.
10    Q.  What type of an attorney is she?
11    A.  Corporate.
12    Q.  Is there anything about your wife being an attorney that
13    would affect your ability to be a fair and impartial juror in
14    this case?
15    A.  Not really.
16    Q.  Is that a yes or a no?
17    A.  That's a no.  Number 11, my wife has been mugged, my
18    daughter has been accosted, my sister actually had an
19    ex-husband hold a gun to her head.
20    Q.  Your wife has been mugged.  I'm sorry, it's getting --
21    A.  My daughter has been accosted, my sister had her ex-husband
22    hold a gun to her head.
23    Q.  Okay.  And is there anything about those experiences -- how
24    long ago did those things occur?
25    A.  Over the last 20 or 30 years.
```

1   Q.   Okay.   Is there anything about those incidents that would

2   affect your ability to be a fair and impartial juror in this

3   case if you were selected?

4   A.   I have a strong bias against guns and weapons.   They have

5   been traumatized and all kinds of affected by it.

6   Q.   Again, speak as clearly as possible, it is a big courtroom.

7   You have a strong bias against guns and weapons, and you said

8   something else after that?

9   A.   The family over the years have been traumatized.

10  Q.   Sure and perfectly understandable, but recognizing that

11  those experiences, of course, are personal experiences, and

12  what we have here in this courtroom is something different and

13  separate and involves guns nevertheless, as I indicated in the

14  beginning.

15      Do you feel that the personal feelings you have and what

16  you have couched as a strong bias against guns based on

17  personal experiences would get in the way of your ability to

18  have an open mind, listen to the evidence through the different

19  ways that the evidence comes in, follow the law that I instruct

20  you, and be a fair and impartial juror if you are selected?

21  A.   Most likely, yes.

22  Q.   It would interfere with your ability, okay.

23  A.   Have I ever been a witness to a criminal matter or in a

24  criminal matter?

25      Yes, very early in my career in a business context I was a

Pauline A. Stipes, Official Federal Reporter

1    witness in a criminal matter.  That, too, was a severely

2    traumatizing event.

3         Number 13, no.  14, I gave you my opinion about firearms.

4    15, it is morally challenging to be responsible for somebody

5    else in this type of situation.

6         I have not previously actually served on a jury.  Physical

7    and emotional difficulties, just since COVID, I had all the

8    major preexisting conditions, so I literally have been indoors

9    except on rare occasions since COVID started, which is why I

10   continue to wear a mask.  I rarely go to restaurants or public

11   places in general.

12        Then 18, I have given you a bunch of reasons why I am not

13   comfortable in closed spaces.

14   Q.  Say that again more clearly.

15   A.  I'm not comfortable in closed spaces, and the various past

16   experiences I have shared with you.

17   Q.  Okay, thank you so much.  You were juror number 7.  Thank

18   you so much.  Juror number 8.

19   A.  Good morning.

20   Q.  Good morning.

21   A.  I'm juror number 8.  My occupation is a network

22   administrator.

23   Q.  What is your profession?

24   A.  Network administrator.

25   Q.  Okay.

1   A.   I live in the Glades area, Belle Glade, all my life, 30

2   years of my life, I am 30 years old.   I am married, my spouse's

3   occupation is a nurse practitioner.   I have no children.

4   Hobbies is pretty much repairing things, setting up labs in

5   cyber security.   I have no military experience.

6        I do have family members employed in the Criminal Justice

7   System.

8   Q.   What types of positions.

9   A.   Law enforcement officers.

10  Q.   Where are they law enforcement officers?

11  A.   I have a brother in Hillsboro County, Tampa, another

12  brother here, Palm Beach, PBSO, and I also very friends in PBSO

13  and West Palm.

14  Q.   Okay.   I'm sorry, did I cut you off?

15  A.   No.

16  Q.   So, is there anything about the fact that you have family

17  members and friends in law enforcement, including here in Palm

18  Beach County Sheriff's Office and West Palm Beach, that would

19  affect your ability to be fair and impartial if you are

20  selected as a juror in this case?

21  A.   No.

22  Q.   No.   So you can keep an open mind, weigh the evidence,

23  follow the law?

24  A.   Yes.

25  Q.   Nobody would be starting off ahead or behind because of

Pauline A. Stipes, Official Federal Reporter

```
 1   your relationship or friendship with persons in law

 2   enforcement?

 3   A.  No.

 4   Q.  Okay.  You can continue.

 5   A.  I had a family member, close friend victim of a crime.

 6   Q.  And what was that?

 7   A.  Family member, murder.  I was very young, but I just

 8   know -- I don't know the details.

 9   Q.  So you had a family member who was murdered when you were

10   very young?

11   A.  Yes.

12   Q.  I am sorry to hear that.  Is there anything about that

13   experience in your past that would affect your ability to be a

14   fair and impartial juror?

15   A.  No.

16   Q.  Okay.

17   A.  11, witness.  I have never been a witness in a criminal

18   matter.  I had a family member, close friend accused of a

19   crime, but thankfully the crime was resolved.

20   Q.  Is there anything about that experience that would affect

21   your ability to be a fair and impartial juror?

22   A.  No.

23   Q.  Okay.

24   A.  Number 14, no.  15, no.  16, no.  17, no.  Number 18, just

25   based on my position with my employer, we are a very small
```

Pauline A. Stipes, Official Federal Reporter

1    team, I am pretty much the only one in my position.  That is

2    pretty much it.

3    Q.  Does your employer know you are here today?

4    A.  Yes.

5    Q.  And you have obviously been given permission, as the law

6    requires, for you to be here?

7    A.  Yes.

8    Q.  If you are selected to serve as a juror, can you give your

9    full attention, and even though I know you have work

10   responsibilities, not let that distract you from the job you

11   have here as a juror?

12   A.  Yes.

13   Q.  Okay, thank you so much.  We will go to juror number 9.

14   A.  Good morning, juror number 9.

15   Q.  Good morning.

16   A.  I was a tennis pro for 40 years, semiretired, live in Boca

17   Raton a little over ten years.  I am married still, spouse

18   semiretired.  We have three children.  The oldest is a wealth

19   manager up in Richmond, Virginia, our middle son is in the

20   construction business in Charlotte, North Carolina, and our

21   youngest daughter is a trauma therapist working with drug

22   addiction.

23       Hobbies, work out, travel.  No prior military.  No family

24   in the Criminal Justice System.

25       I did have a close family member murdered with an illegal

1    weapon, this has been years ago.

2    Q.   And I am sorry to hear that.  Is there anything about that

3    personal experience that would interfere or prevent you from

4    being a fair and impartial juror in this case if you were

5    selected?

6    A.   Absolutely.  In fact, my daughter deals with drug

7    addiction, I hear horrible stories all the time so this is a

8    perfect storm for me personally.

9    Q.   Okay.

10   A.   Obviously the firearms.  14 through 17, no.  And then 18,

11   the reasons I stated.

12   Q.   Okay.  And where does your daughter work?

13   A.   She is in Savannah, Georgia.

14   Q.   Okay.  And where were you a tennis pro?

15   A.   In Pinehurst, North Caroline and then Charleston, South

16   Carolina, and I moved to Boca and coached at FAU for a couple

17   years and worked at three facilities here in Boca.

18   Q.   Okay, thank you very much.  Juror number 10.

19   A.   Good morning, I am juror number 10.  My occupation is cyber

20   security, I have been in that field for about 20 years.  I live

21   in Boca Raton, predominantly been there for most of 40 years.

22   I am unmarried, I have two teen-age children, boys.  They are

23   in school, thankfully.

24       My hobbies include scuba diving, video games, and sports

25   training.  I am a former Marine.  I have lots of friends who

1    are lawyers, law enforcement officers, both municipal and

2    Federal.

3    Q.  Anything about those friendships with persons who are

4    lawyers and in law enforcement that would affect your ability

5    to be a fair and impartial juror if you are selected?

6    A.  I don't think so.  They give me interesting stories

7    sometimes, but I think I could put that aside.

8    Q.  Sometimes we speak loosely about we think and we hope, but

9    the attorneys won't have a chance to change their mind about

10   who they select as jurors.  They need to do that based on your

11   answers and the answers to the questions they are going to ask

12   you.

13       Do you have any doubt in your mind, any reasonable doubt,

14   that you can put aside friendships that you have and be

15   openminded about the evidence that is presented in this case,

16   the facts in this case, the law that it has given you in this

17   case, and as a juror follow the requirement to apply the law to

18   the facts?

19   A.  With respect to my friends, I would agree I can put that

20   aside.

21   Q.  Okay.

22   A.  Victims of crime, who hasn't been a victim of a crime or

23   known somebody?  I have been a victim of a crime.  I have been

24   a witness in a criminal matter.

25   Q.  What type of a victim of a crime have you been?

```
 1    A.   Law malpractice, and I had a firearm stolen from my car.
 2    Q.   Is there anything about the fact that you have been a
 3    victim of a crime that you believe would interfere with your
 4    ability to be a fair and impartial juror?
 5    A.   It gave me a different opinion of lawyers, they are not the
 6    tier I thought originally, after my malpractice, but I could
 7    put that aside.
 8    Q.   We have lawyers on both sides, so will you treat them both
 9    equally?
10    A.   Yes.  I have nothing against the lawyers in front of us.
11    Q.   Okay.
12    A.   Firearms, I have extensive firearms experience, I own Title
13    II firearms, not a Glock switch.  I would like to own a Glock
14    switch, but it is too expensive.
15    Q.   Okay.  Is there anything about the fact that you have
16    extensive firearm experience and own firearms, and knowing what
17    I have read as it relates to the accusations in this case
18    involving firearms, is there anything about your personal
19    ownership that would affect your ability to be fair and
20    impartial?
21    A.   I have kind of a negative opinion of ATF in general.  They
22    have been to my house unwarranted harassing me.  I am sure they
23    have harassed others.
24    Q.   So, is that to say that you would be having preexisting
25    feelings or opinions about one side or the other before you
```

```
 1   have heard any evidence?
 2   A.   Yes, with respect to the firearms charges, I would have
 3   some suspicion about those.   I would have prejudice against
 4   those.
 5        And I have never served on a jury before.   I have been
 6   called, but not selected.   I don't have any difficulties that
 7   the Court hasn't heard before and would probably entertain why
 8   I can't be here.
 9   Q.   Okay.   So, I want to make sure I understand your position.
10   Are you saying that because of certain feelings you have about
11   ATF, because of the fact that the case involves firearms, and
12   based on personal experiences you have had, you do not believe
13   that you could reasonably put aside personal feelings and
14   follow the requirements of serving as a juror in this case?
15   A.   That's correct.
16   Q.   Okay.   Okay, thank you very much.   Juror number 11.
17   A.   Good morning.
18   Q.   Good morning.
19   A.   I'm currently retired, I have lived in North County for
20   close to 50 years.   I'm married, spouse, she has a residential
21   appraisal company.   I have no children.   Hobbies, working
22   rescue dogs.   Everything else going forward is no, other than
23   6.   I did serve on as a juror on a criminal trial, and I did
24   not serve as the foreman.
25   Q.   Okay, thank you very much.   Okay, juror number 12.
```

Pauline A. Stipes, Official Federal Reporter

1    A.  Good morning.

2    Q.  Good morning.

3    A.  Number 12, retired elementary school teacher, 30 years.  I

4    have lived in Lantana all my life.  Single, no children.  Surf,

5    golf, I like to read.  No military service.

6    Q.  Did you say no military service?

7    A.  No.

8    Q.  Okay.

9    A.  Number 10, no.  Number 11, yes.

10   Q.  What are the circumstances of --

11   A.  A former student was killed during a drug deal, they were

12   looking to take his truck.

13   Q.  How long ago was that?

14   A.  About ten years ago, maybe.

15   Q.  Okay.  Is there anything about that experience that you

16   believe would affect or interfere with your ability to be a

17   fair and impartial juror if you are selected?

18   A.  No.

19   Q.  Okay.

20   A.  Never been a witness to a or crime, 12.  13, no.  14, no.

21   15, no.  I served on a jury twice, criminal, I was foreperson

22   once and we reached verdicts twice.  17, 18, no.

23   Q.  Okay.  Thank you so much.  And juror number 13.

24   A.  13, I am retired, 33 years with the Clerk's Office, Palm

25   Beach County, traffic and misdemeanor.  I've lived in West Palm

1   all my life.  I'm married, my husband is retired.  I have an

2   older son that works for FPL.  I love gardening.

3   Q.  I'm sorry, where does your son work?

4   A.  FPL.

5   Q.  FP&L, okay.

6   A.  No military, nobody in the justice system, no victim of a

7   crime, no witness, never been accused of a crime.

8   Q.  Okay.  So, 11, 12, 13 are no?

9   A.  As far as 14, about six months ago our neighbor was a

10  victim of a driveby shooting in his house.

11  Q.  14, a neighbor was a victim --

12  A.  A driveby shooting in the house, the person was on our

13  property that did it.  So I have issues with drugs and all

14  that.

15  Q.  So, I do want to ask you then, how long ago was the driveby

16  shooting?

17  A.  About six months ago.

18  Q.  Okay.  Is there anything about that experience --

19  recognizing the facts and circumstances and persons involved

20  are different than what we have here in this case, are you able

21  to put that experience and any opinions you have drawn from

22  that experience aside, and be a fair and impartial juror if you

23  are selected in this case?

24  A.  No.  I don't think so.  I don't think I could.

25      The person that did it, the shells were found on our

```
 1   property, so they were in our yard.  No moral --
 2   Q.  What is the next one?
 3   A.  No to number 15.  Yes, I have been on a jury, it was a
 4   civil jury, I was not a foreperson.  Yes, we did reach a
 5   verdict.  No to 17.  And 18, I don't think I could be impartial
 6   because my neighborhood has become a gang and drug related
 7   area.
 8   Q.  All right.  Thank you so much.  Juror number 14.
 9   A.   Juror 14, vice-president of sales.  I have lived in the
10   Delray area last eight years.  Single, I have a 26 year old
11   son, civil engineer.  I enjoy water sports, working out.  No
12   military service.  Family members or friends in the Criminal
13   Justice System, yes, Probation Officer, attorney who is a
14   brother-in-law, some friends that are attorneys, both criminal
15   and defense.
16   Q.  Anything about number 10 in terms of your friends and
17   family members that would affect your ability to be fair and
18   impartial?
19   A.  It has given me a different opinion on the true court
20   system sometimes.  In the future --
21   Q.  Let me just, is there anything about the different opinion
22   of the Criminal Justice System that you think would bear on
23   your ability to be a fair and impartial juror in this case?
24   A.  I would do my best to not separate it, but I have years of
25   hearing a lot of different stories, so.
```

1          I was a victim of a crime, identity and also vehicular

2    stolen.  I did identify that person.  I was arrested for

3    protecting myself --

4    Q.  I need you to speak up.

5    A.  I have been accused of a crime also, a break up.  24 hours

6    later, they arrested me for breaking up with her.  I had a bad

7    experience with the police with that.

8    Q.  Is there anything about that personal experience with the

9    law enforcement with respect to your being arrested or accused

10   of a crime that would affect your ability to be a fair and

11   impartial juror in this case?

12   A.  I was thrown down two flights of stairs, my finger broken

13   and my shoulder damaged.  They said I didn't do anything wrong.

14   And my hands were so blue from the handcuffs after 30 minutes,

15   twelve hours of chained to the floor, I have a really unusual

16   opinion sometimes about people that are innocent getting

17   abused.  I was one of those so it taints me.

18   Q.  Would that affect your ability to be fair and impartial in

19   this case?

20   A.  Absolutely.  While that happened there was a hundred

21   thousand stolen from me.  I told them to stop and the police

22   didn't do anything, so it cost me a career, job, and a lot of

23   money.  That is how bad it is.

24        Other than that, I am supposed to have surgery, I've been

25   waiting three months, it's supposed to be next week.  If the

```
 1   trial takes that long --
 2   Q.  Hold the --
 3   A.  I am scheduled for surgery on Tuesday.  I think I answered
 4   them all.  Is there anything else I need to answer?
 5   Q.  No.  Thank you so much.
 6   A.  Good morning.  Juror 15, I've worked for Palm Beach County
 7   School District for 22 years.  I did take a brief time within
 8   the program with PBSO to become a dispatcher for 911, but I
 9   left that situation due to health reasons and went back to the
10   school district.
11   Q.  Is there anything about that experience that would affect
12   your ability to be fair and impartial?
13   A.  No, ma'am.
14   Q.  Okay.
15   A.  I have lived in Loxahatchee for the past 15 years.  I am
16   married, I do not have children.  I like to cook, work in my
17   yard, spend time with my dogs.
18        Number 9, no.  10, my neighbor is a PBSO deputy, but that
19   does not affect my ability to participate in this case if I
20   were chosen.  Number 11, yes, my parents were burglarized in
21   their home in New York.
22        And 11 through 18, no.
23   Q.  Okay, thank you.  Is there anything about the fact that
24   your parents were burglarized in New York that would affect
25   your ability to be fair and impartial in this case?
```

1   A.   No.

2   Q.   Thank you so much.   Juror number 16.

3   A.   Juror 16, I am an office admin for 17 years now.   I live in

4   Royal Palm for over 25 years.   I am divorced.   I have a

5   daughter in middle school.   My hobbies are fishing and taxiing

6   her around to all her sports.

7        Number 9, no.   Number 10, I do have friends in PBSO, but

8   that would not affect me in this case.   11 and 12, no.   Number

9   13, yes.   Number 14 through 18, no.

10  Q.   Okay, let me see here.   You said number 13 was yes?

11  A.   Correct.

12  Q.   What was the nature of that?

13  A.   So, it is my ex-husband's sister and she is currently

14  accused of neglect, child neglect.

15  Q.   Okay.   Anything about that experience that would affect

16  your ability to be fair and impartial?

17  A.   No.

18  Q.   Okay, thanks so much.   Juror number 17.

19  A.   Good morning, your Honor, I'm juror number 17.

20  Q.   Good morning.

21  A.   I am currently a financial crime specialist at a large

22  financial institution in the states of New York and Florida.   I

23  used to work with the U.S. Attorney's Office in West Palm

24  Beach, homicide division.

25  Q.   You worked with the U.S. Attorney's Office how long ago?

```
 1    A.   Summer of 2017.

 2    Q.   What type of position did you have?

 3    A.   Internship.

 4    Q.   Did you work with either of the attorneys here?

 5    A.   No.

 6    Q.   Is there anything about your internship there that would

 7    affect your ability to be a fair and impartial juror if you

 8    were selected?  What was the answer to that?

 9    A.   No.

10    Q.   Okay.

11    A.   I am from the community, I have been here a long time.  I

12    am married, my husband is a project manager with an advertising

13    firm.  No kids.  I like to travel and garden.  I haven't served

14    in the military.  I have a couple of family members who are in

15    law enforcement.

16    Q.   Anything about the fact that you have some family members

17    in law enforcement that would affect your ability to be fair

18    and impartial if you are selected?

19    A.   No.

20    Q.   Okay.

21    A.   11, I have been the victim of a crime, attempted assault.

22    12 through 18, no.

23    Q.   Okay.  I am sorry about number 11.  Is there anything about

24    the fact that you have been a victim of a crime that would

25    affect your ability to be fair and impartial if you are
```

Pauline A. Stipes, Official Federal Reporter

16

1   selected?

2   A.   No.

3   Q.   Okay, thank you.   Juror number 18.

4   A.   I am juror number 18, I work as a cake decorator for more

5   than eight years, and residence, West Palm Beach.  I have been

6   here for 11 years.  I am single.  6 to 18 is no.  Number 8 is

7   baking, traveling and eating.

8   Q.  And what, eating?  Okay.  That is honest.  Okay.  Thank

9   you.  Juror number 19.

10  A.   Good morning.

11  Q.   Good morning.

12  A.   Juror 19, I am a nurse practitioner, I have been a nurse

13  practitioner for a year, but a registered nurse six years.  I

14  have lived in Boca Raton all my life, so 31 years.  I am

15  engaged, my spouse -- soon to be spouse is a cyber security

16  analyst.  We have no children.  I like to spend time with him,

17  and we have three dogs, which takes a lot of my time.

18       No prior past military experience.  My fiance' does have

19  quite a few family members who were previously employed in the

20  Criminal Justice System, but no longer.  They're all retired,

21  so I don't know if that matters.

22  Q.  Anything about that fact that would affect your ability to

23  be fair and impartial?

24  A.   No, ma'am.

25  Q.   Okay.

Pauline A. Stipes, Official Federal Reporter

17

```
1    A.   Number 11 is yes.

2    Q.   What were the circumstances of that?

3    A.   I was a victim of domestic abuse.  My brother was a victim

4    of gun violence on I-95, and my fiance' was burglarized.

5    Q.   And anything about those different experiences that would

6    affect your ability to be fair and impartial if you are

7    selected in this case?

8    A.   Potentially, yes.

9    Q.   What do you mean by that?

10   A.   I mean it is a hypothetical situation, so I am saying yes

11   because I can't tell you without a doubt no.

12   Q.   What is it -- what aspect of the case, of which no evidence

13   has been presented, might you be concerned about not being able

14   to be fair and impartial?

15   A.   Well, let me tell you the one -- number 15 is the one that

16   really is for me the one that is an issue because I feel like I

17   live a very lawful life, but sometimes the law and my morals

18   and ethics do not match.  Sometimes the law takes a little bit

19   longer to catch up with the current times, and as a medical

20   provider, I don't feel comfortable being the one who is

21   responsible for saying that someone should spend the rest of

22   their life in prison.  I don't feel comfortable being

23   responsible for that.

24   Q.   Okay.  Nobody is being asked here to make any determination

25   about anything relating to time in prison or anything of that
```

48

1   nature.  The only job, although it is a big job, of a juror is

2   to listen carefully, listen to all the evidence, weigh the

3   evidence.  You don't have to believe all the evidence, and I

4   will give you instructions on credibility and things of that

5   nature.  Listen, keep an open mind, follow the law that I

6   instruct you, so apply the law which, whether you agree with it

7   or not, it is the law, you apply it to the facts that you hear

8   in court and you deliberate with the other jurors, and render a

9   verdict.  That is your responsibility.

10       The ultimate question is, can you do that?

11  A.  I don't feel like I can, no.

12  Q.  Okay.  All right.

13  A.  Number 12 is no.  Number 13 is yes.

14  Q.  You answered that one, right?  Accused of a crime, what was

15  13, what happened in that situation?

16  A.  I have a close friend and a family member that have been

17  accused of drug crimes.

18  Q.  Okay.

19  A.  14 is no.  15 we discussed.

20  Q.  Okay.

21  A.  16 is no.  17 is no.  I feel like 18 we discussed as well.

22  Q.  Okay, thank you very much.  Juror number 20.

23  A.  Good morning.

24  Q.  Good morning.

25  A.  Occupation, house cleaning, Palm Beach.

```
 1    Q.   Okay.  House cleaning?
 2    A.   Yes.  Number 3, I live in Lake Worth.  Number 4, I live
 3    here 15 years.  I am divorced, I have one daughter, she has 38
 4    years old, she live in Portugal.
 5         My hobbies is cooking, go to church.  And number 9, no.
 6    10, number 10, no.  Number 11, no.  12, no.  13, no.  14, no.
 7    15, no.  16, no.  17, yes.  18, no.
 8    Q.   And what is it about number 17?
 9    A.   17, I speak a little English.
10    Q.   Okay.  Have you had trouble understanding what we have been
11    talking about so far this morning?
12    A.   Um-m-m, now a little bit.
13    Q.   You have only understood a little bit?  Okay.
14         Are you concerned that you might not be able to understand
15    everything if you are a juror in this case?
16    A.   I think so, no.  I understand a little bit.
17    Q.   You understand a little bit.  Okay, all right.  Thank you
18    so much.
19         Juror number 21.
20    A.   Good morning.
21    Q.   Good morning.
22    A.   I have worked at the same nonprofit social service agency
23    for 29 years, I work with children with special needs, I am a
24    program director.  I have lived in Boca Raton for 26 years.
25    I'm married, my husband is a computer engineer.  I have two
```

Pauline A. Stipes, Official Federal Reporter

1    children, my 32 year old daughter is a licensed clinical social

2    worker, and my son is a Sheriff's Deputy with Broward County,

3    he's on road patrol.

4    Q.   Given a close family member in law enforcement, do you

5    believe that there is anything about the fact that your son is

6    with the Broward County Sheriff's Office that would affect or

7    interfere with your ability to be a fair and impartial juror?

8    A.   No.

9    Q.   Okay.

10   A.   I like to read and spend time with my dogs.  No military

11   service.  10 is my son.  11 through 18 is no.

12   Q.   Okay.  All right, thank you so much.  Juror 22.

13   A.   Good morning, juror number 22.

14   Q.   Good morning.

15   A.   I have an advertising agency, so I do industrial

16   advertising, graphic design for 40 years.  I live in Palm Beach

17   Gardens, I have been there for 24 years, prior to that I was in

18   Miami.  I am widowed and single, no children.  Hobbies are

19   shooting sporting clays, gardening, and collecting rocks and

20   minerals.  No prior military service.  I do have a friend who

21   is a retired Federal Magistrate Judge and her husband is

22   retired FBI.

23        Questions 11 through 18, no.

24   Q.   Anything about your friend who is the retired Federal

25   Magistrate Judge and the retired FBI that would affect your

 1    ability to be a fair and impartial juror?

 2    A.   No.   As the previous gentleman said, good stories, but no.

 3    Q.   Federal Magistrate Judge in this courthouse?

 4    A.   Yes.

 5    Q.   I think her picture is in the other courtroom.

 6         Did you say one of your hobbies was shooting clay?

 7    A.   Yes.

 8    Q.   Is there anything about your hobby enjoying shooting that

 9    would affect your ability to be a fair and impartial juror?

10    A.   No.

11    Q.   Okay.   Okay.   All right.   Thank you so much.   Juror number

12    23.

13    A.   Good morning.

14    Q.   Good morning.

15    A.   I am a registered dietician for over 20 years.   I live in

16    Boynton Beach, I have been there over 15 years.   I am married,

17    children are grown.   Hobbies, cooking classic foods.   9 to 10,

18    no.   Number 11 is yes.   12, no.   13, yes.

19    Q.   Wait, you are going too fast for me.   11 was yes.   Could

20    you tell me about that?

21    A.   Yes, I had a brother that was murdered by law enforcement,

22    so I do have very little trust in law enforcement.   It was a

23    mistaken identity.

24    Q.   I am sorry to hear that.   Could you put that experience

25    aside in serving as a juror and keep an open mind, listening to

1   the evidence and following the law?  Are you able to do that in

2   this case?

3   A.  Yes, because I think justice was done in his case.

4   Q.  You believe you could be a fair and impartial juror?

5   A.  I do have a natural distrust because of that experience.

6   Q.  Well, are you going to be coming into this case with a

7   distrust of one side or the other in this case?

8   A.  It is kind of hard.  My brother was only 16.

9   Q.  Okay.  So you have maybe some reasonable doubt whether as

10  to you could do that?

11  A.  Yes, I think it is a distrust of law enforcement.

12  Q.  Okay.

13  A.  13, I have a family member that had possession of

14  marijuana.  14 to 17 is no.  And number 18 is yes.  My mom is

15  having surgery November 9 and --

16  Q.  And what?  You said your mom is having surgery?

17  A.  November 9th.

18  Q.  I don't think we are going to be in trial on November 9th.

19  That is not this week, that is the following week, okay.  All

20  right.  Thank you so much.

21      Juror number 24.

22  A.  Good morning.

23  Q.  Good morning.

24  A.  Juror 24, I am a consumer banker for five years tomorrow.

25  I live in Wellington, I have been there for over 20 years.  I

1    am single, no spouse, no kids.  Hobbies, working out, playing

2    basketball, coaching basketball.  No military service.  No for

3    10.  Victim of crimes, yes, for 11.  12, no.  13, yes.  14, no.

4    15, yes.  16, no.  17, no.  18, no.

5    Q.  All right.  Let me go back to some of the ones that you --

6    you said yes to number 11?

7    A.  Yes.

8    Q.  Can you tell me about that?

9    A.  2017, one of my closest friends was murdered over in

10   Renaissance on Military.

11   Q.  Okay.  I am sorry to hear that.  Is there anything about

12   that personal experience that you have had -- you said in 2017?

13   A.  Yes.

14   Q.  -- that would affect your ability to serve as a fair and

15   impartial juror if you are selected in this case?

16   A.  Yes.

17   Q.  And can you explain that?

18   A.  Just a natural distrust of law enforcement and the Criminal

19   Justice System.  I would prefer to be the one out of everybody

20   in here, young black man, to sit on the jury because it's a

21   young black man on trial, but other than that, yeah, I am a

22   little biased against law enforcement.

23   Q.  Okay.  All right.  Okay, thank you so much.

24        And juror number 25.

25   A.  Good morning, I'm juror 25.  Occupation, project manager

```
 1    with a large company here.
 2    Q.  Hold on, give me one second here.  Sorry about that.
 3         I am sorry, juror number 25, can you start from the
 4    beginning?
 5    A.  Sure.  Juror number 25, occupation, project manager for a
 6    large company here in Palm Beach.
 7    Q.  Can you talk clearly into the microphone.  Project manager?
 8    A.  Yes.  Area of residence, Palm Beach Gardens, Lantana
 9    community over ten years.  Married, spouse is a CPA.  Two
10    children, 15 and 21, students.  Hobbies, reading.  No military
11    service.  10, no.  11, yes.  12, no.
12    Q.  I am sorry, you said 11 was yes?
13    A.  Yes, a friend's child OD'd.
14    Q.  What happened to the friend's child?
15    A.  Overdosed at college.
16    Q.  A friend's child overdosed.  Okay.  Is there anything about
17    that experience with your friend's child that you think would
18    affect your ability to be a fair and impartial juror if you
19    were selected in this case?
20    A.  Yes.
21    Q.  What is that?
22    A.  It is involved with drugs and that is a redline from my
23    perspective.
24    Q.  Is what?
25    A.  Is a redline from my perspective.
```

1    Q.  Okay.

2    A.  Number 12, no.  Number 13, no.  Number 14, no.  Number 15,

3    no.  16, no.  17, no.  And 18, no.

4    Q.  Okay.  So I just want to understand.  You said that a

5    friend's child overdosed, and given that experience, you think

6    that it would be hard for you to be a fair and impartial juror

7    in this case.

8        Would you be able to put those feelings about your friend's

9    child aside, the facts of this case, of course, you don't know,

10   would you listen to the evidence --

11   A.  I have a very strong --

12   Q.  I am sorry, what?

13   A.  I don't think so.  I have a very strong bias in this case.

14   Q.  A strong bias against drugs?

15   A.  Yes, and the case right here.

16   Q.  Okay.  All righty.  Juror number 26.

17   A.  Good morning, juror number 26.

18   Q.  Good morning.

19   A.  I run a public relations and marketing company.  I reside

20   in Jupiter, Florida and I have been there about ten years.  I

21   am married and I have one child who is full time in school.  My

22   husband is in real estate.  My hobbies include paddle boarding

23   and traveling and I am now adopting eating because I liked that

24   one.

25       9 is a no.  10, yes, I have a handful of neighbors and

```
 1   friends who are either police officers or lawyers.
 2   Q.  Anything about that fact that would affect your ability to
 3   be fair and impartial in this case?
 4   A.  No, your Honor.
 5   Q.  Okay.
 6   A.  11 is a no.  12 is a no.  13 is a no.  14, I own firearms.
 7   Q.  Okay.  Anything about the fact that you own firearms that
 8   would interfere or affect your ability to be fair and
 9   impartial?
10   A.  I think I could put that aside.
11   Q.  In other words --
12   A.  Yes, it won't affect me.
13   Q.  It won't affect your ability to listen to the evidence and
14   follow the law in this case?
15   A.  Yes.
16   Q.  Okay.
17   A.  15, no.  16, yes, I served on a jury, it was a criminal
18   case.  I was not the foreperson and we did reach a verdict.
19   17, no.  18, no.
20   Q.  Thank you so much.  Juror number 27.
21   A.  Good morning, your Honor.
22   Q.  Good morning.
23   A.  My occupation is a general manager.  During season I also
24   work at a mango farm.  My general residence is in Loxahatchee,
25   I have been living there for over 20 years, around 21.
```

1        I am divorced.  I have one son who is in school.  My

2    current hobbies, when I am not taking his son to his, are

3    serving at church and gardening.  No prior military experience.

4    I do -- my mother was formerly employed with the Federal Court

5    system on the administrative side.

6        Number 11, I was the victim of a crime.

7    Q.  Let me go first to ask about your mother was with the

8    criminal court?

9    A.  Federal.

10   Q.  Federal?

11   A.  Federal administration on the budget.

12   Q.  Budget.  Okay.  Anything about your mom's prior experience

13   with the Federal Court that would affect your ability to be

14   fair and impartial?

15   A.  No, your Honor.

16   Q.  What was the next?

17   A.  I was the victim of a crime, I was sexually assaulted when

18   I was a minor.

19   Q.  Is there anything about that experience when you were a

20   minor that would affect your ability to be fair and impartial?

21   A.  No, your Honor.

22   Q.  Okay.

23   A.  I was never a witness to a criminal matter.  13, I was

24   charged by the state, and I was later adjudicated with drug

25   charges before I sought professional help from the sexual

1    assault problem.

2    Q.  Okay.  So you had been charged and adjudicated.  Were you

3    adjudicated one way or the other?

4    A.  Adjudicated without the charges.

5    Q.  Adjudicated without the charges, and this was for drug

6    charges?

7    A.  Yes, your Honor.

8    Q.  How long ago was that?

9    A.  18 -- about 18 years ago.

10   Q.  18 years ago?

11   A.  About.

12   Q.  Anything about that experience that would affect your

13   ability to be a fair and impartial juror if you were selected

14   in this case?

15   A.  No, your Honor.

16   Q.  Okay.

17   A.  13, no.  14, no.  15, no.  I have never served on a jury

18   before.  For 17, I am struggling with sciatic nerve pain, so

19   sitting here now, I am struggling in pain to sit for --

20   prolonged sitting is very difficult.  Other than that, I don't

21   see any reasons I can't serve.

22   Q.  So, does it help if you can stand up with the pain?

23   A.  Yes.

24   Q.  Okay.  So, if the Court were to allow you even now, but

25   also if you are selected, to stand up whenever you needed to,

```
 1   would that enable you to be comfortable if you were selected to
 2   serve as a juror?
 3   A.  Yes, your Honor.
 4   Q.  Would it help to alleviate the pain?
 5   A.  Briefly.  I have to alternate off and on.
 6   Q.  If you are able to sit and stand as you needed to, would
 7   that minimize the pain you are experiencing?
 8   A.  Yes, your Honor.
 9   Q.  Okay.  Okay.  Thank you so much.
10       Okay, we are now going to go to juror number 29.
11   A.  28.
12   Q.  Sorry, 28.
13   A.  Your Honor, I am a school psychologist, I have been with
14   Palm Beach County School District for about ten years.  I live
15   in West Palm Beach, I have been here in Palm Beach County for
16   all my life.  I am married, my husband has a trucking logistics
17   business.  My children are grown.
18   Q.  Hold the microphone closer to you.  You said you have grown
19   children.  What do they do?
20   A.  I have a daughter that is a project manager at a large
21   company, I have a son that is a barber and one that works in
22   sales.
23       None of my family members or friends are employed in the
24   justice system.  11, no.  12, no.  13, yes.
25   Q.  And what are the circumstances with 13?
```

60

1   A.  My son had a trespassing charge when he was younger, and my

2   brother has an assault charge now.

3   Q.  What type of charge did your son have?

4   A.  Trespassing.

5   Q.  Okay.  Anything about the charges with your son and your

6   brother that would affect your ability to be fair

7   and impartial?

8       Ms. Stipes needs to make sure.  You said, no, it would not

9   affect your ability to be fair and impartial; is that correct?

10  A.  That's correct.

11  Q.  Your brother is deceased?

12  A.  He is deceased.

13  Q.  What did you say about your son?

14  A.  He was younger at the time.

15  Q.  He is an adult now?

16  A.  Yes.  14 through 18 is no.

17  Q.  Okay, thank you so much.  Juror 29.

18  A.  Good morning, juror 29, I'm currently a loan officer,

19  coming up on seven years.  I also own my own business as a home

20  inspector.  I have live in Tequesta for 21 years.  I'm married,

21  two children in high school.  My wife is a travel occupational

22  therapist.  We travel a lot due to sports.

23      9 through 15 is no.  16, I did serve on a jury, criminal,

24  we did reach a verdict, I was not the foreperson.  17, 18, no.

25  Q.  Okay, great, thank you.  Juror number 30.

61

1    A.  Good morning, juror number 30, I'm a Government regulatory

2    affairs professional.  I currently reside in Jupiter for four

3    years.  I was in Sarasota and Tallahassee previous to that.  I

4    m married, my wife is a human resources professional.  In my

5    spare time I paddle board, pickle ball, basketball and a lot of

6    target shooting as well.

7        9 through 15 are no.  16, I have previously served on a

8    criminal jury, we did reach a verdict, I was not the

9    foreperson.  17, 18, no.

10   Q.  Okay.  Juror number 31.

11   A.  Yes.  Good morning.  I am retired, I worked in a small

12   company for 18 years prior to retiring.  I live in Jupiter,

13   Florida, I have lived in that community for six years.  I

14   previously lived in Connecticut.  I am married, my spouse is

15   retired and owns a landscaping company.  I have no children.  I

16   volunteer in my community, boating, and traveling.  No prior

17   military experience.  No family members or friends in the

18   Criminal Justice System.

19       Number 11 is yes, I have had a family member a victim of

20   crime.

21   Q.  Is there anything about that experience that would affect

22   your ability to be fair and impartial?

23   A.  Um-m-m, I am not sure.

24   Q.  What type of crime was it?

25   A.  My family member was murdered, shot and stabbed.

1   Q.  I am sorry to hear that.  How long ago was that?

2   A.  2008.

3   Q.  Okay.  What do you -- when you say you are not sure, what

4   are you thinking in terms of your ability to serve as a juror

5   in this case?

6   A.  Just because of the murder, being shot.

7   Q.  Okay.  Do you feel as if you would have any reasonable

8   doubt that you could be fair in this case if this case, for

9   example, involved a firearm?

10  A.  I think I can be fair.

11  Q.  Okay.

12  A.  Number 12 is no.  Number 13 is yes.

13  Q.  And what is number 13?

14  A.  My brother was accused of a crime, child pornography.

15  Q.  Okay.  And what happened as a result of that?

16  A.  He actually took his life.

17  Q.  Okay.  I am sorry to hear that.  How long ago was that?

18  A.  2007.

19  Q.  Okay.  And is there any aspect of that experience that you

20  had back in 2007 with your brother that you believe would

21  affect your ability to be a fair and impartial juror in this

22  case?

23  A.  No.

24  Q.  Okay.

25  A.  No, 15, no.  16, no, I never served on a jury.  17, no, and

Pauline A. Stipes, Official Federal Reporter

```
 1    18, no.  The only thing is I have a doctor appointment
 2    scheduled on Monday the 6th.
 3    Q.   Okay.  Okay.
 4    A.   Good morning, juror number 32.  I have been in Lake Worth
 5    for 36 years. I am an --
 6    Q.   Hold the microphone up.  What is your profession?
 7    A.   Accountant.
 8    Q.   Accountant?
 9    A.   Yes.  For just under 30 years, I have been in Lake Worth
10    for 30 plus years.  I am widowed, my husband was an auto
11    mechanic.  I have a 49 year old daughter who is an office
12    manager at medical care review.  9 and 10 are no.
13         Number 11, we have been victims of petty theft, home
14    break-ins, and we have a niece who had a drug overdose a couple
15    of years ago.  Neither of those will cause a problem with being
16    impartial.
17         Number 12, we have not been a victim or witness.  Number
18    13, my brother as a young man was drunk and disorderly and
19    assaulted an Orange County officer, so he spent a couple of
20    days in custody and served about eight years of probation.
21         I have a friend whose 18 year old college student recently,
22    first year, with an open laptop in a dorm room, he was accused
23    of possessing child porn with intent to distribute.  He served
24    five years in prison and five years probation.  That would not
25    influence me in my impartiality.
```

```
 1        14 through 17 are no.  I have only one concern with 18, I
 2   have an appointment not this week, but next week that I wish to
 3   attend to.
 4   Q.  Okay, that should be fine.  Okay, thank you so much.  Juror
 5   number 33.
 6             THE JUROR:  Your Honor, can we stand up?
 7             THE COURT:  Yes, of course you can stand up and step
 8   in the back and stretch as you need to.
 9   BY THE COURT:
10   Q.  Yes.
11   A.  Good morning, juror 33, I am an assistant manager at Jiffy
12   Lube.  I have been in West Palm Beach my whole life, 35 years.
13   I am engaged.  My spouse is an office manager for a soda
14   company.  I have a son who is 18 months old.  My hobbies are
15   working and taking care of him in my free time.  No experience
16   in the military.
17        No to number 10.  Number 11, yes, I have been a victim of a
18   crime, attempted murder twice.  Number 12 is yes, attempted
19   murder on a LEO.  Number 13, yes, myself, two battery charges.
20   Number 14, no.  15 is no.  16 is no.  17 is no.  And 18 is no.
21   Q.  Okay.  With respect to -- you said yes to number 12, and
22   yes to number 13, and yes to number 11.  Could you tell me a
23   little bit about those?
24   A.  So, number 11, multiple homicides.  I was also -- my life
25   was attempted two times by two different men.
```

1          I was a witness in an attempted murder on a law enforcement

2    officer by an ex-boyfriend, and number 13, I have been accused

3    of battery two times.

4    Q.   Okay.  Anything about those different experiences that you

5    have just outlined for me that would affect your ability, if

6    you were selected as a juror in this case, to be fair and

7    impartial?

8    A.   No, ma'am.

9    Q.   Okay.  Thank you so much.  Juror number 34.

10   A.   Juror number 34, I am a systems analyst for the last six

11   years.  I live in Royal Palm Beach, I have been there for 28

12   years.  I am married, my spouse is in marketing, two children,

13   age 25, employee relations, and age 29, event management.

14   Hobbies, being with my family and gardening.  And 9 through 18

15   is no.

16   Q.   Okay.  Thank you so much.  And juror number 35.

17   A.   Juror number 35.  I am a touring musician for about 15

18   years.  I live in Royal Palm Beach for about eight years.

19   Divorced, no children.  Playing soccer for hobbies, playing

20   guitar.  No prior military.  I have a friend who is a

21   lieutenant, PBSO, and I also am a friend with a judge.

22   Q.   Anything about those relationships that would affect your

23   ability to be a fair and impartial juror if you are selected?

24   A.   Yes.

25   Q.   How is that?

66

1    A.   Just I have also gone through the criminal system myself,

2    so I just don't have faith in it, and just talking to them.

3    Q.   Okay.  Are you going to get to, I guess, your own

4    experience in a moment?

5    A.   Yes.

6    Q.   Okay.

7    A.   Yes, I have been a victim of a crime.  I haven't been a

8    witness to a criminal matter.  I have been charged with

9    domestic battery.

10   Q.   That is number 13?

11   A.   13, yes.

12   Q.   And is that your experience with the Criminal Justice

13   System?

14   A.   Yes.  14, no opinion over firearms.  15, yes, just my moral

15   beliefs.  I don't think I could be fair as a juror.  I have

16   served on jury duty, criminal, we did reach a verdict, and I

17   was not the foreperson.

18        17, yes.  And 18, yes.

19   Q.   What is number 17?

20   A.   Just my whole experience left me with PTSD, so.

21   Q.   Did this happen after you served as a juror before?

22   A.   This happened after jury, yes, way after.

23   Q.   So you served as a juror awhile back, and then the issue

24   with your charges happened after that?

25   A.   Yes.

Pauline A. Stipes, Official Federal Reporter

1    Q.  And that is what changed your view?

2    A.  Yes.

3    Q.  Okay.  Okay, thank you very much.  Juror number 36.

4    A.  Hi, juror number 36, early childhood specialist for an

5    early Head Start Center.  Prior to that, I worked in foster

6    care as a crisis counselor.

7         I live in Lake Worth and I have lived there for 20 plus

8    years.  I am married, my husband is a network analyst for the

9    City of Boca Raton.  I have three children, my oldest is a zoo

10   keeper for Lion Country Safari.  My twins, one is a student at

11   UCF and the other at FTCU.  My hobbies are crafting, reading,

12   traveling.  No prior military service.

13        10 is no, although my husband did work at the police

14   department for the City of Boca Raton for several years.

15   Q.  Is there anything about that experience that would affect

16   your ability to be a fair and impartial juror?

17   A.  No.  11 is no.  12 is no.  13 is yes, an uncle related by

18   marriage killed his second wife and served several years in

19   prison, and that would not affect my ability to be a fair and

20   impartial juror.

21        14 and 15 is no.  16 is yes, it was criminal, but it

22   resulted in a mistrial.  And 17 and 18 is no.

23   Q.  Okay, thank you so much.  Juror number 37.

24   A.  Hi, I'm juror 37.

25   Q.  Good morning.

1   A.   And I wish to please be excused for I have a half brother

2   that passed away Friday and I please would like to go to the

3   funeral.  I have to get on a plane tomorrow morning to be in

4   Indiana.

5   Q.   Okay.  I'm sorry about that.  Yes.  If you could just go

6   through the questions, but I do understand your situation.

7   Thank you.

8   A.   Thank you very much.  Okay.  I am retired, and I live in

9   Green Acres, and I have lived there for eight years, and I am

10  married, and my spouse is retired, too.  And I have two

11  daughters, one is 37 and one is 36, and my 37 year old does

12  murals for DisneyWorld and churches and birthday parties.  They

13  do yard decorations and stuff for parties.  And my younger

14  daughter, she don't have a job yet.

15      I have no hobbies.  Number 9 is no.  Number 10 is no.  And

16  number 11 is yes.  I had a daughter that was -- the guy tried

17  to force her in his car and beat her up, and their trial is

18  going on today at nine o'clock at the other courthouse.

19  Q.   Okay.

20  A.   And all the rest are no.

21  Q.   Okay.  All right.  Thank you so much.  Thank you.

22      Juror number 38.

23  A.   Juror number 38, I have been working for the last five

24  years for Lego.  I am the senior import/export compliance

25  manager for the Americas.  I currently live in Wellington for

1    the last three years.  Prior to that, I have always lived in

2    Connecticut.  I am divorced.  I have two beautiful daughters,

3    ten and nine years old.

4        Hobbies, I love to travel and running.  9 is no.  10 is no.

5    11 is no.  12 is no.  13 is no.  14, I do have an opinion, I am

6    anti-firearms.  I believe they do more harm than good.  15, no.

7    16, no.  17, no.

8        18, like I said, the only reason I have there is due to my

9    critical role and because of the time, the next three weeks we

10   are in the middle of peak season, as you can imagine.  All the

11   Lego toy sets need to get to the destinations prior to the

12   holidays.  That is about it.

13   Q.  I can definitely imagine that being a busy time for Lego.

14       With respect to your answer to number 14, and you mentioned

15   that you are anti-firearms and you feel they do more harm than

16   good.

17       As I stated in the beginning, each person can come into the

18   courtroom with personal experiences, as many have, most in fact

19   have, and opinions about a number of things, including drugs or

20   firearms, but the ultimate question is not whether you have

21   those opinions, but whether you are able to put those opinions

22   aside, and whether you can consider the evidence and the law

23   with an open mind and be fair and impartial if you are selected

24   as a juror in this case.

25       The facts have not been revealed, the evidence has not been

```
 1   presented, and so, are you able to fulfill your role as a juror
 2   if you are selected in this case despite having certain views
 3   about firearms?
 4   A.  I believe that is a starting point.  From my point of view
 5   it is different.
 6   Q.  You believe you cannot put your personal views aside; is
 7   that what you are saying?
 8   A.  Correct.
 9   Q.  Okay, thank you.  Juror number 39.
10   A.  Good morning, your Honor.
11   Q.  Good morning.
12   A.  Juror 39, I am a pilot at a corporate flight department, I
13   have been there for five and a half years.  I live in Jupiter,
14   I have been there five and a half years.  I am married, my wife
15   is in retail.  I have three boys, the oldest is 21, he is in
16   construction out in Oregon, and the younger two are full-time
17   students.
18       Skydiving coach, I have skydiving as a hobby.  I was in the
19   Marine Corps for 21 years.  10 through 18 are all no.
20   Q.  Okay, all right, thank you so much.  Juror number 40.
21   A.  Good morning.
22   Q.  Good morning.
23   A.  I work for food industry.  I work in vinegars for ten
24   years.  Married, I have a son six years old.  Hobbies, travel,
25   family time.
```

Pauline A. Stipes, Official Federal Reporter

```
 1    Q.   What is your hobby?

 2    A.   Travel and spend time with the family.

 3    Q.   Okay.

 4    A.   9, no.  And my wife work for Palm Beach County.

 5    Q.   Where does your wife work?

 6    A.   She work for ten years now, she change her career to human

 7    resources, but she work for Palm Beach County Youth Services

 8    Department.

 9    Q.   Youth Services?

10    A.   Correct.

11    Q.   Okay.

12    A.   10, okay, I answered already.  11, no.  12, no.  13, yes.

13    14, I have an opinion about arms.  15, 16, no.  17, I am in the

14    grievance process, my mom passed away last week.

15    Q.   I am sorry about your mother.  She passed away last week?

16    A.   Correct.

17    Q.   Do you have matters to tend to this week, is there a

18    funeral or other things?

19    A.   No.  No.  In my country it is pretty fast.  She passed away

20    last week, the next day they take care of that, and I come back

21    last week after the funeral.

22    Q.   Do you feel, in light of that, are you able to concentrate

23    and to serve as a juror?

24    A.   Yes, I can.

25    Q.   Okay.  And you said you had opinions about firearms.  What
```

```
 1    did you want to say about that?
 2    A.   I come from a country, the Government take the arms out of
 3    you, and where are the arms?  They are on the streets now.  I
 4    think we need to keep them yourself if something happens.
 5    Q.   What country are you from?
 6    A.   Ecuador.
 7    Q.   Ecuador, okay.
 8         So in this case, you haven't heard anything about the case
 9    yet, but if you are selected you will.  Can you serve as a
10    juror?  Can you keep an open mind and listen to the evidence
11    and apply the law that I give you to the facts to render a fair
12    and impartial verdict?
13    A.   Yes.
14    Q.   Okay.  All right.  Thank you so much.
15              THE COURT:  All right.  Ladies and gentlemen, I want
16    to thank you for answering my questions.  And can I see whether
17    at this point the Government has any questions of our jurors.
18              MR. SCHUMACHER:  Your Honor, I am sorry, could we take
19    a mid-morning break?
20              THE COURT:  Yes, we could take a mid-morning break.
21    It is 11:15.  Why don't we take a mid-morning break for ten
22    minutes.
23              At 11:25 if you could be lined up ready to come back.
24    You can use the restroom and anything else you may need to do.
25    What you cannot do, as I instructed you in the beginning, is to
```

Pauline A. Stipes, Official Federal Reporter

```
 1    speak with anybody among yourselves or anyone else about the

 2    case.  We are still going through the process, so you can talk

 3    with each other, but nothing about what has gone on in the

 4    courtroom even if it doesn't seem important.

 5           And importantly, also, take a good look at the parties

 6    and lawyers.  There are many of you, but fewer of them.  You

 7    are not to have any interaction with them.  They will try to

 8    avoid you, but if you see them, avoid saying hello or

 9    conversing.  That is so that all communications between jurors,

10    lawyers, and parties occur in the courtroom.

11           So, when we bring you back we will continue with the

12    Government asking you any questions they may have and the

13    Defense asking any questions they may have, and hopefully

14    before the lunch hour we will be able to select the jury and be

15    ready to present evidence following the lunch hour.

16           We will be back in ten minutes, at 11:25.  Remember to

17    follow those important instructions.  Thank you.

18           (Thereupon, the jury venire left the courtroom.)

19           THE COURT:  Okay, we will be in a brief recess and be

20    back in ten minutes.  I would ask counsel to avoid the jurors,

21    if you need to use a separate floor for the restroom.  Okay.

22        (Thereupon, a short recess was taken.)

23           THE COURT:  Okay.  Shall we bring our jurors -- I

24    don't know whether you had a chance to look at your notes.  Are

25    there any that you both agree, based on their answers to my
```

```
 1   questions, are subject to a cause challenge so as not to have
 2   to spend time asking them questions?  Do you want to go through
 3   that and see if you all agree on that?
 4           MS. CHASE:  Would you like us to do this on the
 5   record?
 6           THE COURT:  Yes.  You can stand together and look with
 7   each other.
 8           MS. CHASE:  Your Honor, I think, if I just begin,
 9   juror number 7 was strongly anti-gun.
10           THE COURT:  Does the Defense agree?
11           MR. SCHUMACHER:  Yes.
12           THE COURT:  Yes, 7 says he would be biased given his
13   family experience with guns, and he did raise his hand in the
14   very beginning with respect to my question about whether he
15   could base is verdict on the evidence and the law.  7 stricken
16   for cause.
17           MS. CHASE:  Same with juror number 9, she also raised
18   her hand immediately and followed up with strong anti-gun
19   feelings because her family member was murdered.
20           MR. SCHUMACHER:  Agreed, Judge.
21           THE COURT:  The Court's notes comport with that as
22   well, so 9 is stricken for cause.
23           MS. CHASE:  10, your Honor, expressed strong feelings
24   against ATF, which is the client agency for the United States
25   in this matter.  He said he is suspicious of law enforcement
```

Pauline A. Stipes, Official Federal Reporter

1    and has had personal interactions with ATF.  Given that, we do

2    not believe he could be fair and impartial in this matter.

3            THE COURT:  Defense?

4            MR. SCHUMACHER:  I agree, Judge.

5            THE COURT:  The Court's notes comport with that as

6    well, so 10 is stricken for cause.

7            MS. CHASE:  Your Honor, number 14 also expressed a

8    strong dislike of law enforcement and indeed said that the

9    innocent are accused.

10           THE COURT:  Defense?

11           MR. SCHUMACHER:  Agree, Judge.

12           THE COURT:  14 also is stricken for cause based on the

13   Court's review of its notes, based on the answers to the

14   Court's questions.

15           MS. CHASE:  Your Honor, juror number 19 raised her

16   hand immediately at the beginning with the Court's question

17   whether anyone could not be fair and impartial.  She also

18   expressed strong feelings against law enforcement and said a

19   close friend and family member were accused of drug crimes.

20           THE COURT:  Defense?

21           MR. SCHUMACHER:  Agreed, Judge.  She also indicated

22   that because of her brother's incident with gun violence on

23   I-95 that she couldn't tell the Court without a doubt she could

24   be fair and impartial.

25           THE COURT:  The Court agrees, so 19 is stricken for

Pauline A. Stipes, Official Federal Reporter

```
 1   cause, and she also raised her hand in the beginning.

 2          MS. CHASE:  Your Honor, I don't know whether 20 has a

 3   language issue that would prevent her from serving on this

 4   jury.

 5          MR. SCHUMACHER:  Judge, I think she did.  She said she

 6   only understood a little bit, and then the Court asked some

 7   followup questions to that and many of the responses seemed to

 8   be unresponsive.

 9          THE COURT:  Yes, I agree.  20 is stricken for cause

10   based on language.

11          MS. CHASE:  Your Honor, juror number 23 had a brother

12   who was murdered and also expressed distrust of the Criminal

13   Justice System based on that experience.

14          THE COURT:  Defense?

15          MR. SCHUMACHER:  She indicated, Judge -- I noted that

16   she appears to be an African-American female, but I think she

17   is Jamaican by her dialect, she said she had little faith in

18   law enforcement, but she did say that she could be fair.  She

19   did say it would be hard because her brother was 16 years of

20   age at the time.

21          I think if either party wishes to make further

22   inquiry, I'd like to see if she could be rehabilitated.  I

23   think there are maybe a total of three to four of

24   African-American descent on the jury.  Since Mr. Boone is of

25   African American descent I'd be hesitant to --
```

1          THE COURT:  Okay.  If you want to question her

2    further, that is fine.  These are only once that you both agree

3    to.  She will not be excused at this time.

4          MS. CHASE:  For the record, your Honor, the United

5    States would note that she later indicated in the Court's

6    questioning she could not be fair.

7          Number 24, he is a young black man, however, he made

8    that an issue when he said he could not be fair and impartial

9    towards law enforcement because of the manner in which his

10   friend wads murdered.

11         THE COURT:  Defense?

12         MR. SCHUMACHER:  Judge, that was a little different.

13   Even though, again, he is of African-American descent, and he

14   pointed that out of course, he specifically said he couldn't be

15   fair, and that he had a distrust of law enforcement, so I don't

16   oppose that.

17         THE COURT:  Okay.  24 is stricken for cause.

18         MS. CHASE:  Your Honor, juror number 35 said he had no

19   faith in the criminal system, and additionally had moral

20   beliefs that precluded him from serving on the jury.

21         THE COURT:  Defense?

22         MR. SCHUMACHER:  Agreed, Judge.

23         THE COURT:  The Court agrees.  35 is stricken for

24   cause.

25         MS. CHASE:  Your Honor, juror number 39 was strongly

Pauline A. Stipes, Official Federal Reporter

```
 1   anti-firearm.  In addition, he had issues with his employment
 2   that would likely preclude him from service.
 3               MR. SCHUMACHER:  38 or 39?
 4               THE COURT:  38.  Defense.
 5               MR. SCHUMACHER:  Agreed, Judge.
 6               THE COURT:  38 is stricken for cause based on his
 7   feelings about the firearms, not about his work.
 8               Is that the totality of the cause challenges to which
 9   both sides agree at this juncture?
10               MS. CHASE:  Likely we have the same one, your Honor.
11   I believe that juror number 40 expressed strong feelings about
12   firearms.
13               MR. SCHUMACHER:  I don't know that he specifically --
14               THE COURT:  No.  40 said he could be fair.  He talked
15   about what happened in his country with guns, but I would
16   disagree with that at this juncture.
17               Any others?
18               MR. SCHUMACHER:  Yes, Judge.  Defense would seek to
19   excuse for cause juror number 37, just because of the family
20   issue of having to travel to Indiana.  She also indicated --
21               THE COURT:  She would be traveling tomorrow, I think.
22               MS. CHASE:  We don't oppose, your Honor.
23               THE COURT:  37 will be stricken for cause.  Okay.
24               MR. SCHUMACHER:  Judge, I apologize, there is one
25   more -- two more, sorry.
```

Pauline A. Stipes, Official Federal Reporter

1    Defense would seek to excuse for cause juror number

2    13.  She is a member of the -- former member of the Clerk of

3    the Court.  She indicated that her neighbor suffered a driveby

4    shooting, and if I remember correctly, she is the individual

5    that said some of the shells were found in her yard.  It seemed

6    to have an impact on her presentation.

7    She also specifically said that she has issues with

8    drugs and guns, and she also indicated that she couldn't be

9    fair because of those feelings.

10   THE COURT:  Government.

11   MS. CHASE:  Your Honor, we did have some followup

12   questions that we wanted to probe to see if she could be fair.

13   THE COURT:  All right.  Any others for now?

14   MR. SCHUMACHER:  Yes, Judge.  Defense would seek to

15   strike for cause juror number 25.  This is the gentleman who, I

16   believe it was a friend's child overdosed at college and

17   specifically said that he couldn't be fair.  He also indicated

18   that he was strongly biased against anything involving

19   narcotics.

20   THE COURT:  Government.

21   MS. CHASE:  Your Honor, we don't oppose that.

22   THE COURT:  Okay, the Court agrees.  25 would be

23   stricken for cause at this point.

24   MR. SCHUMACHER:  Finally, the Defense would seek to

25   strike for cause juror number 31.  She indicated -- when asked

80

```
 1    whether or not she could be fair, she indicated that she wasn't
 2    sure.  In fairness, she did later after say, I think I could be
 3    fair, but there has been an equivocation on her part after
 4    repeated questioning by the Court.
 5              THE COURT:  Government?
 6              MS. CHASE:  We were going to seek to rehabilitate her,
 7    your Honor.
 8              THE COURT:  All right.  We will keep her in for now.
 9              I will review the ones you all have agreed to and the
10    Court has agreed.  Juror number 7, 9, 10, 14, 19, 20, 24, 25,
11    35, 37 and 38, correct?
12              MS. CHASE:  Yes.
13              MR. SCHUMACHER:  Yes, your Honor.  The two question
14    marks are juror number 31 and juror number 13?
15              THE COURT:  Yes.  All right.  So the ones you have
16    agreed to, clearly you don't need to ask questions of them.
17    That was the purpose of doing that now.
18              Let's bring our jurors in.  I will let you know when
19    your 15 minutes are up, and you can tell me if you need any
20    additional time.
21              MR. SCHUMACHER:  May I ask one question of the Court?
22              I haven't tried a case before your Honor, I don't know
23    if the Court goes in secondarily after counsel on both sides
24    asks their questions to ask about anything relative to general
25    instructions in terms of proof beyond a reasonable doubt,
```

1    anything like that.

2            THE COURT:  It is part of the preliminary

3    instructions.  No, you can inquire of that if you want to as

4    part of your 15 minutes, I am not going to do any additional

5    followup.  The preliminary instructions, I go into it

6    extensively, but if you want to air that beforehand, that is

7    fine.

8            MR. SCHUMACHER:  And nothing on the Defendant not

9    testifying?

10           THE COURT:  No.  Actually, it is not part of the

11   questions, so that is something you can address if you would

12   like to.

13           MR. SCHUMACHER:  I am happy to do that, Judge.

14   Because of that, I would ask for a little bit longer.

15           THE COURT:  When the 15 minutes are up, just ask me.

16   That is fine, I like to give people the time they need.

17           MR. SCHUMACHER:  Thank you, Judge.

18           THE COURT:  Not a problem.  Okay, let's bring our

19   jurors in.

20       (Thereupon, the jury venire returned to the courtroom.)

21           THE COURT:  Welcome back, everybody, you may be

22   seated.  I thank you for giving your full attention to the

23   Court and my questions, and now if you also could give your

24   attention to the attorneys who may have some questions for you.

25           First from the Government, any questions?

Pauline A. Stipes, Official Federal Reporter

1              Just remember to speak into the microphone so we can

2      hear you.  When you are addressing any one juror in particular,

3      please make sure to identify the juror with whom you are

4      speaking by number so we know who you are talking to on the

5      record.

6      BY MS. DARSCH:

7      Q.  Good morning.  I have a question for juror number 8.

8          Good morning.

9      A.  Good morning.

10     Q.  I have a question --

11             THE COURT:  We need you to talk into the microphone.

12     BY MS. DARSCH:

13     Q.  -- relating to one of your answers on question 13, have you

14     or any family member or close friend ever been accused of a

15     crime?

16         You indicated you had a family friend that was a victim of

17     a crime and it involved a murder.  I am sorry to hear about

18     that, and I don't mean to probe.  In a different setting I

19     wouldn't be asking you about these questions.

20         Could you give us a little more details about that?

21     A.  The question that you are asking is number 12, 13 -- 12 and

22     13?

23     Q.  Yes, please.

24     A.  Number 12, if I had been a witness to a crime?

25     Q.  Question 13.

Pauline A. Stipes, Official Federal Reporter

1    A.   Sorry, 13, yes.   13, pretty much, I was young at the time

2    as well, but it involved my dad and pretty much in self defense

3    he pulled out a gun, and as far as I know, like everything was

4    resolved, and pretty much he was -- you know, he was found not

5    guilty, and pretty much that is as far as I know about the

6    case.

7        But there was that case, and then I had a brother as well,

8    a long time ago -- my brother, I was young as well, and it

9    happened at the South Florida Fair, involved law enforcement,

10   and pretty much I was young.   By the time I understand the

11   case, pretty much, he was like abused, he was beaten down, that

12   was not needed, went to court in regards to that as well, and

13   it was fought for his record to clear.   The case that was

14   placed on him, he won the case as well, and his record was

15   cleared of that incident.

16       So in detail, that is the involvement of 13.   I am sorry,

17   was it just 13 or was it 11 as well?

18   Q.   No, it was just 13.   If you could clarify, how long ago was

19   the incident with your father, approximately?

20   A.   I would say maybe 20, 20 years ago.   I am 30 now, and I was

21   maybe like seven, eight at the time it happened.

22   Q.   I am sorry to hear about that.

23   A.   Okay.

24           THE COURT:   Because your back is to us --

25

Pauline A. Stipes, Official Federal Reporter

```
 1   BY MS. DARSCH:
 2   Q.  Despite these incidents with your friend and your father,
 3   are you able to serve as a juror and keep an open mind and
 4   listen to the evidence in this case and apply the law and
 5   render a fair and impartial verdict?
 6   A.  Yes, I can have an open mind in regards to the case.
 7   Q.  So, yes?
 8   A.  Yes.
 9   Q.  Thank you.  And next I have a question for juror number 13.
10       Relating to question 11, have you, any family member or
11   close friend ever been a victim of a crime, and you indicated
12   that you and your neighbor were victims of a driveby shooting
13   that occurred while -- in your front yard.  Could you -- again,
14   I am sorry to hear about that, and could you give us a little
15   more details about that incident?
16   A.  It was drug related, it was my neighbor, they shot through
17   his whole house.  Luckily they were sleeping so it hit the
18   headboard and not a child, but the person that did it was in a
19   car and they were in our yard, and when the police came the
20   shell casings were found in our yard.
21       Being my age, it is traumatic.
22   Q.  I am sorry to hear about that.  But it is the Government's
23   burden in this case to prove guilt beyond a reasonable doubt,
24   and we have to put forward the evidence in this case and we
25   have to do it beyond a reasonable doubt, and you would just be
```

Pauline A. Stipes, Official Federal Reporter

1    looking at the evidence in this case and applying the law that

2    you are instructed to apply by the Court.

3        So, after looking at the evidence in this case and applying

4    the law, do you think you could set aside that negative

5    experience and render a fair and impartial verdict?

6    A.   I am not really sure.  I live in a very crime-ridden

7    neighborhood lately, a lot of gangs have moved in, and so, we

8    don't even go out of our house because of that.  So, I don't

9    know.  I am very prejudice against drugs and guns.

10       I would gladly own a gun myself, but I don't feel like I --

11   I don't feel safe in my neighborhood due to the gangs and drugs

12   infiltrating.

13   Q.   I am sorry to hear about that.  In this incident, did you

14   feel that you were treated fairly by law enforcement?

15   A.   Yes.

16   Q.   Okay.  No further questions.

17   A.   I never had a problem with law enforcement.

18   Q.   All right.  No further questions, thank you.

19       I now have a question for juror number 23.  Good morning.

20   A.   Good morning.

21   Q.   I have a question relating to your answer to question

22   number 11 which states, have you, any family member or close

23   friend ever been a victim of a crime, and you indicated, yes,

24   that your brother was unfortunately murdered, and you have

25   little trust in law enforcement.

1        I am sorry to hear about the situation with your brother,

2    but based on your low trust in law enforcement, based on the

3    mistaken identity, can you be fair and impartial in this case

4    given what you had indicated was a natural distrust for law

5    enforcement regarding that experience?

6    A.   To be honest, no.

7    Q.   No?  Okay.  No further questions.

8        The next question is for juror number 30.  Good morning.

9    A.   Good morning.

10   Q.   You answered that one of your hobbies was target shooting.

11   A.   Yes.

12   Q.   I just had a question for you.  Given your experience with

13   firearms involving your hobby, would that prevent you from

14   basing your verdict solely on the evidence?

15   A.   No.

16   Q.   Thank you.  My next question is for juror number 31.  I had

17   a question regarding your answer to question number 11, have

18   you, any family member or close friend ever been a victim of a

19   crime, and you indicated, yes, that you had a family member

20   that unfortunately was murdered and stabbed, but that you think

21   you can be fair.

22       I am sorry to hear about this incident, but do you think,

23   despite this incident, that you could render a fair and

24   impartial verdict and listen to the evidence in this case and

25   apply the law?

1  A.  Yes.

2  Q.  Thank you.  And I apologize, I have one more question for

3  juror 31.

4      There was a question -- an answer you provided relating to

5  question 13, have you, any family member or close friend ever

6  been accused of a crime, and you indicated there was an

7  incident involving your brother.

8      Do you recall what agency this was with?

9  A.  He was in the Air Force, and it was back in Grand Forks Air

10  Force Base.

11  Q.  Do you recall what agency charged him with the crime?

12  A.  I'm not sure.  I think -- I am not sure.  It was a bit

13  confusing because he was an active airman, and I think it had

14  to do in Grand Rapids.

15  Q.  Okay.

16  A.  North Dakota.

17  Q.  Do you recall if it was a Federal agency?

18  A.  It was.

19  Q.  But you don't recall --

20  A.  It was too long ago, it was in 2007, and a lot of

21  confusion.

22  Q.  Could you -- despite the incident with your brother

23  relating to question 13, could you listen to the evidence in

24  this case and apply the law to the evidence in this case and

25  render a fair and impartial verdict?

```
 1   A.   Yes.
 2   Q.   Thank you.  And then I have one general question for
 3   everyone, and if anyone answers yes, if you could just show
 4   your hand.
 5        Generally it relates to drugs.  Does anyone here think that
 6   all drugs in the United States should be legalized?
 7        Just one.  Okay.
 8             THE COURT:  Do you want to identify the juror number?
 9             MS. DARSCH:  Could you please tell me your juror
10   number?
11             THE JUROR:  10.
12             MS. DARSCH:  Juror number 10.  No further questions
13   with juror number 10.
14             Thank you for your time.
15             THE COURT:  Okay, thank you very much.  Are there any
16   questions for the Defense?  If so, you may proceed.
17             MR. SCHUMACHER:  Yes, your Honor, please the Court.
18             Ladies and gentlemen, good morning once again.
19             THE COURT:  Mr. Schumacher, if you would use the
20   microphone since your back is to us.  Ms. Stipes has to get
21   down what you are saying.
22             MR. SCHUMACHER:  I want to ask a couple of followup
23   questions and then go into a little bit of the law you might
24   have to apply in the case.  Again, I already introduced myself.
25   Let me tell you who I am not.  I am not any of the characters
```

1    that you have watched on Law and Order, Defense attorneys, or

2    anything like that.  I tell you that because when you watch

3    those shows, the one thing that is always the case is that the

4    Defense attorney is always the person that is actually bringing

5    the facts out that allows the juries many times to find the

6    person not guilty.  I am going to attempt to do that in this

7    case.

8           Is there anybody that doesn't understand that the

9    Government has the full burden in this case, the ladies that

10   are sitting to my left and the agent sitting to their left?

11   Defense has no obligation to do anything in this case.  Does

12   anybody disagree with that fundamentally?

13          Okay.  While we are talking about that, the Judge is

14   going to instruct you that because of that presumption of

15   innocence, you have to look at Willie Boone right now and

16   presume him to be not guilty.  Is there anybody at all for

17   whatever reason who has a problem doing that?

18          Yes, ma'am.  And that is juror number 9.  Okay.

19          Ma'am, I apologize, I have your name here, but for

20   ease of the Court Reporter, we are supposed to be using

21   numbers.

22   BY MR. SCHUMACHER:

23   Q.  Is there anything other than what you had previously told

24   us as far as the reasoning behind that?

25   A.  No, exactly what I said.

1    Q.   Thank you.   Again, it is difficult for me because my mom

2    always told me to call somebody Mr. and Mrs., but for ease of

3    the Court Reporter, that is why we are doing this.

4         Juror number 8, I know you provided to us, sir, some

5    incidents that occurred, I believe, with your father and your

6    brother; is that right?

7    A.   Correct.

8    Q.   Okay.  As we sit here today, do you think in retrospect

9    that they were treated fairly in the Federal justice system?

10   A.   As far as the results, I know there was results, I did not

11   fully understand fully what happened.  So going by the results,

12   and their incidents and what happened, you know, their

13   incidents and the record is clear.  As far as what happened in

14   the entire, you know, I just -- as far -- I just stated that

15   thankfully their record is clear, and assume everything went

16   fairly.  Again, I was young at that time.

17   Q.   Sure.  Is there anything about that that is going to

18   prejudice you or make the Government start at an uneven playing

19   field in this case just because of that occurrence in your

20   life?

21   A.   Um-m-m, no.  Just like I stated, I will keep an open mind

22   and hear both sides, and day-to-day I understand where I come

23   from crime is all around, but they are just -- you know, just

24   the truth to either side.  Again, I will have an open mind.

25   Q.   Thank you.

Pauline A. Stipes, Official Federal Reporter

1       Other than juror number 14 -- you had expressed, sir, some

2   specific things that you had learned either because of people

3   you knew in law enforcement or in the Criminal Justice System.

4       Other than that gentlemen, and I know a lot of people

5   expressed that you have friends, close friends or neighbors

6   that are in law enforcement or the Criminal Justice System,

7   including but not limited to lawyers.  I would address this

8   next general question to everybody that applies to.

9       Is there anybody, other than juror 14 who already expressed

10  it changed the way he thought, any of those stories, any of the

11  stories that were related to you that changed the way you may

12  view Mr. Boone as we he sit here today?

13      No.  Okay.

14      I think it is juror number 22, are you in the back?  Yes,

15  ma'am, is that you?

16  A.  Yes.

17  Q.  I think you said that you had some conversations with both

18  your friend that was a U.S. Magistrate and a retired FBI.

19      Here is my question to you, ma'am.  Any of those stories

20  that changed the way you might view a criminal defendant?

21  A.  No.  They were mostly funny stories.

22  Q.  Okay, good, glad to hear that.

23      Let me ask you this, ma'am, do you think it is possible in

24  a general sense that just because of what somebody might be

25  charged with, not convicted but charged with, that you may view

1    them differently?

2    A.   I would tell you no, that I think I do have an open mind

3    and I'm willing to sit and listen to the evidence as presented.

4    Q.   Okay.  Do you think that there are some crime or crimes

5    that somebody could be charged with that could in fact change

6    the way you look at them right now before you have heard any

7    evidence and look at them differently?

8    A.   I'm not -- I am not trying to look at Mr. Boone any

9    differently.  I am a clean slate right now for you guys to

10   present.

11   Q.   Okay, appreciate that.

12        Again, having heard no evidence, I appreciate that is your

13   opinion and you are trying to be fair, but do you have

14   children?

15   A.   No.

16   Q.   Do you have nieces or nephews, anything like that?

17   A.   No.

18   Q.   Do you think if you heard, for instance -- this isn't the

19   case here, but let's say there was a crime against children and

20   it's a neighbor that moved in right next to you and you were

21   aware of that.  Do you think that might change the way you went

22   about your everyday life?

23   A.   Well, sure, yes.  Yes.

24   Q.   Because of the charge, right?  It is common, right?  Can't

25   we all agree that would be a common response to a very serious

1   crime?

2   A.   Yes.

3   Q.   So, in this case, we are talking about allegations of guns,

4   in fact an automatic gun, and narcotics, okay, and I think we

5   can all agree that that is a recipe for disaster, right,

6   narcotics and drugs together?

7   A.   Okay.

8   Q.   If somebody moved in next to you, for instance, and you

9   knew they were charged with an offense involving guns, an

10  automatic weapon, and narcotics, you are going to view them

11  differently, correct?

12  A.   I would definitely not want to probably have them over for

13  dinner, they wouldn't be my friends.  My friends don't do drugs

14  if you want to continue this.  That is not my -- that is not my

15  lifestyle.

16  Q.   Let me open this to the panel, then.  Maybe somebody is not

17  really -- because of all of the things we talked about before,

18  because of our own personal life experiences, maybe this isn't

19  the right case for you to be sitting on, and other than the

20  people that have expressed that already, is there anybody,

21  after we talked about it a little bit and now that we have

22  heard some of the answers from your co-jurors, that think this

23  is not the right case for me, for reasons other than what you

24  already expressed, anybody have a second thought about it?

25       No, this isn't for me, I can't really be fair and

```
 1    impartial.  I can't look at Mr. Boone the same way.  Out of 40
 2    people, anybody?
 3         Okay.  What about the notion that -- this is for everyone,
 4    what about the notion that the Government has the sole burden
 5    of proving beyond a reasonable doubt, does anybody think that
 6    is unfair?  Nobody?
 7         How about, can we agree that it is normal human behavior to
 8    want to hear both sides of the story?  Anybody disagree with
 9    that?
10         Pretty common response.
11         Juror number 32, yes, ma'am.  What if you are instructed --
12    and we were talking about this, you want to hear both sides of
13    the story, right?  You agree with that in general?
14    A.  My natural curiosity is to see -- my natural curiosity is
15    to know the other side, but that is not going to be my
16    instruction.
17    Q.  If you are instructed, for instance, that the Defense has
18    no burden of proving anything to you, and specifically Mr.
19    Boone has no obligation to take the stand in this case, is that
20    going to bother you?
21    A.  No.
22    Q.  Because, you know, there is this natural human idea that we
23    want to hear both sides of the story.
24    A.  It is the natural curiosity.  That is my own personal
25    curiosity and during the Court process --
```

```
 1              THE COURT:  Is the microphone working?
 2    BY MR. SCHUMACHER:
 3    Q.  So you think you could put that aside?
 4    A.  I can put that aside, yes.
 5    Q.  You can follow the instructions that the Court gives you?
 6    A.  Yes.
 7    Q.  Getting back to the entire panel, is there anybody that
 8    feels different than juror number 32?  Anybody that says, as
 9    far as I am concerned, I got to hear from Mr. Boone, he has to
10    take the stand and I need to be able to weigh that?  I don't
11    think I can follow the Judge's direction that he is allowed to
12    maintain his Fifth Amendment right of not saying anything in
13    this case.
14         That is not a problem for anyone?  Okay.
15         Juror number 12, sir, you indicated that you were an
16    educator and have done that for a lot of years?
17    A.  Thirty years.
18    Q.  Thirty years.  Thank you for your service.
19         You indicated that you had a former student that had been
20    killed; is that right?
21    A.  Yes.
22    Q.  Is that someone that you actually taught, sir?
23    A.  Yes.
24    Q.  And did you -- did that have an impact on you when that
25    occurred?
```

```
1    A.  Yes.  As I said, it is hard to lose one of your kids.  It
2    is like I am an artist and I had a special bond with all of my
3    children.  You get invited to birthdays, graduations, weddings
4    I have been to, and this was out of character.  Yes, it was
5    devastating.
6    Q.  Forgive me, I tried to take as best notes as I could, but
7    was that in a shooting?
8    A.  Yes.
9    Q.  Obviously, for me, as Mr. Boone's lawyer, and he as the
10   Defendant in this case, we are concerned about any kind of life
11   experiences that may have an impact.  I am assuming you went to
12   the funeral?
13   A.  Yes.
14   Q.  It was an emotional time period, correct?
15   A.  Yes.
16   Q.  How long ago was that?
17   A.  About ten years.
18   Q.  There is no allegation of violence in this case, but there
19   is allegations of narcotics and really a high powered weapon
20   here.  Any of those things, should that be cause for concern
21   for either myself or Mr. Boone that maybe those personal
22   impacts might have a carryover effect for you if you are seated
23   on the jury?
24   A.  I would hope not, but -- when I start to talk about it, it
25   gets --
```

1   Q.   I can see you are getting emotional.

2   A.   Yes.

3   Q.   As far as that is concerned, do you think maybe this is not

4   the right case for you to sit on as a juror?

5   A.   Possibly.

6   Q.   If you had to ascribe an amount of doubt here as far as

7   whether or not you could follow the Court's instructions in

8   this case and be fair and impartial and put aside that horrible

9   experience in your life, what would you say, ten percent, more

10   than that, less than that?

11       Again, I know it is hard to quantify, but -- you have sworn

12   a duty, and I know you want to follow that, just like all of

13   you do, but is this a case for you?

14   A.   Possibly not.

15   Q.   Okay, thank you.

16       Let me open this to the panel, and I know there are a

17   couple of individuals that have expressed an outright distaste

18   for firearms.

19       Is there anybody that if -- I am assuming that the

20   Government his going to try to introduce firearms in this case

21   and those may be passed around to you having been made safe.

22   Does that cause anyone anxiety about the notion -- okay, I know

23   you expressed that to us previously.

24       Anyone other than this gentleman that that is going to

25   create a problem or cause you to be anxious?  Okay.

Pauline A. Stipes, Official Federal Reporter

1      What if -- let's expand on the firearm issue for a second.

2           THE COURT:  Letting counsel know it is about 16

3  minutes.

4           MR. SCHUMACHER:  Yes, your Honor.

5           Let me ask you this, some of you expressed that you

6  like firearms, you engage in activities with firearms.  At

7  least one individual I can remember indicated that there was a

8  firearm stolen from his vehicle.

9           Let's change the scenario for a second.  What if you

10 hear evidence in this case, ladies and gentlemen, that the

11 firearms that you may or may not see in this case were firearms

12 that were previously reported stolen; does that change any of

13 your answers at all you have given to the Court and counsel for

14 the Government previously?

15          Do you find that -- not only is Mr. Boone accused of

16 being a convicted felon possessing firearms, but now we hear

17 that one or more of those firearms may have been reported

18 previously stolen.  Does that change anybody's answers about

19 being fair and impartial or maybe this isn't the right case for

20 them at all?

21          Thank you.

22          Judge, I am going to wrap it up, your Honor, just a

23 couple of other questions.

24          Juror number 27.  In the back, Officer.  Sir, good

25 morning.  I noticed that you have been up and down a number of

```
 1    times here today, and we totally understand your medical
 2    situation.  How has the experience been as far as from a
 3    comfort standpoint?  Is this something that if you are sitting
 4    for maybe two days, three days, four days, is this going to be
 5    distracting at all for you based on the amount of pain you are
 6    feeling?
 7    A.  No, sir.
 8    Q.  You feel comfortable that you can sit as a juror in this
 9    case if asked?
10    A.  Yes.
11    Q.  Okay, thank you.
12            MR. SCHUMACHER:  Judge, I don't have anything
13    additional.
14            THE COURT:  Okay, thank you so much.
15            Ladies and gentlemen, thank you for giving us your
16    undivided attention.  We will go into a brief recess now with
17    the same important instructions that you not discuss the case
18    with each other or with anyone else with whom you might be in
19    contact.
20            I am going to give the attorneys and their clients an
21    opportunity to review their notes and they are going to let me
22    know who among all of you they will be selecting as jurors in
23    this case.  So, when I bring you back in I will be able to
24    excuse some and let others know who will be seated as jurors.
25            Please continue to follow the instructions and we will
```

```
 1    be back as soon as we can conclude the next session with the
 2    attorneys and the parties.  We will be in a brief recess with
 3    those instructions.  Thank you.
 4         (Thereupon, the jury venire leaves the courtroom.)
 5              THE COURT:  Do counsel need a few minutes to look at
 6    your notes before we go into the conference?
 7              MR. SCHUMACHER:  Yes, we do, Judge.
 8              THE COURT:  Could you spend some time to look at your
 9    notes and see if you agree on any other cause challenges.  If
10    you do, let me know when we first get back together.  If you
11    don't, but anyone has cause challenges to which the other side
12    objects, we will take those up first and then get right into
13    the peremptories.
14              MS. CHASE:  Thank you, your Honor.
15              MR. SCHUMACHER:  Thank you, Judge.
16              THE COURT:  Thank you.
17              (Thereupon, a brief recess was taken.)
18              THE COURT:  Okay, were there any additional cause
19    challenges that you agree on?
20              MS. CHASE:  Yes, your Honor, I believe the parties
21    agree on juror number 13 and juror number 23.
22              THE COURT:  Okay.  Is that correct?
23              MR. SCHUMACHER:  Yes, ma'am, it is.
24              THE COURT:  So 13 is stricken for cause.  And the
25    other is which one?
```

Pauline A. Stipes, Official Federal Reporter

```
 1                MS. CHASE:  23.

 2                THE COURT:  Okay.  Defense agrees?

 3                MR. SCHUMACHER:  Yes, your Honor.

 4                THE COURT:  23 is stricken for cause, and the Court

 5      agrees.

 6                Any others?

 7                MR. SCHUMACHER:  Judge, I'm sorry, I believe I do have

 8      one more.  Bear with me, Judge.  Defense would seek to strike

 9      for cause juror number 12.

10                THE COURT:  Number 12?

11                MR. SCHUMACHER:  Yes.  He is the former educator for

12      29 years.  He got very emotional during the course of my

13      questioning of him relative to sitting on a case involving

14      firearms.  That was, in fact -- the death of that student that

15      impacted him so hard was in fact a shooting.  He mentioned that

16      he went through the process of going to the funeral.  He

17      mentioned specifically that all of these cases -- all of his

18      students are people near and dear to his heart and they become

19      a part of him.

20                On top of that, he equivocated each and every time I

21      asked him whether or not this was a case for him and whether or

22      not he could follow the Court's instructions, saying something

23      to the effect of -- I don't remember his exact response, but it

24      was equivocated on all of those occasions.  He never gave a

25      clear response as to a case involving a firearm, an automatic,
```

Pauline A. Stipes, Official Federal Reporter

1    coupled with drugs and the attendant potential violence that

2    could occur as a result of that.

3              THE COURT:  Government.

4              MS. CHASE:  Your Honor, we don't believe the situation

5    was quite so strong.  He said that this was possibly not the

6    case for him.  I don't believe he went so far to say he could

7    not be fair and impartial, just that possibly this was not the

8    case for him.

9              THE COURT:  That is what I have in my notes.  Did you

10   see that he said he could not be fair and impartial?  He said

11   possibly it is not the right case to sot on, possibly not the

12   case for him.

13             MR. SCHUMACHER:  Judge, even before I went down that

14   road, I asked him whether or not he could follow instructions,

15   put his personal feelings aside based upon what he has been

16   through, and I think his response -- it was equivocated, I

17   don't remember the exact verbiage, but it was not yes.  It was

18   never yes.

19             THE COURT:  Okay.  The Court is going to overrule the

20   objection.  Defense can use that as a peremptory.  My notes

21   reflect that he did say he would not be affected by the death

22   of the student.  When he was asked if this would impact him in

23   this case, he said, I would hope not.  And counsel asked if it

24   may possibly not be the right case for him as a juror, but I

25   think that is different materially so than saying he could not

1    be a fair and impartial juror, could not put personal feelings
2    aside to follow the law and consider the evidence.
3            I am going to overrule it as to any request for it to
4    be a cause challenge and let counsel consider it for peremptory
5    if that is what you would like to do.
6            Is there --
7            MR. SCHUMACHER:  Over objection, your Honor.
8            THE COURT:  Yes.  Is there any other cause challenges
9    by anyone?
10           MS. CHASE:  Not from the Government, your Honor.
11           MR. SCHUMACHER:  Not from the Defense.
12           THE COURT:  The first 12 jurors, it's juror number 1,
13   2, 3, 4, 5, 6, 8, 11, 12, 15, 16 and 17.  That is our first set
14   of 12.
15           So I am going to start -- we will go back and forth
16   between each side as to who goes first, and we will start with
17   the Government, and we will start with juror number 1.
18           What would the Government like to do with juror number
19   1?
20           MS. CHASE:  Accept.
21           THE COURT:  Defense.
22           MR. SCHUMACHER:  We exercise a peremptory, your
23   Honor -- I am sorry, was this one --
24           THE COURT:  Juror number 1.
25           MR. SCHUMACHER:  No objection.

Pauline A. Stipes, Official Federal Reporter

```
 1            THE COURT:  So accept.  Juror number 1 is the first

 2   juror.

 3            Now I will start with the Defense, juror number 2.

 4            MR. SCHUMACHER:  Move to strike juror number 2.

 5            THE COURT:  So that is Defense's first peremptory.

 6   Now our pool of seven -- I mean our jury of 12 goes to juror

 7   number 18, in other words, that is the first 12.

 8            And then I am going to go to the Government for juror

 9   number 3.

10            MS. CHASE:  Accept.

11            THE COURT:  Defense.

12            MR. SCHUMACHER:  Accept.

13            THE COURT:  Okay.  Juror number 3 is the second juror.

14            Juror number 4, Defense, juror number 4.

15            MR. SCHUMACHER:  We accept, your Honor.

16            THE COURT:  Government.

17            MS. CHASE:  Accept.

18            THE COURT:  Okay, juror number 4 is our third

19   peremptory -- is our third juror.

20            Now we go to juror number 5, starting with the

21   Government.

22            MS. CHASE:  Strike.

23            THE COURT:  That is the Government's first peremptory.

24   Our jury of 12 now goes to juror 21.  Given all of the cause

25   challenges in between to get to the first 12, that brings us to
```

Pauline A. Stipes, Official Federal Reporter

```
1    juror number 21.
2              Now we go to juror number 6 and I turn to the Defense.
3              MR. SCHUMACHER:  Judge, we strike juror number 6.
4              THE COURT:  That is Defense's second peremptory.  That
5    brings us to juror number 22.
6              Going to the Government for number 8.
7              MS. CHASE:  Accept.
8              THE COURT:  Defense.
9              MR. SCHUMACHER:  Accept, your Honor.
10             THE COURT:  Okay, juror number 8 is our fourth juror.
11   Now we go to juror number 11.
12             Beginning with Defense, juror number 11.
13             MR. SCHUMACHER:  Judge, Defense would strike Mr. --
14   juror number 11.  Sorry.
15             THE COURT:  That is Defense's third peremptory.  That
16   brings our first 12 to juror number 26.
17             Now we go to juror number 12, Government.
18             MS. CHASE:  Accept.
19             MR. SCHUMACHER:  We are on 12 now, your Honor?
20             THE COURT:  We are.
21             MR. SCHUMACHER:  Strike him.
22             THE COURT:  That is Defense's fourth peremptory.  That
23   brings our jury of 12 to juror number 27.
24             Juror number 15 from the Defense.
25             MR. SCHUMACHER:  Accept, your Honor.
```

Pauline A. Stipes, Official Federal Reporter

```
1              THE COURT:  Government.

2              MS. CHASE:  Accept.

3              THE COURT:  Juror number 15 is our fifth juror.

4         Now number 16, Government.

5              MS. CHASE:  Accept.

6              THE COURT:  Defense.

7              MR. SCHUMACHER:  Accept, your Honor.

8              THE COURT:  That is our sixth juror.

9         Now juror number 17, Defense.

10             MR. SCHUMACHER:  Move to strike, your Honor.

11             THE COURT:  That is the Defendant's fifth peremptory.

12   That brings the jury to juror number 28.

13             We go to juror number 18, from the Government.

14             MS. CHASE:  Accept.

15             THE COURT:  Defense.

16             MR. SCHUMACHER:  We accept, your Honor.

17             THE COURT:  Juror number 18 then is our seventh juror.

18             And that brings us to juror number 21, from the

19   Defense.

20             MR. SCHUMACHER:  Accept.

21             THE COURT:  Government.

22             MS. CHASE:  Accept.

23             THE COURT:  Juror 21 is our eighth juror.

24             That brings us to juror 22, Government.

25             MS. CHASE:  Accept.
```

Pauline A. Stipes, Official Federal Reporter

```
 1              THE COURT:  Defense.
 2              MR. SCHUMACHER:  Strike, your Honor.  That was juror
 3   number 22, correct?
 4              THE COURT:  It was.  That was Defense's sixth
 5   peremptory.  That brings our jury of 12 to juror number 29.
 6              So now, from the Defense, juror number 26.
 7              MR. SCHUMACHER:  Accept.
 8              THE COURT:  Government.
 9              MS. CHASE:  Accept.
10              THE COURT:  Juror 26 is our ninth juror.
11              Juror number 27, from the Government.
12              MS. CHASE:  Strike.
13              THE COURT:  That is the Government's second
14   peremptory.  That brings our jurors to juror number 30 for the
15   first 12.
16              Now juror number 28, from the Defense.
17              MR. SCHUMACHER:  Juror number 28, is that correct?
18              THE COURT:  Correct.
19              MR. SCHUMACHER:  Accept.
20              THE COURT:  Government.
21              MS. CHASE:  Accept.
22              THE COURT:  Juror number 28 is our tenth juror.
23              That brings us to juror number 29, from the
24   Government.
25              MS. CHASE:  Accept.
```

```
 1              THE COURT:  Defense.
 2              MR. SCHUMACHER:  I'm sorry, Judge, we have how many
 3   peremptories left?  I apologize.
 4              THE COURT:  You've used six peremptories.
 5              MR. SCHUMACHER:  Strike.
 6              THE COURT:  I am sorry?
 7              MR. SCHUMACHER:  Strike, Judge.  I'm sorry.
 8              THE COURT:  That is your seventh peremptory.  That
 9   brings our jury to juror 31.
10              Turning to Defense for juror number 30.
11              MR. SCHUMACHER:  Accept.
12              THE COURT:  Government.
13              MS. CHASE:  Accept.
14              THE COURT:  That is our 11th juror.  That brings us to
15   juror 31.
16              MS. CHASE:  Strike.
17              THE COURT:  That is the Government's third peremptory.
18   That brings us to number 32 for our first 12.
19              Defense, 32.
20              MR. SCHUMACHER:  Strike.
21              THE COURT:  That is Defense's eighth peremptory.
22              That brings our first 12 to juror number 33.
23              From the Government, 33.
24              MS. CHASE:  Strike.
25              THE COURT:  That is the Government's fourth
```

```
 1    peremptory.  That brings our first 12 to 34.
 2            Defense, 34.
 3            MR. SCHUMACHER:  Accept.
 4            THE COURT:  Government.
 5            MS. CHASE:  Accept.
 6            THE COURT:  34 is our 12th juror.  Those are our 12
 7    jurors, and our first peremptory would be -- I am sorry, our
 8    first alternate would be 36.  So, we will try to get two
 9    alternates.  You get one extra peremptory, or at a minimum, get
10    one alternate.
11            Let me start with the Government, number 36 for your
12    first alternate.
13            MS. CHASE:  Accept.
14            THE COURT:  And from the Defense.
15            MR. SCHUMACHER:  Accept, your Honor.
16            THE COURT:  Okay, juror number 36 is our first
17    alternate.
18            And going to juror number 39, from the Defense as our
19    second alternate.
20            MR. SCHUMACHER:  39 we strike, your Honor.
21            THE COURT:  That is the Defense's first and only
22    peremptory, and we go to 40.  From the Government.
23            MS. CHASE:  Strike.
24            THE COURT:  So we have one alternate, and our
25    alternate is number 36.
```

Pauline A. Stipes, Official Federal Reporter

```
 1              Is the panel acceptable to the panel being jurors
 2    number 1, 3, 4, 8, 15, 16, 18, 21, 26, 28, 30, and 34, with an
 3    alternate of 36.  Is that acceptable to the Government?
 4              MS. CHASE:  Yes, your Honor.
 5              THE COURT:  Is that acceptable to the Defense?
 6              MR. SCHUMACHER:  May I have one moment, your Honor?
 7              THE COURT:  Yes.
 8              MR. SCHUMACHER:  34 is our 12th juror?
 9              THE COURT:  34 is our 12th juror and 36 is our first
10    alternate.
11              MR. SCHUMACHER:  Yes, Judge, agreed.
12              THE COURT:  Okay.  All right.
13              What we will do is bring the jurors in, we will swear
14    them in, I will excuse the other jurors, and I will simply go
15    over the preliminary instructions with our jurors and we will
16    break for lunch.
17              MS. CHASE:  Thank you, your Honor.
18              THE COURT:  We can bring our jurors in.  I will call
19    them in reverse order.
20              (Thereupon, the jury venire returned to the
21    courtroom).
22              THE COURT:  All right, you may be seated.  As I call
23    your juror number, come forward and Melanie will show you where
24    to sit.
25              Juror number 36, juror number 34, juror number 30,
```

Pauline A. Stipes, Official Federal Reporter

| | |
|---|---|
| 1 | juror number 28, juror number 26, juror number 21, juror number |
| 2 | 18, juror number 16.  Make sure 18 is in front of 16.  And then |
| 3 | juror number 15, juror number 8, juror number 4, juror number |
| 4 | 3, and juror number 1. |
| 5 | Melanie, if you would please swear in the jury. |
| 6 | (Thereupon, the jury was duly sworn.) |
| 7 | THE COURT:  Thank you, you may be seated. |
| 8 | For the rest of you, we want to thank you very much |
| 9 | for your service thus far in participating in the voir dire |
| 10 | process. |
| 11 | As you can see, you were not selected to be jurors. |
| 12 | That does not mean that you did anything wrong.  I trust each |
| 13 | of you answered your questions truthfully and completely. |
| 14 | Sometimes there is a good reason why you are not selected, and |
| 15 | other times it could just be where you were actually seated on |
| 16 | the seating chart, so to speak, and that is why perhaps you |
| 17 | were not reached. |
| 18 | Regardless, your participation was integral to the |
| 19 | ability for us to seat a jury to hear this case, so we want to |
| 20 | thank you very much for your service.  At this point you will |
| 21 | be excused.  You don't need to return to the courtroom for this |
| 22 | case.  You are relieved of your obligations to follow the rules |
| 23 | that I have put in place that is to not discuss the case. |
| 24 | You may discuss the case if you choose to do so and |
| 25 | may talk about your experience.  Of course, you would not be |

1    able to discuss it with anyone who has been seated to the

2    extent you have befriended them because they will be under the

3    same obligation not to discuss the case until the conclusion of

4    the trial.

5            You must continue to call in, in case you are needed

6    in another trial.  You are no longer needed in this trial.  So,

7    thank you very much, you are excused.

8            (Thereupon, the jury venire left the courtroom.)

9            THE COURT:  Okay, you may be seated.

10           Just a few more minutes, ladies and gentlemen, and we

11   will break for lunch, I assure you.

12           Members of the jury, now that you have been sworn, I

13   need to explain some basic principles about a criminal trial

14   and your duty as jurors.  These are preliminary instructions

15   and at the end of the trial I will give you more detailed

16   instructions.

17           It will be your duty to decide what happened so you

18   can determine whether the Defendant is guilty or not guilty of

19   the crimes charged in the indictment.  At the end of the trial,

20   I will explain the law that you must follow to reach your

21   verdict.  You must follow the law as I explain it to you even

22   if you do not agree with the law.

23           You must decide the case solely on the evidence

24   presented here in the courtroom.  Evidence can come in many

25   forms.  It can be testimony about what someone saw, heard, or

Pauline A. Stipes, Official Federal Reporter

| | |
|---|---|
| 1 | smelled.  It can be an exhibit admitted into evidence.  It can |
| 2 | be someone's opinion. |
| 3 | Some evidence proves a fact indirectly, such as a |
| 4 | witness who saw wet grass outside and people walking into the |
| 5 | courthouse carrying wet umbrellas.  Indirect evidence, |
| 6 | sometimes called circumstantial evidence, is simply a chain of |
| 7 | circumstances that proves a fact.  As far as the law is |
| 8 | concerned, it makes no difference whether evidence is direct or |
| 9 | indirect.  You may choose to believe or disbelieve either kind |
| 10 | and should give every piece of evidence whatever weight you |
| 11 | think it deserves. |
| 12 | Certain things are not evidence and must not be |
| 13 | construed -- and thus, must not be considered.  I will list |
| 14 | them for you now. |
| 15 | Statements and arguments of the lawyers.  In their |
| 16 | opening statements and closing arguments the lawyers will |
| 17 | discuss the case, but their remarks are not evidence. |
| 18 | Questions and objections of the lawyers.  The lawyers' |
| 19 | questions are not evidence, only the witnesses' answers are |
| 20 | evidence.  You should not think something is true just because |
| 21 | a lawyer's question suggests that it is.  For instance, if a |
| 22 | lawyer asks the witness, you saw the defendant hit his sister, |
| 23 | didn't you, that question is no evidence whatsoever of what the |
| 24 | witness saw or what the Defendant did unless the witness agrees |
| 25 | with it. |

Pauline A. Stipes, Official Federal Reporter

1          There are rules of evidence that control what can be

2     received into evidence.  When a lawyer asks a question or

3     offers an exhibit and a lawyer on the other side thinks that it

4     is not permitted the rules of evidence, the lawyer may object.

5     If I overrule the objection, then the question may be answered

6     or the exhibit received.  If I sustain the objection, then the

7     question cannot be answered and the exhibit cannot be received.

8          Whenever I sustain an objection to a question, you

9     must ignore the question and not try to guess what the answer

10    would have been.  Sometimes I may order that evidence be

11    stricken and that you disregard or ignore the evidence.  That

12    means that when you are deciding the case, you must not

13    consider that evidence.

14         Some evidence is admitted only for a limited purpose.

15    When I instruct you that an item of evidence has been admitted

16    for a limited purpose, you must consider it only for that

17    limited purpose and no other.

18         In reaching your verdict you may have to decide what

19    testimony to believe and what testimony not to believe.  You

20    may believe everything a witness says or part of it or none of

21    it.  In considering the testimony of any witness you may take

22    into account the opportunity and ability of the witness to see

23    or hear or know the things testified to, the witness' memory,

24    the witness' manner while testifying, the witness' interest in

25    the outcome of the case, and any bias or prejudice, whether

| | |
|---|---|
| 1 | other evidence contradicted the witness' testimony, the |
| 2 | reasonableness of the witness' testimony in light of all the |
| 3 | evidence, and other factors that bear on believability. |
| 4 | I will give you additional guidelines for determining |
| 5 | credibility of witnesses at the end of the case. |
| 6 | As you know, this is a criminal case.  There are three |
| 7 | basic rules about a criminal case that you must keep in mind. |
| 8 | First, the Defendant is presumed innocent until proven guilty. |
| 9 | The indictment against the Defendant brought by the Government |
| 10 | is only an accusation, nothing more.  It is not proof of guilt |
| 11 | or anything else.  The Defendant, therefore, starts out with a |
| 12 | clean slate. |
| 13 | Second, the burden of proof is on the Government until |
| 14 | the very end of the case.  The Defendant has no burden to prove |
| 15 | his innocence or present any evidence or to testify.  Since the |
| 16 | Defendant has the right to remain silent and may choose whether |
| 17 | to testify, you cannot legally put any weight on a Defendant's |
| 18 | choice not to testify.  It is not evidence. |
| 19 | Third, the Government must prove the Defendant's guilt |
| 20 | beyond a reasonable doubt, and I will give you further |
| 21 | instructions on this point later, but bear in mind that the |
| 22 | level of proof required is high. |
| 23 | If you wish, you may take notes to help you remember |
| 24 | what witnesses said.  If you do take notes, please keep them to |
| 25 | yourself until you and your fellow jurors go to the jury room |

Pauline A. Stipes, Official Federal Reporter

1    to decide the case.  Do not let note-taking distract you so

2    that you do not hear other answers by witnesses.  When you

3    leave the courtroom your notes should be left in the jury room.

4           Whether or not you take notes, you should rely on your

5    own memory of what was said.  Notes are to assist your memory

6    only.  They are not entitled to any greater weight than your

7    memory or impression about the testimony.  Melanie will give

8    you a notepad and pen or pencil when you return.

9           After lunch the trial will begin.  First the

10   Government will make an opening statement, which is simply an

11   outline of the evidence as it comes in.  Next, the Defense

12   attorney may, but does not have to, make an opening statement.

13   Opening statements are neither evidence nor argument.  The

14   Government will then present its witnesses and counsel for the

15   Defendant may cross-examine them.

16          Following the Government's case, the Defendant may, if

17   he wishes, present witnesses whom the Government may

18   cross-examine.  After all the evidence is in, the attorneys

19   will present their closing arguments to summarize and interpret

20   the evidence before you, and I will instruct you on the law.

21   After that, you will go to the jury room to decide your

22   verdict.

23          When you break for lunch, remember the important

24   instructions I have given to you.  You can go to lunch with

25   each other, you can talk about anything you would like other

1    than anything related to the case.  You are not to discuss your

2    observations, your thoughts, your impressions thus far with

3    each other or with anyone else with whom you may communicate

4    over the lunch hour, and that rule will stay in place until the

5    end of the trial.

6         If you see any of the parties, Defense counsel, or

7    Government counsel in the hallway or elevator, please know they

8    are not to communicate with you.  They are not even to say

9    hello.  They might get off the elevator if you get on with

10   them.  They are not being rude, they are just trying to avoid

11   any improper or appearance of improper contact with you, so it

12   would help if you avoid any contact with them, even if it is

13   just an innocent hello.

14        I know everybody has electronic devices.  We are not

15   taking them away from you.  We will do so when you deliberate,

16   but the same instructions about not communicating apply for

17   your electronic communications, your social media

18   communications.  It is fine to let friends, family members, and

19   employers know you have been selected as a juror here in

20   Federal Court and it will go through the duration of the week,

21   and you will keep them posted.  That you are allowed to do, but

22   nothing more.

23        Some people might say, is it interesting, what is it

24   about?  At that point you tell them the judge is not permitting

25   us to talk to anybody about it.  When the trial is over, we can

 1    discuss it if I choose to do so.

 2              It is one o'clock.  We will have you back at

 3    2:00 o'clock.  Melanie will escort you out and show you where

 4    to meet.  We will resume at 2:00 o'clock with opening

 5    statements and the presentation of evidence.  Thank you.

 6        (Thereupon, the jury leaves the courtroom.)

 7              THE COURT:  Okay, we will see everybody back at

 8    2:00 o'clock.

 9              MS. CHASE:  Your Honor, when the Government is

10    presenting evidence, the entirety of our evidence, aside from

11    physical evidence, will be through the computer and the

12    monitors.  I don't know if the Court has a way -- I am

13    assisting Ms. Darsch during her witnesses, but we are showing a

14    photo for the witness to authenticate before publishing to the

15    jury.

16              THE COURT:  We have a way where it doesn't show the

17    jury.  When you put it on, just say we are showing it to the

18    witness only, not for publication, so we know to press that

19    button.  Once it is admitted, we can press a different button.

20              MS. CHASE:  Super.  Thank you so much.

21              THE COURT:  Have a good lunch.  We will see everybody

22    back at 2:00.

23        (Thereupon, a luncheon recess was taken.)

24              MS. CHASE:  Your Honor, while we are waiting, one of

25    our witnesses asked if she could bring a water bottle in.

1        THE COURT:  Yes, that is fine.

2      (Thereupon, the jury returned to the courtroom.)

3        THE COURT:  Welcome back, ladies and gentlemen, you

4    may be seated.

5        At this time I will turn it over to the Government for

6    any opening statement that you would like to make.

7        MS. DARSCH:  Good afternoon.  This case is about guns

8    and drugs, it is about the Defendant, Willie Boone, selling

9    drugs out of a drug house in West Palm Beach.  That drug house

10   was supplied with different types of drugs and firearms,

11   including a machinegun.  Throughout the course of this trial

12   you will hear the following evidence from different witnesses.

13       On March 3, 2022, law enforcement executed a search

14   warrant at 621 52nd Street in West Palm Beach, Florida.  On the

15   same day, prior to executing that search warrant, law

16   enforcement conducted pre-warrant surveillance.  Law

17   enforcement observed an individual identified as Kevin Gibson,

18   who goes by KG, engaging in hand-to-hand narcotics

19   transactions.

20       Immediately prior to executing that search warrant law

21   enforcement detained the Defendant, Mr. Boone, outside the

22   residence, inside a white fenced in area.  In close proximity

23   to Mr. Boone was United States currency scattered on the ground

24   outside the residence in different denominations.

25       Inside the residence, which was a one-bedroom, one

Pauline A. Stipes, Official Federal Reporter

1   bathroom efficiency, was a table, and on that table there were

2   firearms, narcotics, and a digital scale and a razor blade.

3   The firearms that were on that table was a Glock pistol and a

4   Springfield Armory pistol.

5          The Glock pistol had an external mechanism on it that

6   is commonly referred to on the streets as a switch.  That

7   switch converted the Glock pistol into a fully automatic

8   machinegun.  That fully automatic machinegun was loaded with

9   one round in the chamber and it had attached to it an extended

10  magazine with an additional 24 rounds.

11         Right next to that Glock on that table was a

12  Springfield Armory pistol also loaded with one round in the

13  chamber and had attached to it a magazine with an additional

14  seven rounds.  On that same table as those two firearms there

15  were capsules.  Those capsules field tested positive for

16  fentanyl, and a lab confirmed the substance to be N-pyrrolidino

17  etonitazene, which is a controlled substance.

18         On that same table as the firearms and the capsules

19  was a white hard rock-like substance that field tested positive

20  for crack cocaine, and which a determined to be cocaine,

21  another controlled substance.  On that same table as the

22  capsules and the crack cocaine and the firearms was a digital

23  scale, a razor blade and U.S. currency.

24         In that same room as the firearms and the drugs on the

25  table was a self that had more drugs.  It had a bag with

Pauline A. Stipes, Official Federal Reporter

1    multi-colored pressed pills that field tested positive for

2    MDMA, which is methylenedioxymethamphetamine, and which a lab

3    confirmed to be butylone, which is also a controlled substance.

4          Right next to that table was a recliner with two cell

5    phones, and extracted from those cell phones showed images,

6    videos and text messages.  There were numerous images of Mr.

7    Boone on that cell phone.  There were videos of Mr. Boone on

8    the cell phone, including one labeled selfie, and there were

9    messages to the user of the cell phone identifying the user of

10   the cell phone as Mr. Boone, and also messages from the user of

11   the cell phone identifying himself as Willie Boone, confirming

12   his date of birth, calling himself Little Will or Will.

13         There was also banking information associated with Mr.

14   Boone, gmail account addresses by wboone@gmail, and also

15   billbopopup@gmail.  There were various messages where Mr. Boone

16   was communicating with other individuals that went by KG Cuh,

17   Uncle Butterball, Nicole, AJ Brother D, Jeff Bud, JB, and other

18   individuals on that cell phone.

19         Those messages involved Mr. Boone distributing drugs,

20   drugs that went by different names in the messages, such as H,

21   Feti, Caps, Molly, Beans, Hard, Vick.  You will hear from an

22   expert that these are street term names for butylone, cocaine,

23   fentanyl and MDMA.

24         There are other messages from Uncle Butterball to

25   Willie Boone stating:  Stop serving at the front, law

Pauline A. Stipes, Official Federal Reporter

1    enforcement is watching -- this is as we were getting close to

2    the date of the search warrant -- put a lock on the gate, and

3    Uncle Butterball requires a mandatory meeting on 52nd.

4            Uncle Butterball had also sent previous messages about

5    sending glaze, which are drug transactions, and also there are

6    messages from Nicole where she indicates that the drugs she

7    bought from Mr. Boone, it is not all feti, it is real H, just

8    heroin, and she explains how we can make the product better for

9    the next time and she rates it on a scale of one to ten and how

10   to cut it.

11           There's also messages from Willie Boone to KG Cuh on

12   the day the search warrant was executed asking:  Where do you

13   put the caps, Cuh?  And there are also other messages that

14   state that the tools are in the oven.  You will hear from an

15   expert that "tools" means firearms.

16           And there is another message from big smakka kreep,

17   who sends a message to Willie Boone stating:  Lemme buy two

18   switches, and Mr. Boone responds:  Only got two right now.  And

19   there is a video extracted from the cell phone where Mr. Boone

20   is recording himself with a Glock switch, a very unique Glock

21   switch that has unique characteristics on it, and the he puts

22   that Glock switch down next to the second Glock switch.

23           There is also another image on the phone of a Glock

24   switch on a table next to capsules and crack cocaine and U.S.

25   currency.  An expert will testify that that Glock switch in

1   that image is the same Glock switch that was recovered from the

2   residence, and also DNA extracted from the Glock pistol and the

3   Springfield Armory pistol contains the DNA of Mr. Boone.

4          Now, Mr. Boone is not allowed to possess a firearm

5   because he is a convicted felon, and even if he were allowed to

6   possess a firearm, you cannot have a machinegun that is

7   unregistered, and this machinegun was not registered.

8          So, why does this matter?  Because the United States

9   has charged Mr. Boone with agreeing with others to distribute

10  narcotics, to possessing narcotics, and intending to distribute

11  them, to carrying firearms in furtherance of his drug

12  activities, to being a felon in possession of firearms, and tho

13  having a machinegun that is not registered.

14         And that is why when we have the opportunity to speak

15  again I will ask you to return the only verdict that the

16  evidence supports, and that is guilty on all five counts of the

17  indictment.

18         Thank you.

19         THE COURT:  Okay.  And from the Defense.

20         MR. SCHUMACHER:  May it please the Court.

21         Ladies and gentlemen, when you ultimately retire to do

22  your deliberations you will be given a copy of the third

23  superseding indictment.  It is going to give you some facts,

24  and let's talk about those facts for just a second.

25         One of the things that it is going to allege in Count

Pauline A. Stipes, Official Federal Reporter

1 1 in particular is that there was a conspiracy to possess with

2 intent to distribute varying controlled substances, starting in

3 January of 2022, and leading up to the search warrant execution

4 and Mr. Boone being accosted by police officers and voluntarily

5 giving his DNA on that date.  That was March 3rd, by the way,

6 2022.  Three months, three months.

7         And you will hear periodically during the course of

8 that, the reason why the Government alleges that there was this

9 conspiracy to possess with the intent to distribute narcotics

10 id because they are watching him, they are investigating, they

11 are gaining information.  They are making controlled buys, and

12 you are going to hear the controlled buys were done by

13 something called a confidential informant, CI.

14         A confidential informant is somebody that usually has

15 been proven reliable to law enforcement to go in and do these

16 kind of deals, somebody that can be trusted by the people that

17 are selling the narcotics.  They are given money by law

18 enforcement and then they go in and make the buy and bring the

19 narcotics back.  You will hear testimony that that occurred

20 plenty of times during the course of those three months.

21         What you are not going to hear, not one time, is

22 somebody saying, I saw Willie Boone transferring in what they

23 call a hand-to-hand with anybody.  This is during multiple

24 periods of surveillance on this same location at 621 52nd

25 Street.

**Pauline A. Stipes, Official Federal Reporter**

1          So, law enforcement knew about it, and they knew some

2     other very disturbing things about what is going on.  First of

3     all, this is a crime-ridden area, this is an area where you

4     will hear that there were regularly prostitutes, drug dealers

5     and vagrants.  Okay.  And this was a stash house, the location

6     we are talking about, that was open many times to anybody that

7     wanted to deal narcotics.

8          In fact, you will hear from at least one detective,

9     maybe more, that they saw a multitude of people selling

10    narcotics out of this particular location.  Did a confidential

11    informant buy from Mr. Boone one time in three months?  I think

12    the testimony is going to be that that never occurred.

13         So, you've got multiple buy -- these are also referred

14    to as buy walks, meaning that a person walks up to the person

15    that they want to try to engage in a drug deal, they make the

16    transaction, the hand-to-hand transaction, and then they walk

17    off.

18         What you're also going to hear is that law

19    enforcement, including West Palm Beach Police Department who

20    had kind of originated this investigation, they were recording

21    the conversations by and between their confidential source and

22    the person to whom they were actually handing over the

23    narcotics.

24         You know the number of times you are going to hear

25    somebody come in and identify that voice on the other end of

                  Pauline A. Stipes, Official Federal Reporter

1    that conversation as being Willie Boone?  Zero.  You won't hear

2    his voice, you won't hear anybody identify his voice.

3         You will also hear, disturbingly, that part of the

4    reason why law enforcement went into this drug stash house is

5    because they were worried because they were given information

6    that Mr. Gibson, Kevin Gibson -- you already his name from the

7    Government -- that Kevin Gibson was carrying and possessing a

8    Glock with a Glock switch on it to make it fully automatic.

9    They knew that information and that is part of the reason why

10   they effectuated this investigation and why they ultimately

11   timed the execution of the search warrant when they did.

12        Now, on the day that the search warrant occurred, that

13   is the first time that law enforcement appears to notice my

14   client at the location.  He is there with another gentleman,

15   Roger, Roger Gulson I believe is his last name, and they are

16   standing out by the gate.  Is Willie Boone in possession of

17   controlled substances?  They stop him, he gets down on the

18   ground and they frisk him.  What do they find?  A drug dealer.

19   No drugs, no cash on his person.

20        Most importantly, the Glock with the switch is not on

21   his person.  Where is it?  It's many feet away inside the back

22   house, because there are two structures on this particular

23   property.  Everything that you are going to hear is going on in

24   the back efficiency and that is where the Glock with the switch

25   making it fully automatic was.

1          So, the Government has to answer for you -- has to

2    answer to you:  What drug dealer leaves his Glock with a switch

3    attached to it other than on his person?  Why does a drug

4    dealer have zero narcotics on his person?

5          Narcotics is the life blood of drug dealers.  There's

6    only one thing more important to a drug dealer than their

7    narcotics, and that is their cell phones.  What you are going

8    to hear, ladies and gentlemen, is that right after the police

9    take down Mr. Boone and the other individual, they go into the

10   location because they have a search warrant, and what do they

11   see?  Not one, but two cell phones sitting on furniture in that

12   particular location.

13         You are going to hear the agents tell you as they are

14   collecting evidence the phone is blowing up.  The phone is

15   blowing off the hook with calls.  It's presumably from people

16   who want to purchase narcotics, and yet the evidence will show

17   that Mr. Boone -- the Government is going to say it is his

18   phone, it's his gun.  He is in possession and controlling

19   neither of those things.

20         Now, there is DNA evidence, and DNA evidence has a

21   certain mystique.  You are right, there is a mystique to it,

22   but there are some things that are surprising also about DNA.

23         There are things called trace evidence, fingerprints,

24   DNA.  Well, in the case of a fingerprint, you will hear an

25   expert come in and say this is an identity, we are making a

```
 1   comparison between an unknown and a person that is known to us
 2   and they are one in the same.
 3           With DNA, that is not done.  You are not going to hear
 4   anybody come in and say that the DNA on the gun is Willie
 5   Boone's.  What they are going to tell you, and this is the
 6   first surprise, is that there is a probability it is Mr.
 7   Boone's, and I agree, it is a very large number.  So, the first
 8   thing is, again, there is no identical match.
 9           The other thing that you are going to hear, and the
10   second surprise about DNA, it that it is particularly difficult
11   and its efficacy or its efficiency is far reduced when there
12   are contributing sources of that DNA.
13           Well, I think what the evidence is going to show you
14   is that Palm Beach Sheriff's Office, who did the DNA analysis,
15   is going to come in and say to you they swabbed the Glock, they
16   swabbed the trigger, they swabbed the slide, they swabbed
17   magazine, even the bullets, and what they are going to tell you
18   is that there is a contributory source of at least two sources
19   of DNA.
20           Now, I submit to you on cross-examination they may
21   very well admit that there are multiple sources of DNA, not
22   just two, so that gets to the second surprise about DNA.  In
23   combination form its efficiency is far reduced.
24           The third thing that will be a surprise to you, unlike
25   a fingerprint -- a fingerprint is a transfer of chemicals, of
```

1    oils, of water, cells transferring from here to this computer

2    screen for instance, by way of an example.  DNA is a little

3    different.  DNA can be in different values or different

4    strengths of DNA.

5          One of the things that can happen is something called

6    a secondary transfer.  For instance, I go to shake Willie

7    Boone's hand and Willie touches something thereafter.  It is

8    possible that my skin cells have transferred by shaking his

9    hand and now touching, for instance, a gun.

10         So, again, unlike other trace evidence, DNA is not

11   exact because there is this possibility of a secondary

12   transfer.  But is that much ado about nothing?  Is that just a

13   smoke screen?

14         Ladies and gentlemen, the Government in this case is

15   tasked with proving to you beyond a reasonable doubt that Mr.

16   Boone possessed, knowingly possessed that firearm during the

17   course of a drug trafficking offense.  Can they do that?  Is

18   there one witness that is going to come in and say he had that

19   gun on him when he was selling drugs?  No, not one, not one

20   witness.

21         There is no -- the evidence will also show that they

22   are DNA scientists, can't say when that DNA was deposited.  Was

23   it a week ago?  Was it ten days ago?  Was it today?  Was it an

24   hour ago?  The evidence, that DNA process, does not allow them

25   to tell you that.

Pauline A. Stipes, Official Federal Reporter

1          So, in terms of the Government being able to tell you

2     when or if Willie Boone touched that firearm, assuming you

3     think that secondary transfer sounds a little hokey, they still

4     have to show to you that it was possessed in furtherance of

5     drug trafficking, and that may be hard because when Mr. Boone

6     was encountered by law enforcement he didn't have a gun, he

7     didn't have any drugs on him.

8          They are sitting back in the house, and by the way, I

9     don't think the Government is going to be able to prove to

10    you -- they knew that KG, or Kevin Gibson, was selling out of

11    that house, they made numerous transactional buy walks, but I

12    don't think they are going to be able to tell you that he was

13    in the house and exited through the back location.

14          A gun belonging to Kevin Gibson was found inside

15    there.  Law enforcement believed that he was the person

16    possessing that firearm.

17          Nor is there testimony that will be introduced as to

18    when that Glock was made automatic.  Does the Government have

19    one witness?  Maybe a compatriot of what they claim Mr. Boone

20    was doing, one person, either a buyer or a seller, that can

21    come in and say to you, yes, I saw him carrying that gun when I

22    picked up narcotics.  That would be nice, but that isn't the

23    test.

24          Please, the evidence is incendiary, it is

25    inflammatory.  Nobody wants a armed drug dealer walking the

Pauline A. Stipes, Official Federal Reporter

```
 1   streets.  They certainly don't want him walking the streets

 2   with an automatic weapon, but look at the evidence.  Don't be

 3   caught up with the notion there is DNA on the gun.

 4           At the end of this case, I will stand before you and I

 5   will ask you to discharge your sworn duty, which is to not rely

 6   upon the incendiary notion of what has been alleged, but to

 7   say, has the Government proven this case beyond a reasonable

 8   doubt?  And for each of these five counts I am going to say to

 9   you in advance that they will not, and I ask you to return a

10   verdict of not guilty as to Counts 1 through 5.

11           Thank you, Judge.

12           THE COURT:  Okay, thank you.

13           The Government can call your first witness.

14           MS. DARSCH:  The Government calls Detective Raphael

15   Chaves.

16           MR. SCHUMACHER:  Judge, I will invoke the Rule.

17           THE COURT:  You are invoking the Rule?

18           MR. SCHUMACHER:  Yes, your Honor.

19           THE COURT:  Counsel, make sure that none of the

20   witnesses are in the courtroom until they testify, and that the

21   witnesses who testify, instruct them not to discuss their

22   testimony with anyone who is testifying subsequently.  The Rule

23   is invoked.

24           RAPHAEL CHAVES, GOVERNMENT'S WITNESS, SWORN

25           THE COURTROOM DEPUTY:  Have a seat, and if you'd speak
```

1   right into that microphone and state your full name for the

2   record and spell your last name for the Court Reporter, please.

3           THE WITNESS:  Raphael Chaves, C-H-A-V-E-S.

4                      DIRECT EXAMINATION

5   BY MS. DARSCH:

6   Q.  Good afternoon, Detective Chaves.  Would you please tell

7   the jury, what is your job title?

8   A.  I work for the West Palm Beach Police Department, I am a

9   detective.

10          THE COURT:  I am sorry, can we have you get close to

11  the microphone like that and speak right into the microphone.

12  BY MS. DARSCH:

13  Q.  As a detective with the West Palm Beach Police Department,

14  do you focus on certain investigations?

15  A.  Yes, I do.

16  Q.  What are those investigations?

17  A.  Mostly narcotics and firearms as well.

18  Q.  How long have you been employed as a an officer with the

19  West Palm Beach Police Department?

20  A.  March of this year coming up will be my 11th year.  So, ten

21  years.

22  Q.  How long have you been a detective in the narcotics

23  section?

24  A.  Approximately six years.

25  Q.  About how many types of narcotics cases have you

| | |
|---|---|
| 1 | investigated since being in the narcotics units? |
| 2 | A.   I would say, between myself riding or participating with |
| 3 | other detectives and agents, close to a hundred. |
| 4 | Q.   Okay.   I want to back up some.   In terms of the type of |
| 5 | training you received prior to being a detective, did you go to |
| 6 | the Florida Police Academy? |
| 7 | A.   Yes, I did. |
| 8 | Q.   After the Police Academy and prior to becoming a detective |
| 9 | and being assigned to the narcotics unit, were you exposed to |
| 10 | narcotic activity? |
| 11 | A.   Yes, I was. |
| 12 | Q.   How so? |
| 13 | A.   When I was on road patrol I rode the north end of the city |
| 14 | for the most part and I was exposed to -- they have the most |
| 15 | violent crimes and open air narcotic sales, so from day one, |
| 16 | since FTO, I was in -- maybe my first work at work I was |
| 17 | already involved in narcotics, so from day one. |
| 18 | Q.   Okay.   And you mentioned road patrol.   After road patrol, |
| 19 | where did you move to next? |
| 20 | A.   After a few years, maybe four years on road patrol, I was |
| 21 | moved to a neighborhood enhancement team.   It was focused |
| 22 | mostly on open air sales on corners, alleyways, any violent |
| 23 | crimes that could happen, like just happened, so we were always |
| 24 | riding, looking to suppress that kind of activity. |
| 25 | Q.   Did this include street-level investigations? |

1    A.   Yes, street-level investigations.

2    Q.   And after being in road patrol and moving to the narcotics,

3    street-level investigations, were you then transferred to a

4    specialized unit?

5    A.   Yes.

6    Q.   And what do you do there?

7    A.   Soon after there, I went to the criminal apprehension team,

8    which was similar to the assignment I had before, but this time

9    we were working with confidential informants, house buys,

10   purchasing narcotics from drug houses, and writing search

11   warrants and so on and so forth.

12   Q.   Now I want to talk about your involvement in this case.

13   Turning your attention to March 3, 2022, were you on duty that

14   day?

15   A.   Yes.

16   Q.   Did you and other agents execute a search warrant at 621

17   52nd Street, Building 2 in West Palm Beach, Florida 33407?

18   A.   Yes, we did.

19   Q.   Could you please describe what kind of residence this is?

20   A.   It's a one-story house, and if you're facing the residence,

21   there is a bigger house.  There's a small fence that separates

22   the house in the back, like a cottage, one bedroom, one bath,

23   and there is a fence that blocks access to the back house.

24   Q.   This cottage, was it like an efficiency?

25   A.   Yes, an efficiency.

| | |
|---|---|
| 1 | Q.  That is where you executed the search warrant? |
| 2 | A.  Yes. |
| 3 | Q.  Is that address in Palm Beach County? |
| 4 | A.  Yes. |
| 5 | Q.  Is it in the Southern District of Florida? |
| 6 | A.  Yes. |
| 7 | Q.  The hour, approximately, prior to executing the search |
| 8 | warrant at the residence, can we refer to that efficiency as |
| 9 | Building 2? |
| 10 | A.  Yes. |
| 11 | Q.  At Building 2 did you conduct pre-warrant surveillance at |
| 12 | the efficiency on March 3, 2022? |
| 13 | A.  Yes, I did. |
| 14 | Q.  What did you observe during pre-warrant surveillance? |
| 15 | A.  I was trying to establish a pattern to see if the house was |
| 16 | what we thought it was, drug sales and all.  I saw people |
| 17 | coming in on bicycles, homeless people coming in and out, |
| 18 | hand-to-hand transactions in the front yard, people coming in |
| 19 | from the back behind the fence, just normal drug activity, |
| 20 | hand-to-hand street narcotic sales. |
| 21 | Q.  Regarding the hand-to-hand transactions, were you able to |
| 22 | identify any individual? |
| 23 | A.  One, yes. |
| 24 | Q.  How did you identify this individual? |
| 25 | A.  I knew this one individual from before, his name was Kevin |

```
 1    Gibson.

 2    Q.   Does Kevin Gibson have any aliases?

 3    A.   Yes.  I knew him as KG, and close to the incident I

 4    received information that he was always being called as Mike.

 5    Q.   Now turning your attention to the execution of the search

 6    warrant, immediately prior to executing a search warrant did

 7    you encounter any individual?

 8    A.   Immediately prior --

 9    Q.   Immediately prior to executing the search warrant, while

10    you were on scene, did you encounter an individual?

11    A.   Yes, I do.

12    Q.   Who?

13    A.   Mr. Boone.

14    Q.   Where did you encounter him?

15    A.   Once we had the warrant, he was behind the fence that

16    blocks access to the efficiency, Building 2.

17    Q.   Did you say he was behind the fence?

18    A.   Yes.

19    Q.   Did you detain that individual?

20    A.   Yes, I did.

21    Q.   Do you see that individual in court today?

22    A.   Yes, I do.

23    Q.   Can you please point him out and describe an article of

24    clothing he is wearing?

25    A.   He's sitting over there in the blue button down shirt.
```

1          MR. SCHUMACHER:  Stipulate to an in-court ID.

2          THE COURT:  The record will reflect the witness has

3    identified the Defendant.

4    BY MS. DARSCH:

5    Q.  After detaining Mr. Boone, at some point did you ultimately

6    execute the search warrant on 52nd Street on March 3rd?

7    A.  Yes, I did.

8    Q.  When the residence was turned over to you for execution of

9    the search warrant, who detained Mr. Boone?

10   A.  Once I walked him out of the house, Officer Beesley was

11   outside, so I asked him to stay him.

12   Q.  What were you searching the residence for?

13   A.  Narcotics and firearms.

14   Q.  Okay.  We will get back to that later.

15          Prior to searching the residence for narcotics and

16   firearms, did you also conduct a walk-through of the residence?

17   A.  The crime scene investigator did with her camera and I

18   followed her.

19   Q.  You were present during the walk-through?

20   A.  Yes, I was.

21   Q.  Who was the crime seen investigator?

22   A.  Aisha Eckroth.

23   Q.  Did you say the walk-through was recorded by Aisha Eckroth?

24   A.  Yes.

25          MS. DARSCH:  May I approach the witness, your Honor?

Pauline A. Stipes, Official Federal Reporter

1          THE COURT:  You may.

2    BY MS. DARSCH:

3    Q.  I am showing you what has been marked for identification as

4    Government Exhibit 1.  Do you recognize it?

5    A.  Yes, I do.

6    Q.  What is it?

7    A.  This is a copy of the walk-through video and there is my

8    initials on it.

9    Q.  Prior to coming into court today, did the Government

10   request that you review it in its entirety at the United States

11   Attorney's Office?

12   A.  Yes.

13   Q.  Did you?

14   A.  Yes, I did.

15   Q.  Does the video fairly and accurately depict the

16   walk-through of the residence prior to the search?

17   A.  Yes, it does.

18          MS. DARSCH:  Your Honor, at this time the Government

19   moves into evidence Government Exhibit 1.

20          MR. SCHUMACHER:  No objection, your Honor.

21          THE COURT:  Exhibit 1 is admitted without objection.

22      (Whereupon Government Exhibit 1 was marked for evidence.)

23          MS. DARSCH:  Permission to publish to the jury, your

24   Honor.

25          THE COURT:  You may.

Pauline A. Stipes, Official Federal Reporter

|    |                                                              |
|----|--------------------------------------------------------------|
| 1  | THE COURTROOM DEPUTY:  Are we publishing?                     |
| 2  | THE COURT:  Yes, we are playing the video.                   |
| 3  | MS. DARSCH:  Let the record reflect that we are              |
| 4  | starting the video.                                          |
| 5  | (Thereupon, the video marked Exhibit 1 was played.)          |
| 6  | Stopping the video at .34 seconds.                           |
| 7  | BY MS. DARSCH:                                                |
| 8  | Q.  You mentioned earlier where you came into contact with the |
| 9  | Defendant, Mr. Boone.  Can you point to where you first came |
| 10 | into contact with this Defendant in the video?               |
| 11 | A.  Yes.  Once I opened this door with the white fence, he was |
| 12 | somewhere around here.  Right there.  (Indicating.)          |
| 13 | Q.  He was behind that white fence?                          |
| 14 | A.  Yes.                                                     |
| 15 | Q.  Could you please point to where you executed the search  |
| 16 | warrant?                                                     |
| 17 | A.  This beige efficiency right here in the back.            |
| 18 | Q.  What was Mr. Boone doing when you first came into contact |
| 19 | with him?                                                    |
| 20 | A.  He was laying down right here on the floor, face down with |
| 21 | his arms thrown out.                                         |
| 22 | Q.  Starting the video.                                      |
| 23 | (Thereupon, the video marked Exhibit 1 continued playing.)   |
| 24 | Q.  Just to clarify, could you point out now where the search |
| 25 | warrant was executed?                                        |

Pauline A. Stipes, Official Federal Reporter

```
 1   A.  It was executed on this building right here. (Indicating.)

 2   Q.  Thank you.  Starting the video.

 3       (Thereupon, the video marked Exhibit 1 continued playing.)

 4   Q.  Stopping the video at 1.34 seconds.

 5       Detective Chaves, what do you see here?

 6   A.  U.S. currency of various denominations, $50, $20, $100

 7   bills.

 8   Q.  Did you collect that at the crime scene?

 9   A.  No.  The agent did.

10   Q.  Crime Scene Investigator Agent Eckroth?

11   A.  Yes.

12   Q.  Thank you.  Resuming the video at 1.34 seconds.

13       (Thereupon, the video marked Exhibit 1 continued playing.)

14   Q.  Stopping the video at two minutes 44 seconds.

15       What do you see here?

16   A.  It is the front door to gain access to the efficiency, and

17   that's the view you have once you open the door and look into

18   the living room area.  You see a table and some plastic bags

19   and a piece of -- I am not sure if it is a recliner or an

20   ottoman, a piece of furniture.

21   Q.  Resuming the video.

22       (Thereupon, the video marked Exhibit 1 continued playing.)

23       Stopping the video at two minutes 44 seconds.

24           What do you see here?

25   A.  It's clear plastic bags smashed in, stuck between the
```

Pauline A. Stipes, Official Federal Reporter

```
 1   cushion.

 2   Q.  Starting the video.

 3        (Thereupon, the video marked Exhibit 1 continued playing.)

 4   Q.  Stopping the video at three minutes 32 seconds.

 5        What are we looking at here?

 6   A.  Two cell phones, one is facing up and one is facing down.

 7   Q.  Did you seize those cell phones?

 8   A.  No.  CSI Agent Eckroth did.

 9   Q.  Starting the video.

10        (Thereupon, the video marked Exhibit 1 continued playing.)

11   Q.  Stopping the video at three minutes and 42 seconds.

12        What do you see here?

13   A.  That is the table, you can it see from the outside.  This

14   is a small scale right here, some capsules, a little piece of

15   crack right here, a marijuana blunt, and some marijuana here in

16   this little baggie.  And there is I would say a cup, but there

17   is a firearm here.  I don't know if you can see it in the

18   picture, there's a firearm.  At this angle, there's one more

19   right here.  (Indicating.)

20   Q.  Was there also a razor blade on that table?

21             MR. SCHUMACHER:  Objection, leading.

22             THE COURT:  Rephrase.

23   BY MS. DARSCH

24   Q.  Is there anything else on that table?

25   A.  From this angle, I can't see -- my eyes are not too great.
```

Pauline A. Stipes, Official Federal Reporter

```
1    Q.   I will get back to it later in a different question.
2         Starting the video.
3         (Thereupon, the video marked Exhibit 1 continued playing.)
4         Stopping the video at three minutes 48 seconds.
5         What are you looking at here?
6    A.   Those are capsules, there is some white powder in it.
7    Q.   How many capsules are there?
8    A.   11.
9    Q.   Starting the video.
10        (Thereupon, the video marked Exhibit 1 continued playing.)
11        Stopping the video at three minutes 54 seconds,
12        What do you see here?
13   A.   I see a razor blade and receipt, I believe this is an iPad
14   or some type of iTouch electronic.
15   Q.   Starting the video.
16        (Thereupon, the video marked Exhibit 1 continued playing.)
17        Stopping the video at four minutes.
18        What do you see here?
19   A.   This is the bag with suspected marijuana.
20   Q.   Starting the video.
21        (Thereupon, the video marked Exhibit 1 continued playing.)
22        Here, what do you see here?
23   A.   U.S. currency right here, this is a pistol with an extended
24   magazine, and there is one more pistol here with a normal size
25   magazine, the original size.
```

143

```
 1    Q.  Starting the video.

 2         (Thereupon, the video marked Exhibit 1 continued playing.)

 3         Stopping the video at four minutes, 11 seconds.

 4         What do you see here?

 5    A.  It is a closeup of the firearm and you can see this one

 6    specific right here. (Indicating.)

 7         For me, I actually have one of these firearms, there is a

 8    manufactured piece right there that you wouldn't find on an

 9    original Glock.

10    Q.  That is an external mechanism?

11         MR. SCHUMACHER:  Objection, leading, outside the scope

12    of this --

13         THE COURT:  You have to speak clearly into the

14    microphone so we can hear your objection.

15         MR. SCHUMACHER:  Yes, Judge.  I am objecting, this

16    witness -- it is beyond the scope, and there is no foundation

17    for this.  He has not been offered as an expert, your Honor,

18    and there is a leading question as well.

19         THE COURT:  Okay.  Can you rephrase the question.

20    BY MS. DARSCH:

21    Q.  What do you see here in this picture?

22    A.  I see the firearm and a piece I don't recognize on the

23    original Glock.

24    Q.  Starting the video.

25         (Thereupon, the video marked Exhibit 1 continued playing.)
```

Pauline A. Stipes, Official Federal Reporter

144

```
 1        Now what are we looking at here?
 2   A.   We are looking at both firearms now.
 3   Q.   Starting the video.
 4        (Thereupon, the video marked Exhibit 1 continued playing.)
 5        Stopping the video at four minutes 36 seconds.
 6        What is this that we are looking at?
 7   A.   This is the second firearm without the extended magazine.
 8   Q.   Is this on the same table?
 9   A.   Yes, right next to the other one.
10   Q.   Starting the video.
11        (Thereupon, the video marked Exhibit 1 continued playing.)
12        Stopping the video at five minutes 16 seconds,
13        What are we looking at here?
14   A.   That is the serial number for one of the firearms.
15   Q.   Starting the video.
16        (Thereupon, the video marked Exhibit 1 continued playing.)
17        Stopping the video at five minutes 39 seconds.
18        What does this now show?
19   A.   The serial number for the one with the extended magazine.
20   Q.   Starting the video.
21        (Thereupon, the video marked Exhibit 1 continued playing.)
22        Stopping the video at five minutes 46 seconds.
23        What are we looking at here?
24   A.   We are looking at the same table.  Next to the firearms was
25   the razor, a small digital scale, and you can see the capsules
```

1    on this corner.

2    Q.  Did you seize the 11 capsules?

3    A.  Yes, I did.

4    Q.  Resuming the video.

5        (Thereupon, the video marked Exhibit 1 continued playing.)

6        Stopping the video at five minutes and 50 seconds.

7        What are we looking at here?

8    A.  The recliner facing the small table, two cell phones, a

9    small bag on the floor.

10   Q.  Are these the same two cell phones we saw earlier?

11   A.  Yes.

12   Q.  Starting the video.

13       (Thereupon, the video marked Exhibit 1 continued playing.)

14       Stopping the video at six minutes 12 seconds.

15       What do you notice about these cell phones?

16   A.  One is facing up, one is facing down.  The one facing up is

17   a Samsung.

18   Q.  Starting the video.

19       (Thereupon, the video marked Exhibit 1 continued playing.)

20       Stopping the video at six minutes and 19 seconds,

21       Could you please describe what we are looking at here?

22   A.  The second cell phone facing up, light blue cover to it and

23   the screen protector.

24   Q.  Starting the video.

25       (Thereupon, the video marked Exhibit 1 continued playing.)

1        Stopping the video at six minutes 33 seconds,

2        What do you see here?

3    A.  This is a small cabinet on the walk.  You see a small

4    bottle right here, and there's a plastic bag on top, and some

5    other hygiene items on the bottom.

6    Q.  Referring to that bag, did you collect that bag?

7    A.  Yes, I did.

8    Q.  Starting the video.

9        (Thereupon, the video marked Exhibit 1 continued playing.)

10           MS. DARSCH:  Let the record reflect that is the video

11   in its entirety.

12           THE COURT:  The record so reflects.

13   BY MS. DARSCH:

14   Q.  I am now showing you what has been marked for

15   identification as Government Exhibit 2.

16           MRS. CHASE:  Not publish it to the jury.

17           THE COURTROOM DEPUTY:  It should be off for the jury

18   and on for the witness.

19           THE COURT:  Is it on your screen or not?

20           THE WITNESS:  Yes, it is.

21           THE COURT:  You can ask any question you have of the

22   witness.

23   BY MS. DARSCH:

24   Q.  I am now showing you Government Exhibit 2 for

25   identification purposes only.  Do you recognize this photo?

Pauline A. Stipes, Official Federal Reporter

1    A.  Yes, I do.

2    Q.  What is Government Exhibit 2?

3    A.  It is a screen shot of the two residence, 621 A, which is a

4    bigger house, and if you look to the left, it shows you the

5    white fence and the building number 2 in the back that we just

6    watched the video.

7    Q.  Does it fairly and accurately depict the efficiency?

8    A.  Yes.

9         MS. DARSCH:  Your Honor, we move this photograph into

10   evidence, Government Exhibit 2.

11        MR. SCHUMACHER:  Without objection, your Honor.

12        THE COURT:  It is admitted without objection.

13        (Whereupon Government Exhibit 2 was marked for evidence.)

14        MS. DARSCH:  Your Honor, may I publish to the jury?

15        THE COURT:  You may publish.

16   BY MS. DARSCH:

17   Q.  Now that the jury sees Exhibit 2, could you please explain

18   what we are looking at?

19   A.  This is the front house right here, grayish in color, and

20   the fence I referred to previously with the door open.  You can

21   see building number 2 in the back, beige color, salmon color,

22   and you can also see the mailboxes here for both places.

23   Q.  I am now showing you for identification purposes only

24   Government Exhibit 2-A.

25        Do you recognize this photo?

Pauline A. Stipes, Official Federal Reporter

```
 1    A.   Yes.   It's a closeup of the fence with the door wide open,

 2    and you can have a better look of building number 2 in the

 3    back.

 4    Q.   Does it fairly and accurately depict what you described?

 5    A.   Yes.

 6              MS. DARSCH:   Your Honor, we offer this photo into

 7    evidence as Government Exhibit 2-A.

 8              MR. SCHUMACHER:   Without objection, your Honor.

 9              THE COURT:   2-A is admitted without objection.

10        (Whereupon Government Exhibit 2-A was marked for evidence.)

11              MS. DARSCH:   Permission to publish to the jury.

12              THE COURT:   You may publish.

13    BY MS. DARSCH:

14    Q.   Could you please point to the efficiency?

15    A.   Right here.   (Indicating.)

16    Q.   I am now showing you for identification purposes -- let me

17    back up one moment.

18         Where was Mr. Boone detained?

19    A.   When I opened this gate right here, he was somewhere right

20    here laying down.

21    Q.   I am now showing you for identification purposes only

22    Government Exhibit 3.

23         Do you recognize this photo?

24    A.   Yes, I do.

25    Q.   What is it?
```

1   A.  It shows both mailboxes for 621-A and 621-B, which is

2   building number 2.

3   Q.  Was 621-B the efficiency?

4   A.  Yes.

5   Q.  Does it fairly and accurately depict the mailbox for

6   Building 2, what we are calling Building 2?

7   A.  Yes.

8         MS. DARSCH:  Your Honor, I move this into evidence,

9   Government Exhibit 3.

10         MR. SCHUMACHER:  No objection, your Honor.

11         THE COURT:  Government Exhibit 3 is admitted without

12   objection.  You can publish to the jury.

13     (Whereupon Government Exhibit 3 was marked for evidence.)

14   BY MS. DARSCH:

15   Q.  Can you please, now that the jury can see this photograph,

16   explain which mailbox belongs to the efficiency?

17   A.  The white in color one here.

18   Q.  So we can refer to this as Building 2?

19   A.  Yes.

20   Q.  I am now showing you for identification purposes only

21   Government Exhibit 4.

22     Do you recognize it?

23   A.  Yes, I do.

24   Q.  What is it?

25   A.  It's the same building on the left of the picture.  On the

1   right of the picture is where the U.S. currency was located.

2   Q.   Does it fairly and accurately depict that which you

3   described?

4   A.   Yes.

5            MS. DARSCH:   I move in evidence Government Exhibit 4.

6            THE COURT:   Any objection?

7            MR. SCHUMACHER:   No, your Honor.

8            THE COURT:   4 is admitted without objection.

9            I am wondering whether the remainder of the

10   photographs through 12 have been shown to the Defense, and if

11   there is no objection, it might speed things along a little

12   bit.

13            Maybe go up to a certain point so it gets us to the

14   next break.   It wasn't intended to slow us down.   We were at

15   Government 4.   Did you move --

16            MR. SCHUMACHER:   I did, Judge, there was no objection.

17            THE COURT:   Government Exhibit 4 is admitted into

18   evidence.   If there are any others you have agreed to, you can

19   state it on the record.

20            MS. DARSCH:   Yes, Government Exhibits 4 through 12 are

21   without objection.   That's 4, 5, 5-A, 6, 7-A, 7-B, 7-C, 7-D, 8,

22   9, 10, 10-A, 11, 11-A, and 12.

23            THE COURT:   Okay.   They are all admitted without

24   objection.

25        (Whereupon Government Exhibits 4, 5, 5-A, 6, 7-A - D, 8, 9,

Pauline A. Stipes, Official Federal Reporter

```
 1   10, 11, 11-A, 12 were marked for evidence.)
 2   BY MS. DARSCH:
 3   Q.  Detective Chaves, getting back to Exhibit 4 already in
 4   evidence, is this -- if you could tell the jury one more time,
 5   is this the closeup photograph of the outside of the residence?
 6   A.  Yes, this is once you go past the white fence, that is the
 7   little patio in front of building number 2.  There is a metal
 8   door that was open like that at the time, and this is the
 9   bicycles we saw with U.S. currency laying on the ground here
10   during the walk-through video.
11   Q.  I am now showing you Government Exhibit 5.
12            THE COURT:  It can be published.
13            MS. DARSCH:  Permission to publish?
14            THE COURT:  Yes, all of them through 12, you can
15   publish because they have all been admitted.
16   BY MS. DARSCH
17   Q.  I am now showing you Government Exhibit 5.
18       Is this a closeup of the outside of the residence where the
19   cash was recovered that we saw earlier?
20   A.  Yes, right below the bicycle here.
21   Q.  I am not showing you Government Exhibit 5-A.
22       Is that the cash in different denominations that you
23   described earlier through the walk-through video?
24   A.  Yes.
25   Q.  Okay.  Now turning your attention to the search of the
```

```
 1   inside of the residence, you mentioned earlier that you were
 2   searching for narcotics and firearms.
 3        Turning first to the narcotics, did you find narcotics?
 4   A.  Yes.
 5   Q.  What did you find?
 6   A.  I found crack cocaine and fentanyl, MDMA, and a small
 7   amount of marijuana.
 8   Q.  Okay.  These narcotics, how did you know they were
 9   fentanyl, crack cocaine, and MDMA?  Were they tested by you?
10   A.  Yes.
11   Q.  What type of test did you use?
12   A.  We have a small test that we mix some of the substance with
13   the liquid.  For example, for the crack cocaine, it should turn
14   blue for a positive.  It is called a Nik test.
15   Q.  Is this commonly referred to as field testing?
16   A.  Yes.
17   Q.  Now, when you field test, are you testing on scene, like on
18   the field?
19   A.  No.
20   Q.  Where are you field testing?
21   A.  We bring it -- we bag everything and bring it back to the
22   police department and then we test it on the table, and
23   depending on the substance, we use a hood.
24   Q.  You field test it at the police headquarters?
25   A.  Yes.
```

```
 1    Q.  You field tested the capsules?

 2    A.  Yes.

 3    Q.  What did that field test positive for?

 4    A.  For fentanyl.

 5    Q.  And you field tested the crack cocaine?

 6    A.  Yes.

 7    Q.  What did that field test positive for?

 8    A.  For cocaine.

 9    Q.  Those multi-colored pills in the walk-through video that

10    you mentioned, did you field test those?

11    A.  Yes.

12    Q.  And what did those multi-colored pills field test positive

13    for?

14    A.  For MDMA.

15              THE COURTROOM DEPUTY:  Counsel, are we still

16    publishing this picture?

17              MS. DARSCH:  No.

18              THE COURTROOM DEPUTY:  Okay.  It comes off of ours,

19    but you still have it on yours.

20    BY MS. DARSCH

21    Q.  Ultimately the narcotics, were they sent to a laboratory

22    for forensic testing?

23    A.  Yes.

24    Q.  Okay.  I am now showing you what has been marked as

25    Government Exhibit 6.
```

154

1          Earlier in the video you had pointed out certain narcotics

2     that you had seen, you pointed out the capsules and other

3     narcotics.  Are there any other narcotics in this picture that

4     we didn't see in the video?

5     A.   No.  I see the crack here, the marijuana, the fentanyl.

6     The MDMA is not on this picture.

7     Q.   Okay.  That crack cocaine field tested positive for crack

8     cocaine?

9     A.   Yes.

10    Q.   It was those 11 capsules that field tested positive for

11    fentanyl?

12    A.   Yes.

13          MS. DARSCH:  Your Honor, permission to approach the

14    witness?

15          THE COURT:  Yes.

16    BY MS. DARSCH:

17    Q.   I am showing you Government Exhibit 24.  What is it?

18          MS. DARSCH:  I apologize, your Honor, the Government

19    is moving into evidence Government Exhibits 24, 27, and 28.

20          THE COURT:  Any objection?

21          MR. SCHUMACHER:  No, your Honor.

22          THE COURT:  24, 27, and 28 are admitted without

23    objection.

24       (Whereupon Government Exhibits 24, 27, 28 were marked for

25    evidence.)

```
 1   BY MS. DARSCH:
 2   Q.  I am showing you Government Exhibit 24.
 3       What is this?
 4   A.  This one in my hand or the picture?
 5   Q.  No, what I just handed you, Government Exhibit 24.
 6   A.  This is a small digital scale.
 7          MS. DARSCH:  Your Honor, may I approach the jury and
 8   pass it around?
 9          THE COURT:  Any objection?
10          MR. SCHUMACHER:  No, your Honor.
11          THE COURT:  You may.  Remember, the jury will have
12   everything when they go back to deliberate, but you can do that
13   now if you want.
14          MS. DARSCH:  Permission to approach the witness again,
15   your Honor.
16          THE COURT:  Yes.
17   BY MS. DARSCH:
18   Q.  I am now showing you Government Exhibit 27.
19       What is it?
20   A.  This is the fentanyl.  It is not in the original capsules
21   because it went to the lab and they used different capsules, so
22   it is stronger.
23   Q.  Those are the capsules that were on the table that field
24   tested positive for fentanyl?
25   A.  No, those are not the capsules.  The contents of the
```

```
 1    capsules are here, and --
 2    Q.  But ultimately, that came from the capsules that were on
 3    the table?
 4    A.  Yes.  The powder is the same, they just moved it to
 5    different capsules to save it.
 6              MS. DARSCH:  Permission to approach the jury and pass
 7    the --
 8              THE COURT:  Yes.
 9              Let me inquire how much longer you think you will be
10    with the witness on direct so we can plan our mid-afternoon
11    break.
12              MS. DARSCH:  Maybe another 25 minutes, if that.
13              THE COURT:  Okay.  Why don't we go for another ten,
14    maybe at 3:30, and let me know what a good breaking point would
15    be for a mid-afternoon break.  We came back in at about 2:10.
16              MS. DARSCH:  Permission to approach.
17              THE COURT:  Yes.
18    BY MS. DARSCH:
19    Q.  I am showing you Government Exhibit 28.
20        What is it?
21    A.  It is a baggie with crack cocaine.
22    Q.  And where was that seized from?
23    A.  From the efficiency.
24    Q.  Excuse me?  I can't hear you.
25    A.  From number 2, the efficiency.
```

```
 1   Q.  And where in the efficiency?
 2   A.  This one was on the table, I believe.
 3   Q.  Okay.
 4           MS. DARSCH:  Permission to approach the jury.
 5           THE COURT:  You may.
 6   BY MS. DARSCH
 7   Q.  I am now showing you Government Exhibit 7-A.
 8           MR. SCHUMACHER:  I am sorry, what are the numbers?
 9           MS. DARSCH:  7-A.
10           THE COURT:  Which one is it?
11           MR. SCHUMACHER:  7-A.
12           THE COURT:  Okay.
13   BY MS. DARSCH:
14   Q.  Are these the 11 capsules that relate to the physical
15   capsules I just showed you that are now in different containers
16   because they were lab tested?
17   A.  Yes.
18   Q.  And now showing you Government Exhibit 7-B.  Now, this
19   photo in particular I have a question about.
20       Where was this crack cocaine seized from?
21   A.  From the efficiency.
22   Q.  And where in the efficiency?
23   A.  Under -- those cell phones that you see in the picture,
24   there's one facing down.  The one facing up, this little bag
25   was underneath it, just between the cushion and cell phone.
```

1    Q.  Okay.  So, with this item here, was it actually sent off --

2    before I ask you that, did you seize this item that was on the

3    recliner?

4    A.  Yes.

5    Q.  Did you field test it?

6    A.  Yes.

7    Q.  Okay.  Was it ultimately sent off to a lab?

8    A.  No.  Not this one.

9    Q.  Why?

10   A.  This specific one, as we were gathering all the evidence

11   together, it was missing, and then when I came to the

12   conclusion, I believe once I was unscrewing the capsules with

13   the fentanyl -- I have a system of testing everything that is

14   less dangerous, for example, crack cocaine, like that, you can

15   test it and you don't need the hood for it.  You just need to

16   put it in a kit.

17        The fentanyl is a little different.  When you test that,

18   you need to bring it to the hood, it's a metal thing with glass

19   around it, and turn on the fan.  When you try to unscrew the

20   capsules, that thing, if you absorb that, you could die.  I had

21   two people who OD'd that worked with me before, so they changed

22   the policy for that specific drug, or even if you suspect it is

23   fentanyl, we don't test that anywhere other than the hood.

24        That is also one reason why we don't test anything on the

25   street, we bring everything to the lab or to the station to be

1   safe.

2       So, with this specific one, I tested everything that I had,

3   the MDMA, the crack, and the marijuana.  When it was time to

4   test the fentanyl, then I went to the hood, put my gloves on,

5   mask, we usually put eye protectors, turn on the fan, and I was

6   unscrewing the thing to remove a little bit to test it, and

7   somehow between me doing all that, and being worried about

8   getting exposed to the fentanyl and then placing this back on

9   the table, I believe I disposed this one by accident.

10  Q.  So you made a mistake?

11  A.  Yes.

12  Q.  Have you made other mistakes as a law enforcement officer?

13  A.  Yes.

14  Q.  What other mistakes have you made as a law enforcement

15  officer?

16  A.  I was involved in a car accident before, I was at fault,

17  nobody got hurt, but it was a side swipe, so that was my

18  mistake.  I have been reprimanded for not having my body camera

19  during the hurricane season.

20  Q.  Did those mistakes have anything to do with this case?

21  A.  No.

22  Q.  I am now showing you Government Exhibit 7-C.

23      Is this the same firearm we saw in the walk-through video?

24  A.  Yes, with the extended mag.

25  Q.  And now showing you Government Exhibit 8.

1        Is this the same firearm?

2   A.   Yes.

3   Q.   Where is the extended magazine here?

4   A.   It is right here (indicating) in the bottom.

5   Q.   Is that loaded?

6   A.   Yes.  You can see there is a round right here sticking out

7   at the top.

8   Q.   I am now showing you Government Exhibit 9.

9        What are we looking at here?

10  A.   It is the second firearm.  It is also loaded, the magazine,

11  and -- this right here means that once you clear the firearm,

12  this round was actually inserted on the chamber, so he

13  separated it from the ones in the magazine.

14  Q.   Was this the other firearm on the table in the efficiency?

15  A.   Yes.

16  Q.   I am now showing you Government Exhibit 11.

17       What is this that we are looking at?

18  A.   That is a cabinet on the wall that had a pill bottle with

19  no lid, and that is the plastic bag.  I don't know if you can

20  see the color, the MDMA was that color.

21  Q.   Did you say MDMA?

22  A.   Yes.

23  Q.   This is the bag that you field tested positive -- that

24  field tested positive for MDMA?

25  A.   Yes, the content of the bag.

Pauline A. Stipes, Official Federal Reporter

```
 1   Q.  Did you seize those pills?

 2   A.  Yes, the MDMA pills, yes.

 3   Q.  You are the one that field tested these pills?

 4   A.  Yes.

 5           MS. DARSCH:  Permission to approach.

 6           THE COURT:  Yes.

 7           MS. DARSCH:  The Government admits into evidence

 8   Government Exhibit 26.

 9           MR. SCHUMACHER:  Without objection, your Honor.

10           THE COURT:  26 is admitted without objection.

11       (Whereupon Government Exhibit 26 was marked for evidence.)

12   BY MS. DARSCH:

13   Q.  I am showing you Government Exhibit 26.

14       Could you please explain to the jury what this is?

15   A.  They are pills, small pills.  Right here you can see some

16   are green, and some were, I would say yellow, or orange maybe.

17           MS. DARSCH:  Permission to approach the jury.

18           THE COURT:  You may.

19   BY MS. DARSCH:

20   Q.  Detective Chaves, I asked you earlier about Exhibit 7-B,

21   the cocaine that field tested positive for crack cocaine that

22   was on the recliner in the residence that was mistakenly

23   misplaced while you were field testing the capsules that field

24   tested positive for fentanyl.

25       Can you explain to the jury, since this is a photo, how
```

Pauline A. Stipes, Official Federal Reporter

```
 1   small this bag is?
 2   A.  The bag is probably, I would say if I have to show in my
 3   hands, this big right here, a square.
 4   Q.  What you are describing is about a one x one ziplock bag?
 5   A.  Yes.
 6   Q.  While you are field testing, you mentioned earlier that you
 7   are wearing personal protection equipment due to the risks of
 8   fentanyl?
 9   A.  Yes.
10   Q.  While you are field testing, are you constantly changing
11   gloves?
12   A.  Yes.  Every time you test something you change your gloves
13   out.  If for some reason I didn't get enough, then I replace
14   the gloves and everything and do it again with a different
15   capsule.
16   Q.  Is there paper put down that you put the drugs on and for
17   personal protection also?
18              MR. SCHUMACHER:  Objection, leading.
19              THE COURT:  Rephrase.
20   BY MS. DARSCH:
21   Q.  Is there other personal protection equipment?
22   A.  Yes.  I lay hard paper down so that everything we have we
23   put in there, take notes sometimes next to the drugs, sometimes
24   we have photographs taken on the same paper, it is on the brown
25   paper.  Once you are done with everything, usually we rip the
```

```
 1   corner and we put it in the bottle and put it in the
 2   contaminated bin.
 3   Q.  While you are doing this, do you have any other individuals
 4   in the room helping you?
 5   A.  Yes.
 6   Q.  So, when you are completely done field testing, what are
 7   you throwing out, generally?
 8   A.  Usually all the gloves, every piece of paper, all the kits,
 9   anything else, and the you spray everything, and for the
10   fentanyl specifically, by policy, the way we do it, you can't
11   test it by yourself because if I OD testing the fentanyl and
12   they come in 20 year -- minutes later, you probably are not
13   going to make it.  So, you have to have somebody there, and if
14   you are going to do this by yourself, you have to tell dispatch
15   and they do checks on you every five minutes.
16   Q.  You testified earlier that you believe it was thrown out?
17   A.  Yes.
18   Q.  Is that why you think it was thrown out?
19           MR. SCHUMACHER:  Objection, leading, asked and
20   answered.
21           THE COURT:  Sustained as to leading.  You can
22   rephrase.
23   BY MS. DARSCH:
24   Q.  The crack cocaine that was on the table, that was field
25   tested by you?  Turning to the crack cocaine that was on the
```

```
 1   table.

 2   A.  Yes, that one, yes.

 3   Q.  And that was sent off to the lab?

 4   A.  Yes.

 5   Q.  Okay.

 6            THE COURT:  Is this a good breaking point or are you

 7   winding down?  It is 3:30.

 8            MS. DARSCH:  I have maybe five minutes.

 9            THE COURT:  We will let you finish the direct and then

10   we will take a break.

11   BY MS. DARSCH:

12   Q.  After you collected the narcotics in this case and field

13   tested the narcotics, what did you do with the narcotics?

14   A.  They went downstairs to the lockers.

15            MS. DARSCH:  And I have -- at this time, your Honor,

16   the Government -- we have a stipulation to introduce.

17            THE COURT:  Okay.  Is that an exhibit?

18            MS. DARSCH:  It is Government Exhibit 31.

19            THE COURT:  Are you going to read the --

20            MS. DARSCH:  Yes.

21            THE COURT:  Okay.  So -- and is there any objection?

22            MR. SCHUMACHER:  No, your Honor, it is a stipulation.

23            THE COURT:  Okay.  So, ladies and gentlemen, sometimes

24   the parties have agreed that certain facts are true.  This

25   agreement is called a stipulation.  You must treat these facts
```

1    as proved for this case.

2              Counsel can read the stipulation.

3              MS. DARSCH:  United States of America versus Willie

4    Boone, Defendant, Stipulation of Facts in Government Exhibit

5    31.  The United States of America and the Defendant, Willie

6    Boone, hereby agree and jointly stipulate that the following

7    facts are true:

8              Government Exhibit 27 contains 11 capsules containing

9    N-pyrrolidinoetonitazene, a Schedule I controlled substance.

10             Government Exhibit 26 contains multiple tablets

11   containing butylone, a Schedule 1 controlled substance.

12             Government Exhibit 28 contains cocaine, a Schedule II

13   controlled substance.

14             THE COURT:  Okay.

15   BY MS. DARSCH:

16   Q.  Detective Chaves, I have one more photo I want to show you.

17   I am showing you Government Exhibit 12.

18        What is this a photograph of?

19   A.  That was a photograph of the recliner facing the one that

20   had the phones on top of it.  This one had -- in the

21   walk-through you can see that bag stuffed in the cushion.

22             MS. DARSCH:  No further questions.  Give me one

23   moment, your Honor.

24             THE COURT:  Okay.

25             MS. DARSCH:  No further questions.

Pauline A. Stipes, Official Federal Reporter

1          THE COURT:  Okay.  That concludes the direct

2     examination.  Will there be cross-examination?

3          MR. SCHUMACHER:  There will, your Honor.

4          THE COURT:  We will have our witness stay.

5          We will take a break now, ladies and gentlemen.  It is

6     about 3:35 or so, we will be in recess for 15 minutes.  So,

7     we'll come back at ten minutes to 4:00.

8          Please remember the same important instructions, you

9     are not to discuss the case among yourselves or with anyone

10    else, not to have any interaction with anyone associated with

11    the case, not to conduct any research.  We will see you back in

12    15 minutes.

13         I remind our witness that you remain under oath, you

14    are not to discuss your testimony with anyone, and you will

15    come back for cross-examination.

16         Thank you.

17       (Thereupon, the jury left the courtroom.)

18         THE COURT:  Okay, we will be in recess for 15 minutes.

19       (Thereupon, a short recess was taken.)

20         THE COURT:  Okay, bring our jury in.

21       (Thereupon, the jury returns to the courtroom.)

22         THE COURT:  Welcome back, everyone.  Our witness may

23    resume the stand.

24         All right.  Our witness remains under oath, and you

25    can start cross-examination.  Just remember to speak clearly

                 Pauline A. Stipes, Official Federal Reporter

1    into the microphone.

2                         **CROSS-EXAMINATION**

3    BY MR. SCHUMACHER:

4    Q.  Detective, you have been honest about mistakes you made

5    while you were a police officer, correct?

6    A.  Yes.

7    Q.  And obviously that is something you try to limit or

8    prevent, correct?

9    A.  Yes, sir.

10   Q.  In addition to those things that you pointed out to the

11   Government on direct examination, were you also violated or

12   written reprimanded for violations back on or about September

13   20, 2018?

14   A.  I believe it was the same thing, because of the body cam,

15   yes.

16   Q.  I have a body cam for January 25, 2018.  Do you know

17   anything about that?

18   A.  Not specifically, unless you can read it for me.

19            THE COURT:  I am sorry, it is hard to understand.

20   Speak clearly and louder into the microphone.

21            THE WITNESS:  I don't remember the specifics, unless

22   you want to read it to me.

23            MR. SCHUMACHER:  May I approach the witness, your

24   Honor?

25            THE COURT:  You may.

|    |                                                                        |
|----|------------------------------------------------------------------------|
| 1  | BY MR. SCHUMACHER:                                                      |
| 2  | Q.  Detective, if you could review that silently, and then I           |
| 3  | will ask you if that refreshes your recollection.                      |
| 4  | A.  Which one are you referring to?                                     |
| 5  | Q.  The last one.                                                       |
| 6  | A.  September 20th?                                                     |
| 7  | Q.  Yes.                                                                |
| 8  | A.  Yes.                                                                |
| 9  | Q.  Does that refresh your recollection?                               |
| 10 | A.  Yes.                                                                |
| 11 | Q.  Were you in fact reprimanded or cited three separate times?        |
| 12 | A.  Yes.  I believe the body camera on this one is the same            |
| 13 | incident.  I don't understand why they have different dates.           |
| 14 | Q.  The body cam suggests, at least from that document,               |
| 15 | February, and then what we are talking about here is September?       |
| 16 | A.  January and September.                                             |
| 17 | Q.  I'm sorry, January.  So you can't explain that?                    |
| 18 | A.  Do you want me to explain what happened?                          |
| 19 | Q.  You can't explain why there would be three separate               |
| 20 | incidents with three separate dates?                                  |
| 21 | A.  Yes, I can.                                                        |
| 22 | Q.  Go ahead.                                                          |
| 23 | A.  The first one was a car accident, I sideswiped somebody and       |
| 24 | it was my fault.  The second one was, I believe, the same             |
| 25 | incident, but the verbal thing for the camera came before the         |

1     second reprimand.

2     Q.  Okay.  What was that second reprimand?

3     A.  It was during the hurricane time as well.

4     Q.  Those are the same thing, the body cam and the last one,

5     correct?

6     A.  Yes, sir.

7           MR. SCHUMACHER:  May I retrieve that, your Honor?

8           THE COURT:  You may.

9     BY MR. SCHUMACHER:

10    Q.  Okay.  And Government Exhibit 7-B, that is the narcotics,

11    the crack cocaine that was lost, correct?

12    A.  Yes, sir.

13    Q.  And again, of course that is not something you intended to

14    do, but it occurred?

15    A.  Yes.

16    Q.  Likewise, when do you reports, you want to try to be as

17    accurate as possible, correct?

18    A.  As possible, yes, sir.

19    Q.  You deal with a lot of different investigations, right?

20    A.  Yes, sir.

21    Q.  So, you use those reports to refresh your recollection

22    about a specific case for when you come in to testify?

23    A.  Yes, sir.

24    Q.  Can we agree that in this particular case you made an error

25    in connection with your reports as far as when the search

```
 1   warrant on this particular location occurred?
 2   A.  The location?
 3   Q.  Yes.
 4   A.  Yes, sir.  I believe it was the date, not the location.
 5   Q.  No, no.  I believe the location was fine, but did you put
 6   the wrong date?
 7   A.  Yes, sir.
 8   Q.  You put it for March 2nd, rather than March 3rd?
 9   A.  I believe so, yes.
10   Q.  Do you want to take a look at your report?
11   A.  Sure.
12           MR. SCHUMACHER:  May I approach, your Honor?
13           THE COURT:  You may.
14           THE WITNESS:  Yes, sir, March 2nd.
15   BY MR. SCHUMACHER:
16   Q.  That was inaccurate, correct, it was March 3rd?
17   A.  Yes.  I had to write a supplemental report fixing that.
18   Q.  No problem.  We all make mistakes, right?
19       When was the first time your attention got brought to this
20   particular location?  That location, I am obviously talking
21   about the efficiency and the house located at 621 52nd Street,
22   West Palm Beach.
23   A.  It was during the day, the same week of the warrant.
24   Q.  The same week of the warrant?
25   A.  Yes.
```

```
 1    Q.  You were aware, were you not, back in February 2022, that
 2    there was somebody by the name of Kevin Gibson dealing drugs
 3    out of this house?
 4    A.  I am not sure of the date that you just brought up, but I
 5    knew Kevin Gibson was suspected of dealing drugs.
 6    Q.  You went out at the direction of other individuals
 7    associated with this investigation and surveilled this house
 8    before this occurred, correct?
 9    A.  Yes, sir.
10    Q.  Do you have any information as you sit here today to
11    suggest that there was narcotics trafficking going on at this
12    same location back in January 2022?
13    A.  I can't say for sure, but that is not the first time the
14    house was worked based on suspect of some narcotics, not with
15    the same individuals, just the location.
16    Q.  And you participated, did you not, sir, in connection with
17    some hand-to-hand buys that occurred at this location?
18    A.  Did I participate?  What do you mean?
19    Q.  Was there ever a confidential informant --
20    A.  Yes, sir.
21    Q.  -- in connection with making controlled buys?
22    A.  Yes, sir.
23    Q.  At this location?
24    A.  Yes, sir.
25    Q.  Can you tell the jury what a controlled buy is?
```

1    A.  We have a confidential informant, a person that works for

2    the police department, they are instructed, look, can you buy

3    from this specific residence, and they say yes.  So, he or she

4    goes there with the instruction, you tell them -- you give them

5    X amount of money, whatever it is, usually a small amount, 20,

6    $40 maybe, and then they go there.  Most of the time, for that

7    specific one, they would refer to they are going to buy crack,

8    so the street terminology would be hard, so they are looking

9    for hard, and then they buy the amount that you asked them to

10   buy.

11       If the person is actually selling it, then you surveil the

12   whole operation from beginning to end to make sure they don't

13   talk to anybody else, don't stop on the street and buy it from

14   somebody else, and they try to tell you that they bought from

15   the house.

16   Q.  When you say that they are employed with law enforcement,

17   you are not saying they are actually an employee of West Palm

18   Beach Police Department?

19   A.  Yes, I didn't mean anything like that.

20       They obviously are being directed by you to do something,

21   so they are working for you, but they are not employed by the

22   police department.

23   Q.  Do you recall, was it in February 2022 when the first

24   control buy occurred?

25   A.  Yes.  I have no reason to dispute that unless it is

Pauline A. Stipes, Official Federal Reporter

1    different in my report.

2    Q.  Okay.  Somewhere several days before the search warrant was

3    executed there was at least one hand-to-hand transaction done

4    by a CI, correct, at this location?

5    A.  Yes.

6    Q.  In fact, you observed it, correct?

7    A.  Yes.

8    Q.  You actually had video -- I am sorry, you had audio on the

9    person that was going in?

10   A.  Yes.

11   Q.  You do that for the safety of the individual that is

12   working in connection with law enforcement, correct?

13   A.  Yes, sir.

14   Q.  Did the Government ever ask you to listen -- did you listen

15   to that audio realtime as it was happening?

16   A.  Yes, the realtime, yes.

17   Q.  Okay.  Was there ultimately a purchase of crack cocaine

18   made that particular day?

19   A.  Yes.

20   Q.  By the confidential source?

21   A.  Yes.

22   Q.  Okay.  That source had actually met somebody at the gate

23   ahead of time, correct, that same gate we have seen in

24   Government Exhibit 2-A.

25   A.  Yes, there was people hanging around the gate.

1   Q.  And there was actually somebody that met the CI out front

2   in a truck, if I understand it from your report, correct?

3   A.  Yes.

4   Q.  And you later determined that that person in the truck was

5   a person by the name of Kevin Gibson, correct?

6   A.  If that is what it says in the report.

7   Q.  Do you need to refresh your recollection?

8   A.  If it's in the report, yes.  I don't remember the specifics

9   of that.

10          MR. SCHUMACHER:  May I approach, your Honor?

11          THE COURT:  You may.

12  BY MR. SCHUMACHER:

13  Q.  I have it turned to the page where that might be.

14  A.  I am following you.

15  Q.  Does that refresh your recollection?

16  A.  Yes.

17  Q.  Was there in fact a person parked in front of this gate in

18  a pick-up truck --

19  A.  Yes.

20  Q.  -- when your confidential informant came to do the first

21  buy?

22  A.  Yes, sir.

23  Q.  Did you later determine that that person in the pick-up

24  truck selling narcotics out of this back location here was in

25  fact Kevin Gibson?

Pauline A. Stipes, Official Federal Reporter

```
 1    A.  One of the persons, yes.

 2    Q.  Fair to say that you did not see Mr. Boone on that

 3    particular location, correct?

 4    A.  Very fair.

 5    Q.  So you and other law enforcement set up at least one

 6    additional buy, correct?

 7    A.  Yes, sir.

 8    Q.  Using that same confidential informant?

 9    A.  Yes, sir.

10    Q.  Going back to the same location, the efficiency depicted in

11    Government's 2-A that's on the screen?

12    A.  Yes, sir.

13    Q.  And did in fact your confidential informant also buy crack

14    cocaine on that day?

15    A.  Yes, sir.

16    Q.  And you actually took a picture of the person that

17    delivered that crack cocaine to your confidential informant,

18    did you not?

19    A.  Agent Eckroth did.

20    Q.  Did you review that?

21    A.  Yes, sir.

22    Q.  You recognized the person that is depicted in that

23    photograph, right?

24    A.  Yes, it was Kevin Gibson.

25    Q.  Kevin Gibson?
```

1    A.  Yes, sir.

2    Q.  When -- you ultimately were doing those controlled buys in

3    order to establish probable cause to get a search warrant for

4    this location, correct?

5    A.  Yes, sir.

6    Q.  And to otherwise provide information about who is selling

7    narcotics, right?

8    A.  If that is was my goal?

9    Q.  Yes.

10   A.  Yes, get in the house to retrieve the firearms and the

11   narcotics.

12   Q.  So, search the residence and find out who is selling

13   narcotics, correct?

14   A.  And retrieve the firearms.

15   Q.  Okay.  Let's talk about that.  Officer safety is very

16   important when you are going to plan on doing a search warrant,

17   correct?

18   A.  Yes, sir.

19   Q.  And there was something of particular concern to you and

20   other law enforcement about the types of weapons that might be

21   in this particular location, wasn't there?

22   A.  Yes.

23   Q.  Because you had information that Kevin Gibson had armed

24   himself with a Glock switch, correct?

25   A.  Yes, sir.

1    Q.   Kevin Gibson, that is the information you had?

2    A.   Yes, sir.

3    Q.   Now, you said this location -- I took some notes when you

4    were testifying and sometimes I make mistakes.

5         How many times did you separately surveil this location,

6    separate instances?

7    A.   Four times at least.

8    Q.   Four times.

9    A.   It could be more.

10   Q.   Okay.  Did you ever have more than one officer with you

11   when you surveilled the house?

12   A.   Yes.

13   Q.   Government Exhibit 2-A, this is the front of the property

14   in the foreground, correct, where the big house is?

15   A.   Yes, sir.

16   Q.   Then behind this location, behind this efficiency, is that

17   walled off or is that secured, or is that open to traffic?

18   A.   The day of the warrant it was open, there was a missing

19   side fence.

20   Q.   Do you know how long that missing side fence had been

21   missing?

22   A.   I don't know.

23   Q.   Your testimony was that people were regularly coming from

24   behind; is that correct?

25   A.   From behind?

1    Q.  From behind the efficiency.  In other words, they are

2    coming in from both directions, the front of the efficiency and

3    the back of the efficiency.

4    A.  No, I meant behind this front fence right here.

5    (Indicating.)

6    Q.  Behind this fence?

7    A.  Yes, this one right here that you see in the picture.

8    Q.  Did you have anybody ever set up for surveillance in the

9    back of the efficiency?

10   A.  No.

11   Q.  How about on the date of the search warrant?

12   A.  I only had somebody on the street over in case somebody ran

13   that way.

14   Q.  Yes or no, was somebody stationed back there that would

15   have been able to say who was coming and going from this

16   efficiency in the back --

17   A.  No.

18   Q.  -- on the day of the search warrant?

19   A.  During the search warrant you mean?

20   Q.  Yes.

21   A.  I had somebody in the back, but not immediately in the back

22   so they don't see us, on the street over in case somebody

23   breaks through and runs that way.

24   Q.  Would it be fair to tell this jury that someone that didn't

25   use the front of this gate, this gate right here, but rather

1   exited through the back of the efficiency, you didn't have law

2   enforcement that would have been able on the date of the search

3   warrant to actually say, oh, this person is coming out of that

4   efficiency?

5   A.   You could say that, yes.

6   Q.   I am asking you, is that an accurate factual assertion?

7   A.   It is a possibility.

8   Q.   You didn't have somebody with eyes on to see who was coming

9   and going in the back of this efficiency on March 3rd?

10   A.   It is a possibility.

11   Q.   It is more than a possibility, sir.  Your testimony is that

12   you had another agent -- or a detective, excuse me, in one

13   alleyway over from the alleyway that runs behind this, correct?

14   A.   There is not an alley behind, it is just like the very next

15   residence, so somebody's backyard and then the house and the

16   street.

17   Q.   Was Kevin Gibson in this location on the March 3rd?

18   A.   Not during the execution of the warrant.

19   Q.   Do you know if he was there at all during the course of

20   that day?

21   A.   Yes, earlier that day.

22   Q.   Earlier that day you actually had seen Kevin Gibson at the

23   same location selling, what you describe as a hand-to-hand

24   transaction; is that right?

25   A.   Yes, sir.

Pauline A. Stipes, Official Federal Reporter

```
 1   Q.   So he is selling narcotics from this location?

 2   A.   Yes, sir.

 3   Q.   Earlier in the day?

 4   A.   Yes, sir.

 5   Q.   When did he leave?

 6   A.   Sometime between me leaving the residence and going to

 7   brief the SWAT team about the warrant he left.

 8   Q.   How much time is that?

 9   A.   I would say one, maybe two hours maximum window.

10   Q.   Okay.  So you saw Kevin Gibson selling narcotics on that

11   day from this location?

12   A.   Yes, sir.

13   Q.   Okay.  When did Willie Boone enter that location where you

14   saw him inside this gate?

15   A.   I don't know when he entered.

16   Q.   You don't know?

17   A.   No.

18   Q.   When you left to go brief the SWAT team, did you leave

19   anybody there, any other law enforcement, and say keep watch on

20   this place and let's find out who is coming and going?

21   A.   Before I get to the SWAT team to do the warrant, one of the

22   detectives went there and replaced me and stayed there.

23   Q.   Who is that?

24   A.   I believe it was Officer Verialli (phon).  There was maybe

25   and one more detective, I don't know the name or who it was
```

```
 1    specifically.
 2    Q.  Is it fair to say that you never saw Willie Boone inside
 3    the efficiency that day?
 4    A.  That day?
 5    Q.  Yes.
 6    A.  Yes.
 7    Q.  That is fair?
 8    A.  Yes.
 9    Q.  You didn't see him inside this back building?
10    A.  No.
11    Q.  In fact, when you approached, I think your testimony was
12    that there was another individual that had just left that
13    property, correct, on a bicycle?
14    A.  Yes.  That is in my report, yes.
15    Q.  That was Mr. Roger Williams?
16    A.  Yes.
17    Q.  You had him stopped, or other law enforcement had him
18    stopped?
19    A.  Yes.
20    Q.  Do you know if Roger Williams had been inside that
21    efficiency that day?
22    A.  No.  I don't know.
23    Q.  Are you able to sit here -- by the way, did you actually
24    see Mr. Gibson coming and going from that residence that day?
25    A.  No.  I saw him on the front yard just going back behind the
```

1    fence, but not inside the efficiency.

2    Q.   Didn't you indicate that he would take money from somebody

3    up front, then he would return to that efficiency because that

4    was the drug hole, right?

5    A.   Yes.

6    Q.   The drug hole is where they actually store the narcotics,

7    correct?

8    A.   Yes, sir.

9    Q.   He takes the money from the person at the gate and then you

10   would see Mr. Gibson go back inside the residence, correct?

11   A.   Well, back passed the gate, yes.

12   Q.   Where did he go?  Could you see him?

13   A.   Knowing my ability, he went into building number 2.

14   Q.   He went into number 2?

15   A.   Yes.

16   Q.   You did see him coming in and out of number 2 that day?

17   A.   I didn't see him physically break the threshold of the

18   door, but, yes, I saw him.  Because this fence is closed in,

19   that yard is part of building number 2.  If I break into that

20   gate, I am breaking into building number 2.

21   Q.   Okay.  I wrote down that when you were talking about

22   Government Exhibit 2-A, you said that you first saw Willie

23   Boone for the first time when you opened that gate, correct?

24   A.   Yes.

25   Q.   Now, did you open the gate or did SWAT open the gate?

Pauline A. Stipes, Official Federal Reporter

```
 1    A.  I am SWAT, I opened the gate.
 2    Q.  You are in tactical gear?
 3    A.  Yes, sir.
 4    Q.  You are the first person who actually opened the white gate
 5    that we see here?
 6    A.  Yes.  I was the breacher.  The gate wasn't locked, so I
 7    didn't have to physically breach, I just opened it.
 8    Q.  By the way, the bicycles and all that that we see, is that
 9    around this corner right here?
10    A.  Yes.
11    Q.  The bicycles are not here, they are around the corner,
12    right?
13    A.  Yes, sir.
14    Q.  Mr. Boone was closer here or here?  (Indicating.)
15    A.  He was in between, right here.  (Indicating.)
16    Q.  And then he initially turns, okay.  When he sees you coming
17    through the gate, he turns around, does he not, according to
18    your report?
19    A.  No.
20             MR. SCHUMACHER:  May I have a moment, your Honor?
21             THE COURT:  Yes.
22             MR. SCHUMACHER:  May I approach?
23             THE COURT:  You may.
24    BY MR. SCHUMACHER:
25    Q.  Detective, I am going to call your attention to page seven
```

Pauline A. Stipes, Official Federal Reporter

```
 1   of your report, the very last paragraph.  Could you read that
 2   to yourself, please.
 3   A.  I see it.
 4   Q.  Does that refresh your recollection?
 5   A.  Yes.
 6   Q.  So, after you breached the gate, Mr. Boone turns, correct?
 7   A.  No.  He goes before that.
 8   Q.  Is that what your report says?
 9   A.  Do you want me to explain exactly what happened?
10   Q.  Yes.
11   A.  So, as you can see this gate, I am 5'8", the gate might be
12   6 feet, you have to open the door.  One would come in -- SWAT
13   would come in an armored vehicle, the vehicle pulls up to the
14   gate.  There is a sniper, a guy with a long gun, in the turret,
15   which is the opening on the roof on the car.  He sees Mr.
16   Boone, and then he is screaming, there is a guy here, he is
17   throwing money, he is trying to walk back out --
18            MR. SCHUMACHER:  Judge, I'm sorry, I am going to
19   object to this as hearsay.
20            THE COURT:  Why don't you break your question down.
21   BY MR. SCHUMACHER:
22   Q.  My question is:  When you come through the gate, does Mr.
23   Boone turn around; yes or no?
24   A.  No, he is already on the ground.
25   Q.  He has been directed onto the ground?
```

185

1    A.  Yes, sir.

2    Q.  Is it fair also to say that you never saw him throw money

3    at all?

4    A.  No.

5    Q.  You never did?

6    A.  No.  I just heard it.

7    Q.  So, the money we see in Government Exhibit 5 strewn about

8    by the bicycles, you never saw Mr. Boone deposit that back

9    there, you personally?

10   A.  No.

11   Q.  Okay.  Going back to 2-A, where was -- where is Mr. Boone

12   actually face down?

13   A.  Somewhere right here in this area.  (Indicating.)

14   Q.  Okay.  Before the corner of the wall or in front of the

15   wall?

16   A.  I would say halfway, his body, the legs maybe closer to the

17   bicycle and his upper body a little further out.

18   Q.  Okay.  Government Exhibit 3 are mailboxes at the front.  We

19   see that there is 621 A and 621 B; is that right?

20   A.  Yes, sir.

21   Q.  B belongs to the efficiency, correct?

22   A.  Yes, sir.

23   Q.  Your search warrant permitted you to search that mailbox,

24   correct?

25   A.  Yes, sir.

```
1    Q.  Did you do that?

2    A.  I don't recall doing it.

3    Q.  As part of your training and experience, you are taught to

4    look for anything -- drug dens or drug holes are not unknown to

5    you, you have come upon them many times, right?

6    A.  Yes, sir.

7    Q.  Many times law enforcement is looking for evidence that

8    would suggest who is actually living there, right?

9    A.  If somebody is, yes.

10   Q.  One of the ways that you determine that is whether or not

11   there is mail in the box?

12   A.  Yes.

13   Q.  As we sit here today, can you say whether or not Willie

14   Boone had any mail in 621 B?

15   A.  I can't say that.  I don't know.

16   Q.  What about a lease; in whose name was the lease for 621 B?

17   A.  I don't know.

18   Q.  Why not?

19   A.  I never went and looked for it.

20   Q.  You have access to property owner records, correct?

21   A.  Yes.

22   Q.  Did you know who owned this property?

23   A.  No.  I don't know who owned it.

24   Q.  You don't know?

25   A.  No.
```

Pauline A. Stipes, Official Federal Reporter

```
 1    Q.  You never made any attempt to find out who owned either of
 2    these two properties?
 3    A.  No, sir.
 4    Q.  Do you know whether or not the owner of the properties
 5    lived in unit A?
 6    A.  I don't believe they do.
 7    Q.  You don't believe they do?
 8    A.  No.
 9    Q.  Why do you not believe that?
10    A.  Because I knew a person that lived in the front residence,
11    and he was related to Willie.
12    Q.  He is related to?
13    A.  Willie Boone.
14    Q.  Okay.  Did you ever speak to those people that lived in 621
15    A to see, hey, who lives back here?
16    A.  No.
17    Q.  That is a witness, right?
18    A.  They wouldn't come to the door.
19    Q.  Well, law enforcement doesn't just knock at the door one
20    time and that is the end of it, right?  That is what a good law
21    enforcement officer will do.  There is persistence involved,
22    right?
23    A.  Yeah, but I can't force them to come to the door.
24    Q.  No, sir, but you can go back at least a second time?
25    A.  He did not come to the door.
```

1    Q.  Do you know who else was living there other than Mr.

2    Boone's family member, in the front here?

3    A.  No.

4    Q.  What is the name of the family member that lives in the

5    front unit?

6    A.  Russell.

7    Q.  What is his last name?

8    A.  Russell Robertson, I believe.

9    Q.  What is his relationship to Willie Boone, if you know?

10   A.  I believe they are cousins.

11   Q.  Maybe or they are?

12   A.  They were cousins.

13   Q.  You never showed any kind of photo lineup to anyone in the

14   neighborhood, for instance, and said, hey, did you ever see

15   this guy coming and going from 621 B?

16   A.  No.

17   Q.  Was it important to you?

18   A.  At that time, no.

19   Q.  Government Exhibit 6, we talked about this table that you

20   saw, the white table with two guns and the varying narcotics;

21   is that right?

22   A.  Yes, sir.

23   Q.  Right on the same table where all the narcotics and the

24   guns are is a receipt.  Do you see that?

25   A.  Yes, I do.

```
 1    Q.  In whose name is that receipt?

 2    A.  Whose name?  You mean the business receipt?

 3    Q.  Well, what can you tell us about the receipt?  Was it a

 4    cash receipt?  Was it something that a credit card was used?

 5    What do you remember about that receipt?

 6    A.  It is just a receipt we collected.

 7    Q.  You know that receipts sometimes have, if you pay by credit

 8    card, the name of the person that actually used this credit

 9    card to pay for it?

10    A.  Yes.

11    Q.  But you chose not to look at that?

12    A.  Yes.

13    Q.  Does the receipt show the purchase, for instance, of a

14    weapon?

15    A.  No.

16    Q.  Does it show a purchase of narcotics?

17    A.  No.

18    Q.  What about -- I think you testified that this thing

19    underneath the receipt -- we know about the razor, but I am

20    talking about this item.

21    A.  Yes, sir.

22    Q.  That is a Mac or some type of iPad?

23    A.  Yes, I think so.

24    Q.  Was that seized that day?

25    A.  I don't believe so.
```

Pauline A. Stipes, Official Federal Reporter

1    Q.   Why not?

2    A.   I think it was broken.

3    Q.   Did you try to turn it on?

4    A.   Yes.

5    Q.   Nevertheless, when something doesn't turn on, you are

6    accustomed to that in law enforcement, electronic items,

7    correct?

8    A.   Sometimes, yes.

9    Q.   You have the ability to, A, power them up, or B, have your

10   forensic team power it up or just download whatever is on

11   there?

12   A.   Sometime, yes.

13   Q.   Can we agree that this particular laptop or iPad, or

14   whatever it might be -- do you remember what it was, by the

15   way?

16   A.   I's say an iPad.  I don't know, I don't have one.

17   Q.   That is a lot closer to the narcotics and to the guns than

18   the phones, correct?

19   A.   Yes.

20   Q.   So you never asked that that item be processed?

21   A.   No.

22   Q.   Or your electronics team or --

23   A.   No, sir.

24   Q.   Do you have like a nerd squad or something like that?

25   A.   You can call them that.

1    Q.  I didn't see a photograph of it, but from your report, I

2    understand that there was Jamaican currency found in the amount

3    of 1,844 Jamaican dollars, correct?

4    A.  Yes.

5    Q.  To whom did that belong?

6    A.  I don't know.  It was in the house.

7    Q.  Do you know whether or not Willie Boone ever went to

8    Jamaica?

9    A.  I don't know.

10   Q.  Does he even have a passport?

11   A.  I don't know.

12   Q.  Roger Williams, did you have any contact with him that day

13   at all?

14   A.  No.

15   Q.  You never spoke to him once?

16   A.  No.

17   Q.  You indicated to this jury you had prior incidents or

18   contact with Kevin Gibson?

19   A.  Yes.

20   Q.  Do you know whether or not either of those two

21   gentlemen have ever been to Jamaica recently?

22   A.  I don't know.

23   Q.  It is a little odd to find Jamaican currency in a drug den,

24   isn't it, sir, especially $1,844?

25   A.  It is a drug den, everything is odd.

| | |
|---|---|
| 1 | Q.  That doesn't raise your eyebrow at all? |
| 2 | A.  The Jamaican currency? |
| 3 | Q.  Yes. |
| 4 | A.  No. |
| 5 | Q.  In your surveillance of this location, the efficiency -- |
| 6 | did you search Mr. Boone that day? |
| 7 | A.  I believe once I made contact at first, I patted him down |
| 8 | to make sure he didn't have any weapons on him. |
| 9 | Q.  Were you aware as to the contents of his pockets or |
| 10 | anything like that?  Did you ever make inquiry of any -- |
| 11 | A.  I don't remember if he had anything in his pockets.  I |
| 12 | can't remember. |
| 13 | Q.  On Mr. Boone that day, March 3rd, you never found any |
| 14 | narcotics on his person? |
| 15 | A.  I don't believe I did, no. |
| 16 | Q.  You never found firearms on his person? |
| 17 | A.  No.  No. |
| 18 | Q.  You did two control deals, correct, with your CI? |
| 19 | A.  Yes. |
| 20 | Q.  And you witnessed a whole bunch of other hand-to-hand |
| 21 | transactions? |
| 22 | A.  Yes, sir. |
| 23 | Q.  How many hand-to-hand transactions do you think you saw |
| 24 | coming from this efficiency total? |
| 25 | A.  If I have to guess, six, eight, maybe. |

```
 1    Q.  Six or eight?
 2    A.  Yes.
 3    Q.  And that is over the course of maybe ten days starting in
 4    later February?
 5    A.  Later than that, two days.
 6    Q.  Is it fair to say, sir, that in not one of those six to
 7    eight transactions did you ever see Willie Boone conducting a
 8    hand to hand?
 9    A.  Fair.
10    Q.  That is fair, you never saw that?
11    A.  No.
12    Q.  Never heard from any -- I'll withdraw that.
13            MR. SCHUMACHER:  May I have a moment, your Honor?
14            THE COURT:  Yes.
15            MR. SCHUMACHER:  I tender the witness, your Honor.
16    Thank you.
17            THE COURT:  Is there any cross-examination?
18            MS. DARSCH:  Redirect, briefly.
19            THE COURT:  I am sorry, redirect, yes.
20                         REDIRECT EXAMINATION
21    BY MS. DARSCH:
22    Q.  Detective Chaves, opposing counsel, Mr. Schumacher, asked
23    you a lot about SWAT and your surveillance on March 3, 2022 of
24    the efficiency.
25    A.  Yes.
```

1   Q.  So, I want to go to office procedures.  Was there a

2   debriefing prior to the execution of the search warrant on

3   March 3, 2022?

4   A.  Yes.

5   Q.  Were you at that debriefing?

6   A.  Yes.

7   Q.  Could you please explain the general procedures of why your

8   office would require there be a debriefing prior to the

9   execution of the search warrant?

10  A.  Sure.  Once I got the warrant approved, I have to put a

11  package together.  I have the warrant, I have possible pictures

12  of locations, suspects, anything about the house that may be

13  odd.  Then I have to get an ops plan for SWAT.  Based on the

14  ops plan, they are going to see what challenges with the house

15  or the area presents, or maybe a suspect that we know of and

16  their criminal history, if they are violent or not.

17      Then I will have a picture of the place so they can come up

18  with the best angle to approach the house, try to minimize any

19  crossfire, or make sure there are no kids in the street, nobody

20  is playing out.  So I have to explain all that.

21      I put pictures on the screen, I show it, I show what I

22  think is the best place for us to come in and out because I am

23  SWAT, I was not only part of the investigation, I was part of

24  the execution of the warrant.

25      Then, based on that, they tell me where I am going to be

Pauline A. Stipes, Official Federal Reporter

1    placed, if I am going to be the first person through the

2    threshold, the guy opening the door, or I'm going to be

3    standing back waiting to assist somebody coming out of the

4    house.  Sometimes you go in a house and there are 30 people

5    there, so there is a method to get everybody out safely.

6    Q.  In addition to this operation plan, is there also

7    surveillance going on while you're in the debriefing?

8    A.  Yes.  Usually when I meet up to give the briefing to

9    explain the facts of the case, because it involves 30, 40

10   people, not everybody is aware of what is going on to that

11   point, I usually ask one of the detectives that is not directly

12   involved in the SWAT operation to go there and watch the house

13   to make sure no cars came in and parked in the driveway or

14   maybe somebody came out carrying a bag, or maybe somebody came

15   in carrying a bag, or maybe and five people walk in and they

16   all carry rifles.  It's going to change the dynamics of how we

17   are going to approach this, so I usually send somebody.

18   Q.  While you were in debriefing or en route to the execution

19   of the search warrant, were other members of SWAT watching the

20   efficiency?

21   A.  No.  The SWAT members, we meet in the truck because

22   everybody has to come back, but I had detectives, the CID

23   detectives, I believe it was two, one was Detective Verialli

24   (phon), he was watching the house.

25   Q.  So it was under constant surveillance?

Pauline A. Stipes, Official Federal Reporter

|    |                                                                      |
|----|----------------------------------------------------------------------|
| 1  | A.  Yes.  There might have been a window between me going back        |
| 2  | and asking him, hey, can you please go and stay there because I       |
| 3  | am going to brief the SWAT team, but he was there.                    |
| 4  | Q.  And then while -- after your debriefing on March 3, 2022,         |
| 5  | while en route to the residence, what happened?                      |
| 6  | A.  Usually when we are en route, if anything moves in the           |
| 7  | house, somebody comes in or out, somebody approaches the house,      |
| 8  | they tell us on the radio:  SWAT, there is a car, there is a         |
| 9  | bus, a female or male, a child, or maybe there is a dog in the       |
| 10 | front yard, because that changes the dynamic.                        |
| 11 | He said when we approached, I believe we were somewhere on           |
| 12 | 45th and Broadway, which is, I would say, eight blocks from the      |
| 13 | residence approximately, he said there were two males --             |
| 14 | MR. SCHUMACHER:  Objection, your Honor, hearsay.                     |
| 15 | MS. DARSCH:  Your Honor, this is not hearsay, it is                  |
| 16 | the effect on the listener as to why he did what he did, which       |
| 17 | was detaining Mr. Boone.  He was specifically asked about this       |
| 18 | on cross-examination as to why he detained Mr. Boone, and Mr.        |
| 19 | Schumacher objected based on hearsay.  It is relevant, it is         |
| 20 | invited, it is relevant, and it isn't hearsay, it is the effect      |
| 21 | on the listener as to why he detained Mr. Boone.                     |
| 22 | THE COURT:  You can ask specifically why he detained                 |
| 23 | Mr. Boone, and the witness can answer if he is able to answer        |
| 24 | without calling upon hearsay.                                        |
| 25 | Let's see how you are able to answer the question of                 |

Pauline A. Stipes, Official Federal Reporter

```
 1    why you detained Mr. Boone based on your actions.

 2              THE WITNESS:  As soon as I opened the gate with SWAT,

 3    there was two guys in front of me we will call number 1 and

 4    number 2, they were both carrying rifles.  I opened the gate,

 5    one went left and one went right.  Mr. Willie Boone was laying

 6    on the ground, so they told me, grab him.  He was laying down.

 7              At this point I don't know if somebody else is behind

 8    there, but he was behind the fence so I had to detain him

 9    because at that point he was part of the house.

10    BY MS. DARSCH:

11    Q.  And why did SWAT tell you to grab him?

12              MR. SCHUMACHER:  Objection, hearsay.

13              MS. DARSCH:  It is not hearsay, it's effect on the

14    listener as to why he detained him.

15              MR. SCHUMACHER:  It is not being offered --

16              THE COURT:  Just a minute.  What was the question,

17    what SWAT told him?

18              MS. DARSCH:  No.

19              THE COURT:  What was the last question?

20              MS. DARSCH:  The last question was --

21              THE COURT:  Why did SWAT --

22              MS. DARSCH:  Why did SWAT tell him to detain him?

23              MR. SCHUMACHER:  Also, it calls for speculation.

24              THE COURT:  You can first ask whether he knows why

25    SWAT asked him to detain Mr. Boone.
```

Pauline A. Stipes, Official Federal Reporter

```
 1   BY MS. DARSCH:
 2   Q.  Do you know why SWAT told you to detain Mr. Boone?
 3           MR. SCHUMACHER:  Same objection.
 4           THE COURT:  Overruled.
 5           THE WITNESS:  Yes, I do.  Because he was behind the
 6   fence, I had to pat him down, he was laying on his belly.  The
 7   last thing they want me to do is go past him and then he gets
 8   up and he does have a firearm and I get shot in the back.
 9           MR. SCHUMACHER:  I want to make sure that is a
10   hypothetical, that's not what happened.
11           MS. DARSCH:  No, no.
12           THE COURT:  Was there an objection?
13           MR. SCHUMACHER:  Yes, Judge.
14           THE COURT:  What is the objection?
15           MR. SCHUMACHER:  I want a clarification for the jury.
16   It sounds like Mr. Boone had a gun at the time.
17           THE COURT:  You can seek to clarify on redirect, and
18   if Mr. Schumacher needs to further inquire on that point, you
19   may have that if you want to try to clarify the record on that
20   issue.
21           MR. SCHUMACHER:  Thank you.
22   BY MS. DARSCH:
23   Q.  The objection earlier was overruled as to, do you know why
24   SWAT told you to detain him, and you said yes?
25   A.  Yes.
```

1    Q.  And would anything in your report refresh your recollection

2    as to why SWAT told you to detain him?

3    A.  Sure.

4    Q.  So, did that report refresh your recollection?

5    A.  Yes.

6    Q.  Do you know why SWAT told you to detain him?

7    A.  Yes.

8            MR. SCHUMACHER:  Same objection.

9            THE COURT:  Overruled.

10   BY MS. DARSCH:

11   Q.  Why?

12   A.  Safety foremost, but the sniper could see over the fence, I

13   couldn't.  So he tells me, he is throwing on it, he is going

14   back in the house, trying to go back into the house.  I hear

15   him saying, get on the ground, get on the ground, get on the

16   ground.  Mr. Boone gets on the ground.  I finally open the gate

17   and see that both operators split, and I go in between and I

18   grab Mr. Boone.  I start pulling him out, because at that point

19   if something goes bad, I want to make sure I can blade him with

20   my body and we can get out of there.

21   Q.  When you kept saying he, is that Mr. Boone?

22   A.  Yes, throwing the money and trying to go back.

23           MS. DARSCH:  Nothing further, your Honor.

24           THE COURT:  Was there anything further, Mr.

25   Schumacher, that you needed to clarify on that point, or was

Pauline A. Stipes, Official Federal Reporter

```
 1    that clarified to your satisfaction?
 2              MR. SCHUMACHER:  Just one followup.
 3                        RECROSS EXAMINATION
 4    BY MR. SCHUMACHER:
 5    Q.  Detective, you were talking about when you first came in
 6    you wanted to make sure that you weren't shot or anybody pulled
 7    a gun, correct?
 8    A.  Yes.
 9    Q.  You were just saying that that was your concern, correct?
10    A.  Yes, safety.
11    Q.  Mr. Boone never had a gun on him or even within proximity
12    to him.  Do you agree with that?
13    A.  Yes.
14              MR. SCHUMACHER:  Nothing in addition, your Honor.
15    Thank you.
16              THE COURT:  Okay.  Nothing further from the
17    Government?
18              MS. DARSCH:  Nothing further, your Honor, thank you.
19              THE COURT:  Thank you so much, you may step down.
20              The Government may call your next witness.
21              MS. DARSCH:  The Government calls Aisha Eckroth.
22              THE COURT:  Okay.
23                AISHA ECKROTH, GOVERNMENT'S WITNESS, SWORN
24              THE COURTROOM DEPUTY:  Have a seat.  You can adjust
25    that mic, speak right into the microphone, and if you would
```

```
 1    state your full name for the record and spell your last name
 2    for the Court Reporter, please.
 3              THE WITNESS:  My name is Aisha Eckroth, A-I-S-H-A,
 4    E-C-K-R-O-T-H.
 5                        DIRECT EXAMINATION
 6    BY MS. DARSCH:
 7    Q.  Good afternoon, Ms. Eckroth.
 8    A.  Good afternoon.
 9    Q.  Where are you currently employed?
10    A.  West Palm Beach Police Department.
11    Q.  What is your job title?
12    A.  Crime scene investigator.
13    Q.  Do you call that CSI?
14    A.  Yes.
15    Q.  How long have you been a CSI for the West Palm Beach Police
16    Department?
17    A.  Almost seven years now.
18    Q.  Can you give a brief description of your job?
19    A.  Sure.  We respond to crime scenes, we document the scene
20    through photography, measurements, we mark items of evidence,
21    we collect those items of evidence.  We also then process those
22    items of evidence once we transport them back to the police
23    department, as well as court testimony.
24    Q.  About how many cases a year have you investigated as a
25    crime scene investigator?
```

```
 1    A.   About a hundred a year.
 2    Q.   Throughout the course of your career, how many firearms
 3    have you investigated?
 4    A.   About over 300 firearms.
 5    Q.   What types of education and training have you received?
 6    A.   I have my Bachelor of Science in biology, with a
 7    concentration in solid and molecular biology.  I also completed
 8    the course work for the Master's forensic science program.  At
 9    the West Palm Beach Police Department itself I have done
10    approximately 160 hours of outside training, as well as any
11    interior training that we do within the unit.
12    Q.   Do you have training also in forensic photography?
13    A.   Yes.  So the different training courses include
14    photography, blood pattern analysis, latent print development.
15    It is a wide variety of classes and course work.
16    Q.   Let's talk about your involvement in this case.  Were you
17    involved in the execution of a search warrant on March 3, 2022,
18    at 621 52nd Street, West Palm Beach, Florida?
19    A.   I was.
20    Q.   Prior to any searching, did you conduct a walk-through of
21    the scene?
22    A.   Yes.
23    Q.   Did you take photographs of the interior and exterior of
24    the residence?
25    A.   That is correct, both interior and exterior.
```

1    Q.   In addition to the photographs of the residence, did you

2    record a walk-through video of the interior and exterior of the

3    residence?

4    A.   Immediately after obtaining the photographs, I did do a

5    video walk-through as well.

6    Q.   I am now showing you what has been previously admitted in

7    evidence as Government Exhibit 1.

8        (Thereupon, the video marked Government Exhibit 1 was

9    played.)

10       Stopping the video at one minute 36 seconds.

11       What are you recording here?

12   A.   There is approximately -- well, there is $995 of United

13   States currency, it was kind of scattered throughout the area

14   there where the bicycles are.  I was various denominations,

15   1's, 5's, 10's, 20's, 50's and 100's.

16   Q.   Starting the video.

17       (Thereupon, the video marked Government Exhibit 1 continued

18   playing.)

19       Stopping the video at four minutes five seconds.

20           What are you recording here?

21   A.   Here I am recording there are two firearms on the table

22   that I am now focusing on.

23   Q.   Starting the video.

24       (Thereupon, the video marked Government Exhibit 1 continued

25   playing.)

204

1        Stopping the video at five minutes 54 seconds.

2        Ms. Eckroth, in the right upper area, in the storage unit

3    box, what is in there?

4    A.  On the top I was advised that there were --

5            MR. SCHUMACHER:  Objection, hearsay.

6            THE COURT:  Sustained to the extent it calls for what

7    someone else told you.  Are you able to rephrase?

8    BY MS. DARSCH:

9    Q.  Could you explain to the jury, without telling us what

10   somebody else said to you, what you see in the upper storage

11   unit?

12   A.  It could -- I can't tell.

13   Q.  Can you see where I am marking?

14   A.  Uh-hum.

15   Q.  What are we looking at here?

16   A.  The ring box, that ring box.

17   Q.  Okay.  Thank you.  It is a black ring box?

18   A.  Yes.

19   Q.  Starting the video.

20        (Thereupon, the video marked Government Exhibit 1 continued

21   playing.)

22        Ms. Eckroth, I am stopping the video at six minutes

23   13 seconds.  Is this the second time you have now recorded

24   those two cell phones?

25   A.  That is correct.

Pauline A. Stipes, Official Federal Reporter

205

1    Q.  Why?

2    A.  The first time I was going over that middle table in the

3    center, the white table, to go over what was on top of it,

4    however, the phone -- one of the phones that was just shown

5    here began to ring.  So, I diverted my attention to that table

6    over to the phones and zooming in on those because one of them

7    was ringing.

8        Now I am just coming back to that because I had not

9    officially gone over that area yet with the video camera.

10   Q.  Starting the video.

11       (Thereupon, the video marked Government Exhibit 1 continued

12   playing.)

13           MS. DARSCH:  We can stop the video in its entirety.

14   BY MS. DARSCH:

15   Q.  Did you collect those two firearms we saw in the video?

16   A.  I did, yes.

17           MS. DARSCH:  Your Honor, permission to approach the

18   witness.

19           THE COURT:  You may.

20           MS. DARSCH:  These firearms are safely secured with

21   the magazines not attached to them.

22           THE COURT:  Okay.

23           MS. DARSCH:  The Government moves in evidence

24   Government Exhibits 13 and 14, which are the physical firearms,

25   Government Exhibit 13 is the Glock pistol, Government Exhibit

Pauline A. Stipes, Official Federal Reporter

1   14 is the Springfield Armory pistol, without objection from

2   Defense counsel.

3              THE COURT:  All right.  Admitted without objection?

4              MR. SCHUMACHER:  Yes, your Honor.

5              THE COURT:  Okay.

6        (Whereupon Government Exhibits 13, 14 were marked for

7   evidence.)

8   BY MS. DARSCH:

9   Q.  Where did you obtain these two firearms?

10  A.  These were the two firearms that were on the white circular

11  table that was in the living room area.

12  Q.  Did you obtain the firearms on March 3, 2022?

13  A.  That is correct.

14  Q.  Turning first to the Government Exhibit 13, would you

15  please just show the jury Government Exhibit 13.

16             MS. DARSCH:  Your Honor, may Ms. Eckroth go in front

17  of the jury without handing the firearm to the jury and show

18  them Government Exhibit 13?

19             THE COURT:  Any objection?

20             MR. SCHUMACHER:  No, your Honor.

21             THE COURT:  She may.

22             MS. DARSCH:  Can she also show Government Exhibit 14.

23  Which is the Springfield Armory pistol?

24             THE COURT:  She may.

25

Pauline A. Stipes, Official Federal Reporter

1  BY MS. DARSCH:

2  Q.  Okay.  You had mentioned that you had seized these two

3  firearms from the scene of the residence on March 3, 2022?

4  A.  That is correct.

5  Q.  In the beginning of the video there was an individual right

6  in the beginning wearing blue gloves.  Did you recall seeing

7  that?

8  A.  I am sorry, what was the image?

9  Q.  In the beginning of the walk-through video there was a

10 person with blue gloves, just the glove.  Do you recall seeing

11 that?

12 A.  I might want to see that again.  Would you be able to bring

13 it up so I could look?

14 Q.  Yes.  Right in the beginning at 34 seconds.

15 A.  Oh, that would have been me.  That would have been myself

16 in the video.

17 Q.  Right there?  (Indicating.)

18 A.  That is my hand.

19 Q.  That is your hand?

20 A.  Yes.

21 Q.  Do you wear gloves on scene?

22 A.  Yes.  Typically, we always wear gloves on scene.

23 Q.  Can you generally explain how you preserve items on scene,

24 but specifically these two firearms?

25 A.  The best way to preserve any evidence on scene is, one, to

1   wear gloves.  It protects both myself from what could be on the

2   item, as well as protect the item from myself, meaning any

3   cross contamination, any DNA, anything that may be on my hands.

4       It is very important that any time I am touching an item of

5   evidence I always have a new pair of gloves.  I also have a

6   camera with me, so if there is any point that I touch my camera

7   and I need to now touch an item of evidence, my gloves would be

8   changed.  Once that item is touched and handled my gloves would

9   be changed again before I ever touch my camera.

10  Q.  And generally, if you move an item such as a firearm to --

11  if you are going to transport it to a different location, what

12  do you use?

13  A.  We have a variety of different ways to package evidence on

14  scene for transport, we have paper bags.  In this case we have

15  weapons evidence boxes, which are kind of like mini pizza boxes

16  that are rectangular shaped so we can put the firearm inside of

17  it.  It is a lot sturdier than a paper bag, and when I set up

18  my weapons evidence boxes, I always use a fresh pair of gloves

19  to make the box, to kind of fold it into place.

20  Q.  So, did you use the new weapons evidence box in this case?

21  A.  For both firearms, that is correct.

22  Q.  Just approximately, when you are on a scene, how many pairs

23  of gloves do you use while processing the scene?

24  A.  It can depend.  I have gone through a whole box on scene

25  before.  In this case, I was probably changing my gloves three,

Pauline A. Stipes, Official Federal Reporter

| | |
|---|---|
| 1 | four, five times between items. |
| 2 | Q.  Okay.  Now, you mentioned the firearms in this case and the |
| 3 | weapons evidence box.  Turning specifically to this first |
| 4 | firearm, the Glock, Government Exhibit 13, while on scene did |
| 5 | you render this firearm safe? |
| 6 | A.  I did, yes. |
| 7 | Q.  How did you render it safe on scene? |
| 8 | A.  So the first thing that you want to do when you have a |
| 9 | loaded firearm, or really any firearm, is you need to remove |
| 10 | the magazine.  That is our source of ammunition, so you want to |
| 11 | get that removed.  That is the first thing I am going to do to |
| 12 | make a firearm safe. |
| 13 | Once that magazine is removed with all of the additional |
| 14 | live rounds, then what I do is pull back the slide and if there |
| 15 | is a live round in the chamber, when I do that action that live |
| 16 | round would come out, and now there is no ammunition within the |
| 17 | firearm and it is now rendered safe. |
| 18 | Q.  Were you wearing gloves when did you that? |
| 19 | A.  Yes, I was. |
| 20 | Q.  A new pair of gloves you were wearing? |
| 21 | A.  Yes, I was. |
| 22 | Q.  Was there a live round in the chamber for the Glock pistol? |
| 23 | A.  There was. |
| 24 | Q.  And was there an attached magazine to this pistol? |
| 25 | A.  Yes.  So, I removed the magazine.  In this case, for the |

Pauline A. Stipes, Official Federal Reporter

```
 1    Glock it was an extended magazine, which means it is not the
 2    standard magazine that comes with it.  When it is a standard
 3    magazine the bottom would be flush with the bottom of the grip.
 4    In this case, it is an extended magazine, so it kind of
 5    overhangs the bottom of the grip in a sense.
 6    Q.  Were there rounds in this extended magazine?
 7    A.  Yes, there were.
 8    Q.  Do you recall how many?
 9    A.  24.
10    Q.  Okay.  So, once you render the firearm -- the Glock safe by
11    taking out the loaded round and -- did you transfer it to the
12    weapon box in this case?
13    A.  Yes.  So, I put it inside -- you can see kind of that
14    cardboard box that is in there, that is the weapon evidence box
15    that I was talking about and that's how I transported it.
16            THE COURT:  Do you want that shown to the jury?
17            THE WITNESS:  Sorry, I didn't realize that.
18    BY MS. DARSCH:
19    Q.  Were additional photographs taken of you doing that?
20    A.  Yes, there were.
21    Q.  I am showing you Government Exhibit 8, which has been
22    admitted into evidence.  If we could publish this to the jury.
23    A.  Yes, there is the cardboard box.
24    Q.  Is this the Glock pistol, Government Exhibit 13, which we
25    are now looking at in Government Exhibit 8?
```

```
 1   A.  Yes.

 2   Q.  Is that the same Glock pistol that you have with you at the

 3   witness box?

 4   A.  Yes, it is.

 5   Q.  Is that the extended magazine you were talking about with

 6   the difference on the bottom?

 7   A.  Yes, it is.

 8   Q.  Okay.  Now moving away from transferring the firearm from

 9   the scene into the weapons box, now I want to take you to did

10   you swab this firearm for possible DNA?

11   A.  Yes, I did.

12   Q.  Where was the firearm when it was swabbed for DNA?

13   A.  That would be back at our headquarters at the West Palm

14   Beach Police Department.

15   Q.  Why not swab on scene?

16   A.  It is a more controlled environment.  When we are at the

17   police station we have the ability to sterilize things versus

18   when you are in an environment, you have to take into account

19   the location, weather, things that can't be controlled when you

20   are within your own crime scene unit.

21   Q.  Okay.  Turning back to the Glock pistol, how many swab

22   samples were obtained?

23   A.  From the Glock there would be five.

24   Q.  Okay.  Turning back to swabbing the Glock pistol for DNA,

25   you indicated that five swabs were taken?
```

```
 1    A.   That is correct.
 2             MS. DARSCH:   Your Honor, could the witness go in front
 3    of the jury and show the jury where she swabs the Glock?   And
 4    she will explain each area and why she swabs those areas.
 5             THE COURT:   Any objection?
 6             MR. SCHUMACHER:   No, your Honor.
 7             THE COURT:   You may.
 8             MR. SCHUMACHER:   May I move, your Honor?
 9             THE COURT:   Yes.
10    BY MS. DARSCH:
11    Q.   Could you please show the jury where swab samples were
12    obtained?
13    A.   When I am processing a firearm, the first area that you
14    want to process for DNA is going to be this grip area.   You can
15    kind of see how textured that grip area is.   That is one of the
16    main reasons that we process this.   When you think about
17    texture, it is almost like a cheese grater to your hand.   Every
18    time you're gripping it and touching it skin cells are coming
19    off.   Because it is textured those cells are kind of holding on
20    within the digits of this area.   So, that is going to be the
21    first area that I process for DNA.
22        The second area is going to be the slide area.   You can
23    kind of see these lines on both sides of it, so that is going
24    to be the slide area that I swab.   And this is a part that when
25    you are racking a firearm, that is what you are pulling back
```

Pauline A. Stipes, Official Federal Reporter

1    when you are trying to load it.

2        The third area is the trigger.  That is what you are going

3    to pull if you are pulling the firearm to fire it.

4        The fourth area is going to be the front and rear sights,

5    so it is kind of these little digits, or this area that kind of

6    pops out here and here.  The reason that we do these is, if you

7    are putting these firearms into your waistband or something, it

8    may kind of rub up and down against that area, getting maybe

9    some skin cells on that area.  That is the reason why we do the

10   front and rear sights.

11       The last swab sample that we do is going to be the

12   magazine.  You have to load a magazine with live rounds and put

13   the magazine into this hollow area.  You can see it is kind of

14   hollow in here, that is going to be where the magazine goes.

15   That is called the magazine well, so you have to put live

16   rounds into the magazine right here.  Once you get those in,

17   you are going to use this to kind of push it and make sure it

18   is secure within the magazine well.

19       So, those are going to be the five spots that I swab on the

20   firearm.

21   Q.  You mentioned the different five areas that you swab the

22   firearm for, and the first area you went to was the grip, and

23   you explained it was for a textured surface?

24   A.  That's correct.  As I said before, it does really well when

25   you talk about friction.  If you are holding on to a smooth

**Pauline A. Stipes, Official Federal Reporter**

1   surface you might not be transferring or depositing as many

2   skin cells versus something that is textured.  It is really

3   rough, when you are holding it, it is going to start to allow

4   some of the skin cells to grip and hold on to that area.

5   Q.  Thank you.

6   A.  You are welcome.

7   Q.  What did you next with the five swabs that you just

8   explained after you swabbed this pistol for DNA?

9   A.  The first thing is that when I say a swab sample, and I

10  should have explained that, it is two cotton swabs.  So, think

11  of like a Q-tip that you put in your ear to clean your ear or

12  do eye makeup, it is going to be like that, but they are

13  sterile.

14      So, it comes inside of a packaging, and there is two.  So

15  you would open that up, take out the sterile swabs, and then

16  you have sterile water that we then wet the swabs on top.  From

17  there, we go over that area of interest that I just went over

18  with you guys, the magazine, the grip, all those areas, swab it

19  and then I return it back to that original packaging.  Once the

20  swabs are back inside, they go inside of a smaller manila

21  envelope, and I seal that and I initial it.

22      Once I have done that for all five swab samples, all five

23  now manila envelopes that contain each of the swabs in their

24  own packaging, now will get packaged together as one and

25  sealed.

```
 1    Q.  Did you initial and label that envelope that you are
 2    speaking about?
 3    A.  Yes, I did.
 4              MS. DARSCH:  Your Honor, permission to approach.
 5              THE COURT:  Yes.
 6    BY MS. DARSCH:
 7    Q.  I am showing you what has been marked for identification
 8    purposes only as Government Exhibit 15.
 9         Do you recognize it?
10    A.  Yes, I do.
11    Q.  How so?
12    A.  There is a label here and it will have my name on it that I
13    filled out, then on the back, that red seal, I have my
14    initials, AGE, and I have my identification number, 2081.
15    Q.  So, what is it?
16    A.  I am sorry, what --
17    Q.  What are we looking at, Government Exhibit 15?
18    A.  This is the five swabs from that Glock that I showed you.
19              MS. DARSCH:  Your Honor, at this time the Government
20    moves in evidence Government Exhibit 15.
21              MR. SCHUMACHER:  Judge, we would object.  I would ask
22    for leave to voir dire the witness based on our prior filings.
23              THE COURT:  Before it is admitted?
24              MR. SCHUMACHER:  Yes.
25              THE COURT:  You may do so.
```

```
 1              MR. SCHUMACHER:  Thank you.
 2   BY MR. SCHUMACHER:
 3   Q.  Ms. Eckroth, you took custody of this Glock on the day
 4   before; is that right?
 5   A.  So it would be March 3, 2022.
 6   Q.  Did you maintain continuous possession of that Glock during
 7   that time?
 8   A.  That is correct.
 9   Q.  When I say possession, did you keep it in your car?
10   A.  No.  Within the crime scene unit, we have an evidence area.
11   Each CSI has a locker with a lock.  Any time we come back from
12   a crime scene or we have evidence it goes into that secure
13   locker and we lock it.
14   Q.  I am assuming that when you process those flesh swabs and
15   you put them into that particular envelope -- were there
16   multiple envelopes for each swab or were all five inside of
17   that?
18   A.  When I talk about one swab sample, like from the grip, it's
19   two swabs within like this clear paper packaging.  Once I swab
20   the area, the swabs go into the white clear packaging, then
21   each swab goes into its own separate smaller manila envelope.
22   Each of those then are sealed in their own manila envelope and
23   then all five that are now sealed individually are then
24   packaged in here together.
25   Q.  Do you know when you processed these, what date and what
```

Pauline A. Stipes, Official Federal Reporter

1   time?

2   A.   I processed the firearms you mean?

3   Q.   Yes.

4   A.   I processed those on Friday, March 4th.

5   Q.   The day following the seizure?

6   A.   Yes.

7   Q.   8:00 a.m.?

8   A.   I believe I started processing around 8:00 a.m., yes.

9   Q.   Is March 4th actually reflected on that label?  It looks

10  like a computer generated label; is that correct?

11  A.   That's correct.

12  Q.   Do you have to input that information?

13  A.   That's correct.

14  Q.   You put in the date of 3/4/2022?

15  A.   Because that is the date that I collected the swab samples,

16  that is correct.

17  Q.   Is there a also collection time noted on that particular

18  item?

19  A.   Yes, just zero, zero, zero, zero, like midnight.  We put

20  that in, that is our standard.  We don't put in an exact time

21  of when we got it, we just fill in the date and then let it be

22  blank.

23  Q.   Are you familiar with the term "chain of evidence"?

24  A.   Correct.

25  Q.   That means you are going to ensure that what you are taking

```
 1    into evidence is the very same thing that you are processing.
 2    Is that fair?
 3    A.  Sure, that is fair.
 4    Q.  Is it necessary on Palm Beach Sheriff's -- I'm sorry, you
 5    are West Palm Beach?
 6    A.  Yes.
 7    Q.  My apologies.
 8    A.  You are fine.
 9    Q.  Part of that protocol is that you are required to keep the
10    date and time you are taking something out to process it,
11    correct?
12    A.  Not from my locker, no.  If we are talking about chain of
13    custody of something that has been submitted into evidence, we
14    have an electronic log for that.  If something is coming -- if
15    I am processing something like from my locker, I notate that in
16    my report.
17    Q.  It is of no consequence to you that this item was actually
18    sampled closer to 8:00 a.m., but this is reflecting midnight,
19    correct?
20    A.  Yes, correct.  Even though this is saying midnight, I did
21    not collect it at midnight.  I am putting in when I am going
22    through the actual dates that I collected and then I hit the
23    tab button.  It is not reflective of the exact time.  I notate
24    that in my report with the time I started processing and the
25    time that I finished processing.
```

```
 1   Q.  Do you know what happened to these samples between 8:00
 2   a.m. and midnight on that same day?
 3              MS. DARSCH:  Your Honor, I object at this time.  She
 4   has already established that she processed the firearms, she
 5   didn't put the exact time on the label.  This doesn't go to
 6   admissibility, it goes to the weight of the evidence.
 7              THE COURT:  Any further inquiry regarding chain of
 8   custody?
 9              MR. SCHUMACHER:  No, Judge.  I'll object to its entry
10   though.
11              THE COURT:  Based on what?
12              MR. SCHUMACHER:  Foundation.
13              THE COURT:  What do you mean, foundation?
14              MR. SCHUMACHER:  I'd rather not do this in front of
15   the jury, your Honor.
16              THE COURT:  Okay.  Can we proceed with inquiry, and
17   then when we excuse the jury we can take this matter up?
18              MR. SCHUMACHER:  Yes, ma'am.
19              THE COURT:  Is the Government able to proceed with
20   your questioning?
21              MS. DARSCH:  Yes.
22              THE COURT:  Okay.
23   BY MS. DARSCH:
24   Q.  Now turning your attention away from DNA of the Glock
25   pistol, did you also examine this Glock for possible latent
```

Pauline A. Stipes, Official Federal Reporter

1    prints?

2    A.   Yes, I did.

3    Q.   What is the first step you took to examine the Glock pistol

4    for latent prints?

5    A.   I examine with both kind of ambient lighting, which is

6    overhead lighting, and I also use oblique lighting and a

7    flashlight to go over the firearm to see if I can't see or

8    enhance anything that is latent, but can be brought out with

9    lighting.

10   Q.   Is there another step?

11   A.   That is subsequent to processing for super glue, yes.

12   Q.   What is the second step?

13   A.   So the second step, after I have examined something for

14   prints with overhead lighting and oblique lighting, I then put

15   it into the super glue chamber, which is pretty much an

16   enclosed area.  We literally put super glue into a tray and it

17   is heated.  When it is heated, it begins to produce a fume or a

18   vapor.  If there are any prints that may be present on an item,

19   the super glue will adhere to those areas so that we can try to

20   either visualize them or try to enhance them further.

21   Q.   Is there a third step?

22   A.   Yes.  So, after something is super glued, I do another

23   visual examination.  Super glue, when it is kind of dried, it

24   appears white in color.  So, especially when we are talking

25   about a darker background it may kind of pop a little bit

Pauline A. Stipes, Official Federal Reporter

| | |
|---|---|
| 1 | better than some other items, so I usually tend to do a |
| 2 | secondary visual examination with lighting. |
| 3 | I also use purple colored light, which is kind of like |
| 4 | ultraviolet light, it's around 350 amperes.  I also do that |
| 5 | after the super glue just to see if there is anything, any |
| 6 | prints that may be fluorescing that I could see. |
| 7 | After that is done, my next step would be to use a dye |
| 8 | scene, and what that is, it is fluorescence, and you apply it |
| 9 | to something that you have super glued.  It is designed to |
| 10 | adhere to the super glue, and then you apply various colored |
| 11 | lighting.  In this case, I did a blue color light, it causes |
| 12 | that dye to fluoresce, and if there is a print present, I would |
| 13 | try to visualize using that way. |
| 14 | Q.  So the jury understands, what is a latent print? |
| 15 | A.  If you look at your fingertips, you see we all have ridges, |
| 16 | and so what happens in a latent print, our fingers are |
| 17 | secreting different secretions.  There is water in it, |
| 18 | different amino acids.  So, when you touch something sometimes, |
| 19 | depending on that, you can leave, just like this, a latent |
| 20 | print. |
| 21 | What that means is you can't really see it initially with |
| 22 | your eyes, but you can try to develop it or enhance it for |
| 23 | visualization purposes. |
| 24 | Q.  So, going back to the three steps you mentioned previously, |
| 25 | were there any latent prints of value on the firearms? |

Pauline A. Stipes, Official Federal Reporter

1   A.   Of value on the Glock?   No.   I did submit a print from the

2   Springfield firearm.   That was not of value either.

3   Q.   So there weren't any prints of value on either firearm,

4   just to clarify?

5   A.   That is correct.

6   Q.   How do you determine whether a print is of value?

7   A.   So, where I come into play when it comes to latent

8   prints -- we have a latent print unit, they do the

9   identifications.   My job is to try to determine if something is

10   of value or not of value.

11       Typically, we are looking at the totality of the prints.

12   There is a lot of factors that go into what a print is, it

13   could be a full fingerprint, a partial fingerprint.   You look

14   to see can you see a pattern to the print, is it an arching

15   pattern, is it a whirling pattern, is it a looping pattern, can

16   we see pores, can we see scars.

17       When we actually get into looking at the ridge detail

18   itself, I am looking to see can I see points of interest, is it

19   just a straight line with no detail, is it creating a Y shape,

20   is it ending and creating a ridge ending, is it opening and

21   coming back together and creating a pooling effect.

22       There are a lot of different things we are looking at, so I

23   do -- through my training and experience at West Palm Beach, I

24   make the determination of is this print of value to submit to

25   the latent print section, is this print not of value, or is it

Pauline A. Stipes, Official Federal Reporter

1    borderline, at that point which it would be submitted.

2    Q.  You mentioned earlier that you have investigated over 300

3    firearms.  How many of those cases are Glocks?

4    A.  About 20 percent of all firearms that I have handled are

5    Glock firearms.

6    Q.  Turning back to all of your firearm investigations, do you

7    generally get latent prints off of firearms?

8    A.  Not typically, no.

9    Q.  Why were you unable to get any latent prints of value from

10   this Glock pistol?

11   A.  Am I allowed to hold the firearm up?

12   Q.  Yes.

13   A.  If you look at the frame here, which is kind of this

14   portion, it's kind of like a plastic polymer.  While it may

15   appear kind of smooth, if you feel it, it is a little rough.

16   That doesn't really do well for developing latent prints.  If

17   we get up to the slide area here, this metal, it also doesn't

18   do well with developing prints.  It is really hit or miss.  The

19   person that deposited the prints, again, there is a lot that

20   goes into whether a print will be there or not.

21       Just because you touch something doesn't mean a print will

22   be there, it's how sweaty are your hands, how oily are your

23   hands, did you just wash your hands, have you been touching

24   your hair or your face, that could also add on extra areas that

25   you touch.  What is the surface that you're touching, is it

Pauline A. Stipes, Official Federal Reporter

| | |
|---|---|
| 1 | smooth, is it not smooth, is it absorbent, how hard did you |
| 2 | push, was there movement.  A lot goes into latent prints, and |
| 3 | particularly when it comes to the Glock, all of that is a |
| 4 | factor, but particularly that metal is really not conducent to |
| 5 | latent prints. |
| 6 | Q.  All right.  Turning away from swabbing the Glock pistol and |
| 7 | looking for prints of value, I now want to ask you:  Did you |
| 8 | test fire this Glock pistol? |
| 9 | A.  Yes. |
| 10 | Q.  Where? |
| 11 | A.  At the West Palm Beach Police Department. |
| 12 | Q.  Could you please explain this process? |
| 13 | A.  Yes.  So we have a cannister, it is filled with -- we call |
| 14 | them blueberries, but they are small tiny rubber balls and they |
| 15 | are in this metal cannister.  That metal cannister has an |
| 16 | opening on the end that has like a rubber opening on top of it. |
| 17 | That then goes into this even bigger metal encasing that kind |
| 18 | of goes all around it. |
| 19 | So, what we do is, when we are test firing we want to put |
| 20 | two live rounds, and we put those live rounds of ammunition |
| 21 | into the magazine of the firearm.  We do that for two purposes; |
| 22 | one, we want to make sure that the firearm functions, and two, |
| 23 | we want to make sure that it loads the second live round |
| 24 | correctly into the chamber. |
| 25 | The first thing we would do is load the magazine with the |

Pauline A. Stipes, Official Federal Reporter

1    two live rounds, put it into the magazine well, then rack it

2    back, which would load that first top live round that's in the

3    magazine now into the chamber.  We are now putting the muzzle

4    of the firearm against that rubber lip that I was telling you

5    about of that cannister.

6        When you pull the trigger, it is going to expel one

7    projectile down the barrel into that cannister, which is going

8    to stop, which is what all those rubber balls do, they stop the

9    projectile from going through, and then it will eject the

10   casing.  Because it is a semiautomatic pistol, it will now

11   automatically load the second round.  Once it loads the second

12   round, I now have to pull the trigger a second time to expel

13   the second projectile down the barrel into the cannister and it

14   will now eject the second live round -- or the second casing.

15       In this situation, I pulled the trigger and it expelled

16   both live rounds, one immediately after the other.  That is not

17   typical of a semiautomatic pistol.  That is typical of a fully

18   automatic pistol.

19   Q.  Were you wearing a bulletproof vest at that time?

20   A.  I was, yes.

21   Q.  About how far away are you, when you are talking about the

22   cannister with the blueberries as you stated, is it target

23   shooting range?

24   A.  From me to here, however far out I can pull my arm, that

25   tip of the muzzle is right up against where that cannister

Pauline A. Stipes, Official Federal Reporter

226

1    goes.

2    Q.   So, about two feet?

3    A.   Probably, yes, whatever my arm distance would be.

4    Q.   You mentioned earlier that when you test fired this pistol

5    the second round came back with a single trigger pull?

6    A.   Yes.  I pulled the trigger one time, I was not expecting

7    this firearm to be fully auto.  I have never come across a

8    fully auto firearm before.  I loaded the two rounds and I

9    pulled the trigger the one time.

10        What happens when you fire a gun, there is going to be a

11   little kick depending on how much -- what the caliber is, the

12   type of ignition.  When you pull that trigger your arm goes up

13   a little bit and then you steady yourself and then you pull the

14   trigger the second time.  Because this was a fully automatic

15   firearm, when I pulled that trigger it kicked, but it continued

16   to fire as it kicked.

17        So, instead of that second projectile going into the

18   cannister, it ricocheted off the edge of the cannister.  I was

19   never able to find the second projectile, but when I looked

20   down at me I had fragments of jacketing, which is what coats

21   the bullet.  I had a fragment that was on my shirt, and I had a

22   burn mark where that casing had come back and then dropped down

23   and burned my chest a little bit, nothing severe, but it was a

24   little red.

25   Q.   Were you wearing a helmet?

Pauline A. Stipes, Official Federal Reporter

```
 1   A.  No.  I had my safety glasses, my ear muffs, which is for
 2   ear protection because it's very loud, and then my vest.
 3   Q.  Was anyone else in the room with you?
 4   A.  Part of our protocol when we test firearms, we always have
 5   to have a buddy with us in case something goes wrong.  I did
 6   have my shift partner with me at the time.
 7   Q.  Did he have a bulletproof vest on?
 8   A.  No.  He was standing behind me and to my right out of the
 9   area.
10   Q.  After this happened, did you notice anything -- did company
11   policy change?
12   A.  Yes.  So, immediately after this I was very emotionally
13   upset.  I notified my lieutenant, my supervisor, I let them
14   know what had happened, that I did not realize that this was
15   modified to fully auto.  Because of this incident, we actually
16   have training now, we dry fire all of our firearms now before
17   we load any round in.
18       What a dry fire is, you can put the magazine in -- you can
19   do it with or without the magazine -- the purpose is, you pull
20   that trigger, you are going to rack the slide back and release
21   the trigger.  If the trigger resets, it is semi auto.  If the
22   trigger stays pulled, it is fully auto.  So, it kind of gives
23   us a heads up of if we don't realize something is now fully
24   auto, at least with a dry fire it gives us an indication, hey,
25   now you need to proceed with caution.
```

```
 1    Q.  Now turning to Government Exhibit 14, the other firearm,
 2    the Springfield Armory pistol.
 3    A.  Yes.
 4    Q.  Did you transfer the Springfield Armory pistol to a weapons
 5    box?
 6    A.  Yes, I did.
 7    Q.  Were additional photographs taken?
 8    A.  Yes.
 9    Q.  I am showing you Government Exhibit 9, which has already
10    been admitted into evidence.  Give me a moment so it can appear
11    on the screen.
12        Is this the Springfield pistol in the weapons box?
13    A.  Yes, it is.
14    Q.  Is this the second firearm that was on that table in the
15    residence?
16    A.  Yes, it was.
17    Q.  Is this the magazine that was attached to it?
18    A.  Yes.
19    Q.  Was that magazine loaded?
20    A.  Yes, it was.
21    Q.  This Springfield Armory pistol, was there one live round in
22    the chamber?
23    A.  That is correct.
24    Q.  Okay.  Did you swab this Springfield pistol for possible
25    DNA?
```

```
 1   A.   That is correct.

 2   Q.   Where was this firearm swabbed for DNA?

 3   A.   Also at the West Palm Beach Police Department.

 4   Q.   And how many swab samples were obtained?

 5   A.   Also five on this one.

 6   Q.   And could you show the jury again with this pistol --

 7   permission for her to show this Springfield Armory pistol --

 8   briefly where you swabbed the areas of it?

 9             THE COURT:  Any objection?

10             MR. SCHUMACHER:  No, your Honor.

11             THE COURT:  Let me inquire of counsel, how much longer

12   on direct?

13             MS. DARSCH:  Thirty minutes.

14             THE COURT:  I think we may find a convenient breaking

15   point after she showing the jurors and then break for the

16   evening and have the witness come back.

17             MS. DARSCH:  Okay.

18             THE WITNESS:  This is -- the Springfield is very

19   similar to the Glock where it has that texture grip, so that is

20   the area that I swab.  The same with the slide, it has these

21   two kind of textured areas that I swabbed.  This also has the

22   front and rear sights that I swabbed, as well as the trigger

23   here, and then the magazine, and all for the same reasons as

24   for the Glock.

25
```

 1   BY MS. DARSCH:

 2   Q.  Thank you.

 3              THE COURT:  Were there any further questions on this

 4   area?

 5              MS. DARSCH:  Yes, they are relating to the five swabs

 6   on this and the same as the Glock pistol.

 7              THE COURT:  You can finish that line and then we'll

 8   conclude.

 9   BY MS. DARSCH:

10   Q.  What did you do with the five swabs after swabbing the

11   Springfield Armory pistol for DNA?

12   A.  Similar to how I did with the Glock, every swab went back

13   into the original packaging, each one of those swabs goes into

14   a manila envelope that I seal and initial.  Then, from there,

15   all five sealed and initialed swabs go into the outer packaging

16   and sent off to become sealed and initialed.  Sorry.

17   Q.  Did you initial and label an envelope associated with the

18   Springfield Armory pistol swabs?

19   A.  Yes.

20              MS. DARSCH:  Permission to approach.

21              THE COURT:  Yes.

22   BY MS. DARSCH:

23   Q.  I am showing you what is marked for identification as

24   Government Exhibit 16.

25       Do you recognize it?

1    A.  Yes, I do.

2    Q.  What is it?

3    A.  It is going to be the swabs that I obtained from the

4    Springfield pistol.

5    Q.  How do you recognize it?

6    A.  I have a label with my name on it that I filled out, as

7    well as the seal on the back that has my initials and my

8    identification number.

9              MS. DARSCH:  At this time the Government moves

10   Government Exhibit 16 into evidence.

11             THE COURT:  Any objection?

12             MR. SCHUMACHER:  Yes, Judge, the same objection as

13   before.  I will just proffer, Judge, that that is the same

14   documentation with the same zero, zero time period.

15             THE COURT:  Okay.  We can take that up as well with

16   Government Exhibit 15 outside the jury's hearing.

17             MR. SCHUMACHER:  Yes.

18             MS. DARSCH:  There is nothing further relating to this

19   line of questioning.  The next line of questioning relates to

20   the latent fingerprints on this pistol.

21             THE COURT:  We will conclude for the evening.

22             Okay.  Ladies and gentlemen, thank you for your

23   attention.  This tends to be one of the longer days again

24   because of the jury selection process in the morning, so we

25   very much appreciate your full attention to the case.  We are

1    going to excuse you for the evening.

2         I want to reinforce the same important instruction,

3    which is that you are not to discuss the case with anyone nor

4    are you to conduct any research.  As I mentioned, if people

5    inquire about your day, it is fine to say you have been in the

6    courthouse all day and you have been selected as a juror in a

7    case, and it should last for the portion of this week, but that

8    is the extent of it.

9         Do not disclose anything further because inevitably

10   someone might give you a point of view or an opinion and that

11   could influence you in some way outside the hearing of the

12   lawyers and the Court to be able to determine whether someone

13   else's point of view about a particular case would be

14   appropriate for you to hear while you are sitting as a juror.

15        So it is critically important that you abide by that

16   rule even as well as refraining, even if you are curious about

17   researching anything, anything you need to learn factually or

18   from the standpoint of the law will be told to you here in

19   court.

20        With that, we will excuse you and ask you to return

21   tomorrow to be ready to be brought back in tomorrow morning at

22   9:00 a.m.  So give yourself time to make it here where Melanie

23   meet you and bring you back in at 9:00 a.m.

24        Thank you very much and have a nice evening.

25      (Thereupon, the jury leaves the courtroom.)

Pauline A. Stipes, Official Federal Reporter

1          THE COURT:  Okay, you may be seated.  I remind our

2     witness that you do remain under oath and not to discuss your

3     testimony before we come back tomorrow.

4          So, let me hear the full argument on the Exhibits 15

5     and 16.

6          MR. SCHUMACHER:  Judge, if we could, there are

7     original property receipts attached on the back of each

8     envelope, but they are sealed.  Can we unseal those is to get

9     access to them?

10          MRS. CHASE:  Typically, I prefer to do that in front

11     of the jury when we are breaking seals.

12          MR. SCHUMACHER:  Mr. Boone has his copies and I have

13     mine, but I don't have them immediately accessible.  He didn't

14     bring his with him today.

15          THE COURT:  Do you have copies of them that you can

16     show?

17          MRS. CHASE:  We don't have printed copies of the

18     exhibits.  As Mr. Schumacher noted, they do have copies in

19     discovery.

20          MR. SCHUMACHER:  Judge, I don't anticipate this will

21     take a long time to make the record.  Perhaps we could do this

22     a little bit earlier this morning.

23          THE COURT:  What is it are you relying upon to make

24     the record?

25          MR. SCHUMACHER:  The property receipts themselves,

1    Judge.  It will come up on these two firearms, as well as the

2    actual standard that was taken from Mr. Boone concerning his

3    DNA.  There are some lapses that are occurring between the

4    entry times for something to be transported and when they are

5    actually being tested.  There is no notation as far as where

6    they are in the record during that time period.

7           That is why I filed the motion for -- motion in

8    limine, and that is why we are at this point.  It is going to

9    involve these two firearms, Judge, as well as the swabs taken

10   from him and processed for DNA.

11          THE COURT:  Is there a response from the Government?

12          MRS. CHASE:  Yes, your Honor.  First off, the United

13   States submits that none of this is necessary.  It is well

14   established in the Eleventh Circuit that gaps in the chain of

15   custody affect only the weight of the evidence and not its

16   admissibility.  I cite to a published Eleventh Circuit case,

17   United States v Roberson, R-O-B-E-R-S-O-N.  This citation is

18   897 F.2d 1092, and it is a 1990 opinion, and that quotation

19   that I just noted for the record is on page 1096 of that

20   opinion.

21          This is not actually the first case to mention it in

22   the Eleventh Circuit.  There is prior case law dating all the

23   way back to when the Eleventh Circuit was part of the Fifth

24   Circuit.  This is such a well-established principle that the

25   Supreme Court has made note of it in passing in other cases.


                    Pauline A. Stipes, Official Federal Reporter

1          Your Honor, we would note that this should not affect

2     these exhibits coming into evidence, and if there are breaks in

3     the chain of custody, Defense can argue toward their weight in

4     closing.

5          Second, your Honor, we actually believe that some of

6     these gaps will be factually closed.  We have witnesses coming

7     who will testify to the transport of the swabs for Mr. Boone to

8     the lab and why there is a delay on the chain of custody

9     receipt to which Mr. Schumacher is referring.

10          I do not believe that there should be any argument as

11     to the chain of custody for the firearms themselves because

12     Eleventh Circuit case law also establishes firearms being

13     unique and readily identifiable by unique characteristics,

14     including and especially because their serial numbers are not

15     typically subject to the same chain of custody arguments that

16     other evidence are.

17          THE COURT:  And there is United States versus Lopez,

18     758 F.2d 1517, at 1521, Eleventh Circuit, 1985, where the

19     appellant complained that there were two gaps in the making of

20     the chemical analysis, and as recognized by the appellant, gaps

21     in the chain of custody affect only the weight of the evidence

22     and not its admissibility.

23          Is there any further argument from Defense as to the

24     point of an argued chain of custody or a gap that the

25     Government says nevertheless can be addressed with subsequent

Pauline A. Stipes, Official Federal Reporter

1    testimony or evidence?

2              MR. SCHUMACHER:  Nothing additional subject to that

3    being tied up.

4              THE COURT:  Okay.  Would the Government, in an

5    abundance of caution, want to wait and have the two exhibits

6    marked at this time, which they are, and you will tell me when

7    the witnesses have testified that you think close the gap and

8    reraise the issue of the admissibility of the two exhibits?

9              In other words, can you proceed with this witness and

10   with your case having 15 and 16 marked at this point?

11             MRS. CHASE:  Absolutely, your Honor.

12             THE COURT:  And raise it again when you feel the gap

13   has been closed?

14             MRS. CHASE:  Yes, your Honor.

15             THE COURT:  All right.  I will make a note that 15 and

16   16 are marked only, and the Government will move again to admit

17   once further evidence is presented.  And if Defense at that

18   time maintains any argument, you can make that argument at the

19   time.  Okay?

20      (Whereupon Government Exhibits 15, 16 were marked for

21   identification.)

22             MR. SCHUMACHER:  Thank you, Judge.

23             THE COURT:  Trying to get a game plan for tomorrow,

24   our witness on the stand will be how much longer on direct?

25             MS. DARSCH:  About 20 minutes.

                 Pauline A. Stipes, Official Federal Reporter

```
 1              THE COURT:  So from about 9:00 to 9:20.  What about
 2    cross?
 3              MR. SCHUMACHER:  Maybe 20 minutes, your Honor.
 4              THE COURT:  All right.  9:20 to 9:40, more or less.
 5              Who would be the next witness?
 6              MRS. CHASE:  Officer Marcus Beesley, your Honor.
 7              THE COURT:  About how long will Beesley be?
 8              MRS. CHASE:  15 minutes on direct, your Honor, max.
 9              THE COURT:  And cross?
10              MR. SCHUMACHER:  Hard to say, Judge.  15 minutes let's
11    say.
12              THE COURT:  Okay.  And then who would be next?
13              MS. DARSCH:  Frederick Fischer.
14              MRS. CHASE:  I apologize, your Honor, tomorrows is CSI
15    Fischer's day off.  We may take him out of order on Wednesday
16    to avoid him waiting for a long time on his day off.
17              MS. DARSCH:  Okay.
18              THE COURT:  So not Fischer tomorrow?
19              MRS. CHASE:  We are going to confer tonight, your
20    Honor.  Whenever we do, he is the witness who will tie up the
21    break in the chain.  However, it would be our preference to
22    avoid him sitting waiting to testify and then actually
23    testifying on his day off, and I believe the United States can
24    submit other witnesses and take him perhaps a little mentally
25    out of order on Wednesday.
```

```
 1              THE COURT:  All right.  Who else would then be called
 2    tomorrow?
 3              MS. DARSCH:  Dusten Campbell.
 4              THE COURT:  How long do you think Campbell will be.
 5              MS. DARSCH:  An hour and a half.
 6              THE COURT:  Okay.  And who else would we have
 7    tomorrow?
 8              MS. DARSCH:  La'Nisha Gittens.
 9              THE COURT:  Okay.  And how long do you think Gittens
10    will be?
11              MS. DARSCH:  Approximately 45 minutes.
12              THE COURT:  Okay.  And who next?
13              MS. DARSCH:  Todd Cohen.
14              THE COURT:  How long do you think Cohen will be?
15              MS. DARSCH:  20 minutes.
16              THE COURT:  Okay.  And who else?
17              MS. DARSCH:  Mark Finnamore.
18              THE COURT:  How long do you think Finnamore will be?
19              MS. DARSCH:  Three and a half hours.
20              THE COURT:  He is long, okay.  All right.  And who
21    else do we -- not tomorrow, but just to understand who else,
22    then?
23              MRS. CHASE:  Your Honor, we have two witnesses who are
24    traveling from out of town.  Damon Wright will arrive tomorrow
25    evening and we will be ready to call him Wednesday morning.
```

Pauline A. Stipes, Official Federal Reporter

```
 1    Anthony Ciravolo is also traveling from out of town.  He is
 2    leaving first thing Wednesday morning so he can spend Halloween
 3    with his family, and we will be ready to call him -- if all
 4    goes well, he should be ready to testify at approximately 10:30
 5    Wednesday morning.
 6             I do believe between Agent Finnamore's testimony, CSI
 7    Fischer coming in on Wednesday on his day back to work and
 8    Specialist Wright being here, we should be able to fill all the
 9    testimony without any gaps.
10             THE COURT:  On Wednesday?
11             MRS. CHASE:  Yes, your Honor.
12             THE COURT:  Are there any other witnesses after that?
13             MRS. CHASE:  No.
14             THE COURT:  Okay.  Well, I am thinking that tomorrow,
15    if all goes smoothly, we -- if you are not bringing Fischer in
16    tomorrow that we make it to a point of beginning with
17    Finnamore, is that what you are anticipating, but not finishing
18    with Finnamore?  And the following day, on Wednesday, we would
19    have -- how long is Wright?
20             MRS. CHASE:  Wright is very short, your Honor.  I
21    think his direct is approximately 15 minutes.
22             THE COURT:  How about Ciravolo?
23             MRS. CHASE:  His direct is probably half an hour.
24             THE COURT:  And Fischer?
25             MRS. CHASE:  Fischer is also very short, ten, 15
```

1    minutes on direct.

2              THE COURT:  The big one is Finnamore it sounds.

3              MRS. CHASE:  Yes, your Honor.

4              MR. SCHUMACHER:  Tomorrow is my birthday and my wife

5    and I have plans.  If it is possible, if we could end at 5:00,

6    that would be greatly appreciated.

7              THE COURT:  Okay.  Happy birthday in advance.  I won't

8    ask how old.

9              MR. SCHUMACHER:  61.

10             THE COURT:  That is a good age.

11             Yeah, I want to make sure we -- yes, we can finish by

12   5:00.  Let's try to keep a tight schedule.  If we can -- if we

13   can get through all of the witnesses and begin Finnamore, I

14   think that would be very productive.

15             I would like to conclude the case by Thursday, that is

16   the goal.  The Court has a conflict on Friday, and all sorts of

17   things next week, that is why we went later today.  I did not

18   ask them to come earlier tomorrow.  If we are falling behind

19   tomorrow, I might have to make up for that on Wednesday, but I

20   think we should have it to the jury and the jury deliberates by

21   Thursday.

22             MRS. CHASE:  Absolutely, your Honor.  I think we are

23   well on track for that.

24             THE COURT:  Great.  Everyone have a nice evening and

25   we will see everyone back to start back at 9:00 a.m.

Pauline A. Stipes, Official Federal Reporter

1          MR. SCHUMACHER:  Thank you, your Honor.

2          MS. DARSCH:  Thank you, your Honor.

3          (Thereupon, the Court was recessed.)

4                              * * *

5          I certify that the foregoing is a correct transcript

6    from the record of proceedings in the above matter.

7

8          Date:  February 26, 2024

9                    /s/ Pauline A. Stipes, Official Federal Reporter

10                       Signature of Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Pauline A. Stipes, Official Federal Reporter**

**MR. SCHUMACHER: [148]**   3/10
3/16 3/18 4/21 5/9 5/12 5/22
7/2 7/11 7/20 7/23 8/4 10/6
24/19 72/17 74/10 74/19 75/3
75/10 75/20 76/4 76/14 77/11
77/21 78/2 78/4 78/12 78/17
78/23 79/13 79/23 80/12
80/20 81/7 81/12 81/16 88/16
88/21 98/3 99/11 100/6
100/14 100/22 101/2 101/6
101/10 102/12 103/6 103/10
103/21 103/24 104/3 104/11
104/14 105/2 105/8 105/12
105/18 105/20 105/24 106/6
106/9 106/15 106/19 107/1
107/6 107/16 107/18 108/1
108/4 108/6 108/10 108/19
109/2 109/14 109/19 110/5
110/7 110/10 123/19 131/15
131/17 136/25 138/19 141/20
143/10 143/14 147/10 148/7
149/9 150/6 150/15 154/20
155/9 157/7 157/10 161/8
162/17 163/18 164/21 166/2
167/22 169/6 170/11 174/9
183/19 183/21 184/17 193/12
193/14 196/13 197/11 197/14
197/22 198/2 198/8 198/12
198/14 198/20 199/7 200/1
200/13 204/4 206/3 206/19
212/5 212/7 215/20 215/23
215/25 219/8 219/11 219/13
219/17 229/9 231/11 231/16
233/5 233/11 233/19 233/24
236/1 236/21 237/2 237/9
240/3 240/8 240/25
**MRS. CHASE: [18]**   146/15
233/9 233/16 234/11 236/10
236/13 237/5 237/7 237/13
237/18 238/22 239/10 239/12
239/19 239/22 239/24 240/2
240/21
**MS. CHASE: [48]**   74/3 74/7
74/16 74/22 75/6 75/14 76/1
76/10 77/3 77/17 77/24 78/9
78/21 79/10 79/20 80/5 80/11
100/13 100/19 100/25 102/3
103/9 103/19 104/9 104/16
104/21 105/6 105/17 106/1
106/4 106/13 106/21 106/24
107/8 107/11 107/20 107/24
108/12 108/15 108/23 109/4
109/12 109/22 110/3 110/16
118/8 118/19 118/23
**MS. DARSCH: [92]**   3/6 3/21
5/13 5/20 5/25 6/5 6/8 6/11
6/14 6/17 6/19 6/23 7/21
9/21 14/24 15/8 88/8 88/11
119/6 131/13 137/24 138/17
138/22 139/2 146/9 147/8
147/13 148/5 148/10 149/7
150/4 150/19 151/12 153/16
154/12 154/17 155/6 155/13
156/5 156/11 156/15 157/3
157/8 161/4 161/6 161/16
164/7 164/14 164/17 164/19
165/2 165/22 165/24 193/17
196/14 197/12 197/17 197/19
197/21 198/10 199/22 200/17
200/20 205/12 205/16 205/19
205/22 206/15 206/21 212/1
215/3 215/18 219/2 219/20
229/12 229/16 230/4 230/19
231/8 231/17 236/24 237/12
237/16 238/2 238/4 238/7
238/10 238/12 238/14 238/16
238/18 241/1
**THE COURT: [307]**
**THE COURTROOM DEPUTY: [10]**
3/12 7/14 7/16 25/11 131/24
138/25 146/16 153/14 153/17
200/23
**THE JUROR: [7]**   9/13 19/12
19/14 19/19 22/3 64/5 88/10
**THE WITNESS: [9]**   132/2
146/19 167/20 170/13 197/1
198/4 201/2 210/16 229/17

**$**

**$1,844 [1]**   191/24
**$100 [1]**   140/6
**$20 [1]**   140/6
**$40 [1]**   172/6
**$50 [1]**   140/6
**$995 [1]**   203/12

**'**

**'92 [1]**   25/7
**'98 [1]**   25/7

**.**

**.34 [1]**   139/6

**/**

**/s [1]**   241/9

**0**

**0477 [1]**   1/21

**1**

**1's [1]**   203/15
**1,844 [1]**   191/3
**1.34 [2]**   140/4 140/12
**10 [34]**   2/14 22/25 25/8
25/23 27/2 28/20 35/18 35/19
39/9 41/16 43/18 44/7 49/6
49/6 50/11 51/17 53/3 54/11
55/25 63/12 64/17 67/13
68/15 69/4 70/19 71/12 74/23
75/6 80/10 88/11 88/12 88/13
150/22 151/1
**10's [1]**   203/15
**10-A [2]**   2/14 150/22
**100's [1]**   203/15
**1027 [1]**   1/18
**1092 [1]**   234/18
**1096 [1]**   234/19
**10:30 [1]**   239/4
**11 [56]**   2/14 24/3 27/2 27/3
27/4 27/5 29/17 33/17 38/16
39/9 40/8 43/20 43/22 44/8
45/21 45/23 46/6 47/1 49/6
50/11 50/23 51/18 51/19 53/3
53/6 54/11 54/12 56/6 57/6
165/2 165/24 193/17
196/14 197/12 197/17 197/19
197/21 198/10 199/22 200/17
200/20 205/12 205/16 205/19
59/24 61/19 63/13 64/17
64/22 64/24 67/17 68/16 69/5
71/12 83/17 84/10 85/22
86/17 103/13 105/11 105/12
105/14 142/8 143/3 145/2
150/22 151/1 154/10 157/14
160/16 165/8
**11-A [3]**   2/14 150/22 151/1
**11:15 [1]**   72/21
**11:25 [2]**   72/23 73/16
**11th [2]**   108/14 132/20
**12 [55]**   2/14 4/17 24/3 27/6
38/25 39/3 39/20 40/8 44/8
45/22 48/13 49/6 51/18 53/3
54/11 55/2 56/6 59/24 62/12
63/17 64/18 64/21 67/17 69/5
71/12 82/21 82/21 82/24
95/15 101/9 101/10 103/12
103/13 103/14 104/6 104/7
104/24 104/25 105/16 105/17
105/19 105/23 107/5 107/15
108/18 108/22 109/1 109/6
145/14 150/10 150/20 150/22
151/1 151/14 165/17
**12th [3]**   109/6 110/8 110/9
**13 [58]**   2/16 24/5 24/6 27/6
31/3 39/20 39/23 39/24 40/8
44/9 44/10 48/13 48/15 49/6
51/18 52/13 53/3 55/2 56/6
57/23 58/17 59/24 59/25
62/12 62/13 63/18 64/19
64/22 65/2 66/10 66/11 67/17
69/5 71/12 79/2 80/14 82/13
82/21 82/22 82/25 83/1 83/1
83/16 83/17 83/18 84/9 87/5
87/23 100/21 100/24 205/24
205/25 206/6 206/14 206/15
206/18 209/4 210/24
**13 seconds [1]**   204/23
**132 [1]**   2/3
**138 [1]**   2/12
**14 [38]**   2/16 4/25 24/7 27/18
31/3 33/24 35/10 39/20 40/9
40/11 41/8 41/9 44/9 48/19
49/6 52/14 53/3 55/2 56/6
58/17 60/16 64/1 64/20 66/14
67/21 69/5 69/14 71/13 75/7
75/12 80/10 91/1 91/9 205/24
206/1 206/6 206/22 228/1
**147 [1]**   2/12
**149 [1]**   2/13
**15 [56]**   2/16 4/14 5/21 5/24
24/7 28/5 28/6 28/16 31/4
33/24 39/21 41/3 43/6 43/15
47/15 48/19 49/3 49/7 51/16
53/4 54/10 55/2 56/17 58/17
60/23 61/7 62/25 64/20 65/17
66/14 67/21 69/6 71/13 80/19
81/4 81/15 103/13 105/24
106/3 110/2 111/3 166/6
166/12 166/18 215/8 215/17
215/20 231/16 233/4 236/10
236/15 236/20 237/8 237/10
239/21 239/25
**150 [1]**   2/13
**1517 [1]**   235/18
**1521 [1]**   235/18
**154 [1]**   2/15

**1**

**16 [34]**   2/16 24/7 28/6 28/17
33/24 44/2 44/3 48/21 49/7
52/8 53/4 55/3 56/17 60/23
61/7 62/25 64/20 67/21 69/7
71/13 76/19 98/2 103/13
106/4 110/2 111/2 111/2
144/12 230/24 231/10 233/5
236/10 236/16 236/20
**160 [1]**   202/10
**161 [1]**   2/15
**167 [1]**   2/4
**17 [31]**   15/23 24/9 28/6
33/24 35/10 39/22 41/5 44/3
44/18 44/19 48/21 49/7 49/8
49/9 52/14 53/4 55/3 56/19
58/18 60/24 61/9 62/25 64/1
64/20 66/18 66/19 67/22 69/7
71/13 103/13 106/9
**18 [51]**   4/10 22/25 24/9 25/8
25/23 26/13 26/23 28/6 28/20
31/12 33/24 35/10 39/22 41/5
43/22 44/9 45/22 46/3 46/4
46/6 48/21 49/7 50/11 50/23
52/14 53/4 55/3 56/19 58/9
58/9 58/10 60/16 60/24 61/9
61/12 63/1 63/21 64/1 64/14
64/20 65/14 66/18 67/22 69/8
70/19 104/7 106/13 106/17
110/2 111/2 111/2
**19 [8]**   19/15 19/16 46/9
46/12 75/15 75/25 80/10
145/20
**193 [1]**   2/5
**1985 [1]**   235/18
**1990 [1]**   234/18

**2**

**2-A [9]**   147/24 148/7 148/9
148/10 173/24 175/11 177/13
182/22 185/11
**20 [18]**   29/25 35/20 48/22
51/15 52/25 56/25 67/7 76/2
76/9 80/10 83/20 83/20
163/12 167/13 172/5 236/25
237/3 238/15
**20 percent [1]**   223/4
**20's [1]**   203/15
**200 [1]**   2/6
**2007 [3]**   62/18 62/20 87/20
**2008 [1]**   62/2
**201 [1]**   2/8
**2017 [3]**   45/1 53/9 53/12
**2018 [2]**   167/13 167/16
**2022 [20]**   15/4 15/7 15/12
15/17 119/13 124/3 124/6
134/13 135/12 171/1 171/12
172/23 193/23 194/3 196/4
202/17 206/12 207/3 216/5
217/14
**2023 [1]**   1/8
**2024 [1]**   241/8
**206 [1]**   2/16
**2081 [1]**   215/14
**20th [1]**   168/6
**21 [12]**   49/19 54/10 56/25
60/20 70/15 70/19 104/24

105/1 106/22 106/23 110/2
111/1
**22 [8]**   25/19 43/7 50/12
50/13 91/14 105/5 106/24
107/3
**22-CR-80175 [2]**   3/5 8/25
**22-CR-80175-ROSENBERG [1]**
1/3
**23 [6]**   51/12 76/11 85/19
100/21 101/1 101/4
**236 [1]**   2/16
**24 [17]**   2/15 26/24 42/5
50/17 52/21 52/24 77/7 77/17
80/10 120/10 154/17 154/19
154/22 154/24 155/2 155/5
210/9
**25 [11]**   44/4 53/24 53/25
54/3 54/5 65/13 79/15 79/22
80/10 156/12 167/16
**26 [16]**   2/15 41/10 49/24
55/16 55/17 105/16 107/6
107/10 110/2 111/1 161/8
161/10 161/11 161/13 165/10
241/8
**27 [10]**   2/15 56/20 98/24
105/23 107/11 154/19 154/22
154/24 155/18 165/8
**28 [15]**   2/15 59/11 59/12
65/11 106/12 107/16 107/17
107/22 110/2 111/1 154/19
154/22 154/24 156/19 165/12
**29 [10]**   23/21 26/23 49/23
59/10 60/17 60/18 65/13
101/12 107/5 107/23
**2:00 [1]**   118/22
**2:00 o'clock [3]**   118/3 118/4
118/8
**2:10 [1]**   156/15
**2nd [2]**   170/8 170/14

**3**

**3/4/2022 [1]**   217/14
**30 [19]**   1/8 6/20 29/25 32/1
32/2 39/3 42/14 60/25 61/1
63/9 63/10 83/20 86/8 107/14
108/10 110/2 110/25 195/4
195/9
**300 [2]**   202/4 223/2
**31 [10]**   46/14 61/10 79/25
80/14 86/16 87/3 108/9
108/15 164/18 165/5
**32 [7]**   50/1 63/4 94/11 95/8
108/18 108/19 141/4
**33 [7]**   23/17 39/24 64/5
64/11 108/22 108/23 146/1
**33301 [1]**   1/21
**33401 [1]**   1/18
**33407 [1]**   134/17
**34 [10]**   65/9 65/10 109/1
109/2 109/6 110/2 110/8
110/9 110/25 207/14
**3434 [1]**   1/24
**35 [6]**   64/12 65/16 65/17
77/18 77/23 80/11
**350 [1]**   221/4
**36 [13]**   63/5 67/3 67/4 68/11
109/8 109/11 109/16 109/25
110/3 110/9 110/25 144/5

203/10
**37 [7]**   67/23 67/24 68/11
68/11 78/19 78/23 80/11
**38 [7]**   49/3 68/22 68/23 78/3
78/4 78/6 80/11
**39 [7]**   70/9 70/12 77/25 78/3
109/18 109/20 144/17
**3:30 [2]**   156/14 164/7
**3:35 [1]**   166/6
**3rd [7]**   124/5 137/6 170/8
170/16 179/9 179/17 192/13

**4**

**40 [13]**   4/7 7/18 8/11 22/11
34/16 35/21 50/16 70/20
78/11 78/14 94/1 109/22
195/9
**400 [1]**   1/17
**42 [1]**   141/11
**44 [2]**   140/14 140/23
**45 [1]**   238/11
**45th [1]**   196/12
**46 [1]**   144/22
**48 [1]**   142/4
**49 [1]**   63/11
**4:00 [1]**   166/7
**4th [2]**   217/4 217/9

**5**

**5'8 [1]**   184/11
**5's [1]**   203/15
**5-A [4]**   2/14 150/21 150/25
151/21
**50 [2]**   38/20 145/6
**50's [1]**   203/15
**500 [1]**   1/17
**52nd [7]**   119/14 122/3 124/24
134/17 137/6 170/21 202/18
**54 [2]**   142/11 204/1
**561-209-1027 [1]**   1/18
**561-803-3434 [1]**   1/24
**5:00 [3]**   12/12 240/5 240/12

**6**

**6 feet [1]**   184/12
**61 [1]**   240/9
**621 [12]**   119/14 124/24
134/16 147/3 170/21 185/19
185/19 186/14 186/16 187/14
188/15 202/18
**621-A [1]**   149/1
**621-B [2]**   149/1 149/3
**6:00 o'clock [1]**   12/12
**6th [1]**   63/2

**7**

**7-A [5]**   150/21 150/25 157/7
157/9 157/11
**7-B [4]**   150/21 157/18 161/20
169/10
**7-C [2]**   150/21 159/22
**7-D [2]**   2/14 150/21
**700 [1]**   1/20
**758 [1]**   235/18

**8**

**80175 [2]**   3/5 8/25
**897 [1]**   234/18

**8**

**8:00 [4]**   217/7 217/8 218/18
219/1

**9**

**9-millimeter [2]**   15/23 15/24
**911 [1]**   43/8
**95 [2]**   47/4 75/23
**954-356-0477 [1]**   1/21
**9:00 [5]**   12/11 232/22 232/23
237/1 240/25
**9:20 [2]**   237/1 237/4
**9:40 [1]**   237/4
**9th [2]**   52/17 52/18

**A**

**a licensed [1]**   50/1
**A-I-S-H-A [1]**   201/3
**a.m [8]**   12/11 217/7 217/8
218/18 219/2 232/22 232/23
240/25
**abide [1]**   232/15
**ability [50]**   27/15 29/13
30/2 30/17 30/22 32/19 33/13
33/21 36/4 37/4 37/19 39/16
41/17 41/23 42/10 42/18
43/12 43/19 43/25 44/16 45/7
45/17 45/25 46/22 47/6 50/7
51/1 51/9 53/14 54/18 56/2
56/8 56/13 57/13 57/20 58/13
60/6 60/9 61/22 62/4 62/21
65/5 65/23 67/16 67/19
111/19 114/22 182/13 190/9
211/17
**able [34]**   4/8 6/22 8/12 9/10
24/9 40/20 47/13 49/14 52/1
55/8 59/6 69/21 70/1 71/22
73/14 84/3 95/10 99/23 112/1
130/1 130/9 130/12 135/21
178/15 179/2 181/23 196/23
196/25 204/7 207/12 219/19
226/19 232/12 239/8
**about [219]**   4/2 4/7 5/1 5/21
6/9 6/12 6/19 6/20 8/4 9/8
12/5 13/9 13/20 19/24 20/1
20/7 20/11 20/22 20/23 20/25
24/15 26/8 26/14 27/13 27/22
27/24 29/12 29/23 30/1 31/3
32/16 33/12 33/20 35/2 35/20
36/3 36/8 36/9 36/15 37/2
37/15 37/18 37/25 38/3 38/10
39/14 39/15 40/9 40/17 40/18
41/16 41/21 42/8 42/16 43/11
43/23 44/15 45/6 45/16 45/23
45/23 46/22 47/5 47/13 47/25
49/8 49/11 50/5 50/24 51/8
51/20 53/8 53/11 54/2 54/16
55/8 55/20 56/2 56/7 57/7
57/12 57/19 58/9 58/11 58/12
59/14 60/5 60/13 61/21 63/20
64/23 65/4 65/17 65/18 65/22
67/15 68/5 69/12 69/19 70/3
71/13 71/15 71/25 72/1 72/8
73/1 73/3 74/14 78/7 78/7
78/11 78/15 80/24 82/17
82/19 82/20 83/5 83/22 84/14
84/15 84/22 85/13 86/1 86/22

89/13 90/25 92/22 93/3 93/17
93/21 93/24 94/3 94/4 94/7
94/12 96/10 96/17 96/24
97/22 98/2 98/18 111/25
112/13 112/25 115/7 116/7
116/25 117/16 117/24 117/25
119/7 119/8 122/4 123/24
125/1 125/2 125/6 127/22
128/10 128/22 129/12 132/25
134/12 145/15 156/15 157/19
159/7 161/20 162/4 166/6
167/4 167/12 167/17 168/15
169/22 170/21 176/6 176/15
176/20 178/11 180/7 182/21
185/7 186/16 188/19 189/3
189/5 189/18 189/19 189/20
193/23 194/12 196/17 200/5
201/24 202/1 202/4 202/16
210/15 211/5 212/16 213/25
215/2 216/18 218/12 220/25
223/4 225/5 225/21 225/21
226/2 232/5 232/13 232/16
236/25 237/1 237/1 237/7
239/22
**above [1]**   241/6
**Absolutely [4]**   35/6 42/20
236/11 240/22
**absorb [1]**   158/20
**absorbent [1]**   224/1
**abundance [1]**   236/5
**abuse [1]**   47/3
**abused [2]**   42/17 83/11
**Academy [2]**   133/6 133/8
**accept [29]**   103/20 104/1
104/10 104/12 104/15 104/17
105/7 105/9 105/18 105/25
106/2 106/5 106/7 106/14
106/16 106/20 106/22 106/25
107/7 107/9 107/19 107/21
107/25 108/11 108/13 109/3
109/5 109/13 109/15
**acceptable [3]**   110/1 110/3
110/5
**access [5]**   134/23 136/16
140/16 186/20 233/9
**accessible [1]**   233/13
**accident [3]**   159/9 159/16
168/23
**according [1]**   183/17
**accosted [3]**   29/18 29/21
124/4
**account [3]**   114/22 121/14
211/18
**Accountant [2]**   63/7 63/8
**accurate [2]**   169/17 179/6
**accurately [5]**   138/15 147/7
148/4 149/5 150/2
**accusation [2]**   14/15 115/10
**accusations [3]**   19/23 27/23
37/17
**accused [16]**   24/2 33/18 40/7
42/5 42/9 44/14 48/14 48/17
62/14 63/22 65/2 75/9 75/19
82/14 87/6 98/15
**accustomed [1]**   190/6
**acids [1]**   221/18
**Acres [1]**   68/9
**across [1]**   226/7

**action [1]**   209/15
**actions [1]**   197/1
**active [1]**   87/13
**activities [2]**   98/6 123/12
**activity [3]**   133/10 133/24
135/19
**actual [2]**   218/22 234/2
**actually [36]**   14/19 14/21
17/2 29/18 31/6 62/16 81/10
89/4 95/22 111/15 125/22
143/7 158/1 160/12 172/11
172/17 173/8 173/22 174/1
175/16 179/3 179/22 181/23
182/6 183/4 185/12 186/8
189/8 217/9 218/17 222/17
227/15 234/5 234/21 235/5
237/22
**add [1]**   223/24
**added [1]**   5/4
**addiction [2]**   34/22 35/7
**addition [5]**   78/1 167/10
195/6 200/14 203/1
**additional [14]**   4/19 17/3
80/20 81/4 99/13 100/18
115/4 120/10 120/13 175/6
209/13 210/19 228/7 236/2
**additionally [1]**   77/19
**address [3]**   81/11 91/7 135/3
**addressed [1]**   235/25
**addresses [1]**   121/14
**addressing [1]**   82/2
**adhere [2]**   220/19 221/10
**adjudicated [5]**   57/24 58/2
58/3 58/4 58/5
**adjust [1]**   200/24
**admin [1]**   44/3
**administer [1]**   11/18
**administration [1]**   57/11
**administrative [2]**   5/12 57/5
**administrator [2]**   31/22
31/24
**admissibility [4]**   219/6
234/16 235/22 236/8
**admit [2]**   128/21 236/16
**admits [1]**   161/7
**admitted [21]**   17/2 17/2
113/1 114/14 114/15 118/19
138/21 147/12 148/9 149/11
150/8 150/17 150/23 151/15
154/22 161/10 203/6 206/3
210/22 215/23 228/10
**ado [1]**   129/12
**adopting [1]**   55/23
**adult [1]**   60/15
**advance [2]**   131/9 240/7
**advertising [3]**   45/12 50/15
50/16
**advised [1]**   204/4
**affairs [2]**   12/3 61/2
**affect [45]**   27/14 29/13 30/2
32/19 33/13 33/20 36/4 37/19
39/16 41/17 42/10 42/18
43/11 43/19 43/24 44/8 44/15
45/7 45/17 45/25 46/22 47/6
50/6 50/25 51/9 53/14 54/18
56/2 56/8 56/12 56/13 57/13
57/20 58/12 60/6 60/9 61/21
62/21 65/5 65/22 67/15 67/19

**A**

**affect... [3]** 234/15 235/1
235/21
**affected [2]** 30/5 102/21
**affecting [1]** 15/18
**African [4]** 76/16 76/24
76/25 77/13
**African-American [3]** 76/16
76/24 77/13
**after [45]** 4/15 5/18 12/23
20/16 22/12 22/16 25/7 30/8
37/6 42/14 66/21 66/22 66/22
66/24 71/21 80/2 80/3 80/23
85/3 93/21 116/9 116/18
116/21 127/8 133/8 133/18
133/20 134/2 134/7 137/5
164/12 184/6 196/4 203/4
214/8 220/13 220/22 221/5
221/7 225/16 227/10 227/12
229/15 230/10 239/12
**afternoon [7]** 13/1 119/7
132/6 156/10 156/15 201/7
201/8
**again [24]** 30/6 31/14 77/13
84/13 88/18 88/24 90/1 90/16
90/24 92/12 97/11 123/15
128/8 129/10 155/14 162/14
169/13 207/12 208/9 223/19
229/6 231/23 236/12 236/16
**against [17]** 14/14 30/4 30/7
30/16 37/10 38/3 53/22 55/14
74/24 75/18 79/18 85/9 92/19
115/9 213/8 225/4 225/25
**age [7]** 35/22 65/13 65/13
76/20 84/21 215/14 240/10
**agency [6]** 49/2 50/15 74/24
87/8 87/11 87/17
**agent [8]** 3/9 89/10 140/9
140/10 141/8 175/19 179/12
239/6
**agents [3]** 127/13 133/3
134/16
**ago [22]** 29/24 35/1 39/13
39/14 40/9 40/15 40/17 44/25
58/8 58/9 58/10 62/1 62/17
63/15 83/8 83/18 83/20 87/20
96/16 129/23 129/23 129/24
**agree [28]** 17/7 17/8 17/8
18/22 18/24 36/19 48/6 73/25
74/3 74/10 75/4 75/11 76/9
77/2 78/9 92/25 93/5 94/7
94/13 100/9 100/19 100/21
112/22 128/7 165/6 169/24
190/13 200/12
**agreed [10]** 74/20 75/21
77/22 78/5 80/9 80/10 80/16
110/11 150/18 164/24
**agreeing [1]** 123/9
**agreement [1]** 164/25
**agrees [6]** 75/25 77/23 79/22
101/2 101/5 113/24
**ahead [3]** 32/25 168/22
173/23
**air [5]** 81/6 87/9 87/9
133/15 133/22
**airman [1]** 87/13
**AISHA [8]** 2/7 6/3 21/24

137/22 13[...]8 200/21 200/23
201/3
**AJ [1]** 121/17
**Alex [1]** 3/9
**ALEXANDRA [2]** 1/16 9/25
**aliases [1]** 136/2
**all [131]** 3/1 3/5 4/24 5/20
6/22 6/23 6/25 7/10 8/9 11/4
12/4 12/12 13/9 13/14 15/2
17/20 17/24 18/2 18/7 18/14
21/11 22/7 22/11 26/16 27/12
30/5 31/7 32/1 35/7 39/4
40/1 40/13 41/8 43/4 44/6
46/14 46/20 48/2 48/3 48/12
49/17 50/12 51/11 52/19 53/5
53/23 55/16 59/16 68/20
68/21 69/10 70/19 70/20
72/14 72/15 73/9 74/3 79/13
80/8 80/9 80/15 85/18 88/6
89/16 90/23 92/25 93/5 93/17
96/2 97/12 98/13 98/20 99/5
99/22 101/17 101/17 101/24
104/24 110/12 110/22 115/2
116/18 122/7 123/16 125/3
135/16 150/23 151/14 151/15
158/10 159/7 163/8 163/8
166/24 170/18 179/19 183/8
185/3 188/23 191/13 192/1
194/20 195/16 206/3 209/13
214/18 214/22 214/22 216/16
216/23 221/15 223/4 223/6
224/3 224/6 224/18 225/8
227/16 229/23 230/15 232/6
234/22 236/15 237/4 238/1
238/20 239/3 239/8 239/15
240/13 240/16
**allegation [1]** 96/18
**allegations [2]** 93/3 96/19
**allege [1]** 123/25
**alleged [2]** 15/8 131/6
**alleges [8]** 14/17 15/4 15/12
15/14 15/17 15/22 16/1 124/8
**alleviate [1]** 59/4
**alley [1]** 179/14
**alleyway [2]** 179/13 179/13
**alleyways [1]** 133/22
**allow [3]** 58/24 129/24 214/3
**allowed [5]** 95/11 117/21
123/4 123/5 223/11
**allows [1]** 89/5
**almost [2]** 201/17 212/17
**along [1]** 150/11
**already [12]** 23/1 71/12
88/24 91/9 93/20 93/24 126/6
133/17 151/3 184/24 219/4
228/9
**also [69]** 10/22 15/17 32/12
42/1 42/5 56/23 58/25 60/19
64/24 65/21 66/1 73/5 74/17
75/7 75/12 75/17 75/21 76/1
76/12 78/20 79/7 79/8 79/17
81/23 120/12 121/3 121/10
121/13 121/14 122/4 122/5
122/11 122/13 122/23 123/2
125/13 125/18 126/3 127/22
129/21 137/16 141/20 147/22
158/24 160/10 162/17 167/11
175/13 185/2 195/6 197/23

201/21 202/7 202/12 206/22
208/5 217/17 219/25 220/6
221/3 221/4 223/17 223/24
229/3 229/5 229/21 235/12
229/1 239/25
**alternate [10]** 59/5 109/8
109/10 109/12 109/17 109/19
109/24 109/25 110/3 110/10
**alternates [3]** 4/19 4/20
109/9
**although [2]** 48/1 67/13
**always [13]** 9/18 10/17 10/18
69/1 89/3 89/4 90/2 133/23
136/4 207/22 208/5 208/18
227/4
**am [200]** 8/8 8/9 8/21 9/23
10/4 11/17 13/18 13/19 21/15
22/17 22/19 23/9 23/9 23/16
25/3 25/4 25/15 25/15 25/19
26/2 26/7 26/8 26/9 26/10
26/19 26/23 27/4 28/13 28/16
28/24 31/12 32/2 32/2 33/12
34/1 34/17 35/2 35/19 35/22
35/25 37/22 39/24 42/24 43/3
43/15 44/3 44/4 44/21 45/11
45/12 45/23 46/4 46/6 46/12
46/14 47/10 49/3 49/23 50/18
51/15 51/16 51/24 52/24 53/1
53/11 53/21 54/3 54/12 55/12
55/21 55/23 57/1 57/2 58/18
58/19 59/13 59/16 61/11
61/14 61/23 62/1 62/17 63/5
63/10 64/11 64/13 65/10
65/12 65/17 65/21 67/8 68/8
68/9 68/24 69/2 69/5 70/12
70/14 71/13 71/15 72/18 81/4
81/13 82/17 83/16 83/20
83/22 84/14 84/22 85/6 85/9
85/13 86/1 86/22 87/12 88/25
88/25 89/6 92/8 92/9 95/9
96/2 96/11 97/19 98/22 99/20
103/3 103/15 103/23 104/8
108/6 109/7 118/12 131/8
132/8 132/10 138/3 140/19
143/15 146/14 146/24 147/23
148/16 148/21 149/20 150/9
151/11 151/17 151/21 153/24
154/17 155/2 155/18 156/19
157/7 157/8 159/22 160/8
160/16 161/13 165/17 167/19
170/20 171/4 173/8 174/14
179/6 182/20 183/1 183/25
184/11 184/18 189/19 193/19
194/22 194/25 195/1 196/3
203/6 203/21 203/22 204/13
204/22 205/8 207/8 208/4
209/11 210/21 212/13 215/7
215/16 216/14 218/15 218/21
218/21 222/18 223/11 228/9
230/23 239/14
**ambient [1]** 220/5
**Amendment [1]** 95/12
**AMERICA [4]** 1/4 8/25 165/3
165/5
**American [4]** 76/16 76/24
76/25 77/13
**Americas [1]** 68/25
**amino [1]** 221/18

**A**

ammunition [3]   209/10 209/16 224/20

among [4]   13/7 73/1 99/22 166/9

amount [7]   97/6 99/5 152/7 172/5 172/5 172/9 191/2

amperes [1]   221/4

analysis [3]   128/14 202/14 235/20

analyst [3]   46/16 65/10 67/8

and impartial [1]   60/7

and midnight [1]   219/2

angle [3]   141/18 141/25 194/18

another [14]   13/18 21/7 32/11 112/6 120/21 122/16 122/23 126/14 156/12 156/13 179/12 181/12 220/10 220/22

answer [21]   4/12 11/5 11/8 18/10 18/11 22/24 22/25 23/1 23/3 43/4 45/8 69/14 85/21 86/17 87/4 114/9 127/1 127/2 196/23 196/23 196/25

answered [8]   43/3 48/14 71/12 86/10 111/13 114/5 114/7 163/20

answering [2]   27/3 72/16

answers [11]   36/11 36/11 73/25 75/13 82/13 88/3 93/22 98/13 98/18 113/19 116/2

Anthony [2]   21/23 239/1

anti [5]   69/6 69/15 74/9 74/18 78/1

anti-firearm [1]   78/1

anti-firearms [2]   69/6 69/15

anti-gun [2]   74/9 74/18

anticipate [1]   233/20

anticipating [1]   239/17

anxiety [1]   97/22

anxious [1]   97/25

any [135]   4/11 4/11 5/1 5/1 5/7 5/11 9/17 11/16 11/23 11/23 11/24 11/24 12/3 13/22 17/1 17/2 17/10 17/21 17/21 18/6 18/18 20/7 20/11 20/13 21/1 21/3 21/11 21/21 23/4 24/16 25/20 25/21 36/13 36/13 38/1 38/6 40/21 47/24 58/21 62/7 62/19 72/17 73/7 73/12 73/13 73/25 78/17 79/13 80/19 81/4 81/25 82/2 82/14 84/10 85/22 86/18 87/5 88/15 88/25 91/10 91/10 91/19 92/6 92/8 96/10 96/20 98/12 100/9 100/18 101/6 103/3 103/8 114/21 114/25 115/15 115/17 116/6 117/6 117/11 117/12 119/6 130/7 133/22 135/22 136/2 136/7 146/21 150/6 150/18 154/3 154/20 155/9 163/3 164/21 166/10 166/11 171/10 180/19 186/14 187/1 188/13 191/12 192/8 192/10 192/13 193/12 193/17 194/18 202/10 202/20 206/19 207/25 208/2 208/3

208/4 208/8 209/9 212/5 216/11 219/7 220/18 221/5 221/25 222/3 223/9 227/17 229/9 230/3 231/11 232/4 235/10 235/23 236/18 239/9 239/12

anybody [31]   7/2 9/4 9/17 10/2 10/13 10/13 13/22 21/18 22/2 73/1 89/8 89/12 89/16 91/9 93/20 93/24 94/2 94/5 94/8 95/7 95/8 97/19 117/25 124/23 125/6 126/2 128/4 172/13 178/8 180/19 200/6

anybody's [1]   98/18

anyone [30]   9/7 9/9 10/2 19/8 19/17 19/24 20/16 20/18 20/22 20/23 20/25 73/1 75/17 88/3 88/5 95/14 97/22 97/24 99/18 100/11 103/9 112/1 117/3 131/22 166/9 166/10 166/14 188/23 227/3 232/3

anything [90]   3/14 7/1 9/8 17/8 19/24 24/14 27/13 27/22 27/24 29/12 29/23 30/1 32/16 33/12 33/20 35/2 36/3 37/2 37/15 37/18 39/15 40/18 41/16 41/21 42/8 42/13 42/22 43/4 43/11 43/23 44/15 45/6 45/16 45/23 46/22 47/5 47/25 47/25 50/5 50/24 51/8 53/11 54/16 56/2 56/7 57/12 57/19 58/12 60/5 61/21 65/4 65/22 67/15 72/8 72/24 79/18 80/24 81/1 89/2 89/11 89/23 90/17 92/16 94/18 95/12 99/12 111/12 115/11 116/25 117/1 141/24 158/24 159/20 163/9 167/17 172/19 186/4 192/10 192/11 194/12 196/6 199/1 199/24 208/3 220/8 221/5 227/10 232/9 232/17 232/17

anywhere [2]   12/11 158/23

apologies [1]   218/7

apologize [6]   78/24 87/2 89/19 108/3 154/18 237/14

appear [2]   223/15 228/10

appearance [2]   3/6 117/11

APPEARANCES [1]   1/14

appears [3]   76/16 126/13 220/24

appellant [2]   235/19 235/20

applied [1]   16/6

applies [2]   16/11 91/8

apply [12]   36/17 48/6 48/7 72/11 84/4 85/2 86/25 87/24 88/24 117/16 221/8 221/10

applying [2]   85/1 85/3

appointment [2]   63/1 64/2

appraisal [1]   38/21

appreciate [3]   92/11 92/12 231/25

appreciated [1]   240/6

apprehension [1]   134/7

approach [18]   137/25 154/13 155/7 155/14 156/6 156/16 157/4 161/5 161/17 167/23 170/12 174/10 183/22 194/18 195/17 205/17 215/4 230/20

approached [2]   181/11 196/11

approaches [1]   196/7

appropriate [5]   4/11 5/8 12/7 18/7 232/14

approved [1]   194/10

approximately [11]   23/16 83/19 132/24 135/7 196/13 202/10 203/12 208/22 238/11 239/4 239/21

arching [1]   222/14

architect [1]   23/20

are [421]

area [42]   22/19 25/18 28/23 32/1 41/7 41/10 54/8 119/22 125/3 125/3 140/18 185/13 194/15 203/13 204/2 205/9 206/11 212/4 212/13 212/14 212/15 212/20 212/21 212/22 212/22 212/24 213/2 213/4 213/5 213/8 213/9 213/13 213/22 214/4 214/17 216/10 216/20 220/16 223/17 227/9 229/20 230/4

areas [7]   212/4 213/21 214/18 220/19 223/24 229/8 229/21

argue [1]   235/3

argued [1]   235/24

argument [6]   116/13 233/4 235/10 235/23 236/18 236/18

arguments [4]   113/15 113/16 116/19 235/15

arm [3]   225/24 226/3 226/12

armed [2]   130/25 176/23

armored [1]   184/13

Armory [12]   15/24 120/4 120/12 123/3 206/1 206/23 228/2 228/4 228/21 229/7 230/11 230/18

arms [4]   71/13 72/2 72/3 139/21

around [17]   4/8 8/12 44/6 56/25 90/23 97/21 139/12 155/8 158/19 173/25 183/9 183/11 183/17 184/23 217/8 221/4 224/18

arrested [3]   42/2 42/6 42/9

arrive [1]   238/24

article [1]   136/23

artist [1]   96/2

as [251]

ascribe [1]   97/6

aside [18]   36/7 36/14 36/20 37/7 38/13 40/22 51/25 55/9 56/10 69/22 70/6 85/4 95/3 95/4 97/8 102/15 103/2 118/10

ask [37]   4/2 5/8 5/9 9/5 9/9 10/4 11/18 14/22 15/6 23/4 36/11 40/15 57/7 73/20 80/16 80/21 80/24 81/14 81/15 88/22 91/23 98/5 123/15 131/5 131/9 146/21 158/2 168/3 173/14 195/11 196/22 197/24 215/21 224/7 232/20 240/8 240/18

asked [21]   12/2 13/21 13/22 14/20 47/24 76/6 79/25 99/9

## A

**asked... [13]** 101/21 102/14
102/22 102/23 118/25 137/11
161/20 163/19 172/9 190/20
193/22 196/17 197/25
**asking [10]** 5/4 8/3 73/12
73/13 74/2 82/19 82/21
122/12 179/6 196/2
**asks [3]** 80/24 113/22 114/2
**aspect [2]** 47/12 62/19
**assault [3]** 45/21 58/1 60/2
**assaulted [2]** 57/17 63/19
**assertion [1]** 179/6
**assigned [1]** 133/9
**assignment [1]** 134/8
**assist [2]** 116/5 195/3
**assistant [3]** 9/24 25/3
64/11
**assisting [1]** 118/13
**associated [4]** 121/13 166/10
171/7 230/17
**assume [2]** 5/17 90/15
**assuming [4]** 96/11 97/19
130/2 216/14
**assure [1]** 112/11
**at FTCU [1]** 67/11
**ATF [5]** 9/25 37/21 38/11
74/24 75/1
**Atlantic [1]** 25/16
**attached [7]** 120/9 120/13
127/3 205/21 209/24 228/17
233/7
**attempt [3]** 11/22 89/6 187/1
**attempted [5]** 45/21 64/18
64/18 64/25 65/1
**attend [3]** 8/14 8/15 64/3
**attendant [1]** 102/1
**attention [14]** 18/6 34/9
81/22 81/24 99/16 134/13
136/5 151/25 170/19 183/25
205/5 219/24 231/23 231/25
**attorney [10]** 9/23 9/24 10/8
28/24 29/9 29/10 29/12 41/13
89/4 116/12
**Attorney's [4]** 1/16 44/23
44/25 138/11
**attorneys [13]** 9/1 11/6 12/2
12/6 18/1 36/9 41/14 45/4
81/24 89/1 99/20 100/2
116/18
**audio [2]** 173/8 173/15
**Australian [1]** 1/17
**authenticate [1]** 118/14
**auto [7]** 63/10 226/7 226/8
227/15 227/21 227/22 227/24
**automatic [12]** 15/23 93/4
93/10 101/25 120/7 120/8
126/8 126/25 130/18 131/2
225/18 226/14
**automatically [1]** 225/11
**available [1]** 6/23
**Avenue [1]** 1/17
**avoid [7]** 73/8 73/8 73/20
117/10 117/12 237/16 237/22
**aware [5]** 21/7 92/21 171/1
192/9 195/10
**away [10]** 68/2 71/14 71/15
71/19 117/25 126/21 211/8
219/24 224/6 225/21
**awhile [1]** 66/23

## B

**Bachelor [1]** 202/6
**back [116]** 4/8 4/18 9/12
12/17 16/22 17/3 17/4 18/20
43/9 53/5 62/20 64/8 66/23
71/20 72/23 73/11 73/16
73/20 81/21 83/24 87/9 88/20
91/14 95/7 98/24 99/23 100/1
100/10 103/15 118/2 118/7
118/22 119/3 124/19 126/21
126/24 130/8 130/13 133/4
134/22 134/23 135/19 137/14
139/17 142/1 147/5 147/21
148/3 148/17 151/3 152/21
155/12 156/15 159/8 166/7
166/11 166/15 166/22 167/12
171/1 171/12 174/24 175/10
178/3 178/9 178/14 178/16
178/21 178/21 179/1 179/9
181/9 181/25 182/10 182/11
184/17 185/8 185/11 187/15
187/24 195/3 195/22 196/1
198/8 199/14 199/14 199/22
201/22 205/8 209/14 211/13
211/21 211/24 212/25 214/19
214/20 215/13 216/11 221/24
222/21 223/6 225/2 226/5
226/22 227/20 229/16 230/12
231/7 232/21 232/23 233/3
233/7 234/23 239/7 240/25
240/25
**background [2]** 12/5 220/25
**backyard [2]** 28/18 179/15
**bad [3]** 42/6 42/23 199/19
**bag [18]** 120/25 142/19 145/9
146/4 146/6 146/6 152/21
157/24 160/19 160/23 160/25
162/1 162/2 162/4 165/21
195/14 195/15 208/17
**baggie [2]** 141/16 156/21
**bags [3]** 140/18 140/25
208/14
**baking [1]** 46/7
**ball [1]** 61/5
**balls [2]** 224/14 225/8
**banker [1]** 52/24
**banking [1]** 121/13
**barbecue [1]** 25/6
**barber [1]** 59/21
**barely [1]** 28/12
**barrel [2]** 225/7 225/13
**base [3]** 19/8 74/15 87/10
**based [23]** 19/6 20/4 30/16
33/25 36/10 38/12 73/25
75/12 75/13 76/10 76/13 78/6
86/2 86/2 99/5 102/15 171/14
194/13 194/25 196/19 197/1
215/22 219/11
**basic [2]** 112/13 115/7
**basically [1]** 22/14
**basing [2]** 5/2 86/14
**basis [1]** 27/3
**basketball [4]** 25/21 53/2
53/2 61/5

**bath [1]** 134/22
**bathroom [1]** 120/1
**battery [4]** 28/12 64/19 65/3
66/9
**be [294]**
**BEACH [52]** 1/2 1/7 1/18 1/23
6/2 6/4 23/15 25/3 26/20
28/15 28/23 32/12 32/18
32/18 39/25 43/6 44/24 46/5
48/25 50/16 51/16 54/6 54/8
59/14 59/15 59/15 64/12
65/11 65/18 71/4 71/7 119/9
119/14 125/19 128/14 132/8
132/13 132/19 134/17 135/3
170/22 172/18 201/10 201/15
202/9 202/18 211/14 218/4
218/5 222/23 224/11 229/3
**Beach/Ft [1]** 1/23
**Beans [1]** 121/21
**bear [4]** 41/22 101/8 115/3
115/21
**beat [1]** 68/17
**beaten [1]** 83/11
**beautiful [1]** 69/2
**because [81]** 9/6 11/5 11/10
12/20 14/1 14/20 22/22 22/25
32/25 38/10 38/11 41/6 47/11
47/16 52/3 52/5 53/20 55/23
62/6 69/9 74/19 75/22 76/19
77/9 78/19 79/9 81/14 83/24
85/8 87/13 89/2 89/14 90/1
90/19 91/2 91/24 92/24 93/17
93/18 94/22 112/2 113/20
123/5 123/8 124/10 126/5
126/5 126/22 127/10 129/11
130/5 151/15 155/21 157/16
163/11 167/14 176/23 182/3
182/18 187/10 194/22 195/9
195/21 196/2 196/10 197/9
198/5 199/18 205/6 205/8
212/19 217/15 223/21 225/10
226/14 227/2 227/15 231/24
232/9 235/11 235/14
**become [5]** 21/6 41/6 43/8
101/18 230/16
**becoming [1]** 133/8
**bedroom [2]** 119/25 134/22
**been [119]** 11/2 15/20 18/11
22/7 22/18 23/15 23/25 24/2
25/18 26/8 26/22 28/23 29/17
29/18 29/20 29/21 30/5 30/9
30/23 31/8 33/17 34/5 35/1
35/20 35/21 36/22 36/23
36/23 36/25 37/2 37/22 38/5
39/20 40/7 41/3 42/5 42/24
45/11 45/21 45/24 46/5 46/12
47/13 48/16 49/10 50/17
51/16 52/25 55/20 56/25 58/2
59/13 59/15 63/4 63/9 63/13
63/17 64/12 64/17 65/2 65/11
66/7 66/7 66/8 68/23 69/25
69/25 70/13 70/14 80/3 82/14
82/24 84/11 85/23 86/18 87/6
95/19 96/4 97/21 98/17 98/25
99/2 102/15 112/1 112/12
114/10 114/15 117/19 124/15
131/6 132/18 132/22 138/3
143/17 146/14 150/10 151/15

**B**

**been... [22]**   153/24 159/18 167/4 177/20 178/15 179/2 181/20 184/25 191/21 196/1 201/15 203/6 207/15 207/15 210/21 215/7 218/13 223/23 228/10 232/5 232/6 236/13
**Beesley [6]**   6/16 6/19 21/22 137/10 237/6 237/7
**before [38]**   1/11 8/24 11/2 37/25 38/5 38/7 57/25 58/18 66/21 73/14 80/22 92/6 93/17 100/6 102/13 116/20 118/14 131/4 134/8 135/25 158/2 158/21 159/16 168/25 171/8 173/2 180/21 184/7 185/14 208/9 208/25 213/24 215/23 216/4 226/8 227/16 231/13 233/3
**beforehand [1]**   81/6
**befriended [1]**   112/2
**began [1]**   205/5
**begin [5]**   9/1 20/17 74/8 116/9 240/13
**beginning [15]**   14/20 30/14 54/4 69/17 72/25 74/14 75/16 76/1 105/12 112/12 207/5 207/6 207/9 207/14 239/16
**begins [1]**   220/17
**behalf [3]**   3/8 3/12 8/16
**behavior [1]**   94/7
**behind [21]**   32/25 89/24 135/19 136/15 136/17 139/13 177/16 177/16 177/24 177/25 178/1 178/4 178/6 179/13 179/14 181/25 197/7 197/8 198/5 227/8 240/18
**beige [2]**   139/17 147/21
**being [35]**   13/7 24/16 27/25 29/12 35/4 42/9 47/13 47/20 47/22 47/24 62/6 63/15 65/14 69/13 84/21 98/16 98/19 110/1 117/10 123/12 124/4 126/1 130/1 133/1 133/5 133/9 134/2 136/4 159/7 172/20 197/15 234/5 235/12 236/3 239/8
**beliefs [2]**   66/15 77/20
**believability [1]**   115/3
**believe [52]**   13/25 17/20 37/3 38/12 39/16 48/3 50/5 52/4 62/20 69/6 70/4 70/6 75/2 78/11 79/16 90/5 100/20 101/7 102/4 102/6 113/9 114/19 114/19 114/20 126/15 142/13 157/2 158/12 159/9 163/16 167/14 168/12 168/24 170/4 170/5 170/9 180/24 187/6 187/7 187/9 188/8 188/10 189/25 192/7 192/15 195/23 196/11 217/8 235/5 235/10 237/23 239/6
**believed [1]**   130/15
**Belle [1]**   32/1
**belly [1]**   198/6
**belong [1]**   191/5
**belonging [1]**   130/14

**belongs [2]**   49/16 185/21
**below [1]**   151/20
**benches [1]**   13/5
**best [5]**   41/24 96/6 194/18 194/22 207/25
**better [4]**   9/13 122/8 148/2 221/1
**between [18]**   12/12 73/9 103/16 104/25 125/21 128/1 133/2 140/25 157/25 159/7 180/6 183/15 196/1 199/17 209/1 219/1 234/3 239/6
**beyond [10]**   16/10 19/4 80/25 84/23 84/25 94/5 115/20 129/15 131/7 143/16
**bias [6]**   30/4 30/7 30/16 55/13 55/14 114/25
**biased [3]**   53/22 74/12 79/18 185/17
**bicycle [3]**   151/20 181/13 185/17
**bicycles [6]**   135/17 151/9 183/8 183/11 185/8 203/14
**big [7]**   9/16 30/6 48/1 122/16 162/3 177/14 240/2
**bigger [3]**   134/21 147/4 224/17
**billbopopup [1]**   121/15
**bills [1]**   140/7
**bin [1]**   163/2
**biology [2]**   202/6 202/7
**birth [1]**   121/12
**birthday [3]**   68/12 240/4 240/7
**birthdays [1]**   96/3
**bit [21]**   12/5 20/1 23/2 26/2 47/18 49/12 49/13 49/16 49/17 64/23 76/6 81/14 87/12 88/23 93/21 150/12 159/6 220/25 226/13 226/23 233/22
**black [4]**   53/20 53/21 77/7 204/17
**blade [5]**   120/2 120/23 141/20 142/13 199/19
**blank [1]**   217/22
**blocks [3]**   134/23 136/16 196/12
**blog [1]**   21/2
**blogs [1]**   20/10
**blood [2]**   127/5 202/14
**blowing [2]**   127/14 127/15
**blue [7]**   42/14 136/25 145/22 152/14 207/16 207/10 221/11
**blueberries [2]**   224/14 225/22
**blunt [1]**   141/15
**board [1]**   61/5
**boarding [1]**   55/22
**boating [5]**   23/10 29/1 29/3 29/4 61/16
**boats [1]**   23/11
**Boca [12]**   22/19 25/3 25/18 26/8 34/16 35/16 35/17 35/21 46/14 49/24 67/9 67/14
**body [9]**   159/18 167/14 167/16 168/12 168/14 169/4 185/16 185/17 199/20
**bond [1]**   96/2
**BOONE [100]**   1/7 3/5 3/12 4/1

4/2 4/5 7/4 7/11 7/11 8/14 8/25 10/6 10/11 14/14 14/18 15/5 15/7 15/13 15/18 16/1 76/24 89/15 91/12 92/8 94/1 94/19 95/9 96/21 98/15 119/8 119/21 119/23 121/7 121/7 121/10 121/11 121/14 121/15 121/19 121/25 122/7 122/11 122/17 122/18 122/19 123/3 123/4 123/9 124/4 124/22 125/11 126/1 126/16 127/9 127/17 129/16 130/2 130/5 130/19 136/13 137/5 137/9 139/9 139/18 148/18 165/4 165/6 175/2 180/13 181/2 182/23 183/14 184/6 184/16 184/23 185/8 185/11 186/14 187/13 188/9 191/7 192/6 192/13 193/7 196/17 196/18 196/21 196/23 197/1 197/5 197/25 198/2 198/16 199/16 199/18 199/21 200/11 233/12 234/2 235/7
**Boone's [5]**   96/9 128/5 128/7 129/7 188/2
**borderline [1]**   223/1
**both [28]**   20/2 24/7 24/9 36/1 37/8 37/8 41/14 73/25 77/2 78/9 80/23 90/22 91/17 94/8 94/12 94/23 144/2 147/22 149/1 178/2 197/4 199/17 202/25 208/1 208/21 212/23 220/5 225/16
**bother [1]**   94/20
**bottle [4]**   118/25 146/4 160/18 163/1
**bottom [6]**   146/5 160/4 210/3 210/3 210/5 211/6
**bought [2]**   122/7 172/14
**Boulevard [1]**   1/20
**box [18]**   7/25 186/11 204/3 204/16 204/16 204/17 208/19 208/20 208/24 209/3 210/12 210/14 210/14 210/23 211/3 211/9 228/5 228/12
**boxes [3]**   208/15 208/15 208/18
**boy [1]**   6/18
**boyfriend [1]**   65/2
**Boynton [4]**   23/15 25/2 28/23 51/16
**boys [2]**   35/22 70/15
**breach [1]**   183/7
**breached [1]**   184/6
**breacher [1]**   183/6
**break [20]**   13/1 13/2 42/5 63/14 72/19 72/20 72/21 110/16 112/11 116/23 150/14 156/11 156/15 164/10 166/5 182/17 182/19 184/20 229/15 237/21
**break-ins [1]**   63/14
**breaking [6]**   42/6 156/14 164/6 182/20 229/14 233/11
**breaks [2]**   178/23 235/2
**brief [12]**   7/6 13/25 14/1 43/7 73/19 99/16 100/2 100/17 180/7 180/18 196/3

**B**

**brief... [1]**  201/18
**briefing [1]**  195/8
**briefly [3]**  59/5 193/18
229/8
**bring [19]**  4/7 7/5 73/11
73/23 80/18 81/18 99/23
110/13 110/18 118/25 124/18
152/21 152/21 158/18 158/25
166/20 207/12 232/23 233/14
**bringing [2]**  89/4 239/15
**brings [15]**  104/25 105/5
105/16 105/23 106/12 106/18
106/24 107/5 107/14 107/23
108/9 108/14 108/18 108/22
109/1
**Broadway [1]**  196/12
**broken [2]**  42/12 190/2
**brother [23]**  32/11 32/12
41/14 47/3 51/21 52/8 60/2
60/6 60/11 62/14 62/20 63/18
68/1 76/11 76/19 83/7 83/8
85/24 86/1 87/7 87/22 90/6
121/17
**brother's [1]**  75/22
**brother-in-law [1]**  41/14
**brought [6]**  3/13 115/9
170/19 171/4 220/8 232/21
**Broward [3]**  1/20 50/2 50/6
**brown [1]**  162/24
**Bud [1]**  121/17
**buddy [1]**  227/5
**budget [2]**  57/11 57/12
**building [19]**  26/25 134/17
135/9 135/11 136/16 140/1
147/5 147/21 148/2 149/2
149/6 149/6 149/18 149/25
151/7 181/9 182/13 182/19
182/20
**bullet [1]**  226/21
**bulletproof [2]**  225/19 227/7
**bullets [1]**  128/17
**bunch [2]**  31/12 192/20
**burden [9]**  16/8 16/9 19/2
84/23 89/9 94/4 94/18 115/13
115/14
**burglarized [3]**  43/20 43/24
47/4
**burn [1]**  226/22
**burned [1]**  226/23
**bus [1]**  196/9
**business [6]**  28/22 30/25
34/20 59/17 60/19 189/2
**busy [1]**  69/13
**Butterball [4]**  121/17 121/24
122/3 122/4
**button [4]**  118/19 118/19
136/25 218/23
**butylone [5]**  15/1 15/10
121/3 121/22 165/11
**buy [16]**  122/17 124/18
125/11 125/13 125/14 130/11
171/25 172/2 172/7 172/9
172/10 172/13 172/24 174/21
175/6 175/13
**buyer [1]**  130/20
**buys [6]**  124/11 124/12 134/9

171/17 172/21 176/2

**C**

**C-H-A-V-E-S [1]**  132/3
**cabinet [2]**  146/3 160/18
**cake [1]**  46/4
**caliber [1]**  226/11
**call [14]**  90/2 110/18 110/22
112/5 124/23 131/13 183/25
190/25 197/3 200/20 201/13
224/13 238/25 239/3
**called [14]**  11/17 14/10
14/12 21/17 38/6 113/6
124/13 127/23 136/4
152/14 164/25 213/15 238/1
**calling [4]**  13/14 121/12
149/6 196/24
**calls [5]**  127/15 131/14
197/23 200/21 204/6
**cam [4]**  167/14 167/16 168/14
169/4
**came [15]**  22/8 84/19 139/8
139/9 139/18 156/2 156/15
158/11 168/25 174/20 195/13
195/14 195/14 200/5 226/5
**camera [8]**  137/17 159/18
168/12 168/25 205/9 208/6
208/6 208/9
**Campbell [3]**  21/22 238/3
238/4
**can [167]**  4/4 4/19 8/12 9/13
9/19 12/6 13/5 13/17 14/1
14/22 16/21 19/12 22/16
22/17 23/8 32/22 33/4 34/8
36/14 36/19 48/10 48/11 53/8
53/17 54/3 54/7 58/22 62/10
64/6 64/7 69/10 69/13 69/17
69/22 71/24 72/9 72/10 72/16
72/24 73/2 74/6 80/19 81/3
81/11 82/1 84/6 86/3 86/21
93/5 94/7 95/4 95/5 95/11
97/1 98/7 99/8 100/1 102/20
110/18 111/11 112/18 112/24
112/25 113/1 113/1 114/1
116/24 116/25 117/25 118/19
122/8 124/16 129/3 129/5
129/17 130/20 131/13 132/10
135/8 136/23 139/9 141/13
141/17 143/5 143/14 143/19
144/25 146/21 147/20 147/22
148/2 149/12 149/15 149/15
149/18 150/18 151/12 151/14
155/12 156/10 158/14 160/6
160/19 161/15 161/25 163/21
165/2 165/21 166/25 167/18
168/21 169/24 171/25 172/2
184/11 186/13 187/24 189/3
190/13 190/25 194/17 196/2
196/22 196/23 197/24 198/17
199/19 199/20 200/24 201/18
204/13 205/13 206/22 207/23
208/16 208/24 210/13 212/14
212/22 213/13 219/16 219/17
220/8 220/19 221/19 221/22
222/14 222/15 222/16 222/18
225/24 227/18 227/18 228/10
230/7 231/15 233/8 233/15
235/3 235/25 236/9 236/18

237/23 239/2 240/11 240/12
240/13
**can't [23]**  22/4 24/21 29/5
38/8 47/11 58/21 92/24 93/25
94/1 129/22 141/25 156/24
163/10 168/17 168/19 171/13
186/15 187/23 192/12 204/12
211/19 220/7 221/21
**cannister [10]**  224/13 224/15
224/15 225/5 225/7 225/13
225/22 225/25 226/18 226/18
**cannot [9]**  9/10 9/17 20/18
70/6 72/25 114/7 114/7
115/17 123/6
**caps [2]**  121/21 122/13
**capsule [1]**  162/15
**capsules [26]**  120/15 120/15
120/18 120/22 122/24 141/14
142/6 142/7 144/25 145/2
153/1 154/2 154/10 155/20
155/21 155/23 155/25 156/1
156/2 156/5 157/14 157/15
158/12 158/20 161/23 165/8
**capturing [1]**  11/12
**car [9]**  10/10 37/1 68/17
84/19 159/16 168/23 184/15
196/8 216/9
**card [3]**  189/4 189/8 189/9
**cardboard [2]**  210/14 210/23
**care [4]**  63/12 64/15 67/6
71/20
**career [5]**  26/2 30/25 42/22
71/6 202/2
**carefully [4]**  9/5 9/6 21/20
48/2
**Caribbean [1]**  26/7
**Carolina [2]**  34/20 35/16
**Caroline [1]**  35/15
**carry [1]**  195/16
**carrying [7]**  113/5 123/11
126/7 130/21 195/14 195/15
197/4
**carryover [1]**  96/22
**cars [1]**  195/13
**case [193]**  1/3 3/5 3/9 8/23
8/24 8/25 9/7 9/8 11/23 12/7
12/22 13/8 14/10 14/11 14/17
14/24 16/8 16/13 17/21 17/23
18/2 18/3 18/13 18/14 19/18
19/24 20/3 20/4 20/7 20/8
20/8 20/11 20/12 20/16 20/17
20/18 20/19 20/22 20/24
20/25 21/14 24/8 24/16 27/16
27/23 28/1 29/14 30/3 32/20
35/4 36/15 36/16 36/17 37/17
38/11 38/14 40/20 40/23
41/23 42/11 42/19 43/19
43/25 44/8 47/7 47/12 49/15
52/2 52/3 52/6 52/7 53/15
54/19 55/7 55/9 55/13 55/15
56/3 56/14 56/18 58/14 62/5
62/8 62/8 62/22 65/6 69/24
70/2 72/8 72/8 73/2 80/22
83/6 83/7 83/11 83/13 83/14
84/4 84/6 84/23 84/24 85/1
85/3 86/3 86/24 87/24 87/24
88/24 89/3 89/7 89/9 89/11
90/19 92/19 93/3 93/19 93/23

**C**

**case... [76]**  94/19 95/13 96/10 96/18 97/4 97/8 97/13 97/20 98/10 98/11 98/19 99/9 99/17 99/23 101/13 101/21 101/25 102/6 102/8 102/11 102/12 102/23 102/24 111/19 111/22 111/23 111/24 112/3 112/5 112/23 113/17 114/12 114/25 115/5 115/6 115/7 115/14 116/1 116/16 117/1 119/7 127/24 129/14 131/4 131/7 134/12 159/20 164/12 165/1 166/9 166/11 169/22 169/24 178/12 178/22 195/9 202/16 208/14 208/20 208/25 209/2 209/25 210/4 210/12 221/11 227/5 231/25 232/3 232/7 232/13 234/16 234/21 234/22 235/12 236/10 240/15
**cases [6]**  24/9 101/17 132/25 201/24 223/3 234/25
**cash [4]**  126/19 151/19 151/22 189/4
**casing [3]**  225/10 225/14 226/22
**casings [1]**  84/20
**catch [1]**  47/19
**caught [1]**  131/3
**cause [31]**  63/15 74/1 74/16 74/22 75/6 75/12 76/1 76/9 77/17 77/24 78/6 78/8 78/19 78/23 79/1 79/15 79/23 79/25 96/20 97/22 97/25 100/9 100/11 100/18 100/24 101/4 101/9 103/4 103/8 104/24 176/3
**causes [1]**  221/11
**caution [2]**  227/25 236/5
**cell [22]**  20/20 20/25 121/4 121/5 121/7 121/8 121/9 121/10 121/11 121/18 122/19 127/7 127/11 141/6 141/7 145/8 145/10 145/15 145/22 157/23 157/25 204/24
**cells [7]**  129/1 129/8 212/18 212/19 213/9 214/2 214/4
**center [2]**  67/5 205/3
**certain [11]**  13/19 14/19 16/24 38/10 70/2 113/12 127/21 132/14 150/13 154/1 164/24
**certainly [1]**  131/1
**certify [1]**  241/5
**chain [12]**  113/6 217/23 218/12 219/7 234/14 235/3 235/8 235/11 235/15 235/21 235/24 237/21
**chained [1]**  42/15
**chairs [4]**  4/8 8/12 13/4 13/6
**challenge [2]**  74/1 103/4
**challenges [7]**  78/8 100/9 100/11 100/19 103/8 104/25 194/14
**challenging [1]**  31/4
**chamber [9]**  120/9 120/13

160/12 202/25 209/22 220/15 224/24 225/3 228/22
**chance [2]**  36/9 73/24
**change [10]**  36/9 71/6 92/5 92/21 98/9 98/12 98/18 162/12 195/16 227/11
**changed [7]**  67/1 91/10 91/11 91/20 158/21 208/8 208/9
**changes [1]**  196/10
**changing [2]**  162/10 208/25
**character [1]**  96/4
**characteristics [2]**  122/21 235/13
**characters [1]**  88/25
**charge [8]**  14/14 16/6 16/12 16/12 60/1 60/2 60/3 92/24
**charge and [1]**  16/12
**charged [12]**  16/11 19/4 57/24 58/2 66/8 87/11 91/25 91/25 92/5 93/9 112/19 123/9
**charges [10]**  14/11 14/12 38/2 57/25 58/4 58/5 58/6 60/5 64/19 66/24
**Charleston [1]**  35/15
**Charlotte [1]**  34/20
**chart [3]**  4/9 7/14 111/16
**CHASE [3]**  1/16 3/9 9/25
**CHAVES [12]**  2/2 6/2 21/23 131/15 131/24 132/3 132/6 140/5 151/3 161/20 165/16 193/22
**Chavez [1]**  6/8
**checks [1]**  163/15
**cheese [1]**  212/17
**chemical [1]**  235/20
**chemicals [1]**  128/25
**chest [1]**  226/23
**child [14]**  28/17 44/14 54/13 54/14 54/16 54/17 55/5 55/9 55/21 62/14 63/23 79/16 84/18 196/9
**childhood [1]**  67/4
**children [26]**  23/17 25/20 26/23 28/24 32/3 34/18 35/22 38/21 39/4 43/16 46/16 49/23 50/1 50/18 51/17 54/10 59/17 59/19 60/21 61/15 65/12 65/19 67/9 92/14 92/19 96/3
**choice [1]**  115/18
**choose [5]**  16/24 111/24 113/9 115/16 118/1
**chose [1]**  189/11
**chosen [1]**  43/20
**church [3]**  23/22 49/5 57/3
**churches [1]**  68/12
**CI [4]**  124/13 173/4 174/1 192/18
**CID [1]**  195/22
**Ciravolo [3]**  21/23 239/1 239/22
**Circuit [7]**  234/14 234/16 234/22 234/23 234/24 235/12 235/18
**Circuit case [1]**  235/12
**circular [1]**  206/10
**circumstances [5]**  39/10 40/19 47/2 59/25 113/7
**circumstances of [1]**  39/10

**circumstantial [1]**  113/6
**circumstantial evidence [1]**  113/6
**citation [1]**  234/17
**cite [1]**  234/16
**cited [1]**  168/11
**citizen [2]**  13/11 14/6
**citizens [1]**  13/13
**citizenship [1]**  13/11
**city [4]**  25/2 67/9 67/14 133/13
**civic [2]**  13/23 13/24
**civil [5]**  13/22 13/24 24/8 41/4 41/11
**claim [1]**  130/19
**clarification [1]**  198/15
**clarified [1]**  200/1
**clarify [6]**  83/18 139/24 198/17 198/19 199/25 222/4
**classes [2]**  25/25 202/15
**classic [1]**  51/17
**clay [1]**  51/6
**clays [1]**  50/19
**clean [3]**  92/9 115/12 214/11
**cleaning [2]**  48/25 49/1
**clear [12]**  8/3 24/3 24/12 25/24 83/13 90/13 90/15 101/25 140/25 160/11 216/19 216/20
**cleared [1]**  83/15
**clearer [1]**  29/2
**clearly [15]**  9/10 9/11 9/16 9/18 11/7 11/10 23/3 25/1 30/6 31/14 54/7 80/16 143/13 166/25 167/20
**Clerk [1]**  79/2
**Clerk's [1]**  39/24
**client [2]**  74/24 126/14
**clients [1]**  99/20
**clinical [1]**  50/1
**close [24]**  23/24 24/1 27/4 27/13 28/9 33/5 33/18 34/25 38/20 48/16 50/4 75/19 82/14 84/11 85/22 86/18 87/5 91/5 119/22 122/1 132/10 133/3 136/3 236/7
**closed [5]**  31/13 31/15 182/18 235/6 236/13
**closely [1]**  16/25
**closer [5]**  59/18 183/14 185/16 190/17 218/18
**closest [1]**  53/9
**closeup [4]**  143/5 148/1 151/5 151/18
**closing [3]**  113/16 116/19 235/4
**clothing [1]**  136/24
**co [1]**  93/22
**co-jurors [1]**  93/22
**coach [1]**  70/18
**coached [1]**  35/16
**coaching [1]**  53/2
**coats [1]**  226/20
**cocaine [26]**  15/1 15/9 120/20 120/20 120/22 121/22 122/24 152/6 152/9 152/13 153/5 153/8 154/7 154/8 156/21 157/20 158/14 161/21

**C**

**cocaine... [8]** 161/21 163/24 163/25 165/12 169/11 173/17 175/14 175/17
**Cohen [3]** 21/24 238/13 238/14
**collect [5]** 140/8 146/6 201/21 205/15 218/21
**collected [4]** 164/12 189/6 217/15 218/22
**collecting [2]** 50/19 127/14
**collection [1]** 217/17
**college [3]** 54/15 63/21 79/16
**color [8]** 147/19 147/21 147/21 149/17 160/20 160/20 220/24 221/11
**colored [5]** 121/1 153/9 153/12 221/3 221/10
**combination [1]** 128/23
**come [44]** 7/20 12/13 12/17 16/17 18/19 21/16 23/19 27/12 69/17 71/20 72/2 72/23 90/22 110/23 112/24 125/25 127/25 128/4 128/15 129/18 130/21 163/12 166/7 166/15 169/22 184/12 184/13 184/22 186/5 187/18 187/23 187/25 194/17 194/22 195/22 209/16 216/11 222/7 226/7 226/22 229/16 233/3 234/1 240/18
**comes [11]** 4/1 12/18 13/20 30/19 116/11 153/18 196/7 210/2 214/14 222/7 224/3
**comfort [1]** 99/3
**comfortable [8]** 13/4 13/6 31/13 31/15 47/20 47/22 59/1 99/8
**coming [30]** 8/11 10/19 10/21 23/11 52/6 60/19 132/20 135/17 135/17 135/18 138/9 177/23 178/2 178/15 179/3 179/8 180/20 181/24 182/16 183/16 188/15 192/24 195/3 205/8 212/18 218/14 222/21 235/2 235/6 239/7
**comments [1]** 11/14
**commerce [1]** 15/19
**common [7]** 16/16 16/20 17/17 17/18 92/24 92/25 94/10
**commonly [4]** 15/15 16/2 120/6 152/15
**communicate [4]** 20/23 20/25 117/3 117/8
**communicating [2]** 117/16 121/16
**communications [3]** 73/9 117/17 117/18
**community [5]** 26/22 45/11 54/9 61/13 61/16
**company [13]** 23/10 23/21 26/24 28/14 38/21 54/1 54/6 55/19 59/21 61/12 61/15 64/14 227/10
**comparison [1]** 128/1
**compatriot [1]** 130/19
**complained [1]** 235/19
**completed [1]** 202/7
**completely [2]** 111/13 163/6
**compliance [1]** 68/24
**comport [2]** 74/21 75/5
**computer [6]** 3/2 3/24 49/25 118/11 129/1 217/10
**concentrate [1]** 71/22
**concentration [1]** 202/7
**concern [4]** 64/1 96/20 176/19 200/9
**concerned [6]** 47/13 49/14 95/9 96/10 97/3 113/8
**concerning [1]** 234/2
**conclude [6]** 12/10 12/16 100/1 230/8 231/21 240/15
**concludes [1]** 166/1
**conclusion [2]** 112/3 158/12
**conditions [1]** 31/8
**conducent [1]** 224/4
**conduct [7]** 20/2 20/7 135/11 137/16 166/11 202/20 232/4
**conducted [1]** 119/16
**conducting [1]** 193/7
**confer [1]** 237/19
**conference [1]** 100/6
**conferences [3]** 4/3 8/15 8/15
**confidential [12]** 124/13 124/14 125/10 125/21 134/9 171/19 172/1 173/20 174/20 175/8 175/13 175/17
**confines [1]** 20/13
**confirmed [2]** 120/16 121/3
**confirming [1]** 121/11
**conflict [1]** 240/16
**confusing [1]** 87/13
**confusion [1]** 87/21
**Connecticut [2]** 61/14 69/2
**connection [4]** 169/25 171/16 171/21 173/12
**consequence [1]** 218/17
**consider [7]** 16/11 17/10 69/22 103/2 103/4 114/13 114/16
**considered [2]** 14/16 113/13
**considering [1]** 114/21
**conspiracy [2]** 124/1 124/9
**conspired [1]** 14/18
**constant [1]** 195/25
**constantly [1]** 162/10
**construction [4]** 25/5 28/14 34/20 70/16
**construed [1]** 113/13
**consult [1]** 20/9
**consultant [1]** 28/23
**consumer [1]** 52/24
**contact [9]** 99/19 117/11 117/12 139/8 139/10 139/18 191/12 191/18 192/7
**contain [1]** 214/23
**containers [1]** 157/15
**containing [2]** 165/8 165/11
**contains [4]** 123/3 165/8 165/10 165/12
**contaminated [1]** 163/2
**contamination [1]** 208/3
**content [1]** 160/25
**contents [2]** 155/25 192/9
**context [1]** 30/25
**continue [7]** 6/25 31/10 33/4 73/11 93/14 99/25 112/5
**continued [26]** 139/23 140/3 140/13 140/22 141/3 141/10 142/3 142/10 142/16 142/21 143/2 143/25 144/4 144/11 144/16 144/21 145/5 145/13 145/19 145/25 146/9 203/17 203/24 204/20 205/11 226/15
**continuous [1]** 216/6
**contradicted [1]** 115/1
**contributing [1]** 128/12
**contributory [1]** 128/18
**control [3]** 114/1 172/24 192/18
**controlled [17]** 14/23 15/2 120/17 120/21 121/3 124/2 124/11 124/12 126/17 165/9 165/11 165/13 171/21 171/25 176/2 211/16 211/19
**controlling [1]** 127/18
**convenient [1]** 229/14
**conversation [1]** 126/1
**conversations [2]** 91/17 125/21
**conversing [1]** 73/9
**converted [1]** 120/7
**convicted [4]** 15/20 91/25 98/16 123/5
**cook [1]** 43/16
**cooking [2]** 49/5 51/17
**copies [6]** 4/10 25/11 233/12 233/15 233/17 233/18
**copy [3]** 24/20 123/22 138/7
**corner [5]** 145/1 163/1 183/9 183/11 185/14
**corners [1]** 133/22
**corporate [2]** 29/11 70/12
**Corps [1]** 70/19
**correct [73]** 3/19 26/11 38/15 44/11 60/9 60/10 70/8 71/10 71/16 80/11 90/7 93/11 96/14 100/22 107/3 107/17 107/18 167/5 167/8 169/5 169/11 169/17 170/16 171/8 173/4 173/6 173/12 173/23 174/2 174/5 175/3 175/6 176/4 176/13 176/17 176/24 177/14 177/24 179/13 181/13 182/7 182/10 182/23 184/6 185/21 185/24 186/20 190/7 190/18 191/3 192/18 200/7 200/9 202/25 204/25 206/13 207/4 208/21 212/1 213/24 216/8 217/10 217/11 217/13 217/16 217/24 218/11 218/19 218/20 222/5 228/23 229/1 241/5
**correctly [2]** 79/4 224/24
**cost [1]** 42/22
**cottage [2]** 134/22 134/24
**cotton [1]** 214/10
**couched [1]** 30/16
**could [96]** 17/16 19/8 19/11 19/17 21/9 24/20 24/25 26/4 36/7 37/6 38/13 40/24 41/5 51/19 51/24 52/4 52/10 56/10

## C

**could...** [78]   62/8 64/22
66/15 68/5 72/18 72/20 72/23
74/15 75/2 75/17 75/23 76/18
76/22 77/6 77/8 78/14 79/12
80/1 80/2 81/23 82/20 83/18
84/13 84/14 85/4 86/23 87/22
87/23 88/3 88/9 92/5 92/5
95/3 96/6 97/7 100/8 101/22
102/2 102/6 102/10 102/14
102/25 103/1 111/15 118/25
133/23 134/19 139/15 139/24
145/21 147/17 148/14 151/4
158/20 161/14 168/2 177/9
179/5 182/12 184/1 194/7
199/12 204/9 204/12 207/13
208/1 210/22 212/2 212/11
221/6 222/13 223/24 224/12
229/6 232/11 233/6 233/21
240/5

**couldn't** [5]   75/23 77/14
79/8 79/17 199/13

**counsel** [28]   3/5 5/9 7/19
8/15 9/18 9/20 9/24 10/2
10/4 14/20 14/22 26/4 73/20
80/23 98/2 98/13 100/5
102/23 103/4 116/14 117/6
117/7 131/19 153/15 165/2
193/22 206/2 229/11

**counselor** [1]   67/6

**Count** [1]   123/25

**country** [7]   14/6 23/12 67/10
71/19 72/2 72/5 78/15

**counts** [3]   123/16 131/8
131/10

**County** [14]   23/18 32/11
32/18 38/19 39/25 43/6 50/2
50/6 59/14 59/15 63/19 71/4
71/7 135/3

**couple** [7]   35/16 45/14 63/14
63/19 88/22 97/17 98/23

**coupled** [1]   102/1

**courier** [1]   23/10

**course** [18]   20/20 23/4 30/11
55/9 64/7 77/14 101/12
111/25 119/11 124/7 124/20
129/17 169/13 179/19 193/3
202/2 202/8 202/15

**courses** [1]   202/13

**court** [59]   1/1 1/23 3/12
7/19 8/24 10/16 10/25 12/2
16/25 17/16 17/25 18/1 18/2
18/8 18/19 19/7 38/7 41/19
48/8 57/4 57/8 57/13 58/24
75/23 75/25 76/6 77/23 79/3
79/22 80/4 80/10 80/21 80/23
81/23 83/12 85/2 88/17 89/20
90/3 94/25 95/5 98/13 101/4
102/19 117/20 118/12 123/20
132/2 136/21 137/1 138/9
201/2 201/23 232/12 232/19
234/25 240/16 241/3 241/10

**Court's** [11]   17/24 18/5
18/13 74/21 75/5 75/13 75/14
75/16 77/5 97/7 101/22

**courthouse** [5]   8/20 51/3
68/18 113/5 232/6

**courtroom** [25]   8/17 9/16
10/16 10/18 10/20 10/24 11/2
11/13 13/21 16/17 19/6 20/6
20/14 30/6 30/12 51/5 69/18
73/4 73/10 73/18 81/20 100/4
110/21 111/21 112/8 112/24
116/3 118/6 119/2 131/20
166/17 166/21 232/25

**cousins** [2]   188/10 188/12

**cover** [1]   145/22

**COVID** [2]   31/7 31/9

**CPA** [1]   54/9

**CR** [3]   1/3 3/5 8/25

**crack** [23]   120/20 120/22
122/24 141/15 152/6 152/9
152/13 153/5 154/5 154/7
154/7 156/21 157/20 158/14
159/3 161/21 163/24 163/25
169/11 172/7 173/17 175/13
175/17

**crafting** [1]   67/11

**create** [1]   97/25

**creating** [3]   222/19 222/20
222/21

**credibility** [2]   48/4 115/5

**credit** [3]   189/4 189/7 189/8

**crime** [55]   6/3 15/14 15/20
19/3 23/25 24/1 33/5 33/19
33/19 36/22 36/22 36/23
36/25 37/3 39/20 40/7 40/7
42/1 42/5 42/10 44/21 45/21
45/24 48/14 57/6 57/17 61/20
61/24 62/14 64/18 66/7 82/15
82/17 82/24 84/11 85/6 85/23
86/19 87/6 87/11 90/23 92/4
92/19 93/1 125/3 137/17
137/21 140/8 140/10 201/12
201/19 201/25 211/20 216/10
216/12

**crime-ridden** [2]   85/6 125/3

**crimes** [7]   48/17 53/3 75/19
92/4 112/19 133/15 133/23

**criminal** [39]   10/8 23/23
24/7 29/8 30/23 30/24 31/1
32/6 33/17 34/24 36/24 38/23
39/21 41/12 41/14 41/22
46/20 53/18 56/17 57/8 57/23
60/23 61/8 61/18 66/1 66/8
66/12 66/16 67/21 76/12
77/19 91/3 91/6 91/20 112/13
115/6 115/7 134/7 194/16

**crisis** [1]   67/6

**critical** [1]   69/9

**critically** [1]   232/15

**cross** [13]   2/4 116/15 116/18
128/20 166/2 166/15 166/25
167/2 193/17 196/18 208/3
237/2 237/9

**cross-examination** [7]   128/20
166/2 166/15 166/25 167/2
193/17 196/18

**cross-examine** [2]   116/15
116/18

**crossfire** [1]   194/19

**cruise** [3]   23/11 23/12 26/7

**CSI** [6]   141/8 201/13 201/15
216/11 237/14 239/6

**Cuh** [3]   121/16 122/11 122/13

**cup** [1]   141/16

**curiosity** [4]   94/14 94/14
94/24 94/25

**curious** [1]   232/16

**currency** [11]   119/23 120/23
122/25 140/6 142/23 150/1
151/9 191/2 191/23 192/2
203/13

**current** [3]   28/13 47/19 57/2

**currently** [11]   11/24 28/16
28/17 28/22 38/19 44/13
44/21 60/18 61/2 68/25 201/9

**cushion** [3]   141/1 157/25
165/21

**custody** [11]   63/20 216/3
218/13 219/8 234/15 235/3
235/8 235/11 235/15 235/21
235/24

**cut** [2]   32/14 122/10

**cyber** [3]   32/5 35/19 46/15

## D

**dad** [1]   83/2

**Dakota** [1]   87/16

**damaged** [1]   42/13

**Damon** [2]   22/1 238/24

**dancer** [2]   26/7 26/9

**dancing** [2]   26/15 26/16

**dangerous** [1]   158/14

**darker** [1]   220/25

**DARSCH** [7]   1/15 2/3 2/5 2/8
3/8 9/23 118/13

**date** [14]   121/12 122/2 124/5
170/4 170/6 171/4 178/11
179/2 216/25 217/14 217/15
217/21 218/10 241/8

**dates** [3]   168/13 168/20
218/22

**dating** [1]   234/22

**daughter** [16]   23/20 23/23
24/13 26/23 29/18 29/21
34/21 35/6 35/12 44/5 49/3
50/1 59/20 63/11 68/14 68/16

**daughters** [2]   68/11 69/2

**day** [43]   12/18 12/18 12/20
13/6 28/16 71/20 90/22 90/22
119/15 122/12 126/12 133/15
133/17 134/14 170/23 173/18
175/14 177/18 178/18 179/20
179/21 179/22 180/3 180/11
181/3 181/4 181/21 181/24
182/16 189/24 191/12 192/6
192/13 216/3 217/5 219/2
232/5 232/6 237/15 237/16
237/23 239/7 239/18

**day-to-day** [1]   90/22

**days** [13]   10/19 12/9 12/24
14/3 63/20 99/4 99/4 99/4
129/23 173/2 193/3 193/5
231/23

**deal** [4]   39/11 125/7 125/15
169/19

**dealer** [5]   126/18 127/2
127/4 127/6 130/25

**dealers** [2]   125/4 127/5

**dealership** [1]   10/10

**dealing** [2]   171/2 171/5

**deals** [3]   35/6 124/16 192/18

**D**

**dear [1]** 101/18
**death [2]** 101/14 102/21
**debriefing [6]** 194/2 194/5
194/8 195/7 195/18 196/4
**deceased [2]** 60/11 60/12
**decide [9]** 17/19 18/3 20/4
20/12 112/17 112/23 114/18
116/1 116/21
**deciding [1]** 114/12
**decision [2]** 12/6 19/1
**decorations [1]** 68/13
**decorator [1]** 46/4
**deem [2]** 4/11 18/7
**defendant [25]** 1/9 1/19
14/14 14/18 17/7 81/8 91/20
96/10 112/18 113/22 113/24
115/8 115/9 115/11 115/14
115/16 116/15 116/16 119/8
119/21 137/3 139/9 139/10
165/4 165/5
**Defendant's [4]** 19/3 106/11
115/17 115/19
**defense [63]** 3/16 4/15 5/13
5/22 5/24 10/5 10/8 10/14
41/15 73/13 74/10 75/3 75/10
75/20 76/14 77/11 77/21 78/4
78/18 79/1 79/14 79/24 83/2
88/16 89/1 89/4 89/11 94/17
101/2 101/8 102/20 103/11
103/21 104/3 104/11 104/14
105/2 105/8 105/12 105/13
105/24 106/6 106/9 106/15
106/19 107/1 107/6 107/16
108/1 108/10 108/19 109/2
109/14 109/18 110/5 116/11
117/6 123/19 150/10 206/2
235/3 235/23 236/17
**Defense's [7]** 104/5 105/4
105/15 105/22 107/4 108/21
109/21
**definitely [2]** 69/13 93/12
**definitions [1]** 16/6
**delay [1]** 235/8
**deliberate [7]** 16/23 18/17
20/15 20/17 48/8 117/15
155/12
**deliberates [1]** 240/20
**deliberating [1]** 17/4
**deliberations [2]** 21/13
123/22
**delivered [1]** 175/17
**Delray [1]** 41/10
**den [2]** 191/23 191/25
**denominations [4]** 119/24
140/6 151/22 203/14
**dens [1]** 186/4
**department [21]** 6/3 6/4
26/20 67/14 70/12 71/8
125/19 132/8 132/13 132/19
152/22 172/2 172/18 172/22
201/10 201/16 201/23 202/9
211/14 224/11 229/3
**depend [1]** 208/24
**depending [4]** 14/8 152/23
221/19 226/11
**depends [1]** 12/12

**depict [5]** 88/15 147/7
148/4 149/5 150/2
**depicted [2]** 175/10 175/22
**deposit [1]** 185/8
**deposited [2]** 129/22 223/19
**depositing [1]** 214/1
**deputy [6]** 10/20 23/17 23/24
24/14 43/18 50/2
**descent [3]** 76/24 76/25
77/13
**descent I'd [1]** 76/25
**describe [4]** 134/19 136/23
145/21 179/23
**described [3]** 148/4 150/3
151/23
**describing [1]** 162/4
**description [1]** 201/18
**deserves [1]** 113/11
**design [1]** 50/16
**designed [1]** 221/9
**despite [4]** 70/2 84/2 86/23
87/22
**destinations [1]** 69/11
**detail [3]** 83/16 222/17
222/19
**detailed [1]** 112/15
**details [3]** 33/8 82/20 84/15
**detain [8]** 136/19 197/8
197/22 197/25 198/2 198/24
199/2 199/6
**detained [8]** 119/21 137/9
148/18 196/18 196/21 196/22
197/1 197/14
**detaining [2]** 137/5 196/17
**detective [23]** 6/2 21/22
21/23 125/8 131/14 132/6
132/9 132/13 132/22 133/5
133/8 140/5 151/3 161/20
165/16 167/4 168/2 179/12
180/25 183/25 193/22 195/23
200/5
**detectives [5]** 133/3 180/22
195/11 195/22 195/23
**determination [3]** 5/7 47/24
222/24
**determine [9]** 11/22 17/22
17/24 112/18 174/23 186/10
222/6 222/9 232/12
**determined [3]** 13/13 120/20
174/4
**determining [1]** 115/4
**devastating [1]** 96/5
**develop [1]** 221/22
**developing [2]** 223/16 223/18
**development [1]** 202/14
**devices [1]** 117/14
**dialect [1]** 76/17
**dictionaries [1]** 20/9
**did [181]** 3/20 4/21 4/24
23/11 23/12 24/7 26/1 29/24
32/14 34/25 38/23 38/23 39/6
40/13 40/25 41/4 42/2 43/7
45/2 45/4 51/6 56/18 60/3
60/13 60/23 60/24 61/8 66/16
66/21 67/13 72/1 74/13 76/5
76/18 76/19 79/11 80/2 84/18
85/13 90/10 95/24 95/24
102/9 102/21 111/12 113/24

125/10 126/11 128/14 133/5
133/7 133/19 133/25 134/16
134/18 135/11 135/13 135/14
135/24 136/6 136/10 136/14
136/17 136/19 136/20 137/5
137/7 137/16 137/17 137/23
138/9 138/13 138/14 140/8
140/9 141/7 141/8 145/2
145/3 146/6 146/7 150/15
150/16 152/3 152/5 152/8
152/11 153/3 153/7 153/10
153/12 158/2 158/5 159/20
160/21 161/1 164/13 170/5
171/16 171/18 173/14 173/14
174/23 175/2 175/13 175/18
175/19 175/20 177/5 177/10
178/8 180/5 180/13 180/18
181/23 182/12 182/16 182/25
182/25 185/5 186/1 186/22
187/14 187/25 188/14 190/3
191/5 191/12 192/6 192/10
192/15 192/18 193/7 196/16
196/16 197/11 197/21 197/22
199/4 202/20 202/23 203/1
203/4 205/15 205/16 206/9
206/12 207/6 208/20 209/4
209/6 209/7 209/18 210/11
211/9 211/11 214/7 215/1
215/3 216/6 216/9 218/20
219/25 220/2 221/11 222/1
223/23 224/1 224/7 227/5
227/7 227/10 227/10 227/14
228/4 228/6 228/24 230/10
230/12 230/17 240/17
**didn't [21]** 5/6 42/13 42/22
113/23 130/6 130/7 154/4
162/13 172/19 178/24 179/1
179/8 181/9 182/2 182/17
183/7 191/1 192/8 210/17
219/5 233/13
**die [1]** 158/20
**dietician [1]** 51/15
**difference [2]** 113/8 211/6
**different [41]** 26/25 30/12
30/18 37/5 40/20 41/19 41/21
41/25 47/5 64/25 65/4 70/5
77/12 82/18 95/8 102/25
118/19 119/10 119/12 119/24
121/20 129/3 129/3 129/3
142/1 151/22 155/21 156/5
157/15 158/17 162/14 168/13
169/19 173/1 202/13 208/11
208/13 213/21 221/17 221/18
222/22
**differently [4]** 92/1 92/7
92/9 93/11
**difficult [3]** 58/20 90/1
128/10
**difficulties [2]** 31/7 38/6
**digital [4]** 120/2 120/22
144/25 155/6
**digits [2]** 212/20 213/5
**dinner [1]** 93/13
**dire [6]** 4/23 11/17 11/17
11/22 111/9 215/22
**direct [15]** 2/3 2/8 113/8
132/4 156/10 164/9 166/1
167/11 201/5 229/12 236/24

**D**

**direct... [4]**   237/8 239/21 239/23 240/1
**directed [2]**   172/20 184/25
**direction [2]**   95/11 171/6
**directions [1]**   178/2
**directly [1]**   195/11
**director [1]**   49/24
**disagree [4]**   18/24 78/16 89/12 94/8
**disaster [1]**   93/5
**disbelieve [2]**   17/20 113/9
**discharge [1]**   131/5
**disclose [1]**   232/9
**discovery [1]**   233/19
**discuss [15]**   20/15 20/18 99/17 111/23 111/24 112/1 112/3 113/17 117/1 118/1 131/21 166/9 166/14 232/3 233/2
**discussed [2]**   48/19 48/21
**discussing [1]**   20/17
**dislike [1]**   75/8
**DisneyWorld [1]**   68/12
**disorderly [1]**   63/18
**dispatch [1]**   163/14
**dispatcher [1]**   43/8
**disposed [1]**   159/9
**dispute [1]**   172/25
**disregard [1]**   114/11
**distance [1]**   226/3
**distaste [1]**   97/17
**distract [2]**   34/10 116/1
**distracting [1]**   99/5
**distribute [8]**   14/19 15/5 15/8 63/23 123/9 123/10 124/2 124/9
**distributing [1]**   121/19
**district [8]**   1/1 1/1 1/11 10/9 43/7 43/10 59/14 135/5
**distrust [7]**   52/5 52/7 52/11 53/18 76/12 77/15 86/4
**disturbing [1]**   125/2
**disturbingly [1]**   126/3
**diverted [1]**   205/5
**diving [1]**   35/24
**division [2]**   1/2 44/24
**divorced [6]**   26/23 44/4 49/3 57/1 65/19 69/2
**DNA [36]**   123/2 123/3 124/5 127/20 127/20 127/22 127/24 128/3 128/4 128/10 128/12 128/14 128/19 128/21 128/22 129/2 129/3 129/4 129/10 129/22 129/22 129/24 131/3 208/3 211/10 211/12 211/24 212/14 212/21 214/8 219/24 228/25 229/2 230/11 234/3 234/10
**do [238]**   3/15 4/25 6/7 6/10 6/17 7/16 8/5 8/7 8/11 12/11 13/14 13/16 13/16 19/10 20/12 21/11 22/14 22/17 23/15 23/23 24/4 25/19 25/20 25/21 30/15 32/6 36/10 36/13 38/12 40/15 41/24 42/13 42/22 43/16 44/7 47/9 47/18

48/10 50/22 50/15 50/20 51/22 52/1 52/5 52/10 57/4 59/19 59/19 62/3 62/7 68/6 68/13 69/5 69/6 69/15 71/17 71/22 72/24 72/25 74/2 74/4 75/1 81/4 81/13 84/25 85/4 86/22 87/8 87/11 87/14 87/17 88/8 89/6 89/11 90/8 91/23 92/2 92/4 92/13 92/16 92/18 92/21 93/13 97/3 97/13 98/15 100/5 100/7 100/10 101/7 103/5 103/18 110/13 111/24 112/22 115/24 116/1 116/2 117/15 117/21 118/1 122/12 123/21 124/15 126/18 127/10 129/17 132/14 132/15 134/6 134/6 136/11 136/21 136/22 138/4 138/5 140/5 140/15 140/24 141/12 142/12 142/18 142/22 143/4 143/21 145/15 146/2 146/25 147/1 147/25 148/23 148/24 149/22 149/23 155/12 159/20 162/14 163/3 163/10 163/14 163/15 164/13 167/16 168/18 169/14 169/16 170/10 171/10 171/18 172/20 172/23 173/11 174/7 174/20 177/20 179/19 180/21 181/20 184/9 186/1 187/4 187/6 187/7 187/9 187/21 188/1 188/24 188/25 189/5 190/14 190/24 191/7 191/20 192/23 198/2 198/5 198/7 198/23 199/6 200/12 201/13 202/11 202/12 203/4 207/10 207/21 208/12 208/23 209/8 209/11 209/14 209/15 210/8 210/16 213/6 213/9 213/11 214/12 215/9 215/10 215/25 216/25 217/12 219/1 219/13 219/14 220/22 221/1 221/4 222/6 222/8 222/23 223/6 223/16 223/18 224/19 224/21 224/25 225/8 227/19 230/10 230/25 231/1 231/5 232/9 233/2 233/10 233/15 233/18 233/21 235/10 237/20 238/4 238/9 238/14 238/18 238/21 239/6
**doctor [1]**   63/1
**document [3]**   14/12 168/14 201/19
**documentation [1]**   231/14
**documents [3]**   16/21 17/2 17/5
**does [42]**   11/10 17/25 28/25 34/3 35/12 40/3 43/19 46/18 58/22 68/11 71/5 74/10 88/5 89/11 94/5 97/22 98/12 98/18 111/12 116/12 123/8 127/3 129/24 130/18 136/2 138/15 138/17 144/18 147/7 148/4 149/5 150/2 168/9 174/15 183/17 184/4 184/22 189/13 189/16 191/10 198/8 213/24
**doesn't [13]**   5/4 5/7 12/17 73/4 89/8 118/16 187/19 190/5 192/1 219/5 223/16 223/17 223/21

**dog [1]**   196/9
**dogs [4]**   38/22 43/17 46/17 50/10
**doing [12]**   22/18 80/17 89/17 90/3 130/20 139/18 159/7 163/3 176/2 176/16 186/2 210/19
**dollars [2]**   27/12 191/3
**domestic [2]**   47/3 66/9
**don't [96]**   4/23 5/17 8/2 11/9 14/22 22/15 24/21 27/11 33/8 36/6 38/6 40/24 40/24 41/5 46/21 47/20 47/22 48/3 48/11 52/18 55/9 55/13 58/20 66/2 66/15 68/14 72/21 73/24 76/2 77/15 78/13 78/22 79/21 80/16 80/22 82/18 85/8 85/8 85/10 85/11 87/19 93/13 95/10 99/12 100/11 101/23 102/4 102/6 102/17 111/21 118/12 130/9 130/12 131/1 131/2 141/17 143/22 156/13 158/15 158/23 158/24 160/19 167/21 168/13 172/12 172/13 174/8 177/22 178/22 180/15 180/16 180/25 181/22 184/20 186/2 186/15 186/17 186/23 186/24 187/6 187/7 189/25 190/16 190/16 191/6 191/9 191/11 191/22 192/11 192/15 197/7 217/20 227/23 233/13 233/17 233/20
**done [10]**   52/3 95/16 124/12 128/3 162/25 163/6 173/3 202/9 214/22 221/7
**door [13]**   139/11 140/16 140/17 147/20 148/1 151/8 182/18 184/12 187/18 187/19 187/23 187/25 195/2
**dorm [1]**   63/22
**doubt [16]**   16/10 19/4 36/13 36/13 47/11 52/9 62/8 75/23 80/25 84/23 84/25 94/5 97/6 115/20 129/15 131/8
**down [35]**   11/3 11/3 12/23 22/20 42/12 83/11 88/21 98/25 102/13 122/22 126/17 127/9 136/25 139/20 139/20 141/6 145/16 148/20 150/14 157/24 162/16 162/22 164/7 182/21 184/20 185/12 192/7 197/6 198/6 200/19 213/8 225/7 225/13 226/20 226/22
**download [1]**   190/10
**downstairs [1]**   164/14
**drawn [1]**   40/21
**dried [1]**   220/23
**drive [2]**   3/20 3/23
**driveby [5]**   40/10 40/12 40/15 79/3 84/12
**driveway [1]**   195/13
**dropped [1]**   226/22
**drug [36]**   15/14 34/21 35/6 39/11 41/6 48/17 57/24 58/5 63/14 75/19 84/16 119/9 119/9 122/5 123/11 125/4 125/15 126/4 126/18 127/2 127/3 127/5 127/6 129/17

**D**

**drug... [12]**   130/5 130/25
134/10 135/16 135/19 158/22
182/4 182/6 186/4 186/4
191/23 191/25
**drugs [28]**   14/19 40/13 54/22
55/14 69/19 79/8 85/9 85/11
88/5 88/6 93/6 93/13 102/1
119/8 119/9 119/10 120/24
120/25 121/19 121/20 122/6
126/19 129/19 130/7 162/16
162/23 171/2 171/5
**drunk [1]**   63/18
**dry [3]**   227/16 227/18 227/24
**due [5]**   43/9 60/22 69/8
85/11 162/7
**duly [2]**   11/20 111/6
**duration [1]**   117/20
**during [22]**   20/6 21/16 39/11
56/23 94/25 101/12 118/13
124/7 124/20 124/23 129/16
135/14 137/19 151/10 159/19
169/3 170/23 178/19 179/18
179/19 216/6 234/6
**Dusten [1]**   238/3
**Dustin [1]**   21/22
**duty [9]**   13/23 13/25 18/7
66/16 97/12 112/14 112/17
131/5 134/13
**dye [2]**   221/7 221/12
**dynamic [1]**   196/10
**dynamics [1]**   195/16

**E**

**E-C-K-R-O-T-H [2]**   6/6 201/4
**E-E-S-I-L-E-Y [1]**   6/18
**each [31]**   4/13 9/4 11/18
13/18 16/5 16/6 16/10 16/12
16/12 18/15 19/3 19/22 22/15
69/17 73/3 74/7 99/18 101/20
103/16 112/12 116/25 117/3
131/8 212/4 214/23 216/11
216/16 216/21 216/22 230/13
233/7
**ear [4]**   214/11 214/11 227/1
227/2
**earlier [17]**   139/8 145/10
151/19 151/23 152/1 154/1
161/20 162/6 163/16 179/21
179/22 180/3 198/23 223/2
226/4 233/22 240/18
**early [3]**   30/25 67/4 67/5
**ease [2]**   89/20 90/2
**easier [2]**   8/7 24/4
**eating [3]**   46/7 46/8 55/23
**ECKROTH [18]**   2/7 6/4 6/6
6/11 21/24 137/22 137/23
140/10 141/8 175/19 200/21
200/23 201/3 201/7 204/2
204/22 206/16 216/3
**Ecuador [2]**   72/6 72/7
**edge [1]**   226/18
**education [1]**   202/5
**educator [2]**   95/16 101/11
**effect [6]**   96/22 101/23
196/16 196/20 197/13 222/21
**effect of [1]**   101/23

**effectuates [1]**   126/10
**efficacy [1]**   128/11
**efficiency [41]**   120/1 126/24
128/11 128/23 134/24 134/25
135/8 135/12 136/16 139/17
140/16 147/7 148/14 149/3
149/16 156/23 156/25 157/1
157/21 157/22 160/14 170/21
175/10 177/16 178/1 178/2
178/3 178/9 178/16 179/1
179/4 179/9 181/3 181/21
182/1 182/3 185/21 192/5
192/24 193/24 195/20
**efficiently [1]**   10/23
**eight [11]**   25/6 41/10 46/5
63/20 65/18 68/9 83/21
192/25 193/1 193/7 196/12
**eighth [2]**   106/23 108/21
**either [13]**   45/4 56/1 76/21
90/24 91/2 96/21 113/9
130/20 187/1 191/20 220/20
222/2 222/3
**eject [2]**   225/9 225/14
**electronic [6]**   20/11 117/14
117/17 142/14 190/6 218/14
**electronically [1]**   20/23
**electronics [1]**   190/22
**elementary [1]**   39/3
**elements [1]**   16/5
**elevator [2]**   117/7 117/9
**Eleventh [6]**   234/14 234/16
234/22 234/23 235/12 235/18
**else [25]**   7/1 30/8 31/5
38/22 43/4 72/24 73/1 99/18
115/11 117/3 141/24 163/9
166/10 172/13 172/14 188/1
197/7 204/7 204/10 227/3
238/1 238/6 238/16 238/21
238/21
**else's [1]**   232/13
**email [1]**   21/1
**embarrass [1]**   12/3
**emotional [4]**   31/7 96/14
97/1 101/12
**emotionally [1]**   227/12
**emphasize [1]**   14/13
**employed [8]**   32/6 46/19 57/4
59/23 132/18 172/16 172/21
201/9
**employee [2]**   65/13 172/17
**employer [2]**   33/25 34/3
**employers [1]**   117/19
**employment [1]**   78/1
**en [3]**   195/18 196/5 196/6
**enable [1]**   59/1
**encasing [1]**   224/17
**enclosed [1]**   220/16
**encounter [3]**   136/7 136/10
136/14
**encountered [1]**   130/6
**end [18]**   12/11 14/3 18/2
18/13 20/19 21/13 112/15
112/19 115/5 115/14 117/5
125/25 131/4 133/13 172/12
187/20 224/16 240/5
**endeavor [1]**   4/18
**ended [1]**   4/25
**ending [2]**   222/20 222/20

**enforcement [56]**   32/9 32/10
32/17 33/2 36/1 36/4 42/9
45/15 45/17 50/4 51/21 51/22
52/11 53/18 53/22 65/1 74/25
75/8 75/18 76/18 77/9 77/15
83/9 85/14 85/17 85/25 86/2
86/5 91/3 91/6 119/13 119/16
119/17 119/21 122/1 124/15
124/18 125/1 125/19 126/4
126/13 130/6 130/15 159/12
159/14 172/16 173/12 175/5
176/20 179/2 180/19 181/17
186/7 187/19 187/21 190/6
**engage [2]**   98/6 125/15
**engaged [2]**   46/15 64/13
**engaging [1]**   119/18
**engineer [2]**   41/11 49/25
**engineering [1]**   23/20
**English [1]**   49/9
**enhance [3]**   220/8 220/20
221/22
**enhancement [1]**   133/21
**enjoy [1]**   41/11
**enjoying [1]**   51/8
**enough [1]**   162/13
**ensure [2]**   9/19 217/25
**enter [1]**   180/13
**entered [2]**   8/17 180/15
**entertain [1]**   38/7
**entire [3]**   21/10 90/14 95/7
**entirety [1]**   118/10 138/10
146/11 205/13
**entitled [2]**   18/16 116/6
**entry [2]**   219/9 234/4
**envelope [8]**   214/21 215/1
216/15 216/21 216/22 230/14
230/17 233/8
**envelopes [2]**   214/23 216/16
**environment [2]**   211/16
211/18
**equally [1]**   37/9
**equipment [2]**   162/7 162/21
**equivocated [3]**   101/20
101/24 102/16
**equivocation [1]**   80/3
**error [1]**   169/24
**escort [1]**   118/3
**especially [3]**   191/24 220/24
235/14
**ESQ [1]**   1/19
**essentially [1]**   17/25
**establish [2]**   135/15 176/3
**established [3]**   219/4 234/14
234/24
**establishes [1]**   235/12
**estate [1]**   55/22
**estimated [1]**   12/8
**ethics [1]**   47/18
**etonitazene [1]**   120/17
**evaluate [1]**   19/18
**even [22]**   6/22 14/1 20/16
21/4 34/9 58/24 73/4 77/13
85/8 102/13 112/21 117/8
117/12 123/5 128/17 158/22
191/10 200/11 218/20 224/17
232/16 232/16
**evening [6]**   229/16 231/21
232/1 232/24 238/25 240/24

**E**

**event [2]**   31/2 65/13
**ever [19]**   23/25 24/2 30/23
82/14 84/11 85/23 86/18 87/5
171/19 173/14 177/10 178/8
187/14 188/14 191/7 191/21
192/10 193/7 208/9
**every [9]**   9/4 13/18 101/20
113/10 162/12 163/8 163/15
212/17 230/12
**everybody [11]**   9/19 13/20
53/19 81/21 91/8 117/14
118/7 118/21 195/5 195/10
195/22
**everyday [1]**   92/22
**everyone [8]**   3/2 8/18 10/17
88/3 94/3 166/22 240/24
240/25
**everything [23]**   9/6 10/23
11/2 11/3 11/11 11/12 13/17
38/22 49/15 83/3 90/15
114/20 126/23 152/21 155/12
158/13 158/25 159/2 162/14
162/22 162/25 163/9 191/25
**evidence [149]**   5/3 12/23
14/15 16/10 16/11 16/14
16/14 16/16 16/20 16/25 17/1
17/3 17/6 17/9 17/11 17/15
17/18 17/19 19/3 19/6 19/9
19/18 20/5 21/12 30/18 30/19
32/22 36/15 38/1 47/12 48/2
48/3 48/3 52/1 55/10 56/13
69/22 69/25 72/10 73/15
74/15 84/4 84/24 85/1 85/3
86/14 86/24 87/23 87/24 92/3
92/7 92/12 98/10 103/2
112/23 112/24 113/1 113/3
113/5 113/6 113/8 113/10
113/12 113/17 113/19 113/20
113/23 114/1 114/2 114/4
114/10 114/11 114/13 114/14
114/15 115/1 115/3 115/15
115/18 116/11 116/13 116/18
116/20 118/5 118/10 118/10
118/11 119/12 123/16 127/14
127/16 127/20 127/20 127/23
128/13 129/10 129/21 129/24
130/24 131/2 138/19 138/22
147/10 147/13 148/7 148/10
149/8 149/13 150/5 150/18
151/1 151/4 154/19 154/25
158/10 161/7 161/11 186/7
201/20 201/21 201/22 203/7
205/23 206/7 207/25 208/5
208/7 208/13 208/15 208/18
208/20 209/3 210/14 210/22
215/20 216/10 216/12 217/23
218/1 218/13 219/6 228/10
231/10 234/15 235/2 235/16
235/21 236/1 236/17
**ex [4]**   29/19 29/21 44/13
65/2
**ex-boyfriend [1]**   65/2
**ex-husband [2]**   29/19 29/21
**ex-husband's [1]**   44/13
**exact [6]**   101/23 102/17
129/11 217/20 218/23 219/5

**exactly [62]**   ... 8/9 12/9 16/15
17/13 89/25 184/9
**examination [22]**   2/3 2/4 2/5
2/6 2/8 11/17 11/22 128/20
132/4 166/2 166/2 166/15
166/25 167/2 167/11 193/17
193/20 196/18 200/3 201/5
220/23 221/2
**examine [5]**   116/15 116/18
219/25 220/3 220/5
**examined [1]**   220/13
**example [4]**   62/9 129/2
152/13 158/14
**exceeding [1]**   15/21
**except [1]**   31/9
**exclusively [1]**   17/22
**excuse [11]**   4/15 24/20 78/19
79/1 99/24 110/14 156/24
179/12 219/17 232/1 232/20
**excused [4]**   68/1 77/3 111/21
112/7
**execute [2]**   134/16 137/6
**executed [7]**   119/13 122/12
135/1 139/15 139/25 140/1
173/3
**executing [5]**   119/15 119/20
135/7 136/6 136/9
**execution [10]**   124/3 126/11
136/5 137/8 179/18 194/2
194/9 194/24 195/18 202/17
**exercise [1]**   103/22
**exhibit [108]**   2/12 2/12 2/13
2/15 113/1 114/3 114/6 114/7
138/4 138/19 138/21 138/22
139/5 139/23 140/3 140/13
140/22 141/3 141/10 142/3
142/10 142/16 142/21 143/2
143/25 144/4 144/11 144/16
144/21 145/5 145/13 145/19
145/25 146/9 146/15 146/24
147/2 147/10 147/13 147/17
147/24 148/7 148/10 148/22
149/9 149/11 149/13 149/21
150/5 150/17 151/3 151/11
151/17 151/21 153/25 154/17
155/2 155/5 155/18 156/19
157/7 157/18 159/22 159/25
160/8 160/16 161/8 161/11
161/13 161/20 164/17 164/18
165/4 165/8 165/10 165/12
165/17 169/10 173/24 177/13
182/22 185/7 185/18 188/19
203/7 203/8 203/17 203/24
204/20 205/11 205/25 205/25
206/14 206/15 206/18 206/22
209/4 210/21 210/24 210/25
215/8 215/17 215/20 228/1
228/9 230/24 231/10 231/16
**exhibits [21]**   2/10 2/13 2/15
2/16 2/16 3/18 3/21 10/22
16/21 150/20 150/25 154/19
154/24 205/24 206/6 233/4
233/18 235/2 236/5 236/8
236/20
**Exhibits 4 [1]**   2/13
**exited [2]**   130/13 179/1
**expand [1]**   98/1
**expect [1]**   21/6

**expectation [1]**   12/10
**expecting [2]**   5/19 226/6
**expel [2]**   225/6 225/12
**expelled [1]**   225/15
**expensive [1]**   37/14
**experience [46]**   5/1 8/8
13/15 25/22 32/5 33/13 33/20
35/3 37/12 37/16 39/15 40/18
40/21 40/22 42/7 42/8 43/11
44/15 46/18 51/24 52/5 53/12
54/17 55/5 57/3 57/12 57/19
58/12 61/17 61/21 62/19
64/15 66/4 66/12 66/20 67/15
74/13 76/13 85/5 86/5 86/12
97/9 99/2 111/25 186/3
222/23
**experiences [12]**   11/23 29/23
30/11 30/11 30/17 31/16
38/12 47/5 65/4 69/18 93/18
96/11
**experiencing [1]**   59/7
**expert [5]**   121/22 122/15
122/25 127/25 143/17
**explain [19]**   53/17 112/13
112/20 112/21 147/17 149/16
161/14 161/25 168/17 168/18
168/19 184/9 194/7 194/20
195/9 204/9 207/23 212/4
224/12
**explained [3]**   213/23 214/8
214/10
**explains [2]**   17/13 122/8
**export [1]**   68/24
**exposed [3]**   133/9 133/14
159/8
**expressed [13]**   74/23 75/7
75/18 76/12 78/11 91/1 91/5
91/9 93/20 93/24 97/17 97/23
98/5
**extended [10]**   120/9 142/23
144/7 144/19 159/24 160/3
210/1 210/4 210/6 211/5
**extensive [2]**   37/12 37/16
**extensively [1]**   81/6
**extent [4]**   14/2 112/2 204/6
232/8
**exterior [3]**   202/23 202/25
203/2
**external [2]**   120/5 143/10
**extra [2]**   109/9 223/24
**extracted [3]**   121/5 122/19
123/2
**eye [2]**   159/5 214/12
**eyebrow [1]**   192/1
**eyes [3]**   141/25 179/8 221/22

**F**

**F.2d [2]**   234/18 235/18
**fabricating [1]**   26/25
**face [3]**   139/20 185/12
223/24
**Facebook [1]**   21/2
**facilities [1]**   35/17
**facing [11]**   134/20 141/6
141/6 145/8 145/16 145/16
145/16 145/22 157/24 157/24
165/19
**fact [30]**   5/6 27/13 27/22

**F**

**fact... [27]**   27/24 32/16
35/6 37/2 37/15 38/11 43/23
45/16 45/24 46/22 50/5 56/2
56/7 69/18 92/5 93/4 101/14
101/15 113/3 113/7 125/8
168/11 173/6 174/17 174/25
175/13 181/11
**factor [1]**   224/4
**factors [2]**   115/3 222/12
**facts [16]**   17/22 36/16 36/18
40/19 48/7 55/9 69/25 72/11
89/5 123/23 123/24 164/24
164/25 165/4 165/7 195/9
**factual [1]**   179/6
**factually [2]**   232/17 235/6
**fair [92]**   14/9 24/16 27/15
27/25 29/13 30/2 30/20 32/19
33/14 33/21 35/4 36/5 37/4
37/19 39/17 40/22 41/17
41/23 42/10 42/18 43/12
43/25 44/16 45/7 45/17 45/25
46/23 47/6 47/14 50/7 51/1
51/9 52/4 53/14 54/18 55/6
56/3 56/8 57/14 57/20 58/13
60/6 60/9 61/22 62/8 62/10
62/21 65/6 65/23 66/15 67/16
67/19 69/23 72/11 75/2 75/17
75/24 76/18 77/6 77/8 77/15
78/14 79/9 79/12 79/17 80/1
80/3 83/9 84/5 85/5 86/3
86/21 86/23 87/25 92/13
93/25 97/8 98/19 102/7
102/10 103/1 175/2 175/4
178/24 181/2 181/7 185/2
193/6 193/9 193/10 218/2
218/3
**fairly [9]**   19/17 85/14 90/9
90/16 138/15 147/7 148/4
149/5 150/2
**fairness [2]**   21/8 80/2
**faith [3]**   66/2 76/17 77/19
**fake [1]**   27/11
**falling [1]**   240/18
**familiar [1]**   217/23
**family [43]**   20/24 23/24 24/1
25/21 30/9 32/6 32/16 33/5
33/7 33/9 33/18 34/23 34/25
41/12 41/17 45/14 45/16
46/19 48/16 50/4 52/13 59/23
61/17 61/19 61/25 65/14
70/25 71/2 74/13 74/19 75/19
78/19 82/14 82/16 84/10
85/22 86/18 86/19 87/5
117/18 188/2 188/4 239/3
**fan [2]**   158/19 159/5
**far [22]**   40/9 49/11 83/3
83/5 89/24 90/10 90/13 90/14
95/9 97/3 97/6 99/2 102/6
111/9 113/7 117/2 128/11
128/23 169/25 225/21 225/24
234/5
**farm [1]**   56/24
**fast [2]**   51/19 71/19
**father [3]**   83/19 84/2 90/5
**FAU [2]**   25/16 35/16
**fault [2]**   159/16 168/24

**FBI [3]**   52/22 50/25 91/18
**February [5]**   168/15 171/1
172/23 193/4 241/8
**Federal [15]**   8/20 27/10 36/2
50/21 50/24 51/3 57/4 57/9
57/10 57/11 57/13 87/17 90/9
117/20 241/9
**feel [15]**   30/15 47/16 47/20
47/22 48/11 48/21 62/7 69/15
71/22 85/10 85/11 85/14 99/8
223/15 236/12
**feeling [1]**   99/6
**feelings [13]**   30/15 37/25
38/10 38/13 55/8 74/19 74/23
75/18 78/7 78/11 79/9 102/15
103/1
**feels [2]**   12/20 95/8
**feet [3]**   126/21 184/12 226/2
**fellow [4]**   13/13 20/16 20/18
115/25
**felon [3]**   98/16 123/5 123/12
**felt [1]**   5/8
**female [2]**   76/16 196/9
**fence [20]**   134/21 134/23
135/19 136/15 136/17 139/11
139/13 147/5 147/20 148/1
151/6 177/19 177/20 178/4
178/6 182/1 182/18 197/8
198/6 199/12
**fenced [1]**   119/22
**fentanyl [18]**   120/16 121/23
152/6 152/9 153/4 154/5
154/11 155/20 155/24 158/13
158/17 158/23 159/4 159/8
161/24 162/8 163/10 163/11
**feti [2]**   121/21 122/7
**few [7]**   3/3 14/3 22/12 46/19
100/5 112/10 133/20
**fewer [1]**   73/6
**fiance' [2]**   46/18 47/4
**field [31]**   35/20 90/19
120/15 120/19 121/1 152/15
152/17 152/18 152/20 152/24
153/1 153/3 153/5 153/7
153/10 153/12 154/7 154/10
155/23 158/5 160/23 160/24
161/3 161/21 161/23 161/23
162/6 162/10 163/6 163/24
164/12
**fifth [4]**   95/12 106/3 106/11
234/23
**filed [2]**   4/22 234/7
**filings [1]**   215/22
**fill [2]**   217/21 239/8
**filled [3]**   215/13 224/13
231/6
**finally [4]**   16/1 21/11 79/24
199/16
**financial [2]**   44/21 44/22
**find [15]**   13/15 20/12 22/22
89/5 98/15 126/18 143/8
152/3 152/5 176/12 180/20
187/1 191/23 226/19 229/14
**fine [9]**   64/4 77/2 81/7
81/16 117/18 119/1 170/5
218/8 232/5
**finger [1]**   42/12
**fingerprint [5]**   127/24

**128/25 128/25 222/13 222/13
**fingerprints [2]**   127/23
231/20
**fingers [1]**   221/16
**fingertips [1]**   221/15
**finish [3]**   164/9 230/7
240/11
**finished [1]**   218/25
**finishing [1]**   239/17
**Finnamore [7]**   21/24 238/17
238/18 239/17 239/18 240/2
240/13
**Finnamore's [1]**   239/6
**fire [7]**   213/3 224/8 226/10
226/16 227/16 227/18 227/24
**firearm [59]**   15/13 15/15
15/18 15/22 37/1 37/16 62/9
78/1 98/1 98/8 101/25 123/4
123/6 129/16 130/2 130/16
141/17 141/18 143/5 143/22
144/7 159/23 160/1 160/10
160/11 160/14 198/8 206/17
208/10 208/16 209/4 209/5
209/9 209/9 209/12 209/17
210/10 211/8 211/10 211/12
212/13 212/25 213/3 213/20
213/22 220/7 222/2 222/3
223/6 223/11 224/21 224/22
225/4 226/7 226/8 226/15
228/1 228/14 229/2
**firearms [85]**   5/1 16/3 27/19
27/20 27/21 27/23 27/24
27/25 31/3 35/10 37/12 37/12
37/13 37/16 37/18 38/2 38/11
56/6 56/7 66/14 69/6 69/15
69/20 70/3 71/25 78/7 78/12
86/13 97/18 97/20 98/6 98/6
98/11 98/11 98/16 98/17
101/14 119/10 120/2 120/3
120/14 120/18 120/22 120/24
122/15 123/11 123/12 132/17
137/13 137/16 143/7 144/2
144/14 144/24 152/2 176/10
176/14 192/16 202/2 202/4
203/21 205/15 205/20 205/24
206/9 206/10 206/12 207/3
207/24 208/21 209/2 213/7
217/2 219/4 221/25 223/3
223/4 223/5 223/7 227/4
227/16 234/1 234/9 235/11
235/12
**fired [1]**   226/4
**firing [1]**   224/19
**firm [1]**   45/13
**first [71]**   3/5 5/19 5/25 6/1
9/9 11/16 12/20 22/24 23/8
57/7 63/22 81/25 100/10
100/12 103/12 103/13 103/16
104/1 104/5 104/7 104/23
104/25 105/16 107/15 108/18
108/22 109/1 109/7 109/8
109/12 109/16 109/21 110/9
115/8 116/9 125/2 126/13
128/6 128/7 131/13 133/16
139/9 139/18 152/3 168/23
170/19 171/13 172/23 174/20
182/22 182/23 183/4 192/7
195/1 197/24 200/5 205/2

**F**

**first... [14]**   206/14 209/3
209/8 209/11 212/13 212/21
213/22 214/9 220/3 224/25
225/2 234/12 234/21 239/2
**Fischer [7]**   21/25 237/13
237/18 239/7 239/15 239/24
239/25
**Fischer's [1]**   237/15
**fishing [2]**   25/6 44/5
**five [37]**   12/15 22/18 23/16
28/15 28/23 52/24 63/24
63/24 68/23 70/13 70/14
123/16 131/8 144/12 144/17
144/22 145/6 163/15 164/8
195/15 203/19 204/1 209/1
211/23 211/25 213/19 213/21
214/7 214/22 214/22 215/18
216/16 216/23 229/5 230/5
230/10 230/15
**fixing [1]**   170/17
**FL [4]**   1/7 1/18 1/21 1/23
**flash [1]**   3/23
**flashlight [1]**   220/7
**fleet [2]**   26/19 26/22
**flesh [1]**   216/14
**flight [1]**   70/12
**flights [1]**   42/12
**floor [4]**   42/15 73/21 139/20
145/9
**FLORIDA [12]**   1/1 10/9 25/16
44/22 55/20 61/13 83/9
119/14 133/6 134/17 135/5
202/18
**fluoresce [1]**   221/12
**fluorescence [1]**   221/8
**fluorescing [1]**   221/6
**flush [1]**   210/3
**focus [2]**   26/2 132/14
**focused [1]**   133/21
**focusing [1]**   203/22
**fold [1]**   208/19
**follow [22]**   9/6 18/22 18/25
24/22 30/19 32/23 36/17
38/14 48/5 56/14 73/17 95/5
95/11 97/7 97/12 99/25
101/22 102/14 103/2 111/22
112/20 112/21
**followed [2]**   74/18 137/18
**following [10]**   8/3 52/1
52/19 73/15 116/16 119/12
165/6 174/14 217/5 239/18
**followup [10]**   4/11 19/21
23/4 23/5 24/11 76/7 79/11
81/5 88/22 200/2
**food [1]**   70/23
**foods [1]**   51/17
**force [5]**   9/25 68/17 87/9
87/10 187/23
**foregoing [1]**   241/5
**foreground [1]**   177/14
**foreign [1]**   15/19
**foreman [1]**   38/24
**foremost [1]**   199/12
**forensic [5]**   21/23 153/22
190/10 202/8 202/12
**foreperson [7]**   24/8 39/21

41/4 56/17 60/24 61/9 66/17
**Forgive [1]**   96/6
**Forks [1]**   87/9
**form [3]**   17/9 21/11 128/23
**formal [1]**   14/14
**former [5]**   35/25 39/11 79/2
95/19 101/11
**formerly [1]**   57/4
**forms [3]**   20/21 20/22 112/25
**Fort [1]**   1/21
**forth [3]**   14/12 103/15
134/11
**forward [3]**   38/22 84/24
110/23
**foster [1]**   67/5
**fought [1]**   83/13
**found [9]**   40/25 79/5 83/4
84/20 130/14 152/6 191/2
192/13 192/16
**foundation [3]**   143/16 219/12
219/13
**four [14]**   14/23 20/5 22/19
61/2 76/23 99/4 133/20
142/17 143/3 144/5 177/7
177/8 203/19 209/1
**fourth [5]**   17/15 105/10
105/22 108/25 213/4
**FP [1]**   40/5
**FPL [2]**   40/2 40/4
**fragment [1]**   226/21
**fragments [1]**   226/20
**frame [1]**   223/13
**Frederick [2]**   21/25 237/13
**free [1]**   64/15
**fresh [1]**   208/18
**friction [1]**   213/25
**Friday [3]**   68/2 217/4 240/16
**friend [20]**   24/1 27/4 33/5
33/18 48/16 50/20 50/24
63/21 65/20 65/21 75/19
77/10 82/14 82/16 84/2 84/11
85/23 86/18 87/5 91/18
**friend's [7]**   54/13 54/14
54/16 54/17 55/5 55/8 79/16
**friends [22]**   20/24 23/25
27/4 27/8 27/13 32/12 32/17
35/25 36/19 41/12 41/14
41/16 44/7 53/9 56/1 59/23
61/17 91/5 91/5 93/13 93/13
117/18
**friendship [1]**   33/1
**friendships [2]**   36/3 36/14
**frisk [1]**   126/18
**front [33]**   10/10 10/25 24/21
37/10 84/13 111/2 121/25
135/18 140/16 147/19 151/7
174/1 174/17 177/13 178/2
178/4 178/25 181/25 182/3
185/14 185/18 187/10 188/2
188/5 196/10 197/3 206/16
212/2 213/4 213/10 219/14
229/22 233/10
**Ft [2]**   1/23 1/23
**FTCU [1]**   67/11
**FTO [1]**   133/16
**fulfill [2]**   8/23 70/1
**fulfilling [1]**   13/24
**full [10]**   34/9 55/21 70/16

81/22 89/9 132/1 201/1
222/13 231/25 233/4
**full-time [1]**   70/16
**fully [13]**   90/11 90/11 120/7
120/8 126/8 126/25 225/17
226/7 226/8 226/14 227/15
227/22 227/23
**fully auto [1]**   226/8
**fume [1]**   220/17
**function [1]**   17/19
**functions [1]**   224/22
**fundamentally [1]**   89/12
**funeral [5]**   68/3 71/18 71/21
96/12 101/16
**funny [1]**   91/21
**furniture [2]**   127/11 140/20
**further [24]**   15/4 15/12
76/21 77/2 85/16 85/18 86/7
88/12 115/20 165/22 165/25
185/17 198/18 199/23 199/24
200/16 200/18 219/7 220/20
230/3 231/18 232/9 235/23
236/17
**furtherance [3]**   15/13 123/11
130/4
**future [1]**   41/20

**G**

**gain [1]**   140/16
**gaining [1]**   124/11
**gallery [1]**   7/25
**game [1]**   236/23
**games [1]**   35/24
**gang [1]**   41/6
**gangs [2]**   85/7 85/11
**gap [3]**   235/24 236/7 236/12
**gaps [5]**   234/14 235/6 235/19
235/20 239/9
**garden [2]**   28/18 45/13
**gardening [4]**   40/2 50/19
57/3 65/14
**Gardens [2]**   50/17 54/8
**gate [28]**   122/2 126/16
148/19 173/22 173/23 173/25
174/17 178/25 178/25 180/14
182/9 182/11 182/20 182/23
182/25 182/25 183/1 183/4
183/6 183/17 184/6 184/11
184/11 184/14 184/22 197/2
197/4 199/16
**gathering [1]**   158/10
**gave [3]**   31/3 37/5 101/24
**gear [1]**   183/2
**general [11]**   25/18 31/11
37/21 56/23 56/24 80/24 88/2
91/8 91/24 94/13 194/7
**generally [7]**   12/11 13/23
88/5 163/7 207/23 208/10
223/7
**generated [1]**   217/10
**gentleman [4]**   51/2 79/15
97/24 126/14
**gentlemen [17]**   10/7 22/3
22/7 72/15 88/18 91/4 98/10
99/15 112/10 119/3 123/21
127/8 129/14 164/23 166/5
191/21 231/22
**gentlemen have [1]**   191/21

**G**

**Georgia [1]**   35/13
**get [54]**   3/3 3/14 3/20 4/18
5/15 5/17 6/14 6/22 10/10
11/10 12/22 13/3 14/22 17/3
22/12 22/22 30/17 66/3 68/3
69/11 88/20 96/3 100/10
100/12 104/25 109/8 109/9
109/9 117/9 117/9 132/10
137/14 142/1 162/13 176/3
176/10 180/21 194/13 195/5
198/8 199/15 199/15 199/15
199/20 209/11 213/16 214/24
222/17 223/7 223/9 223/17
233/8 236/23 240/13
**gets [7]**   4/5 96/25 126/17
128/22 150/13 198/7 199/16
**getting [8]**   29/20 42/16 95/7
97/1 122/1 151/3 159/8 213/8
**Gibson [22]**   119/17 126/6
126/6 126/7 130/10 130/14
136/1 136/2 171/2 171/5
174/5 174/25 175/24 175/25
176/23 177/1 179/17 179/22
180/10 181/24 182/10 191/18
**Gilbane [1]**   25/5
**Gittens [3]**   21/25 238/8
238/9
**give [29]**   4/4 4/16 7/13
12/18 18/20 26/4 34/8 36/6
48/4 54/2 72/11 81/16 81/23
82/20 84/14 99/20 112/15
113/10 115/4 115/20 116/7
123/23 165/22 172/4 195/8
201/18 228/10 232/10 232/22
**given [16]**   31/12 34/5 36/16
41/19 50/4 55/5 74/12 75/1
86/4 86/12 98/13 104/24
116/24 123/22 124/17 126/5
**gives [4]**   19/7 95/5 227/22
227/24
**giving [4]**   11/8 81/22 99/15
124/5
**glad [1]**   91/22
**Glade [1]**   32/1
**Glades [1]**   32/1
**gladly [1]**   85/10
**glass [1]**   158/18
**glasses [1]**   227/1
**glaze [1]**   122/5
**Glock [54]**   15/16 15/22 16/3
37/13 37/13 120/3 120/5
120/7 120/11 122/20 122/20
122/22 122/22 122/23 122/25
123/1 123/2 126/8 126/8
126/20 126/24 127/2 128/15
130/18 143/9 143/23 176/24
205/25 209/4 209/22 210/1
210/10 210/24 211/2 211/21
211/23 211/24 212/3 215/18
216/3 216/6 219/24 219/25
220/3 222/1 223/5 223/10
224/3 224/6 224/8 229/19
229/24 230/6 230/12
**Glocks [1]**   223/3
**glove [1]**   207/10
**gloves [18]**   159/4 162/11

162/12 163/1 163/8 207/6
207/10 207/21 207/22 208/1
208/5 208/7 208/8 208/18
208/23 208/25 209/18 209/20
**glue [7]**   220/11 220/15
220/16 220/19 220/23 221/5
221/10
**glued [2]**   220/22 221/9
**gmail [3]**   121/14 121/14
121/15
**go [72]**   4/9 4/16 5/12 7/2
12/21 14/2 16/22 17/3 18/17
22/20 23/2 23/8 31/10 34/13
49/5 53/5 57/7 59/10 68/2
68/5 74/2 81/5 85/8 88/23
99/16 100/6 103/15 104/8
104/20 105/2 105/10 105/17
106/13 109/22 110/14 115/25
116/21 116/24 117/20 124/15
124/18 127/9 129/6 133/5
150/13 151/6 155/12 156/13
168/22 172/6 180/18 182/10
182/12 187/24 194/1 195/4
195/12 196/2 198/7 199/14
199/17 199/22 205/3 206/16
212/2 214/17 214/20 216/20
219/5 220/7 222/12 230/15
**goal [2]**   176/8 240/16
**goes [24]**   10/23 11/12 80/23
103/16 104/6 104/24 119/18
172/4 184/7 199/19 213/14
216/12 216/21 219/6 223/20
224/2 224/17 224/18 226/1
226/12 227/5 230/13 239/4
239/15
**going [119]**   7/24 10/4 10/19
10/21 11/17 12/21 21/15
22/14 36/11 38/22 51/19 52/6
52/18 59/10 66/3 68/18 73/2
80/6 81/4 89/6 89/14 90/11
90/17 93/10 94/15 94/20
97/20 97/24 98/22 99/4 99/20
99/21 101/16 102/19 103/3
103/15 104/8 105/6 109/18
123/23 123/25 124/12 124/21
125/2 125/12 125/18 125/24
126/23 126/23 127/7 127/13
127/17 128/3 128/5 128/9
128/13 128/15 128/17 129/18
130/9 130/12 131/8 163/13
163/14 164/19 171/11 172/7
173/9 175/10 176/16 178/15
179/9 180/6 180/20 181/24
181/25 183/25 184/18 185/11
188/15 194/14 194/25 195/1
195/2 195/7 195/10 195/16
195/17 196/1 196/3 199/13
205/2 208/11 209/11 212/14
212/20 212/22 212/23 213/2
213/4 213/11 213/14 213/17
213/19 214/3 214/12 217/25
218/21 221/24 225/6 225/7
225/9 226/10 226/17 227/20
231/3 232/1 234/8 237/19
**golf [1]**   39/5
**gone [4]**   66/1 73/3 205/9
208/24
**good [77]**   3/1 3/7 3/10 3/11

7/9 7/10 8/18 9/22 10/7
12/18 23/9 25/15 28/8 28/9
31/19 31/20 34/14 34/15
35/19 38/17 38/18 39/1 39/2
43/6 44/19 44/20 46/10 46/11
48/23 48/24 49/20 49/21
50/13 50/14 51/2 51/13 51/14
52/22 52/23 53/25 55/17
55/18 56/21 56/22 60/18 61/1
61/11 63/4 64/11 67/25 69/6
69/16 70/10 70/11 70/21
70/22 73/5 82/7 82/8 82/9
85/19 85/20 86/8 86/9 88/18
91/22 98/24 111/14 118/21
119/7 132/6 156/14 164/6
187/20 201/7 201/8 240/10
**Google [1]**   21/2
**Gosh [1]**   25/9
**got [11]**   22/5 25/9 27/11
95/9 101/12 122/18 125/13
159/17 170/19 194/10 217/21
**Government [183]**   2/12 2/12
2/13 2/13 2/15 2/15 2/16
2/16 3/21 4/13 5/15 5/21
9/20 10/2 14/17 15/4 15/6
15/12 15/14 15/17 15/22 16/1
16/9 16/9 16/13 19/2 27/10
61/1 72/2 72/17 73/12 79/10
79/20 80/5 81/25 89/9 90/18
94/4 97/20 98/14 102/3
103/10 103/17 103/18 104/8
104/16 104/21 105/6 105/17
106/1 106/4 106/13 106/21
106/24 107/8 107/11 107/20
107/24 108/12 108/23 109/4
109/11 109/22 110/3 115/9
115/13 115/19 116/10 116/14
116/17 117/7 118/9 119/5
124/8 126/7 127/1 127/17
129/14 130/1 130/9 130/18
131/7 131/13 131/14 138/4
138/9 138/18 138/19 138/22
146/15 146/24 147/2 147/10
147/13 147/24 148/7 148/10
148/22 149/9 149/11 149/13
149/21 150/5 150/15 150/17
150/20 150/25 151/11 151/17
151/21 153/25 154/17 154/18
154/19 154/24 155/2 155/5
155/18 156/19 157/7 157/18
159/22 159/25 160/8 160/16
161/7 161/8 161/11 161/13
164/16 164/18 165/4 165/8
165/10 165/12 165/17 167/11
169/10 173/14 173/24 177/13
182/22 185/7 185/18 188/19
200/17 200/20 200/21 203/7
203/8 203/17 203/24 204/20
205/11 205/23 205/24 205/25
205/25 206/6 206/14 206/15
206/18 206/22 209/4 210/21
210/24 210/25 215/8 215/17
215/19 215/20 219/19 228/1
228/9 230/24 231/9 231/10
231/16 234/11 235/25 236/4
236/16 236/20
**Government's [11]**   3/15 6/1
84/22 104/23 107/13 108/17

**G**

**Government's... [5]**  108/25 116/16 131/24 175/11 200/23
**grab [3]**  197/6 197/11 199/18
**graduations [1]**  96/3
**Grand [2]**  87/9 87/14
**graphic [1]**  50/16
**grass [1]**  113/4
**grateful [2]**  8/22 10/17
**grater [1]**  212/17
**grayish [1]**  147/19
**great [5]**  3/25 26/3 60/25 141/25 240/24
**greater [1]**  116/6
**greatly [1]**  240/6
**green [2]**  68/9 161/16
**grievance [1]**  71/14
**grip [9]**  210/3 210/5 212/14 212/15 213/22 214/4 214/18 216/18 229/19
**gripping [1]**  212/18
**grocery [1]**  23/13
**ground [10]**  119/23 126/18 151/9 184/24 184/25 197/6 199/15 199/15 199/16 199/16
**grown [4]**  28/25 51/17 59/17 59/18
**guess [3]**  66/3 114/9 192/25
**guidelines [1]**  115/4
**guilt [5]**  14/16 19/3 84/23 115/10 115/19
**guilty [8]**  83/5 89/6 89/16 112/18 112/18 115/8 123/16 131/10
**guitar [1]**  65/20
**Gulson [1]**  126/15
**gun [22]**  29/19 29/22 47/4 74/9 74/18 75/22 83/3 85/10 93/4 127/18 128/4 129/9 129/19 130/6 130/14 130/21 131/3 184/14 198/16 200/7 200/11 226/10
**guns [14]**  30/4 30/7 30/13 30/16 74/13 78/15 79/8 85/9 93/3 93/9 119/7 188/20 188/24 190/17
**guy [5]**  68/16 184/14 184/16 188/15 195/2
**guys [3]**  92/9 197/3 214/18

**H**

**had [103]**  5/1 11/24 15/19 18/11 22/23 27/11 29/1 29/4 29/18 29/21 31/7 33/5 33/9 33/18 37/1 38/12 42/6 49/10 51/21 52/13 53/12 58/2 60/1 61/19 62/20 63/14 68/16 71/25 73/24 75/1 76/11 76/17 77/15 77/18 77/19 78/1 82/16 82/24 83/7 85/17 86/4 86/12 86/16 86/19 87/13 89/23 91/1 91/2 91/17 95/19 95/19 96/2 97/6 120/5 120/9 120/13 120/25 120/25 122/4 125/20 129/18 134/8 136/15 154/1 154/2 158/20 159/2 160/18 165/20 165/20 170/17 173/8

173/8 173/22 176/23 176/23 177/1 177/20 178/12 178/21 179/12 179/22 181/12 181/17 181/17 181/20 186/14 191/17 192/11 195/22 197/8 198/6 198/16 200/11 205/8 207/2 207/2 226/20 226/21 226/21 226/22 227/1 227/14
**hair [1]**  223/24
**half [7]**  6/12 68/1 70/13 70/14 238/5 238/19 239/23
**halfway [1]**  185/16
**Halloween [1]**  239/2
**hallway [1]**  117/7
**hand [44]**  9/11 9/12 9/17 19/10 19/11 19/18 19/25 21/21 22/10 74/13 74/18 75/16 76/1 88/4 119/18 119/18 124/23 124/23 125/16 125/16 129/7 129/9 135/18 135/18 135/20 135/20 135/21 135/21 155/4 171/17 171/17 173/3 173/3 179/23 179/23 192/20 192/20 192/23 192/23 193/8 193/8 207/18 207/19 212/17
**hand-to-hand [11]**  119/18 124/23 125/16 135/18 135/20 135/21 171/17 173/3 179/23 192/20 192/23
**handcuffs [1]**  42/14
**handed [2]**  22/8 155/5
**handful [1]**  55/25
**handing [2]**  125/22 206/17
**handled [2]**  208/8 223/4
**hands [14]**  9/9 9/12 10/1 10/3 10/14 19/25 21/18 22/2 42/14 162/3 208/3 223/22 223/23 223/23
**hang [1]**  22/12
**hanging [1]**  173/25
**happen [4]**  7/6 66/21 129/5 133/23
**happened [21]**  42/20 48/15 54/14 62/15 66/22 66/24 78/15 83/9 83/21 90/11 90/12 90/13 112/17 133/23 168/18 184/9 196/5 198/10 219/1 227/10 227/14
**happening [1]**  173/15
**happens [3]**  72/4 221/16 226/10
**happy [2]**  81/13 240/7
**harassed [1]**  37/23
**harassing [1]**  37/22
**hard [16]**  13/5 52/8 55/6 76/19 96/1 97/11 101/15 120/19 121/21 130/5 162/22 167/19 172/8 172/9 224/1 237/10
**harder [1]**  22/13
**harm [2]**  69/6 69/15
**has [75]**  8/14 12/14 13/18 13/23 16/13 29/17 29/18 29/20 29/21 35/1 36/16 38/20 41/6 41/19 47/13 49/3 59/16 60/2 69/25 72/17 73/3 75/1 76/2 79/7 80/3 80/10 88/20

89/9 89/11 89/17 94/4 94/17 94/19 95/9 99/2 100/11 102/15 112/1 114/15 115/14 115/16 117/14 118/12 122/21 123/9 124/14 127/1 127/1 127/20 131/6 131/7 137/2 138/3 143/17 146/14 153/24 184/25 195/22 203/6 210/21 215/7 216/11 218/13 219/4 224/15 224/16 228/9 229/19 229/20 229/21 231/7 233/12 234/25 236/13 240/16
**hasn't [2]**  36/22 38/7
**have [461]**
**haven't [4]**  45/13 66/7 72/8 80/22
**having [12]**  9/1 19/23 37/24 52/15 52/16 70/2 78/20 92/12 97/21 123/13 159/18 236/10
**he [157]**  3/13 4/5 15/19 17/8 18/11 27/11 60/11 60/12 60/14 60/15 62/16 63/19 63/22 63/23 70/15 74/12 74/13 74/14 74/25 74/25 75/2 77/7 77/7 77/8 77/8 77/13 77/13 77/14 77/14 77/15 77/18 78/1 78/13 78/14 78/14 79/17 79/17 79/18 83/3 83/4 83/4 83/11 83/11 83/14 87/9 87/13 91/10 91/12 95/9 95/11 96/9 101/11 101/12 101/15 101/16 101/16 101/20 101/22 101/24 102/5 102/6 102/6 102/10 102/10 102/10 102/14 102/15 102/21 102/21 102/22 102/23 102/25 116/17 122/21 123/5 123/5 126/14 126/17 127/18 129/18 129/19 130/6 130/6 130/12 130/15 136/4 136/15 136/17 136/24 139/11 139/13 139/20 143/17 148/19 160/12 172/3 179/19 180/1 180/5 180/7 180/15 182/2 182/3 182/9 182/12 182/13 182/14 183/15 183/16 183/16 183/17 183/17 184/7 184/15 184/16 184/16 184/17 184/24 184/25 187/11 187/12 187/25 191/10 192/8 192/11 195/24 196/3 196/11 196/13 196/16 196/16 196/17 196/18 196/21 196/22 196/23 197/6 197/8 197/9 197/14 197/24 198/5 198/6 198/7 198/8 199/13 199/13 199/21 227/7 227/8 233/13 237/20 238/20 239/1 239/2 239/4
**he's [2]**  50/3 136/25
**head [4]**  11/10 29/19 29/22 67/5
**headboard [1]**  84/18
**headquarters [2]**  152/24 211/13
**heads [1]**  227/23
**health [1]**  43/9
**hear [59]**  9/10 9/10 9/13 9/17 17/14 22/4 22/12 33/12 35/2 35/7 48/7 51/24 53/11

**H**

**hear... [46]**  62/1 62/17 82/2
82/17 83/22 84/14 84/22
85/13 86/1 86/22 90/22 91/22
94/8 94/12 94/23 95/9 98/10
98/16 111/19 114/23 116/2
119/12 121/21 122/14 124/7
124/12 124/19 124/21 125/4
125/8 125/18 125/24 126/1
126/2 126/3 126/23 127/8
127/13 127/24 128/3 128/9
143/14 156/24 199/14 232/14
233/4

**heard [10]**  38/1 38/7 72/8
92/6 92/12 92/18 93/22
112/25 185/6 193/12

**hearing [3]**  41/25 231/16
232/11

**hears [1]**  9/19

**hearsay [9]**  184/19 196/14
196/15 196/19 196/20 196/24
197/12 197/13 204/5

**heart [1]**  101/18

**heated [2]**  220/17 220/17

**hello [3]**  73/8 117/9 117/13

**helmet [1]**  226/25

**help [6]**  20/12 57/25 58/22
59/4 115/23 117/12

**helping [2]**  28/18 163/4

**helps [1]**  10/22

**her [32]**  19/9 24/15 29/19
29/21 29/22 42/6 44/6 44/6
50/21 51/5 68/17 68/17 71/6
74/18 74/19 75/15 75/22 76/1
76/3 76/17 76/19 77/1 79/3
79/5 79/6 80/3 80/6 80/8
118/13 137/17 137/18 229/7

**here [134]**  3/4 3/8 4/5 8/22
8/22 9/2 9/2 10/2 10/9 10/13
16/19 19/8 20/5 21/5 22/11
30/12 32/12 32/17 34/3 34/6
34/11 35/17 38/8 40/20 44/10
45/4 45/11 46/6 47/24 49/3
53/20 54/1 54/2 54/6 55/15
58/19 59/15 88/5 89/19 90/8
91/12 91/19 92/19 96/20 97/6
99/1 112/24 117/19 129/1
139/12 139/17 139/20 140/1
140/5 140/15 140/24 141/5
141/12 141/14 141/15 141/15
141/17 141/19 142/5 142/12
142/18 142/22 142/22 142/23
142/24 143/4 143/6 143/21
144/1 144/13 144/23 145/7
145/21 146/2 146/4 147/19
147/22 148/15 148/19 148/20
149/17 151/9 151/20 154/5
156/1 158/1 160/3 160/4
160/6 160/9 160/11 161/15
162/3 168/15 171/10 174/24
178/4 178/7 178/25 181/23
183/5 183/9 183/11 183/14
183/14 183/15 184/16 185/13
186/13 187/15 188/2 203/11
203/20 203/21 204/15 205/5
213/6 213/6 213/14 213/16
215/12 216/24 223/13 223/17

225/24 22~~5/2~~8 232/18 232/21
239/8

**hereby [1]**  165/6

**heroin [1]**  122/8

**hesitant [1]**  76/25

**hey [4]**  187/15 188/14 196/2
227/24

**Hi [2]**  67/4 67/24

**high [6]**  13/13 25/7 28/17
60/21 96/19 115/22

**Hillsboro [1]**  32/11

**him [76]**  7/5 16/3 46/16
64/15 77/20 78/2 83/14 87/11
89/16 101/13 101/15 101/19
101/21 101/21 102/6 102/8
102/12 102/14 102/22 102/24
105/21 124/16 126/17 126/18
129/19 130/7 130/21 131/1
136/3 136/14 136/23 137/10
137/11 137/11 139/19 180/14
181/9 181/17 181/17 181/25
182/12 182/16 182/17 182/18
185/2 191/12 191/15 192/7
192/8 196/2 197/6 197/8
197/11 197/14 197/17 197/22
197/22 197/25 198/6 198/7
198/24 199/2 199/6 199/15
199/18 199/19 200/11 200/12
233/14 234/10 237/15 237/16
237/22 237/24 238/25 239/3

**himself [5]**  10/5 121/11
121/12 122/20 176/24

**his [68]**  4/3 8/14 8/16 19/8
29/4 39/12 40/10 52/3 57/2
57/2 62/16 67/18 68/17 74/12
74/13 77/9 78/1 78/6 78/7
78/15 83/13 83/14 84/17
95/12 97/20 98/8 101/17
101/18 101/23 102/15 102/16
113/22 115/15 121/12 123/11
124/5 126/2 126/2 126/6
126/15 126/19 126/21 127/2
127/3 127/4 127/17 127/18
129/8 135/25 139/21 185/16
185/17 188/7 188/9 192/9
192/11 192/14 192/16 198/6
233/12 233/14 234/2 237/16
237/23 239/3 239/7 239/21
239/23

**history [1]**  194/16

**hit [4]**  84/17 113/22 218/22
223/18

**hobbies [25]**  23/22 25/20
26/25 28/17 32/4 34/23 35/24
38/21 44/5 49/5 50/18 51/6
51/17 53/1 54/10 55/22 57/2
64/14 65/14 65/19 67/11
68/15 69/4 70/24 86/10

**hobby [7]**  29/1 29/2 29/4
51/8 70/18 71/1 86/13

**hokey [1]**  130/3

**hold [11]**  11/24 28/9 29/2
29/19 29/22 43/2 54/2 59/18
63/6 214/4 223/11

**holding [3]**  212/19 213/25
214/3

**hole [2]**  182/4 182/6

**holes [1]**  186/4

**holidays [1]**  69/12

**hollow [2]**  213/13 213/14

**home [3]**  43/21 60/19 63/13

**homeless [1]**  135/17

**homicide [1]**  44/24

**homicides [1]**  64/24

**HON [1]**  1/24

**honest [4]**  13/22 46/8 86/6
167/4

**Honor [127]**  3/7 3/11 3/17
3/22 5/14 7/12 7/22 44/19
56/4 56/21 57/15 57/21 58/7
58/15 59/3 59/8 59/13 64/6
70/10 72/18 74/8 74/23 75/7
75/15 76/2 76/11 77/4 77/18
77/25 78/10 78/22 79/11
79/21 80/7 80/13 80/22 88/17
98/4 98/22 100/14 100/20
101/3 102/4 103/7 103/10
103/23 104/15 105/9 105/19
105/25 106/7 106/10 106/16
107/2 109/15 109/20 110/4
110/6 110/17 118/9 118/24
131/18 137/25 138/18 138/20
138/24 143/17 147/9 147/11
147/14 148/6 148/8 149/8
149/10 150/7 154/13 154/18
154/21 155/7 155/10 155/15
161/9 164/15 164/22 165/23
166/3 167/24 169/7 170/12
174/10 183/20 193/13 193/15
196/14 196/15 199/23 200/14
200/18 205/17 206/4 206/16
206/20 212/2 212/6 212/8
215/4 215/19 219/3 219/15
229/10 234/12 235/1 235/5
236/11 236/14 237/3 237/6
237/8 237/14 237/20 238/23
239/11 239/20 240/3 240/22
241/1 241/2

**HONORABLE [1]**  1/11

**hood [5]**  152/23 158/15
158/18 158/23 159/4

**hook [1]**  127/15

**hope [6]**  12/4 13/9 13/14
36/8 96/24 102/23

**hopefully [1]**  73/13

**horrible [2]**  35/7 97/8

**hour [12]**  5/18 6/9 6/12 6/12
12/16 73/14 73/15 117/4
129/24 135/7 238/5 239/23

**hours [5]**  42/5 42/15 180/9
202/10 238/19

**house [46]**  37/22 40/10 40/12
48/25 49/1 84/17 85/8 119/9
119/9 125/5 126/4 126/22
130/8 130/11 130/13 134/9
134/20 134/21 134/22 134/23
135/15 137/10 147/4 147/19
170/21 171/3 171/7 171/14
172/15 176/10 177/11 177/14
179/15 191/6 194/12 194/14
194/18 195/4 195/4 195/12
195/24 196/7 196/7 197/9
199/14 199/14

**houses [1]**  134/10

**how [69]**  5/19 6/7 6/10 6/17
6/19 12/9 29/23 39/13 40/15

## H

**how...** **[60]**  42/23 44/25 58/8
62/1 62/17 65/25 83/18 94/7
96/16 99/2 108/2 122/8 122/9
132/18 132/22 132/25 133/12
135/24 142/7 152/8 156/9
161/25 177/5 177/20 178/11
180/8 192/23 195/16 196/25
201/15 201/24 202/2 207/23
208/22 209/7 210/8 210/15
211/21 212/15 215/11 222/6
223/3 223/22 223/22 224/1
225/21 226/11 229/4 229/11
230/12 231/5 236/24 237/7
238/4 238/9 238/14 238/18
239/19 239/22 240/8
**HOWARD** **[3]**  1/19 3/12 10/8
**however** **[4]**  77/7 205/4
225/24 237/21
**huh** **[2]**  11/9 11/9
**hum** **[1]**  204/14
**human** **[4]**  61/4 71/6 94/7
94/22
**hundred** **[3]**  42/20 133/3
202/1
**hurricane** **[2]**  159/19 169/3
**hurt** **[1]**  159/17
**husband** **[11]**  29/19 29/21
40/1 45/12 49/25 50/21 55/22
59/16 63/10 67/8 67/13
**husband's** **[1]**  44/13
**hygiene** **[1]**  146/5
**hypothetical** **[2]**  47/10
198/10
**Hypothetically** **[1]**  6/13

## I

**I work** **[1]**  132/8
**I'd** **[3]**  76/22 76/25 219/14
**I'll** **[2]**  193/12 219/9
**I'm** **[32]**  10/8 24/5 25/16
25/17 26/19 28/8 29/20 31/15
31/21 32/14 38/19 38/20 40/1
40/3 44/19 49/25 53/25 60/18
60/20 61/1 67/24 68/5 87/12
92/3 92/8 101/7 108/2 108/7
168/17 184/18 195/2 218/4
**I's** **[1]**  190/16
**I've** **[3]**  39/25 42/24 43/6
**I-95** **[2]**  47/4 75/23
**I.D** **[1]**  2/11
**id** **[2]**  124/10 137/1
**idea** **[2]**  13/24 94/22
**identical** **[1]**  128/8
**identifiable** **[1]**  235/13
**identification** **[12]**  138/3
146/15 146/25 147/23 148/16
148/21 149/20 215/7 215/14
230/23 231/8 236/21
**identifications** **[1]**  222/9
**identified** **[2]**  119/17 137/3
**identify** **[7]**  42/2 82/3 88/8
125/25 126/2 135/22 135/24
**identifying** **[2]**  121/9 121/11
**identity** **[4]**  42/1 51/23 86/3
127/25
**ignition** **[1]**  226/12

**ignore** **[2]**  114/9 114/11
**II** **[2]**  37/13 165/12
**illegal** **[1]**  34/25
**image** **[3]**  122/23 123/1 207/8
**images** **[2]**  121/5 121/6
**imagine** **[2]**  69/10 69/13
**immediately** **[11]**  74/18 75/16
119/20 136/6 136/8 136/9
178/21 203/4 225/16 227/12
233/13
**impact** **[4]**  79/6 95/24 96/11
102/22
**impacted** **[1]**  101/15
**impacts** **[1]**  96/22
**impartial** **[68]**  14/9 24/16
27/15 27/25 29/13 30/2 30/20
32/19 33/14 33/21 35/4 36/5
37/4 37/20 39/17 40/22 41/5
41/18 41/23 42/11 42/18
43/12 43/25 44/16 45/7 45/18
45/25 46/23 47/6 47/14 50/7
51/1 51/9 52/4 53/15 54/18
55/6 56/3 56/9 57/14 57/20
58/13 60/7 60/9 61/22 62/21
63/16 65/7 65/23 67/16 67/20
69/23 72/12 75/2 75/17 75/24
77/8 84/5 85/5 86/3 86/24
87/25 94/1 97/8 98/19 102/7
102/10 103/1
**impartiality** **[1]**  63/25
**impartially** **[1]**  19/17
**import** **[1]**  68/24
**import/export** **[1]**  68/24
**important** **[14]**  11/1 12/4
13/10 73/4 73/17 99/17
116/23 127/6 166/8 176/16
188/17 208/4 232/2 232/15
**importantly** **[3]**  11/16 73/5
126/20
**impression** **[1]**  116/7
**impressions** **[1]**  117/2
**imprisonment** **[1]**  15/20
**improper** **[2]**  117/11 117/11
**in-court** **[1]**  137/1
**inaccurate** **[1]**  170/16
**Inc** **[1]**  15/24
**incendiary** **[2]**  130/24 131/6
**incident** **[13]**  75/22 83/15
83/19 84/15 85/13 86/22
86/23 87/7 87/22 136/3
168/13 168/25 227/15
**incidents** **[7]**  30/1 84/2 90/5
90/12 90/13 168/20 191/17
**include** **[5]**  5/7 35/24 55/22
133/25 202/13
**includes** **[1]**  20/24
**including** **[10]**  4/25 11/4
21/2 32/17 69/19 91/7 119/11
121/8 125/19 235/14
**indeed** **[1]**  75/8
**independent** **[1]**  20/7
**INDEX** **[1]**  2/1
**Indiana** **[2]**  68/4 78/20
**indicate** **[1]**  182/2
**indicated** **[21]**  30/13 75/21
76/15 77/5 78/20 79/3 79/8
79/17 79/25 80/1 82/16 84/11
85/23 86/4 86/19 87/6 95/15

95/19 98/7 191/17 211/25
**indicates** **[1]**  122/6
**indicating** **[11]**  139/12 140/1
141/19 143/6 148/15 160/4
178/5 183/14 183/15 185/13
207/17
**indication** **[1]**  227/24
**indictment** **[9]**  14/12 14/13
14/15 15/8 19/24 112/19
15/19 123/17 123/23
**indirect** **[2]**  113/5 113/9
**indirectly** **[1]**  113/3
**individual** **[14]**  79/4 98/7
119/17 127/9 135/22 135/24
135/25 136/7 136/10 136/19
136/21 173/11 181/12 207/5
**individually** **[1]**  216/23
**individuals** **[9]**  20/8 21/16
21/19 97/17 121/16 121/18
163/3 171/6 171/15
**indoors** **[1]**  31/8
**industrial** **[1]**  50/15
**industry** **[1]**  70/23
**inevitably** **[1]**  232/9
**infiltrating** **[1]**  85/12
**inflammatory** **[1]**  130/25
**influence** **[2]**  63/25 232/11
**influenced** **[1]**  11/23
**inform** **[1]**  21/6
**informant** **[9]**  124/13 124/14
125/11 171/19 172/1 174/20
175/8 175/13 175/17
**informants** **[1]**  134/9
**information** **[13]**  20/11 20/13
22/16 121/13 124/11 126/5
126/9 136/4 171/10 176/6
176/23 177/1 217/12
**initial** **[6]**  4/10 4/17 214/21
215/1 230/14 230/17
**initialed** **[2]**  230/15 230/16
**initially** **[2]**  183/16 221/21
**initials** **[3]**  138/8 215/14
231/7
**inmates** **[1]**  23/19
**innocence** **[2]**  89/15 115/15
**innocent** **[4]**  42/16 75/9
115/8 117/13
**input** **[1]**  217/12
**inquire** **[5]**  81/3 156/9
198/18 229/11 232/5
**inquiry** **[4]**  76/22 192/10
219/7 219/16
**ins** **[1]**  63/14
**inserted** **[1]**  160/12
**inside** **[17]**  119/22 119/25
126/21 130/14 152/1 180/14
181/2 181/9 181/20 182/1
182/10 208/16 210/13 214/14
214/20 214/20 216/16
**inspector** **[1]**  60/20
**instance** **[9]**  92/18 93/8
94/17 113/21 129/2 129/6
129/9 188/14 189/13
**instances** **[1]**  177/6
**instead** **[1]**  226/17
**institution** **[1]**  44/22
**institution in** **[1]**  44/22
**instruct** **[8]**  18/14 18/19

**I**

**instruct... [6]**   30/19 48/6
89/14 114/15 116/20 131/21
**instructed [6]**   16/5 72/25
85/2 94/11 94/17 172/2
**instruction [4]**   17/13 94/16
172/4 232/2
**instructions [22]**   18/16
18/20 21/7 48/4 73/17 80/25
81/3 81/5 95/5 97/7 99/17
99/25 100/3 101/22 102/14
110/15 112/14 112/16 115/21
116/24 117/16 166/8
**instructs [1]**   18/2
**intake [2]**   23/18 24/14
**integral [1]**   111/18
**intelligent [1]**   12/6
**intended [3]**   12/2 150/14
169/13
**intending [1]**   123/10
**intent [6]**   14/19 15/5 15/8
63/23 124/2 124/9
**interaction [2]**   73/7 166/10
**interactions [1]**   75/1
**interest [3]**   114/24 214/17
222/18
**interesting [3]**   26/16 36/6
117/23
**interfere [8]**   24/15 27/14
30/22 35/3 37/3 39/16 50/7
56/8
**interior [4]**   202/11 202/23
202/25 203/2
**international [1]**   23/10
**internet [2]**   20/10 20/21
**internship [2]**   45/3 45/6
**interpret [1]**   116/19
**interstate [1]**   15/19
**introduce [5]**   9/2 9/21 10/5
97/20 164/16
**introduced [3]**   9/4 88/24
130/17
**investigated [4]**   133/1
201/24 202/3 223/2
**investigating [1]**   124/10
**investigation [4]**   125/20
126/10 171/7 194/23
**investigations [7]**   132/14
132/16 133/25 134/1 134/3
169/19 223/6
**investigator [6]**   6/3 137/17
137/21 140/10 201/12 201/25
**invited [2]**   96/3 196/20
**invoke [1]**   131/16
**invoked [1]**   131/23
**invoking [1]**   131/17
**involve [2]**   27/23 234/9
**involved [14]**   9/7 20/8 40/19
54/22 62/9 82/17 83/2 83/9
121/19 133/17 159/16 187/21
195/12 202/17
**involvement [3]**   83/16 134/12
202/16
**involves [3]**   30/13 38/11
195/9
**involving [7]**   37/18 79/18
86/13 87/7 93/9 101/13

101/25
**iPad [4]**   142/13 189/22
190/13 190/16
**iPhone [1]**   21/1
**is [1029]**
**is somebody [1]**   124/14
**Island [1]**   27/12
**isn't [7]**   92/18 93/18 93/25
98/19 130/22 191/24 196/20
**issue [9]**   14/24 47/16 66/23
76/3 77/8 78/20 98/1 198/20
236/8
**issues [5]**   3/2 17/25 40/13
78/1 79/7
**it [521]**
**it kind [1]**   210/4
**it's [23]**   13/11 14/25 29/20
42/25 53/20 92/20 103/12
126/21 127/15 127/18 134/20
140/25 148/1 149/25 158/18
174/8 195/16 197/13 216/18
221/4 223/14 223/22 227/2
**item [14]**   114/15 158/1 158/2
189/20 190/20 208/2 208/2
208/4 208/7 208/8 208/10
217/18 218/17 220/18
**items [8]**   146/5 190/6 201/20
201/21 201/22 207/23 209/1
221/1
**iTouch [1]**   142/14
**its [14]**   16/13 19/2 75/13
116/14 128/11 128/11 128/23
138/10 146/11 205/13 216/21
219/9 234/15 235/22
**itself [3]**   12/22 202/9
222/18


**J**

**jacketing [1]**   226/20
**jail [3]**   23/18 27/8 27/14
**Jamaica [2]**   191/8 191/21
**Jamaican [5]**   76/17 191/2
191/3 191/23 192/2
**January [8]**   25/16 25/25 26/2
124/3 167/16 168/16 168/17
171/12
**January 25 [1]**   167/16
**JB [2]**   121/17
**Jeff [1]**   121/17
**jeopardizes [1]**   21/8
**Jiffy [1]**   64/11
**job [10]**   18/14 34/10 42/22
48/1 48/1 68/14 132/7 201/11
201/18 222/9
**jobs [1]**   27/11
**jointly [1]**   165/6
**judge [58]**   1/11 4/22 5/10
5/13 5/23 7/21 7/24 8/21
22/25 24/20 50/21 50/25 51/3
65/21 74/20 75/4 75/11 75/21
76/5 76/15 77/12 77/22 78/5
78/18 78/24 79/14 81/13
81/17 89/13 98/22 99/12
100/7 100/15 101/7 101/8
102/13 105/3 105/13 108/2
108/7 110/11 117/24 131/11
131/16 143/15 150/16 184/18
198/13 215/21 219/9 231/12

231/13 233/6 233/20 234/1
234/9 236/22 237/10
**Judge's [1]**   95/11
**judicial [2]**   13/12 17/16
**juncture [2]**   78/9 78/16
**Jupiter [4]**   55/20 61/2 61/12
70/13
**juries [1]**   89/5
**jurisdiction [1]**   17/17
**juror [259]**
**juror's [1]**   21/7
**jurors [44]**   4/6 4/15 7/18
7/20 7/24 8/1 8/13 8/23
10/22 14/9 17/19 17/20 20/2
20/3 20/4 20/16 20/18 22/11
22/12 22/22 23/2 36/10 48/8
72/17 73/9 73/20 73/23 80/18
81/19 93/22 99/22 99/24
103/12 107/14 109/7 110/1
110/13 110/14 110/15 110/18
111/11 112/14 115/25 229/15
**jury [96]**   1/10 3/23 5/17
7/25 8/17 11/16 11/20 12/21
13/10 14/7 16/22 17/4 17/22
18/17 31/6 38/5 39/21 41/3
41/4 53/20 56/17 58/17 60/23
61/8 62/25 66/16 66/22 73/14
73/18 76/4 76/24 77/20 81/20
96/23 100/4 104/6 104/24
105/23 106/12 107/5 108/9
110/20 111/5 111/6 111/19
112/8 112/12 115/25 116/3
116/21 118/6 118/15 118/17
119/2 132/7 138/23 146/16
146/17 147/14 147/17 148/11
149/12 149/15 151/4 155/7
155/11 156/6 157/4 161/14
161/17 161/25 166/17 166/20
166/21 171/25 178/24 191/17
198/15 204/9 206/15 206/17
206/17 210/16 210/22 212/3
212/3 212/11 219/15 219/17
221/14 229/6 231/24 232/25
233/11 240/20 240/20
**jury's [1]**   231/16
**just [101]**   4/1 4/6 5/15 11/6
13/20 17/10 19/11 19/11
19/12 20/1 24/11 25/24 26/15
26/16 29/5 31/7 33/7 33/24
41/21 53/18 55/4 62/6 63/9
65/5 66/1 66/2 66/2 66/14
66/20 68/5 74/8 78/19 81/15
82/1 83/17 83/18 84/25 86/12
88/3 88/7 90/14 90/14 90/19
90/21 90/23 90/23 91/24
97/12 98/22 102/7 111/15
112/10 113/20 117/10 117/13
118/17 122/7 123/24 128/22
129/12 133/23 135/19 139/24
147/5 155/15 156/4 157/15
157/25 158/15 166/25 171/4
171/15 179/14 181/12 181/25
183/7 185/6 187/19 189/6
190/10 197/16 200/2 200/9
205/4 205/8 206/15 207/10
208/22 214/7 214/17 217/19
217/21 221/5 221/19 222/4
222/19 223/21 223/23 231/13

## J

**just... [2]**   234/19 238/21
**justice [17]**   23/23 29/8 32/6
34/24 40/6 41/13 41/22 46/20
52/3 53/19 59/24 61/18 66/12
76/13 90/9 91/3 91/6

## K

**keep [18]**   12/24 19/11 21/12
32/22 48/5 51/25 72/4 72/10
80/8 84/3 90/21 115/7 115/24
117/21 180/19 216/9 218/9
240/12
**keeper [1]**   67/10
**kept [1]**   199/21
**Kevin [19]**   119/17 126/6
126/7 130/10 130/14 135/25
136/2 171/2 171/5 174/5
174/24 175/24 175/25 176/23
177/1 179/17 179/22 180/10
191/18
**KG [5]**   119/18 121/16 122/11
130/10 136/3
**kick [1]**   226/11
**kicked [2]**   226/15 226/16
**kids [5]**   25/6 45/13 53/1
96/1 194/19
**killed [3]**   39/11 67/18 95/20
**kind [36]**   13/22 22/20 26/21
27/9 37/21 52/8 96/10 113/9
124/16 125/20 133/24 134/19
188/13 203/13 208/15 208/19
210/4 210/13 212/15 212/19
212/23 213/5 213/5 213/8
213/13 213/17 220/5 220/23
220/25 221/3 223/13 223/14
223/15 224/17 227/22 229/21
**kinds [1]**   30/5
**kit [1]**   158/16
**kits [1]**   163/8
**knew [10]**   91/3 93/9 125/1
125/1 126/9 130/10 135/25
136/3 171/5 187/10
**knock [1]**   187/19
**know [93]**   3/2 4/14 4/23 5/18
8/9 8/10 9/7 9/8 11/1 13/16
17/1 20/1 21/21 23/1 27/11
33/8 33/8 34/3 34/9 46/21
55/9 73/24 76/2 78/13 80/18
80/22 82/4 83/3 83/4 83/5
85/9 90/4 90/10 90/12 90/14
90/23 91/4 94/15 94/22 97/11
97/12 97/16 97/22 98/2 99/22
99/24 100/10 114/23 115/6
117/7 117/14 117/19 118/12
118/18 125/24 141/17 152/8
156/14 160/19 167/16 177/20
177/22 179/19 180/15 180/16
180/25 181/20 181/22 186/15
186/17 186/22 186/23 186/24
187/4 188/1 188/9 189/7
189/19 190/16 191/6 191/7
191/9 191/11 191/20 191/22
194/15 197/7 198/2 198/23
199/6 216/25 219/1 227/14
**knowing [3]**   15/19 37/16
182/13

**knowingly [4]**   15/13 15/18
16/2 129/16
**knowledge [3]**   11/25 17/17
18/18
**known [2]**   36/23 128/1
**knows [5]**   10/2 10/13 19/24
21/18 197/24
**kreep [1]**   122/16

## L

**La'Nisha [2]**   21/25 238/8
**lab [8]**   120/16 121/2 155/21
157/16 158/7 158/25 164/3
235/8
**label [7]**   215/1 215/12 217/9
217/10 219/5 230/17 231/6
**labeled [1]**   121/8
**laboratory [1]**   153/21
**labs [1]**   32/4
**ladies [16]**   10/7 22/3 22/7
72/15 88/18 89/9 98/10 99/15
112/10 119/3 123/21 127/8
129/14 164/23 166/5 231/22
**Lake [4]**   49/2 63/4 63/9 67/7
**landscaping [1]**   61/15
**language [2]**   76/3 76/10
**Lantana [2]**   39/4 54/8
**lapses [1]**   234/3
**laptop [2]**   63/22 190/13
**large [5]**   44/21 54/1 54/6
59/20 128/7
**last [29]**   6/5 6/17 8/6 8/10
12/8 12/9 14/3 25/4 29/25
41/10 65/10 68/23 69/1 71/14
71/15 71/20 71/21 126/15
132/2 168/5 169/4 184/1
188/7 197/19 197/20 198/7
201/1 213/11 232/7
**lastly [1]**   21/25
**lately [1]**   85/7
**latent [17]**   202/14 219/25
220/4 220/8 221/14 221/16
221/19 221/25 222/7 222/8
222/25 223/7 223/9 223/16
224/2 224/5 231/20
**later [14]**   16/7 42/6 57/24
77/5 80/2 115/21 137/14
142/1 163/12 174/4 174/23
193/4 193/5 240/17
**Lauderdale [1]**   1/21
**laundering [1]**   27/10
**law [102]**   17/25 18/3 18/5
18/12 18/14 18/15 18/19
18/19 18/22 18/22 18/25 19/7
19/9 30/19 32/9 32/10 32/17
32/23 33/1 34/5 36/1 36/4
36/16 36/17 37/1 41/14 42/9
45/15 45/17 47/17 47/18 48/5
48/6 48/7 50/4 51/21 51/22
52/1 52/11 53/18 53/22 56/14
65/1 69/22 72/11 74/15 74/25
75/8 75/18 76/18 77/9 77/15
83/9 84/4 85/1 85/4 85/14
85/17 85/25 86/2 86/4 86/25
87/24 88/23 89/1 91/3 91/6
103/2 112/20 112/21 112/22
113/7 116/20 119/13 119/15
119/16 119/20 121/25 124/15

**124/17 125/1 125/18 126/4
126/13 130/6 130/15 159/12
159/14 172/16 173/12 175/5
176/20 179/1 180/19 181/17
186/7 187/19 187/20 190/6
232/18 234/22 235/12
**lawful [1]**   47/17
**laws [1]**   17/16
**lawyer [5]**   96/9 113/22 114/2
114/3 114/4
**lawyer's [1]**   113/21
**lawyers [15]**   18/4 18/6 36/1
36/4 37/5 37/8 37/10 56/1
73/6 73/10 91/7 113/15
113/16 113/18 232/12
**lawyers' [1]**   113/18
**lay [1]**   162/22
**laying [6]**   139/20 148/20
151/9 197/5 197/6 198/6
**leading [7]**   124/3 141/21
143/11 143/18 162/18 163/19
163/21
**learn [1]**   232/17
**learned [1]**   91/2
**lease [2]**   186/16 186/16
**least [9]**   98/7 125/8 128/18
168/14 173/3 175/5 177/7
187/24 227/24
**leave [5]**   116/3 180/5 180/18
215/22 221/19
**leaves [4]**   100/4 118/6 127/2
232/25
**leaving [2]**   180/6 239/2
**left [17]**   9/20 13/4 43/9
66/20 73/18 89/10 89/10
108/3 112/8 116/3 147/4
149/25 166/17 180/7 180/18
181/12 197/5
**legalized [1]**   88/6
**legally [1]**   115/17
**Lego [3]**   68/24 69/11 69/13
**legs [1]**   185/16
**Lemme [1]**   122/17
**LEO [1]**   64/19
**less [3]**   97/10 158/14 237/4
**let [38]**   3/3 4/1 4/14 6/25
6/25 9/9 14/13 15/6 20/1
34/10 41/21 44/10 47/15 53/5
57/7 80/18 88/25 91/23 93/16
97/16 98/5 99/21 99/24
100/10 103/4 109/11 116/1
117/18 139/3 146/10 148/16
156/9 156/14 164/9 217/21
227/13 229/11 233/4
**let's [15]**   3/5 5/17 26/4
80/18 81/18 92/19 98/1 98/9
123/24 176/15 180/20 196/25
202/16 237/10 240/12
**Letting [1]**   98/2
**level [4]**   115/22 133/25
134/1 134/3
**liberties [1]**   13/13
**licensed [1]**   50/1
**lid [1]**   160/19
**lieutenant [2]**   65/21 227/13
**life [20]**   25/19 28/10 28/11
32/1 32/2 39/4 40/1 46/14
47/17 47/22 59/16 62/16

## L

**life... [8]**   64/12 64/24
90/20 92/22 93/18 96/10 97/9
127/5
**lifestyle [1]**   93/15
**light [7]**   4/11 71/22 115/2
145/22 221/3 221/4 221/11
**lighting [8]**   220/5 220/6
220/6 220/9 220/14 220/14
221/2 221/11
**like [63]**   8/1 9/1 9/21 12/19
17/10 37/13 39/5 43/16 45/13
46/16 47/16 48/11 48/21
50/10 68/2 69/8 74/4 76/22
81/1 81/12 81/16 83/3 83/11
83/21 85/10 89/2 90/21 92/16
96/2 97/12 98/6 103/5 103/18
116/25 119/6 120/19 132/11
133/23 134/22 134/24 151/8
152/17 158/14 172/19 179/14
190/24 190/24 192/10 198/16
208/15 212/17 214/11 214/12
216/18 216/19 217/10 217/19
218/15 221/3 221/19 223/14
224/16 240/15
**like I [1]**   96/2
**liked [1]**   55/23
**likely [3]**   30/21 78/2 78/10
**likewise [2]**   8/9 169/16
**limine [1]**   234/8
**limit [1]**   167/7
**limited [5]**   28/10 91/7
114/14 114/16 114/17
**line [4]**   222/19 230/7 231/19
231/19
**lined [1]**   72/23
**lines [2]**   26/7 212/23
**lineup [2]**   6/21 188/13
**Linkedin [1]**   21/3
**Lion [1]**   67/10
**lip [1]**   225/4
**liquid [1]**   152/13
**list [6]**   3/15 7/14 7/18
22/21 22/23 113/13
**listen [16]**   9/5 9/5 21/20
30/18 48/2 48/2 48/5 55/10
56/13 72/10 84/4 86/24 87/23
92/3 173/14 173/14
**listener [3]**   196/16 196/21
197/14
**listening [1]**   51/25
**literally [2]**   31/8 220/16
**little [45]**   12/5 20/1 23/2
26/2 29/2 34/17 47/18 49/9
49/12 49/13 49/16 49/17
51/22 53/22 64/23 76/6 76/17
77/12 81/14 82/20 84/14
85/25 88/23 93/21 121/12
129/2 130/3 141/14 141/16
150/11 151/7 157/24 158/17
159/6 185/17 191/23 213/5
220/25 223/15 226/11 226/13
226/23 226/24 233/22 237/24
**live [41]**   22/18 23/15 25/3
26/7 26/22 28/15 32/1 34/16
35/20 44/3 47/17 49/2 49/2
49/4 50/16 51/15 52/25 59/14

60/20 61/7 65/11 65/18 67/7
68/8 68/25 70/13 85/6 209/14
209/15 209/15 209/22 213/12
213/15 224/20 224/20 224/23
225/1 225/2 225/14 225/16
228/21
**lived [16]**   22/19 38/19 39/4
39/25 41/9 43/15 46/14 49/24
61/13 61/14 67/7 68/9 69/1
187/5 187/10 187/14
**lives [2]**   187/15 188/4
**living [6]**   25/18 56/25
140/18 186/8 188/1 206/11
**load [6]**   213/1 213/12 224/25
225/2 225/11 227/17
**loaded [8]**   120/8 120/12
160/5 160/10 209/9 210/11
226/8 228/19
**loads [2]**   224/23 225/11
**loan [1]**   60/18
**located [2]**   150/1 170/21
**location [34]**   124/24 125/5
125/10 126/14 127/10 127/12
130/13 170/1 170/2 170/4
170/5 170/20 170/20 171/12
171/15 171/17 171/23 173/4
174/24 175/3 175/10 176/4
176/21 177/3 177/5 177/16
179/17 179/23 180/1 180/11
180/13 192/5 208/11 211/19
**locations [1]**   194/12
**lock [3]**   122/2 216/11 216/13
**locked [1]**   183/6
**locker [4]**   216/11 216/13
218/12 218/15
**lockers [1]**   164/14
**log [1]**   218/14
**logistical [1]**   5/11
**logistically [1]**   4/6
**logistics [1]**   59/16
**long [36]**   5/5 5/19 6/7 6/10
6/19 12/20 12/24 14/8 14/21
29/24 39/13 40/15 43/1 44/25
45/11 58/8 62/1 62/17 83/8
83/18 87/20 96/16 132/18
132/22 177/20 184/14 201/15
233/21 237/7 237/16 238/4
238/9 238/14 238/18 238/20
239/19
**longer [8]**   46/20 47/19 81/14
112/6 156/9 229/11 231/23
236/24
**look [24]**   12/19 22/23 73/5
73/24 74/6 89/15 92/6 92/7
92/8 94/1 100/5 100/8 131/2
140/17 147/4 148/2 170/10
172/2 186/4 189/11 207/13
221/15 222/13 223/13
**looked [4]**   4/24 23/1 186/19
226/19
**looking [27]**   39/12 85/1 85/3
133/24 141/5 142/5 144/1
144/2 144/6 144/13 144/23
144/24 145/7 145/21 147/18
160/9 160/17 172/8 186/7
204/15 210/25 215/17 222/11
222/17 222/18 222/22 224/7
**looks [1]**   217/9

**looping [1]**   222/15
**loosely [1]**   36/8
**Lopez [1]**   235/17
**lose [1]**   96/1
**lost [1]**   169/11
**lot [17]**   41/25 42/22 46/17
60/22 61/5 85/7 87/20 91/4
95/16 169/19 190/17 193/23
208/17 222/12 222/22 223/19
224/2
**lots [1]**   35/25
**loud [1]**   227/2
**louder [1]**   167/20
**love [2]**   40/2 69/4
**low [1]**   86/2
**Loxahatchee [2]**   43/15 56/24
**Lube [1]**   64/12
**Luckily [1]**   84/17
**lunch [11]**   5/18 13/2 73/14
73/15 110/16 112/11 116/9
116/23 116/24 117/4 118/21
**luncheon [1]**   118/23

## M

**M-A-R-C-U-S [1]**   6/18
**ma'am [11]**   43/13 46/24 65/8
89/18 89/19 91/15 91/19
91/23 94/11 100/23 219/18
**Mac [1]**   189/22
**machinegun [8]**   15/15 16/2
119/11 120/8 120/8 123/6
123/7 123/13
**made [16]**   5/7 18/1 18/8 77/7
97/21 130/11 130/18 159/10
159/12 159/14 167/4 169/24
173/18 187/1 192/7 234/25
**mag [1]**   159/24
**magazine [37]**   120/10 120/13
128/17 142/24 142/25 144/7
144/19 160/3 160/10 160/13
209/10 209/13 209/24 209/25
210/1 210/2 210/3 210/4
210/6 211/5 213/12 213/12
213/13 213/14 213/15 213/16
213/18 214/18 224/21 224/25
225/1 225/3 227/18 227/19
228/17 228/19 229/23
**magazines [1]**   205/21
**Magistrate [4]**   50/21 50/25
51/3 91/18
**mail [2]**   186/11 186/14
**mailbox [3]**   149/5 149/16
185/23
**mailboxes [3]**   147/22 149/1
185/18
**main [1]**   212/16
**maintain [2]**   95/12 216/6
**maintains [1]**   236/18
**Maintenance [1]**   26/20
**major [1]**   31/8
**make [50]**   9/15 9/18 10/17
11/7 11/11 11/15 12/6 13/17
18/4 18/7 38/9 47/24 60/8
76/21 82/3 90/18 111/2
116/10 116/12 119/6 122/8
124/18 125/15 126/8 131/19
163/13 170/18 172/12 177/4
192/8 192/10 194/19 195/13

**M**

make... **[17]**   198/9 199/19
200/6 208/19 209/12 213/17
222/24 224/22 224/23 232/22
233/21 233/23 236/15 236/18
239/16 240/11 240/19
makes **[2]**   10/23 113/8
makeup **[1]**   214/12
making **[6]**   25/11 124/11
126/25 127/25 171/21 235/19
male **[1]**   196/9
males **[1]**   196/13
malpractice **[2]**   37/1 37/6
man **[4]**   53/20 53/21 63/18
77/7
management **[1]**   65/13
manager **[14]**   23/13 23/20
28/14 34/19 45/12 53/25 54/5
54/7 56/23 59/20 63/12 64/11
64/13 68/25
mandatory **[1]**   122/3
mango **[1]**   56/24
manila **[5]**   214/20 214/23
216/21 216/22 230/14
manner **[2]**   77/9 114/24
manufactured **[1]**   143/8
many **[25]**   12/9 14/3 20/20
69/18 73/6 76/7 89/5 108/2
112/24 125/6 126/21 132/25
142/7 177/5 186/5 186/7
192/23 201/24 202/2 208/22
210/8 211/21 214/1 223/3
229/4
March **[26]**   15/4 15/7 15/12
15/17 119/13 124/5 132/20
134/13 135/12 137/6 170/8
170/8 170/14 170/16 179/9
179/17 192/13 193/23 194/3
196/4 202/17 206/12 207/3
216/5 217/4 217/9
March 3 **[5]**   15/17 134/13
135/12 206/12 207/3
March 3rd **[1]**   192/13
Marcus **[3]**   6/15 21/22 237/6
marijuana **[7]**   52/14 141/15
141/15 142/19 152/7 154/5
159/3
Marine **[2]**   35/25 70/19
mark **[4]**   21/24 201/20 226/22
238/17
marked **[44]**   138/3 138/22
139/5 139/23 140/3 140/13
140/22 141/3 141/10 142/3
142/10 142/16 142/21 143/2
143/25 144/4 144/11 144/16
144/21 145/5 145/13 145/19
145/25 146/9 146/14 147/13
148/10 149/13 151/1 153/24
154/24 161/11 203/8 203/17
203/24 204/20 205/11 206/6
215/7 230/23 236/6 236/10
236/16 236/20
marketing **[2]**   55/19 65/12
marking **[1]**   204/13
marks **[1]**   80/14
marriage **[1]**   67/18
married **[24]**   22/20 23/16

25/4 28/1 28/24 32/2 34/17
38/20 40/1 43/16 45/12 49/25
51/16 54/9 55/21 59/16 60/20
61/4 61/14 65/12 67/8 68/10
70/14 70/24
mask **[2]**   31/10 159/5
Master's **[1]**   202/8
match **[2]**   47/18 128/8
materially **[1]**   102/25
materials **[17]**   20/10
matter **[15]**   3/4 8/22 18/12
30/23 30/24 31/1 33/18 36/24
57/23 66/8 74/25 75/2 123/8
219/17 241/6
matters **[10]**   5/12 17/6 17/15
17/17 18/5 20/7 27/9 28/4
46/21 71/17
Matthew **[2]**   3/9 9/25
max **[1]**   237/8
maximum **[1]**   180/9
may **[99]**   3/1 3/11 7/9 8/18
11/24 11/25 13/5 14/2 17/7
17/16 20/15 20/17 20/24 21/3
21/16 21/16 21/17 72/24
73/12 73/13 80/21 81/21
81/24 88/16 91/11 91/25
96/11 97/21 98/11 98/11
98/17 102/24 110/6 110/22
111/7 111/24 111/25 112/9
113/9 114/4 114/5 114/10
114/18 114/20 114/21 115/16
115/23 116/12 116/15 116/16
116/17 117/3 119/4 123/20
128/20 130/5 137/25 138/1
138/25 147/14 147/15 148/12
155/7 155/11 157/5 161/18
166/22 167/23 167/25 169/7
169/8 170/12 170/13 174/10
174/11 183/20 183/22 183/23
193/13 194/12 198/19 200/19
200/20 205/19 206/16 206/21
206/24 208/3 212/7 212/8
213/8 215/25 220/18 220/25
221/6 223/14 229/14 233/1
237/15
maybe **[34]**   39/14 52/9 76/23
83/20 83/21 93/16 93/18
96/21 97/3 98/19 99/4 125/9
130/19 133/16 133/20 150/13
156/12 156/14 161/16 164/8
172/6 180/9 180/24 185/16
188/11 192/25 193/3 194/15
195/14 195/14 195/15 196/9
213/8 237/3
MDMA **[11]**   121/2 121/23 152/6
152/9 153/14 154/6 159/3
160/20 160/21 160/24 161/2
me **[94]**   3/3 3/8 4/1 4/14 5/8
6/25 9/9 9/10 9/10 9/13 9/17
9/24 10/25 13/25 14/13 15/6
19/12 21/6 24/20 24/21 35/8
36/6 37/5 37/22 41/19 41/21
42/6 42/17 42/21 42/22 44/8
44/10 47/15 47/16 51/19
51/20 53/5 53/8 54/2 56/12
57/7 63/25 64/22 65/5 66/20
80/19 81/15 88/9 88/25 90/1
90/2 91/23 93/16 93/23 93/25

96/6 96/9 97/16 98/5 99/21
100/10 101/8 109/11 143/7
148/16 156/9 156/14 156/24
158/21 159/7 165/22 167/18
167/22 168/18 179/12 180/6
180/22 184/9 194/25 196/1
197/3 197/6 198/7 199/13
207/15 208/6 225/24 226/20
227/6 227/8 228/10 229/11
233/4 236/6
me as **[1]**   21/6
mean **[14]**   5/7 22/11 47/9
47/10 82/18 104/6 111/12
171/18 172/19 178/19 189/2
217/2 219/13 223/21
meaning **[2]**   125/14 208/2
means **[7]**   20/6 114/12 122/15
160/11 210/1 217/25 221/21
meant **[1]**   178/4
measurements **[1]**   201/20
mechanic **[1]**   63/11
mechanism **[2]**   120/5 143/10
media **[2]**   21/4 117/17
medical **[3]**   47/19 63/12 99/1
meet **[4]**   118/4 195/8 195/21
232/23
meeting **[1]**   122/3
Melanie **[6]**   10/20 110/23
111/5 116/7 118/3 232/22
member **[23]**   24/1 33/5 33/7
33/9 33/18 34/25 48/16 50/4
52/13 61/19 61/25 74/19
75/19 79/2 79/2 82/14 84/10
85/22 86/18 86/19 87/5 188/2
188/4
members **[14]**   23/24 32/6
32/17 41/12 41/17 45/14
45/16 46/19 59/23 61/17
112/12 117/18 195/19 195/21
memory **[4]**   114/23 116/5
116/5 116/7
men **[1]**   64/25
mentally **[1]**   237/24
mention **[1]**   234/21
mentioned **[17]**   21/5 21/17
69/14 101/15 101/17 133/18
139/8 152/1 153/10 162/6
207/2 209/2 213/21 221/24
223/2 226/4 232/4
merely **[1]**   14/13
message **[2]**   122/16 122/17
messages **[11]**   121/6 121/9
121/10 121/15 121/19 121/20
121/24 122/4 122/6 122/11
122/13
messaging **[1]**   21/1
met **[3]**   19/2 173/22 174/1
metal **[7]**   151/7 158/18
223/17 224/4 224/15 224/15
224/17
method **[1]**   195/5
methylenedioxymethamphetamine
**[2]**   15/1 121/2
Miami **[1]**   50/18
mic **[1]**   200/25
microphone **[21]**   9/16 9/19
11/8 22/5 22/15 25/1 28/9
54/7 59/18 63/6 82/1 82/11

**M**

microphone... **[9]**   88/20 95/1
132/1 132/11 132/11 143/14
167/1 167/20 200/25
mid **[7]**   13/1 13/1 72/19
72/20 72/21 156/10 156/15
mid-afternoon **[3]**   13/1
156/10 156/15
mid-morning **[4]**   13/1 72/19
72/20 72/21
middle **[6]**   12/13 12/15 34/19
44/5 69/10 205/2
midnight **[5]**   217/19 218/18
218/20 218/21 219/2
might **[27]**   12/16 18/11 22/13
22/23 22/24 24/3 28/11 47/13
49/14 88/23 91/20 91/24
92/21 96/22 99/18 117/9
117/23 150/11 174/13 176/20
184/11 190/14 196/1 207/12
214/1 232/10 240/19
Mike **[1]**   136/4
mikes **[1]**   28/10
military **[22]**   25/7 25/21
27/1 28/18 32/5 34/23 39/5
39/6 40/6 41/12 45/14 46/18
50/10 50/20 53/2 53/10 54/10
57/3 61/17 64/16 65/20 67/12
millimeter **[2]**   15/23 15/24
millions **[1]**   27/11
mind **[16]**   21/12 30/18 32/22
36/9 36/13 48/5 51/25 69/23
72/10 84/3 84/6 90/21 90/24
92/2 115/7 115/21
mine **[1]**   233/13
minerals **[1]**   50/20
mini **[1]**   208/15
minimize **[2]**   59/7 194/18
minimum **[1]**   109/9
minor **[2]**   57/18 57/20
minute **[2]**   197/16 203/10
minutes **[50]**   4/14 5/21 5/24
6/20 42/14 72/22 73/16 73/20
80/19 81/4 81/15 98/3 100/5
112/10 140/14 140/23 141/4
141/11 142/4 142/11 142/17
143/3 144/5 144/12 144/17
144/22 145/6 145/14 145/20
146/1 156/12 163/12 163/15
164/8 166/6 166/7 166/12
166/18 203/19 204/1 204/22
229/13 236/25 237/3 237/8
237/10 238/11 238/15 239/21
240/1
misdemeanor **[1]**   39/25
misplaced **[1]**   161/23
miss **[1]**   223/18
missing **[4]**   158/11 177/18
177/20 177/21
mistake **[3]**   159/10 159/18
mistaken **[2]**   51/23 86/3
mistakenly **[1]**   161/22
mistakes **[6]**   159/12 159/14
159/20 167/4 170/18 177/4
mistrial **[2]**   21/9 67/22
mix **[1]**   152/12
Model **[2]**   15/23 15/24

Model 17 **[2]**   15/23
modified **[1]**   227/15
molecular **[1]**   202/7
Molly **[1]**   121/21
mom **[4]**   52/14 52/16 71/14
90/1
mom's **[1]**   57/12
moment **[7]**   66/4 110/6 148/17
165/23 183/20 193/13 228/10
momentarily **[1]**   19/22
Monday **[1]**   63/2
money **[10]**   27/10 42/23
124/17 172/5 182/2 182/9
184/17 185/2 185/7 199/22
monitors **[1]**   118/12
months **[9]**   14/2 40/9 40/17
42/25 64/14 124/6 124/6
124/20 125/11
moral **[3]**   41/1 66/14 77/19
morally **[1]**   31/4
morals **[1]**   47/17
more **[34]**   4/14 13/3 13/6
13/6 28/15 31/14 46/4 69/6
69/15 78/25 78/25 82/20
84/15 87/2 97/9 98/17 101/8
112/10 112/15 115/10 117/22
120/25 125/9 127/6 141/18
142/24 151/4 165/16 177/9
177/10 179/11 180/25 211/16
237/4
morning **[74]**   3/1 3/7 3/10
3/11 5/18 7/9 7/10 8/18 9/22
10/7 13/1 23/9 25/15 28/8
28/9 31/19 31/20 34/14 34/15
35/19 38/17 38/18 39/1 39/2
43/6 44/19 44/20 46/10 46/11
48/23 48/24 49/11 49/20
49/21 50/13 50/14 51/13
51/14 52/22 52/23 53/25
55/17 55/18 56/21 56/22
60/18 61/1 61/11 63/4 64/11
67/25 68/3 70/10 70/11 70/21
70/22 72/19 72/20 72/21 82/7
82/8 82/9 85/19 85/20 86/8
86/9 88/18 98/25 231/24
232/21 233/22 238/25 239/2
239/5
most **[10]**   16/16 16/20 17/18
30/21 35/21 69/18 126/20
133/14 133/14 172/6
mostly **[3]**   91/21 132/17
133/22
mother **[3]**   57/4 57/7 71/15
motion **[2]**   234/7 234/7
motion for **[1]**   234/7
move **[12]**   8/12 13/3 104/4
106/10 133/19 147/9 149/8
150/5 150/15 208/10 212/8
236/16
moved **[6]**   35/16 85/7 92/20
93/8 133/21 156/4
movement **[1]**   224/2
moves **[5]**   138/19 196/6
205/23 215/20 231/9
moving **[3]**   134/2 154/19
211/8
Mr **[91]**   2/4 2/6 3/12 4/1 4/1
4/2 4/5 4/21 7/4 7/10 7/11

8/14 10/5 14/14 15/7 76/24
88/19 90/2 91/12 92/8 94/1
94/18 95/9 96/9 96/21 98/15
105/13 119/21 119/23 121/6
121/7 121/10 121/13 121/15
121/19 122/7 122/18 122/19
123/3 123/4 123/9 124/4
125/11 126/6 127/9 127/17
128/6 129/15 130/5 130/19
136/13 137/5 137/9 139/9
139/18 148/18 175/2 181/15
181/24 182/10 183/14 184/6
184/15 184/22 185/8 185/11
188/1 192/6 192/13 193/22
196/17 196/18 196/18 196/21
196/23 197/1 197/5 197/25
198/2 198/16 198/18 199/16
199/18 199/21 199/24 200/11
233/12 233/18 234/2 235/7
235/9
Mrs **[1]**   90/2
Ms **[10]**   2/3 2/5 2/8 10/25
11/18 118/13 201/7 204/22
206/16 216/3
Ms. **[4]**   11/3 60/8 88/20
204/2
Ms. Eckroth **[1]**   204/2
Ms. Stipes **[3]**   11/3 60/8
88/20
much **[65]**   8/7 13/2 13/6 23/7
24/18 24/18 25/10 26/6 26/17
28/7 28/21 31/17 31/18 32/4
34/1 34/2 34/13 35/18 38/16
38/25 39/23 41/8 43/5 44/2
44/18 48/22 49/18 50/12
51/11 52/20 53/23 56/20 59/9
60/17 64/4 65/9 65/16 67/3
67/23 68/8 68/21 70/20 72/14
83/1 83/2 83/4 83/5 83/10
83/11 88/15 99/14 111/8
111/20 112/7 118/20 129/12
156/9 180/8 200/19 220/15
226/11 229/11 231/25 232/24
236/24
muffs **[1]**   227/1
mugged **[2]**   29/17 29/20
multi **[3]**   121/1 153/9 153/12
multi-colored **[3]**   121/1
153/9 153/12
multiple **[6]**   64/24 124/23
125/13 128/21 165/10 216/16
multitude **[1]**   125/9
municipal **[1]**   36/1
murals **[1]**   68/12
murder **[5]**   33/7 62/6 64/18
64/19 65/1 82/17
murdered **[10]**   33/9 34/25
51/21 53/9 61/25 74/19 76/12
77/10 85/24 86/20
musician **[1]**   65/17
must **[16]**   19/5 20/4 20/6
20/21 112/5 112/20 112/21
112/23 113/12 113/13 114/9
114/12 114/16 115/7 115/19
164/25
muzzle **[2]**   225/3 225/25
my **[217]**   3/9 8/8 8/20 9/20
9/22 10/4 10/8 10/10 10/11

## M

**my... [208]** 10/20 13/4 16/19
21/2 22/20 23/9 23/16 23/19
23/22 23/22 25/2 25/4 25/17
25/19 25/20 26/2 26/25 28/13
28/16 28/17 28/18 28/24
28/25 29/4 29/8 29/17 29/17
29/18 29/21 29/21 30/25 31/3
31/21 32/1 32/2 32/2 33/25
33/25 34/1 35/6 35/19 35/24
36/19 37/1 37/6 37/22 39/4
40/1 40/1 41/6 41/24 42/12
42/13 42/14 43/16 43/17
43/18 43/19 43/20 44/5 44/13
45/12 46/14 46/15 46/17
46/18 47/3 47/4 47/17 49/5
49/25 50/1 50/2 50/10 50/11
52/8 52/14 53/9 54/22 54/25
55/21 55/22 56/23 56/24 57/1
57/4 59/16 59/16 59/17 59/23
60/1 60/1 60/19 60/21 61/4
61/4 61/14 61/16 61/25 62/14
63/10 63/18 63/25 64/12
64/13 64/14 64/15 64/24
65/12 65/14 66/14 66/20 67/8
67/9 67/10 67/11 67/13 67/19
68/10 68/11 68/13 69/8 70/4
70/14 71/4 71/14 71/19 72/16
73/25 74/14 81/23 83/2 83/8
84/16 84/21 85/11 86/16
89/10 90/1 91/19 93/13 93/13
93/14 93/14 94/14 94/14
94/15 94/24 96/2 101/12
102/9 102/20 126/13 129/8
132/20 133/16 138/7 141/25
155/4 159/4 159/17 159/18
162/2 168/24 173/1 176/8
181/14 182/13 184/22 199/20
201/3 202/6 205/5 207/18
208/3 208/6 208/7 208/8
208/9 208/18 208/25 215/12
215/13 215/14 218/7 218/12
218/15 218/16 218/24 221/7
222/9 222/23 225/24 226/3
226/21 226/23 227/1 227/1
227/2 227/6 227/8 227/13
227/13 231/6 231/7 231/7
240/4 240/4
**My fiance' [1]** 46/18
**My spouse [1]** 64/13
**myself [10]** 42/3 64/19 66/1
85/10 88/24 96/21 133/2
207/15 208/1 208/2
**mystique [2]** 127/21 127/21

## N

**N-pyrrolidino [1]** 120/16
**N-pyrrolidinoetonitazene [3]**
14/25 15/9 165/9
**name [27]** 6/5 6/17 8/10 8/21
9/22 10/8 21/15 89/19 126/6
126/15 132/1 132/2 135/25
171/2 174/5 180/25 186/16
188/4 188/7 189/1 189/2
189/8 201/1 201/1 201/3
215/12 231/6
**names [8]** 4/9 8/2 8/6 21/16

---

21/16 21/24 121/20 121/22
**narcotic [3]** 133/10 133/15
135/20
**narcotics [56]** 79/19 93/4
93/6 93/10 96/19 119/18
120/2 123/10 123/10 124/9
124/17 124/19 125/7 125/10
125/23 127/4 127/5 127/7
127/16 130/22 132/17 132/22
132/25 133/1 133/9 133/17
134/2 134/10 137/13 137/15
152/2 152/3 152/3 152/8
153/21 154/1 154/3 154/3
164/12 164/13 164/13 169/10
171/11 171/14 174/24 176/7
176/11 176/13 180/1 180/10
182/6 188/20 188/23 189/16
190/17 192/14
**National [1]** 16/3
**natural [7]** 52/5 53/18 86/4
94/14 94/14 94/22 94/24
**nature [3]** 44/12 48/1 48/5
**near [1]** 101/18
**necessarily [2]** 12/17 12/24
**necessary [2]** 218/4 234/13
**necessary on [1]** 218/4
**need [29]** 4/14 18/3 18/18
22/15 28/11 36/10 42/4 43/4
64/8 69/11 72/4 72/24 73/21
80/16 80/19 81/16 82/11
95/10 100/5 111/21 112/13
158/15 158/15 158/18 174/7
207/9 209/9 227/25 232/17
**needed [6]** 58/25 59/6 83/12
112/5 112/6 199/25
**needs [3]** 49/23 60/8 198/18
**negative [2]** 37/21 85/4
**neglect [2]** 44/14 44/14
**neighbor [7]** 40/9 40/11
43/18 79/3 84/12 84/16 92/20
**neighborhood [5]** 41/6 85/7
85/11 133/21 188/14
**neighbors [2]** 55/25 91/5
**neither [3]** 63/15 116/13
127/19
**nephews [1]** 92/16
**nerd [1]** 190/24
**nerve [1]** 58/18
**network [3]** 31/21 31/24 67/8
**never [29]** 23/25 24/8 33/17
38/5 39/20 40/7 57/23 58/17
62/25 85/17 101/24 102/18
125/12 181/2 185/2 185/5
185/8 186/19 187/1 188/13
190/20 191/15 192/13 192/16
193/10 193/12 200/11 226/7
226/19
**nevertheless [3]** 30/13 190/5
235/25
**new [7]** 26/1 43/21 43/24
44/22 208/5 208/20 209/20
**next [34]** 24/19 41/2 42/25
57/16 64/2 69/9 71/20 84/9
86/8 86/16 91/8 92/20 93/8
100/1 116/11 120/11 121/4
122/9 122/22 122/24 133/19
144/9 144/24 150/14 162/23
179/14 200/20 214/7 221/7

---

231/19 237/5 237/12 238/12
240/17
**nice [3]** 130/22 232/24
240/24
**Nicole [2]** 121/17 122/6
**niece [1]** 63/14
**nieces [1]** 92/16
**Nik [1]** 152/14
**nine [2]** 68/18 69/3
**ninth [1]** 107/10
**no [352]**
**No moral [1]** 41/1
**nobody [7]** 32/25 40/6 47/24
94/6 130/25 159/17 194/19
**none [4]** 59/23 114/20 131/19
234/13
**nonprofit [1]** 49/22
**normal [3]** 94/7 135/19
142/24
**north [5]** 34/20 35/15 38/19
87/16 133/13
**not [280]**
**notate [2]** 218/15 218/23
**notation [1]** 234/5
**note [5]** 77/5 116/1 234/25
235/1 236/15
**note-taking [1]** 116/1
**noted [4]** 76/15 217/17
233/18 234/19
**notepad [1]** 116/8
**notes [18]** 4/16 73/24 74/21
75/5 75/13 96/6 99/21 100/6
100/9 102/9 102/20 115/23
115/24 116/3 116/4 116/5
162/23 177/3
**nothing [13]** 37/10 73/3 81/8
115/10 117/22 129/12 199/23
200/14 200/16 200/18 226/23
231/18 236/2
**notice [4]** 17/16 126/13
145/15 227/10
**noticed [1]** 98/25
**notified [1]** 227/13
**notion [5]** 94/3 94/4 97/22
131/3 131/6
**November [3]** 52/15 52/17
52/18
**November 9 [1]** 52/15
**November 9th [2]** 52/17 52/18
**now [113]** 7/11 9/13 11/16
11/17 11/21 14/11 16/8 18/21
19/8 20/1 21/15 25/25 44/3
49/12 55/23 58/19 58/24
59/10 60/2 60/15 71/6 72/3
79/13 80/8 80/17 81/23 83/20
85/19 89/15 92/6 92/9 93/21
98/16 99/16 104/3 104/6
104/20 104/24 105/2 105/11
105/17 105/19 106/4 106/9
107/6 107/16 112/12 113/14
122/18 123/4 126/12 127/20
128/20 129/9 134/12 136/5
139/24 144/1 144/2 144/18
146/14 146/24 147/17 147/23
148/16 148/21 149/15 149/20
151/11 151/17 151/25 152/17
153/24 155/13 155/18 157/7
157/15 157/18 157/18 159/22

## N

**now... [33]** 159/25 160/8
160/16 166/5 177/3 182/25
201/17 203/6 203/22 204/23
205/8 208/7 209/2 209/16
209/17 210/25 211/8 211/9
214/23 214/24 216/23 219/24
224/7 225/3 225/3 225/10
225/12 225/14 227/16 227/16
227/23 227/25 228/1
**number [265]**
**numbers [3]** 89/21 157/8
235/14
**numerous [2]** 121/6 130/11
**nurse [5]** 26/24 32/3 46/12
46/12 46/13

## O

**o'clock [7]** 12/12 12/15
68/18 118/2 118/3 118/4
118/8
**O'SHEA [3]** 1/15 3/7 9/22
**oath [8]** 11/18 16/17 18/21
18/23 18/25 166/13 166/24
233/2
**object [5]** 114/4 184/19
215/21 219/3 219/9
**objected [1]** 196/19
**objecting [1]** 143/15
**objection [48]** 18/8 18/9
102/20 103/7 103/25 114/5
114/6 114/8 138/20 138/21
141/21 143/11 143/14 147/11
147/12 148/8 148/9 149/10
149/12 150/6 150/8 150/11
150/16 150/21 150/24 154/20
154/23 155/9 161/9 161/10
162/18 163/19 164/21 196/14
197/12 198/3 198/12 198/14
198/23 199/8 204/5 206/1
206/3 206/19 212/5 229/9
231/11 231/12
**objectionable [1]** 5/6
**objections [5]** 18/1 18/4
18/6 18/7 113/18
**objects [2]** 26/25 100/12
**obligation [4]** 14/6 89/11
94/19 112/3
**obligations [4]** 13/19 13/20
13/23 111/22
**oblique [2]** 220/6 220/14
**observations [1]** 117/2
**observe [1]** 135/14
**observed [2]** 119/17 173/6
**obtain [3]** 20/11 206/9
206/12
**obtained [4]** 211/22 212/12
229/4 231/3
**obtaining [1]** 203/4
**obviously [8]** 23/3 26/9 34/5
35/10 96/9 167/7 170/20
172/20
**occasions [2]** 31/9 101/24
**occupation [13]** 22/20 23/9
25/2 25/5 26/19 28/13 31/21
32/3 35/19 48/25 53/25 54/5
56/23

**occupations [2]** 22/17 60/21
**occur [3]** 29/24 73/10 102/2
**occurred [11]** 84/13 90/5
95/25 124/19 125/12 126/12
169/14 170/1 171/8 171/17
172/24
**occurrence [1]** 90/19
**occurring [1]** 234/3
**October [1]** 1/8
**OD [1]** 163/11
**OD'd [2]** 54/13 158/21
**odd [3]** 191/23 191/25 194/13
**off [22]** 22/6 26/1 32/14
32/25 59/5 117/9 125/17
127/15 146/17 153/18 158/1
158/7 164/3 177/17 212/19
223/7 226/18 230/16 234/12
237/15 237/16 237/23
**offense [3]** 16/10 93/9
129/17
**offer [1]** 148/6
**offered [2]** 143/17 197/15
**offers [1]** 114/3
**office [15]** 1/16 23/13 23/20
32/18 39/24 44/3 44/23 44/25
50/6 63/11 64/13 128/14
138/11 194/1 194/8
**officer [21]** 6/15 9/25 21/22
21/23 23/19 24/14 41/13
60/18 63/19 65/2 98/24
132/18 137/10 159/12 159/15
167/5 176/15 177/10 180/24
187/21 237/6
**officers [6]** 10/16 32/9
32/10 36/1 56/1 124/4
**Official [2]** 1/23 241/9
**officially [1]** 205/9
**oh [2]** 179/3 207/15
**Ohio [4]** 23/14 23/18 24/8
24/14
**oils [1]** 129/1
**oily [1]** 223/22
**okay [252]**
**old [12]** 23/21 32/2 41/10
49/4 50/1 63/11 63/21 64/14
68/11 69/3 70/24 240/8
**older [1]** 40/2
**oldest [4]** 23/17 34/18 67/9
70/15
**once [26]** 12/21 39/22 77/2
88/18 118/19 136/15 137/10
139/11 140/17 151/6 158/12
160/11 162/25 191/15 192/7
194/10 201/22 208/8 209/13
210/10 213/16 214/19 214/22
216/19 225/11 236/17
**one [164]** 3/16 4/19 4/25
13/7 13/18 15/21 15/22 15/23
18/23 19/14 22/9 23/9 24/13
27/10 28/17 28/25 34/1 37/25
41/2 42/17 47/15 47/15 47/16
47/20 48/14 49/3 51/6 52/7
53/9 53/19 54/2 55/21 55/24
57/1 58/3 59/21 64/1 67/10
68/11 68/11 78/10 78/24
80/21 82/2 82/13 86/10 87/2
88/2 88/7 89/3 96/1 98/7
98/17 100/25 101/8 103/23

109/9 109/10 109/24 110/6
118/2 118/24 119/25 119/25
120/9 120/12 121/8 122/9
123/25 124/21 125/8 125/11
127/6 127/11 128/2 129/5
129/18 129/19 129/19 130/19
130/20 131/15 133/17 134/20
134/22 134/22 135/23 135/25
141/6 141/6 141/18 142/24
143/5 143/7 144/9 144/14
144/19 145/16 145/16 145/16
148/17 149/17 151/4 155/4
157/2 157/10 157/24 157/24
158/8 158/10 158/24 159/2
159/9 161/3 162/4 162/4
164/2 165/16 165/19 165/20
165/22 168/4 168/5 168/12
168/23 168/24 169/4 172/7
173/3 175/1 175/5 177/10
178/7 179/12 180/9 180/21
180/25 184/12 186/10 187/19
190/16 193/6 195/11 195/23
197/5 197/5 200/2 203/10
205/4 205/6 207/25 212/15
214/24 216/18 224/22 225/6
225/16 226/6 226/9 228/21
229/5 230/13 231/23 240/2
**one's [1]** 13/24
**one-bedroom [1]** 119/25
**one-story [1]** 134/20
**ones [5]** 15/7 53/5 80/9
80/15 160/13
**only [32]** 14/2 18/15 34/1
48/1 49/13 52/8 63/1 64/1
69/8 76/6 77/2 98/15 109/21
113/19 114/14 114/16 115/10
116/6 118/18 122/18 123/15
127/6 146/25 147/23 148/21
149/20 178/12 194/23 215/8
234/15 235/21 236/16
**open [29]** 21/12 30/18 32/22
48/5 51/25 63/22 69/23 72/10
84/3 84/6 90/21 90/24 92/2
93/16 97/16 125/6 133/15
133/22 140/17 147/20 148/1
151/8 177/17 177/18 182/25
182/25 184/12 199/16 214/15
**opened [8]** 139/11 148/19
182/23 183/1 183/4 183/7
197/2 197/4
**opening [12]** 5/19 113/16
116/10 116/12 116/13 118/4
119/6 184/15 195/2 222/20
224/16 224/16
**openminded [1]** 36/15
**operation [3]** 172/12 195/6
195/12
**operators [1]** 199/17
**opinion [15]** 21/11 31/3 37/5
37/21 41/19 41/21 42/16
66/14 69/5 71/13 92/13 113/2
232/10 234/18 234/20
**opinions [8]** 5/1 11/24 37/25
40/21 69/19 69/21 69/21
71/25
**opportunity [4]** 13/11 99/21
114/22 123/14
**oppose [3]** 77/16 78/22 79/21

**O**

**opposed [1]** 8/10
**opposing [1]** 193/22
**ops [2]** 194/13 194/14
**orange [2]** 63/19 161/16
**orchestrates [1]** 10/21
**order [7]** 18/3 89/1 110/19
 114/10 176/3 237/15 237/25
**orderly [1]** 10/18
**Oregon [1]** 70/16
**original [7]** 142/25 143/9
 143/23 155/20 214/19 230/13
 233/7
**originally [1]** 37/6
**originated [1]** 125/20
**other [90]** 5/6 5/8 10/15
 13/23 17/10 17/17 19/14 20/9
 20/11 20/21 28/25 37/25
 38/22 42/24 48/8 51/5 52/7
 53/21 56/11 58/3 58/20 67/11
 68/18 71/18 73/3 74/7 89/23
 91/1 91/4 91/9 93/19 93/23
 94/15 97/24 98/23 99/18
 100/9 100/11 100/25 103/8
 104/7 110/14 111/15 114/3
 114/17 115/1 115/3 116/2
 116/25 116/25 117/3 121/16
 121/17 121/24 122/13 125/2
 125/25 127/3 127/9 128/9
 129/10 133/3 134/16 144/9
 146/5 154/2 154/3 158/23
 159/12 159/14 160/14 162/21
 163/3 171/6 175/5 176/20
 178/1 180/19 181/17 188/1
 192/20 195/19 221/1 225/16
 228/1 234/25 235/16 236/9
 237/24 239/12
**others [10]** 13/7 14/18 21/3
 37/23 78/17 79/13 99/24
 101/6 123/9 150/18
**otherwise [1]** 176/6
**ottoman [1]** 140/20
**our [76]** 3/23 4/17 5/19 6/15
 10/21 10/21 10/25 11/10
 19/12 22/2 34/19 34/20 40/9
 40/12 40/25 41/1 72/17 73/23
 80/18 81/18 84/19 84/20 85/8
 93/18 103/13 104/6 104/6
 104/18 104/19 104/24 105/10
 105/16 105/23 106/3 106/8
 106/17 106/23 107/5 107/10
 107/14 107/22 108/9 108/14
 108/18 108/22 109/1 109/6
 109/6 109/7 109/7 109/16
 109/18 109/24 110/8 110/9
 110/9 110/15 110/18 118/10
 118/25 156/10 166/4 166/13
 166/20 166/22 166/24 209/10
 211/13 215/22 217/20 221/16
 227/4 227/16 233/1 236/24
 237/21
**ours [1]** 153/18
**out [68]** 10/10 20/12 28/11
 29/5 34/23 41/11 53/1 53/19
 70/16 72/2 77/14 83/3 85/8
 89/5 94/1 96/4 115/11 118/3
 119/9 125/10 126/16 130/10
 135/17 135/18 137/10 139/21
 139/24 154/1 154/2 160/6
 162/13 163/7 163/16 163/18
 167/10 171/3 171/6 174/1
 174/24 176/12 179/3 180/20
 182/16 184/17 185/17 187/1
 194/20 194/22 195/3 195/5
 195/14 196/7 199/18 199/20
 209/16 210/11 213/6 214/15
 215/13 218/10 220/8 225/24
 227/8 231/6 237/15 237/25
 238/24 239/1
**outcome [1]** 114/25
**outer [1]** 230/15
**outline [1]** 116/11
**outlined [1]** 65/5
**outright [1]** 97/17
**outside [13]** 20/13 23/11
 113/4 119/21 119/24 137/11
 141/13 143/11 151/5 151/18
 202/10 231/16 232/11
**oven [1]** 122/14
**over [41]** 4/13 5/12 7/2 8/21
 13/4 21/10 28/15 29/25 30/9
 34/17 44/4 51/15 51/16 52/25
 53/9 54/9 56/25 66/14 93/12
 103/7 110/15 117/4 117/25
 119/5 125/22 136/25 137/8
 178/12 178/22 179/13 193/3
 199/12 202/4 205/2 205/3
 205/6 205/9 214/17 214/17
 220/7 223/2
**overdose [1]** 63/14
**overdosed [4]** 54/15 54/16
 55/5 79/16
**overhangs [1]** 210/5
**overhead [2]** 220/6 220/14
**overrule [3]** 102/19 103/3
 114/5
**overruled [3]** 198/4 198/23
 199/9
**own [21]** 18/16 27/20 27/21
 27/22 27/24 37/12 37/13
 37/16 56/6 56/7 60/19 60/19
 66/3 85/10 93/18 94/24 116/5
 211/20 214/24 216/21 216/22
**owned [3]** 186/22 186/23
 187/1
**owner [2]** 186/20 187/4
**ownership [1]** 37/19
**owns [1]** 61/15

**P**

**p.m [1]** 12/12
**package [2]** 194/11 208/13
**packaged [2]** 214/24 216/24
**packaging [7]** 214/14 214/19
 214/24 216/19 216/20 230/13
 230/15
**packet [1]** 18/16
**paddle [2]** 55/22 61/5
**page [16]** 2/3 2/4 2/5 2/6
 2/8 2/12 2/12 2/13 2/13 2/15
 2/15 2/16 2/16 174/13 183/25
 234/19
**pain [6]** 58/18 58/19 58/22
 59/4 59/7 99/5
**paint [1]** 26/24

**pair [3]** 208/5 208/18 209/20
**pairs [1]** 208/22
**PALM [51]** 1/2 1/7 1/18 1/23
 6/2 6/4 26/20 28/15 32/12
 32/13 32/17 32/18 39/24
 39/25 43/6 44/4 44/23 46/5
 48/25 50/16 54/6 54/8 59/14
 59/15 59/15 64/12 65/11
 65/18 71/4 71/7 119/9 119/14
 125/19 128/14 132/8 132/13
 132/19 134/17 135/3 170/22
 172/17 201/10 201/15 202/9
 202/18 211/13 218/4 218/5
 222/23 224/11 229/3
**panel [6]** 11/20 93/16 95/7
 97/16 110/1 110/1
**paper [9]** 22/8 162/16 162/22
 162/24 162/25 163/8 208/14
 208/17 216/19
**paragraph [1]** 184/1
**parents [2]** 43/20 43/24
**parked [2]** 174/17 195/13
**part [21]** 11/16 13/10 17/21
 80/3 81/2 81/4 81/10 101/19
 114/20 126/3 126/9 133/14
 182/19 186/3 194/23 194/23
 197/9 212/24 218/9 227/4
 234/23
**partial [1]** 222/13
**participate [3]** 13/12 43/19
 171/18
**participated [1]** 171/16
**participating [2]** 111/9
 133/2
**participation [1]** 111/18
**particular [17]** 82/2 124/1
 125/10 126/22 127/12 157/19
 169/24 170/1 170/20 173/18
 175/3 176/19 176/21 190/13
 216/15 217/17 232/13
**particularly [3]** 128/10
 224/3 224/4
**parties [13]** 7/19 9/2 14/7
 16/24 17/7 68/12 68/13 73/5
 73/10 100/2 100/20 117/6
 164/24
**partner [1]** 227/6
**party [1]** 76/21
**pass [2]** 155/8 156/6
**passed [6]** 68/2 71/14 71/15
 71/19 97/21 182/11
**passing [1]** 234/25
**passport [1]** 191/10
**past [6]** 31/15 33/13 43/15
 46/18 151/6 198/7
**pat [1]** 198/6
**patio [1]** 151/7
**patrol [6]** 50/3 133/13
 133/18 133/18 133/20 134/2
**patted [1]** 192/7
**pattern [6]** 135/15 202/14
 222/14 222/15 222/15 222/15
**Pauline [3]** 1/23 10/25 241/9
**pay [3]** 18/6 189/7 189/9
**PBSO [6]** 32/12 32/12 43/8
 43/18 44/7 65/21
**peak [1]** 69/10
**pen [1]** 116/8

**P**

pencil [1]   116/8
people [24]   22/11 42/16
 81/16 91/2 91/4 93/20 94/2
 101/18 113/4 117/23 124/16
 125/9 127/15 135/16 135/17
 135/18 158/21 173/25 177/23
 187/14 195/4 195/10 195/15
 232/4
percent [2]   97/9 223/4
peremptories [3]   100/13
 108/3 108/4
peremptory [20]   4/19 102/20
 103/4 103/22 104/5 104/19
 104/23 105/4 105/15 105/22
 106/11 107/5 107/14 108/8
 108/17 108/21 109/1 109/7
 109/9 109/22
perfect [3]   11/11 24/11 35/8
perfectly [1]   30/10
perform [1]   13/22
performance [1]   25/17
perhaps [4]   12/24 111/16
 233/21 237/24
period [4]   13/25 96/14
 231/14 234/6
periodically [1]   124/7
periods [1]   124/24
permission [15]   34/5 138/23
 148/11 151/13 154/13 155/14
 156/6 156/16 157/4 161/5
 161/17 205/17 215/4 229/7
 230/20
permits [3]   6/3 23/11 23/12
permitted [4]   18/9 18/11
 114/4 185/23
permitting [1]   117/24
persistence [1]   187/21
person [36]   40/12 40/25 42/2
 69/17 84/18 89/4 89/6 125/14
 125/14 125/22 126/19 126/21
 127/3 127/4 128/1 130/15
 130/20 172/1 172/11 173/9
 174/4 174/5 174/17 174/23
 175/16 175/22 179/3 182/9
 183/4 187/10 189/8 192/14
 192/16 195/1 207/10 223/19
personal [22]   12/3 13/19
 30/11 30/15 30/17 35/3 37/18
 38/12 38/13 42/8 53/12 69/18
 70/6 75/1 93/18 94/24 96/21
 102/15 103/1 162/7 162/17
 162/21
personally [2]   35/8 185/9
persons [6]   10/15 21/21 33/1
 36/3 40/19 175/1
perspective [2]   54/23 54/25
pertains [1]   18/14
petty [1]   63/13
phon [2]   180/24 195/24
phone [15]   20/25 121/7 121/8
 121/9 121/10 121/11 121/18
 122/19 122/23 127/14 127/14
 127/18 145/22 157/25 205/4
phones [16]   20/20 121/5
 121/5 127/7 127/11 141/6
 141/7 145/8 145/10 145/15

157/23 162/20 190/18 204/24
 205/4 205/6
photo [9]   118/14 146/25
 147/25 148/6 148/23 157/19
 161/25 165/16 188/13
photograph [7]   147/9 149/15
 151/5 165/18 165/19 175/23
 191/1
photographs [7]   150/10
 162/24 202/23 203/1 203/4
 210/19 228/7
photography [3]   201/20
 202/12 202/14
physical [5]   25/17 31/6
 118/11 157/14 205/24
physically [2]   182/17 183/7
pick [4]   4/17 23/2 174/18
 174/23
pick-up [2]   174/18 174/23
picked [1]   130/22
pickle [1]   61/5
picture [13]   51/5 141/18
 143/21 149/25 150/1 153/16
 154/3 154/6 155/4 157/23
 175/16 178/7 194/17
pictures [2]   194/11 194/21
piece [8]   22/8 113/10 140/19
 140/20 141/14 143/8 143/22
 163/8
Pierce [1]   1/23
pill [1]   160/18
pills [8]   121/1 153/9 153/12
 161/1 161/2 161/3 161/15
 161/15
pilot [1]   70/12
Pinehurst [1]   35/15
pistol [42]   15/23 15/25
 120/3 120/4 120/5 120/7
 120/12 123/2 123/3 142/23
 142/24 205/25 206/1 206/23
 209/22 209/24 210/24 211/2
 211/21 211/24 214/8 219/25
 220/3 223/10 224/6 224/8
 225/10 225/17 225/18 226/4
 228/2 228/4 228/12 228/21
 228/24 229/6 229/7 230/6
 230/11 230/18 231/4 231/20
pizza [1]   208/15
place [7]   13/18 111/23 117/4
 180/20 194/17 194/22 208/19
placed [2]   83/14 195/1
places [2]   31/11 147/22
placing [1]   159/8
Plaintiff [2]   1/5 1/15
plan [6]   156/10 176/16
 194/13 194/14 195/6 236/23
plane [1]   68/3
plans [1]   240/5
plastic [5]   140/18 140/25
 146/4 160/19 223/14
play [2]   12/17 222/7
played [2]   139/5 203/9
playing [31]   53/1 65/19
 65/19 90/18 139/2 139/23
 140/3 140/13 140/22 141/3
 141/10 142/3 142/10 142/16
 142/21 143/2 143/25 144/4
 144/11 144/16 144/21 145/5

145/13 145/19 145/25 146/9
 194/20 203/18 203/25 204/21
 205/12
please [38]   3/12 8/3 9/5
 9/11 9/17 11/18 12/1 20/12
 68/1 68/2 82/3 82/23 88/9
 88/17 99/25 111/5 115/24
 117/7 123/20 130/24 132/2
 132/6 134/19 136/23 139/15
 145/21 147/17 148/14 149/15
 161/14 166/8 184/2 194/7
 196/2 201/2 206/15 212/11
 224/12
plenty [1]   124/20
plus [2]   63/10 67/7
pockets [2]   192/9 192/11
point [34]   9/15 22/3 22/7
 70/4 70/4 72/17 79/23 111/20
 115/21 117/24 136/23 137/5
 139/9 139/15 139/24 148/14
 150/13 156/14 164/6 195/11
 197/7 197/9 198/18 199/18
 199/25 208/6 223/1 229/15
 232/10 232/13 234/8 235/24
 236/10 239/16
pointed [4]   77/14 154/1
 154/2 167/10
points [2]   22/16 222/18
police [29]   6/2 6/4 42/7
 42/21 56/1 67/13 84/19 124/4
 125/19 127/8 132/8 132/13
 132/19 133/6 133/8 152/22
 152/24 167/5 172/2 172/18
 172/22 201/10 201/15 201/22
 202/9 211/14 211/17 224/11
 229/3
policy [3]   158/22 163/10
 227/11
polymer [1]   223/14
pool [1]   104/6
pooling [1]   222/21
pop [1]   220/25
pops [1]   213/6
pores [1]   222/16
porn [1]   63/23
pornography [1]   62/14
portion [2]   223/14 232/7
Portugal [1]   49/4
pose [1]   11/6
position [4]   33/25 34/1 38/9
 45/2
positions [1]   32/8
positive [14]   120/15 120/19
 121/1 152/14 153/3 153/7
 153/12 154/7 154/10 155/24
 160/23 160/24 161/21 161/24
possess [6]   11/25 14/18
 123/4 123/6 124/1 124/9
possessed [8]   15/5 15/7
 15/13 15/18 16/2 129/16
 129/16 130/4
possessing [5]   63/23 98/16
 123/10 126/7 130/16
possession [6]   52/13 123/12
 126/16 127/18 216/6 216/9
possibility [4]   129/11 179/7
 179/10 179/11
possible [12]   6/21 17/1 30/6

**P**

**possible... [9]**   91/23 129/8
169/17 169/18 194/11 211/10
219/25 228/24 240/5
**possibly [7]**   97/5 97/14
102/5 102/7 102/11 102/11
102/24
**posted [2]**   12/25 117/21
**potential [1]**   102/1
**Potentially [1]**   47/8
**powder [2]**   142/6 156/4
**power [2]**   190/9 190/10
**powered [1]**   96/19
**practitioner [3]**   32/3 46/12
46/13
**pre [3]**   119/16 135/11 135/14
**pre-warrant [3]**   119/16
135/11 135/14
**preclude [2]**   5/4 78/2
**precluded [1]**   77/20
**predominantly [1]**   35/21
**preexisting [3]**   18/18 31/8
37/24
**prefer [2]**   53/19 233/10
**preference [1]**   237/21
**prejudice [4]**   38/3 85/9
90/18 114/25
**preliminary [5]**   11/14 81/2
81/5 110/15 112/14
**presence [1]**   19/7
**present [9]**   73/15 92/10
115/15 116/14 116/17 116/19
137/19 220/18 221/12
**presentation [2]**   79/6 118/5
**presented [8]**   19/6 20/5
36/15 47/13 70/1 92/3 112/24
236/17
**presenting [1]**   118/10
**presents [1]**   194/15
**preserve [2]**   207/23 207/25
**president [1]**   41/9
**presiding [1]**   8/21
**press [2]**   118/18 118/19
**pressed [1]**   121/1
**pressure [2]**   23/7 24/19
**presumably [1]**   127/15
**presume [1]**   89/16
**presumed [1]**   115/8
**presumption [1]**   89/14
**pretty [13]**   13/2 32/4 34/1
34/2 71/19 83/1 83/2 83/4
83/5 83/10 83/11 94/10
220/15
**prevent [7]**   5/2 24/15 27/25
35/3 76/3 86/13 167/8
**previous [3]**   51/2 61/3 122/4
**previously [14]**   15/19 28/22
31/6 46/19 61/7 61/14 89/23
97/23 98/12 98/14 98/18
147/20 203/6 221/24
**principle [1]**   234/24
**principles [1]**   112/13
**print [15]**   202/14 221/12
221/14 221/16 221/20 222/1
222/6 222/8 222/12 222/14
222/24 222/25 222/25 223/20
223/21

**printed [12]**   223/17
**prints [17]**   220/1 220/4
220/14 220/18 221/6 221/25
222/3 222/8 222/11 223/7
223/9 223/16 223/18 223/19
224/2 224/5 224/7
**prior [34]**   23/12 25/21 27/1
28/18 34/23 46/18 50/17
50/20 57/3 57/12 61/12 61/16
65/20 67/5 67/12 69/1 69/11
119/15 119/20 133/5 133/8
135/7 136/6 136/8 136/9
137/15 138/9 138/16 191/17
194/2 194/8 202/20 215/22
234/22
**prison [4]**   47/22 47/25 63/24
67/19
**privilege [2]**   10/11 22/10
**privileges [2]**   13/7 13/9
**pro [2]**   34/16 35/14
**probability [1]**   128/6
**probable [1]**   176/3
**probably [7]**   38/7 93/12
162/2 163/12 208/25 226/3
239/23
**probation [3]**   41/13 63/20
63/24
**probe [2]**   79/12 82/18
**problem [8]**   58/1 63/15 81/18
85/17 89/17 95/14 97/25
170/18
**procedures [2]**   194/1 194/7
**proceed [6]**   12/25 88/16
219/16 219/19 227/25 236/9
**proceedings [3]**   1/10 21/9
241/6
**process [17]**   4/17 13/12
21/10 71/14 73/2 94/25
101/16 111/10 129/24 201/21
212/14 212/16 212/21 216/14
218/10 224/12 231/24
**processed [6]**   190/20 216/25
217/2 217/4 219/4 234/10
**processes [1]**   23/19
**processing [8]**   208/23 212/13
217/8 218/1 218/15 218/24
218/25 220/11
**produce [1]**   220/17
**product [1]**   122/8
**production [2]**   16/10 16/14
19/3
**productive [1]**   240/14
**profession [2]**   31/23 63/6
**professional [4]**   13/20 57/25
61/2 61/4
**proffer [1]**   231/13
**program [3]**   43/8 49/24 202/8
**project [6]**   28/14 45/12
53/25 54/5 54/7 59/20
**projectile [5]**   225/7 225/9
225/13 226/17 226/19
**prolonged [1]**   58/20
**pronounce [2]**   14/22 15/7
**pronunciation [1]**   14/20
**proof [6]**   14/16 16/8 80/25
115/10 115/13 115/22
**properties [2]**   187/2 187/4
**property [9]**   40/13 41/1

126/23 177/13 181/13 186/20
186/22 233/7 233/25
**proposed [1]**   4/22
**prospective [3]**   8/23 14/9
20/2
**prostitutes [1]**   125/4
**protect [1]**   208/2
**protecting [1]**   42/3
**protection [4]**   162/7 162/17
162/21 227/2
**protector [1]**   145/23
**protectors [1]**   159/5
**protects [1]**   208/1
**protocol [2]**   218/9 227/4
**prove [6]**   16/9 16/13 84/23
115/14 115/19 130/9
**proved [1]**   165/1
**proven [3]**   115/8 124/15
131/7
**proves [2]**   113/3 113/7
**provide [2]**   16/18 176/6
**provided [2]**   87/4 90/4
**provider [1]**   47/20
**province [2]**   18/5 18/12
**proving [4]**   19/2 94/5 94/18
129/15
**proximity [2]**   119/22 200/11
**pry [1]**   12/3
**psychologist [1]**   59/13
**PTSD [1]**   66/20
**public [2]**   31/10 55/19
**publication [1]**   118/18
**publish [10]**   138/23 146/16
147/14 147/15 148/11 148/12
149/12 151/13 151/15 210/22
**published [2]**   151/12 234/16
**publishing [3]**   118/14 139/1
153/16
**pull [9]**   209/14 213/3 225/6
225/12 225/24 226/5 226/12
226/13 227/19
**pulled [7]**   83/3 200/6 225/15
226/6 226/9 226/15 227/22
**pulling [3]**   199/18 212/25
213/3
**pulls [1]**   184/13
**punishable [1]**   15/20
**purchase [4]**   127/16 173/17
189/13 189/16
**purchasing [1]**   134/10
**purple [1]**   221/3
**purpose [6]**   11/21 80/17
114/14 114/16 114/17 227/19
**purposes [8]**   146/25 147/23
148/16 148/21 149/20 215/8
221/23 224/21
**push [2]**   213/17 224/2
**put [51]**   24/18 36/7 36/14
36/19 37/7 38/13 40/21 51/24
55/8 56/10 69/21 70/6 84/24
95/3 95/4 97/8 102/15 103/1
111/23 115/17 118/17 122/2
122/13 158/16 159/4 159/5
162/16 162/16 162/23 163/1
163/1 170/5 170/8 194/10
194/21 208/16 210/13 213/12
213/15 214/11 216/15 217/14
217/19 217/20 219/5 220/14

**P**

**put... [5]** 220/16 224/19 224/20 225/1 227/18
**puts [1]** 122/21
**putting [4]** 23/7 213/7 218/21 225/3
**pyrrolidino [1]** 120/16
**pyrrolidinoetonitazene [3]** 14/25 15/9 165/9

**Q**

**Q-tip [1]** 214/11
**quantify [1]** 97/11
**question [49]** 18/10 24/11 48/10 69/20 74/14 75/16 77/1 80/13 80/21 82/7 82/10 82/13 82/21 82/25 84/9 84/10 85/19 85/21 85/21 86/8 86/12 86/16 86/17 86/17 87/2 87/4 87/5 87/23 88/2 91/8 91/19 113/21 113/23 114/2 114/5 114/7 114/8 114/9 142/1 143/18 143/19 146/21 157/19 184/20 184/22 196/25 197/16 197/19 197/20
**questioning [6]** 77/6 80/4 101/13 219/20 231/19 231/19
**questions [44]** 4/10 4/23 5/5 8/3 11/5 11/9 12/1 22/24 22/25 23/4 23/5 24/21 36/11 50/23 68/6 72/16 72/17 73/12 73/13 74/1 74/2 75/14 76/7 79/12 80/16 80/24 81/11 81/23 81/24 81/25 82/19 85/16 85/18 86/7 88/12 88/16 88/23 98/23 111/13 113/18 113/19 165/22 165/25 230/3
**quick [1]** 25/9
**quickly [1]** 25/10
**quite [3]** 14/21 46/19 102/5
**quotation [1]** 234/18

**R**

**R-O-B-E-R-S-O-N [1]** 234/17
**rack [2]** 225/1 227/20
**racking [1]** 212/25
**radio [1]** 196/8
**raise [9]** 9/11 9/17 19/10 19/18 19/25 21/21 74/13 192/1 236/12
**raised [4]** 22/10 74/17 75/15 76/1
**ran [1]** 178/12
**range [1]** 225/23
**RAPHAEL [6]** 2/2 6/2 21/23 131/14 131/24 132/3
**Rapids [1]** 87/14
**rare [1]** 31/9
**rarely [1]** 31/10
**rates [1]** 122/9
**rather [3]** 170/8 178/25 219/14
**Raton [10]** 22/19 25/4 25/18 26/8 34/17 35/21 46/14 49/24 67/9 67/14
**razor [6]** 120/2 120/23 141/20 142/13 144/25 189/19

**reach [7]** 39/9 41/4 56/18 60/24 61/8 66/16 112/20
**reached [2]** 39/22 111/17
**reaching [1]** 114/18
**read [13]** 17/12 18/15 19/23 21/15 21/20 37/17 39/5 50/10 164/19 165/2 167/18 167/22 184/1
**readily [1]** 235/13
**reading [3]** 23/22 54/10 67/11
**ready [8]** 4/6 7/19 72/23 73/15 232/21 238/25 239/3 239/4
**real [2]** 55/22 122/7
**realize [3]** 210/17 227/14 227/23
**really [14]** 29/15 42/15 47/16 85/6 93/17 93/25 96/19 209/9 213/24 214/2 221/21 223/16 223/18 224/4
**realtime [2]** 173/15 173/16
**rear [3]** 213/4 213/10 229/22
**reason [12]** 18/21 69/8 89/17 111/14 124/8 126/4 126/9 158/24 162/13 172/25 213/6 213/9
**reasonable [12]** 16/10 19/4 36/13 52/9 62/7 80/25 84/23 84/25 94/5 115/20 129/15 131/7
**reasonableness [1]** 115/2
**reasonably [1]** 38/13
**reasoning [1]** 89/24
**reasons [8]** 18/23 31/12 35/11 43/9 58/21 93/23 212/16 229/23
**recall [9]** 87/8 87/11 87/17 87/19 172/23 186/2 207/6 207/10 210/8
**receipt [11]** 142/13 188/24 189/1 189/2 189/3 189/4 189/5 189/6 189/13 189/19 235/9
**receipt we [1]** 189/6
**receipts [3]** 189/7 233/7 233/25
**received [7]** 2/11 114/2 114/6 114/7 133/5 136/4 202/5
**recent [1]** 29/4
**recently [2]** 63/21 191/21
**recess [11]** 7/6 7/8 73/19 73/22 99/16 100/2 100/17 118/23 166/6 166/18 166/19
**recessed [1]** 241/3
**recipe [1]** 93/5
**recliner [6]** 121/4 140/19 145/8 158/3 161/22 165/19
**recognize [10]** 13/10 138/4 143/22 146/25 147/25 148/23 149/22 215/9 230/25 231/5
**recognized [2]** 175/22 235/20
**recognizing [2]** 30/10 40/19
**recollection [8]** 168/3 168/9 169/21 174/7 174/15 184/4 199/1 199/4
**record [29]** 3/3 3/6 7/10

11/3 11/11 14/23 16/4 24/3 74/5 77/4 82/5 83/13 83/14 90/13 90/15 132/2 137/2 139/3 146/10 146/12 150/19 198/19 201/1 203/2 233/21 233/24 234/6 234/19 241/6
**recorded [2]** 137/23 204/23
**recording [5]** 122/20 125/20 203/11 203/20 203/21
**records [2]** 17/16 186/20
**recovered [2]** 123/1 151/19
**Recross [2]** 2/6 200/3
**rectangular [1]** 208/16
**red [2]** 215/13 226/24
**redirect [5]** 2/5 193/18 193/19 193/20 198/17
**redline [2]** 54/22 54/25
**reduced [2]** 128/11 128/23
**refer [5]** 8/1 8/5 135/8 149/18 172/7
**reference [1]** 20/10
**referred [6]** 15/15 16/2 120/6 125/13 147/20 152/15
**referring [4]** 8/8 146/6 168/4 235/9
**reflect [4]** 102/21 137/2 139/3 146/10
**reflected [1]** 217/9
**reflecting [1]** 218/18
**reflective [1]** 218/23
**reflects [1]** 146/12
**refraining [1]** 232/16
**refresh [7]** 168/9 169/21 174/7 174/15 184/4 199/1 199/4
**refreshes [1]** 168/3
**regarding [4]** 86/5 86/17 135/21 219/7
**Regardless [3]** 14/5 18/23 111/18
**regards [2]** 83/12 84/6
**registered [5]** 16/3 46/13 51/15 123/7 123/13
**Registration [1]** 16/4
**regularly [2]** 125/4 177/23
**regulatory [1]** 61/1
**rehabilitate [1]** 80/6
**rehabilitated [1]** 76/22
**reinforce [1]** 232/2
**relate [2]** 18/4 157/14
**related [8]** 17/25 41/6 67/17 84/16 91/11 117/1 187/11 187/12
**relates [3]** 37/17 88/5 231/19
**relating [8]** 47/25 82/13 84/10 85/21 87/4 87/23 230/5 231/18
**relation [1]** 10/9
**relations [2]** 55/19 65/13
**relationship [2]** 33/1 188/9
**relationships [1]** 65/22
**relative [2]** 80/24 101/13
**release [1]** 227/20
**relevant [2]** 196/19 196/20
**reliable [2]** 17/19 124/15
**relieved [1]** 111/22
**religious [1]** 28/4

**R**

**rely [2]**  116/4 131/5
**relying [1]**  233/23
**remain [3]**  115/16 166/13
233/2
**remainder [1]**  150/9
**remains [1]**  166/24
**remarks [1]**  113/17
**remember [17]**  73/16 79/4
82/1 98/7 101/23 102/17
115/23 116/23 155/11 166/8
166/25 167/21 174/8 189/5
190/14 192/11 192/12
**remind [2]**  166/13 233/1
**remove [2]**  159/6 209/9
**removed [3]**  209/11 209/13
209/25
**Renaissance [1]**  53/10
**render [9]**  48/8 72/11 84/5
85/5 86/23 87/25 209/5 209/7
210/10
**rendered [1]**  209/17
**repairing [1]**  32/4
**repeat [1]**  22/15
**repeated [1]**  80/4
**rephrase [5]**  141/22 143/19
162/19 163/22 204/7
**replace [1]**  162/13
**replaced [1]**  180/22
**report [15]**  170/10 170/17
173/1 174/2 174/6 174/8
181/14 183/18 184/1 184/8
191/1 199/1 199/4 218/16
218/24
**reported [2]**  98/12 98/17
**reporter [8]**  1/23 11/1 89/20
90/3 132/2 201/2 241/9
241/10
**reports [3]**  169/16 169/21
169/25
**represent [1]**  9/23
**representing [1]**  10/11
**reprimand [2]**  169/1 169/2
**reprimanded [3]**  159/18
167/12 168/11
**request [2]**  103/3 138/10
**require [2]**  21/10 194/8
**required [3]**  17/8 115/22
218/9
**requirement [1]**  36/17
**requirements [1]**  38/14
**requires [2]**  34/6 122/3
**reraise [1]**  236/8
**rescue [1]**  38/22
**research [3]**  20/7 166/11
232/4
**researching [1]**  232/17
**resets [1]**  227/21
**reside [2]**  55/19 61/2
**residence [35]**  25/18 46/5
54/8 56/24 119/22 119/24
119/25 123/2 134/19 134/20
135/8 137/8 137/12 137/15
137/16 138/16 147/3 151/5
151/18 152/1 161/22 172/3
176/12 179/15 180/6 181/24
182/10 187/10 196/5 196/13
202/24 202/25 203/3 207/3
228/15
**residential [1]**  38/20
**resolved [2]**  33/19 83/4
**resources [2]**  61/4 71/7
**respect [9]**  11/12 19/5 24/13
36/19 38/2 42/9 64/21 69/14
74/14
**respond [2]**  11/9 201/19
**responds [1]**  122/18
**response [6]**  92/25 94/10
101/23 101/25 102/16 234/11
**responses [1]**  76/7
**responsibilities [1]**  34/10
**responsibility [2]**  17/24
48/9
**responsible [3]**  31/4 47/21
47/23
**rest [3]**  47/21 68/20 111/8
**restaurants [1]**  31/10
**restrictions [1]**  21/8
**restroom [2]**  72/24 73/21
**result [3]**  21/9 62/15 102/2
**resulted [1]**  67/22
**results [3]**  90/10 90/10
90/11
**resume [2]**  118/4 166/23
**Resuming [3]**  140/12 140/21
145/4
**retail [1]**  70/15
**retire [3]**  20/15 20/17
123/21
**retired [17]**  23/10 23/16
28/22 38/19 39/3 39/24 40/1
46/20 50/21 50/22 50/24
50/25 61/11 61/15 68/8 68/10
91/18
**retiring [1]**  61/12
**retrieve [3]**  169/7 176/10
176/14
**retrospect [1]**  90/8
**return [7]**  111/21 116/8
123/15 131/9 182/3 214/19
232/20
**returned [4]**  20/19 81/20
110/20 119/2
**returns [1]**  166/21
**revealed [1]**  69/25
**reverse [1]**  110/19
**review [9]**  4/16 17/4 63/12
75/13 80/9 99/21 138/10
168/2 175/20
**rewarding [1]**  13/15
**Rhode [1]**  27/12
**Richardson [2]**  10/20 11/18
**Richmond [1]**  34/19
**ricocheted [1]**  226/18
**ridden [2]**  85/6 125/3
**ridge [2]**  222/17 222/20
**ridges [1]**  221/15
**riding [2]**  133/2 133/24
**rifles [2]**  195/16 197/4
**right [120]**  3/1 4/3 5/18
6/25 7/10 8/14 10/4 10/10
10/12 16/18 16/19 17/20
26/16 41/8 48/12 48/14 49/17
50/12 51/11 52/20 53/5 53/23
55/15 68/21 70/20 72/14
72/15 79/13 80/8 80/15 85/18
89/15 90/6 92/6 92/9 92/20
92/24 92/24 93/5 93/19 93/23
94/13 95/12 95/20 97/4 98/19
100/12 102/11 102/24 110/12
110/22 115/16 120/11 121/4
122/18 127/8 127/21 132/1
132/11 139/12 139/17 139/20
140/1 141/14 141/15 141/19
142/23 143/6 143/8 144/9
146/4 147/19 148/15 148/19
148/19 150/1 151/20 160/4
160/6 160/11 161/15 162/3
166/24 166/19 170/18 175/23
176/7 178/4 178/7 178/25
179/24 182/4 183/9 183/12
183/15 185/13 185/19 186/5
186/8 187/17 187/20 187/22
188/21 188/23 197/5 200/25
204/2 206/3 207/5 207/14
207/17 213/16 216/4 224/6
225/25 227/8 236/15 237/4
238/1 238/20
**rights [1]**  13/12
**righty [1]**  55/16
**ring [4]**  204/16 204/16
204/17 205/5
**ringing [1]**  205/7
**rip [1]**  162/25
**risks [1]**  162/7
**road [7]**  50/3 102/14 133/13
133/18 133/18 133/20 134/2
**Roberson [1]**  234/17
**Robertson [1]**  188/8
**ROBIN [3]**  1/11 1/24 8/21
**rock [1]**  120/19
**rock-like [1]**  120/19
**rocks [1]**  50/19
**rode [1]**  133/13
**Rodney [1]**  28/11
**Roger [5]**  126/15 126/15
181/15 181/20 191/12
**role [3]**  14/9 69/9 70/1
**roof [1]**  184/15
**room [12]**  16/22 17/4 18/17
63/22 115/25 116/3 116/21
120/24 140/18 163/4 206/11
227/3
**ROSENBERG [4]**  1/3 1/11 1/24
8/21
**rough [2]**  214/3 223/15
**round [16]**  120/9 120/12
160/6 160/12 209/15 209/16
209/22 210/11 224/23 225/2
225/11 225/12 225/14 226/5
227/17 228/21
**rounds [11]**  120/10 120/14
209/14 210/6 213/12 213/16
224/20 224/20 225/1 225/16
226/8
**route [3]**  195/18 196/5 196/6
**row [1]**  9/13
**Royal [4]**  26/7 44/4 65/11
65/18
**rub [1]**  213/8
**rubber [4]**  224/14 224/16
225/4 225/8
**rude [1]**  117/10

**R**

**rule [5]**   117/4 131/16 131/17
131/22 232/16
**rules [5]**   18/1 111/22 114/1
114/4 115/7
**run [1]**   55/19
**running [1]**   69/4
**runs [2]**   178/23 179/13
**Russell [2]**   188/6 188/8

**S**

**Safari [1]**   67/10
**safe [9]**   10/17 85/11 97/21
159/1 209/5 209/7 209/12
209/17 210/10
**safely [2]**   195/5 205/20
**safety [5]**   173/11 176/15
199/12 200/10 227/1
**said [46]**   16/13 18/11 18/13
30/7 42/13 44/10 51/2 52/16
53/6 53/12 54/12 55/4 59/18
60/8 64/21 69/8 71/25 74/25
75/8 75/18 76/5 76/17 77/8
77/14 77/18 78/14 79/5 79/7
79/17 89/25 91/17 96/1 102/5
102/10 102/10 102/23 115/24
116/5 177/3 182/22 188/14
196/11 196/13 198/24 204/10
213/24
**sales [7]**   28/25 41/9 59/22
133/15 133/22 135/16 135/20
**salmon [1]**   147/21
**same [52]**   4/15 9/18 49/22
74/17 78/10 94/1 99/17 112/3
117/16 119/15 120/14 120/18
120/21 120/24 123/1 124/24
128/2 144/8 144/24 145/10
149/25 156/4 159/23 160/1
162/24 166/8 167/14 168/12
168/24 169/4 170/23 170/24
171/12 171/15 173/23 175/8
175/10 179/23 188/23 198/3
199/8 211/2 218/1 219/2
229/20 229/23 230/6 231/12
231/13 231/14 232/2 235/15
**sample [3]**   213/11 214/9
216/18
**sampled [1]**   218/18
**samples [6]**   211/22 212/11
214/22 217/15 219/1 229/4
**Samsung [1]**   145/17
**Sarasota [1]**   61/3
**satisfaction [1]**   200/1
**satisfactory [1]**   5/23
**Savannah [1]**   35/13
**save [1]**   156/5
**saw [25]**   9/12 112/25 113/4
113/22 113/24 124/22 125/9
130/21 135/16 145/10 151/9
151/19 159/23 180/10 180/14
181/2 181/25 182/18 182/22
185/2 185/8 188/20 192/23
193/10 205/15
**say [60]**   4/21 11/4 22/17
22/24 31/14 37/24 39/6 51/6
60/13 62/3 72/1 76/18 76/19
80/2 83/20 92/19 97/9 102/6

102/21 117/2 117/23 118/17
127/17 127/25 128/4 128/15
129/18 129/22 130/21 131/7
131/8 133/2 136/17 137/23
141/16 160/21 161/16 162/2
171/13 172/3 172/16 175/2
178/15 179/3 179/5 180/9
180/19 181/2 185/2 185/16
186/13 186/15 190/16 193/6
196/12 214/9 216/9 232/5
237/10 237/11
**saying [15]**   38/10 47/10
47/21 70/7 73/8 88/21 95/12
101/22 102/25 124/22 172/17
199/15 199/21 200/9 218/20
**says [6]**   74/12 95/8 114/20
174/6 184/8 235/25
**scale [6]**   120/2 120/23 122/9
141/14 144/25 155/6
**scars [1]**   222/16
**scattered [2]**   119/23 203/13
**scenario [1]**   98/9
**scene [27]**   6/3 136/10 137/17
140/8 140/10 152/17 201/12
201/19 201/25 202/21 207/3
207/21 207/22 207/23 207/25
208/14 208/22 208/23 208/24
209/4 209/7 211/9 211/15
211/20 216/10 216/12 221/8
**scenes [1]**   201/19
**schedule [6]**   12/19 13/2
165/9 165/11 165/12 240/12
**scheduled [2]**   43/3 63/2
**school [12]**   25/7 28/17 35/23
39/3 43/7 43/10 44/5 55/21
57/1 59/13 59/14 60/21
**SCHUMACHER [14]**   1/19 2/4 2/6
3/12 4/1 4/21 10/8 88/19
193/22 196/19 198/18 199/25
233/18 235/9
**sciatic [1]**   58/18
**science [2]**   202/6 202/8
**Scientist [1]**   21/24
**scientists [1]**   129/22
**scope [2]**   143/11 143/16
**screaming [1]**   184/16
**screen [8]**   129/2 129/13
145/23 146/19 147/3 175/11
194/21 228/11
**scuba [1]**   35/24
**seal [4]**   214/21 215/13
230/14 231/7
**sealed [6]**   214/25 216/22
216/23 230/15 230/16 233/8
**seals [1]**   233/11
**search [39]**   20/10 119/13
119/15 119/20 122/2 122/12
124/3 126/11 126/12 127/10
134/10 134/16 135/1 135/7
136/5 136/6 136/9 137/6
137/9 138/16 139/15 139/24
151/25 169/25 173/2 176/3
176/12 176/16 178/11 178/18
178/19 179/2 185/23 185/23
192/6 194/2 194/9 195/19
202/17
**searching [4]**   137/12 137/15
152/2 202/20

**season [3]**   56/23 69/10
159/19
**seat [3]**   111/19 131/25
200/24
**seated [18]**   3/2 4/7 7/9 8/19
10/11 12/22 13/3 13/8 81/22
96/22 99/24 110/22 111/7
111/15 112/1 112/9 119/4
233/1
**seating [3]**   4/9 7/14 111/16
**second [40]**   16/20 23/19 54/2
67/18 93/24 98/1 98/9 104/13
105/4 107/13 109/19 115/13
122/22 123/24 128/10 128/22
144/7 145/22 160/10 168/24
169/1 169/2 187/24 204/23
212/22 220/12 220/13 224/23
225/11 225/11 225/12 225/13
225/14 225/14 226/5 226/14
226/17 226/19 228/14 235/5
**secondarily [1]**   80/23
**secondary [4]**   129/6 129/11
130/3 221/2
**seconds [23]**   139/6 140/4
140/12 140/14 140/23 141/4
141/11 142/4 142/11 143/3
144/5 144/12 144/17 144/22
145/6 145/14 145/20 146/1
203/10 203/19 204/1 204/23
207/14
**secreting [1]**   221/17
**secretions [1]**   221/17
**section [2]**   132/23 222/25
**secure [3]**   10/18 213/18
216/12
**secured [2]**   177/17 205/20
**security [4]**   10/16 32/5
35/20 46/15
**see [102]**   4/1 8/13 8/14 9/6
10/15 16/21 21/18 44/10
58/21 72/16 73/8 74/3 76/22
79/12 94/14 97/1 98/11 100/9
102/10 111/11 114/22 117/6
118/7 118/21 127/11 135/15
136/21 140/5 140/15 140/18
140/24 141/12 141/13 141/17
141/25 142/12 142/13 142/18
142/22 143/4 143/5 143/21
143/22 144/25 146/2 146/3
147/21 147/22 149/15 154/4
154/5 157/23 160/6 160/20
161/15 165/21 166/11 175/2
178/7 178/22 179/8 181/9
181/24 182/10 182/12 182/16
182/17 183/5 183/8 184/3
184/11 185/7 185/19 187/15
188/14 188/24 191/1 193/7
194/14 196/25 199/12 199/17
204/10 204/13 207/12 210/13
212/15 212/23 213/13 220/7
220/7 221/5 221/6 221/15
221/21 222/14 222/14 222/16
222/16 222/18 222/18 240/25
**seeing [6]**   9/12 10/3 10/14
19/25 207/6 207/10
**seek [7]**   78/18 79/1 79/14
79/24 80/6 101/8 198/17
**seem [1]**   73/4

**S**

**seemed [2]**  76/7 79/5
**seen [4]**  137/21 154/2 173/23
 179/22
**sees [3]**  147/17 183/16
 184/15
**seize [4]**  141/7 145/2 158/2
 161/1
**seized [4]**  156/22 157/20
 189/24 207/2
**seizure [1]**  217/5
**select [2]**  36/10 73/14
**selected [33]**  12/22 14/10
 20/3 21/13 27/15 28/1 30/3
 30/20 32/20 34/8 35/5 36/5
 38/6 39/17 40/23 45/8 45/18
 46/1 47/7 53/15 54/19 58/13
 58/25 59/1 65/6 65/23 69/23
 70/2 72/9 111/11 111/14
 117/19 232/6
**selecting [1]**  99/22
**selection [4]**  4/17 5/17
 12/21 231/24
**self [2]**  83/2 120/25
**selfie [1]**  121/8
**seller [1]**  130/20
**selling [12]**  119/8 124/17
 125/9 129/19 130/10 172/11
 174/24 176/6 176/12 179/23
 180/1 180/10
**semester [1]**  26/1
**semi [2]**  15/23 227/21
**semi-automatic [1]**  15/23
**semiautomatic [3]**  15/24
 225/10 225/17
**semiretired [2]**  34/16 34/18
**send [1]**  195/17
**sending [1]**  122/5
**sends [1]**  122/17
**senior [1]**  68/24
**sense [4]**  5/15 12/18 91/24
 210/5
**sent [6]**  122/4 153/21 158/1
 158/7 164/3 230/16
**separate [8]**  30/13 41/24
 73/21 168/11 168/19 168/20
 177/6 216/21
**separated [1]**  160/13
**separately [1]**  177/5
**separates [1]**  134/21
**September [4]**  167/12 168/6
 168/15 168/16
**September 20th [1]**  168/6
**serial [3]**  144/14 144/19
 235/14
**serious [1]**  92/25
**serve [18]**  12/7 13/14 13/15
 13/21 14/6 14/9 14/10 34/8
 38/23 38/24 53/14 58/21 59/2
 60/23 62/4 71/23 72/9 84/3
**served [16]**  27/8 27/14 31/6
 38/5 39/21 45/13 56/17 58/17
 61/7 62/25 63/20 63/23 66/16
 66/21 66/23 67/18
**service [19]**  8/23 13/10
 13/22 13/24 27/11 28/19 39/5
 39/6 41/12 49/22 50/11 50/20

53/2 54/12 57/12 78/2 95/18
 111/9 111/20
**Services [2]**  71/7 71/9
**serving [6]**  38/14 51/25 57/3
 76/3 77/20 121/25
**session [1]**  100/1
**set [6]**  14/12 85/4 103/13
 175/5 178/8 208/17
**sets [1]**  69/11
**setting [3]**  22/10 32/4 82/18
**settle [1]**  12/23
**seven [6]**  60/19 83/21 104/6
 120/14 183/25 201/17
**seventh [2]**  106/17 108/8
**several [3]**  67/14 67/18
 173/2
**severe [1]**  226/23
**severely [1]**  31/1
**sexual [1]**  57/25
**sexually [1]**  57/17
**shake [2]**  11/9 129/6
**shaking [1]**  129/8
**Shall [1]**  73/23
**SHANNON [3]**  1/15 3/7 9/22
**shape [1]**  222/19
**shaped [1]**  208/16
**shared [1]**  31/16
**she [72]**  10/25 18/11 23/17
 23/18 23/21 23/23 25/5 29/8
 29/10 35/13 38/20 44/13 49/3
 49/4 68/14 71/6 71/6 71/7
 71/15 71/19 74/17 75/17
 75/21 75/23 75/23 76/1 76/5
 76/5 76/5 76/15 76/16 76/16
 76/17 76/17 76/18 76/18
 76/18 76/22 77/3 77/5 77/6
 78/20 78/21 79/2 79/3 79/4
 79/7 79/7 79/8 79/8 79/12
 79/25 80/1 80/1 80/1 80/2
 118/25 122/6 122/6 122/8
 122/9 172/3 206/21 206/22
 206/24 212/3 212/4 212/4
 219/3 219/4 219/4 229/15
**shell [1]**  84/20
**shells [2]**  40/25 79/5
**sheriff [3]**  23/17 23/24
 24/14
**Sheriff's [5]**  32/18 50/2
 50/6 128/14 218/4
**shift [1]**  227/6
**shirt [2]**  136/25 226/21
**shooting [13]**  40/10 40/12
 40/16 50/19 51/6 51/8 61/6
 79/4 84/12 86/10 96/7 101/15
 225/23
**short [6]**  7/8 28/11 73/22
 166/19 239/20 239/25
**shorter [1]**  14/3
**shortly [1]**  3/13
**shot [6]**  61/25 62/6 84/16
 147/3 198/8 200/6
**should [25]**  3/15 6/22 14/19
 17/8 17/10 18/6 18/7 20/9
 47/21 64/4 88/6 96/20 113/10
 113/20 116/3 116/4 146/17
 152/13 214/10 232/7 235/1
 235/10 239/4 239/8 240/20
**shoulder [1]**  42/13

**shouldn't [1]**  18/10
**show [27]**  9/9 10/1 16/24
 21/18 88/3 110/23 118/3
 118/16 127/16 128/13 129/21
 130/4 144/18 162/2 165/16
 189/13 189/16 194/21 194/21
 206/15 206/17 206/22 212/3
 212/11 229/6 229/7 233/16
**showed [4]**  121/5 157/15
 188/13 215/18
**showing [31]**  118/13 118/17
 138/3 146/14 146/24 147/23
 148/16 148/21 149/20 151/11
 151/17 151/21 153/24 154/17
 155/2 155/18 156/19 157/7
 157/18 159/22 159/25 160/8
 160/16 161/13 165/17 203/6
 210/21 215/7 228/9 229/15
 230/23
**shown [3]**  150/10 205/4
 210/16
**shows [3]**  89/3 147/4 149/1
**side [12]**  5/6 37/25 52/7
 57/5 90/24 94/15 100/11
 103/16 114/3 159/17 177/19
 177/20
**sidebar [3]**  4/3 8/14 8/15
**sides [8]**  37/8 78/9 80/23
 90/22 94/8 94/12 94/23
 212/23
**sideswiped [1]**  168/23
**sights [3]**  213/4 213/10
 229/22
**Signature [1]**  241/10
**signed [1]**  3/23
**silent [1]**  115/16
**silently [1]**  168/2
**similar [4]**  21/3 134/8
 229/19 230/12
**simply [3]**  110/14 113/6
 116/10
**since [8]**  31/7 31/9 76/24
 88/20 115/15 133/1 133/16
 161/25
**single [8]**  25/19 26/8 39/4
 41/10 46/6 50/18 53/1 226/5
**sir [54]**  90/4 91/1 95/15
 95/22 98/24 99/7 167/9 169/6
 169/12 169/18 169/20 169/23
 170/4 170/7 170/14 171/9
 171/16 171/20 171/22 171/24
 173/13 174/22 175/7 175/9
 175/12 175/15 175/21 176/1
 176/5 176/18 176/25 177/2
 177/15 179/11 179/25 180/2
 180/4 180/12 182/8 183/3
 183/13 185/1 185/20 185/22
 185/25 186/6 187/3 187/24
 188/22 189/21 190/23 191/24
 192/22 193/6
**sister [4]**  29/18 29/21 44/13
 113/22
**sit [13]**  13/5 53/20 58/19
 59/6 90/8 91/12 92/3 97/4
 99/8 110/24 171/10 181/23
 186/13
**sitting [12]**  58/19 58/20
 89/10 89/10 93/19 99/3

**S**

**sitting... [6]** 101/13 127/11 130/8 136/25 232/14 237/22
**situation [9]** 31/5 43/9 47/10 48/15 68/6 86/1 99/2 102/4 225/15
**six [15]** 40/9 40/17 46/13 61/13 65/10 70/24 108/4 132/24 145/14 145/20 146/1 192/25 193/1 193/6 204/22
**sixth [2]** 106/8 107/4
**size [2]** 142/24 142/25
**skin [5]** 129/8 212/18 213/9 214/2 214/4
**skydiving [2]** 70/18 70/18
**slate [2]** 92/9 115/12
**sleeping [1]** 84/17
**slide [7]** 128/16 209/14 212/22 212/24 223/17 227/20 229/20
**slow [1]** 150/14
**slowly [1]** 21/20
**smakka [1]** 122/16
**small [16]** 33/25 61/11 134/21 141/14 144/25 145/8 145/9 146/3 146/3 152/6 152/12 155/6 161/15 162/1 172/5 224/14
**smaller [2]** 214/20 216/21
**smashed [1]** 140/25
**smelled [1]** 113/1
**smoke [1]** 129/13
**smooth [4]** 213/25 223/15 224/1 224/1
**smoothly [2]** 10/23 239/15
**sniper [2]** 184/14 199/12
**so [264]**
**soccer [1]** 65/19
**social [4]** 21/4 49/22 50/1 117/17
**soda [1]** 64/13
**sole [1]** 94/4
**solely [6]** 5/2 18/4 19/9 20/4 86/14 112/23
**solid [1]** 202/7
**some [53]** 4/22 11/14 13/4 14/1 21/15 22/24 27/23 38/3 41/14 45/16 52/9 53/5 76/6 79/5 79/11 81/24 90/4 91/1 91/17 92/4 93/22 98/5 99/24 100/8 112/13 113/3 114/14 117/23 123/23 125/1 127/22 133/4 137/5 140/18 141/14 141/15 142/6 142/14 146/4 152/12 161/15 161/16 162/13 171/14 171/17 177/3 189/22 213/9 214/4 221/1 232/11 234/3 235/5
**somebody [33]** 31/4 36/23 90/2 91/24 92/5 93/8 93/16 124/14 124/16 124/22 125/25 163/13 168/23 171/2 172/14 173/22 174/1 178/12 178/12 178/14 178/21 178/22 179/8 182/2 186/9 195/3 195/14 195/14 195/17 196/7 196/7 197/7 204/10

**somebody's [1]** 179/15
**somehow [2]** 22/5 159/7
**someone [7]** 47/21 95/22 112/25 178/24 204/7 232/10 232/12
**someone's [1]** 113/2
**something [37]** 4/4 4/21 17/9 30/8 30/12 72/4 81/11 99/3 101/22 113/20 124/13 129/5 129/7 162/12 167/7 169/13 172/20 176/19 189/4 190/5 190/24 199/19 213/7 214/2 218/10 218/13 218/14 218/15 220/13 220/22 221/9 221/18 222/9 223/21 227/5 227/23 234/4
**Sometime [2]** 180/6 190/12
**sometimes [21]** 12/14 12/20 16/24 28/10 36/7 36/8 41/20 42/16 47/17 47/18 111/14 113/6 114/10 162/23 162/23 164/23 177/4 189/7 190/8 195/4 221/18
**somewhere [5]** 139/12 148/19 173/2 185/13 196/11
**son [17]** 26/24 34/19 40/2 40/3 41/11 50/2 50/5 50/11 57/1 57/2 59/21 60/1 60/3 60/5 60/13 64/14 70/24
**soon [6]** 4/6 21/6 46/15 100/1 134/7 197/2
**sorry [51]** 22/5 24/5 26/10 27/4 29/20 32/14 33/12 35/2 40/3 45/23 51/24 53/11 54/2 54/3 54/12 55/12 59/12 62/1 62/17 68/5 71/15 72/18 78/25 82/17 83/1 83/16 83/22 84/14 84/22 85/13 86/1 86/22 101/7 103/23 105/14 108/2 108/6 108/7 109/7 132/10 157/8 167/19 168/17 173/8 184/18 193/19 207/8 210/17 215/16 218/4 230/16
**sorts [1]** 240/16
**sot [1]** 102/11
**sought [1]** 57/25
**sounds [3]** 130/3 198/16 240/2
**source [12]** 16/16 16/20 17/6 17/9 17/10 17/15 20/13 125/21 128/18 173/20 173/22 209/10
**sources [4]** 17/18 128/12 128/18 128/21
**South [2]** 35/15 83/9
**SOUTHERN [3]** 1/1 10/9 135/5
**Space [1]** 21/2
**spaces [2]** 31/13 31/15
**span [1]** 28/10
**spare [1]** 61/5
**speak [19]** 11/4 11/5 24/25 29/2 30/6 36/8 42/4 49/9 73/1 82/1 111/16 123/14 131/25 132/11 143/13 166/25 167/20 187/14 200/25
**speaking [7]** 8/4 9/15 9/18 11/7 13/9 82/4 215/2
**special [3]** 11/25 49/23 96/2

**special bond [1]** 96/2
**specialist [4]** 21/25 44/21 67/4 239/8
**specialized [1]** 134/4
**specific [8]** 91/2 143/6 158/10 158/22 159/2 169/22 172/3 172/7
**specifically [14]** 21/4 77/14 78/13 79/7 79/17 94/18 101/17 163/10 167/18 181/1 196/17 196/22 207/24 209/3
**specifics [2]** 167/21 174/8
**speculate [2]** 18/8 18/10
**speculation [1]** 197/23
**speed [1]** 150/11
**spell [3]** 6/17 132/2 201/1
**spend [8]** 43/17 46/16 47/21 50/10 71/2 74/2 100/8 239/2
**spent [1]** 63/19
**split [1]** 199/17
**spoke [1]** 191/15
**sporting [1]** 50/19
**sports [5]** 25/17 35/24 41/11 44/6 60/22
**spots [1]** 213/19
**spouse [12]** 23/16 25/20 34/17 38/20 46/15 46/15 53/1 54/9 61/14 64/13 65/12 68/10
**spouse's [3]** 22/20 25/4 32/2
**spray [1]** 163/9
**Springfield [17]** 15/24 120/4 120/12 123/3 206/1 206/23 222/2 228/2 228/4 228/12 228/21 228/24 229/7 229/18 230/11 230/18 231/4
**squad [1]** 190/24
**square [1]** 162/3
**stabbed [2]** 61/25 86/20
**stairs [1]** 42/12
**stand [15]** 16/18 22/14 22/23 24/25 58/22 58/25 59/6 64/6 64/7 74/6 94/19 95/10 131/4 166/23 236/24
**standard [4]** 210/2 210/2 217/20 234/2
**standards [1]** 14/1
**standing [3]** 126/16 195/3 227/8
**standpoint [2]** 99/3 232/18
**start [19]** 5/19 12/11 21/10 21/12 22/8 22/12 54/3 67/5 90/18 96/24 103/15 103/16 103/17 104/3 109/11 166/25 199/18 214/3 240/25
**started [4]** 28/12 31/9 217/8 218/24
**starting [31]** 25/16 25/25 26/2 32/25 70/4 104/20 124/2 139/4 139/22 140/2 141/2 141/9 142/2 142/9 142/15 142/20 143/1 143/24 144/3 144/10 144/15 144/20 145/12 145/18 145/24 146/8 193/3 203/16 203/23 204/19 205/10
**starts [1]** 115/11
**stash [2]** 125/5 126/4
**state [6]** 3/6 57/24 122/14 132/1 150/19 201/1

**S**

**stated [6]** 23/24 35/11 69/17
90/14 90/21 225/22
**statement [3]** 116/10 116/12
119/6
**statements [4]** 113/15 113/16
116/13 118/5
**states [24]** 1/1 1/4 1/11
1/16 3/8 8/24 9/23 9/24
23/12 44/22 74/24 77/5 85/22
88/6 119/23 123/8 138/10
165/3 165/5 203/13 234/13
234/17 235/17 237/23
**stating [2]** 121/25 122/17
**station [2]** 158/25 211/17
**stationed [1]** 178/14
**stay [4]** 117/4 137/11 166/4
196/2
**stayed [1]** 180/22
**stays [1]** 227/22
**steady [1]** 226/13
**step [8]** 64/7 200/19 220/3
220/10 220/12 220/13 220/21
221/7
**steps [1]** 221/24
**sterile [3]** 214/13 214/15
214/16
**sterilize [1]** 211/17
**sticking [1]** 160/6
**still [5]** 34/17 73/2 130/3
153/15 153/19
**Stipes [6]** 1/23 10/25 11/3
60/8 88/20 241/9
**stipulate [4]** 17/7 17/8
137/1 165/6
**stipulation [6]** 17/13 164/16
164/22 164/25 165/2 165/4
**stipulations [3]** 3/23 17/12
17/14
**stitches [1]** 29/5
**stolen [6]** 37/1 42/2 42/21
98/8 98/12 98/18
**stop [7]** 42/21 121/25 126/17
172/13 205/13 225/8 225/8
**stopped [2]** 181/17 181/18
**stopping [22]** 139/6 140/4
140/14 140/23 141/4 141/11
142/4 142/11 142/17 143/3
144/5 144/12 144/17 144/22
145/6 145/14 145/20 146/1
203/10 203/19 204/1 204/22
**storage [2]** 204/2 204/10
**store [2]** 23/13 182/6
**stories [8]** 35/7 36/6 41/25
51/2 91/10 91/11 91/19 91/21
**storm [1]** 35/8
**story [4]** 94/8 94/13 94/23
134/20
**straight [1]** 222/19
**street [18]** 119/14 121/22
124/25 133/25 134/1 134/3
134/17 135/20 137/6 158/25
170/21 172/8 172/13 178/12
178/22 179/16 194/19 202/18
**street-level [3]** 133/25
134/1 134/3
**streets [4]** 72/3 120/6 131/1

**131/1**
**strengths [1]** 129/4
**stretch [1]** 64/8
**strewn [1]** 185/7
**stricken [14]** 74/15 74/22
75/6 75/12 75/25 76/9 77/17
77/23 78/6 78/23 79/23
100/24 101/4 114/11
**strike [19]** 4/18 79/15 79/25
101/8 104/4 104/22 105/3
105/13 105/21 106/10 107/2
107/12 108/5 108/7 108/16
108/20 108/24 109/20 109/23
**strong [12]** 30/4 30/7 30/16
55/11 55/13 55/14 74/18
74/23 75/8 75/18 78/11 102/5
**stronger [1]** 155/22
**strongly [3]** 74/9 77/25
79/18
**structures [1]** 126/22
**struggling [2]** 58/18 58/19
**stuck [1]** 140/25
**student [8]** 25/15 25/24
39/11 63/21 67/10 95/19
101/14 102/22
**students [3]** 54/10 70/17
101/18
**study [1]** 16/25
**stuff [1]** 68/13
**stuffed [1]** 165/21
**sturdier [1]** 208/17
**subject [3]** 74/1 235/15
236/2
**submit [4]** 128/20 222/1
222/24 237/24
**submits [1]** 234/13
**submitted [4]** 5/5 27/11
218/13 223/1
**subsequent [2]** 220/11 235/25
**subsequently [1]** 131/22
**substance [10]** 120/16 120/17
120/19 120/21 121/3 152/12
152/23 165/9 165/11 165/13
**substances [5]** 14/23 15/2
15/6 124/2 126/17
**substantive [1]** 3/15
**such [4]** 113/3 121/20 208/10
234/24
**suffered [1]** 79/3
**suggest [2]** 171/11 186/8
**suggests [2]** 113/21 168/14
**Suite [2]** 1/17 1/20
**summarize [2]** 14/11 116/19
**summary [1]** 19/23
**Summer [1]** 45/1
**Summit [1]** 23/18
**sun [1]** 29/5
**super [10]** 118/20 220/11
220/15 220/16 220/19 220/22
220/23 221/5 221/9 221/10
**superseding [1]** 123/23
**supervisor [4]** 25/3 26/19
26/21 227/13
**supplemental [1]** 170/17
**supplied [1]** 119/10
**supports [1]** 123/16
**supposed [3]** 42/24 42/25
89/20

**suppress [1]** 133/24
**Supreme [1]** 234/25
**sure [43]** 9/18 10/17 10/23
11/7 11/11 13/17 13/18 24/23
30/10 37/22 38/9 54/5 60/8
61/23 62/3 80/2 82/3 85/6
87/12 87/12 90/17 92/23
111/2 131/19 140/19 170/11
171/4 171/13 172/12 192/8
194/10 194/19 195/13 198/9
199/3 199/19 200/6 201/19
213/17 218/3 224/22 224/23
240/11
**Surf [1]** 39/4
**surface [3]** 213/23 214/1
223/25
**surgeries [2]** 29/1 29/4
**surgery [4]** 42/24 43/3 52/15
52/16
**surprise [4]** 128/6 128/10
128/22 128/24
**surprising [1]** 127/22
**surveil [2]** 172/11 177/5
**surveillance [9]** 119/16
124/24 135/11 135/14 178/8
192/5 193/23 195/7 195/25
**surveilled [2]** 171/7 177/11
**suspect [3]** 158/22 171/14
194/15
**suspected [2]** 142/19 171/5
**suspects [1]** 194/12
**suspicion [1]** 38/3
**suspicious [1]** 74/25
**sustain [2]** 114/6 114/8
**Sustained [2]** 163/21 204/6
**sustains [1]** 18/9
**swab [20]** 211/10 211/15
211/21 212/11 212/24 213/11
213/19 213/21 214/9 214/18
214/22 216/16 216/18 216/19
216/21 217/15 228/24 229/4
229/20 230/12
**swabbed [10]** 128/15 128/16
128/16 128/16 211/12 214/8
229/2 229/8 229/21 229/22
**swabbing [3]** 211/24 224/6
230/10
**swabs [21]** 211/25 212/3
212/4 214/7 214/10 214/15
214/16 214/20 214/23 215/18
216/14 216/19 216/20 230/5
230/10 230/13 230/15 230/18
231/3 234/9 235/7
**SWAT [24]** 180/7 180/18
180/21 182/25 183/1 184/12
193/23 194/13 194/23 195/12
195/19 195/21 196/3 196/8
197/2 197/11 197/17 197/21
197/22 197/25 198/2 198/24
199/2 199/6
**swear [2]** 110/13 111/5
**swearing [1]** 10/22
**sweaty [1]** 223/22
**swipe [1]** 159/17
**switch [19]** 15/16 16/3 28/11
37/13 37/14 120/6 120/7
122/20 122/21 122/22 122/22
122/24 122/25 123/1 126/8

**S**

**switch... [4]** 126/20 126/24 127/2 176/24
**switches [1]** 122/18
**sworn [7]** 11/20 97/11 111/6 112/12 131/5 131/24 200/23
**system [22]** 14/7 23/23 29/8 32/7 34/24 40/6 41/13 41/20 41/22 46/20 53/19 57/5 59/24 61/18 66/1 66/13 76/13 77/19 90/9 91/3 91/6 158/13
**systems [1]** 65/10

**T**

**tab [1]** 218/23
**table [39]** 9/20 9/24 10/2 10/5 10/14 120/1 120/1 120/3 120/11 120/14 120/18 120/21 120/25 121/4 122/24 140/18 141/13 141/20 141/24 144/8 144/24 145/8 152/22 155/23 156/3 157/2 159/9 160/14 163/24 164/1 188/19 188/20 188/23 203/21 205/2 205/3 205/5 206/11 228/14
**tablets [1]** 165/10
**tactical [1]** 183/2
**taints [1]** 42/17
**take [40]** 4/5 7/6 13/1 13/2 16/17 16/22 17/16 18/20 18/21 39/12 43/7 71/20 72/2 72/18 72/20 72/21 73/5 94/19 95/10 96/6 100/12 114/21 115/23 115/24 116/4 127/9 162/23 164/10 166/5 170/10 182/2 202/23 211/9 211/18 214/15 219/17 231/15 233/21 237/15 237/24
**taken [13]** 7/8 11/2 18/24 73/22 100/17 118/23 162/24 166/19 210/19 211/25 228/7 234/2 234/9
**takes [4]** 43/1 46/17 47/18 182/9
**takes that [1]** 43/1
**taking [8]** 11/3 57/2 64/15 116/1 117/15 210/11 217/25 218/10
**talk [16]** 20/22 22/15 54/7 73/2 82/11 96/24 111/25 116/25 117/25 123/24 134/12 172/13 176/15 202/16 213/25 216/18
**talked [4]** 78/14 93/17 93/21 188/19
**talking [19]** 8/9 8/10 49/11 66/2 82/4 89/13 93/3 94/12 125/6 168/15 170/20 182/21 189/20 200/5 210/15 211/5 218/12 220/24 225/21
**Tallahassee [1]** 61/3
**Tampa [1]** 32/11
**tangible [1]** 16/20
**target [3]** 61/6 86/10 225/22
**Task [1]** 9/25
**tasked [1]** 129/15
**taught [2]** 95/22 186/3

**taxiing [1]** 174/5
**teacher [1]** 39/3
**team [9]** 34/1 133/21 134/7 180/7 180/18 180/21 190/10 190/22 196/3
**technology [4]** 20/21 20/22 20/23 21/4
**teen [1]** 35/22
**teen-age [1]** 35/22
**tell [34]** 16/17 19/12 47/11 47/15 51/20 53/8 64/22 75/23 80/19 88/9 88/25 89/2 92/2 117/24 127/13 128/5 128/17 129/25 130/1 130/12 132/6 151/4 163/14 171/25 172/4 172/14 178/24 189/3 194/25 196/8 197/11 197/22 204/12 236/6
**telling [2]** 204/9 225/4
**tells [1]** 199/13
**ten [23]** 23/13 25/4 26/8 34/17 39/14 54/9 55/20 59/14 69/3 70/23 71/6 72/21 73/16 73/20 96/17 97/9 122/9 129/23 132/20 156/13 166/7 193/3 239/25
**tend [3]** 12/23 71/17 221/1
**tender [1]** 193/15
**tends [2]** 23/2 231/23
**tennis [2]** 34/16 35/14
**tenth [1]** 107/22
**Tequesta [1]** 60/20
**term [3]** 15/20 121/22 217/23
**terminology [1]** 172/8
**terms [5]** 41/16 62/4 80/25 130/1 133/4
**test [24]** 130/23 152/11 152/12 152/14 152/17 152/22 152/24 153/3 153/7 153/10 153/12 158/5 158/15 158/17 158/23 158/24 159/4 159/6 162/12 163/11 224/8 224/19 226/4 227/4
**tested [19]** 120/15 120/19 121/1 152/9 153/1 153/5 154/7 154/10 155/24 157/16 159/2 160/23 160/24 161/3 161/21 161/24 163/25 164/13 234/5
**testified [4]** 114/23 163/16 189/18 236/7
**testify [11]** 21/17 115/15 115/17 115/18 122/25 131/20 131/21 169/22 235/7 237/22 239/4
**testifying [5]** 81/9 114/24 131/22 177/4 237/23
**testimony [25]** 12/14 12/15 12/16 16/18 17/21 112/25 114/19 114/19 114/21 115/1 115/2 116/7 124/19 125/12 130/17 131/22 166/14 177/23 179/11 181/11 201/23 233/3 236/1 239/6 239/9
**testing [10]** 152/15 152/17 152/20 153/22 158/13 161/23 162/6 162/10 163/6 163/11
**text [2]** 21/1 121/6

**texture [2]** 212/17 229/19
**textured [5]** 212/15 212/19 213/23 214/2 229/21
**than [35]** 5/8 13/6 28/15 38/22 40/20 42/24 46/5 53/21 58/20 69/6 69/15 89/23 91/1 91/4 91/9 93/19 93/23 95/8 97/10 97/10 97/24 102/25 116/6 117/1 127/3 127/6 158/23 170/8 177/10 179/11 188/1 190/17 193/5 208/17 221/1
**thank [98]** 5/10 10/1 10/3 11/21 15/3 15/11 24/12 24/18 25/10 26/6 26/16 28/7 28/21 31/17 31/17 34/13 35/18 38/16 38/25 39/23 41/8 43/5 43/23 44/2 46/3 46/8 48/22 49/17 50/12 51/11 52/20 53/23 56/20 59/9 60/17 60/25 64/4 65/9 65/16 67/3 67/23 68/7 68/8 68/21 68/21 70/9 70/20 72/14 72/16 73/17 81/17 81/22 84/9 85/18 86/16 87/2 88/2 88/14 88/15 90/1 90/25 95/18 97/15 98/21 99/11 99/14 99/15 100/3 100/14 100/15 100/16 110/17 111/7 111/8 111/20 112/7 118/5 118/20 123/18 131/11 131/12 140/12 140/12 166/16 193/16 198/21 200/15 200/18 200/19 204/17 214/5 216/1 230/2 231/22 232/24 236/22 241/1 241/2
**thankfully [3]** 33/19 35/23 90/15
**thanks [3]** 7/7 19/21 44/18
**that [1235]**
**that the [1]** 15/14
**that your [1]** 13/10
**that's [12]** 29/17 38/15 60/10 140/17 150/21 175/11 198/10 210/15 213/24 217/11 217/13 225/2
**theft [1]** 63/13
**their [30]** 3/2 3/6 8/2 8/2 8/6 12/14 36/9 43/21 47/22 68/17 73/25 80/24 89/10 90/12 90/12 90/15 99/20 99/21 113/15 113/17 116/19 125/21 127/6 127/7 131/21 194/16 214/23 216/22 235/3 235/14
**them [66]** 4/7 4/9 4/10 4/24 5/7 6/22 7/19 8/3 8/5 8/11 9/21 14/21 23/1 23/3 25/11 37/8 42/21 43/4 66/2 72/4 73/6 73/7 73/8 74/2 80/16 92/1 92/6 92/7 93/10 93/12 98/20 110/14 110/19 112/2 113/14 115/24 116/15 117/10 117/12 117/15 117/21 117/24 123/11 129/24 131/21 151/14 172/4 172/4 172/9 186/5 187/23 190/9 190/25 201/22 205/6 205/21 206/18 216/15 220/20 220/20 224/14 227/13

**T**

**them... [4]**  233/9 233/13
233/15 240/18
**themselves [4]**  9/2 9/21
233/25 235/11
**then [78]**  4/13 4/16 4/18 9/6
12/22 22/24 31/12 35/10
35/15 40/15 66/23 76/6 83/7
88/2 88/23 93/16 100/12
104/8 106/17 111/2 114/5
114/6 116/14 124/18 125/16
134/3 152/22 158/11 159/4
159/8 162/13 164/9 168/2
168/15 172/6 172/9 172/11
177/16 179/15 182/3 182/9
183/16 184/16 194/13 194/17
194/25 196/4 198/7 201/21
209/14 214/15 214/16 214/19
215/13 216/20 216/22 216/23
216/23 217/21 218/22 219/17
220/14 221/10 224/17 225/1
225/9 226/13 226/13 226/22
227/2 229/15 229/23 230/7
230/14 237/12 237/22 238/1
238/22
**therapist [4]**  22/18 28/25
34/21 60/22
**therapy [1]**  25/17
**there [267]**
**there's [7]**  122/11 127/5
134/21 141/18 141/18 146/4
157/24
**thereafter [1]**  129/7
**therefore [1]**  115/11
**Thereupon [46]**  7/8 8/17
11/20 73/18 73/22 81/20
100/4 100/17 110/20 111/6
112/8 118/6 118/23 119/2
139/5 139/23 140/3 140/13
140/22 141/3 141/10 142/3
142/10 142/16 142/21 143/2
143/25 144/4 144/11 144/16
144/21 145/5 145/13 145/19
145/25 146/9 166/17 166/19
166/21 203/8 203/17 203/24
204/20 205/11 232/25 241/3
**these [40]**  17/18 20/22 21/7
21/8 21/9 21/19 21/21 77/2
82/19 84/2 101/17 112/14
121/22 124/15 125/13 131/8
143/7 145/10 145/15 152/8
157/14 161/3 164/25 187/2
205/20 206/9 206/10 207/2
207/24 212/23 213/5 213/6
213/7 216/25 219/1 229/20
234/1 234/9 235/2 235/6
**they [167]**  4/7 5/5 6/22 7/4
7/15 10/19 12/13 14/8 17/3
18/4 18/7 18/8 21/17 22/12
23/19 29/5 30/4 32/10 35/22
36/6 36/10 36/10 36/11 37/5
37/21 37/22 39/11 41/1 42/6
42/13 59/19 68/12 69/6 69/15
71/20 72/3 73/7 73/12 73/13
81/16 84/16 84/17 84/19 90/9
90/23 91/21 93/9 93/13 99/21
99/22 101/18 112/2 116/6

117/7 117/8 117/9 117/10
117/10 124/10 124/10 124/10
124/11 124/17 124/18 124/22
125/1 125/9 125/15 125/15
125/16 125/20 125/22 126/5
126/5 126/9 126/10 126/10
126/11 126/15 126/17 126/18
126/18 127/9 127/10 127/10
127/13 128/2 128/5 128/15
128/15 128/16 128/16 128/17
128/20 129/17 129/21 130/3
130/8 130/10 130/11 130/12
130/19 131/1 131/9 131/20
133/14 150/23 151/15 152/8
152/9 153/21 155/12 155/21
156/4 157/16 158/21 161/15
163/12 163/15 164/14 168/13
172/2 172/3 172/6 172/7
172/7 172/8 172/9 172/12
172/14 172/14 172/16 172/17
172/20 172/21 172/21 178/1
178/22 182/6 183/11 187/6
187/7 187/18 188/10 188/11
188/12 194/14 194/16 194/17
194/25 195/15 196/8 197/4
197/6 198/7 214/12 214/20
222/8 224/14 224/14 225/8
230/5 233/8 233/18 234/4
234/6 236/6
**They're [1]**  46/20
**thing [20]**  63/1 89/3 127/6
128/8 128/9 128/24 158/18
158/20 159/6 167/14 168/25
169/4 189/18 198/7 209/8
209/11 214/9 218/1 224/25
239/2
**things [28]**  3/3 7/6 10/18
12/23 16/21 19/6 29/24 32/4
48/4 69/19 71/18 91/2 93/17
96/20 113/12 114/23 123/25
125/2 127/19 127/22 127/23
129/5 150/11 167/10 211/17
211/19 222/22 224/7
**think [81]**  6/7 6/10 13/5
22/9 24/15 36/6 36/7 36/8
40/24 40/24 41/5 41/22 43/3
49/16 51/5 52/3 52/11 52/18
54/17 55/5 55/13 56/10 62/10
66/15 72/4 74/8 76/5 76/16
76/21 76/23 78/21 80/2 85/4
86/20 86/22 87/12 87/13 88/5
90/8 91/14 91/17 91/23 92/2
92/4 92/18 92/21 93/4 93/22
94/5 95/3 95/11 97/3 102/16
102/25 113/11 113/20 125/11
128/13 130/3 130/9 130/12
156/9 163/18 181/11 189/18
189/23 190/2 192/23 194/22
212/16 214/10 229/14 236/7
238/4 238/9 238/14 238/18
239/21 240/14 240/20 240/22
**thinking [2]**  62/4 239/14
**thinks [1]**  114/3
**third [13]**  6/13 6/14 6/15
17/6 104/18 104/19 105/15
108/17 115/19 123/22 128/24
213/2 220/21
**Thirty [3]**  95/17 95/18

229/13
**this [414]**
**tho [1]**  123/12
**those [85]**  7/6 8/15 11/1
11/14 12/21 13/5 15/5 17/4
17/14 23/4 26/4 29/23 29/24
30/1 30/11 36/3 38/3 38/4
42/17 47/5 55/8 63/15 64/23
65/4 65/22 69/21 69/21 73/17
79/9 89/3 91/10 91/19 96/20
96/21 97/21 98/17 100/3
100/12 101/24 109/6 120/14
120/15 121/5 121/19 123/24
124/20 127/19 132/16 141/7
142/6 153/9 153/10 153/12
154/10 155/23 155/25 157/23
159/20 161/1 167/10 169/4
169/21 176/2 187/14 191/20
193/6 201/21 201/21 204/24
205/6 205/15 212/4 212/19
213/16 213/19 214/18 216/14
216/22 217/4 220/19 223/3
224/20 225/8 230/13 233/8
**though [4]**  34/9 77/13 218/20
219/10
**thought [4]**  37/6 91/10 93/24
135/16
**thoughts [1]**  117/2
**thousand [1]**  42/21
**three [26]**  25/14 34/18 35/17
42/25 46/17 67/9 69/1 69/9
70/15 76/23 99/4 115/6 124/6
124/6 124/20 125/11 141/4
141/11 142/4 142/11 168/11
168/19 168/20 208/25 221/24
238/19
**threshold [2]**  182/17 195/2
**through [70]**  2/14 4/9 4/17
5/17 6/22 12/21 16/9 16/14
19/2 21/1 21/1 22/25 23/2
25/8 25/23 26/13 28/20 30/18
35/10 43/22 44/9 45/22 50/11
50/23 60/16 60/23 61/7 64/1
65/14 66/1 68/6 70/19 73/2
74/2 84/16 101/16 102/16
117/20 118/11 130/13 131/10
137/16 137/19 137/23 138/7
138/16 150/10 150/20 151/10
151/14 151/23 151/23 153/9
159/23 165/21 178/23 179/1
183/17 184/22 195/1 201/20
202/20 203/2 203/5 207/9
208/24 218/22 222/23 225/9
240/13
**throughout [5]**  10/19 12/8
119/11 202/2 203/13
**throw [1]**  185/2
**throwing [4]**  163/7 184/17
199/13 199/22
**thrown [4]**  42/12 139/21
163/16 163/18
**thumb [1]**  3/20
**Thursday [2]**  240/15 240/21
**thus [3]**  111/9 113/13 117/2
**tie [1]**  237/20
**tied [1]**  236/3
**tier [1]**  37/6
**tight [1]**  240/12

| T | | |
|---|---|---|
| **time [102]** 4/14 4/16 6/3 9/4 9/17 10/15 10/15 13/16 13/17 13/25 14/8 16/7 17/3 22/23 25/21 27/8 27/14 35/7 43/7 43/17 45/11 46/16 46/17 47/25 50/10 55/21 60/14 61/5 64/15 69/9 69/13 70/16 70/25 71/2 74/2 76/20 77/3 80/20 81/16 83/1 83/8 83/10 83/21 88/14 90/16 96/14 100/8 101/20 119/5 122/9 124/21 125/11 126/13 134/8 138/18 151/4 151/8 159/3 162/12 164/15 169/3 170/19 171/13 172/6 173/23 180/8 182/23 187/20 187/24 188/18 198/16 204/23 205/2 208/4 212/18 215/19 216/7 216/11 217/1 217/17 217/20 218/10 218/23 218/24 218/25 219/3 219/5 225/12 225/19 226/6 226/9 226/14 227/6 231/9 231/14 232/22 233/21 234/6 236/6 236/18 236/19 237/16 | **totality [2]** 78/8 222/11 **totally [2]** 18/5 99/1 **touch [7]** 16/21 208/6 208/7 208/9 221/18 223/21 223/25 **touched [2]** 130/2 208/8 **touches [1]** 129/7 **touching [5]** 129/9 208/4 212/18 223/23 223/25 **touring [1]** 65/17 **toward [1]** 235/3 **towards [1]** 77/9 **town [3]** 26/20 238/24 239/1 **toy [1]** 69/11 **trace [2]** 127/23 129/10 **track [1]** 240/23 **trader [1]** 28/16 **traffic [2]** 39/25 177/17 **trafficking [4]** 15/14 129/17 130/5 171/11 **training [11]** 11/25 35/25 133/5 186/3 202/5 202/10 202/11 202/12 202/13 222/23 227/16 **transaction [4]** 125/16 125/16 173/3 179/24 **transactional [1]** 130/11 **transactions [7]** 119/19 122/5 135/18 135/21 192/21 192/23 193/7 **transcribed [1]** 11/10 **transcript [1]** 241/5 **transfer [7]** 16/4 128/25 129/6 129/12 130/3 210/11 228/4 **transferred [2]** 129/8 134/3 **transferring [4]** 124/22 129/1 211/8 214/1 **transport [4]** 201/22 208/11 208/14 235/7 **transported [2]** 210/15 234/4 **trauma [1]** 34/21 **traumatic [1]** 84/21 **traumatized [2]** 30/5 30/9 **traumatizing [1]** 31/2 **travel [8]** 34/23 45/13 60/21 60/22 69/4 70/24 71/2 78/20 **traveled [1]** 12/14 **traveling [7]** 46/7 55/23 61/16 67/12 78/21 238/24 239/1 **tray [1]** 220/16 **treat [2]** 37/8 164/25 **treated [2]** 85/14 90/9 **trespassing [2]** 60/1 60/4 **trial [28]** 1/10 10/19 11/16 12/8 12/10 14/1 14/2 14/7 14/8 16/7 20/6 21/10 21/16 38/23 43/1 52/18 53/21 68/17 112/4 112/6 112/6 112/13 112/15 112/19 116/9 117/5 117/25 119/11 **trials [2]** 14/1 14/4 **tried [3]** 68/16 80/22 96/6 **trigger [16]** 128/16 213/2 225/6 225/12 225/15 226/5 226/6 226/9 226/12 226/14 226/15 227/20 227/21 227/21 227/22 229/22 | **trouble [1]** 49/10 **truck [6]** 39/12 174/2 174/4 174/18 174/24 195/21 **trucking [1]** 59/16 **true [4]** 41/19 113/20 164/24 165/7 **trust [4]** 51/22 85/25 86/2 111/12 **trusted [1]** 124/16 **truth [2]** 16/17 90/24 **truthfully [2]** 23/3 111/13 **try [22]** 12/16 12/18 16/25 20/12 73/7 97/20 109/8 114/9 125/15 158/19 167/7 169/16 172/14 190/3 194/18 198/19 220/19 220/20 221/13 221/22 222/9 240/12 **trying [9]** 92/8 92/13 117/10 135/15 184/17 199/14 199/22 213/1 236/23 **Tube [1]** 21/3 **Tuesday [1]** 43/3 **turn [10]** 4/8 4/13 105/2 119/5 152/13 158/19 159/5 184/23 190/3 190/5 **turned [4]** 52/5 137/8 174/13 **turning [14]** 108/10 134/13 136/5 151/25 152/3 163/25 206/14 209/3 211/21 211/24 219/24 223/6 224/6 228/1 **turns [3]** 183/16 183/17 184/6 **turret [1]** 184/14 **twelve [1]** 42/15 **twice [3]** 39/21 39/22 64/18 **twins [1]** 67/10 **Twitter [1]** 21/1 **two [74]** 4/18 4/19 18/1 19/6 23/17 26/1 26/23 27/8 29/1 29/4 35/22 42/12 49/25 54/9 60/21 64/19 64/25 64/25 65/3 65/12 68/10 69/2 70/16 78/25 80/13 99/4 109/8 120/14 121/4 122/17 122/18 126/22 127/11 128/18 128/22 140/14 140/23 141/6 145/8 145/10 147/3 158/21 180/9 187/2 188/20 191/20 192/18 193/5 195/23 196/13 197/3 203/21 204/24 205/15 206/9 206/10 207/2 207/24 214/10 214/14 216/19 224/20 224/21 224/22 225/1 226/2 226/8 229/21 234/1 234/9 235/19 236/5 236/8 238/23 **two feet [1]** 226/2 **type [11]** 29/10 31/5 36/25 45/2 60/3 61/24 133/4 142/14 152/11 189/22 226/12 **types [5]** 32/8 119/10 132/25 176/20 202/5 **typical [2]** 225/17 225/17 **typically [5]** 207/22 222/11 223/8 233/10 235/15 |
| **timed [1]** 126/11 **times [17]** 47/19 64/25 65/3 89/5 99/1 111/15 124/20 125/6 125/24 168/11 177/5 177/7 177/8 186/5 186/7 209/1 234/4 **tiny [1]** 224/14 **tip [2]** 214/11 225/25 **title [1]** 37/12 132/7 201/11 **today [20]** 3/8 5/16 5/25 6/22 8/22 8/24 10/11 13/19 34/3 68/18 90/8 91/12 99/1 129/23 136/21 138/9 171/10 186/13 233/14 240/17 **Todd [2]** 21/24 238/13 **together [8]** 74/6 93/6 100/10 158/11 194/11 214/24 216/24 222/21 **told [11]** 42/21 89/23 90/2 197/6 197/17 198/2 198/24 199/2 199/6 204/7 232/18 **tomorrow [17]** 52/24 68/3 78/21 232/21 232/21 233/3 236/23 237/18 238/2 238/7 238/21 238/24 239/14 239/16 240/4 240/18 240/19 **tomorrows [1]** 237/14 **tone [1]** 22/10 **tonight [1]** 237/19 **too [8]** 23/7 24/18 31/1 37/14 51/19 68/10 87/20 141/25 **took [8]** 18/23 26/1 29/5 62/16 175/16 177/3 216/3 220/3 **tools [3]** 20/11 122/14 122/15 **top [9]** 101/20 146/4 160/7 165/20 204/4 205/3 214/16 224/16 225/2 **tot [1]** 8/20 **total [2]** 76/23 192/24 | | **U** |
| | | **U.S [10]** 9/24 44/23 44/25 91/18 120/23 122/24 140/6 |

**U**

**U.S...** [3]   142/23 150/1 151/9
**U.S.A** [1]   3/4
**UCF** [1]   67/11
**uh** [2]   11/9 204/14
**uh-huh** [1]   11/9
**Uh-hum** [1]   204/14
**ultimate** [3]   19/1 48/10 69/20
**ultimately** [8]   123/21 126/10 137/5 153/21 156/2 158/7 173/17 176/2
**ultraviolet** [1]   221/4
**Um** [3]   49/12 61/23 90/21
**Um-m-m** [3]   49/12 61/23 90/21
**umbrellas** [1]   113/5
**un** [1]   11/9
**un-huh** [1]   11/9
**unable** [2]   19/10 223/9
**uncle** [5]   67/17 121/17 121/24 122/3 122/4
**unclear** [1]   12/9
**under** [7]   63/9 112/2 157/23 166/13 166/24 195/25 233/2
**underneath** [2]   157/25 189/19
**understand** [21]   12/1 12/4 12/5 14/5 17/1 38/9 49/14 49/16 49/17 55/4 68/6 83/10 89/8 90/11 90/22 99/1 167/15 168/13 174/2 191/2 238/21
**understandable** [1]   30/10
**understanding** [1]   49/10
**understands** [1]   221/14
**understood** [2]   49/13 76/6
**undivided** [1]   99/16
**uneven** [1]   90/18
**unfair** [1]   94/6
**unfortunately** [3]   28/10 85/24 86/20
**unique** [4]   122/20 122/21 235/13 235/13
**unit** [10]   133/9 134/4 187/5 188/5 202/11 204/2 204/11 211/20 216/10 222/8
**UNITED** [22]   1/1 1/4 1/11 1/16 3/8 8/24 9/23 9/23 23/12 74/24 77/4 88/6 119/23 123/8 138/10 165/3 165/5 203/12 234/12 234/17 235/17 237/23
**units** [1]   133/1
**University** [1]   25/16
**unknown** [2]   128/1 186/4
**unless** [4]   113/24 167/18 167/21 172/25
**unlike** [2]   128/24 129/10
**unmarried** [1]   35/22
**unregistered** [1]   123/7
**unresponsive** [1]   76/8
**unscrew** [1]   158/19
**unscrewing** [2]   158/12 159/6
**unseal** [1]   233/8
**until** [13]   7/6 20/15 20/19 21/11 21/12 21/13 29/1 112/3 115/8 115/13 115/25 117/4 131/20

**unusual** [1]   212/15
**unwarranted** [1]   37/22
**up** [78]   3/13 4/2 4/5 4/25 7/5 7/20 8/3 8/11 9/6 9/11 21/16 22/14 22/23 23/2 23/14 24/25 28/9 32/4 34/19 42/4 42/5 42/6 47/19 58/22 58/25 60/19 63/6 64/6 64/7 68/17 72/23 74/18 80/19 81/15 98/22 98/25 100/12 124/3 125/14 127/14 130/22 131/3 132/20 133/4 141/6 145/16 145/16 145/22 148/17 150/13 157/24 171/4 174/18 174/23 175/5 178/8 182/3 184/13 190/9 190/10 194/17 195/8 198/8 207/13 208/17 213/8 214/15 219/17 223/11 223/17 225/25 226/12 227/23 231/15 234/1 236/3 237/20 240/19
**upload** [1]   7/1
**uploading** [1]   3/22
**upon** [7]   14/10 19/9 102/15 131/6 186/5 196/24 233/23
**upper** [3]   185/17 204/2 204/10
**upset** [1]   227/13
**us** [35]   7/11 8/5 9/19 11/1 11/4 37/10 74/4 82/20 83/24 84/14 88/20 89/24 90/4 97/23 99/15 104/25 105/5 106/18 106/24 107/23 108/14 108/18 111/19 117/25 128/1 150/13 150/14 178/22 189/3 194/22 196/8 204/9 227/5 227/23 227/24
**use** [22]   8/2 20/10 20/20 20/21 20/22 21/3 72/24 73/21 88/19 102/20 152/11 152/23 169/21 178/25 208/12 208/18 208/20 208/23 213/17 220/6 221/3 221/7
**used** [5]   44/23 108/4 155/21 189/4 189/8
**user** [3]   121/9 121/9 121/10
**using** [3]   89/20 175/8 221/13
**usually** [10]   124/14 159/5 162/25 163/8 172/5 195/8 195/11 195/17 196/6 221/1
**Utilities** [1]   25/3

**V**

**vagrants** [1]   125/5
**valuable** [1]   13/16
**value** [11]   221/25 222/1 222/2 222/3 222/6 222/10 222/10 222/24 222/25 223/9 224/7
**values** [1]   129/3
**vapor** [1]   220/18
**variety** [2]   202/15 208/13
**various** [5]   31/15 121/15 140/6 203/14 221/10
**varying** [2]   124/2 188/20
**vehicle** [4]   26/20 98/8 184/13 184/13
**vehicular** [1]   42/1
**venire** [7]   8/17 22/2 73/18

81/20 100/4 110/20 112/8
**verbal** [1]   168/25
**verbiage** [1]   102/17
**verdict** [27]   5/2 11/22 18/18 19/1 19/5 19/5 19/9 20/19 24/9 41/5 48/9 56/18 60/24 61/8 66/16 72/12 74/15 84/5 85/5 86/14 86/24 87/25 112/21 114/18 116/22 123/15 131/10
**verdicts** [1]   39/22
**Verialli** [2]   180/24 195/23
**version** [1]   4/25
**versus** [7]   3/4 5/8 8/25 165/3 211/17 214/2 235/17
**very** [50]   9/15 10/17 10/23 13/10 24/12 25/9 30/25 32/12 33/7 33/10 33/25 35/18 38/16 38/25 47/17 48/22 51/22 55/11 55/13 58/20 67/3 68/8 74/14 85/6 85/9 88/15 92/25 101/12 111/8 111/20 112/7 115/14 122/20 125/2 128/7 128/21 175/4 176/15 179/14 184/1 208/4 218/1 227/2 227/12 229/18 231/25 232/24 239/20 239/25 240/14
**vest** [3]   225/19 227/2 227/7
**vice** [1]   41/9
**vice-president** [1]   41/9
**Vick** [1]   121/21
**victim** [25]   23/25 33/5 36/22 36/23 36/25 37/3 40/6 40/10 40/11 42/1 45/21 45/24 47/3 47/3 53/3 57/6 57/17 61/19 63/17 64/17 66/7 82/16 84/11 85/23 86/18
**victims** [3]   36/22 63/13 84/12
**video** [98]   35/24 122/19 138/7 138/15 139/2 139/4 139/5 139/6 139/10 139/22 139/23 140/2 140/3 140/4 140/12 140/13 140/14 140/21 140/22 140/23 141/2 141/3 141/4 141/9 141/10 141/11 142/2 142/3 142/4 142/9 142/10 142/11 142/15 142/16 142/17 142/20 142/21 143/1 143/2 143/3 143/24 143/25 144/3 144/4 144/5 144/10 144/11 144/12 144/15 144/16 144/17 144/20 144/21 144/22 145/4 145/5 145/6 145/12 145/13 145/14 145/18 145/19 145/20 145/24 145/25 146/1 146/8 146/9 146/10 147/6 151/10 151/23 153/9 154/1 154/4 159/23 173/8 203/2 203/5 203/8 203/10 203/16 203/17 203/19 203/23 203/24 204/1 204/19 204/20 204/22 205/9 205/10 205/11 205/13 205/15 207/5 207/9 207/16
**videos** [2]   121/6 121/7
**view** [9]   67/1 70/4 91/12 91/20 91/25 93/10 140/17 232/10 232/13

**V**

**views [2]** 70/2 70/6
**vinegars [1]** 70/23
**violated [1]** 167/11
**violates [1]** 21/8
**violation [1]** 21/7
**violations [1]** 167/12
**violence [4]** 47/4 75/22
96/18 102/1
**violent [3]** 133/15 133/22
194/16
**Virginia [1]** 34/19
**visual [2]** 220/23 221/2
**visualization [1]** 221/23
**visualize [2]** 220/20 221/13
**voice [3]** 125/25 126/2 126/2
**voir [6]** 4/23 11/17 11/17
11/21 111/9 215/22
**VOLUME [1]** 1/12
**voluntarily [1]** 124/4
**volunteer [2]** 23/22 61/16

**W**

**wads [1]** 77/10
**waistband [1]** 213/7
**wait [3]** 7/4 51/19 236/5
**waited [1]** 14/7
**waiting [5]** 42/25 118/24
195/3 237/16 237/22
**waived [1]** 8/14
**waiver [1]** 4/4
**waiving [1]** 4/2
**walk [18]** 125/16 137/16
137/19 137/23 138/7 138/16
146/3 151/10 151/23 153/9
159/23 165/21 184/17 195/15
202/20 203/2 203/5 207/9
**walk-through [14]** 137/16
137/19 137/23 138/7 138/16
151/10 151/23 153/9 159/23
165/21 202/20 203/2 203/5
207/9
**walked [1]** 137/10
**walking [3]** 113/4 130/25
131/1
**walks [3]** 125/14 125/14
130/11
**wall [3]** 160/18 185/14
185/15
**walled [1]** 177/17
**walls [1]** 20/5
**want [59]** 4/2 4/21 8/5 8/20
11/6 11/11 13/14 14/11 20/1
38/9 40/15 55/4 72/1 72/15
74/2 77/1 81/3 81/6 88/8
88/22 93/12 93/14 94/8 94/12
94/23 97/12 111/8 111/19
125/15 127/16 131/1 133/4
134/12 155/13 165/16 167/22
168/18 169/16 170/16 184/9
194/1 198/7 198/9 198/15
198/19 199/19 207/12 209/8
209/10 210/16 211/9 212/14
224/7 224/19 224/22 224/23
232/2 236/5 240/11
**wanted [7]** 5/12 7/2 11/14
21/18 79/12 125/7 200/6

**wants [1]** 70/25
**Ward [2]** 3/9 9/25
**warrant [45]** 119/14 119/15
119/16 119/20 122/2 122/12
124/3 126/11 126/12 127/10
134/16 135/1 135/8 135/11
135/14 136/6 136/16 136/9
136/15 137/6 137/9 139/16
139/25 170/1 170/23 170/24
173/2 176/3 176/16 177/18
178/11 178/18 178/19 179/3
179/18 180/7 180/21 185/23
194/2 194/9 194/10 194/11
194/24 195/19 202/17
**warrants [1]** 134/11
**was [408]**
**wash [1]** 223/23
**wasn't [4]** 80/1 150/14
176/21 183/6
**wasted [1]** 13/17
**watch [3]** 89/2 180/19 195/12
**watched [2]** 89/1 147/6
**watching [4]** 122/1 124/10
195/19 195/24
**water [5]** 41/11 118/25 129/1
214/16 221/17
**way [30]** 11/23 12/4 13/5
22/21 24/4 24/16 30/17 58/3
66/22 91/10 91/11 91/20 92/6
92/21 94/1 118/12 118/16
124/5 129/2 130/8 163/10
178/13 178/23 181/23 183/8
190/15 207/25 221/13 232/11
234/23
**ways [4]** 18/1 30/19 186/10
208/13
**wboone [1]** 121/14
**we [374]**
**we'll [2]** 166/7 230/7
**wealth [1]** 34/18
**weapon [7]** 35/1 93/10 96/19
131/2 189/14 210/12 210/14
**weapons [11]** 30/4 30/7
176/20 192/8 208/15 208/18
208/20 209/3 211/9 228/4
228/12
**wear [4]** 31/10 207/21 207/22
208/1
**wearing [7]** 136/24 162/7
207/6 209/18 209/20 225/19
226/25
**weather [1]** 211/19
**website [1]** 21/2
**websites [1]** 20/10
**weddings [1]** 96/3
**Wednesday [9]** 237/15 237/25
238/25 239/2 239/5 239/7
239/10 239/18 240/19
**week [20]** 12/8 12/10 14/3
29/5 42/25 52/19 54/9 62/2
64/2 71/14 71/15 71/17 71/20
71/21 117/20 129/23 170/23
170/24 232/7 240/17
**weeks [2]** 14/2 69/9
**weigh [3]** 32/22 48/2 95/10
**weight [7]** 113/10 115/17
116/6 219/6 234/15 235/3
235/21

**welcome [5]** 8/20 81/21 119/3
166/22 214/6
**welcoming [1]** 9/1
**well [47]** 16/6 17/5 26/13
47/15 48/21 52/6 61/6 74/22
75/6 83/2 83/7 83/8 83/12
83/14 83/17 92/23 127/24
128/13 128/21 132/17 143/18
169/3 182/11 187/19 189/3
201/23 202/10 203/5 203/12
208/2 213/15 213/18 213/24
223/16 223/18 225/1 229/22
231/7 231/15 232/16 234/1
234/9 234/13 234/24 239/4
239/14 240/23
**well-established [1]** 234/24
**Wellington [3]** 26/22 52/25
68/25
**went [28]** 25/6 43/9 83/12
90/15 92/21 96/11 101/16
102/6 102/13 121/16 121/20
126/4 134/7 155/21 159/4
164/14 171/6 180/22 182/13
182/14 186/19 191/7 197/5
197/5 213/22 214/17 230/12
240/17
**were [128]** 5/11 6/14 24/9
30/3 31/17 33/9 35/4 35/14
39/11 40/25 41/1 42/14 43/20
43/20 43/24 45/8 46/19 47/2
54/19 57/19 58/2 58/13 58/24
59/1 65/6 75/19 79/5 80/6
84/12 84/17 84/19 84/20
85/14 90/9 91/11 91/21 92/20
93/9 94/12 95/15 98/11 98/12
100/18 111/11 111/15 111/17
120/1 120/3 120/15 121/6
121/7 121/8 121/15 122/1
123/5 124/12 125/4 125/20
125/22 126/5 126/5 133/9
133/23 134/3 134/9 134/13
135/21 136/10 137/12 137/19
150/14 151/1 152/1 152/8
152/9 153/21 154/24 155/23
156/2 157/16 158/10 161/16
161/23 167/5 167/11 168/11
171/1 171/1 176/2 177/4
177/23 182/21 188/12 192/9
194/5 195/18 195/19 196/11
196/13 197/4 200/5 200/9
202/16 204/4 206/6 206/10
206/10 209/18 209/20 210/6
210/7 210/19 210/20 211/5
211/22 211/25 212/11 216/15
216/16 221/25 223/9 225/19
226/25 228/7 229/4 230/3
235/19 236/20
**weren't [2]** 200/6 222/3
**WEST [32]** 1/2 1/7 1/18 1/23
6/2 6/4 28/15 32/13 32/18
39/25 44/23 46/5 59/15 64/12
119/9 119/14 125/19 132/8
132/13 132/19 134/17 170/22
172/17 201/10 201/15 202/9
202/18 211/13 218/5 222/23
224/11 229/3
**wet [3]** 113/4 113/5 214/16
**what [251]**

**W**

whatever [6]   89/17 113/10
172/5 190/10 190/14 226/3
whatsoever [1]   113/23
when [134]   4/1 4/5 8/2 8/8
11/4 11/8 13/3 16/22 17/4
18/4 18/17 18/19 22/8 33/9
57/2 57/17 57/19 60/1 62/3
73/11 77/8 79/25 80/18 81/15
82/2 84/19 89/2 95/24 96/24
99/23 100/10 102/22 114/2
114/12 114/15 116/2 116/8
116/23 117/15 117/25 118/9
118/17 123/14 123/21 126/11
128/11 129/19 129/22 130/2
130/5 130/18 130/21 133/13
137/8 139/18 148/19 152/17
155/12 158/11 158/17 158/19
159/3 163/6 169/16 169/22
169/25 170/19 172/16 172/23
174/20 176/2 176/16 177/3
177/11 180/5 180/13 180/15
180/18 181/11 182/21 182/23
183/16 184/22 190/5 195/8
196/6 196/11 199/21 200/5
208/17 208/22 209/8 209/15
209/18 210/2 211/12 211/16
211/18 211/19 212/13 212/16
212/24 213/1 213/24 214/3
214/9 216/9 216/14 216/18
216/25 217/21 218/21 219/17
220/17 220/23 220/24 221/18
222/7 222/17 224/3 224/19
225/6 225/21 226/4 226/10
226/12 226/15 226/19 227/4
233/11 234/4 234/23 236/6
236/12
whenever [3]   58/25 114/8
237/20
where [62]   27/12 32/10 35/12
35/14 40/3 71/5 72/3 90/22
110/23 111/15 118/3 118/16
121/15 122/6 122/12 122/19
125/3 126/21 126/24 133/19
135/1 136/14 139/8 139/9
139/15 139/24 148/18 150/1
151/18 152/20 156/22 157/1
157/20 157/22 160/3 174/13
177/14 180/13 182/6 182/12
185/11 185/11 188/23 194/25
201/9 203/14 204/13 206/9
211/12 212/3 212/11 213/14
222/7 224/10 225/25 226/22
229/2 229/8 229/19 232/22
234/5 235/18
where I [1]   222/7
where Mr [1]   121/15
Whereupon [9]   138/22 147/13
148/10 149/13 150/25 154/24
161/11 206/6 236/20
whether [40]   4/2 9/7 9/7
12/6 12/9 12/13 18/22 18/24
19/1 21/18 48/6 52/9 69/20
69/21 69/22 72/16 73/24
74/14 75/17 76/2 80/1 97/7
101/21 101/21 102/14 112/18
113/8 114/25 115/16 116/4

150/9 186/2 186/13 187/4
191/7 191/20 197/24 222/6
223/20 232/12
which [57]   4/10 13/12 15/2
15/15 16/18 17/6 17/15 21/9
31/9 46/17 47/12 48/6 74/24
77/9 78/8 85/22 100/11
100/25 116/10 119/25 120/17
120/20 121/2 121/2 121/3
122/5 131/5 134/8 147/3
149/1 149/16 150/2 157/10
168/4 184/15 196/12 196/16
205/24 206/23 208/15 210/1
210/21 210/24 220/5 220/15
221/3 223/1 223/13 225/2
225/7 225/8 226/20 227/1
228/9 232/3 235/9 236/6
while [19]   42/20 84/13 89/13
114/24 118/24 136/9 161/23
162/6 162/10 163/3 167/5
195/7 195/18 196/4 196/5
208/23 209/4 223/14 232/14
whirling [1]   222/15
white [16]   13/4 13/6 119/22
120/19 139/11 139/13 142/6
147/5 149/17 151/6 183/4
188/20 205/3 206/10 216/20
220/24
who [92]   5/16 5/24 6/13 8/9
8/10 9/2 9/2 9/7 9/10 10/2
10/5 10/13 10/15 10/20 11/1
12/22 13/20 13/21 16/16 19/8
19/17 19/24 21/8 24/13 27/8
27/13 33/9 35/25 36/3 36/10
36/22 41/13 45/14 46/19
47/20 50/20 50/24 55/21 56/1
57/1 63/11 63/14 64/14 65/20
76/12 79/15 81/24 82/4 88/25
89/17 91/9 99/22 99/24
103/16 112/1 113/4 119/18
122/17 125/19 127/16 128/14
131/21 131/22 136/12 137/9
137/21 158/21 176/6 176/12
178/15 179/8 180/20 180/23
180/25 183/4 186/8 186/22
186/23 187/1 187/15 188/1
235/7 237/5 237/12 237/20
238/1 238/6 238/12 238/16
238/20 238/21 238/23
whole [7]   25/19 64/12 66/20
84/17 172/12 192/20 208/24
whom [8]   8/4 10/16 82/3
99/18 116/17 117/3 125/22
191/5
whose [5]   21/16 63/21 186/16
189/1 189/2
why [52]   18/8 18/23 18/23
31/9 31/12 38/7 72/21 90/3
111/14 111/16 123/8 123/14
124/8 126/4 126/9 126/10
127/3 156/13 158/9 158/24
163/18 168/13 168/19 184/20
186/18 187/9 190/1 194/7
196/16 196/18 196/21 196/22
197/1 197/11 197/14 197/21
197/22 197/24 198/2 198/23
199/2 199/6 199/11 205/1
211/15 212/4 213/9 223/9

234/7 234/8 235/8 240/17
wide [2]   148/1 202/15
widowed [2]   50/18 63/10
wife [14]   28/16 28/18 28/24
29/8 29/12 29/17 29/20 60/21
61/4 67/18 70/14 71/4 71/5
240/4
will [191]   3/13 4/2 4/4 4/7
4/8 4/8 4/9 4/13 4/14 4/15
4/16 4/17 4/18 6/7 6/10 7/4
7/4 7/6 7/13 8/12 8/15 9/6
9/15 10/10 10/15 10/19 11/4
11/5 11/6 11/8 12/1 12/9
12/10 12/19 12/24 13/3 13/15
13/16 16/5 16/17 17/3 17/12
17/14 17/22 18/3 18/15 18/15
18/17 18/19 19/21 21/6 21/20
22/8 23/4 34/13 37/8 48/4
63/15 72/9 73/7 73/11 73/14
73/16 73/19 77/3 78/23 80/8
80/9 80/18 90/21 90/24 99/16
99/22 99/23 99/24 99/25
100/2 100/12 103/15 103/16
103/17 104/3 109/8 110/13
110/13 110/14 110/14 110/15
110/18 110/23 111/20 112/2
112/11 112/15 112/17 112/20
113/13 113/16 115/4 115/20
116/7 116/9 116/10 116/14
116/19 116/20 116/21 117/4
117/15 117/20 117/21 118/2
118/3 118/4 118/7 118/11
118/21 119/5 119/12 121/12
121/12 121/21 122/14 122/25
123/15 123/22 124/7 124/19
125/4 125/8 126/3 127/16
127/24 128/24 129/21 130/17
131/4 131/5 131/9 131/16
132/20 137/2 137/14 142/1
155/11 156/9 164/9 164/10
166/2 166/3 166/4 166/5
166/6 166/11 166/14 166/18
168/3 187/21 194/17 197/3
212/4 214/24 215/12 220/19
223/20 223/21 225/9 225/10
225/14 231/13 231/21 232/18
232/20 233/20 234/1 235/6
235/7 236/6 236/15 236/16
236/24 237/7 237/20 238/4
238/10 238/14 238/18 238/24
238/25 239/3 240/25
Williams [3]   181/15 181/20
191/12
WILLIE [36]   1/7 3/4 8/25
10/6 10/11 14/14 14/18 15/5
15/13 15/18 16/1 89/15 119/8
121/11 121/25 122/11 122/17
124/22 126/1 126/16 128/4
129/6 129/7 130/2 165/3
165/5 180/13 181/2 182/22
186/13 187/11 187/13 188/9
191/7 193/7 197/5
willing [1]   92/3
winding [1]   164/7
window [3]   28/25 180/9 196/1
wish [3]   64/2 68/1 115/23
wishes [2]   76/21 116/17
withdraw [1]   193/12

## W

**within [12]**   18/5 18/12 20/5
43/7 200/11 202/11 209/16
211/20 212/20 213/18 216/10
216/19

**without [26]**   14/7 23/7 47/11
58/4 58/5 75/23 138/21 144/7
147/11 147/12 148/8 148/9
149/11 150/8 150/21 150/23
154/22 161/9 161/10 196/24
204/9 206/1 206/3 206/17
227/19 239/9

**witness [65]**   3/15 6/1 6/13
6/14 6/15 12/14 12/16 16/18
17/21 18/9 18/11 30/23 31/1
33/17 33/17 36/24 39/20 40/7
57/23 63/17 65/1 66/8 82/24
113/4 113/22 113/24 113/24
114/20 114/21 114/22 118/14
118/18 129/18 129/20 130/19
131/13 131/24 137/2 137/25
143/16 146/18 146/22 154/14
155/14 156/10 166/4 166/13
166/22 166/24 167/23 187/17
193/15 196/23 200/20 200/23
205/18 211/3 212/2 215/22
229/16 233/2 236/9 236/24
237/5 237/20

**witness' [5]**   114/23 114/24
114/24 115/1 115/2

**witnessed [2]**   24/1 192/20

**witnesses [24]**   3/18 5/16
5/25 10/21 10/22 12/13 16/16
21/17 115/5 115/24 116/2
116/14 116/17 118/13 118/25
119/12 131/20 131/21 235/6
236/7 237/24 238/23 239/12
240/13

**witnesses' [1]**   113/19

**won [1]**   83/14

**won't [7]**   3/14 36/9 56/12
56/13 126/1 126/2 240/7

**wondering [1]**   150/9

**words [6]**   17/17 20/9 56/11
104/7 178/1 236/9

**work [27]**   23/22 24/15 25/2
34/9 34/23 35/12 40/3 43/16
44/23 45/4 46/4 49/23 56/24
67/13 70/23 70/23 71/4 71/5
71/6 71/7 78/7 132/8 133/16
133/16 202/8 202/15 239/7

**worked [10]**   27/10 28/14
35/17 43/6 44/25 49/22 61/11
67/5 158/21 171/14

**worker [1]**   50/2

**working [14]**   3/2 7/1 25/15
25/17 34/21 38/21 41/11 53/1
64/15 68/23 95/1 134/9
172/21 173/12

**works [7]**   23/18 24/13 25/5
26/24 40/2 59/21 172/1

**worried [2]**   126/5 159/7

**Worth [4]**   49/2 63/4 63/9
67/7

**would [180]**   5/2 5/9 5/24 6/1
6/15 6/21 9/1 9/5 9/21 11/23
12/7 13/14 14/6 17/10 21/9

24/15 26/7 26/13 27/14 27/25
29/13 30/1 30/17 30/22 32/18
32/25 33/13 33/20 35/3 36/4
36/19 37/3 37/13 37/19 37/24
38/2 38/3 38/7 39/16 41/17
41/22 41/24 42/10 42/18
43/11 43/24 44/8 44/15 45/6
45/17 45/24 46/22 47/5 50/6
50/25 51/9 53/14 53/19 54/17
55/6 55/8 55/10 56/2 56/8
57/13 57/20 58/12 59/1 59/4
59/6 60/6 60/8 61/21 62/7
62/20 63/24 65/5 65/22 67/15
67/19 68/2 73/20 74/4 74/12
76/3 76/19 77/5 78/2 78/15
78/18 78/21 79/1 79/14 79/22
79/24 81/11 81/14 83/20
84/25 85/10 86/13 88/19 91/7
92/2 92/25 93/12 96/24 97/9
101/8 102/21 102/22 102/23
103/5 103/18 105/13 109/7
109/8 111/5 111/25 114/10
116/25 117/12 119/6 130/22
132/6 133/2 141/16 156/14
161/16 162/2 168/19 172/7
172/8 178/14 178/24 179/2
180/9 182/2 182/3 182/10
184/12 184/13 185/16 186/8
194/8 196/12 199/1 200/25
206/14 207/12 207/15 207/15
208/7 208/8 209/16 210/3
211/13 211/23 214/15 215/21
215/21 216/5 221/7 221/12
223/1 224/25 225/2 226/3
232/13 235/1 236/4 237/5
237/22 237/21 238/1 238/6
239/18 240/6 240/14 240/15

**would in [1]**   11/23

**wouldn't [4]**   82/19 93/13
143/8 187/18

**wrap [1]**   98/22

**Wright [5]**   22/1 238/24 239/8
239/19 239/20

**write [1]**   170/17

**writing [1]**   134/10

**written [3]**   4/3 18/16 167/12
170/6 227/5

**wrote [1]**   182/21

## X

**XD [1]**   15/24

**XD-S [1]**   15/24

## Y

**yard [11]**   41/1 43/17 68/13
79/5 84/13 84/19 84/20
135/18 181/25 182/19 196/10

**yeah [3]**   53/21 187/23 240/11

**year [13]**   15/21 41/10 46/13
50/1 63/11 63/23 63/22 68/11
132/20 132/20 163/12 201/24
202/1

**years [95]**   22/18 22/19 23/13
23/16 23/21 25/4 25/19 26/1
26/8 26/23 28/15 28/16 28/24
29/25 30/9 32/2 32/2 34/16
34/17 35/1 35/17 35/20 35/21

38/20 39/3 39/14 39/24 41/10
41/24 43/7 43/15 44/3 44/4
46/5 46/6 46/13 46/14 49/3
49/4 49/23 49/24 50/16 50/17
51/15 51/16 52/24 52/25 54/9
55/20 56/25 58/9 58/10 59/14
60/19 60/20 61/3 61/12 61/13
63/5 63/9 63/10 63/15 63/20
63/24 63/24 64/12 65/11
65/12 65/18 65/18 67/8 67/14
67/18 68/9 68/24 69/1 69/3
70/13 70/14 70/19 70/24
70/24 71/6 76/19 83/20 95/16
95/17 95/18 96/17 101/12
132/21 132/24 133/20 133/20
201/17

**yellow [1]**   161/16

**yes [443]**

**yet [5]**   3/21 68/14 72/9
127/16 205/9

**York [4]**   26/1 43/21 43/24
44/22

**you [1464]**

**you move [1]**   150/15

**you review [1]**   175/20

**you'd [1]**   131/25

**you're [5]**   125/18 134/20
195/7 212/18 223/25

**you've [2]**   108/4 125/13

**young [10]**   33/7 33/10 53/20
53/21 63/18 77/7 83/1 83/8
83/10 90/16

**younger [4]**   60/1 60/14 68/13
70/16

**youngest [1]**   34/21

**your [402]**

**your job [1]**   201/11

**yours [1]**   153/19

**yourself [7]**   72/4 115/25
163/11 163/14 184/2 226/13
232/22

**yourselves [2]**   73/1 166/9

**Youth [2]**   71/7 71/9

## Z

**zero [8]**   126/1 127/4 217/19
217/19 217/19 217/19 231/14
231/14

**ziplock [1]**   162/4

**zoo [1]**   67/9

**zooming [1]**   205/6