1

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
2            WEST PALM BEACH DIVISION

3            CASE NO. 22-CR-80175-ROSENBERG

4

**UNITED STATES OF AMERICA,**        .
5                                          .
Plaintiff,                 .
6                                          .
vs.                   .
7                                          .
**WILLIE BOONE,**                        .   West Palm Beach, FL
8                                          .   November 1, 2023
                                         .
9      Defendant.                         .

10

JURY TRIAL PROCEEDINGS
11      BEFORE THE HONORABLE ROBIN L. ROSENBERG
            UNITED STATES DISTRICT JUDGE
12
                    VOLUME 3
13

14      APPEARANCES:

15
FOR THE PLAINTIFF:        **SHANNON O'SHEA DARSCH**
16                                 **ALEXANDRA CHASE**
                                 **United States Attorney's Office**
17                                 500 S. Australian Avenue
                                 Suite 400
18                                 West Palm Beach, FL 33401
                                 561-209-1027
19
FOR THE DEFENDANT:        **HOWARD J. SCHUMACHER, ESQ.**
20                                 1 E Broward Boulevard
                                 Suite 700
21                                 Fort Lauderdale, FL 33301
                                 954-356-0477
22

23      Official Court Reporter:   Pauline A. Stipes
                                 West Palm Beach/Ft. Pierce, Fl
24                                 HON. ROBIN L. ROSENBERG
                                 561-803-3434
25

**Pauline A. Stipes, Official Federal Reporter**

INDEX

**MARK FINNAMORE**

Direct Examination by Ms. Darsch            Page 7

Cross Examination by Mr. Schumacher         Page 46

Redirect Examination by Ms. Darsch          Page 56

**Recross Examination by Mr. Schumacher      Page 62**

**FREDERICK FISCHER**

**Direct Examination by Ms. Chase            Page 65**

**DAMON WRIGHT**

Direct Examination by Ms. Chase             Page 74

**ANTHONY CIRAVOLO**

**Direct Examination by Ms. Chase            Page 84**


**EXHIBITS**

|                                    | I.D. | Received  |
|------------------------------------|------|-----------|
| Government Exhibits 15, 16         |      | Page 73   |
| Government Exhibit 29              |      | Page 80   |
| Government Exhibit 31              |      | Page 115  |

**Pauline A. Stipes, Official Federal Reporter**

```
 1            THE COURT:  All right.  As we are all getting set up,
 2   we are back on the record now in U.S. versus Willie Boone,
 3   22-80175.  We have all counsel here, we have Mr. Boone here.
 4            Before the jury comes in, I has asked everybody to
 5   take a look again at the jury instructions and verdict form and
 6   give any thought to whether including Exhibit 32, Government
 7   Exhibit 32, or some version of it, might be one way to address
 8   the issue of instructing the jury on the three separate offense
 9   matter that would relate to the second part of Count 4's
10   verdict question where the jury is being asked:  We, the jury,
11   having found the Defendant guilty of the offense charged in
12   Count 4, find further that he possessed the firearm after
13   having had at least three previous convictions for offenses
14   committed on occasions different from one another; yes or no?
15            The Defense hadn't objected to that question, but the
16   Defense has objected to the second page of possession of a
17   firearm by a convicted felon instruction that was added by the
18   Government to try to address that verdict question and also, as
19   they indicated in Footnote 3, that it was at had to comply with
20   U.S. Department of Justice policy following Wooden,
21   W-O-O-D-E-N, versus United States, 142 Supreme Court 1063, a
22   2022 case.
23            So, I do know that we found a couple of other cases.
24   There was a Fourth Circuit case, United States versus Brown,
25   67, Fourth Circuit 200, Fourth Circuit, 2023, whereby the
```

 1    circuit precedent holding that the applicability of the ACCA

 2    enhancement is a matter for sentencing remains binding,

 3    notwithstanding intervening Supreme Court precedent, including

 4    Wooden versus United States, 142 Supreme Court 1063, 2022.

 5              The Court goes on to say "whether a defendant

 6    committed prior violent felony or serious drug offenses on

 7    different occasions need not be alleged in the indictment and

 8    found by a jury or admitted by the Defendant."

 9              Then we have a Fifth Circuit case, United States

10    versus Valencia, 66 F.4th 1032, indicating that "in Wooden

11    versus United States the Supreme Court explicitly declined to

12    address whether the Armed Career Criminal Act's different

13    occasions requirement must be charged in the indictment and

14    either admitted by the Defendant or proven to a jury beyond a

15    reasonable doubt.

16              "Therefore, Wooden does not overrule binding circuit

17    precedent, holding that the different occasions requirement is

18    a proper consideration for the District Court at sentencing."

19              Those are the additional cases that the Court found.

20    How would you like to handle it?

21              MR. SCHUMACHER:  Judge, I didn't do the legal research

22    the Court did, but listening to the holdings on those other

23    circuits, I would maintain my objection to the addition of the

24    language, and I'd also object to on the verdict form the

25    additional question under Count 4, since there has been a

Pauline A. Stipes, Official Federal Reporter

|   |   |
|---|---|
| 1 | stipulation as to that aspect.  It has been alleged in the |
| 2 | indictment.  I think that is satisfactory, Judge. |
| 3 | THE COURT:  So, it was alleged in the indictment? |
| 4 | MR. SCHUMACHER:  I believe so. |
| 5 | MRS. CHASE:  It was alleged in the indictment, your |
| 6 | Honor, which I why the United States maintains that we should |
| 7 | be able to, at a minimum, seek the special verdict entry given |
| 8 | that allegation. |
| 9 | THE COURT:  And what are the parties' thoughts on the |
| 10 | stipulation being read as part of the jury instruction? |
| 11 | MR. SCHUMACHER:  Judge, I would object to that.  The |
| 12 | Government is free to argue that to the jury in closing |
| 13 | argument.  I am sure they will do so, and I am certainly not |
| 14 | going to take a contravening position to that. |
| 15 | As far as using a stipulation as part of the jury |
| 16 | instructions I think is directing them specifically as to their |
| 17 | duty and to their fact finding.  We would oppose that, Judge. |
| 18 | MRS. CHASE:  We would agree on that, your Honor. |
| 19 | THE COURT:  Okay.  Well, I think what we will do is we |
| 20 | will take the added language out of the possession of a firearm |
| 21 | by a convicted felon and stick with the standard.  It will end |
| 22 | after page one, and we won't include the language -- the |
| 23 | paragraph that begins with "The indictment further alleges that |
| 24 | the Defendant committed the charged offense after having been |
| 25 | convicted of three other crimes that were committed on |

```
 1    occasions different from one another."  And we will keep the
 2    question on the verdict form as to Count 4 relating to the jury
 3    finding that he possessed the firearm after having had at least
 4    three previous convictions for offenses committed on occasions
 5    different from one another.
 6          And we do have Exhibit 32 in evidence, and the
 7    Government should make what argument it deems appropriate
 8    during closing to ensure that the jury is clear on how they are
 9    to proceed on that.
10          MRS. CHASE:  Thank you.
11          THE COURT:  With that, then, we will get the jury
12    instructions in final form and the verdict form and give you a
13    copy one last time to review it.  Since it is very voluminous,
14    and we may be charging the jury soon after lunch, we want to
15    have all of those made.
16          Let's make the copies, Maya, but we will give one as
17    soon as we have one to the lawyers so they can be looking at it
18    in the meanwhile.  So the others can be made.
19          How are we doing with our jurors?  We have our witness
20    back?
21          MR. SCHUMACHER:  Judge, so the record is clear, then,
22    I have objected to the inclusion of the language in the verdict
23    form with that special interrogatory.
24          THE COURT:  Yes.  I will overrule the objection.  That
25    is the only objection you had, which is the part that reads:
```

1    We, the jury, having found the Defendant guilty of the offense

2    charged in Count 4, further find that he possessed the firearm

3    after having had at least three previous convictions for

4    offenses committed on occasions different from one another.

5              MR. SCHUMACHER:  Yes.

6              THE COURT:  I will overrule the objection, but sustain

7    it as to the instruction.

8              MR. SCHUMACHER:  Thank you.

9              THE COURT:  We have everybody, so our witness can

10   resume the stand, and we can bring our jury in.

11       (Thereupon, the jury returns to the courtroom.)

12             THE COURT:  Good morning, everyone, welcome back, you

13   may be seated.

14             Our witness remains on the stand, Agent Finnamore, he

15   remains under oath.  You may proceed with the Government's

16   direct examination.

17                  DIRECT EXAMINATION (continued)

18   BY MS. DARSCH:

19   Q.  Good morning, Agent Finnamore.  We left off yesterday on

20   page 52 of Government Exhibit 22.

21             MS. DARSCH:  Permission to publish to the jury.

22             THE COURT:  Yes.  We need somebody here to help us.

23   Just a moment.  We need somebody here to help us.  Bear with us

24   one moment.

25

Pauline A. Stipes, Official Federal Reporter

```
 1  BY MS. DARSCH:
 2  Q.  So we left off on page 52 of Government Exhibit 22 where
 3  you had indicated that Willie Boone stated, "I got you 100
 4  already to the side," and then a picture from Willie Boone was
 5  sent to Uncle Butterball.
 6       So, before going to the photo, could you just please
 7  explain to the jury what this conversation entails?
 8  A.  Is it possible for me to have the hard copy?
 9  Q.  Yes.  I'm sorry.  We are on page 52.
10  A.  This conversation was referring to the $100 that was owed
11  to Mr -- Uncle Butterball by Mr. Boone.  This is when he was
12  stating he already had the hundred dollars that Unc Butterball
13  was asking for and sent a picture with the money on the table.
14  Q.  Okay.  Now going back to the photo, I am showing you
15  Government's Exhibit 21-E.  Is this that same photo that Willie
16  Boone sent to Uncle Butterball on page 52 of Government Exhibit
17  22?
18  A.  Yes, on 2/26/2022, this is the same photograph.
19  Q.  Okay.  And what does this photo show?
20  A.  This photo shows a large quantity of currency.  You can see
21  there's a $100 bill on the top, followed by a bunch of $50
22  bills and $20 bills, and it goes on from there.
23       It also has a clear plastic tub filled with what appears to
24  be crack cocaine, there is some crack cocaine sitting next to
25  that tub.  There's also those one x one dime bags that we were
```

Pauline A. Stipes, Official Federal Reporter

1    talking about yesterday, and there is also a Glock firearm to

2    the left of it.

3    Q.   Okay.  And could you please explain to the jury on this

4    Glock firearm what we are looking at right here?  (Indicating.)

5    A.   Yes.  So, this will be the same light/laser combination

6    attachment that is found on the exhibit that I was talking

7    about yesterday, the Glock firearm we had yesterday.

8    Q.   And could you please explain to the jury what we are

9    looking at right here?

10   A.   Yes.  If you are able to zoom in you will probably be able

11   to see it better.  There is a piece of textured grip tape on

12   the lower portion of the trigger guard.  You can see it there

13   on the bottom of the line along there.

14       This is an after-market piece of tape.  People attach these

15   to their firearms for extra grip.  Being that these firearms

16   are polymer or plastic, people when they have sweaty hands

17   holding the firearm, the firearm will slip in their hand, so

18   people frequently attach grip tape to their firearms.  We do it

19   in the law enforcement all the time, it provides an extra level

20   of grip with the firearm.

21       This particular piece of tape, on the rear the tape has

22   actually started to peel away from the grip of the firearm and

23   the adhesive has started to fail, so it is coming straight

24   across.  On the Glock firearm there should be a curve like

25   that, but as you can see, it comes straight here.  That would

1   be from the tape.

2   Q.  Okay.  If we could please zoom out.

3       And right -- first I want to go to here.  What are we

4   looking at here?

5   A.  Yes.  This is an extended magazine like I described

6   earlier, yesterday.  It is very common with people that are

7   dealing narcotics to have extended magazines.  It also has the

8   very specific end plate right here.  This would be an

9   after-market accessory for the firearm.

10  Q.  This extended magazine right here, it looks a little

11  shorter.  Is it shorter than it actually is because part of the

12  extended magazine is in the firearm?

13  A.  That's correct, yes.  I'd say maybe a third of the magazine

14  is going to be inside of the grip of the pistol, and that is

15  from it being inserted into the firearm, so it would appear

16  shorter.

17  Q.  When the extended magazine is not attached inside the grip

18  of the pistol it is longer?

19  A.  Yes.  If the gun was see through, the magazine would go to

20  about here.  (Indicating.)

21  Q.  Okay.  Which is almost near the trigger for the record?

22  A.  Correct.

23  Q.  I want to bring your attention to something in here.

24      What are we looking at here?

25  A.  Yes.  So, if you are able to zoom in on the photograph you

1   will be able to see it much better.  There is a distinct

2   scratch on the actual grip of the pistol.  These dots that you

3   see are called stippling, and it is texture that is designed by

4   the manufacturer to enhance the grip of the firearm.  Under

5   that, right here, you can see there is a vertical scratch on

6   the firearm.  That is not made by the manufacturer, that is a

7   defect.  That is something that was created by whoever

8   possessed the firearm or dropping the firearm, something of

9   that nature.  That is not made by the manufacturer, that is not

10  with other Glock 17's.

11  Q.  If you could -- I am going to clear it -- count how many --

12  I am calling them dots, but if we were to use these dots as

13  like a ruler or measuring tape, how many dots in would that

14  scratch be?

15  A.  It would be approximately six dots in from the rear of the

16  grip.  I don't know if I could count them.

17  Q.  You can count.  You can circle it.

18  A.  Two, three, four, five, and six.

19  Q.  The scratch is six dots in?

20  A.  That's correct.

21  Q.  Now, you had stated earlier during your testimony yesterday

22  you examined the Glock pistol that was recovered in this case,

23  Government Exhibit 13?

24  A.  Yes, I did.

25  Q.  At this time I am going to use the ELMO to show the Glock

12

```
 1    pistol that was recovered in this case.  Could I use the
 2    hand-held microphone?
 3         First, I want to talk in the order we described earlier, so
 4    right now what are we looking at here?
 5    A.  This is the muzzle portion of the firearm, and you can see
 6    on the underside of the firearm is the Spartan light/laser
 7    combo attachment attached to the rail.
 8    Q.  And I am going to turn it forward, and what are we looking
 9    at right here in regard to the Spartan light?
10    A.  You can see the light portion, that is the reflected piece
11    on the side closest to the ELMO.  To the other side of that
12    would be the battery, and then the laser is that little dot you
13    see right there where my mark is.  That is the laser hole
14    there.
15    Q.  Could you please point to where the battery would go?
16    A.  Right here.
17    Q.  And the light where it would flash?
18    A.  Right here.
19    Q.  So there would be no light flashing where that battery is?
20    A.  No.
21    Q.  Okay.  All right.  Now -- and then, that is still the
22    Spartan light combo on the other side; is that right?
23    A.  That is correct.
24    Q.  Now, you had mentioned earlier the grip tape in that
25    picture.  Okay.
```

Pauline A. Stipes, Official Federal Reporter

1      Could you please show the jury the grip tape that you were

2   talking about?

3   A.   Yes.  If you hold it right there, it is clearly visible.

4   It may be easier with a side view to show where the tape is.

5   Jus like that, perfect.

6      You can clearly see this is the plastic with the firearm.

7   Here is the tape that is installed by whoever was possessing

8   the firearm, and you can see here in the rear the tape has

9   begin to peel away from the frame of the firearm.

10      It is a very distinct item, not many people carry the tape

11   on the underside of the frame.  It is very common on the grip

12   of the pistol.  I use that with my personal duty weapon, but on

13   the underside of the trigger guard is very unique.

14   Q.   That is an after-market piece, that grip should be curved?

15   A.   Yes.  The tape there, right here, should be going along the

16   underside, and that is most likely what it was doing when it

17   was installed, it just has been aging and the adhesive has

18   peeled away.

19   Q.   Thank you.

20      Now, I was calling them dots earlier, but are these the

21   dots you were counting earlier?

22   A.   Yes.  That is what I called earlier as the stippling, those

23   are the dots made by the manufacturer to add grip to the

24   firearm.

25   Q.   Now, where is that scratch here that you were referring to

1    earlier?  I am sorry.

2    A.  No problem.  It is easier to see it that way.  I'll circle

3    it here.  This is the scratch right here.  In person, you can

4    obviously see it much better, but it is clearly visible on the

5    bottom.

6    Q.  Earlier I asked you to use like a ruler or measuring tape.

7    Could you count again, as if you are using the dots as a ruler,

8    how many dots in that scratch is?

9    A.  Yes.  One here, two, three, four, five, and six.

10   Q.  Okay.  Now I want to turn your attention to the magazine.

11   I am going to flip it.  So, this magazine is no longer inside

12   the firearm, so is this the extended magazine we were looking

13   at earlier?

14   A.  Yes, it would be.  It is easy to distinguish the specific

15   extended magazine based off of the end plate that is attached

16   to the bottom of the magazine.  Typically, the extended

17   magazine will have a flush base plate, they are designed to go

18   flush along the bottom of the firearm.  Being that this has an

19   extended magazine and end plate, it would be used for a compact

20   firearm where your fingers may extend past the grip.  Your

21   fingers can then rest on that end plate, so it is a unique end

22   plate for this magazine.

23   Q.  And this is the end plate we are still looking at?

24   A.  Correct.

25              MS. DARSCH:  Your Honor, permission for Special Agent

Pauline A. Stipes, Official Federal Reporter

```
 1    Mark Finnamore to show the jury the gun and the unique
 2    characteristics of this Glock pistol.
 3              THE COURT:  Any objection?
 4              MR. SCHUMACHER:  No, your Honor.
 5              THE COURT:  He may.
 6              MR. SCHUMACHER:  May I move closer?
 7              THE COURT:  Yes, you may.  Thank you.
 8    BY MS. DARSCH:
 9    Q.  Okay.  If you could show the jury all the unique
10    characteristics of this Glock pistol.
11    A.  As you see on the bottom, immediately the most identifiable
12    is the scratch here on the very bottom.  You also have the
13    Spartan light and then your extended magazine and the end
14    plate.  You see the scratch here, the extended magazine, and
15    then the Spartan light, the scratch right here on the bottom of
16    the grip, the light, and then the extended magazine.
17         See the scratch right here on the bottom of the grip, the
18    light/laser combination, and then the extended magazine here.
19    Q.  While I have you here, would you point out the actual
20    external mechanism that is the Glock switch on this Glock
21    pistol?
22    A.  Certainly.  On a normal Glock firearm you're going to have
23    a flush back plate right where this little box is here.  This
24    is an after-market piece and you can see under the firearm
25    there is a blade here.  This is the part that will make the
```

Pauline A. Stipes, Official Federal Reporter

16

1   firearm fully automatic.  This blade would not be here on a

2   semiautomatic Glock pistol.  This part is connected to the back

3   blade that is now the Glock switch.  You can see the button

4   here, if you look at on the side, is the selector switch for

5   the Glock switch.

6       So, if this was engaged and someone pulled the trigger, it

7   would shoot the entire magazine of ammunition without resetting

8   the trigger each time.

9   Q.  How many rounds does that extended magazine have for it to

10  shoot in fully automatic?

11  A.  This particular magazine has the capacity of 31 rounds plus

12  a round in the chamber, so 32 rounds.

13  Q.  In fully automatic mode?

14  A.  32 rounds in approximately two seconds.

15  Q.  Thank you.

16      When you are holding the firearm, if you are pointing it

17  like in a camera, would you be able to see this switch?  Is it

18  sticking out a little?

19  A.  Yes.  I can use the switch here.  As you guys can see, the

20  switch button as engaged will protrude back to the edge of the

21  firearm.  It is not really flush with the slide, it will be

22  protruding past it.

23      I am not going to point it that way, obviously, but if you

24  look down the slide of the firearm you can see that the button

25  protrudes past it.

17

1    Q.  And that is in fully automatic?

2    A.  Right.

3    Q.  When it is in fully automatic, you would be able to see

4    that pointed out?

5    A.  Correct.

6    Q.  Thank you.

7        Now I want to ask you about this marking.  You testified

8    earlier how you can examine firearms and determine where they

9    are manufactured, if it crossed state lines, if it affected

10   interstate and foreign commerce, and you mentioned that you

11   look at certain markings on a firearm such as this one,

12   Austria, you look at serial numbers, and you determine where

13   the firearm is manufactured.

14       Now, a serial number, is that unique to a firearm?

15   A.  For the most part, yes.  It is common for a serial number

16   to be reused.  So, as an example, this firearm could have been

17   made in the late 2000's.  It is possible for a firearm in, say,

18   the late 1800's or early 1900's to have that same serial

19   number.

20       So, when we do traces of firearms you would not put in just

21   the serial number, you would put in the make, model and caliber

22   of the firearm to distinguish between repeats of that serial

23   number.

24   Q.  In your opinion, is this mark, this scratch, with the

25   measuring going six dots in, is that more unique to this Glock

1    than a serial number would be?

2    A.   Absolutely.  It's probably one of the most unique markings

3    you can distinguish on a firearm.  That is what we use

4    typically to distinguish between different firearms in videos

5    and photographs, is unique errors or issues that you will

6    notice on the gun.  Whether something is scratched or broken

7    off, that is way more unique than a manufacturer's mark that is

8    made thousands of times.

9    Q.   Looking at this firearm, not only is the scratch incredibly

10   unique and more unique than a serial number, but you also look

11   at other unique characteristics, such as the gripping tape

12   right here that is no longer glued to the curvature of the

13   firearm, and then you also see this scratch right here six dots

14   in, and this extended magazine, the capping at the bottom is

15   very unique.

16        And also the Spartan light, that is very unique to this

17   firearm; is that correct?  Did you mention that yesterday?

18              MR. SCHUMACHER:  Objection, leading.

19              THE COURT:  Yes, I am going to sustain and I will ask

20   you to rephrase the question for the witness.

21   BY MS. DARSCH:

22   Q.   I am now showing the Spartan light on this firearm.  Is

23   that also unique to this firearm?

24   A.   Yes.  Like I said, it is a totality of circumstances when

25   you are looking at all the unique characteristics of a firearm

Pauline A. Stipes, Official Federal Reporter

1   to determine that what you are looking at is a specific

2   firearm.

3       So, you are going to look at all the different manufacturer

4   markings, but you are also going to look at things that are

5   unique to that specific firearm.  In this case it is going to

6   be attachments, it would be the extended magazine, the

7   light/laser combination that is not widely sold, but it could

8   be the defects that you see on the firearm.

9       We use that procedure consistently when we are attempting

10  to identify firearms that are sent to us from other law

11  enforcement agencies for identification, which is something we

12  do commonly, or if there is a case where someone is possessing

13  a firearm in a photograph and shouldn't, these are the

14  procedures that we use to identify it as a unique firearm, not

15  just a generic pictures off of the internet.

16  Q.  Okay, thank you.

17      Now, switching back to the monitor, okay, turning back to

18  page 52 on Government Exhibit 21, we have the picture and the

19  text message.  I want to switch back to the actual picture that

20  I had showed you earlier.  That was Government Exhibit 21-E.

21      Okay.  So we had talked about this picture earlier.

22      In your opinion, based on those unique circumstances and

23  the scratch and the totality of all of those markings, is this

24  picture, Government Exhibit 21-E, this Glock, is this the same

25  firearm as Government Exhibit 13, the Glock pistol that you

Pauline A. Stipes, Official Federal Reporter

```
 1    just showed the jury?

 2    A.  Yes, I am certain that the firearm in this picture is the

 3    Government exhibit that you showed me.

 4    Q.  Why?

 5    A.  Like I had said, the unique characteristics of this

 6    firearm, the firearm sitting on the table over there, combined

 7    with the unique characteristics of the firearm in the

 8    photograph, it is clear it is the same firearm.  The scratches

 9    are too unique, the grip tape peeling is too unique, the

10    light/laser is too unique, and for all of those things to be

11    together on a firearm, it is just not realistic that that is

12    not the same firearm.

13    Q.  You mentioned earlier about how firearms are tools of the

14    trade in drug distribution.

15         How would someone who can't legally possess a firearm get a

16    firearm?

17    A.  There is a variety of ways that people that can't go to a

18    gun store and buy a firearm would acquire a firearm.  The most

19    common in this area would be breaking into vehicles.  Lawful

20    firearms possessors would typically keep guns in their cars.

21    People know that and they will break into vehicles and steal

22    firearms.  People will break into homes with the goal of

23    finding valuables and firearms, which for someone in the drug

24    trade a firearm is just as valuable as currency.

25         They will have family members go and purchase firearms in
```

1    their name and provide it to the person that is prohibited from

2    possessing the firearm, or they will buy them illicitly on the

3    street like you have seen in the messages.  That is one of my

4    responsibilities in our HIDTA office, is to purchase firearms

5    illegally on the street.

6    Q.  When you purchase firearms illegally on the street, what do

7    you refer to them if you wanted to buy a fully automatic

8    machinegun?

9    A.  It would be a switch is the term I use when I buy Glock

10   switches.

11          THE COURT:  Feel free to put the hand mic back if you

12   want.

13          MS. DARSCH:  It is better than doing this.

14          THE COURT:  Feel free to use it.

15   BY MS. DARSCH:

16   Q.  Page 52, would a user have a firearm like this as you just

17   described, a Glock switch, with U.S. currency in different

18   denominations, what looks like crack cocaine, a dime bag, which

19   is a one x one bag sitting on a table all next to each other?

20   Would a user have that?

21   A.  Absolutely not.  This is very typical of a narcotic

22   supplier.  You have a firearm with what we were calling earlier

23   the dealer bands, the change, as you will, to exchange for drug

24   sales, and you have a clear distribution of crack cocaine.  One

25   piece of crack there, one rock, is a typical sale amount, so

1   you have way more than what is typically sold.

2       Unless we are buying for trafficking purposes, the typical

3   amount of crack cocaine is no more than five pieces.

4   Q.  I apologize if you mentioned this earlier, I don't recall,

5   but what do you see inside this one x one bag?

6   A.  It is fairly hard to see.

7   Q.  Could we zoom in.

8   A.  It appears that there is a fentanyl capsule within the one

9   x one bag.  This is typical and exactly how I described it

10  earlier.  They will separate their sale amounts, the one

11  capsule, and also put it in the bag.  As you can imagine,

12  capsules are small, they are easy to lose, so putting them in a

13  bag of that size it is easier for them to keep track of it.

14  Q.  You said it appears to be a fentanyl capsule.  You

15  mentioned earlier when we were talking about

16  methylenedioxymethamphetamine, which is used as Molly, or its

17  street term is Molly and beans which could be a bath salt,

18  butylone, when drug dealers are selling fentanyl as we have

19  seen in these messages, in your experience is it always

20  fentanyl when you field test it and it goes to the lab, do they

21  know it is fentanyl?

22  A.  No.  It is very common for it to not be fentanyl.  There

23  are many different precursors that people will use to sell in

24  place of fentanyl.  It could be a steal fentanyl, a fentanyl

25  analog, cocaine with a little bit of fentanyl in it.  It could

1   be sham or fake drugs, or powdered butylone.  That is a very

2   common way of selling bath salts.  It could be a variety of

3   narcotics inside a capsule, but the capsule is a typical way

4   and the most frequent way that people will sell fentanyl and

5   heroin.

6   Q.  So that capsule that the drug distributor is marketing as

7   fentanyl, it could be cut with different agents such as a

8   synthetic cathinone in it.

9   A.   Absolutely.  There are hundreds of different types of

10  powders or chemicals that can be used to cut it.  We have seen

11  something called mannitol that is sold in the flea market it's

12  an item people use for cutting narcotics, basically cleaning

13  it, because if it was pure fentanyl, the average user will be

14  killed so they need to put different types of items inside of

15  that fentanyl to dilute it.

16      They are not scientists, sometimes they will over dilute

17  the chemical and there may not be any fentanyl in it, at no

18  fault of the supplier, just the way things go.  It could be any

19  number of items inside that capsule, that is what makes it so

20  dangerous.

21  Q.  At other times they could be diluting, and at other times

22  can it be a different synthetic cathinone than fentanyl which

23  is more dangerous than fentanyl.

24          MR. SCHUMACHER:  Objection, leading.

25          THE COURT:  Sustained.  You can rephrase the question.

BY MS. DARSCH:

Q.   Could it also -- I am going to reword it.

     Are you familiar with N-powderlitoentozyline (phon)?

A.   Yes, I am.

Q.   Do you know if -- based on your undercover experience in buying narcotics on the street, do you know if you buy fentanyl it could be N-powderlitoentozyline (phon)?

A.   Yes.  As I said there are numerous different chemicals, that is one of them that we frequently encounter.  It's something that is related to fentanyl.  We categorize it when we are buying fentanyl as fentanyl.  It is under the same classification as far as the drugs that we investigate, but it is one of those items that can be sold in place of fentanyl.

Q.   Is N-powderlitoentozyline (phon) a controlled substance?

A.   Yes, it is.

Q.   All right.  Now, I want to go back to Government Exhibit 21 -- 22, I apologize, Government Exhibit 22, and I am going to go back to page 52.

     If you could please read for me from page 52 the messages in blue, we already went over the messages in green, those two messages, and if you could read from 52, those blue messages, all the way to the end of page 53, if you could please read that?

A.   The messages start from Unc Butterball on February 26, 2022, saying, "Call me.  How much you gave him.  I'm coming to

25

```
1    get 100 worth of dope.  I got the money thug.  It's not for me.
2    I got a bother play for the 30 on molly.  You got two plays
3    coming 80 play wtf nephew.  Need to see everybody on 52 today
4    6:00 p.m. (mandatory meeting) from diamond.  Make sure kg there
5    to 6:00 p.m. mandatory."
6    Q.  Okay.  So, molly here, what are we referring to?
7    A.  Like I said, MDMA, butylone, it could be methamphetamine,
8    any of these types of narcotics, synthetic narcotics.
9    Q.  What is this, need to see everybody on 52 6:00 p.m.,
10   mandatory meeting, make sure kg there to 6:00 p.m. mandatory
11   meeting?
12   A.   In West Palm Beach, Florida you have very sectioned off
13   areas where they sell narcotics.  These areas will typically
14   work together to further the drug trade, so you may have an
15   area in 52nd Street and another area towards the south end of
16   the city that works completely independent of that area.
17       You don't have singular drug dealers in those areas because
18   they are going to conflict with each other on who is going to
19   make money when, and whoever is closest to the cars coming in
20   will get more business than the person at the end of the
21   street.
22       Instead, they will work together and take turns and
23   coordinate to maximize their profits.  At times they would meet
24   to either combine their profits or figure out who is selling
25   the crack or fentanyl capsules.  So, they are organized and
```

26

1    this meeting would be one of those organizational aspects.

2    Q.   Thank you.

3         Continue reading the following messages on page 54,

4    following kg there.

5    A.   Sure.  Continuing, Unc Butterball on 2/26/2022, "We have to

6    stop serving out the front yard.  I'm putting a lock on that

7    gate sorry guys.  We need to stop serving out the yard them

8    crackers watching I'm telling y'all.  I seen it with my own

9    eyes.  I'm telling y'all detectives riding thur.  We have to

10   find another way.  This shit here not right I'm locking the

11   gate."

12   Q.   So, why are we locking the gate?

13   A.   To keep the public out from behind the gate.  Law

14   enforcement needs to articulate why they are going to certain

15   areas, people's residences.  If something is locked it makes it

16   more difficult for us to investigate in that area unless we

17   have a specific reason to go back there.  It will deter people

18   from entering that area is the answer.

19   Q.   So, how -- if the gate is locked, how would law enforcement

20   be able to get inside?  Do they need a legal document?

21   A.   Yes, you would need a search warrant in order to get back

22   there.

23   Q.   And serving, when he says serving, Uncle Butterball says,

24   we have to stop serving out the front yard, what is serving?

25   A.   Serving is selling narcotics that's common terminology for

Pauline A. Stipes, Official Federal Reporter

```
 1   dealing.  They are not going to say in a text message we need
 2   to stop selling drugs out of the front yard, they are going to
 3   say code words like serving.
 4   Q.  Okay.  And then if we could just scroll down to the first
 5   message on page 55, right after Uncle Butterball, could you
 6   please read what Uncle Butterball says?
 7   A.  Yes.  On the same date, 2/26/2022, Unc Butterball says,
 8   "I'm locking the gate."
 9   Q.  Okay.  Then I want to turn to page 56.  If you could just
10   read that top green message for me?
11   A.  This message is from Mr. Boone to Unc Butterball on
12   2/26/2022, the same day, stating, "I need the plug on the
13   concrete."
14   Q.  What is a plug and what is concrete?
15   A.  A plug is street terminology for a source of supply of
16   narcotics, it is a plug.  It's your way of getting whatever
17   narcotics you are selling.  Concrete is street terminology for
18   crack cocaine, a hard substance.  They associate that with
19   cocaine base, also a hard substance like hard, rock, just
20   another term they will use to conceal what they are talking
21   about.
22   Q.  If you could keep reading on page 56, starting with that
23   second blue chat, and then I am going to ask you to end on the
24   first green chat on page 57.
25   A.  From Unc Butterball on the same date, 2/26/22, "I'm trying.
```

1    Give kg his money nephew.  Mr. Boone responds, "lght."  Unc

2    Butterball says, "I told him already.  Tell him to sell me a

3    ball.  Now dollar."  Boone responds, "lght."

4    Q.  What does this conversation mean?

5    A.  It starts off by Unc Butterball telling Mr. Boone to give

6    kg his money, which is self explanatory, and then he says tell

7    him to sell me a ball.  A ball is referring to an eight ball of

8    narcotics, eight ball would be an eighth of an ounce.

9        Now a dollar, dollar is a street term for $100 worth of

10   narcotics.  It's just more code they use to talk about other

11   quantities or weight of narcotics or dollar amounts.

12   Q.  Okay.  Now I want to turn to page 62.  If you could read

13   the second green chat message all the way to the end of that

14   page?

15   A.  Sure.  On 2/28/2022, Mr. Boone sends a message to Unc

16   Butterball in all capitals saying, "He keeping the caps."  Unc

17   Butterball responds, I'm good y'all not fina run my buddy away.

18   Boone responds, "He acting like he don't want to sell the

19   rest."  Unc Butterball says, "Fuck him I know the plug too."

20   Boone responds, "Yoo.  Just seen yo call."  Unc Butterball

21   responds, "I need hats.  I'm coming."

22   Q.  There is a lot going on here.  Keeping the caps, not going

23   to run my buddy away, he doesn't want to sell the rest, I know

24   the plug, too, I need hats.  What is going on here with plugs

25   and hats and caps and running people away?

1  A.  This is a conversation between Mr. Boone and Unc Butterball

2  talking about a resupply that Mr. Boone is going through at the

3  moment and he's texting Unc Butterball because he sees that he

4  has an interest in what is happening.

5      Mr. Boone is complaining about the source not providing

6  fentanyl or heroin capsules to him when most likely that was

7  what was negotiated initially with Unc Butterball and Mr. Boone

8  or Mr. Boone and the source of supply.  Unc Butterball is

9  minimizing it because he doesn't want a conflict to start

10 between Mr. Boone and the source of supply because Unc

11 Butterball is the one that is connected to the source, so

12 doesn't want his source run away by the people who are selling

13 for him.

14     Then a message from Unc Butterball, on 3/1/2022, is sent to

15 Mr. Boone saying "I need hats."  Hats is another term for

16 capsules, caps, hats, another term for fentanyl capsules,

17 another way of saying caps.

18 Q.  Now I want you to continue reading all the way to the end

19 of page 65.  Starting at the top of page 64, the first green

20 chat, all the way to 65, which is continuing from "I need

21 hats."

22 A.  Sure.  Yeah, so the next message is to Unc Butterball from

23 Mr. Boone in response to any hats saying, all mine gone.  Q got

24 all the hats.  Unc Butterball responds, "Ok get five of them

25 from q.  Mr. Boone responds, "lght bro have that cheese no

1   shorts I still got the scale and the empty ones."  Unc

2   Butterball says, "Ok.  Make ten hats out of the five Yoo.

3   Bring me a fat dub."  Mr. Boone responds, "lght wya," where you

4   at.  Unc Butterball responds, "The back."

5   Q.  What is going on here with Uncle Butterball and Mr. Boone

6   and the scale and making ten hats out of five?

7   A.  This conversation is continuing from the first page.  Unc

8   Butterball is asking for the hats or the capsules.  Mr. Boone

9   says he doesn't have any and that Q has all the capsules.  Unc

10  Butterball instructs Mr. Boone to get five from Q.  Mr. Boone

11  then responds, "lght bro have that cheese no shorts I still got

12  the scale and the empty ones."  What he is saying is have the

13  money and don't short any of the capsules.

14      Very frequently people will sell heroin or fentanyl

15  capsules and not completely fill them, they may be half filled,

16  two-thirds of the way filled and that is shorting the person

17  that's buying the tablets.  He is assuring that they are filled

18  capsules for what they are trying to do.

19      He says he still has a scale and the empty ones.  He is

20  insinuating that he is able to break down the capsules with the

21  scale to measure out the weights and refill empty capsules and

22  try and make more capsules out of the five, which you read on

23  the next page where he says "make ten hats out of the five."

24      He is receiving five capsules of fentanyl or heroin, they

25  are able to use the cutting agent to then take the five

1    capsules of purer -- more pure fentanyl or heroin and break it

2    down into ten capsules, maximizing their profits.  Whatever

3    they may pay for the five capsules, they can make twice that

4    with ten.

5    Q.  What is the date of this conversation?

6    A.  March 1, 2022.

7    Q.  Now we are moving away from Uncle Butterball, and turning

8    your attention to page 68, Ruthyln.  This wasn't in here prior,

9    when we previously spoke about Ruthyln.  Starting on page 68,

10   could you please read that first chat message continuing on --

11   A.  Just the first message?

12   Q.  Yes, and the second, this whole page.

13   A.  The message is from Ruthyln on 1/20/2022, "Hi, Mr. Boone,

14   what is your email address?"  Mr. Boone responds, "Hey."

15   Q.  And just keep reading, 69 all the way to 70.

16   A.  Mr. Boone responds stating, "1423 7th Street West Palm

17   Beach Florida 33401."  Ruthyln responds, "Please send your

18   email address.  Okay, thanks."  Mr. Boone responds, "That's my

19   current address."  Ruthyln responds, "Thanks.  What's your

20   email."  Mr. Boone responds, "willbopopup@gmail.com."  Ruthyln

21   responds, "I got it, thanks."

22   Q.  Now I want to turn your attention to page 71, text messages

23   showing KG Cuh.

24       What is the start -- the start time and last activity and

25   who are these texts with?

32

1    A.   The messages begin on January 20, 2022, and they continue

2    up until March 3, 2022, and they are with a person named KG

3    Cuh.

4    Q.   Okay.  So now turning to page 72, the first green chat box,

5    could you please read this?

6    A.   Yes.  The message is from Mr. Boone on January 20, 2022,

7    "Send them plays if they call I'm outchea."

8    Q.   What are plays?

9    A.   Drug deals.

10   Q.   So, what is he requesting?

11   A.   He is asking KG to send any potential drug deals his way,

12   I'm out here, basically saying I am out and ready to sell if

13   somebody needs drugs.  They will typically work off of

14   referrals to make sure the people aren't law enforcement and

15   they are trusted enough to be sold narcotics.

16   Q.   Turning to page 73, could you please read starting from the

17   second green chat and continue on to the end of page 73?

18   A.   Yes.  The message begins from Mr. Boone on 2/26/2022, "I

19   got the money from Jamal cuh just in case you go to asking.

20   And the tools on the bottom shelf of the oven.  I'm at the

21   house for a lil bit and Q watching the house."

22   Q.   What are tools?

23   A.   Tools are street terminology for firearms, it is a tool of

24   the trade.  That is what they will frequently use to identify a

25   firearm.

Pauline A. Stipes, Official Federal Reporter

1    Q.  What is this conversation entailing with he got the money

2    from Jamal, the tools are on the bottom shelf of the oven, he

3    is at the house and Q watching the house?

4    A.  Yes.  The first message is simply saying he received money

5    from Jamal, which is someone he had mentioned earlier.  The

6    tools in the bottom self of the oven, if people are working out

7    of the house selling narcotics, they will come and go.  They

8    are not going to reside necessarily at the house, they will be

9    there for the day selling drugs and then leave.

10        In this case, it seems that the firearms were left at the

11   house for his partner.  You are going to hide the firearms in

12   the event that a search warrant is conducted and you don't want

13   law enforcement to find the firearms or if somebody breaks in

14   you don't want the firearms in plain sight.  You want them

15   to have to look for them or hide the guns.

16        In this particular case, Mr. Boone is telling KG that the

17   guns are hidden on the bottom shelf of the oven if he needs

18   them.

19   Q.  Now turning your attention to page 74, the very top, that

20   first green chat message on page 74.

21   A.  This is a message from Mr. Boone on 3/3/2022, March 3,

22   2022, to KG saying, "Yoo where you put the caps cuh?"

23   Q.  What does this mean?

24   A.  This is a message from Mr. Boone to KG asking where he put

25   the capsules.  Just like firearms, you are not going to leave

34

```
 1   the narcotics out in plain sight, you are going to hide them.
 2   So, they are working together and the capsules were hidden by
 3   KG and Mr. Boone is trying to find them.
 4   Q.  Now I want to turn your attention to text messages with an
 5   individual named Nicole.  Here are the messages.  Are we
 6   looking at messages following Nicole?
 7   A.  Yes.
 8   Q.  Okay.  If we could scroll down to page 75, and if you could
 9   read the -- this page, if you could read all of page 75?
10   A.  Sure.  The first message is from Nicole January 20, 2022,
11   "Turning on 52 now I'm walking I need the same.  Stay up please
12   I will be right back."  Mr. Boone responds, "OK bae I gotchu."
13   Nicole responds, "Thanks."  Mr. Boone responds, $15 hats all
14   night."
15   Q.  Okay.  What does it mean, $15 hats all night, to Nicole?
16   A.  Mr. Boone is advertising a discounted price for fentanyl
17   capsules or hats for that night.  That is common.  If it is
18   slow for the drug dealer at that time, they will frequently
19   offer a discounted price to frequent buyers that typically hang
20   out with other users to try and gather extra business that
21   night to make up for their losses.
22   Q.  I am going to ask you to keep reading the conversation
23   between Mr. Boone and Nicole all the way to page 77.
24   A.  Nicole states, "Please get some hard even if you just get
25   me a dub for 15 from someone real fast I just  don't want to
```

1    deal with anyone else."  Mr. Boone responds, "OK."  Nicole

2    says, "What's up you get that."  Mr. Boone, "Not yet.  I got

3    hard now.  Nicole says, "Yo where you at."  Mr. Boone responds,

4    "I'm on 52.  I'm out all night."  Nicole responds, "You out.

5    Yo."

6    Q.  What does this conversation entail between Nicole and Mr.

7    Boone?

8    A.  It begins with Nicole asking Mr. Boone for crack cocaine or

9    hard, and stating that she will settle for a dub, or one of the

10   single rocks that you had seen earlier in all the pictures, the

11   single piece of crack for $15.  That is a good price, but it's

12   a common price for someone who is a frequent user.  Someone who

13   is a repeat customer, they are going to get a better deal, and

14   that is what they are asking for here.  They are stating that

15   they don't want to deal with anybody else because of their

16   relationship.

17       The conversation continues with Nicole following up, seeing

18   if Mr. Boone has acquired the narcotics yet.  Initially he says

19   not yet, but then he says, I have hard now, referring I now

20   have crack cocaine.  Nicole says, where you at, and Mr. Boone

21   says I am on 52, or 52nd Street, and states he is out all

22   night.  And Nicole follows up, yo.

23   Q.  Would you keep reading the messages between Nicole and Mr.

24   Boone?

25   A.  Sure.  At the end of page 77 Nicole says, "Yo," January 26,

```
 1   2022.  Mr. Boone responds, "Wasup."  Nicole responds, "Y'all go
 2   to bed too early got a phone for sale for some hard."  Mr. Bone
 3   responds, "Wasup call me."  Nicole responds, "Sick.  Okay,"
 4   from Mr. Boone.  Nicole responds, "Do you know where Mike is I
 5   need a cap spot.  Can you spot me a cap."  Mr. Boone responds,
 6   "Wasup.  Got gas gray hats."  Nicole responds, "2 for 30."  Mr.
 7   Boone responds, "Yeah.  Wya.  2 for 25."  Nicole responds,
 8   "50th Flagler where u."  Mr. Boone responds, "52th."
 9        Nicole responds, "Give me a few I have to run and grab the
10   money and then I will text you can you meet me."  Mr. Boone
11   responds, "OK.  Let me know when you come back."  Nicole
12   responds, "On 45th."  Mr. Boone responds, "OK.  What you need
13   so I can get it ready."  Nicole responds, "I'm gonna come up
14   that way in a few I need 2."  Mr. Boone responds, "Ok."  Nicole
15   responds, "Wya.  Ok I got 35 I need a dime too."
16   Q.  Continue.
17   A.  Nicole responds, "Yo.  Yo."  Mr. Boone responds, "Thank you
18   bae y'all let me know how that gray shit is.  If you and George
19   can get some money so we going to talk about me putting y'all
20   on to get some money."  Nicole responds, "Ok but how you gonna
21   charge me 25 fir two little hats. Wya," where you at.  Mr.
22   Boone responds, "They $10 a piece bae.  That's it.  3 for 25."
23        Nicole responds, "I know you said 25 for 2 I only got 2 lol
24   it's okay."  Mr. Boone responds, "My bad if I charged you any
25   extra I'll do better.  Yea but I gave George two hats and a
```

1    dime of hard when he came."  Nicole responds, "I know babe

2    lol."  Mr. Boone responds, "Ok love you hit me up I'm up all

3    night."  Nicole responds, "I got them I'm just pickin cause the

4    text said 2 for 25.  I got you I'm about to try it now."  Mr.

5    Boone responds, "Ok let me know on a scale of 1 to 10 being the

6    best."

7        Nicole responds, "It's not all Fetty it got real h in it I

8    can tell because I've got hives all the way up my arm.  No rush

9    but  little head change they're not very good for shooting but

10    they might be awesome for smoking or snoting."  I think they

11    meant snorting.  Mr. Boone responds, "Ok.  Other people said it

12    was gas."  Nicole responds, "For smoking or snoting I'm sure it

13    is.  You got it to understand all that my tolerance is

14    outrageous it takes me 3 of Mike's to just get well not high

15    just well."  Mr. Boone responds, "Right I understand."  Nicole

16    says, "I would never guide ya wrong."

17    Q.  Okay.  We will take a stop here before continuing.

18        What is going on in this conversation?

19    A.  So, in this conversation, it is obvious that Nicole is

20    someone called a tester.  People that are selling frequently of

21    narcotics will have somebody that they trust to test their

22    product for them.

23        As you can imagine with fentanyl as dangerous as it is, if

24    you sell a product that is too strong it will kill the users.

25    If you sell somebody that is too weak the users are not going

1   to be happy.  You need somebody to consistently test your

2   narcotics that you can trust that will be able to give you

3   feedback on how strong or how weak the narcotics are so you can

4   sell it more efficiently and not kill the people that are using

5   your drugs.

6        They are negotiating prices for capsules and rating the

7   fentanyl capsules on a scale of 1 to 10 on how good they are.

8   Gray is a term for a mix of fentanyl and heroin, and that is

9   generally what this conversation is.  He's asking Nicole how

10  good are my narcotics, and Nicole saying it's good for one way

11  of ingesting narcotics, whether it be shooting it, snorting or

12  smoking, and bad in other ways.

13       That basically is stemming from certain ways of ingesting

14  narcotics will provide a greater high.  If you shoot it may be

15  a better high with heroin or fentanyl versus smoking or

16  snorting, or vice-versa, and that is what that conversations is

17  detailing.

18  Q.  What are gas gray hats?  What is gas?

19  A.  Gas is high quality, they're good, they're not dirty, not

20  useless hats, they are good ones.

21  Q.  Okay.  When Nicole says, not all Fetty, it got real h in

22  it, what is Fetty and what is real h?

23  A.  Fetty is a street term for fentanyl, and h is an

24  abbreviation for heroin.  With fentanyl, you are going to mix

25  it with different cutting agents.  Frequently fentanyl is cut

1    with heroin, it used to be heroin was being cut with Fetty.

2    That has now switched.  When we buy heroin, we expect there to

3    be fentanyl.  It has switched and now people are buying

4    fentanyl and cleaning it up with heroin.  Years ago that was

5    not the case, people were buying heroin like they have been 30,

6    40 years, and fentanyl slowly was introduced to it and has now

7    taken over for the heroin.

8    Q.   Okay.  Continuing on the bottom of page 87, you left off

9    with Nicole telling Mr. Boone, I would never guide you wrong,

10   if you could keep reading?

11   A.   Sure.  On the next page Mr. Boone texted Nicole on

12   2/1/2022, "Hit me up.  3 hats for 25 fire." Nicole responds,

13   "Just got up.  Mr. Boone, "Ok let me know wasup.  I might give

14   you a wake up if you need." Nicole responds, "I'm trying to

15   make some money sweets." Mr. Boone responds, "Ok have you ever

16   tried the gray hats before?" Nicole states, "Yours yesterday."

17   Mr.  Boone responds, "How was it on a scale from 1 to 10.

18   Nicole says, "For me I didn't like it but my tolerance is

19   outrageous.  It's probably great for a smoker or someone who

20   sniffs."

21       Mr. Boone, "Ok." Nicole, "That doesn't mean I ain't going

22   to fuck with you though." Mr. Boone, "I got gate hard to right

23   now.  Ima just get some fetty and mix it with the gray stuff."

24   Nicole says, "That would be great don't cut the Fetty though."

25   Mr. Boone responds, "Nah I get it raw same plug as Mike.  You

1    know me and him blood cousins."  Nicole responds, "I didn't

2    know my suggestion would be get the Fetty and use the gray shit

3    like its your cut.  If you did that I bet they would be fire

4    and you would have the best on the block."  Mr. Boone responds,

5    "Bet."  Nicole, "Hey are you awake."  Mr. Boone responds, "Yea

6    wasup."  Nicole, "I just got moving what's up."  Mr. Boone to

7    Nicole, "This will save my number."

8    Q.  So we will stop there.

9        So, what is this conversation going on on pages 88 to 92,

10   three hats -- let's just start with on page 88, three hats for

11   25 fire.

12   A.  This message is from Mr. Boone saying he has three fentanyl

13   capsules and they are fire, they're high quality, stuff I think

14   is good.

15   Q.  And then turning to page 89 at the top, the first green

16   chat box, what does that mean when Mr. Boone tells Nicole, I

17   might give you awake up if you need in the context of these

18   messages.

19   A.  A wake up would be a dosage of heroin or fentanyl.  Heroin

20   and fentanyl users, as they progress through the stages of

21   being a user they are going to need to ingest fentanyl and

22   heroin on a consistent basis just to stay alive.  If they were

23   to stop they are going to get extremely sick, vomiting and

24   various health issues that could lead to death.

25       It is obvious that Nicole is an extreme user of the

1    substances and she needs heroin or fentanyl on a daily basis

2    just to function.  Mr. Boone is saying he could provide her

3    with this narcotic for the day to get her going, the wake up.

4    Q.  And then gray hats, is that the fentanyl capsules?

5    A.  Yes, hats, capsules.  The gray is referring to the mixture

6    of fentanyl or heroin that he has.

7    Q.  And when Nicole tells Mr. Boone, yeah, she did try those

8    gray hats before, the scale from one to ten, what is he asking

9    her to do?

10   A.  Mr. Boone is asking her to rate the capsules and the

11   quality of the narcotic.  Like I said earlier, they vary very

12   frequently from very potent to very diluted.  That's what this

13   question is, to rate my narcotic.  As you see in the next

14   messages, Nicole will say she didn't like it, that's because

15   her tolerance is outrageous, referring to how she needs

16   narcotics every day just to function.

17       She says probably great for a smoker or someone who sniffs,

18   referring to how people ingest it, smoking the heroin or

19   fentanyl or sniffing and snorting it.  It would be better to

20   ingest it that way versus shooting or injecting the heroin or

21   fentanyl, which is also common.

22   Q.  What does she mean when she responds, I ain't going to F

23   with you, though?

24   A.  She is saying that since it is not the narcotic that she

25   would typically use, she is not going to turn away from Mr.

1    Boone.  They have such a good relationship that she will

2    continue to deal with him at that level.

3    Q.  And what does the following message, gate hard, mean?  I

4    got gate hard two right now.

5    A.  It is referring to hard crack cocaine.  He is advertising

6    that to Nicole.  Frequently people that are using fentanyl or

7    heroin will either be selling on the side or also using crack

8    cocaine.

9    Q.  When he says he will get fetty and mix it with the gray

10   stuff, is that what you referred to earlier, he'll get fentanyl

11   and mix it with the gray stuff, being heroin?

12   A.  Yes, exactly.  It's just mixing, I am going to get some

13   fetty and mix it with the gray stuff.  The gray stuff is the

14   product he already has, but he's going to acquire more fentanyl

15   to make it stronger because earlier she was complaining about

16   how her tolerance was high, it didn't affect her.  His response

17   is the I will make it more potent with fentanyl.

18   Q.  Okay.  What does it mean when you read on page 91, when

19   Nicole told him that that would be great don't cut the fetty?

20   What does she mean, don't cut the fetty?

21   A.  She is meaning don't mix the fentanyl with anything before

22   it's mixed with the heroin with a concern it may be diluted too

23   much.  You want to use pure fentanyl and mix it with heroin and

24   other cutting agents.  You don't want to mix the fentanyl

25   before you mix it with the heroin because it may be diluted at

43

1    that point too greatly.

2    Q.  And then Mr. Boone responds to Nicole, nah, I get it raw,

3    same plug as Mike.  What is raw and plug?  What is he telling

4    her here?

5    A.  Mr. Boone is stating he gets raw fentanyl, pure fentanyl

6    and that it is the same source of fentanyl that Mike has.

7    Q.  And then he refers to Mike as blood cousins?

8    A.  Saying they are very close, they might actually be related,

9    but saying they're blood is a common term saying they are

10   close.

11   Q.  The following message, Nicole says, I didn't know my

12   suggestion would be get the fetty and use the gray stuff as

13   your cut.  If you did that I bet they would be fire.

14       What is she talking about when she says it would be fire?

15   A.  This entire message, at the beginning it says, I didn't

16   know, that is referring to them being tight.  Then her saying,

17   my suggestion would be to get the fetty and use the gray stuff

18   like it is your cut, she wants predominantly fentanyl in the

19   capsule and just cut the fentanyl with the gray stuff you

20   already have, and not vice versa.  She wants a capsule of

21   fentanyl with a little bit of the gray.

22       She is saying that would then be a great product and would

23   be the best on the block, on 52nd Street.

24   Q.  Okay.  Continue reading the next page, page 92, continuing

25   on with the messages from Nicole.

44

1 A. Mr. Boone, on 2/12/2022, says, "Bet." Nicole responds,

2 "Hey are you awake." Mr. Boone, "Yeah, wasup." Nicole, "I

3 just got moving what's up." Mr. Boone responds, "This will

4 save my number."

5 Q. Okay. And then if you could read Nicole's response on page

6 93?

7 A. Nicole responds, "I already have your number."

8 Q. Okay. Now, I am not going to have you read all of Nicole's

9 messages. If we could skip to Aj Brother Dee, messages between

10 Mr. Boone and Aj Brother Dee on page -- let's go to page 132.

11 If you could start on page 132, to the last green box, yes, the

12 last green box.

13   If you could read that to the second green box on page 133?

14 A. Mr. Boone sends a message on 2/27/2022, "Yoo." Aj Brother

15 Dee responds, "Work." Mr. Boone responds, "Oh ight. Why tf Aj

16 leave with a tool for hours. And been gone." Aj Brother Dee

17 responds, "Wym", what do you mean. "He not in da hood?" Mr.

18 Boone responds, "Ion know I'm on 52 he was holding the xd then

19 just disappeared."

20 Q. Okay. These messages between Aj Brother Dee and Mr.

21 Boone, Why tf Aj leave with a tool for hours, what is a tool

22 again?

23 A. Firearm.

24 Q. Okay. And then turning to page 133, Ion know, I'm on 52 he

25 was holding the xd then just disappeared. What is an xd?

```
 1    A.  Xd is a model of a firearm, it is actually the model of the
 2    firearm I showed you earlier, not the one with the Glock switch
 3    on it, but the other one pistol we had talked about.
 4    Q.  Okay.  Let me grab that.  If I could switch to the ELMO.
 5        So, the other pistol that you said you examined -- is this
 6    the other pistol that you examined?
 7    A.  Yes, it is.
 8    Q.  What is that?  It's a Springfield Armory pistol?
 9    A.  Springfield Armory is the company that sells and
10    distributes the firearm, but the model is a Springfield XDS, as
11    you see here.  There are numerous sub models of the XD firearm,
12    but this is the actual model of the firearm.  It's the polymer
13    pistol that Springfield manufactures.
14    Q.  Mr. Boone sent a text on 3/20/2022, to Aj Brother Dee, I
15    don't know I am on 52 he was holding the xd.  Is he talking
16    about Aj leaving with the tool for hours, meaning the XD?
17    A.  Yes.  So, based off the context of the conversation, it is
18    obvious that he is referring to he's on 52nd Street, Aj was
19    holding the XD, the firearm you see on the screen, and then
20    just disappeared.
21    Q.  So, this Springfield Armory pistol, this is referred to as
22    an XD?
23    A.  Yes.  If I were talking about this firearm not formally, I
24    would refer to it as an XD pistol.
25    Q.  Okay.  Thank you.
```

Pauline A. Stipes, Official Federal Reporter

46

```
 1            MS. DARSCH:  I tender the witness for
 2   cross-examination.
 3            THE COURT:  Okay.  Cross-examination.
 4                     CROSS-EXAMINATION
 5   BY MR. SCHUMACHER:
 6   Q.  Agent Finnamore, you indicated that the address 621 52nd
 7   Street, you are familiar with that location?
 8   A.  Yes, I am.
 9   Q.  You are familiar with it because you were stationed in the
10   West Palm Beach ATF office for how many years?
11   A.  Approximately five and a half years.
12   Q.  You are familiar with the house and the efficiency in the
13   back, correct?
14   A.  I have never been to the efficiency in the back.  The deals
15   that we conducted at that residence were either in the front
16   yard, on the curb, or directly behind the gate.  I was never
17   the undercover for that, I was the case agent for those deals.
18   Q.  How many deals would you say you did at that location,
19   where you were personally involved?
20   A.  I am just trying to think of the number.  I would say over
21   ten deals.
22   Q.  Over ten deals, okay.
23        What is the time period we are talking about there?
24   A.  Two years.
25   Q.  What years to what years?
```

1    A.   Sorry.

2    Q.   No, I wasn't specific.

3    A.   2019 to the end of 2020.

4    Q.   The number of times that your colleagues, for instance,

5    would have been either doing undercover deals or surveilling

6    that location, how many times would you say?

7    A.   As in other law enforcement during that time period?

8    Q.   Other ATF agents.  Were you always involved in every

9    investigation that occurred at 621 52nd Street or would

10   sometimes other colleagues do things and report back to you?

11   A.   During the time period of 2019 to 2020, I believe I was

12   involved in every operation at that residence.

13   Q.   Roughly, about ten times you were there?

14   A.   Yes.

15   Q.   That was to do a deal?

16   A.   Yes.

17   Q.   Were there additional times when you were there to actually

18   surveil?

19   A.   Yes.

20   Q.   Okay.  When you say -- and you have been tendered as an

21   expert in street narcotics and distribution of narcotics.

22   Would you say it is very common for distributors of narcotics

23   to take extreme measures to conceal their identity?

24   A.   In what way?  As just in general?

25   Q.   In general.

48

1   A.  Yes.

2   Q.  You talked about code in all of these varying texts,

3   correct?

4   A.  Yes, in that context.

5   Q.  Specifically, they try to conceal their identity whenever

6   possible, right?

7   A.  Yes.

8   Q.  They use alternative names, for instance?

9   A.  They will use nicknames, they may just have a number, it

10  could be a variety of things.

11  Q.  Different identities, correct?

12  A.  The identity in that context would be known to the person

13  they are talking to.  They wouldn't initiate a conversation

14  with somebody they didn't know using a code name.  That name is

15  predetermined with whoever they are dealing with.

16  Q.  One of the additional ways that they try to take steps to

17  conceal their identity is by using what we call burners,

18  correct?

19  A.  You are referring to a cell phone?

20  Q.  Yes, sir.

21  A.  Yes.

22  Q.  Would you tell the jury what a burner is?

23  A.  Yes.  A burner cell phone would be a device used by a

24  narcotics supplier purely for selling narcotics, it may be in

25  addition to their personal cellular device.

```
 1   Q.   The Government provided you with an exhibit.
 2        You mentioned on direct examination that street-level
 3   distributors many times will have -- what did you call it, the
 4   wad of money?
 5   A.   They call it multiple things, but a dealer band is a common
 6   term.
 7   Q.   I think you told the jury that many times those are
 8   comprised of ones, fives, tens, et cetera, correct?
 9   A.   Yes, smaller bills.
10   Q.   Again, in this case, there was some money that was seized
11   that involved numerous 20's, 50's, 100's, correct?
12   A.   I don't know.
13   Q.   You don't?
14   A.   I haven't seen any of the currency.
15   Q.   Okay.  You mentioned that there were certain tools of the
16   trade for street-level narcotics dealers, correct?
17   A.   Yes.
18   Q.   One of those things was a fire or a gun, correct?
19   A.   Yes.
20   Q.   The reason why they arm themselves is because there are
21   dangers associated with the drug trade, correct?
22   A.   Yes. Absolutely.
23   Q.   Life and death dangers?
24   A.   Yes, people that have been robbed in the past typically
25   have to defend themselves against other people shooting at
```

```
 1   them.
 2   Q.  Maybe rival dealers that want to eliminate competition,
 3   correct?
 4   A.  Yes.  Absolutely.
 5   Q.  People that want to rip them off?
 6   A.  Sure.
 7   Q.  Both of money --
 8   A.  Money or drugs.
 9   Q.  -- or drugs, or and maybe even a gun, correct?
10   A.  It would be hard to get a gun away from somebody that you
11   were robbing if they were shooting back at you, but I get what
12   you are saying.
13   Q.  Part of the reason why it would be difficult is because the
14   drug dealer would keep the gun on his person, correct?
15   A.  Correct.
16   Q.  If you are arming yourself, presumably it is to use the gun
17   for one of those protections, correct?
18   A.  Absolutely.
19   Q.  A drug dealer shouldn't be walking around -- if he is
20   arming himself, he is going to have a gun on him, correct?
21   A.  In most circumstances.  In a situation where you are moving
22   out of a residence, especially a residence that is frequently
23   targeted by law enforcement for narcotics sales, it would be
24   prudent not to have the firearm directly on your person because
25   law enforcement will frequently step out or make contact with
```

1   people at the house.  It's no secret that people are selling

2   narcotics at the house.  Law enforcement is consistently

3   investigating them, so they are going to need to take efforts

4   to distance themselves from firearms, hiding them under items,

5   but they will be in close proximity.

6   Q.  The term you used on direct examination was that they had

7   to be readily available, correct?

8   A.  Correct.

9   Q.  Okay.  What about -- phones are an integral part of a

10  narcotics dealer?

11  A.  Yes.

12  Q.  Many of these texts suggest an urgency from the person

13  looking to buy narcotics?

14  A.  Yes.

15  Q.  Again, if a phone is being used in connection with

16  narcotics trafficking, presumably it is going to be also

17  readily available to that person?

18  A.  Yes.

19  Q.  That is because the phone is their lifeline to keep money

20  coming in, correct?

21  A.  In most cases, yes.

22  Q.  I want to turn to Government Exhibit 21-E.

23      You made an examination of this Glock firearm, did you not,

24  sir?

25  A.  Yes, I did.

1 Q.  And can we agree -- do you know when that picture was

2 taken?  You know when it was sent, but do you know when it was

3 taken?

4 A.  It would say on the message.  I can't recount off the top

5 of my head, but if I could review the message, I could tell

6 you.

7 Q.  I think the message is on page 52.

8 A.  It appears that this picture was taken on 2/25/2022, it's

9 under the details of the photograph that was sent there in fine

10 print.  If you can see it, IMG, 2022, 02, 25.

11 Q.  Okay.  So, can we agree that in that photograph -- can we

12 agree in Government Exhibit 21-E we can't see whether or not

13 there is a switch attached, correct?

14 A.  Correct.

15 Q.  And based upon your examination and your expert opinion, do

16 you know what date the Glock switch was put on this gun?

17 A.  No.

18 Q.  Did you -- I read your report.

19  Do you know if this Glock -- you test fired it, correct?

20 A.  I did not.

21 Q.  Do you know if this Glock was ever fired before?

22 A.  Before what?

23 Q.  Your examination.

24 A.  Yes, it would have been test fired for a comparison of the

25 casing in the gun to casings recovered at crime scenes.

**Pauline A. Stipes, Official Federal Reporter**

1    Q.  Your ATF would have test fired it?

2    A.  ATF ultimately would have test fired it for the

3    determination that the Glock switch would be functional.  That

4    firearm was sent off to our lab in West Virginia, and they

5    would test fire the gun there both in semiautomatic and fully

6    automatic to ensure that it is a functioning machinegun.

7        The firearm also would be test fired by whoever recovered

8    it immediately after so that the casings could be compared.

9    Q.  Were you ever asked to identify a video of Mr. Boone firing

10   that gun?

11   A.  No.

12   Q.  What is involved in installing this Glock?  Could the

13   average person do this or do you need to be a gunsmith?

14   A.  The Glock switch can be installed in a matter of seconds.

15   There is an official way to do t where you take the firearm

16   apart and use tools to remove the back plate.

17       People have found that all you need to do is unload the

18   firearm, you can slide the slide to the back, holding it back,

19   and depress -- there is a little piece of metal under the

20   slide.  You hold that down with your finger, and use a flathead

21   screwdriver and pop out the old one, put it in, and you can do

22   it fairly quickly.

23   Q.  So, besides the laser -- besides the laser and the

24   flashlight and the extended magazine, for the most part this

25   looks like a normal Glock firearm?  I am not asking you from

1    your training and experience, I'm saying to the average person.

2    A.  I would say that the tape under the trigger guard is very

3    unique.  I have never seen personally that tape on any other

4    firearm, and the scratch would differentiate that from any

5    other Glock firearm.

6    Q.  I am not asking for individualized things that you have

7    already pointed out, but if someone were to hand someone a

8    Glock firearm, for the most part it looks like a normal Glock

9    with those modifications?

10   A.  Yes, all the items that I had said earlier in combination,

11   that is readily apparent to be a Glock 17, yes.

12   Q.  Okay.  Could we have the ELMO?  Thank you.

13       This is the switch that I'm pointing to at the back of the

14   slide, right?

15   A.  Correct.

16   Q.  That extends out what, maybe a half inch?

17   A.  I take your word for it.

18   Q.  If I told you that a forensic examiner previously testified

19   in this case from West Palm Beach Police Department who handled

20   maybe 300 firearms in her career, if I told you that she didn't

21   know before test firing this gun that it was an automatic

22   weapon, would that surprise you?

23   A.  No.

24   Q.  Why not?

25   A.  That's fairly common.  Glock switches have only been around

```
 1   a couple years.  Granted that person may have examined dozens
 2   of firearms, or hundreds, but that does not mean that person
 3   had encountered a Glock switch before.  It is becoming more and
 4   more apparent as the means to acquire them has become easier.
 5   Four years ago, say, Glock switches were not a thing.  So, they
 6   may have examined 300 firearms over a decade long career, but
 7   it would be a finite time where that person had experience with
 8   Glock switches.
 9   Q.   I know you participated in a number of investigations
10   involving narcotics.  Is one of the tools that you use to
11   investigate to issue subpoenas?
12   A.   If --
13   Q.   Have subpoenas issued?
14   A.   If it is necessary, yes.
15   Q.   For instance, if you see an Instagram account, for
16   instance, that is something you have investigated before and
17   subpoenaed those records, correct?
18   A.   I have investigated Instagram accounts before.  Are you
19   saying in the context of narcotics sales?
20   Q.   Yes.
21   A.   I have done so, yes.
22             MR. SCHUMACHER:  Nothing additional.
23             THE COURT:  Any redirect?
24             MS. DARSCH:  Briefly.
25                       REDIRECT EXAMINATION
```

Pauline A. Stipes, Official Federal Reporter

56

```
 1    BY MS. DARSCH:
 2    Q.  Special Agent Finnamore, Mr. Schumacher asked you on cross
 3    about guns being on someone's person and whether they were
 4    easily accessible and operable.  I am showing you Government
 5    Exhibit 6.
 6        Are these two firearms right here easily accessible and
 7    operable?
 8            MR. SCHUMACHER:  Objection to the form of the
 9    question, your Honor.  Under what scenario?  I don't mind a
10    hypothetical, but under what scenario?
11            THE COURT:  Do you want to clarify the question?
12    BY MS. DARSCH:
13    Q.  I will back up some.  Special Agent Finnamore, how are
14    these guns placed on the table?
15    A.  They are placed inverted sitting on top of the slide and
16    ready to be grabbed.
17    Q.  So, I apologize, I am going to point it.  Is this how it is
18    placed on the table, a firearm that shows an extend magazine.
19    This extended magazine would be already attached?
20            MS. DARSCH:  Can I approach the witness, your Honor?
21            THE COURT:  You may.
22    BY MS. DARSCH:
23    Q.  That is how that firearm is?
24    A.  Yes.  So, you can see it is facing away from the camera in
25    this photograph, but you can see it is sitting, just as the
```

```
 1    jury would see, sitting away from them, except the magazine in
 2    this case was inserted into the magazine while the firearm and
 3    the slide was moved forward.
 4    Q.  Do you see a second firearm in that picture?
 5    A.  I do.
 6              MS. DARSCH:  Permission to approach, your Honor.
 7              THE COURT:  You may.
 8    BY MS. DARSCH:
 9    Q.  Okay.  So they are both together with the grip -- could you
10    explain?
11    A.  Yes.  So, they are both facing the same direction, both
12    have their magazines inserted into the firearm, and they are
13    sitting on top of the slide as you can see here with the
14    magazine in and the slide is forward.
15    Q.  And where are the drugs in this picture?
16    A.  All over the table.
17    Q.  Next to the firearms?
18    A.  Yes, next to the firearm, on the left edge there the
19    capsules, right next to the gun there is crack cocaine, a bag
20    of weed there.  There are narcotics on that razor blade.  It
21    looks like the glass tub there has residue in it.
22    Q.  So are these guns easily accessible?
23              MR. SCHUMACHER:  Objection, your Honor, form of the
24    question, asks for a legal conclusion that is inside the
25    province of this jury to make that determination.
```

```
 1              THE COURT:  Can you rephrase the question?
 2              MS. DARSCH:  Mr. Schumacher asked this same question
 3    of guns being easily accessible of Mr. Finnamore, if they are
 4    on their person are they easily accessible and operable.  I am
 5    asking the same question here.
 6              MR. SCHUMACHER:  It's a different question, Judge.
 7    These are not on anyone's person nor are they in close
 8    proximity to where witnesses have testified Mr. Boone was seen.
 9              THE COURT:  So, what exactly is -- restate the
10    question.
11    BY MS. DARSCH:
12    Q.  Mr. Finnamore, could you please explain the relevance in
13    your training and experience of having a firearm in this
14    position next to drugs with an extended magazine already in the
15    firearm?
16    A.  If I were to be sitting at this table and I were to be
17    distributing narcotics, I would want the firearms right where
18    they are.
19    Q.  Thank you.
20    A.  Close and ready to be used.  If I had all my drugs there
21    and I was breaking down narcotics, as is evident in this
22    photograph, I want the gun with me at the table.  I wouldn't
23    want it in the bedroom or in the bathroom or in the kitchen.
24    I'd want it sitting with me at the table in case I needed to
25    use it for whatever reason.
```

1   Q.   Thank you.

2        Now, Mr. Schumacher also asked you on cross about

3   Government Exhibit 21-E.  He asked you if you see a Glock

4   switch in this pistol, and you indicated no.

5        I am now showing you Government Exhibit 21-C.  Pause a

6   little back.  Stop right there.

7        Okay.  Do you see a Glock switch here where I paused the

8   video at five seconds for the record?

9   A.   I've seen this video.  The button for the switch that I had

10  shown the jury earlier is clearly protruding from the right

11  side closest to Mr. Boone of the firearm.

12  Q.   Would you show with the physical exhibit, Government

13  Exhibit 13, the Glock, how it would protrude in the video?

14  A.   It is hard, but you can see the button here is pushing past

15  the side wall of the slide and it's protruding just as in this

16  photograph.

17  Q.   Could you take the firearm and face it to the ceiling and

18  show the Glock switch protruding?  I will mark it on the video.

19  A.   If you are able to see here, the button is here, there is a

20  zip tie in the way, but it is apparent from me just sitting

21  here that it is protruding past the side wall of the slide.

22  Q.   And that is what you see in this video here, where I paused

23  it at five seconds?

24  A.   Correct, and if you play it forward you can see the switch

25  on the back of the firearm.

Pauline A. Stipes, Official Federal Reporter

60

1    Q.  I am going to continue.  I am resuming the video.  If you

2    could stop it where the light goes on.  Right there.

3         So, what are we looking at right here?  There is a laser

4    and there's something else.  There is this, this, and then

5    this.

6    A.  Yes, this is the muzzle of this firearm.  You can see here

7    the light on the right side of the photograph.  The picture is

8    going to be reversed because of the way the phone is being

9    held.  If you are actually standing there looking at Mr. Boone

10   as he is pointing the firearm, you would see the light, the

11   battery next to it, and then the green laser, which is directly

12   on top of it.

13   Q.  Could you please show it in Government Exhibit 13?

14   A.  Without pointing it any further down, you can see the

15   light, the battery pack, and there's a small dot on the top

16   here that has the laser.

17   Q.  Okay.  I am resuming the video.

18        Okay.  Mr. Boone puts the Glock switch down on the table

19   here.  Can you see a Glock switch here?

20   A.  You can see two of them, yes.

21   Q.  Where?

22   A.  On the rear of both firearms, here and here.  (Indicating.)

23   Q.  So there are two -- two Glock switches?

24   A.  Yes.  There's a firearm to the left with a switch attached

25   where the back plate is supposed to be, facing to the left, and

Pauline A. Stipes, Official Federal Reporter

1    the firearm that Mr. Boone placed down you can see clearly on

2    the right side has a switch attached to it as well.  You can

3    also see in this picture it says made in Austria, Glock Inc.,

4    Smyrna, Georgia as well, which are the markings as I said

5    earlier from the manufacturer.

6    Q.  Okay.  Now I am going to show you the -- Government Exhibit

7    21-B.  Pause the video, please.

8        Is this the battery you were talking about earlier?

9    A.  Yes, it is.

10   Q.  Okay.  And then, is that the light?

11   A.  Yes.

12   Q.  Okay.  And what is this right here?  (Indicating.)

13   A.  That is the hole for the laser.  The laser is not engaged

14   or on at this moment, but that is where the laser is.

15   Q.  Let the record reflect that I paused the video at one

16   second, and I am now resuming the video.

17       I am now showing you Government Exhibit 22.  I am starting

18   on page ten.  Could you please read the start date of this

19   message?

20   A.  Yes.  The start date is January 24, 2022, 1/24/2022.

21   Q.  What does the message say?

22   A.  It is from kutta kreep, big smakka kreep, to Mr. Boone

23   saying, "And let me buy a switch."

24   Q.  And what is the message that follows on page 11?

25   A.  Mr. Boone responds, "Only got two right now."

```
 1   Q.  Thank you.
 2           MS. DARSCH:  No further questions.
 3           MR. SCHUMACHER:  Judge, may I have some brief recross
 4   on matters brought up on redirect?
 5           THE COURT:  You may.
 6           MR. SCHUMACHER:  Thank you.
 7                       RECROSS EXAMINATION
 8   BY MR. SCHUMACHER:
 9   Q.  Agent, the two videos that the Government just published,
10   you don't know when those were made, correct?
11   A.  No.
12   Q.  Can we agree that in neither of those videos are narcotics
13   present?
14   A.  Yes.
15   Q.  So, we don't know the date of the videos, and there is no
16   reason to suspect that narcotics were present, correct?
17   A.  Narcotics are not readily apparent that day.
18   Q.  I understand, but we have another photograph with a gun and
19   drugs that was published, correct?
20   A.  Right.  You asked me if I suspected narcotics were present.
21   Based off of the other photographs and videos I have seen, I
22   would suspect that narcotics were present.
23   Q.  You have never been in the efficiency, correct?
24   A.  No.
25   Q.  As far as the background, there is apparently a yellow
```

Pauline A. Stipes, Official Federal Reporter

1    background, a wall behind Mr. Boone during the course -- we
2    just lost the video.  Do you need to see it again?
3    A.  If I could.  I don't know what color the wall was, but
4    there was a wall behind him.
5    Q.  Okay.  Thank you.
6         Do we agree that looks like a gold or yellow colored wall?
7    A.  Yes.
8    Q.  It looks like he is on some kind of sofa or something like
9    that?
10   A.  He's sitting on something, or he may be standing.  It looks
11   like the video is up, I can't say how he is positioned.
12             MR. SCHUMACHER:  Nothing further, Judge.
13             THE COURT:  Anything further from the Government?
14             MS. DARSCH:  Nothing further, your Honor.
15             THE COURT:  Thank you so much, you may step down.
16             Ladies and gentlemen, we will take a recess now.
17   Thank you for your attention and patience this morning.  We
18   will be in recess for 15 minutes, a little before
19   11:00 o'clock, with the same instructions not to discuss the
20   case, not to do any research, not to have any interaction with
21   anyone associated with the case, and we will see you back in 15
22   minutes.
23        (Thereupon, the jury leaves the courtroom.)
24             THE COURT:  All right.  We will be in recess, and we
25   are going to hand each side a copy of the jury instructions and

```
 1    we will go over them one more time.

 2              You have three more witnesses?

 3              MRS. CHASE:  Ye, your Honor.

 4              THE COURT:  So we will have the three witnesses and

 5    then lunch, and then closing and instructing?

 6              MRS. CHASE:  The Government's preference would be to

 7    instruct and then close.

 8              THE COURT:  Yes.  Right.  Do you think the three

 9    witnesses will take you through the lunch hour?

10              MRS. CHASE:  Two of them are short, Mr. Fischer and

11    Mr. Wright are very short.  Mr. Ciravolo is a little lengthier,

12    but not much.  I do think that very likely we can get all three

13    in and the Government could rest before the lunch hour.

14              THE COURT:  Okay.  And then we will go over the

15    instructions again over the lunch hour and come back and

16    instruct, closing.

17              Take a peak at the instructions.  We will have one

18    more conference to make sure everything is reviewed.  Did you

19    give them a copy of the verdict forms as well?

20              THE COURTROOM DEPUTY:  Yes.

21              THE COURT:  All right.  See you in a few.

22         (Thereupon, a short recess was taken.)

23              THE COURT:  You may be seated.  We will wait for the

24    jurors to come in.

25              (Thereupon, the jury returned to the courtroom.)
```

Pauline A. Stipes, Official Federal Reporter

65

```
 1              THE COURT:  All right.  Welcome back, everyone, you
 2    may be seated.
 3              The Government may call your next witness.
 4              MRS. CHASE:  The United States calls Frederick
 5    Fischer.
 6              THE COURT:  All right.
 7               FREDERICK FISCHER, GOVERNMENT'S WITNESS, SWORN
 8              THE COURTROOM DEPUTY:  You may have a seat.  Feel free
 9    to adjust the microphone.  Speak right into the microphone and
10    state your full name for the record and spell your last name
11    for the court reporter.
12              THE WITNESS:  Frederick James Fischer, F-I-S-C-H-E-R,
13    ID number 956.
14                          DIRECT EXAMINATION
15    BY MRS. CHASE:
16    Q.  Good morning.
17    A.  Good morning.
18    Q.  Where are you employed?
19    A.  West Palm Beach Police Department.
20    Q.  What is your title?
21    A.  I'm a crime scene investigator.
22    Q.  How long have you been a crime scene investigator?
23    A.  I am on my 37th year.
24    Q.  Were all of those 37 years with the West Palm Beach Police
25    Department?
```

1    A.  Correct.

2    Q.  What are your duties as a crime scene investigator?

3    A.  General duties is normally respond to the scene of the

4    crime, document the scene through photography or video, search

5    for physical evidence, collect physical evidence, process for

6    possible DNA evidence on scene, and then the collection,

7    retention, and submission of evidence to external labs, Palm

8    Beach County Sheriff's Office or the FBI lab.

9    Q.  All right.  So the collection of the evidence to external

10   labs that you just mentioned, is that one of your duties

11   currently?

12   A.  I am currently assigned to transport evidence between the

13   West Palm Beach Police Department and Palm Beach County

14   Sheriff's crime lab.

15   Q.  Have you been doing that transport since about 2011?

16   A.  I misspoke when I was talking to you, actually it was since

17   2006.

18   Q.  You have been transporting evidence between the West Palm

19   Beach Police Department and Palm Beach County Sheriff's Office

20   for 17 some-odd years?

21   A.  Correct.

22   Q.  Now, before we move on, in your 37 years as a crime scene

23   investigator, I am sure some things have happened on the job,

24   have they not?

25   A.  Correct.

1    Q.   In fact, have you been disciplined, I believe just twice in

2    those 37 years, once for a written reprimand in 2005 for

3    negligence and another in 2012 for a vehicle accident?

4    A.   I'll take your word for that.

5    Q.   Given that you are taking my word for it, have they been so

6    few and far between in your 37 years that you don't even recall

7    the specifics?

8    A.   Correct.

9    Q.   Okay.  So I would like to return to your duties as

10   transport between the two agencies.

11       Can you describe for the jury how you go about doing that

12   transport?

13   A.   Normally, whatever evidence is going to be submitted to the

14   lab has to be preapproved by the lab.  If it is a firearm

15   evidence, it has to be approved by the firearms lab itself,

16   they have to accept it, and the same thing with DNA.  A

17   submission is sent on a computer portal by the detective or

18   investigator.

19       Once it has been approved by the lab that it could be

20   submitted, I am notified, cc'd on an email, at which time I

21   will pull the evidence from the West Palm Beach evidence

22   section, prepare the paperwork to submit it to the lab, and

23   then the lab has set a specific day and time that I could

24   deliver evidence to the lab.  Our day is Thursday, around 8:00

25   a.m.  I would transport the evidence on Thursday to the lab.

1    Q.   Okay.  So, breaking that down a bit, we are speaking

2    specifically about transporting items to the Palm Beach County

3    Sheriff's Office lab?

4    A.   Correct.

5    Q.   All right.  And so, you cannot do anything with the items

6    until the Palm Beach County Sheriff's Office has approved those

7    items for intake?

8    A.   Correct.

9    Q.   Okay.  You said that when you have received that approval

10   you will go retrieve the items from the evidence room?

11   A.   Correct.

12   Q.   What do you do with them then?

13   A.   Once the submission slip is filled out, I have the actual

14   item in hand when I am filling out the submission slip because

15   they want the description on the packaging to match the

16   information on the submission slip.  Once I have completed

17   that, the evidence is stored in the crime scene unit evidence

18   room until it is transported to the Sheriff's Office.

19   Q.   Who has access to the crime scene evidence room?

20   A.   Only crime scene investigators.

21   Q.   Do you have a specific locker assigned to you in that room?

22   A.   Yes, I do.

23   Q.   Who has access to that locker?

24   A.   If it is locked, I would be the only person to have access

25   to that particular locker.

69

```
1    Q.  When you retrieve items from the evidence room to await

2    transport to the Palm Beach Count Sheriff's Office, do they

3    stay in your locker in that room?

4    A.  Yes.

5    Q.  Is that locker locked?

6    A.  Most times, yes.

7    Q.  Now, you mentioned that there is a specific dropoff time at

8    8:00 a.m. at the Palm Beach County Sheriff's Office lab, but

9    what happens if something -- let me back up.

10       You did mention that specific drop off time, and you said

11   it was Thursdays at 8:00 a.m., correct?

12   A.  Correct.

13   Q.  What happens during the week if something is approved for

14   submission before that Thursday 8:00 a.m. dropoff time?

15   A.  Between the schedule of the evidence sections, both Palm

16   Beach County and West Palm Beach Police Department evidence

17   sections, and the hours that I work, I literally only have

18   access to the West Palm Beach evidence section on Wednesdays

19   and Thursdays and by appointment only on Fridays.

20   Q.  And as soon as something is approved for submission to the

21   Palm Beach County Sheriff's Office, do you need to retrieve it

22   from the West Palm Beach evidence room?

23   A.  Correct.  I usually do it as soon as possible because I

24   have other duties besides this.  So, I want to get it out of

25   the way and prepare for the following week's run.
```

1    Q.  So, presumably there could be a delay between the retrieval

2    from the Palm Beach evidence room and transport on Thursday at

3    8:00 a.m. to the Palm Beach County Sheriff's Office?

4           MR. SCHUMACHER:  Objection, leading, asked and

5    answered.

6           THE COURT:  Rephrase.

7    BY MRS. CHASE:

8    Q.  What happens if something is accepted by the Palm Beach

9    County Sheriff's Office in advance of that Thursday 8:00 a.m.

10   dropoff time?

11   A.  On my scheduling that I am working, I pull it at the first

12   possible time frame for me, fill out the paperwork, and then

13   store it in our crime scene locker.

14   Q.  Directing your attention to this matter, specifically West

15   Palm Beach Police Department case number 22-3076, did you have

16   any responsibilities in this matter?

17   A.  I believe I transported evidence to and from the Sheriff's

18   Office.

19   Q.  Were you in any way responsible for the crime scene

20   investigation on any active scene?

21   A.  No.

22   Q.  All right.  And I have placed before you on the witness

23   stand what I previously marked for identification as Government

24   Exhibits 15 and 16, as well as, I believe, Government Exhibit

25   18.

1   A.  Yes.

2   Q.  Do you see those before you?

3   A.  Yes, I do.

4   Q.  I will note that Government Exhibit 18 is already admitted

5   into evidence.

6       Do you recognize those items?

7   A.  Yes, I do.

8   Q.  What are they?

9   A.  These are the sealed envelopes of swabs that were submitted

10  to the DNA lab at the Sheriff's Office.

11  Q.  Now, were you responsible for initially transporting these

12  three exhibits to the Palm Beach County Sheriff's Office lab?

13  A.  Yes, I was.

14  Q.  And later, did you retrieve them from the Palm Beach County

15  Sheriff's Office lab and place them in the West Palm Beach

16  Police Department evidence room?

17  A.  Yes, I did.

18  Q.  All right.  Now, do you know on or about what date and time

19  you retrieved these three items from the West Palm Beach Police

20  Department evidence room?

21  A.  I believe they were signed out of our evidence section on

22  May 19, 2022, at approximately, I think, 116 hours, which would

23  be 1:16 in the afternoon.

24  Q.  Do you know what day of the week May 19, 2022 was?

25  A.  I believe it was a Thursday.

1    Q.  Why did you retrieve those items around, let's call it 1:15

2    on Thursday, May 19th?

3    A.  One of the restrictions of the West Palm Beach Police

4    Department evidence section is that they normally close between

5    11:00 a.m. at 1:00 p.m. for lunch break.  So, at 1:15 they

6    would have just come back from lunch.  I was pulling at that

7    time, and I am pulling it in the afternoon because I already

8    made my morning run out to the Sheriff's Office.

9    Q.  Given this was a Thursday afternoon, had you missed that

10   morning's dropoff time for the Palm Beach County Sheriff's

11   Office?

12   A.  Yes, I had.

13   Q.  What did you do with these three exhibits?

14   A.  They were secured in the evidence room at my office.

15   Q.  How long did Government Exhibits 15, 16, and 18 remain so

16   secured?

17   A.  Until I made the run the following Thursday, which I

18   believe it was the 26th.

19   Q.  That is because Thursday morning at 8:00 a.m. is the only

20   time that Palm Beach Count Sheriff's Office would accept these

21   items, correct?

22   A.  Correct.  That is my scheduled time.

23   Q.  What did you then do with Government Exhibits 15, 16, and

24   18 on May 26th?

25   A.  I would have placed them into the evidence section at the

 1   Palm Beach County Sheriff's Office.

 2   Q.   When you transport these items, do they remain intact and

 3   sealed in your vehicle?

 4   A.   Yes, they are.

 5   Q.   And prior to transporting them, do you check the seals to

 6   make sure that they are intact and sealed.

 7   A.   Correct.  I do that when I fill out the form.

 8           MRS. CHASE:  Your Honor, at this time I move to admit

 9   Government Exhibits 15 and 16.

10           MR. SCHUMACHER:  Without objection, your Honor.

11           THE COURT:  15 and 16 are admitted without objection.

12   They previously had been marked and now are admitted.

13      (Whereupon Government Exhibits 15, 16 were marked for

14   evidence.)

15   BY MRS. CHASE:

16   Q.   Mr. Fischer, you testified that you later were responsible

17   for retrieving the items from the Palm Beach County Sheriff's

18   Office.

19      Did that conclude your involvement in this matter?

20   A.   Yes, it does.

21           MRS. CHASE:  I pass the witness, your Honor.

22           THE COURT:  Okay.  Any cross?

23           MR. SCHUMACHER:  No, your Honor.

24           THE COURT:  Thank you so much, you may step down.

25           THE WITNESS:  Thank you, your Honor.

```
 1              THE COURT:  Thank you.  Government's next witness.
 2              MRS. CHASE:  The United States calls Damon Wright.
 3              DAMON WRIGHT, GOVERNMENT'S WITNESS, SWORN
 4              THE COURTROOM DEPUTY:  Have a seat, feel free to
 5     adjust the microphone.  Speak into it and if you will state
 6     your full name for the record and spell your last name for the
 7     Court Reporter, please.
 8              THE WITNESS:  My name is Damon Wright, my last name is
 9     spelled W-R-I-G-H-T.
10                        DIRECT EXAMINATION
11     BY MRS. CHASE:
12     Q.  Where are you employed?
13     A.  I am employed at the Department of Justice, Bureau of
14     Alcohol, Tobacco, Firearms and Explosives.
15     Q.  Is that commonly referred to as ATF?
16     A.  Yes.
17     Q.  What is your title at ATF?
18     A.  I'm a firearms and explosives specialist with the
19     Government support branch.
20     Q.  How long have you been a firearms and explosives
21     specialist?
22     A.  Almost three years now.
23     Q.  What are your duties as a firearms and explosives
24     specialist?
25     A.  I'm a custodian of the National Firearms Act division, I
```

1  maintain the NFRTR, National Firearms Registration and Transfer

2  Record.  We maintain that database which basically houses all

3  the NFA firearms that are maintained by citizens other than the

4  U.S. Government.

5  Q.  Okay.  You just referred to NFA firearms?

6  A.  Yes.

7  Q.  What does NFA stand for?

8  A.  It stands for the National Firearms Act.

9  Q.  If could you move that microphone closer to you.  Okay, the

10  National Firearms Act.

11     What is the National Firearms Act?

12  A.  The National Firearms Act is an act that was passed back in

13  1934, as an exercise of Congress' ability to regulate NFA

14  firearms, which would silencers, short barrel rifles, short

15  barrel shotguns, machineguns, destructive devices, and a

16  category called any other weapon.  It was an exercise of their

17  ability to tax and to cut down on the violent acts caused by

18  those firearms.

19  Q.  And you mentioned that machineguns are under the National

20  Firearms Act?

21  A.  That is correct.

22  Q.  And you mentioned a database that the Government maintains

23  of these firearms; is that right?

24  A.  That is correct.

25  Q.  Can you explain that database to the jury, please?

1   A.   The database is a registry of all those individuals or

2   companies that have registered these weapons.  For instance,

3   individuals that want to take a long rifle and make it a short

4   barrel rifle, they would submit paperwork to get the permission

5   or the approval to do that, they send that to our office.

6        Once that is approved, we send that back to them letting

7   them know, yes, it is now registered in our system and you are

8   now able to make this weapon.

9   Q.   How do machineguns fall into this database?

10  A.   Machineguns, those that are legally able to be possessed by

11  citizens, those would have had to been manufactured before May

12  19, 1986, as part of the Firearms Protection Act which

13  restricted machineguns to those that were manufactured before

14  that date.

15       Any machineguns that were manufactured after that date

16  cannot go into general commerce.  They are only maintained by

17  Government entities like police departments and Federal

18  agencies, other than the military.

19  Q.   So, to possess a machinegun, you would first have to have

20  that machinegun -- it would be manufactured before May 19,

21  1986?

22  A.   Yes, and you would have had to have submitted paperwork to

23  transfer that from the current owner to the new owner.  Once

24  that is approved, then you can take possession of that firearm.

25  Q.   And that record would be reflected in the National Firearms

1   Registration and Transfer Record of which you are a custodian?

2   A.   That is correct.

3   Q.   Does ATF regularly keep the records in the National

4   Firearms Registration and Transfer Record?

5   A.   Yes, we do.

6   Q.   How are those records stored?

7   A.   They are stored on a database which only a limited amount

8   of people have access to.  So we maintain that in terms of any

9   changes, additions in terms of new firearms being added, or if

10  firearms are destroyed, we mark them as destroyed in our

11  systems.

12  Q.   Is that database electronic now?

13  A.   Yes, although we still have access to paper records.

14  Q.   Government records.

15       You mentioned that only a few people have access to this

16  electronic database?

17  A.   Yes.  It is not open to anyone that works for ATF, or

18  anyone in the public.  You have to have a need for that

19  information, those that work in that department, maybe those in

20  the field that need to verify the records of a Federal firearms

21  license holder in terms of what they have in their inventory

22  would have access to that information and it is restricted.

23  Q.   As a custodian, you have access to that?

24  A.   That's correct.

25  Q.   What electronic security is in place for the NFRTR?

1  A.  Well, in order to get access you have to have a VPN, or

2  virtual private network, or be in the office to access that

3  information.  You have to submit from your supervisor the

4  ability to even access that particular database.  As I said, it

5  is not open to anyone that works for ATF, only those who need

6  access to it.  So, it would be very difficult for anyone in the

7  public to have that because you have to have the password and

8  everything to access it.

9  Q.  You mentioned the virtual private network.  Does this mean

10 that ATF maintains security around the actual electronic

11 database itself?

12 A.  That is correct.

13 Q.  I imagine there is a lot of personal identifying

14 information protected -- or rather, stored in this database.

15 Do these security measures also help protect that personal

16 identifying information?

17 A.  That is correct.  Before we send anything out, we have to

18 verify who it is going to, where it is going.  We don't want

19 any private information going out to those who are not supposed

20 to have that information, so anyone we look up and see, we are

21 not able to speak to that -- to anyone in public for fear of

22 losing our jobs and being prosecuted.

23 Q.  Are you specifically trained to update and maintain this

24 record?

25 A.  That is correct.

1    Q.   And are there any checks in place to review your work?

2    A.   Yes.  All the work that I do for a particular -- for this

3    case or any others, another employee would also go over exactly

4    what I did to make sure that I did not miss anything and I did

5    not make any mistakes.

6    Q.   All right.  So you said that you did conduct a database

7    check in this matter?

8    A.   That is correct.

9    Q.   And did you conduct a search for any registrations or

10   transfers under the name Willie Boone?

11   A.   Yes.

12   Q.   Were you given a particular date of birth associated with

13   the name Willie Boone?

14   A.   Yes.

15   Q.   Was that date of birth September 8, 1999?

16   A.   I believe so.

17   Q.   And what were the results of the search?

18   A.   There were no results, there was no result under Willie

19   Boone, variations of Willie Boone under that date of birth or

20   even a Social Security number.

21   Q.   Did you also check the database for any registrations or

22   transfers of Glock Model 17 bearing serial number PHK028?

23   A.   That is correct.

24   Q.   What were those results?

25   A.   There were no results.  It was not registered.

Pauline A. Stipes, Official Federal Reporter

1    Q.   I am now showing you what I previously marked for

2    identification as Government Exhibit 29.  Do you recognize

3    this?

4    A.   Yes.  This is the search that I conducted.

5    Q.   So, this is a certificate documenting that search that you

6    just told the jury about?

7    A.   Yes.

8    Q.   And I see here there is a seal of the Department of

9    Justice; is that correct?

10   A.   That is correct.

11   Q.   And directing your attention to the bottom left of

12   Government Exhibit 29, paragraph nine, whose signature is that?

13   A.   That is mine.

14   Q.   I see in paragraph ten there is a second signature?

15   A.   Yes, that is my coworker.

16   Q.   Finally, in paragraph 11, a third signature?

17   A.   That is my supervisor.

18          MRS. CHASE:  Your Honor, at this time I move to admit

19   Government Exhibit 29.

20          MR. SCHUMACHER:  Without objection, your Honor.

21          THE COURT:  Admitted without objection.

22       (Whereupon Government Exhibit 29 was marked for evidence.)

23          MRS. CHASE:  Permission to publish.

24          THE COURT:  You may.

25

Pauline A. Stipes, Official Federal Reporter

1  BY MRS. CHASE:

2  Q.  All right, Mr. Wright, the jury can now see what we are

3  talking about here.  I am going to scroll up a little bit.

4      Directing your attention to the top left, this is the seal

5  of the Department of Justice we just discussed, correct?

6  A.  Yes.

7  Q.  Can you read paragraph one to the jury, please?

8  A.  "Section 5841 of the National Firearms Act, Chapter 53,

9  Title 26 United States Code provides that the Attorney General

10  of the United States or an authorized delegate shall maintain a

11  central registry of all firearms not in the possession or under

12  the control of the United States which come within the purview

13  of 26 U.S.C., Chapter 53.  The central registry is known as the

14  National Firearms Registration and Transfer Record, and is

15  maintained at the Bureau of Alcohol, Tobacco, Firearms and

16  Explosives in Washington, D.C."

17  Q.  So this basically documents that the United States has

18  various firearms that fall within the National Firearms Act and

19  they should be registered in this database; is that right?

20  A.  Yes.

21  Q.  Can you continue, please?

22  A.  "This is to certify that custody and control of the said

23  National Firearms Registration and Transfer Record pursuant to

24  a delegation of authority by the Attorney General of the United

25  States.  I further certify that after a diligent search of the

1    said record, I found no evidence that the firearm or firearms

2    described below are registered to or have been acquired by

3    lawful manufacturer, importation, or making by or transfer to

4    Willie Boone.

5        "I further certify that I have custody and control of the

6    approved applications to transfer and register firearms within

7    the purview of Chapter 53, Title 26 U.S.C., and that after a

8    diligent search of said applications, I found no approved

9    applications from Willie Boone to transfer and register said

10   firearms to any persons as required by Sections 5811 and 5812

11   of Chapter 53, Title 26 U.S.C."

12   Q.  And that documents your search under the name Willie Boone;

13   is that right?

14   A.  Yes.

15   Q.  I believe you said that you performed such search with a

16   particular date of birth and even a Social Security number?

17   A.  Yes.

18   Q.  And finally, moving down to the middle of the page, in this

19   block here, what does this depict?

20   A.  This depicts that it was a machinegun that I searched for,

21   Glock Model 17 Gen 4, caliber 9, and that the serial number was

22   PHK028.  So I searched under those variations and located

23   nothing.

24   Q.  This was the alternative way that you searched the

25   database?

1    A.  Yes.

2    Q.  With no results?

3    A.  That is correct.

4    Q.  We have discussed that this is your signature in paragraph

5    9.  Before your colleague signed in paragraph 10, what did your

6    colleague have to do?

7    A.  They conducted the exact same search, the same methods.

8    So, I send this to them, they search the same way that I

9    searched.  There are other ways they could try that as well,

10   shouldn't be, but they want to make sure there is nothing else

11   found, and there wasn't.

12   Q.  Your colleague had the same results?

13   A.  That is correct.

14   Q.  Finally, when your supervisor signs off, what did he do?

15   A.  He verifies the same thing, he verifies we went through the

16   steps and conducted the search.

17           MRS. CHASE:  May I have a moment, your Honor?

18           THE COURT:  Yes.

19           MRS. CHASE:  I pass the witness, your Honor.

20           THE COURT:  Cross-examination.

21           MR. SCHUMACHER:  No, your Honor, thank you.

22           THE COURT:  Thank you so much, you may step down.

23           The Government may call your next witness.

24           MRS. CHASE:  The United States calls Anthony Ciravolo.

25           THE COURT:  Okay.

Pauline A. Stipes, Official Federal Reporter

```
 1              ANTHONY CIRAVOLO, GOVERNMENT'S WITNESS, SWORN
 2              THE COURTROOM DEPUTY:  Have a seat.  Feel free to
 3    adjust that microphone and speak into it, and if you would
 4    state your full name and spell your last name for the Court
 5    Reporter.
 6              THE WITNESS:  Anthony Ciravolo, C-I-R-A-V-O-L-O.
 7                         DIRECT EXAMINATION
 8    BY MRS. CHASE:
 9    Q.   Where are you employed?
10    A.   The Bureau of Alcohol, Tobacco, Firearms and Explosives.
11    Q.   Is that commonly referred to as ATF?
12    A.   Yes.
13    Q.   What is your title at ATF?
14    A.   Firearms enforcement officer.
15    Q.   How long have you been a firearms enforcement officer at
16    ATF?
17    A.   Approximately three years.
18    Q.   What was your employment prior to becoming a firearms
19    enforcement officer?
20    A.   I was a gunsmith in the firearms industry for approximately
21    five years.
22    Q.   What are your duties as a firearms enforcement officer at
23    ATF?
24    A.   Currently, I examine samples that are submitted by the
25    firearms industry or the general public and render a formal
```

1   classification on those items as far as how they fall under

2   Federal law.

3       I also examine evidence that is submitted by Federal agents

4   and local and state law enforcement and issue a technical

5   report on the classification of those items under Federal law.

6   I help and assist with and provide training in relation to

7   firearms technology and operations and design for the firearms

8   industry, the general public, and Federal law enforcement.

9       I currently have four trainees that I mentor for firearms

10  technology in the services branch.  I serve as the senior

11  technical review for all of the correspondence from the

12  firearms technology services branch.  I help assist with the

13  national firearms collection which houses approximately 14,000

14  firearms, and I also assist with maintaining a publications

15  library that houses about 2,000 written publications.

16  Q.  Now, you mentioned that you were a gunsmith for five

17  greaser previously.  Can you explain what a gunsmith does for

18  the jury?

19  A.  A gunsmith is someone who would have a more intimate

20  knowledge of ever firearms and their operation and design.

21  Typically they will pick some type of niche market to work in,

22  either custom built firearms or customization of a specific

23  type of firearm, as well as general repairs or general

24  customizations to any particular type of firearm.

25  Q.  And so it's safe to say you are quite familiar with how

Pauline A. Stipes, Official Federal Reporter

86

1    firearms operate?

2    A.   Yes.

3    Q.   Is there any certification process at ATF for a firearms

4    enforcement officer?

5    A.   Yes.  We have an 18-month training program that is

6    completed by board certification at the end of it.

7    Q.   And you mentioned that in fact you are responsible now for

8    training at least four others?

9    A.   Yes, I have four trainees that are directly under me that I

10   oversee, but I am also a part of our firearms enforcement

11   officer development branch where I provide general training to

12   all of the firearms enforcement officers.

13   Q.   Do you hold any certifications from any gun manufacturers?

14   A.   Yes, I am a certified armorer for multiple firearms.

15   Q.   Would that include Glock?

16   A.   Yes.

17   Q.   What does being a certified armorer mean?

18   A.   Armorers classes are typically one to two day classes that

19   cover a very specific make and model of firearm that are

20   generally provided by the manufacturer.  That covers that

21   specific firearm, the variants of it, how it operates, what and

22   how to replace parts when they fail.

23   Q.   And are you specifically trained in machineguns?

24   A.   Yes.  I have received extensive training on machineguns and

25   machinegun conversion devices.

Pauline A. Stipes, Official Federal Reporter

87

```
 1    Q.  You just used the term "machinegun conversion devices."
 2    What are those?
 3    A.  They are either a part or combination of parts that are
 4    designed and intended for use in converting a weapon into a
 5    machinegun, so it's something you would add to a standard
 6    semiautomatic firearm to turn it into a machinegun.
 7    Q.  Is there any make of machinegun conversion device that is
 8    the most prolific that you have seen?
 9    A.  The most prolific currently is something called a TCGTR, or
10    a Swift Link, or a Yankee Boogle for an AR-15 type firearm and
11    a device known as a Glock switch or a Glock shift for Glock
12    type firearms.
13    Q.  You are familiar with a machinegun conversion device for a
14    Glock?
15    A.  Yes.
16    Q.  How many times have you evaluated a firearm machinegun
17    conversion device to determine if it operates as a machinegun?
18    A.  I don't know the exact number, it would be several hundred,
19    though.
20    Q.  Have you ever testified as an expert in Federal Court?
21    A.  I have.
22    Q.  Approximately how many times?
23    A.  Three times.
24    Q.  Each time were you qualified as an expert in the field of
25    firearms examination?
```

1    A.   Yes.

2            MRS. CHASE:   At this time, your Honor, the United

3    States tenders Mr. Ciravolo as an expert in the field of

4    firearms examination, identification, and analysis.

5            MR. SCHUMACHER:   Without objection, your Honor.

6            THE COURT:   Mr. Ciravolo is deemed to be an expert by

7    the Court in firearm examination, identification, and analysis.

8            MRS. CHASE:   Thank you, your Honor.

9    BY MRS. CHASE:

10   Q.   Mr. Ciravolo, can you explain to the jury what the Gun

11   Control Act is?

12   A.   The Gun Control Act of 1968 covers the interstate travel in

13   commerce of conventional types of firearms, and it helps

14   regulate the firearms industry.

15   Q.   What is the National Firearms Act?

16   A.   The National Firearms Act of 1934 covers eight specific

17   categories of firearms that were deemed to be more dangerous,

18   so to speak, in the era of gangsters and prohibition.

19   Q.   And among those various definitions is machinegun included?

20   A.   Yes.   It is defined in both.

21   Q.   What is the definition of a machinegun?

22   A.   It's any weapon which is designed to shoot or may be

23   readily restored to shoot automatically more than one shot

24   without manually reloading by a single function of the trigger.

25   It also includes the frame or receiver of any such weapon, any

Pauline A. Stipes, Official Federal Reporter

1    part that is designed and intended solely and exclusively, or a

2    combination of parts that is designed and intended for use in

3    converting a weapon into a machinegun, and it also includes any

4    combination of parts from which a machinegun can be assembled

5    if those parts are under the control or possession of a person.

6    Q.   When you say a single use or function of the trigger, does

7    this mean that it renders the weapon fully automatic?

8    A.   Yes, that is correct.   The function of the trigger is to

9    initiate the firing sequence of a firearm, so once you do that

10   one time and it fires multiple rounds it is a machinegun.

11   Q.   Can you explain to the jury the difference between an

12   automatic weapon and a semiautomatic weapon?

13   A.   In the world of firearms there is a cycle of operations,

14   the steps a firearm completes once you start by pulling the

15   trigger.   A semiautomatic will complete that cycle and then

16   stop and require some form of manual action to fire another

17   round; whereas an automatic, once you pull the trigger to

18   initiate a firing sequence, you can just hold the trigger and

19   maintain that status and it will continue to fire based on the

20   mechanical action of the firearm.

21   Q.   Now, you explained the term machinegun conversion device

22   earlier, and I believe you even said that a Glock switch is

23   among the most common.

24        Can you explain what a Glock switch is to the jury, please?

25   A.   A Glock switch is a -- generally it is three parts that

1    replaces the factory slide cover plate of a Glock pistol, it

2    goes on the rear of the slide, and it incorporates an extended

3    leg that is designed to trip the trigger bar when the slide

4    reciprocates.  So, when the slide moves completely forward this

5    metal bar will trip the trigger bar and allow the weapon to

6    continue firing.

7    Q.  How are Glock switches installed?

8    A.  They are installed by locking the slide to the rear of the

9    gun, you have to depress a plunger to remove the factory slide

10   cover.  That could be done with a small screwdriver, a pen, or

11   a toothpick, paperclip, whatever.  Then, once the factory slide

12   plate is removed, you replace it with the Glock switch.

13   Q.  How long does that process take?

14   A.  It can be done in less than 30 seconds.

15   Q.  And other than using the paperclip or a screwdriver, are

16   there any real modifications that are made to the Glock itself?

17   A.  It depends.  There are so many different variations of

18   these devices, sometimes you have to cut a clearance cut in the

19   back of the frame for the leg, depending on the height of the

20   leg of the device.  You have to do that sometimes based on the

21   design of that specific one, other times it is not needed at

22   all.

23   Q.  Earlier, when you were explaining the National Firearms Act

24   to the jury you told us that machineguns fall into that act.

25   Are there particular rules pertaining to the ownership of

1    machineguns?

2    A.   Yes, there are.

3    Q.   Could you explain those to the jury, please?

4    A.   After the Gun Control Act there was a law, the Firearms

5    Owners Protection Act, and it enacted something, 922(o), in the

6    Gun Control Act, which is the unlawful possession or transfer

7    of machineguns after May 19, 1986.  So, there are machineguns

8    that are registered on the NFRTR, National Firearms

9    Registration and Transfer Record, that were made before then

10   and registered, and those are legally transferable firearms.

11        There is a finite pool of them, only so many of them were

12   made and registered and can be legally transferred.  That

13   requires additional background screening and forms that have to

14   be filled with the ATF.

15        The other thing with machineguns is if you are a licensee,

16   you can hold an 07 FLL, which is a manufacturer, and you have

17   to pay an additional special occupational tax to be able to

18   manufacture and transfer these devices.

19   Q.   Really the cutoff date of May 19, 1986 is important with

20   respect to machineguns?

21   A.   Correct, unless you are licensee with the proper SOT.

22   Q.   What is an SOT?

23   A.   Special occupational tax.  It's what a licensee has to pay

24   in order to manufacture and deal in NFA firearms.

25   Q.   Directing your attention to this matter, did you examine

1    any evidence here?

2    A.   I did.

3    Q.   How did you become involved in this case?

4    A.   Evidence is submitted to our office for examination by

5    Federal agents from all over the country.  The respective

6    branch chief then assigns them to the individual FEO, and this

7    one was just assigned to me.

8    Q.   In general, when you are assigned a case, what steps do you

9    take to evaluate the submission?

10   A.   Once we retrieve it from our evidence locker, we will open

11   up however it is packaged, take pictures externally of it

12   before we do anything.  We will do a physical examination of

13   the exterior of it.  We will look for any markings, any

14   modifications, anything like that.

15        Then we will generally test fire it right after that, and

16   if we need to, we can disassemble it further after a test fire,

17   but we try to test fire them as they are received after that,

18   we will document all of these things in a written technical

19   examination.

20   Q.   Did you do that in this matter?

21   A.   I did.

22        MRS. CHASE:  Permission to approach, your Honor.

23        THE COURT:  You may.

24   BY MRS. CHASE:

25   Q.   I just handed you what is in evidence as Government Exhibit

```
 1   13.
 2        Are you familiar with this particular exhibit?
 3   A.   Yes, I am.
 4   Q.   And how so?
 5   A.   This is the evidence that I examined.
 6   Q.   How do you know that this is the evidence you examined?
 7   A.   My signature is on the evidence tag.
 8   Q.   All right.  So, with respect to Government Exhibit 13, I
 9   would like to walk back through the process.
10        So, I believe you said that after your physical
11   examination, one of the first things you do is to test fire it
12   as assembled; is that correct?
13   A.   Yes, it is.
14   Q.   And did you do so with Government Exhibit 13?
15   A.   I did.
16   Q.   Can you explain that process to the jury?
17   A.   Our standard procedures for test firing with a device like
18   this is we will shoot it with just one round first.  So we will
19   load it with one round and shoot it just to make sure that the
20   weapon is safe.  We will examine the spent cartridge casing for
21   any signs of evidence that the weapon is unsafe to shoot.  From
22   there, we will load two rounds of ammunition in.
23        If there is a selector on it, whether it's a semiauto or
24   automatic selector, we will start off in the semiautomatic
25   mode, shoot two rounds, and then we will switch over to the
```

Pauline A. Stipes, Official Federal Reporter

94

1    automatic mode, shoot two rounds, repeat that if necessary, and
2    then it finishes with us shooting three magazines each
3    containing three rounds of ammunition.
4             MRS. CHASE:  And before we move on, may I approach the
5    witness, your Honor?
6             THE COURT:  You may.
7             MRS. CHASE:  May I have the ELMO, please, your Honor?
8             THE COURT:  Yes.
9    BY MRS. CHASE:
10   Q.  I am showing the jury on Government Exhibit 13 what I
11   believe is the rear of the slide; is that correct?
12   A.  Yes, it is.
13   Q.  And can you circle on your screen the selector switch to
14   which you were just referring?
15   A.  Yes.  It is this round button right there.
16   Q.  And so one can move it back and forth simply by pushing it
17   from one side to the next?
18   A.  Yes, that is correct.
19   Q.  And you said that in following protocol, you first test
20   fired this in the semiautomatic position, correct?
21   A.  Yes.
22   Q.  With how many rounds?
23   A.  Start off with two rounds.
24   Q.  What happened when you test fired Government Exhibit 13
25   with two rounds in the semiautomatic position?

95

1    A.  It fired automatically both rounds.

2    Q.  When you say it fired automatically, what does that mean?

3    A.  When I pulled the trigger one time it expelled both

4    projectiles.

5    Q.  What did you do after those two rounds in the semiautomatic

6    position?

7    A.  I moved the selector switch over to the automatic position

8    and loaded another two-round magazine to test it in that

9    position.

10   Q.  What happened then?

11   A.  It shot automatically again.

12   Q.  Did you proceed with more rounds of ammunition?

13   A.  I did.  I did our standard three magazines of three rounds

14   each, and each of those times it fired automatically.

15   Q.  Now, which way is automatic, and which way is

16   semiautomatic?

17   A.  When the switch is pushed to the left side of the gun in

18   its current position, that is the semiautomatic mode; when it

19   is pushed to the right, that is the automatic.

20   Q.  Nevertheless, when you test fired Government Exhibit 13, it

21   didn't matter which position that was in?

22   A.  That's correct.

23   Q.  From that course of test firing, did you draw any

24   conclusions with respect to Government Exhibit 13?

25   A.  I did.

Pauline A. Stipes, Official Federal Reporter

96

```
1    Q.  What were those conclusions?

2    A.  That it is a machinegun as defined.

3    Q.  Would that include just this part right here as well?

4    A.  Yes.  So, the weapon as we see it is a weapon which shoots

5    automatically more than one shot, therefore it is a machinegun.

6    The definition also includes a combination of parts that are

7    designed and intended for use in converting a weapon, therefore

8    the device in and of itself is actually a machinegun as well.

9    Q.  Does Glock manufacture these pieces?

10   A.  No, they do not.

11   Q.  In your training and experience, where are these sorts of

12   devices manufactured?

13   A.  Most often we see them coming in from either China or

14   Russia, but they are imported most often.  They are also made

15   domestically, though.  People 3-D print them and use all sorts

16   of different methods to try to manufacture them here

17   domestically.

18   Q.  Does the Glock switch predate the manufacture, that is

19   predate May 19, 1986?

20   A.  I am sorry?

21   Q.  Does the manufacture of this device predate the May 19,

22   1986?

23   A.  No, it doesn't.

24   Q.  Does Glock even make a machinegun?

25   A.  They do.
```

Pauline A. Stipes, Official Federal Reporter

```
 1   Q.  Can you explain that to the jury?
 2   A.  The Glock machinegun is the Glock Model 18, it operates
 3   slightly differently.  It doesn't have a mechanism on the rear
 4   of the slide; instead it has a selector switch on the left side
 5   of the slide that allows you to choose semiautomatic or
 6   automatic.
 7       The Model 18 parts are incompatible with any of the other
 8   standard semiautomatic pistols.  All Glock pistols generally
 9   look the same, but all the internal mechanisms cannot be placed
10   in a standard semiautomatic Glock.
11   Q.  Knowing that Glock doesn't manufacture this, by virtue of
12   it being here on Government Exhibit 13, what does that indicate
13   to you?
14   A.  That tells me that the host firearm itself was originally
15   manufactured as a semiautomatic pistol and the conversion
16   device was added at a later point.
17   Q.  So, someone had to physically install this device?
18   A.  Yes.
19   Q.  And I believe you said that could be done in 30 seconds?
20   A.  Yes.
21   Q.  Based on your training and experience, without this device
22   you showed us as installed on Government Exhibit 13, how would
23   this Glock model operate?
24   A.  It would be a standard semiautomatic firearm.
25           MRS. CHASE:  May I have a moment, your Honor?
```

1             THE COURT:  Yes, you may.

2             MRS. CHASE:  I pass the witness, your Honor.

3             THE COURT:  Cross-examination.

4             MR. SCHUMACHER:  No questions, your Honor, thank you.

5             THE COURT:  Okay, thank you so much, you may step

6    down.

7             Anything further from the Government?

8             MS. DARSCH:  Your Honor, at this time the Government

9    rests.

10            THE COURT:  Okay, thank you very much.

11            All right.  Ladies and gentlemen, the Government has

12   presented all of its evidence at this point.  We are going to

13   take our lunch break a little bit earlier, and be ready for the

14   next phase of the trial when you get back.

15            It is ten minutes to 12:00.  If we could have you back

16   ten minutes to 1:00 with an hour lunch break, with the same

17   very important instructions not to discuss the case with

18   anyone, not to conduct any research about anything that has

19   gone on in the case, not to have any interaction with anyone

20   associated with the case.

21            Have a nice lunch, and we will see you back at ten

22   minutes to 1:00.  Thank you so much.

23       (Thereupon, the jury leaves the courtroom.)

24            THE COURT:  Okay.  I wanted to go over with Mr.

25   Boone -- I know we did this, Mr. Boone, the other day, but I am

Pauline A. Stipes, Official Federal Reporter

```
 1    just going to check in with you again about whether you want to
 2    testify or not.
 3              So, Mr. Boone, do you understand you have the right to
 4    testify?
 5              THE DEFENDANT:  Yes, ma'am.
 6              THE COURT:  And do you understand that you have the
 7    right not to testify?
 8              THE DEFENDANT:  Yes, ma'am.
 9              THE COURT:  And do you understand that this right
10    arises under the United States Constitution?
11              THE DEFENDANT:  Yes.
12              THE COURT:  I am sorry?
13              THE DEFENDANT:  Yes.
14              THE COURT:  Okay.  Do you understand that it is
15    ultimately your decision whether you choose to testify or not
16    in this case?
17              THE DEFENDANT:  Yes.
18              THE COURT:  Have you had the opportunity to discuss
19    this issue with your attorney?
20              THE DEFENDANT:  Yes, I have.
21              THE COURT:  I don't want to get into anything you have
22    discussed with your attorney, but I want to make sure that you
23    personally have made the decision whether to testify or not in
24    this case.  Do you want to testify in this case?
25              THE DEFENDANT:  No, ma'am.
```

```
1              THE COURT:  What is that?

2              THE DEFENDANT:  No.

3              THE COURT:  Is that your decision not to testify in

4    this case?

5              THE DEFENDANT:  Yes.

6              THE COURT:  Have you made this decision knowingly and

7    voluntarily?

8              THE DEFENDANT:  Yes.

9              THE COURT:  Thank you, Mr. Boone.

10             Is there any evidence that the Defense intends to put

11   on?

12             MR. SCHUMACHER:  No, your Honor.

13             THE COURT:  Will the Defense rest in front of the

14   jury?

15             MR. SCHUMACHER:  Defense will rest in front of the

16   jury, Judge.

17             THE COURT:  I am going over logistics.

18             Melanie is going to put the exhibit list out on the

19   table there.  When we finish what we are doing now, maybe

20   before you leave for lunch, if you could go through it and make

21   sure it comports with your exhibit list, and then I will take

22   it back.  Then make sure all of the exhibits that you have on

23   the computer match the exhibits that I have noted that you

24   agree with are admitted into evidence or on the computer, and

25   state that on the record so we have a final accounting all of
```

1   the exhibits are compiled and will be brought back to the jury,

2   those that have been admitted and the parties agree to, which I

3   understand will be on a computer.

4           We want to make sure we have the redacted indictment.

5           THE COURTROOM DEPUTY:  I have that.

6           THE COURT:  And I want to go through the jury

7   instructions with you again.

8           Was there any other matter you wanted to take up

9   before we go over the jury instructions?

10          MR. SCHUMACHER:  Judge, at this time Defense would

11  move, pursuant to Federal Rule of Criminal Procedure 29, for a

12  judgment of acquittal as it relates to Counts 1 through 5 of

13  the third superseding indictment.

14          Taking the evidence in the light most favorable -- in

15  favor of the Government, the Defense asserts that there is a

16  lack of prima facie case as to each count, and I would like to

17  specifically address a couple of more specifics than that,

18  Judge.

19          As relates to Count 2 charging the substantive offense

20  of possessing with intent to distribute those articulated

21  controlled substances, the facts are replete with an absence of

22  Mr. Boone having been observed inside the residence in this

23  particular case.  He was never seen by law enforcement that day

24  inside the residence where all of the items that are now

25  present in evidence, specifically those controlled substances,

1    are found.

2         He is actually located outside the residence, and

3    appears to be walking away from the residence with another

4    individual who is seen getting on a bike, that is Mr. Roderick

5    Williams, and leaving.

6         I don't think there is any specific testimony as far

7    as distance away from that particular building, but it looks at

8    lights on paper to be a considerable distance.  I am guessing

9    somewhere in the neighborhood of 30 to 40 feet away.

10        In terms of possession of those controlled substances,

11   Judge, obviously there is no actual possession.  I don't

12   believe that there is any constructive possession.  There is no

13   demonstration by the Government that he intended or there was

14   any attempt on his part to go back and take control of

15   something that had been left.  In fact, there is no notation

16   that he was even seen leaving or coming into the property.

17        There is surveillance apparently ongoing with

18   Detective Chafes or his replacement while he is then going over

19   with SWAT the take-down plan during that day.

20        Further, Judge, there is an absence in the record of

21   any evidence that suggests that Mr. Boone ever conducted a

22   hand-to-hand transaction or was actually in possession of any

23   of those controlled substances.

24        As relates to Count 3, the possession of a firearm in

25   furtherance of a drug trafficking offense, 922(c), the same

1   thing is applicable, Judge.  We have absolutely no evidence to

2   show that he was ever in the residence that day, ever possessed

3   those weapons on that day, or was responsible for placing them

4   in the position that they were ultimately found.

5          There was communications, arguably, that have occurred

6   as far as tools being put in the oven.  That was, again not on

7   that very day, your Honor, and we have videos that show that he

8   was possibly possessing the very same gun with the same

9   distinguishing marks.  The video, again, does not -- there has

10  been no assertion or establishment of when that was dated.

11  There is certainly no suggestion that either of the videos

12  occurred, or any of the other photos occurred on the day when

13  he is accused of possessing those narcotics and/or possessing

14  that firearm in furtherance of a drug trafficking offense.

15         So, as it relates to Counts 3 and 4, I would suggest

16  there is not a prima facie case.

17         As it relates to Count 5, there has been testimony,

18  your Honor, from Special Agent Finnamore who indicates that, by

19  all stretches of the imagination, the observation of this

20  particular Glock is not very dis distinguishable as an

21  automatic weapon.  In fact, there is a well trained forensics

22  officer from Palm Beach Sheriff's Office who didn't even know

23  that it was an automatic weapon, and she was not tipped off by

24  anyone else, any other of several law enforcement officers that

25  were around to say, hey, this is an automatic weapon.

1          Although, pursuant to the instructions, the Government

2    does not have to prove beyond a reasonable doubt that Mr.

3    Boone knew about the specific characteristics -- I am sorry, I

4    misspoke, Judge.

5          Pursuant to the law, the Government does not have to

6    prove the Defendant knew of the described firearm being an

7    illegally registered firearm, but what they do have to prove

8    beyond a reasonable doubt is that he knew about the specific

9    characteristics or features of the firearm that made it subject

10   to registration, namely that the firearm was designed to shoot

11   or could shoot by a single trigger pull multiple rounds of

12   ammunition.

13         There has been no testimony that Mr. Boone ever shot

14   this gun, that he had ever taken it to a range, had ever fired

15   it, or knew of the existence of this particular switch on the

16   back of the Glock.

17         For all of those reasons, Judge, we believe there is

18   ample bases for this Court to direct a verdict in his favor.

19         THE COURT:  Thank you.  Response from the Government.

20         MRS. CHASE:  Thank you, your Honor.  The United States

21   submits that, especially drawing all inferences in its favor

22   and in the light most favorable to the Government, the United

23   States has proven each element of each of the five counts of

24   the third superseding indictment to a sufficient standard to be

25   submitted to the jury, if not indeed beyond a reasonable doubt.

Pauline A. Stipes, Official Federal Reporter

```
 1              I would like to respond directly to those arguments

 2    made by the Defendant, and first -- I will go in reverse order.

 3              With respect to the Defendant's knowledge of the

 4    features of the firearm that would convert the Glock to a

 5    machinegun, the United States submitted into evidence

 6    Government Exhibit 21-C, which explicitly shows the Defendant

 7    setting two firearms down next to one another, both of which

 8    had the Glock machinegun conversion device, as testified by

 9    Special Agent Finnamore.

10              Within a short time frame of having made that video,

11    which Detective Campbell also testified was sent through

12    Instagram, Mr. Boone's cell phone received a message that

13    somebody wanted to buy a switch, and he said "I only have two."

14              So, we submit that we have actually shown that the

15    Defendant knew of the particular switch on the back of

16    Government Exhibit 13.

17              With respect to the Defendant's arguments regarding

18    possession, we submit we have actually met the standard of

19    constructive possession.  I think the common example used to

20    explain this to the jury is that the items in my chest of

21    drawers at home still belong to me and are still in my

22    possession even though I do not physically have them here with

23    me here today.  We would submit that same standard applies to

24    all of the items within the stash house found at 621 52nd

25    Street.
```

1          The text messages establish that Mr. Boone is familiar

2    with the area.  He was indeed on the premises that day, and I

3    believe that there is an argument that he only walked outside

4    by virtue of the police breaking through the fence and

5    executing the search warrant, and we can also further show his

6    continued constructive possession by the fact that he left two

7    of his cell phones on the recliner, showing that he still

8    maintained custody and control of everything within that stash

9    house.

10         His intent to distribute is well established

11   throughout the text messages, which we also establish show the

12   conspiracy to possess with intent to distribute and actually

13   distribute the controlled substances.

14         I believe those were the direct points raised by

15   counsel for the Defendant, but again, your Honor, we would

16   submit that the testimony of the execution of the search

17   warrant on March 3, 2022, in which actual controlled substances

18   were found, in which two firearms were found, one of which

19   included a machinegun conversion device -- following the

20   evidence of that actual search, your Honor, coupled with the

21   cell phone evidence demonstrating Mr. Boone's knowledge and

22   intent to distribute those guns -- those drugs rather, as well

23   as his knowledge of the Glock switch itself, finally, his

24   status as a felon, and the lack of the registration in the

25   National Firearms Registration and Transfer Record, taking all

1   this together, your Honor, we submit that we have indeed proved

2   each element of each of the five counts and the Defendant's

3   motion should be denied.

4          THE COURT:  Anything further from the Defense?

5          MR. SCHUMACHER:  No, your Honor.

6          THE COURT:  Okay.  All right.  The Motion for Judgment

7   of Acquittal made by the Defense, under the case law, the only

8   proper basis for the motion is that the evidence is

9   insufficient to sustain a conviction, and that is Rule 29(a) of

10  the Federal Rules of Criminal Procedure.  United States -- one

11  such case -- many cases stand for it, but one is United States

12  versus Mi, M-I, Sun, S-U-N, Cho, C-H-O, 713 F.3d 716, Second

13  Circuit, a 2013 case.  If a jury could find beyond a reasonable

14  doubt that the essential elements of the crime were proved a

15  motion for acquittal may not be granted in the interests of

16  justice.

17         United States versus DeRosa, 761 F.3d 144, First

18  Circuit, 2014, even, for example, where the judge does not

19  believe the prosecution's witness, which is not the case here,

20  but that is an example.  That is United States versus

21  Truman 688 F.3d 129, Second Circuit, 2012.

22         The test for reviewing the sufficiency of the evidence

23  is whether any rational trier of fact could fairly find the

24  Defendant guilty beyond a reasonable doubt viewing the evidence

25  in the light most favorable to the Government, and for that

Pauline A. Stipes, Official Federal Reporter

1    proposition, one such case is Coleman versus Johnson, 132

2    Supreme Court 2060, 2012.

3              The test is not whether the jury's verdict was

4    correct, but whether the decision was rational, United States

5    versus Martinez, 921 F.3d 452, Fifth Circuit, 2019.  The

6    Government's evidence need not exclude every reasonable

7    hypothesis of innocence, and if the evidence rationally

8    supports two conflicting hypotheses, the conviction, for

9    example, would not be reversed on appeal.  And that is, for

10   example, United States versus Acevedo, A-C-E-V-E-D-O, 882 F.3d

11   251, a First Circuit, 2018.

12             The Defense has made a timely motion, that is right at

13   the close of the Government's case, and the Defense can make it

14   again at the close of all of the evidence, and given that the

15   Defense is not putting on any evidence, is the Defense seeking

16   to raise a motion?

17             MR. SCHUMACHER:  Yes, your Honor, I would reraise --

18             THE COURT:  Do you want to rest now and then rest

19   again in front of the jury so that you can raise that motion?

20             MR. SCHUMACHER:  Yes, Judge.  At this time the Defense

21   rests, and, Judge, we would renew our motion for Rule 29 and

22   assume by reference all those allegations and arguments

23   previously espoused by myself.

24             THE COURT:  Okay.  All right.  And the Defense having

25   raised it at the close of the Government's case and now

```
 1    renewing it at the close of all the evidence has timely raised

 2    the motion.

 3             The Court finds that for all of the reasons that have

 4    been set forth through the evidence over the past two and a

 5    half days and the summation of the response by the Government,

 6    including, but not limited to, its argument that it has

 7    presented evidence of the elements of each of the counts to

 8    establish guilt beyond a reasonable doubt, highlighting some of

 9    the points that were in response to the Defense's argument with

10    respect to Mr. Boone's knowledge of the features of the Glock

11    machinegun and Glock switch, including, but not limited to,

12    Exhibit 21-C, its evidence with respect to possession relying

13    upon constructive possession, pointing to such evidence as the

14    text messages showing Mr. Boone's familiarity with the area,

15    his cell phones remaining on the recliners, and focusing as

16    well on the intent to distribute, again highlighting the

17    evidence that came through in the text message exchange that

18    was discussed extensively as part of the evidence presented by

19    the Government.

20             So, for these reasons, and based on the standard the

21    Court has set forth, and the Court's own assessment of the

22    presentation of the evidence by the Government, the Court does

23    deny the motion.

24             Turning now to the jury instructions, I am going to

25    ask you to take a moment to look at them.
```

Pauline A. Stipes, Official Federal Reporter

```
 1              I will tell you that they are as you reviewed them.

 2     We did remove the instruction that related to if Mr. Boone were

 3     to testify.  The only remaining instruction on that point is

 4     impeachment of witnesses because of inconsistent statements,

 5     the other instruction that was in the original packet that

 6     spoke to whether Mr. Boone would testify and had any felony

 7     convictions, that has been removed.

 8              We did make sure that the instruction on the firearms,

 9     which is the instruction that relates to possession of a

10     firearm in furtherance of a violent crime or drug trafficking

11     crime, that is just with respect to a firearm and not

12     ammunition -- maybe that was in possession of a firearm by a

13     convicted felon, but because ammunition was not an issue, we

14     took -- we kept that out of what would otherwise be the

15     standard.

16              That would have been in the possession of a firearm by

17     a convicted felon, and in that instruction as well we removed

18     the language that the Government had proposed with respect to

19     the three separate occasions after the discussion that we had

20     yesterday and again this morning.

21              I want to make sure you have had a chance -- and then

22     we have the verdict form and -- then we have the verdict form

23     which, over the Defense's objection, still has the second part

24     of Count 4, having the jury make a finding as to whether there

25     were at least three previous convictions.
```

111

1          So, has the Government had an opportunity to review

2      the jury instructions and the verdict form?

3          MRS. CHASE:  Yes, your Honor.  Our initial question is

4      whether the Court removes the headings.

5          THE COURT:  I don't remove the headings.  I remove the

6      page numbers and the source, but I don't typically remove the

7      headings.

8          MRS. CHASE:  Then we have two corrections to the

9      headings, your Honor, the first being the controlled substances

10     conspiracy instruction.

11         THE COURT:  Let me get to that.  Just a minute.  Okay.

12         MRS. CHASE:  We would recommend deleting everything

13     following "and/or" given that the statutory allegation here is

14     Title 21 United States Code, Section 846.

15         THE COURT:  Take out "and/or Title 21 U.S.C. Section

16     963."

17         MRS. CHASE:  That is correct, your Honor.

18         THE COURT:  Does the Defense agree?

19         MR. SCHUMACHER:  Yes, your Honor.

20         THE COURT:  Okay.  We will make a new page and give it

21     to you and change it in the packets we have made.  Anything

22     else?

23         MRS. CHASE:  Yes, your Honor.  With respect to the

24     instruction for Count 3, possessing a firearm in furtherance of

25     a drug trafficking crime, we would request removing the words

Pauline A. Stipes, Official Federal Reporter

```
 1    "violent crime or" so that it would just read "possessing a
 2    firearm in furtherance of a drug trafficking crime."
 3              MR. SCHUMACHER:  We don't oppose that, Judge.
 4              THE COURT:  We will remove that as well and give you
 5    new pages.
 6              Anything else from the Government?
 7              MRS. CHASE:  No, your Honor, thank you.
 8              THE COURT:  From the Defense?
 9              MR. SCHUMACHER:  No, your Honor, other than the
10    verdict form.  Again I will raise my objection as to Count 4,
11    the special interrogatory that follows, I think it's paragraph
12    5, it is numbered in there.
13              THE COURT:  Number 4.
14              MR. SCHUMACHER:  It's number 4 but --
15              THE COURT:  Yes, it follows number 5, where it says if
16    you found the Defendant guilty as to Count 4, please answer the
17    following question.
18              MR. SCHUMACHER:  Yes.
19              THE COURT:  That objection is overruled and that will
20    remain on.  So, have all objections been made as a matter of
21    record at this point from the Government?
22              MRS. CHASE:  Yes, your Honor.
23              THE COURT:  From the Defense?
24              MR. SCHUMACHER:  Yes, Judge.
25              THE COURT:  Okay.  For the indictment, do the parties
```

```
 1    want us to leave off pages five and six so the jurors are not
 2    confused by the blank page five?
 3              MR. SCHUMACHER:  I haven't seen it, Judge.
 4              THE COURT:  We can hand that to you now.  So, what is
 5    the position of the parties?
 6              MRS. CHASE:  We both recommend sending it as is, your
 7    Honor, with the blank page included, just so the signature page
 8    remains intact and it doesn't draw attention to a missing page.
 9              THE COURT:  Okay.  How long does the Government want
10    for its closing and how do you want to divide your time?
11              MRS. CHASE:  Your Honor, I will preface this by saying
12    this is excessive, and in an abundance of caution, we are going
13    to request an hour, 30/30.
14              THE COURT:  How much notice before the 30?
15              MRS. CHASE:  I am giving the first close, I only need
16    five minutes.  Ms. Darsch also requests a five-minute warning,
17    your Honor.  We do not intend to approach that.
18              THE COURT:  Defense, you want the hour?
19              MR. SCHUMACHER:  Sure.
20              THE COURT:  How much notice?
21              MR. SCHUMACHER:  Five minutes.
22              THE COURT:  Can you take a look at the exhibit list
23    that I circulated.  Just take a moment to go over it together
24    and say on the record that you agree that everything I have
25    marked is correct with respect to what you have recorded as
```

114

1    having been admitted.  And then, I am assuming you looked at

2    the computer together and you are in agreement all of the

3    exhibits are on the computer.

4              MRS. CHASE:  We have not yet shown the exhibit

5    computer to counsel for the Defendant, but we will do so.

6              THE COURT:  Okay.

7              MRS. CHASE:  Your Honor, Government Exhibit 31 was

8    admitted yesterday.

9              THE COURT:  Okay.  You have my list, so is it not

10   showing?

11             MRS. CHASE:  No.

12             THE COURT:  Let's see.  Who was it with?

13             MRS. CHASE:  Government Exhibit 31 was admitted in

14   between Ms. Eckroth and Officer Beesley's testimony.

15             MR. SCHUMACHER:  It was a stipulation as to the

16   narcotics, Judge.

17             THE COURT:  Okay.  All right.  If you both agree --

18             MR. SCHUMACHER:  It was read before the jury.

19             THE COURT:  Okay.  Government Exhibit 31.

20             Yes, I do have Government Exhibit 31 in my notes.  Do

21   I not have it on that?

22             MRS. CHASE:  No.

23             THE COURT:  I have it in my notes, yes.

24             MRS. CHASE:  Everything else is accurate, your Honor.

25             THE COURT:  I will make that note to 31.  It was

Pauline A. Stipes, Official Federal Reporter

1    admitted right after 26.  I'm not sure why it is not there.

2             MR. SCHUMACHER:  No opposition, Judge, we agree.

3             THE COURT:  We said yesterday was the day that 31 came

4    in?  That was the 31st?

5             MRS. CHASE:  Yes, your Honor.

6        (Whereupon Government Exhibit 31 was marked for evidence.)

7             THE COURT:  All right.  So I think if you write

8    down -- we don't have to write down anything.  Well, we need

9    you to spell out phonetically the names of the drugs so when

10   Melanie reads the verdict form she has an easy way to read

11   that.

12            It is 12:22.  I had the jury come back at ten to 1:00,

13   but we have been spending time here.  Do you want until one

14   o'clock?

15            MR. SCHUMACHER:  Yes.  I think that is plenty of time.

16            THE COURT:  We'll see you back at 1:00 then.

17       (Thereupon, a luncheon recess was taken.)

18            THE COURT:  Okay.  Do you want to bring our jury in.

19            (Thereupon, the jury returned to the courtroom.)

20            THE COURT:  Okay, you may be seated, welcome back.

21            Turning now to the Defense.

22            MR. SCHUMACHER:  Defense rests, your Honor.

23            THE COURT:  Okay.  So, ladies and gentlemen, both the

24   Government and the Defense have rested at this point, which

25   means they have presented anything and everything that they

                Pauline A. Stipes, Official Federal Reporter

1    were intending to present.  So, at this point we are going to

2    circulate a copy of the jury instructions and the verdict form

3    to you, and I am going to read it to you and you can follow

4    along with me.

5            Did we get the phonetic of those because I need to

6    read it.  Okay.  All righty.

7            Members of the jury, it is my duty to instruct you on

8    the rules of law that you must use in deciding this case.

9    After I have completed these instructions, you will go to the

10   jury room and begin your discussions, what we call your

11   deliberations.  You must decide whether the Government has

12   proved the specific facts necessary to find the Defendant

13   guilty beyond a reasonable doubt.

14           The duty to follow instructions and the presumption of

15   innocence.

16           Your decision must be based only on the evidence

17   presented here.  You must not be influenced in any way by

18   either sympathy for or prejudice against the Defendant or the

19   Government.  You must follow the law as I explain it even if

20   you do not agree with the law, and you must follow all of my

21   instructions as a whole.  You must not single out or disregard

22   any of the Court's instructions on the law.

23           The indictment or formal charge against the Defendant

24   isn't evidence of guilt.  The law presumes every defendant is

25   innocent.  The Defendant does not have to prove his innocence

| | |
|---|---|
| 1 | or produce any evidence at all.  The Government must prove |
| 2 | guilt beyond a reasonable doubt.  If it fails to do so, you |
| 3 | must find the Defendant not guilty. |
| 4 | Definition of reasonable doubt. |
| 5 | The Government's burden of proof is heavy, but it does |
| 6 | not have to prove the Defendant's guilt beyond all possible |
| 7 | doubt.  The Government's proof only has to exclude any |
| 8 | reasonable doubt concerning the Defendant's guilt. |
| 9 | A reasonable doubt is a real doubt based on your |
| 10 | reason and common sense after you have carefully and |
| 11 | impartially considered all of the evidence in the case.  Proof |
| 12 | beyond a reasonable doubt is proof so convincing that you would |
| 13 | be willing to rely and act on it without hesitation in the most |
| 14 | important of your own affairs. |
| 15 | If you are convinced that the Defendant has been |
| 16 | proved guilty beyond a reasonable doubt, say so.  If you are |
| 17 | not convinced, say so. |
| 18 | Consideration of direct and circumstantial evidence, |
| 19 | argument of counsel, comments by the Court. |
| 20 | As I said before, you must consider only the evidence |
| 21 | that I have admitted in the case.  Evidence includes the |
| 22 | testimony of witnesses and the exhibits admitted, but anything |
| 23 | the lawyers say is not evidence and isn't binding on you. |
| 24 | You shouldn't assume from anything I have said that I |
| 25 | have any opinions about any factual issue in this case.  Except |

1    for my instructions to you on the law, you should disregard

2    anything I may have said during the trial in arriving at your

3    own decision about the facts.  Your own recollection and

4    interpretation of the evidence is what matters.  In considering

5    the evidence you may use reasoning and common sense to make

6    deductions and reach conclusions.

7            You shouldn't be concerned about whether the evidence

8    is direct or circumstantial.  Direct evidence is the testimony

9    of a person who asserts that he or she has actual knowledge of

10   a fact, such as an eye-witness.  Circumstantial evidence

11   is proof of a chain of facts and circumstances that tend to

12   prove or disprove a fact.  There is no legal difference in the

13   weight you may give to either direct or circumstantial

14   evidence.

15           Credibility of witnesses.

16           When I say you must consider all of the evidence, I

17   don't mean that you must accept all of the evidence as true or

18   accurate.  You should decide whether you believe what each

19   witness had to say and how important the testimony was.  In

20   making that decision, you may believe or disbelieve any witness

21   in whole or in part.  The number of witnesses testifying

22   concerning a particular point does not necessarily matter.

23           To decide whether you believe any witness I suggest

24   that you ask yourself a few questions:

25           Did the witness impress you as one who was telling the

Pauline A. Stipes, Official Federal Reporter

1    truth?

2         Did the witness have any particular reason not to tell

3    the truth?

4         Did the witness have a personal interest in the

5    outcome of the case?

6         Did the witness seem to have a good memory?

7         Did the witness have the opportunity and ability to

8    accurately observe the things he or she testified about?

9         Did the witness appear to understand the questions

10   clearly and answer them directly?

11        Did the witness' testimony differ from other testimony

12   or other evidence?

13        Impeachment of witnesses because of inconsistent

14   statements.

15        You should also ask yourself whether there was

16   evidence that a witness testified falsely about an important

17   fact, and ask whether there was evidence that at some other

18   time a witness said or did something, or didn't say or do

19   something, that was different from the testimony the witness

20   gave during the trial.  But keep in mind that a simple mistake

21   doesn't mean a witness wasn't telling the truth as he or she

22   remembers it.  People naturally tend to forget some things or

23   remember them inaccurately.

24        So, if a witness misstated something, you must decide

25   whether it was because of an innocent lapse in memory or an

1    intentional deception.  The significance of your decision may

2    depend on whether the misstatement is about an important fact

3    or about an unimportant detail.

4            Expert witness.

5            When scientific, technical, or other specialized

6    knowledge might be helpful, a person who has special knowledge

7    or -- special training or experience in that field is allowed

8    to state an opinion about the matter, but that doesn't mean you

9    must accept the witness' opinion.  As with any other witnesses'

10   testimony, you must decide for yourself whether to rely upon

11   the opinion.

12           Introduction to offense instructions.

13           The indictment charges five separate crimes called

14   counts against the Defendant.  Each count has a number.  You

15   will be given a copy of the indictment to refer to during your

16   deliberations.

17           Count 1 charges the Defendant knowingly and willfully

18   conspired to possess with intent to distribute substances,

19   which in this case are alleged to be a mixture and substance

20   containing a detectable amount of N-pyrrolidinoetonitazene, a

21   mixture and substance containing a detectable amount of

22   methylenedioxymethamphetamine, a mixture and substance

23   containing a detectable amount of butylone, and a mixture and

24   substance containing a detectable amount of cocaine.

25           Count 2 charges that the Defendant committed what is

Pauline A. Stipes, Official Federal Reporter

1   called a substantive offense, specifically, that the Defendant

2   possessed with intent to distribute a mixture and substance

3   containing a detectable amount of N-pyrrolidinoetonitazene, a

4   mixture and substance containing a detectable amount of

5   butylone, and a mixture and substance containing a detectable

6   amount of cocaine.

7           Count 3 charges that the Defendant knowingly possessed

8   a firearm in furtherance of a drug trafficking crime as set

9   forth in Count 1 or 2.  The indictment further alleges that the

10  firearm was a machinegun, which is commonly referred to as a

11  Glock switch.

12          Count 4 charges that the Defendant knowingly possessed

13  a firearm in and affecting interstate and foreign commerce,

14  knowing that he had previously been convicted of a crime

15  punishable by imprisonment for a term exceeding one year.  The

16  indictment further alleges that the firearm was one Glock Model

17  17 9-millimeter semiautomatic pistol, and one Springfield

18  Armory, Inc. Model XD-S 9-millimeter semiautomatic pistol.

19          Count 5 charges that the Defendant knowingly possessed

20  a machinegun which is commonly referred to as a Glock switch

21  not registered to him in the National Firearms Registration and

22  Transfer Record.

23          Conjunctively charged counts.

24          When a statute specifies multiple alternative ways in

25  which an offense may be committed, the indictment may allege

1    the multiple ways in the conjunctive, that is by using the word

2    "and."  If only one of the alternatives is proved beyond a

3    reasonable doubt, that is sufficient for conviction so long as

4    you agree unanimously as to that alternative.

5              On or about, knowingly, willfully, generally.

6              You will see that the indictment charges that a crime

7    was committed on or about a certain date.  The Government

8    doesn't have to prove that the crime occurred on an exact date.

9    The Government only has to prove beyond a reasonable doubt that

10   the crime was committed on a date reasonably close to the date

11   alleged.

12             The word "knowingly" means that an act was done

13   voluntarily and intentionally and not because of a mistake or

14   by accident.  The word "willfully" means that the act

15   was committed voluntarily and purposely with the intent to do

16   something the law forbids, that is with the bad purpose to

17   disobey or disregard the law.

18             While a person must have acted with the intent to do

19   something the law forbids before you can find that the person

20   acted willfully, the person need not be aware of the specific

21   rule or law that his conduct may be violating.

22             Controlled substances, conspiracy, 21 U.S.C., Section

23   846.

24             As I explained earlier, Count 1 charges that the

25   Defendant knowingly and willfully conspired to possess with

Pauline A. Stipes, Official Federal Reporter

1      intent to distribute controlled substances, which in this case

2      are alleged to be a mixture and substance containing a

3      detectable amount of N-pyrrolidinoetonitazene, a Schedule I

4      controlled substance, a mixture and substance containing a

5      detectable amount of methylenedioxymethamphetamine, a Schedule

6      I controlled substance, a mixture and substance containing a

7      detectable amount of butylone, a Schedule I controlled

8      substance, and a mixture and substance containing a detectable

9      amount of cocaine, a Schedule II controlled substance.

10             It is a separate Federal crime for anyone to conspire

11     to knowingly possess with intent to distribute a controlled

12     substance.  Title 21 United States Code, Section 841(a)(1)

13     makes it a crime for anyone to knowingly possess

14     N-pyrrolidinoetonitazene, methylenedioxymethamphetamine,

15     butylone, or cocaine with intent to distribute it.

16             A conspiracy is an agreement by two or more persons to

17     commit an unlawful act.  In other words, it is a kind of

18     partnership for criminal purposes.  Every member of the

19     conspiracy becomes the agent or partner of every other member.

20     The Government does not have to prove that all of the people

21     named in the indictment were members of the plan or that those

22     who were members made any kind of formal agreement.

23             The heart of the conspiracy is the making of the

24     unlawful plan itself, so the Government does not have to prove

25     that the conspirators succeeded in carrying out the plan.

Pauline A. Stipes, Official Federal Reporter

1          The Defendant can be guilty only if all of the

2     following facts are proved beyond a reasonable doubt.

3          One, that two or more people in some way agreed to try

4     to accomplish a shared and unlawful plan, the object of which

5     was to possess with intent to distribute a controlled substance

6     such as N-pyrrolidinoetonitazene,

7     methylenedioxymethamphetamine, butylone, or cocaine;

8          And two, the Defendant knew the unlawful purpose of

9     the plan and willfully joined in it.

10         A person may be a conspirator without knowing all the

11    details of the unlawful plan or the names and identifies of all

12    the other alleged conspirators.  If the Defendant played a

13    minor part in the plan, but had a general understanding of the

14    unlawful purpose of the plan and willfully joined in the plan

15    on at least one occasion, that is sufficient for you to find

16    the Defendant guilty.

17         Simply being present at the scene of an event or

18    merely associating with certain people and discussing common

19    goals and interests doesn't establish proof of a conspiracy.

20    Also, a person who doesn't know about a conspiracy, but happens

21    to act in a way that advances some purpose of one does not

22    automatically become a conspirator.

23         Controlled substances, possession with intent to

24    distribute 21 U.S.C., Section 841(a)(1).

25         Count 2 charges that the Defendant possessed with the

Pauline A. Stipes, Official Federal Reporter

```
 1    intent to distribute a mixture and substance containing a
 2    detectable amount of N-pyrrolidinoetonitazene, a Schedule I
 3    controlled substance, a mixture and substance containing a
 4    detectable amount of butylone, a Schedule I controlled
 5    substance, and a mixture and substance containing a detectable
 6    amount of cocaine, a Schedule II controlled substance.
 7            It is a Federal crime for anyone to possess a
 8    controlled substance with intent to distribute it.
 9    N-pyrrolidinoetonitazene, butylone, and cocaine are each a
10    controlled substance.
11            The Defendant can be found guilty of this crime only
12    if all of the following facts are proved beyond a reasonable
13    doubt:
14            The Defendant knowingly possessed
15    N-pyrrolidinoetonitazene, butylone, or cocaine, and the
16    Defendant intended to distribute N-pyrrolidinoetonitazene,
17    butylone or cocaine.
18            The Defendant knowingly possessed the controlled
19    substance if the Defendant knew he possessed a substance listed
20    on the Federal schedules of controlled substances even if the
21    defendant did not know the identity of the substance, or the
22    Defendant knew the identity of the substance he possessed even
23    if the Defendant did not know the substance was listed on the
24    Federal schedules of controlled substances.
25            To intend to distribute is to plan to deliver
```

Pauline A. Stipes, Official Federal Reporter

1    possession of a controlled substance to someone else, even if

2    nothing of value is exchanged.

3            Possessing a firearm in furtherance of a drug

4    trafficking crime, 18 United States Code, Section 924(c)(1)(a).

5            It is a separate Federal crime to possess a firearm in

6    furtherance of a drug trafficking crime.  The Defendant can be

7    found guilty of this crime only if all of following facts are

8    proved beyond a reasonable doubt:

9            One, that the Defendant committed the drug trafficking

10   crime charged in Count 1 or 2 of the indictment; and two, that

11   the Defendant knowingly possessed a firearm in furtherance of

12   the crime as charged in the indictment.

13           A firearm is any weapon designed to or readily

14   convertible to expel a projectile by the action of an

15   explosive.  The term includes the frame or receiver of any such

16   weapon or any firearm muffler or silencer.

17           To possess a firearm is to have direct physical

18   control of the firearm or to have knowledge of the firearm's

19   presence and the ability and intent to later exercise control

20   over the firearm.  Possessing a firearm in furtherance of a

21   crime means that the firearm helped, promoted, or advanced the

22   crime in some way.  If you find the Defendant guilty of

23   possessing a firearm in furtherance of a drug trafficking crime

24   you will answer an additional question about the firearm.

25           Whether the firearm was a machinegun.

Pauline A. Stipes, Official Federal Reporter

1        The Government has the burden on this question and the

2   standard, again, is proof beyond a reasonable doubt.  A

3   machinegun is a weapon that shoots, is designed to shoot, or

4   can be readily restored to shoot multiple shots automatically

5   without manually reloading using one sustained pull of the

6   trigger or by a single pulling of the trigger.

7        The term also includes any part or combination of

8   parts used to assemble or convert another weapon into a

9   machinegun.

10        Possession of a firearm by a convicted felon, 18

11   United States Code, Section 922(g)(1).

12        It is a Federal crime for anyone who has been

13   convicted of a felony offense to possess a firearm or

14   ammunition in or affecting interstate or foreign commerce.  The

15   Defendant can be found guilty of this crime only if all of the

16   following facts are proved beyond a reasonable doubt:

17        One, the Defendant knowingly possessed a firearm in or

18   affecting interstate or foreign commerce; two, before

19   possessing the firearm the Defendant had been convicted of a

20   felony, a crime punishable by imprisonment of more than one

21   year; and three, at the time the Defendant possessed the

22   firearm the Defendant knew he had previously been convicted of

23   a felony.

24        A firearm is any weapon designed to or readily

25   convertible to expel a projectile by the action of an

1   explosive.  The term includes the frame or receiver of any such

2   weapon, or any firearm muffler or silencer.

3          The term interstate or foreign commerce includes

4   the movement of a firearm or ammunition from one state to

5   another, or between the United States and any foreign country.

6   It is not necessary for the Government to prove that the

7   Defendant knew that the firearm or ammunition had moved from

8   one state to another, only that the firearm or ammunition did

9   in fact move from one state to another.

10          Possession of unregistered firearm, 26 U.S.C., Section

11   5861(d).

12          It is a Federal crime for anyone to possess certain

13   kinds of firearms that are not properly registered to him in

14   the National Firearms Registration and Transfer Record.

15          A firearm includes a machinegun.  A machinegun is a

16   weapon that shoots, is designed to shoot, or can be readily

17   restored to shoot multiple shots automatically without manual

18   reloading using one sustained pull of the trigger, or by a

19   single pulling of the trigger.  The term also includes any part

20   or combination of parts used to assemble or convert another

21   weapon into a machinegun.

22          The Defendant can be found guilty of this crime only

23   if all of the following facts are proved beyond a reasonable

24   doubt:

25          One, that the Defendant knowingly possessed a firearm;

Pauline A. Stipes, Official Federal Reporter

1    two, the firearm was not registered to the Defendant in the

2    National Firearms Registration and Transfer Record; and three,

3    the Defendant knew the specific characteristics or features of

4    the firearm that made it subject to registration under the

5    National Firearms Registration and Transfer Record.

6          The Government does not have to prove that the

7    Defendant knew the item described in the indictment was a

8    firearm that must be legally registered.  The Government only

9    has to prove beyond a reasonable doubt that the Defendant knew

10   about the specific characteristics or features of the firearm

11   that made it subject to registration; namely, that the firearm

12   could shoot, was designed to shoot, and could readily be

13   restored to shoot multiple shots automatically without manual

14   reloading using one sustained pull of the trigger or by a

15   single pulling of the trigger.

16         Possession.

17         The law recognizes several kinds of possession.  A

18   person may have actual possession, constructive possession,

19   sole possession, or joint possession.

20         Actual possession of a thing occurs if a person

21   knowingly has direct physical control over it.  Constructive

22   possession of a thing occurs if a person doesn't have actual

23   possession of it, but has both the power and the intention to

24   take control over it later.  Sole possession of a thing occurs

25   if a person is the only one to possess it.  Joint possession of

1    a thing occurs if one or more people share possession of it.

2    The term "possession" includes actual, constructive, sole, and

3    joint possession.

4           Caution, punishment, single defendant with multiple

5    counts.

6           Each count of the indictment charges a separate crime.

7    You must consider each crime and the evidence relating to it

8    separately.  If you find the Defendant guilty or not guilty of

9    one crime that must not affect your verdict for any other

10   crime.  I caution you the Defendant is on trial only for the

11   specific crimes charged in the indictment.  You are here to

12   determine from the evidence in this case whether the Defendant

13   is guilty or not guilty of those specific crimes.

14          You must never consider punishment in any way to

15   decide whether the Defendant is guilty.  If you find the

16   Defendant guilty, the punishment is for the judge alone to

17   decide later.

18          Note taking.

19          You have been permitted to take notes during the

20   trial.  Most of you, perhaps all of you, have taken advantage

21   of that opportunity.  You must use your notes only as a memory

22   aid during deliberations.  You must not give your notes

23   priority over your independent recollection of the evidence and

24   you must not allow yourself to be unduly influenced by the

25   notes of other jurors.  I emphasize that notes are not entitled

                    Pauline A. Stipes, Official Federal Reporter

1    any greater weight than your memories or impressions about the

2    testimony.

3            Duty to deliberate.

4            Your verdict, whether guilty or not guilty, must be

5    unanimous.  In other words, you must all agree.  Your

6    deliberations are secret, and you will never have to explain

7    your verdict to anyone.  Each of you must decide the case for

8    yourself, but only after fully considering the evidence with

9    the other jurors.  So you must discuss the case with one

10   another and try to reach an agreement.

11           While discussing the case do not hesitate to

12   re-examine your own opinion and change your mind if you become

13   convinced that you were wrong, but don't give up your honest

14   beliefs just because others think differently or because you

15   simply want to get the case over with.

16           Remember that in a very real way you are judges,

17   judges of the facts.  Your only interest is to seek the truth

18   from the evidence in the case.

19           When you go to the jury room choose one of your

20   members to act as a foreperson.  The foreperson will direct

21   your deliberations and speak for you in court.  A verdict form

22   has been prepared for your convenience.

23           I will go over the verdict form now, and you should

24   all have a copy of the verdict form.  Let me caution you that I

25   gave you all a copy for your convenience, but only one verdict

1    form gets completed.  It is this one that I am holding up, it

2    is blue.  You should not take notes or write on the verdict

3    form.  I wanted you each to have one, but the foreperson will

4    complete one and only one verdict form, and that is the blue

5    one.  I will go over the verdict form now.

6         We, the jury, unanimously find as follows as to the

7    Defendant as to the following counts of the third superseding

8    indictment:

9         Count 1.  As to Count 1 of the third superseding

10   indictment, conspiracy to possess controlled substances with

11   intent to distribute, in violation of 21 U.S.C. Section 846, we

12   find the Defendant guilty, not guilty.

13        Note:  If you did not find the Defendant guilty as to

14   Count 1, please proceed to Count 2.  If you found the Defendant

15   guilty as to Count 1, please answer the following question.

16        We, the jury, having found the Defendant guilty of the

17   offense charged in Count 1, further find that he conspired to

18   possess with intent to distribute the following controlled

19   substances:  N-pyrrolidinoetonitazene,

20   methylenedioxymethamphetamine, butylone, cocaine.

21        Count 2.  As to Count 2 of the superseding

22   indictment -- as to Count 2 of the third superseding

23   indictment, possession with intent to distribute a controlled

24   substance, in violation of 21 U.S.C., Section 841(a)(1), we

25   find the Defendant guilty, not guilty.

1        Note:  If you did not find the Defendant guilty as to

2   Count 2, please proceed to Count 3.  If you found the Defendant

3   guilty as to Count 2, please answer the following question.

4        We, the jury, having found the Defendant guilty of the

5   offense charged in Count 2, further find that he possessed with

6   intent to distribute the following controlled substances:

7   N-pyrrolidinoetonitazene, butylone, cocaine.

8        Count 3.  As to Count 3 of the third superseding

9   indictment, possession of a firearm in furtherance of a drug

10   trafficking crime, in violation of 18 United States Code,

11   Section 924(c)(1)(A), we find the Defendant guilty, not guilty.

12        Note:  If you did not find the Defendant guilty as to

13   Count 3, please proceed to Count 4.  If you found the Defendant

14   guilty as to Count 3, please answer the following questions.

15        We, the jury, having found the Defendant guilty of the

16   offense charged in Count 3, further find that he possessed the

17   firearm in furtherance of the following drug trafficking

18   crimes:  Count 1, conspiracy to possess controlled substances

19   with intent to distribute.  Count 2, possession of controlled

20   substances with intent to distribute.

21        We, the jury, having found the Defendant guilty of the

22   offense charged in Count 3, further find with respect to that

23   count that the firearm possessed was a machinegun; yes or no.

24        Count 4.  As to Count 4 of the third superseding

25   indictment, knowing possession of a firearm by a previously

Pauline A. Stipes, Official Federal Reporter

1    convicted felon, in violation of 18 United States Code, Section

2    922(g)(1), as alleged in Count 4 of the third superseding

3    indictment, we find the Defendant guilty, not guilty.

4           Note:  If you did not find the Defendant guilty as to

5    Count 4, please proceed to Count 5.  If you found the Defendant

6    guilty as to Count 4, please answer the following question.

7           We, the jury, having found the Defendant guilty of the

8    offense charged in Count 4, further find that he possessed the

9    firearm after having had at least three previous convictions

10   for offenses committed on occasions different from one another;

11   yes, no.

12          Count 5.  As to Count 5 of the third superseding

13   indictment, possession of a machinegun not registered in the

14   National Firearms Registration and Transfer Record, in

15   violation of 26 U.S.C., Sections 5841, 5861(d), and 5871, we

16   find the Defendant guilty, not guilty.

17          So say we all, dated and signed by the foreperson.

18          You will take the verdict form with you to the jury

19   room.  When you have all agreed on the verdict, the foreperson

20   must fill in the form, sign it, date it, and carry it in.  Then

21   you will return to the courtroom.  So, what you will do is you

22   will knock on the door and the Court Security Officer who will

23   be outside of the room will bring you back in.

24          If at any time you wish to communicate with me while

25   you are in the jury room deliberating write your message down

1    on a piece of paper, or the question that you have, and give it

2    to our Marshal or to our U.S. Court Security Officer, and the

3    Marshal will bring it to me and I will respond as promptly as

4    possible either in writing or talking to you in the courtroom.

5    But I caution you not to tell me how many jurors have voted one

6    way or the other at that time.  Simply write the question or

7    the message down and have it sent back out to me.

8              So, at this time, we are going to turn the matter back

9    over to the attorneys to see whether they have any closing

10   arguments.

11             So, I will begin with the Government for any closing

12   argument.

13             MRS. CHASE:  Thank you, your Honor.

14             Willie Boone is a street-level distributor of

15   narcotics.  He possessed firearms in furtherance of his drug

16   trafficking crimes.  One of those firearms that he possessed

17   was a machinegun that was designed to readily shoot

18   automatically multiple rounds of ammunition with the single

19   pull of the trigger.  Willie Boone could not possess any

20   firearms legally because he knew that he was a convicted felon

21   multiple times over.

22             In opening statements counsel for the Defendant told

23   you that you would never hear from a witness who saw Willie

24   Boone conduct a hand-to-hand transaction, you wouldn't hear any

25   audio of Willie Boone conducting a hand-to-hand transaction or

1  sell any drugs.  The Government accepts that, but Her Honor

2  just instructed you that there are multiple types of evidence

3  for which you can conclude beyond a reasonable doubt that a

4  person committed a crime.  That is because you don't leave your

5  common sense at the door.

6       In the preliminary instructions on Monday Her Honor

7  had used the example of somebody coming into the courthouse

8  carrying a wet umbrella.  Sometimes we further elaborate on

9  that, shaking out the wet umbrella, wearing a trench coat that

10 is also covered with rain droplets.  If you were to see that

11 person with the wet trench coat and shaking out the wet

12 umbrella, you could conclude that it is raining outside even if

13 you are nowhere near a window to see the rain.

14       Another example that we commonly use, a cookie jar.

15 If you have a cookie jar and you knew that previously there

16 were two cookies in that jar and now there is none, but there

17 is a trail of crumbs leading to the family room, and in the

18 family room is a child with sticky fingers, chocolate smeared

19 on his face, you can conclude that the child ate the two

20 cookies from the cookie jar.  Common sense.

21       This evidence is strewn with the cookie crumbs of

22 Willie Boone.  From this evidence you can conclude beyond a

23 reasonable doubt that Willie Boone committed the five crimes

24 charged in the indictment.

25       Let's walk through that evidence.  621 52nd Street

1   here in West Palm Beach, in the Southern District of Florida,

2   this is a known drug stash house to law enforcement.  Detective

3   Chaves testified that he had actually witnessed multiple

4   hand-to-hand transactions in the front yard.

5          Special Agent Finnamore testified that in his

6   undercover capacity, he actually made purchases from this

7   residence.  He also testified that he had been the case agent

8   on other cases that involved this residence, and Willie Boone

9   and his co-conspirators tagged in and tagged out like a relay

10  race to sell drugs from this residence.

11         You know from the text messages from Willie Boone's

12  phone that he was very familiar this residence.  Over and over

13  throughout Government Exhibit 22 are references to Willie Boone

14  being at 52nd Street.  In fact, on February 25th, just days

15  prior to the execution of the search warrant, he even gives the

16  full address of 621 52nd Street, West Palm Beach.

17         Now, we know from the execution of the search warrant

18  on March 3, 2022, that this was in fact a drug stash house, as

19  law enforcement had known previously, and what was found on

20  March 3rd were multiple drugs, along with all the tools of the

21  drug distribution trade.

22         There was a scale, there was a razor blade, there were

23  two firearms readily accessible and readily operable, each with

24  one in the chamber and loaded magazines, and in fact the Glock

25  had a loaded extended magazine capable of holding 31 rounds and

Pauline A. Stipes, Official Federal Reporter

1    that law enforcement testified in fact had 24 rounds in it.

2         That Glock additionally had the machinegun conversion

3    device that rendered it fully automatic with a single pull of

4    the trigger capable of firing up to 32 rounds of ammunition

5    with one single trigger pull.

6         Elsewhere in the residence and on the table are

7    narcotics, caps of fentanyl, crack cocaine, and we know that

8    there was also butylone in a baggie stored on the shelf, and

9    additional paraphernalia in the form of the baggies that are

10   intended for distribution.

11        All of the members of the conspiracy, including Willie

12   Boone, jointly and constructively possessed these items in the

13   house.

14        Her Honor just instructed you on the various different

15   types of possession, including joint and constructive

16   possession.  Constructive possession is like all of the things

17   sitting back at my house right now.  I don't physically have

18   control of them in the courthouse, I am not carrying my items

19   around with me, but I still possess all of the items inside my

20   own house.  They still belong to me and I maintain custody and

21   control of them even though they are not next to me right now.

22        Her Honor also instructed you that joint possession is

23   a manner in which things can be possessed.  621 52nd Street is

24   a stash house where the members of the conspiracy tag in and

25   tag out to distribute drugs, and Willie Boone was selling drugs

1    at 621 52nd Street.

2         Government Exhibit 22 is replete with multiple

3    conversations with multiple people discussing his distribution

4    of drugs.  Over and over he discusses the drugs and how he sold

5    them, and Agent Finnamore went over those conversations in

6    detail with you.

7         Now, I said that this conspiracy operates like a relay

8    race, the members of the conspiracy tag in and tag out to sell

9    at 621 52nd Street.  For example, here in this text message in

10   Government Exhibit 22 we have Mr. Boone telling Uncle

11   Butterball, "Me and Jamal out here olo dolo holding it down"

12   and he just gave the money to cuh, who we know from the

13   testimony to be KG Cuh, or Kevin Gibson, to get him out of the

14   way.

15        In fact, Willie Boone had been at the residence for

16   two days selling drugs and was now going to leave to go to his

17   actual home.  This is not where Willie Boone lives, this is not

18   the address that is listed in his pre-populated auto fill

19   forms.  This is a house solely intended for selling drugs.  You

20   saw the video walk-through, it's pretty clear that nobody is

21   actually living there.  All of the things in the house are

22   indicative of drug distribution.

23        We also know that they tag in and tag out from his

24   conversation with his co-conspirator, Kevin Gibson, KG Cuh in

25   his phone, because here, after he has just described to Uncle

1    Butterball that he and Jamal were holding it down, Willie Boone

2    is going to tag out and let Kevin Gibson tag in.

3          He is telling Kevin Gibson exactly what he has

4    accomplished in his shift so that Kevin Gibson can take over

5    the next shift and keep selling the drugs out of the house.

6    So, he got the money from Jamal for Kevin Gibson, and he is

7    going to leave the tools, the firearms, in the oven for Kevin

8    Gibson to have access to.  He sets up his colleague in this

9    criminal enterprise for success.

10         You know from Government Exhibit 31 that those

11   substances seized from the residence were in fact drugs, so you

12   can easily find that with respect to Counts 1 and 2 of the

13   indictment.

14         You might be asking yourself, where is

15   methylenedioxymethamphetamine?  I have heard a lot about

16   methylenedioxymethamphetamine, but there wasn't in fact

17   methylenedioxymethamphetamine seized from the residence.  But

18   Her Honor just instructed you that a conspiracy is a criminal

19   agreement.

20         Agent Finnamore testified that throughout the text

21   messages we see that the members of the conspiracy believed

22   that they were agreed to sell Molly, MDMA, bath salts.  That is

23   the type of drug found in the multi-colored tablets in

24   Government Exhibit 26 that was actually found to contain

25   butylone, which is a different Schedule I controlled substance,

1    but Agent Finnamore testified is also in the general

2    classification of bath salts.

3           The criminal conspiracy was intending to distribute

4    fentanyl, which actually wound up being

5    N-pyrrolidinoetonitazene, but Agent Finnamore testified that

6    that itself is a drug that is now on the market under this

7    general classification of what people believe to be fentanyl,

8    and the same thing for the butylone.

9           So you can easily find this fact proven and that the

10   United States has met its burden of proof as to that element.

11          I want to switch gears a little bit and talk about the

12   two firearms in this case.  On March 3, 2022, when Willie Boone

13   was at the residence at 621 52nd Street, arrested just

14   outside -- rather not arrested, but detained just outside, what

15   was found inside?

16          Two firearms which were readily accessible and readily

17   operable right next to all the drugs.

18          Agent Finnamore testified that is the exact same Glock

19   with the extended magazine in the picture that was texted to

20   Unc Butterball on February 26th, telling him he set aside his

21   one hundred.  The Glock was then found on March 3rd with one

22   round in the chamber, which is depicted by that single round in

23   the picture, and 24 rounds in the extended magazine.

24          This is clear evidence that the Defendant possessed

25   firearms in furtherance of his drug trafficking crimes.

1    Her Honor just instructed you that in order to find

2    the Defendant guilty of that crime you have to find that the

3    firearms helped advance or promoted the drug crimes found in

4    either Count 1 or Count 2, or both, as we submit.  You can

5    easily find this because there are multiple factors here

6    showing that the Defendant possessed these firearms to advance,

7    promote, and help his drug trafficking crimes.  They were right

8    next to the drugs and proceeds on March 3, 2022, and

9    previously, as depicted in the picture.

10    The Glock itself was fully automatic, ready to propel

11    32 rounds with the extended magazine with a single pull of the

12    trigger.  That is not something that is ordinary in the course

13    of firearm possession.  Agent Finnamore testified that would be

14    common with respect to possessing a firearm in furtherance of a

15    drug trafficking crime.

16    The Springfield itself was semiautomatic, so even

17    though one would have to pull the trigger multiple times,

18    especially with a loaded magazine, you could shoot multiple

19    rounds ready to go.

20    The Glock, as I have already said, was readily

21    operable, the Springfield was readily operable, both of them

22    had chambered rounds.  They were both reported stolen, and you

23    know from the stipulation that Mr. Boone is a previously

24    convicted felon three separate times over.

25    Now, before we leave this, the evidence is so

1    overwhelming here, so I want to return to the Uncle Butterball

2    texts, and I specifically want to return to the conversation

3    from February 26th where he texts this top picture of the Glock

4    with the extended magazine, the cash, and the crack.

5            Okay.  So, immediately leading up to that he tells

6    Uncle Butterball that he has been holding it down, and he has

7    the money to give to Kevin Gibson to get him out of the way.

8    He is going home because he has been selling for two days.

9    After he tells Uncle Butterball he is leaving, you could see

10   the date stamps on this, he then texts Kevin Gibson directly,

11   he has got the money, the tools are in the oven.

12           This is just one example of your criminal conspiracy.

13   Uncle Butterball, Willie Boone, Jamal, and Kevin Gibson at a

14   minimum, among others, have all agreed to take turns

15   distributing drugs out of 621 52nd Street.

16           You can see here that when he texts Kevin Gibson

17   directly about taking over his shift after he has been there

18   for two days selling drugs, he texts Kevin Gibson within mere

19   hours and tells him that he has put the tools on the bottom

20   shelf of the oven.

21           So, it should come as no surprise that both Kevin

22   Gibson and Willie Boone were found to be contributors to the

23   DNA on Government Exhibit 13.  They work shifts at 621 52nd

24   Street selling drugs.  Willie Boone leaves Government Exhibit

25   13 in the oven for Kevin Gibson to come and take over his shift

Pauline A. Stipes, Official Federal Reporter

1    at the house.

2            You will recall that Ms. Gittens testified that the

3    DNA on the Glock was taken from the grip, and CSI Eckroth

4    testified that grips are a particularly good place for lifting

5    DNA, as we found here.

6            The fact that we have both Kevin Gibson and Willie

7    Boone contributing to the DNA on the Glock also shows you

8    evidence of the conspiracy.  Agent Finnamore testified that the

9    Glock is a tool of the drug trafficking trade.  Willie Boone

10   sets up his colleague, Kevin Gibson, for success by leaving it

11   in the oven, and here they are both found to be contributing to

12   the DNA lifted from that gun, very strong contributors.

13           In case you had any doubt that Willie Boone knowingly

14   possessed that Glock, don't forget Government Exhibits 21-B and

15   C.  Agent Finnamore testified as to all the ways that he has

16   concluded that these firearms are the same as Government

17   Exhibit 13.  In particular, in the video still playing it is

18   the one on the right that he sets down.

19           Don't forget that he also possessed the Springfield

20   Armory pistol which also contains his DNA, and which we learned

21   today from Agent Finnamore is an XD model, and Willie Boone, on

22   February 28th, texted Aj Brother Dee "I'm on 52 he was holding

23   the xd then just disappeared."

24           The members of the conspiracy tag in, tag out to

25   distribute drugs at 52nd Street.

                 Pauline A. Stipes, Official Federal Reporter

1          Now, I mentioned previously that you know that Mr.

2    Boone is a previously convicted felon from Government Exhibit

3    32, which is a stipulation by the parties.

4          I just want to draw attention to the verdict form that

5    Her Honor just reviewed with you regarding that if you find the

6    Defendant guilty of having possessed a firearm after having

7    been convicted of a felony, that you must then answer the

8    question of whether you find him guilty of having done so after

9    having at least three prior convictions for a term of

10   imprisonment exceeding one year.

11         I want to point out to you that that factor is easily

12   found through the parties' stipulation found in Government

13   Exhibit 32.

14         Finally, we learn from Mr. Wright that there is no

15   registration of the Glock machinegun conversion device in the

16   National Firearms Registration and Transfer Record, and that

17   even -- we know from Mr. Ciravolo that even the small part

18   itself would qualify as a machinegun under the law.  We know

19   from Mr. Ciravolo that it was manufactured post 1986, so it

20   couldn't even be registered.

21         Nevertheless, per Government Exhibit 29 a diligent

22   search for both Mr. Boone and the serial number itself showed

23   that there is no such record.  He can't register this anyhow,

24   he is a previously convicted felon who can't legally possess a

25   firearm at all, and he is possessing it in furtherance of his

Pauline A. Stipes, Official Federal Reporter

1    drug trafficking crimes, trying to hide from law enforcement.

2         The whole purpose of these tools are to protect the

3    integrity of the drugs and avoid detection by law enforcement

4    because they can reach for their own form of justice in the two

5    firearms.

6         There is no doubt that Mr. Willie Boone knew what he

7    was possessing with this Glock switch.  He received a text

8    message wanting to by a switch.  He told the person, I've only

9    got two right now.

10        This video, Government Exhibit 21-C, at the end of

11   which, you are quite familiar, depicts two switches.  Agent

12   Finnamore told you both of those devices this morning are

13   switches.

14        This video, we know from Detective Campbell's

15   testimony, was created on January 24th.  Look at the time code,

16   11:10.  Agent Campbell -- Detective Campbell rather, testified

17   that he knows that this came from an Instagram app.  Within

18   approximately 50 minutes Willie Boone is receiving the text

19   message, oh, let me buy a switch.  I only got two right now.

20   You saw the two switches in the video.  There is no doubt that

21   Willie Boone knew that Government Exhibit 13 had the Glock

22   switch on the back of it.

23        He knowingly possessed a machinegun.  It was an

24   excellent tool in furtherance of his drug trafficking crimes.

25   With the extended magazine and with the Glock switch, any

1    trouble happens, he could fire up to 32 rounds of ammunition

2    with a single pull of the trigger to protect his drugs, his

3    colleagues' drugs, and not have to go to law enforcement.

4            There is only one verdict that all of this evidence

5    compels and it is a verdict of guilty as charged as to each and

6    every count.

7            Thank you.

8            THE COURT:  That was about 24 minutes.  Okay, and from

9    the Defense.

10           MR. SCHUMACHER:  Thank you, Judge.  May it please the

11   Court.

12           THE COURT:  Yes.

13           MR. SCHUMACHER:  Well, I don't know about the tag in,

14   tag out, but one thing I will tell you that the evidence proves

15   beyond a reasonable doubt is that Willie Boone is nothing short

16   of a ghost, a ghost.  Why do I say that?  Well, we know that

17   law enforcement has targeted 651 -- I am sorry, 621 52nd Street

18   for at least the last three years.

19           You heard Special Agent Finnamore talk about

20   conducting at least ten transactions in an undercover capacity,

21   either him directly or his team.  Never once does he say, oh,

22   yeah, I saw Willie Boone, Willie Boone was there all the time.

23   I was there at different times of the day and night, I didn't

24   see him in the residence, I saw him outside the residence.  Did

25   we hear that?  No, we did not.

Pauline A. Stipes, Official Federal Reporter

1           It was not just ATF -- and by the way, that was a

2    couple of years ago that Agent Finnamore was actually stationed

3    up here in West Palm Beach.  But what we also know is that West

4    Palm Beach Police Department, we know that courtesy of

5    Detective Chaves, was very concerned about this location

6    because they knew -- had information and their investigation

7    had yielded that Kevin Gibson was selling narcotics out of that

8    location, and Kevin Gibson possessed one of these (indicating)

9    a Glock with a switch.  That is what we heard from Detective

10   Chaves.

11          So, what happens thereafter?  Well, they start sending

12   in a confidential informant to do buys at this location.  On

13   top of that, they are conducting surveillance at this location,

14   and we know that that starts from at least late February 2022,

15   up until the time of the execution of the search warrant, and

16   during those ten or so days during the surveillance Willie

17   Boone is not seen at that location.  Willie Boone is not

18   photographed at that location.  Willie Boone is not

19   intercepted.

20          You heard about these clandestinely recorded

21   conversations where they put sometimes a wire on the

22   confidential source when they go in, and he reviewed those

23   tapes, and I asked him, were you ever able to identify Willie

24   Boone as a person that was conducting narcotics trafficking at

25   621, and his response was no, nobody was.

149

1           We have this home located at 621 52nd Street, and what
2     do we know about it?  We know that it is in the epicenter of a
3     drug corridor.  We also know it is the epicenter of
4     prostitutes, homeless people, traffic in and out of that area,
5     and we know that also from Detective Chaves.
6           Remember I asked him questions about whether or not he
7     was watching the back side of the house, because what I will
8     admit to is that Willie Boone is coming from the gate when law
9     enforcement is coming in to execute the search warrant on March
10    3rd.  He is coming out with Mr. Williams.  Mr. Williams gets on
11    a bike, goes down the road, and he is stopped down there, and
12    then they break through the gate and Mr. Boone is not seen --
13    Mr. Boone is never seen inside the efficiency.
14          Is that a distinction without a difference?  I don't
15    think so, because what the Government is asking you to find Mr.
16    Boone guilty of in part is because everything that is found
17    inside that efficiency ties this case together.  But yet, the
18    Government hasn't offered one witness to say, yeah, Willie
19    Boone was in there that day.
20          Has the Government introduced one -- testimony from
21    anybody that said that they have ever seen Willie Boone there?
22    And the answer to that is no.  We know they had that area under
23    surveillance on the date of the execution of the warrant.  We
24    know they have been watching for probably about ten or so days.
25    Nothing.  Well, not exactly nothing.

                 Pauline A. Stipes, Official Federal Reporter

1        You heard Detective Chaves say that Mr. Gibson was

2   there selling that very day, earlier on when he was conducting

3   the surveillance before he left to go team up with his SRT or

4   SWAT entry people.  They leave somebody there, yet nobody knows

5   how Mr. Boone gets behind that gate or whether or not he ever

6   entered into that efficiency.

7        By the way, this is not Ms. Chase's house.  She draws

8   an analogy from the fact, oh, just like the stuff back in my

9   house, I can go back and take control of it.

10       They haven't shown that Willie Boone was ever, not one

11  time, in that house.  Not one witness said he was ever in

12  there.  And they are going to get up on redirect because they

13  have that benefit, this is my only opportunity to address you,

14  and they are going to tell you, we have all of these text

15  messages and so forth that spout out that particular address.

16  That wasn't Willie Boone's address.  We know that his address

17  from the auto fill was 1423 7th Street in West Palm Beach.

18       Again, make no mistake, there is nothing to suggest

19  that Willie Boone was inside that premises that day.

20       You heard from Agent Finnamore, a man with tons of

21  experience, say there is a couple of -- there is a couple of

22  for sures in the drug trade.  Number one, you arm yourself.

23  You arm yourself because there is multiple dangers.  There is

24  the danger of having your drugs stolen, there is the danger of

25  being killed by a competitor, killed or seriously injured.

1           So, what do drug dealers do?  They arm themselves, but

2    they don't leave their guns sitting at their home any more than

3    Ms. Chase would leave her computers knowingly at home when she

4    comes to the office.  Why?  Because a drug dealer's life

5    depends on it.

6           At the time that Mr. Boone was actually encountered by

7    law enforcement he did not have a gun, nor was he readily

8    accessible to a gun.  What good was it going to do when he had

9    to run the 30, 40 feet that he was found in when law

10   enforcement came through the gate to back inside the

11   efficiency?  What good does that do?

12          You also heard that these phones that were back inside

13   the residence were ringing off the hook, and why is that of

14   significance?  Well, again, as I asked Special Agent Finnamore,

15   are drug dealers going to leave their phones around and not

16   answer them?  Oh, no, they are not going to lose the business.

17   That phone its glued to their hand.

18          So, Mr. Boone, when he is stopped and was frisked, is

19   in possession not only of no gun, but no narcotics, nothing,

20   nothing on his person, nothing, and no phone.

21          Now, I submit to you, ladies and gentlemen, that your

22   decision comes down to this on each count:  Does reasonable

23   doubt exist that the Government has proved each of these

24   separate crimes beyond a reasonable doubt?  Have they done

25   that?  Have they gone forward with their exclusive verdict?

1             I submit to you that reasonable doubt can arise from

2     the evidence, from a lack of evidence, or a conflict in the

3     evidence, a conflict like why is a known drug dealer not seen

4     dealing drugs?  Why does he not have a firearm on his person

5     when he is apparently leaving this area?  Why does he not have

6     narcotics on his person, and why does he not have the very

7     instrumentality that brings him money every day, a phone?

8             Lack of evidence like drug deals going on in this

9     location, but Willie Boone is not seen doing that.  Willie

10    Boone is not seen or heard on the recordings dealing drugs.

11            It is over the course of a number of years that this

12    house is being watched one way or another by law enforcement.

13    He must be a ghost.

14            Lack of evidence.  Well, Government's Exhibit 3 -- you

15    know, when law enforcement presents a case to you they are

16    ultimately responsible for what they do, and what they don't

17    do, particularly if it causes reasonable doubt to arise.

18            I asked Detective Chaves, do you usually check the

19    mail at a location to see if that person is associated in some

20    fashion?  Did you check the mailbox?  I think his testimony

21    was, I don't recall, but I didn't personally.

22            Did you check with the owner of the property to see

23    who lived there?  No.  Did you check with any of the neighbors,

24    one neighbor?  He said, oh, yeah, I see this guy all the time.

25    I see this ghost, he is not really a ghost, he is a real guy,

1    one time.  Nah, we didn't do that.

2         He pushes it off by saying, well, we think one of Mr.

3    Boone's family or friends lives in the front house, and we

4    tried to reach them one time.  Not much of an effort, by the

5    way.

6         Again, the Government's responsible for how they

7    conduct their investigation.  Much has been made about

8    Government Exhibit 6.  Well, I asked Detective Chaves, did

9    anybody think to look to see whose name is on the receipt, the

10   credit card that was used for that receipt?  No.

11        How about the very thing where there is apparently

12   some residue on it, on this -- it looks like it may have been

13   cut -- it almost looks like there is residue on the razor and

14   it is being cut on this notebook.  Did you process the notebook

15   to see who is associated with that notebook?  No, we didn't do

16   that.

17        So, this is -- the Government's burden is to show you

18   that there is a tie to Willie Boone being in there that day.

19   Counts 2, 3, 4, and 5 all deal with things that occurred on

20   that date.  They are telling you in Count 2 Willie Boone

21   possessed the cocaine, butylone, and the other narcotic, which

22   I am not going to try to pronounce, on that day.  That is what

23   the allegation is.

24        What they are saying is, we believe the evidence will

25   show beyond a reasonable doubt to you that all the narcotics

1    found inside that house belonged to him or were possessed by

2    him with the intention of distribution.  The problem is, there

3    is no proof that Willie Boone was in that house that day.

4            Count 3 charges possession of a gun, this Glock that

5    has been rendered automatic, on that day that Willie Boone

6    possessed it.

7            Now, according to the Government's evidence, sometime

8    in January -- and Ms. Chase just showed you the video.

9    Sometime in January somebody videoed what appears to be a

10   similar type of Glock in Mr. Boone's hand, but we also know

11   that there was a Glock with a switch that belonged to Kevin

12   Gibson.  I don't know if Kevin gave to it him, it is not clear,

13   for that purpose of the video on that date.  That date is

14   certainly not this date, not the March 3, 2022 date.

15           So, if you believe from the evidence -- from the DNA

16   evidence that Willie Boone touched that weapon, again, what you

17   have to remember is that the testimony has been, like a

18   fingerprint, DNA does not tell you when that particular deposit

19   was made, and it doesn't mean that he had it in his possession

20   on that date.

21           Also, the Government has charged on that date that Mr.

22   Boone possessed a firearm in furtherance of a drug trafficking

23   offense.  Fortunately the jury instruction gives you an

24   indication of what possession means.

25           It says, to possess a firearm is to have direct

Pauline A. Stipes, Official Federal Reporter

1    physical control of a firearm, which we know is not the case

2    because it wasn't on his person.  There is also an instruction

3    on actual possession.  Actual possession means I am actually

4    possessing this magic marker.

5         Constructive possession is, maybe I leave it over here

6    on the desk, and I have the ability and intent to later

7    exercise control of the firearm.

8         So, has the Government afforded you that same proof

9    that Willie Boone intended to go back?  First of all, they

10   can't prove that he was inside the efficiency.  Secondly, they

11   certainly haven't proven that he had the intention of taking

12   over that firearm.

13        Now, let's talk about the elephant in the room.  The

14   elephant in the room is Willie Boone is a convicted felon, and

15   we have stipulated to that.  We stipulated that he has three

16   prior convictions, felonies.  There is a tendency to think,

17   well, probably just did something again, probably broke the law

18   again, he's done it three times before.

19        Ladies and gentlemen, that is not what you can use

20   that stipulation for.  That is strictly as it relates to Count

21   3, as it relates to whether or not -- I am sorry, Count 4, that

22   he was a convicted felon in possession of a firearm.  That is

23   the only thing it can be used for.  It is not something that

24   you can use to impute, well, he broke the law before, he

25   probably did it again, didn't think much about it the last two

Pauline A. Stipes, Official Federal Reporter

1   or three times.

2          You cannot do that.  You are violating your duty as

3   jurors if you do that.

4          Agent Finnamore tells you, I don't know, and the agent

5   from ATF, the expert, can't tell you when the Glock switch was

6   put on the gun, but as it relates to that Glock switch, the

7   Government does have to prove beyond a reasonable doubt that

8   the Defendant knew about the specific characteristics or

9   features of the firearm that made it subject to registration.

10          So, we know from Special Agent Finnamore that he

11   didn't figure out whether or not it had been fired, but he

12   speculated it had been by the seizing law enforcement agency.

13   Never have you seen introduced into evidence anything

14   suggestive of the fact that Willie Boone knew it to be an

15   automatic weapon.  You don't see a video, for instance.

16   Pointing the gun, yes; firing it, no.

17          We talked about the absence of evidence, the lack of

18   evidence.  Well, the Government's own expert says to you,

19   listen, I can't tell you when any of these photos were actually

20   created.  I can tell you there is a time stamp on some of

21   these, but did I find them actually on the phone?  The answer

22   was no.

23          He couldn't even say, with the exception of one image

24   that was a selfie, that actually showed to be a selfie, he

25   can't say that any of these images originated from these

157

| | |
|---|---|
| 1 | particular phones that were located there.  What he does say is |
| 2 | that the Instagram account could have told you definitely where |
| 3 | these came from.  And did law enforcement subpoena the |
| 4 | Instagram account?  No.  No.  Knowing that these records, these |
| 5 | replete records of texting and so forth coming from Instagram, |
| 6 | did they subpoena that?  That would have been proof beyond a |
| 7 | reasonable doubt.  They didn't do so, they chose not to do so. |
| 8 | Jamaican currency found at the location.  A question |
| 9 | again:  Is there any evidence at all that Willie Boone ever |
| 10 | traveled to Jamaica, had Jamaican friends?  Was Kevin Gibson |
| 11 | Jamaican?  Was Mr. Roderick Williams Jamaican?  Who does this |
| 12 | money belong to? |
| 13 | While we are at it, Government Exhibit 25 is the money |
| 14 | that was recovered on the scene.  Not exactly the roll or the |
| 15 | log that Detective Finnamore talked about, 1's, 5's, 10's. |
| 16 | By the way, the Government is going to come up and |
| 17 | say, oh, there is this conversation on the phone about |
| 18 | switches.  Well, getting back to that standard of proof and |
| 19 | that jury instruction about what the Government has to prove to |
| 20 | you beyond a reasonable doubt as far as the special |
| 21 | characteristics, we heard from Ms. Eckroth, a seasoned CSI |
| 22 | officer who had handled over 300 firearms in her career, she |
| 23 | estimates that 60 of those were Glocks, she had no idea this -- |
| 24 | that that was an automatic weapon.  Nobody else apparently knew |
| 25 | either. |

1          You also heard from Special Agent Finnamore that

2     switches are kind of a new origin, they are new on the scene.

3     So, a seasoned and trained person didn't notice it, and

4     apparently the officers that took it into custody on that date

5     also didn't realize that this is a Glock switch or an automatic

6     weapon.

7          Special Agent Finnamore tells you, putting aside his

8     experience, this is the only difference between a Glock switch

9     and fully automatic, this one half inch by maybe one inch item

10    at the back of the slide.

11         Ladies and gentlemen, that is all I have for you.  Mr.

12    Boone and myself appreciate the attention that you have given

13    to us in this matter, and we call upon you to exercise your

14    sworn duty to examine this case the way it should be, and find

15    that there is in fact a reasonable doubt as to Counts 1 through

16    5 and return a verdict of not guilty as to those five counts.

17         Thank you.

18         THE COURT:  Anything further from the Government?

19         MS. DARSCH:  Yes, your Honor.

20         Reasonable doubt is a real doubt, it is based on

21    reason and common sense.  It's not a crazy doubt that just

22    because someone didn't see someone inside a residence on an

23    exact date, that that person wasn't there and they were a ghost

24    that never existed in that same residence that was known as a

25    drug stash house and had boarded up windows so law enforcement

1  couldn't see inside despite their op plan, and the debriefing

2  that you heard Detective Chaves talk about.

3          They had surveillance on this house, it had boarded up

4  windows, it had a white gate in front of it, it actually had

5  two gates, an iron gate and a white fence.  They had the

6  ability to lock that gate, but even though we have all that, we

7  also have Willie Boone's video here, and this is a still shot

8  of a video with the Glock switch that he is taking himself, and

9  right next to it is a video that CSI Agent Eckroth took during

10  her walk-through video of the crime scene.

11          That same bathroom door with the missing door knob

12  right next to the backsplash right here and the light switch is

13  in the video that Mr. Boone videotaped of himself in the drug

14  stash house on 621 52nd Street with his Glock switch, that very

15  unique Glock switch that has the battery here and light here,

16  and where you could see during certain points of the video the

17  switch sticking out right here.  And here is the very unique

18  missing door knob, missing door knob, light, light, backsplash

19  and backsplash.

20          He is not a ghost, he is there.  The reason why law

21  enforcement did see him on March 3, 2022, despite their op plan

22  and their debriefing and their surveillance and having SWAT,

23  was because he was inside the residence with his two cell

24  phones that law enforcement found that day right next to the

25  drugs and right next to the two firearms that also had Mr.

1   Boone's DNA.

2           His DNA wasn't just on one firearm, it was on two

3   firearms in that house with his two cell phones.  As the SWAT

4   team is about to breach and breached that gate, Mr. Boone is

5   detained just outside the efficiency, but inside the white

6   fenced-in area.

7           And right next to Mr. Boone is all the scattered U.S.

8   currency thrown all over, just outside that iron gate where the

9   bicycles were, where the one guy got on a bike and bicycled

10  off.  That is not a ghost.

11          Now, the law recognizes different kinds of possession,

12  and it is constructive possession, joint possession, actual

13  possession, sole possession.  You don't have to find a firearm

14  on a person, you can find a firearm somewhere else and they can

15  constructively possess it as long as they exercise control over

16  it.

17          If you exercise control over something, it doesn't

18  have to be your house, it doesn't have to be your address, it

19  can be anything you are exercising control over.  So, if you

20  have a firearm inside a house, such as this residence, and you

21  have the ability to exercise control over it, that is

22  constructive possession.

23          So, he had the ability to exercise control over this

24  because he put it in a house that could be locked up,

25  especially when law enforcement is watching.  That is why Uncle

```
 1      Butterball said, lock the gate to Willie Boone, lock the gate.
 2      He had the ability to lock that house down, that is exercising
 3      control, that is constructive possession, and his DNA is on it.
 4            The law recognizes joint possession, and that is why
 5      KG, Kevin Gibson -- you heard Detective Chaves say, yeah, he is
 6      familiar with Kevin Gibson, he goes by the alias of KG and
 7      Mike, and KG Cuh is all over the text messages, and so is Mike,
 8      the plug.  And Willie Boone talks about how that is his blood
 9      cousin.
10            So, that is why Kevin Gibson's DNA is on the firearm,
11      they jointly and constructively possessed it together, and they
12      controlled it.  They locked down that house, they locked that
13      gate.  That is why they kept it in there, because law
14      enforcement can't get in.  You heard from Detective Finnamore
15      they would need a search warrant to get in.  That's where it
16      was safe, and while they are inside they keep it next to the
17      drugs while they are cutting the drugs with the razor blade and
18      they're weighing the drugs with the scale.
19            You saw the scale that they were weighing all the
20      drugs with, the N-pyrrolidinoetonitazene that they thought was
21      fentanyl and the butylone that Willie Boone thought was Molly,
22      beans, MDMA, methylenedioxymethamphetamine.  That was the green
23      tablets that were in the same room next to the guns, and the
24      crack cocaine right next to the firearms, and all of that was
25      right next to the two cell phones, Mr. Boone's cell phones that
```

Pauline A. Stipes, Official Federal Reporter

```
 1    were inside the residence on the day of the search warrant.

 2              So, as SWAT is walking in, he is inside, and he is

 3    leaving his cell phones and he actually gets caught, detained

 4    outside.  We know he has been inside this residence because

 5    here he is inside the residence.

 6              And we also know he was inside the residence because

 7    his blood cousin, Kevin Gibson, KG Cuh -- if I could switch to

 8    the ELMO briefly.

 9              On March 3, 2022, we know he is there because he is

10    looking for the caps.  Where did you put the caps, Cuh, KG Cuh,

11    his blood cousin, Kevin Gibson, Mike, March 3, 2022, before the

12    search warrant was executed.

13              These are the caps right here, but we don't even have

14    to prove that he was there on a certain date, we don't have to

15    prove that.  We just have to prove that -- we don't have to

16    prove a crime occurred on an exact date.  We only have to prove

17    beyond a reasonable doubt that it was committed on a date

18    reasonably close to the date alleged.

19              And the Defendant keeps talking about surveillance

20    tapes and the words of Boone, you are never going to hear the

21    words of Boone, you're never going to see him inside the

22    residence, we don't hear him, there are no words, the officers

23    didn't check the mailbox, the officers didn't look for Willie

24    Boone.

25              We do have words, these are Willie Boone's words right
```

Pauline A. Stipes, Official Federal Reporter

1    here, all these text messages with his co-conspirators that

2    tell him to lock that house that he controls, and where he is

3    telling his other co-conspirators where he hid the firearms

4    that he controls.  He knows where the firearms are, that's when

5    you are controlling something.  You are hiding them in a

6    certain spot, like the oven, when you are leaving your shift.

7            Even if we didn't have his words and we didn't have

8    his DNA, a picture does speak a thousand words, and we have

9    pictures of him and videos of him.

10           If we could change the monitor back to monitor.

11           Here is the crime scene investigator, Aisha Eckroth,

12   where she took pictures.  Here is the green roof, and here is

13   Willie Boone in front of the green roof.  You see the white

14   fence back here.  So, here he is inside the iron gate area, so

15   he is like right here, and he labeled that selfie.  That is not

16   something Instagram did, that is something he did, and he is

17   not a ghost because that is on March 3, 2022.

18           So, when SWAT comes in, he goes out, and all the

19   currency is thrown on the ground, and his two cell phones are

20   inside, along with the two firearms that have his DNA and the

21   drugs.  That's why he was encountered without a gun.

22           SWAT was moving in and he knew it.  His phone was

23   blowing up.  He is not a ghost.  Law enforcement knew that this

24   house was a drug stash house.  They didn't need to check the

25   mailbox for mail.  Why?  Because they did a walk-through before

1    they looked for anything and they didn't even see a bed.

2    Nobody was sleeping there, nobody was living there.  They were

3    familiar with this drug stash house, they knew he was living

4    there, they don't need to check the mailbox.

5            They have overwhelming evidence, they had it, they had

6    the cash, they had the drugs that field tested positive for

7    drugs, they had his cell phone, they detained him, they took

8    his DNA.

9            Here he is again.  We don't have words?  We do have

10   words.  We have all these words and we have these pictures, and

11   here he is again with the Glock switch.  This is a still shot

12   from the video and this has the light on, and it is the same

13   exterior stucco as here.

14           And this is the video that he puts the second Glock

15   switch down in at the end, and that is -- it is January 24th,

16   11:10, same video, and here, like Special Agent Finnamore said,

17   yeah, there is the Glock switch right there.

18           One, two, so he has knowledge of a Glock switch, he

19   doesn't think a switch is a Nintendo switch.  He knows what a

20   Glock switch is.  Let me buy a switch.  I only got two.  This

21   is one, this is two.  He had knowledge of that Glock switch

22   because this message was sent an hour, approximately, after he

23   uploaded his video to Instagram at 621 52nd Street.

24           So you see these boarded up windows?  You can't see

25   inside this residence.  This is Mr. Boone, and Agent Finnamore

Pauline A. Stipes, Official Federal Reporter

1  testified that this currency he is flashing is not all United

2  States currency.  There is different currency in this picture

3  from other countries that he is holding in his hands right

4  outside 621 52nd Street.  How do we know that?  Because this is

5  Agent Eckroth's warrant video and a closeup photo of the

6  exterior of 621 52nd Street, and different types of plywood.

7  It's like a different color plywood right here, and there's

8  another color plywood right there.

9          You can't see inside this residence when you are

10  conducting surveillance until you get a search warrant to get

11  inside that residence.

12          Here is Willie Boone in front of the same window, same

13  color wood, same color wood, flashing all his cash in different

14  currency from other countries.  That is less than a month

15  before the search warrant, and that is what was inside that

16  boarded up residence when law enforcement finally did get in

17  there.

18          There is the Glock switch that we just saw earlier.

19  Zoomed in, it is very visible to the eye.  You can see it, it

20  is external, it is an external mechanism, it is not internal.

21  He knows it, he had two, and they asked, let me buy a switch.

22  I've only got two.  He knew it, he saw it, and he videoed

23  himself with it, and he took a picture of it and sent it to

24  Uncle Butterball.

25          Special Agent Finnamore testified it is the same Glock

1   switch in that picture, it is better than a serial number.

2   That scratch was left and Agent Finnamore could measure in

3   where that scratch was, six dots in.  He is not a ghost, he is

4   in that residence and he is videoing himself and he is taking

5   pictures of himself.  That is not a ghost.

6         And this Glock is right here (indicating) it is right

7   here next to the capsules, the N-pyrrolidinoetonitazene that he

8   thought was fentanyl, and next to the cocaine, and next to the

9   razor blade, and next to the folded receipt that he is using to

10  funnel the powder into the caps.  You heard Special Agent

11  Finnamore talk about how in West Palm Beach that is how

12  fentanyl is distributed.

13        But one gun wasn't enough.  Even though there was DNA

14  on one gun, there was DNA on the second gun, the XD.  The

15  Springfield Armory pistol that he talks about is an XD.  That's

16  what he talks about in the text messages, the XD.  He

17  controlled the XD also, he knew who had it, or who was supposed

18  to have it when all the co-conspirators were talking and taking

19  turns selling in this stash drug house.

20        That is how we know he possessed drugs also with the

21  intent to distribute, not because all his words show that he is

22  distributing, like to Nicole who tests it and weighs it on a

23  scale of one to ten, and tells him how to cut it, how it is not

24  all real fetty, how it has H in it, she has hives all up her

25  arms.  Maybe it is good for smoking, maybe it is good for

1    snorting.

2            But we also know that he intends to distribute these

3    drugs, not from all of his words, but looking at the difference

4    between a distributor and a user.

5            If you find someone with a very small amount of drugs

6    on them they are possessing, but they might not be intending to

7    distribute it.  You heard Special Agent Finnamore tell you this

8    amount of capsules right here, this is not a possession amount.

9    That is a distribution amount.  So, he is possessing these

10   drugs with the intent to distribute them.

11           This is 11 capsules of what he thought was fetty, that

12   he was selling to Nicole that she thought was so strong, and

13   turned out to be N-pyrrolidinoetonitazene.  That is a

14   distribution amount.  You can look at that, too, when you are

15   trying to think is he intending to distribute these drugs.

16           You can also look at his tools.  Is he intending to

17   distribute these drugs if he has not one firearm, but two

18   firearms, one with an extended magazine, with a switch, that

19   held 30 rounds and it was loaded with 24 rounds with one round

20   in the chamber?  Would a user have that?  No.  A possessor

21   would not have that.  Someone who is intending to distribute

22   drugs would have that.

23           Would a user have a scale?  No.  That is someone who

24   is possessing drugs and intending to distribute them.  He is

25   sitting at the table cutting the drugs with his razor blase and

1    using the folded receipt to put it into capsules.

2         And he was told by Uncle Butterball, law enforcement

3    is watching, when it got really close to the search warrant,

4    lock that gate, stop serving.  He had the ability to stop

5    serving because he controlled all these items inside this

6    boarded up house.  And while he is in there on March 3, 2022,

7    his co-conspirators, Kevin Gibson, Aj Brother Dee, three missed

8    calls are calling him.

9         That is the phone he left inside the house that he was

10   in as SWAT was moving in.

11        This is the Glock we talked about earlier, the Glock

12   pistol that Special Agent Finnamore said is the same exact

13   Glock pistol based on that very unique scratch that is better

14   than a serial number, and it has that very unique gripping that

15   is wearing off, that is not following the curve of the Glock,

16   and that very unique cap on the end of the extended magazine.

17        So, a picture speaks a thousand words.  Even if we

18   didn't have his two cell phones inside the residence, even if

19   we didn't have his DNA on not one gun, but two guns, even if we

20   didn't have all of this, he sends a picture of the same Glock

21   that law enforcement recovered in the house.

22        We know this is in furtherance of his drug trafficking

23   activity because it is next to all his drug proceeds, it's next

24   to crack cocaine, it's next to a capsule of what he thinks is

25   fentanyl, and this is February 25th.  The search warrant was on

Pauline A. Stipes, Official Federal Reporter

| 1 | March 3rd, and here he is talking about Molly with Uncle |
| 2 | Butterball, his co-conspirator, the same guy that told him to |
| 3 | lock the gate because he is controlling this house. |
| 4 | So, reasonable doubt is a real doubt, it's based on |
| 5 | reason and common sense.  It is not a crazy doubt.  That is why |
| 6 | I ask you to return the only verdict that the evidence |
| 7 | supports, and that is guilty on all five counts of the |
| 8 | indictment. |
| 9 | Thank you. |
| 10 | THE COURT:  Okay.  Ladies and gentlemen, at this time, |
| 11 | with the exception of one juror -- if I could ask you to stay |
| 12 | behind for a moment, Ms. Wilfon, Juror Number 13 -- we will |
| 13 | have the first 12 jurors retire to the jury room.  Bring with |
| 14 | you your notes and your instructions and the verdict form. |
| 15 | You may begin insofar as selecting a foreperson, but I |
| 16 | would ask that you not begin your deliberations until the |
| 17 | exhibits are brought back to you.  As I understand it, the |
| 18 | exhibits will be on a computer that you will be able to access, |
| 19 | and that is when you can begin to deliberate.  That will only |
| 20 | be a moment, we will send that right back and at that point you |
| 21 | can begin to deliberate. |
| 22 | I will also send back the indictment and the only |
| 23 | verdict form that you will be writing on, which is the blue |
| 24 | colored paper, and I will remind you that if you have any |
| 25 | questions or comments that you need to relay to me, write them |

| | |
|---|---|
| 1 | down on a piece of paper and knock, and our Court Security |
| 2 | Officer will bring the note to me.  Clearly if and when you |
| 3 | reach a verdict you should let the Court Security Officer know |
| 4 | that as well.  At no time should you communicate the nature of |
| 5 | your deliberations, whether you are taking any votes, what the |
| 6 | votes are.  I just want to know if there is a specific question |
| 7 | that I will try to answer if I can.  Otherwise, we will wait |
| 8 | and see what the outcome is with respect to your deliberations. |
| 9 | (Thereupon, the jury left the courtroom at 2:51 p.m.) |
| 10 | THE COURT:  You may be seated. |
| 11 | So, Ms. Wilfon, I don't know -- I don't recall whether |
| 12 | you said you sat on a jury before? |
| 13 | THE JUROR:  Yes, but not all the way to deliberations. |
| 14 | THE COURT:  You might remember if they did this in |
| 15 | your other case.  In a criminal case the law only provides that |
| 16 | 12 jurors will go back to deliberate. |
| 17 | It is imperative that we ensure that we have 12 jurors |
| 18 | from the beginning to the end, so it is very common to have |
| 19 | alternate jurors be seated.  Sometimes we have two, three, four |
| 20 | alternate jurors.  Unlike a civil case, in a criminal case the |
| 21 | alternate jurors cannot go back to deliberate, but I can assure |
| 22 | you that your role in this case was vitally important because |
| 23 | it is also not uncommon for cases to lose jurors along the way |
| 24 | for one reason or another, something happens, somebody gets |
| 25 | sick, and you are qualified to sit as a juror, so you would |

Pauline A. Stipes, Official Federal Reporter

1    have moved into that person's seat and you would have gone back

2    to deliberate.

3              Fortunately, nobody was eliminated, nobody got sick.

4    We hope that remains the case through their deliberations.

5              To that end, we do want to thank you very much for

6    your service.  I have a small token of our appreciation, that

7    is all I can give you, but it is a certificate of appreciation

8    in recognition of your service.  You have been with us three

9    full days and have been attentive and are equally qualified to

10   serve as a juror.

11             At this point you will be able to be released.  You

12   are no longer under the obligation not to discuss the case with

13   anyone.  Clearly you can't discuss it with the jurors, but

14   presumably when they come out they may have a verdict or not.

15             I suppose they may not have a verdict and might go

16   over until tomorrow, so you should know they are still under

17   the same obligation.

18             So, with that, I will excuse you, and give you this

19   certificate of appreciation in recognition of your service, and

20   you can be excused.

21             (Thereupon, the alternate juror left the courtroom.)

22             THE COURT:  All right.  Do we have your cell numbers?

23             MR. SCHUMACHER:  Could I put on the record one

24   additional objection about the instructions?  I didn't do it at

25   the time because we were in the midst of it, but I would still

1   like to preserve the issue on the instruction that was given as

2   it related to Count 4 with the additional interrogatory.

3            THE COURT:  Not the instruction, you mean the verdict

4   form.

5            MR. SCHUMACHER:  Verdict form.

6            THE COURT:  There was nothing in the instruction about

7   it.  Okay.

8            So, I would try to stay close by.  My experience is

9   that if we get a question, we often get it in the beginning,

10  like the first half hour or so.  I don't know if you are

11  planning on leaving the courthouse anyway.  Maybe you are not,

12  but if you are to go out to get coffee or something, I'd ask

13  that maybe you don't do that for the first half hour.  If you

14  do, if we get a question we will call you right away.  I don't

15  take up questions unless all counsel are here.

16           I suppose if the five o'clock hour comes and we

17  haven't heard anything, it is possible Melanie may go in to

18  inquire.  Why don't I say if you don't hear anything from us,

19  be back at 5:00 so we can assess where we are.

20           Do we have the computer?

21           MRS. CHASE:  Yes, your honor.  We do have some

22  physical exhibits to go back.  I removed the drug exhibits and

23  the firearm exhibits.  The other exhibits are here, and there

24  are substitute copies of those exhibits on the computer.

25           THE COURT:  And Defense counsel checked that?

Pauline A. Stipes, Official Federal Reporter

1           MR. SCHUMACHER:  Yes, your Honor.  There was just one

2      notation, the amount of cocaine, or butylone I think it was,

3      the Government redacted that because it showed an amount.

4           MRS. CHASE:  That was in a file, your Honor, we

5      corrected it.

6           THE COURT:  Melanie can take that to bring to the

7      jurors.

8           MRS. CHASE:  May I approach, your Honor?

9           THE COURT:  Yes.

10      (Thereupon, a short recess was taken.)

11           THE COURT:  We have a verdict.  We have everybody

12      here, we will bring our jury in.

13      (Thereupon, the jury returns to the courtroom.)

14           THE COURT:  Welcome back, you may be seated.

15           I understand there is a verdict.  If I could ask our

16      foreperson if the jury has unanimously agreed on its verdict.

17           THE FOREPERSON:  Yes.

18           THE COURT:  If you could hand the verdict to our

19      courtroom deputy, Ms. Richardson.  Thank you.

20           Okay, the verdict form appears to be in good order,

21      everything is regular, nothing inconsistent.

22           Ladies and gentlemen, I am going to now have the

23      verdict published, which means that Ms. Richardson is going to

24      read it out loud.  Please listen carefully because at the end

25      either party may ask to have you polled, which is to ask

1  whether this verdict is in fact your verdict.  Listen carefully

2  when she reads the verdict form.

3            If you could please publish the verdict.

4            THE COURTROOM DEPUTY:  In case 22-80175-CR-Rosenberg,

5  United States of America versus Willie Boone.

6            We, the jury, unanimously find as follows as to the

7  Defendant as to the following counts of the third superseding

8  indictment:

9            Count 1.  As to Count 1 of the third superseding

10 indictment, conspiracy to possess controlled substances with

11 intent to distribute, in violation of 21 U.S.C., Section 846,

12 we find the Defendant guilty.

13           We, the jury, having found the Defendant guilty of the

14 offense charged in Count 1, further find that he conspired to

15 possess with intent to distribute the following controlled

16 substances:  N-pyrrolidinoetonitazene,

17 methylenedioxymethamphetamine, butylone, and cocaine.

18           Count 2.  As to Count 2 of the third superseding

19 indictment, possession with intent to distribute a controlled

20 substance, in violation of 21 U.S.C., Section 841(a)(1), we

21 find the Defendant guilty.

22           We, the jury, having found the Defendant guilty of the

23 offense charged in Count 2, further find that he possessed with

24 intent to distribute the following controlled substances:

25 N-pyrrolidinoetonitazene, butylone, and cocaine.

1          As to Count 3 of the third superseding indictment,

2    possession of a firearm in furtherance of a drug trafficking

3    crime, in violation 18 U.S.C. 924(c)(1)(a), we find the

4    Defendant guilty.

5          We, the jury, having found the Defendant guilty of the

6    offense charged in Count 3, further find that he possessed the

7    firearm in furtherance of the following drug trafficking crime,

8    Count 1, conspiracy to possess controlled substances with

9    intent to distribute, Count 2, possession of controlled

10   substance with intent to distribute.

11         We, the jury, having found the Defendant guilty of the

12   offense charged in Count 3, further find with respect to that

13   count that the firearm possessed was a machinegun, yes.

14         As to Count 4 of the third superseding indictment,

15   knowing possession of a firearm by a previously convicted

16   felon, in violation of 18 U.S.C., Section 922(g)(1), as alleged

17   in Count 4 of the third superseding indictment, we find the

18   Defendant guilty.

19         We, the jury, having found the Defendant guilty of the

20   offense charged in Count 4, further fined that he possessed the

21   firearm after having had at least three previous convictions

22   for offenses committed on occasions different from one another,

23   yes.

24         Count 5.  As to Count 5 of the third superseding

25   indictment, possession of a machinegun not registered in the

Pauline A. Stipes, Official Federal Reporter

```
 1   National Firearms Registration and Transfer Record, in

 2   violation 26 U.S.C., Sections 5841, 5861(d), and 5871, we find

 3   the Defendant guilty.

 4            It is signed by the foreperson on today's date.

 5            THE COURT:  Okay.  Thank you very much.  Does either

 6   side want the jury to be polled?

 7            MS. DARSCH:  Yes, your Honor.

 8            THE COURT:  Okay.  If you could please poll the jury.

 9   BY THE COURTROOM DEPUTY:

10   Q.  Juror number one, was the verdict as read your verdict?

11   A.  Yes.

12   Q.  Juror number two?

13   A.  Yes.

14   Q.  Juror number three?

15   A.  Yes.

16   Q.  Juror number four?

17   A.  Yes.

18   Q.  Juror number five?

19   A.  Yes.

20   Q.  Juror number six?

21   A.  Yes.

22   Q.  Juror number seven?

23   A.  Yes.

24   Q.  Juror number eight?

25   A.  Yes.
```

Pauline A. Stipes, Official Federal Reporter

```
 1    Q.   Juror number nine?

 2    A.   Yes.

 3    Q.   Juror number ten?

 4    A.   Yes.

 5    Q.   Juror number 11?

 6    A.   Yes.

 7    Q.   Juror number 12?

 8    A.   Yes.

 9              THE COURTROOM DEPUTY:  We have a unanimous verdict.

10              THE COURT:  Okay, thank you.

11              Ladies and gentlemen, on behalf of the Court and the

12    parties and the attorneys, we want to thank you very much for

13    your time and consideration of this case, and for fulfilling

14    your civic duty to serve as jurors.

15              I want to advise you of some very special privileges

16    that are enjoyed by jurors.  No juror can be required to talk

17    about the discussions that occurred in the jury room except by

18    Court Order.  For many centuries our society has relied upon

19    juries for consideration of difficult cases, and we have

20    recognized for hundreds of years a jury's deliberations,

21    discussions, and votes should remain their private affair as

22    long as they wish it.

23              Therefore, the law gives you a unique privilege not to

24    speak about the jury's work unless there is a Court Order

25    requiring you to do so.
```

```
 1              You are relieved of your obligation, however, not to
 2    speak about the case.  Should you choose to speak about it with
 3    each other or with anyone else, you are free to do so.  Your
 4    obligations as relates to this case are complete, and to the
 5    extent that your jury service was to cover additional time --
 6              THE COURTROOM DEPUTY:  They are done.
 7              THE COURT:  You don't have to call in any more.  On
 8    behalf of all of us, we want to thank you.  As you leave we
 9    will return your phones, and as a small token of our
10    appreciation, we have a certificate of appreciation for each
11    and every one of you.  We wish you well and thank you.  You are
12    excused.
13              (Thereupon, the jury left the courtroom.)
14              THE COURT:  Okay.  I think what Melanie told me was by
15    separate order we will be able to give a sentencing date and we
16    will put that in the order.
17              Was there anything else?
18              MS. DARSCH:  Yes, your Honor.  The Defendant --
19              THE COURT:  Actually, let me adjudicate Mr. Boone.
20    Mr. Boone is adjudicated guilty based on the verdict of Count
21    1, Count 2, Count 3, Count 4, and Count 5.
22              MS. DARSCH:  The Defendant was initially given a bond
23    in this case and he could never make bond.  The Government
24    would request that his bond be revoked.  It is now mandatory --
25    now that he has been convicted, it is mandatory under 18 United
```

1    States Code, Section 3143 due to the drug charges and the

2    924(c) charge.

3              THE COURT:  Does the Defense wish to be heard on that?

4              MR. SCHUMACHER:  No, your Honor.

5              THE COURT:  The bond is revoked.  Anything further?

6              MS. DARSCH:  Not from the Government.

7              THE COURT:  Thank you to counsel for putting on a very

8    good and smooth trial and, Mr. Boone, you were very well

9    represented, and we will see you in a few months at sentencing.

10             Okay, thank you.

11             MR. SCHUMACHER:  Thank you, Judge.

12             (Thereupon, the trial was concluded.)

13                              *  *  *

14        I certify that the foregoing is a correct transcript

15   from the record of proceedings in the above matter.

16

17        Date: November 28, 2023

18                    /s/ Pauline A. Stipes, Official Federal Reporter

19                         Signature of Court Reporter

20

21

22

23

24

25

Pauline A. Stipes, Official Federal Reporter

180

MR. SCHUMACHER: **[51]**   4/20
5/3 5/10 6/20 7/4 7/7 15/3
15/5 18/17 23/23 55/21 56/7
57/22 58/5 62/2 62/5 63/11
70/3 73/9 73/22 80/19 83/20
88/4 98/3 100/11 100/14
101/9 107/4 108/16 108/19
111/18 112/2 112/8 112/13
112/17 112/23 113/2 113/18
113/20 114/14 114/17 115/1
115/14 115/21 147/9 147/12
171/22 172/4 172/25 179/3
179/10
MRS. CHASE: **[44]**   5/4 5/17
6/9 64/2 64/6 64/9 65/3 73/7
73/20 74/1 80/17 80/22 83/16
83/18 83/23 88/1 88/7 92/21
94/3 94/6 97/24 98/1 104/19
111/2 111/7 111/11 111/16
111/22 112/6 112/21 113/5
113/10 113/14 114/3 114/6
114/10 114/12 114/21 114/23
115/4 135/12 172/20 173/3
173/7
MS. DARSCH: **[16]**   7/20 14/24
21/12 45/25 55/23 56/19 57/5
58/1 62/1 63/13 98/7 158/18
176/6 178/17 178/21 179/5
THE COURT: **[128]**   2/18 5/2
5/8 5/18 6/10 6/23 7/5 7/8
7/11 7/21 15/2 15/4 15/6
18/18 21/10 21/13 23/24 46/2
55/22 56/10 56/20 57/6 57/25
58/8 62/4 63/12 63/14 63/23
64/3 64/7 64/13 64/20 64/22
64/25 65/5 70/5 73/10 73/21
73/23 73/25 80/20 80/23
83/17 83/19 83/21 83/24 88/5
92/22 94/5 94/7 97/25 98/2
98/4 98/9 98/23 99/5 99/8
99/11 99/13 99/17 99/20
99/25 100/2 100/5 100/8
100/12 100/16 101/5 104/18
107/3 107/5 108/17 108/23
111/4 111/10 111/14 111/17
111/19 112/3 112/7 112/12
112/14 112/18 112/22 112/24
113/3 113/8 113/13 113/17
113/19 113/21 114/5 114/8
114/11 114/16 114/18 114/22
114/24 115/2 115/6 115/15
115/17 115/19 115/22 147/7
147/11 158/17 169/9 170/9
170/13 171/21 172/2 172/5
172/24 173/5 173/8 173/10
173/13 173/17 176/4 176/7
177/9 178/6 178/13 178/18
179/2 179/4 179/6
THE COURTROOM DEPUTY: **[8]**
64/19 65/7 74/3 84/1 101/4
174/3 177/8 178/5
THE DEFENDANT: **[10]**   99/4
99/7 99/10 99/12 99/16 99/19
99/24 100/1 100/4 100/7
THE FOREPERSON: **[1]**   173/6
THE JUROR: **[1]**   170/12

THE WITNESS: **[4]**   65/11
73/24 74/7 84/5

**$**

**$10 [1]**   36/22
**$100 [3]**   8/10 8/21 28/9
**$15 [3]**   34/13 34/15 35/11
**$20 [1]**   8/22
**$50 [1]**   8/21

**/**

**/s [1]**   179/18

**0**

**02 [1]**   52/10
**0477 [1]**   1/21
**07 [1]**   91/16

**1**

**1's [1]**   157/15
**1/20/2022 [1]**   31/13
**1/24/2022 [1]**   61/20
**10 [4]**   37/5 38/7 39/17 83/5
**10's [1]**   157/15
**100 [2]**   8/3 25/1
**100's [1]**   49/11
**1027 [1]**   1/18
**1032 [1]**   4/10
**1063 [2]**   3/21 4/4
**11 [4]**   61/24 80/16 167/11
177/5
**115 [1]**   2/18
**116 [1]**   71/22
**11:00 [1]**   72/5
**11:00 o'clock [1]**   63/19
**11:10 [2]**   146/16 164/16
**12 [4]**   169/13 170/16 170/17
177/7
**129 [1]**   107/21
**12:00 [1]**   98/15
**12:22 [1]**   115/12
**13 [19]**   11/23 19/25 59/13
60/13 93/1 93/8 93/14 94/10
94/24 95/20 95/24 97/12
97/22 105/16 143/23 143/25
144/17 146/21 169/12
**132 [3]**   44/10 44/11 108/1
**133 [2]**   44/13 44/24
**14,000 [1]**   85/13
**142 [2]**   3/21 4/4
**1423 [2]**   31/16 150/17
**144 [1]**   107/17
**15 [11]**   2/17 34/25 63/18
63/21 70/24 72/15 72/23 73/9
73/11 73/13 87/10
**16 [7]**   2/17 70/24 72/15
72/23 73/9 73/11 73/13
**17 [5]**   54/11 66/20 79/22
82/21 121/17
**17's [1]**   11/10
**18 [13]**   70/25 71/4 72/15
72/24 97/2 97/7 126/4 127/10
133/10 134/1 175/3 175/16
178/25
**18-month [1]**   86/5
**1800's [1]**   17/18
**19 [8]**   71/22 71/24 76/12
76/20 91/7 91/19 96/19 96/21

**1900's [1]**   17/18
**1934 [2]**   75/13 88/16
**1968 [1]**   88/12
**1986 [7]**   76/12 76/21 91/7
91/19 96/19 96/22 145/19
**1999 [1]**   79/15
**19th [1]**   72/2
**1:00 [5]**   72/5 98/16 98/22
115/12 115/16
**1:15 [2]**   72/1 72/5
**1:16 [1]**   71/23

**2**

**2,000 [1]**   85/15
**2/1/2022 [1]**   39/12
**2/12/2022 [1]**   44/1
**2/25/2022 [1]**   52/8
**2/26/2022 [5]**   8/18 26/5 27/7
27/12 32/18
**2/26/22 [1]**   27/25
**2/27/2022 [1]**   44/14
**2/28/2022 [1]**   28/15
**20 [3]**   32/1 32/6 34/10
**20's [1]**   49/11
**200 [1]**   3/25
**2000's [1]**   17/17
**2005 [1]**   67/2
**2006 [1]**   66/17
**2011 [1]**   66/15
**2012 [3]**   67/3 107/21 108/2
**2013 [1]**   107/13
**2014 [1]**   107/18
**2018 [1]**   108/11
**2019 [3]**   47/3 47/11 108/5
**2020 [2]**   47/3 47/11
**2022 [40]**   3/22 4/4 8/18
24/25 26/5 27/7 27/12 28/15
29/14 31/6 31/13 32/1 32/2
32/6 32/18 33/21 33/22 34/10
36/1 39/12 44/1 44/14 45/14
52/8 52/10 61/20 61/20 71/22
71/24 106/17 137/18 141/12
142/8 148/14 154/14 159/21
162/9 162/11 163/17 168/6
**2023 [3]**   1/8 3/25 179/17
**2060 [1]**   108/2
**21 [11]**   19/18 24/17 111/14
111/15 122/22 123/12 124/24
132/11 132/24 174/11 174/20
**21-B [2]**   61/7 144/14
**21-C [4]**   59/5 105/6 109/12
146/10
**21-E [6]**   8/15 19/20 19/24
51/22 52/12 59/3
**22 [10]**   7/20 8/2 8/17 24/17
24/17 27/25 61/17 137/13
139/2 139/10
**22-3076 [1]**   70/15
**22-80175 [1]**   3/3
**22-80175-CR-Rosenberg [1]**
174/4
**22-CR-80175-ROSENBERG [1]**
1/3
**24 [5]**   61/20 138/1 141/23
147/8 167/19
**24th [2]**   146/15 164/15
**25 [9]**   36/7 36/21 36/22
36/23 37/4 39/12 40/11 52/10

**2**

**25...** **[1]**   157/13
**251 [1]**   108/11
**25th [2]**   137/14 168/25
**26 [11]**   24/24 35/25 81/9
81/13 82/7 82/11 115/1
128/10 134/15 140/24 176/2
**26th [4]**   72/18 72/24 141/20
143/3
**28 [1]**   179/17
**28th [1]**   144/22
**29 [9]**   2/17 80/2 80/12 80/19
80/22 101/11 107/9 108/21
145/21
**2:51 [1]**   170/9

**3**

**3-D [1]**   96/15
**3/1/2022 [1]**   29/14
**3/20/2022 [1]**   45/14
**3/3/2022 [1]**   33/21
**30 [10]**   25/2 36/6 39/5 90/14
97/19 102/9 113/13 113/14
151/9 167/19
**30/30 [1]**   113/13
**300 [3]**   54/20 55/6 157/22
**3076 [1]**   70/15
**31 [11]**   2/18 16/11 114/7
114/13 114/19 114/20 114/25
115/3 115/6 137/25 140/10
**3143 [1]**   179/1
**31st [1]**   115/4
**32 [10]**   3/6 3/7 6/6 16/12
16/14 138/4 142/11 145/3
145/13 147/1
**33301 [1]**   1/21
**33401 [2]**   1/18 31/17
**3434 [1]**   1/24
**35 [1]**   36/15
**37 [4]**   65/24 66/22 67/2 67/6
**37th [1]**   65/23
**3rd [4]**   137/20 141/21 149/10
169/1

**4**

**4's [1]**   3/9
**40 [1]**   39/6
**40 feet [2]**   102/9 151/9
**400 [1]**   1/17
**452 [1]**   108/5
**45th [1]**   36/12
**46 [1]**   2/4

**5**

**5's [1]**   157/15
**50 [1]**   146/18
**50's [1]**   49/11
**500 [1]**   1/17
**50th [1]**   36/8
**52 [19]**   7/20 8/2 8/9 8/16
19/18 21/16 24/18 24/19
24/21 25/3 25/9 34/11 35/4
35/21 44/18 44/24 45/15 52/7
144/22
**52nd [23]**   25/15 35/21 43/23
45/18 46/6 47/9 105/24
136/25 137/14 137/16 138/23

**139/1 139/7 141/13 143/15
143/23 144/25 147/17 149/1
159/14 164/23 165/4 165/6
**52th [1]**   36/8
**53 [5]**   24/22 81/8 81/13 82/7
82/11
**54 [1]**   26/3
**55 [1]**   27/5
**56 [3]**   2/5 27/9 27/22
**561-209-1027 [1]**   1/18
**561-803-3434 [1]**   1/24
**57 [1]**   27/24
**5811 [1]**   82/10
**5812 [1]**   82/10
**5841 [3]**   81/8 134/15 176/2
**5861 [3]**   128/11 134/15 176/2
**5871 [2]**   134/15 176/2
**5:00 [1]**   172/19

**6**

**60 [1]**   157/23
**62 [2]**   2/6 28/12
**621 [18]**   46/6 47/9 105/24
136/25 137/16 138/23 139/1
139/9 141/13 143/15 143/23
147/17 148/25 149/1 159/14
164/23 165/4 165/6
**64 [1]**   29/19
**65 [3]**   2/8 29/19 29/20
**651 [1]**   147/17
**66 [1]**   4/10
**67 [1]**   3/25
**68 [2]**   31/8 31/9
**688 [1]**   107/21
**69 [1]**   31/15
**6:00 [1]**   25/4
**6:00 p.m [3]**   25/5 25/9 25/10

**7**

**70 [1]**   31/15
**700 [1]**   1/20
**71 [1]**   31/22
**713 [1]**   107/12
**716 [1]**   107/12
**72 [1]**   32/4
**73 [3]**   2/17 32/16 32/17
**74 [3]**   2/10 33/19 33/20
**75 [2]**   34/8 34/9
**761 [1]**   107/17
**77 [2]**   34/23 35/25
**7th [2]**   31/16 150/17

**8**

**80 [2]**   2/17 25/3
**80175 [1]**   3/3
**84 [1]**   2/12
**841 [4]**   123/12 124/24 132/24
174/20
**846 [4]**   111/14 122/23 132/11
174/11
**87 [1]**   39/8
**88 [2]**   40/9 40/10
**882 [1]**   108/10
**89 [1]**   40/15
**8:00 [7]**   67/24 69/8 69/11
69/14 70/3 70/9 72/19

**9**

**9-millimeter [2]**   121/17
121/18
**91 [1]**   42/18
**92 [2]**   40/9 43/24
**921 [1]**   108/5
**922 [5]**   91/5 102/25 127/11
134/2 175/16
**924 [4]**   126/4 133/11 175/3
179/2
**93 [1]**   44/6
**954-356-0477 [1]**   1/21
**956 [1]**   65/13
**963 [1]**   111/16

**A**

**A-C-E-V-E-D-O [1]**   108/10
**a.m [8]**   67/25 69/8 69/11
69/14 70/3 70/9 72/5 72/19
**abbreviation [1]**   38/24
**ability [11]**   75/13 75/17
78/4 119/7 126/19 155/6
159/6 160/21 160/23 161/2
168/4
**able [20]**   5/7 9/10 9/10
10/25 11/1 16/17 17/3 26/20
30/20 30/25 38/2 59/19 76/8
76/10 78/21 91/17 148/23
169/18 171/11 178/15
**about [87]**   9/1 9/7 10/20
13/2 17/7 19/21 20/13 22/15
27/21 28/10 29/2 29/5 31/9
36/19 37/4 42/15 43/14 45/3
45/16 45/23 46/23 47/13 48/2
51/9 56/3 59/2 61/8 66/15
67/11 68/2 71/18 80/6 81/3
85/15 98/18 99/1 104/3 104/8
117/25 118/3 118/7 119/8
119/16 120/2 120/3 120/8
122/5 122/7 124/20 126/24
129/10 131/1 140/15 141/11
143/17 147/8 147/13 147/19
148/5 148/20 149/2 149/6
149/24 153/7 153/11 155/13
155/25 156/8 156/17 157/15
157/17 157/19 159/2 160/4
161/8 162/19 166/11 166/15
166/16 168/11 169/1 171/24
172/6 177/17 177/24 178/2
178/2
**above [1]**   179/15
**absence [3]**   101/21 102/20
156/17
**absolutely [7]**   18/2 21/21
23/9 49/22 50/4 50/18 103/1
**abundance [1]**   113/12
**ACCA [1]**   4/1
**accept [4]**   67/16 72/20
118/17 120/9
**accepted [1]**   70/8
**accepts [1]**   136/1
**access [16]**   68/19 68/23
68/24 69/18 77/8 77/13 77/15
77/22 77/23 78/1 78/2 78/4
78/6 78/8 140/8 169/18
**accessible [8]**   56/4 56/6
57/22 58/3 58/4 137/23

**A**

**accessible... [2]**  141/16
151/8
**accessory [1]**  10/9
**accident [2]**  67/3 122/14
**accomplish [1]**  124/4
**accomplished [1]**  140/4
**according [1]**  154/7
**account [3]**  55/15 157/2
157/4
**accounting [1]**  100/25
**accounts [1]**  55/18
**accurate [2]**  114/24 118/18
**accurately [1]**  119/8
**accused [1]**  103/13
**Acevedo [1]**  108/10
**acquire [3]**  20/18 42/14 55/4
**acquired [2]**  35/18 82/2
**acquittal [3]**  101/12 107/7
107/15
**across [1]**  9/24
**act [25]**  74/25 75/8 75/10
75/11 75/12 75/12 75/20
76/12 81/8 81/18 88/11 88/12
88/15 88/16 90/23 90/24 91/4
91/5 91/6 117/13 122/12
122/14 123/17 124/21 131/20
**Act's [1]**  4/12
**acted [2]**  122/18 122/20
**acting [1]**  28/18
**action [4]**  89/16 89/20
126/14 127/25
**active [1]**  70/20
**activity [2]**  31/24 168/23
**acts [1]**  75/17
**actual [18]**  11/2 15/19 19/19
45/12 68/13 78/10 102/11
106/17 106/20 118/9 129/18
129/20 129/22 130/2 139/17
155/3 155/3 160/12
**actually [27]**  9/22 10/11
43/8 45/1 47/17 60/9 66/16
96/8 102/2 102/22 105/14
105/18 106/12 137/3 137/6
139/21 140/24 141/4 148/2
151/6 155/3 156/19 156/21
156/24 159/4 162/3 178/19
**add [2]**  13/23 87/5
**added [4]**  3/17 5/20 77/9
97/16
**addition [2]**  4/23 48/25
**additional [12]**  4/19 4/25
47/17 48/16 55/22 91/13
91/17 126/24 138/9 171/24
172/2 178/5
**additionally [1]**  138/2
**additions [1]**  77/9
**address [15]**  3/7 3/18 4/12
31/14 31/18 31/19 46/6
101/17 137/14 139/18 150/13
150/15 150/16 150/16 160/18
**address whether [1]**  4/12
**adhesive [2]**  9/23 13/17
**adjudicate [1]**  178/19
**adjudicated [1]**  178/20
**adjust [3]**  65/9 74/5 84/3
**admit [3]**  73/8 80/18 149/8

**admitted [24]**  4/7 4/8 4/14 71/4
73/11 73/12 80/21 100/24
101/2 114/1 114/8 114/13
115/1 117/21 117/22
**advance [3]**  70/9 142/3 142/6
**advanced [1]**  126/21
**advances [1]**  124/21
**advantage [1]**  130/20
**advertising [2]**  34/16 42/5
**advise [1]**  177/15
**affair [1]**  177/21
**affairs [1]**  117/14
**affect [2]**  42/16 130/9
**affected [1]**  17/9
**affecting [3]**  121/13 127/14
127/18
**afforded [1]**  155/8
**after [35]**  3/12 5/22 5/24
6/3 6/14 7/3 9/14 10/9 13/14
15/24 27/5 53/8 76/15 81/25
82/7 91/4 91/7 92/15 92/16
92/17 93/10 95/5 110/19
115/1 116/9 117/10 131/8
134/9 139/25 143/9 143/17
145/6 145/8 164/22 175/21
**after-market [4]**  9/14 10/9
13/14 15/24
**afternoon [3]**  71/23 72/7
72/9
**again [29]**  3/5 14/7 44/22
49/10 51/15 63/2 64/15 95/11
99/1 101/7 103/6 103/9
106/15 108/14 108/19 109/16
110/20 112/10 127/2 150/18
151/14 153/6 154/16 155/17
155/18 155/25 157/9 164/9
164/11
**against [4]**  49/25 116/18
116/23 120/14
**agencies [3]**  19/11 67/10
76/18
**agency [1]**  156/12
**agent [43]**  7/14 7/19 14/25
30/25 46/6 46/17 56/2 56/13
62/9 103/18 105/9 123/19
137/5 137/7 139/5 140/20
141/1 141/5 141/18 142/13
144/8 144/15 144/21 146/11
146/16 147/19 148/2 150/20
151/14 156/4 156/4 156/10
158/1 158/7 159/9 164/16
164/25 165/5 165/25 166/2
166/10 167/7 168/12
**agents [6]**  23/7 38/25 42/24
47/8 85/3 92/5
**aging [1]**  13/17
**ago [3]**  39/4 55/5 148/2
**agree [15]**  5/18 52/1 52/11
52/12 62/12 63/6 100/24
101/2 111/18 113/24 114/17
115/2 116/20 122/4 131/5
**agreed [5]**  124/3 134/19
140/22 143/14 173/16
**agreement [5]**  114/2 123/16
123/22 131/10 140/19
**aid [1]**  130/22
**ain't [2]**  39/21 41/22
**Aisha [1]**  163/11

**Aj [12]**  44/9 44/10 44/14
44/15 44/16 44/20 44/21
45/14 45/16 45/18 144/22
168/7
**Alcohol [3]**  74/14 81/15
84/10
**ALEXANDRA [1]**  1/16
**alias [1]**  161/6
**alive [1]**  40/22
**all [149]**  3/1 3/1 3/3 6/15
9/19 12/21 15/9 18/25 19/3
19/23 20/10 21/19 24/16
24/22 28/13 28/16 29/18
29/20 29/23 29/24 30/9 31/15
34/9 34/13 34/15 34/23 35/4
35/10 35/21 37/2 37/7 37/8
37/13 38/21 44/8 48/2 53/17
54/10 57/16 58/20 63/24
64/12 64/21 65/1 65/6 65/24
66/9 68/5 70/22 71/18 75/2
76/1 79/2 79/6 81/2 81/11
85/11 86/12 90/22 92/5 92/18
93/8 96/15 97/8 97/9 98/11
98/12 100/22 100/25 101/24
103/19 104/17 104/21 105/24
106/25 107/6 108/14 108/22
108/24 109/1 109/3 112/20
114/2 114/17 115/7 116/6
116/20 117/1 117/6 117/11
118/16 118/17 123/20 124/1
124/10 124/11 125/12 126/7
127/15 128/23 130/20 131/5
131/24 131/25 134/17 134/19
137/20 138/11 138/16 138/19
139/21 141/17 143/14 144/15
145/25 147/4 147/22 150/14
152/24 153/19 153/25 155/9
157/9 158/11 159/6 160/7
160/8 161/7 161/19 161/24
163/1 163/18 164/10 165/1
165/13 166/18 166/21 166/24
166/24 167/3 168/5 168/20
168/23 169/7 170/13 171/7
171/22 172/15 178/8
**all the [1]**  97/9
**allegation [3]**  5/8 111/13
153/23
**allegations [1]**  108/22
**allege [1]**  121/25
**alleged [11]**  4/7 5/1 5/3 5/5
120/19 122/11 123/2 124/12
134/2 162/18 175/16
**alleges [3]**  5/23 121/9
121/16
**allow [2]**  90/5 130/24
**allowed [1]**  120/7
**allows [1]**  97/5
**almost [3]**  10/21 74/22
153/13
**alone [1]**  130/16
**along [7]**  9/13 13/15 14/18
116/4 137/20 163/20 170/23
**already [13]**  8/4 8/12 24/20
28/2 42/14 43/20 44/7 54/7
56/19 58/14 71/4 72/7 142/20
**also [66]**  3/18 4/24 8/23
8/25 9/1 10/7 15/12 18/10
18/13 18/16 18/23 19/4 22/11

**A**

**also... [53]**   24/2 27/19
41/21 42/7 51/16 53/7 59/2
61/3 78/15 79/3 79/21 85/3
85/14 86/10 88/25 89/3 96/6
96/14 105/11 106/5 106/11
113/16 119/15 124/20 127/7
128/19 136/10 137/7 138/8
138/22 139/23 141/1 144/7
144/19 144/20 148/3 149/3
149/5 151/12 154/10 154/21
155/2 158/1 158/5 159/7
159/25 162/6 166/17 166/20
167/2 167/16 169/22 170/23
**alternate [4]**   170/19 170/20
170/21 171/21
**alternative [4]**   48/8 82/24
121/24 122/4
**alternatives [1]**   122/2
**although [2]**   77/13 104/1
**always [2]**   22/19 47/8
**am [69]**   5/13 5/13 8/14 11/11
11/12 11/25 12/8 14/1 14/11
16/23 18/19 18/22 20/2 24/2
24/4 24/17 27/23 32/12 34/22
35/21 42/12 44/8 45/15 46/8
46/20 53/25 54/6 56/4 56/17
58/4 59/5 60/1 60/1 60/17
61/6 61/16 61/17 61/17 65/23
66/12 66/23 67/20 68/14
70/11 72/7 74/13 80/1 81/3
86/10 86/14 93/3 94/10 96/20
98/25 99/12 100/17 102/8
104/3 109/24 113/15 114/1
116/3 132/1 138/18 147/17
153/22 155/3 155/21 173/22
**AMERICA [2]**   1/4 174/5
**ammunition [14]**   16/7 93/22
94/3 95/12 104/12 110/12
110/13 127/14 128/4 128/7
128/8 135/18 138/4 147/1
**among [3]**   88/19 89/23 143/14
**amount [24]**   21/25 22/3 77/7
120/20 120/21 120/23 120/24
121/3 121/4 121/6 123/3
123/5 123/7 123/9 125/2
125/4 125/6 167/5 167/8
167/8 167/9 167/14 173/2
173/3
**amounts [2]**   22/10 28/11
**ample [1]**   104/18
**analog [1]**   22/25
**analogy [1]**   150/8
**analysis [2]**   88/4 88/7
**and avoid [1]**   146/3
**and the [1]**   130/7
**and/or [3]**   103/13 111/13
111/15
**another [29]**   3/14 6/1 6/5
7/4 25/15 26/10 27/20 29/15
29/16 29/17 62/18 67/3 79/3
89/16 95/8 102/3 105/7 127/8
128/5 128/8 128/9 128/20
131/10 134/10 136/14 152/12
165/8 170/24 175/22
**answer [13]**   26/18 112/16
119/10 126/24 132/15 133/3

133/14 134/17 145/7 149/22
151/16 156/21 170/7
**answered [1]**   70/5
**ANTHONY [4]**   2/11 83/24 84/1
84/6
**any [100]**   3/6 15/3 23/17
23/18 25/8 29/23 30/9 30/13
32/11 36/24 49/14 54/3 54/4
55/23 60/14 63/20 63/20
70/16 70/19 70/20 73/22
75/16 76/15 77/8 78/19 79/1
79/3 79/5 79/9 79/21 82/10
85/24 86/3 86/13 86/13 87/7
88/22 88/25 88/25 89/3 90/16
92/1 92/13 92/13 93/21 95/23
97/7 98/18 98/19 100/10
101/8 102/6 102/12 102/14
102/21 102/22 103/12 103/24
107/23 108/15 110/6 116/17
116/22 117/1 117/7 117/25
117/25 118/20 118/23 119/2
120/9 123/22 126/13 126/15
126/16 127/7 127/24 128/1
128/2 128/5 128/19 130/9
130/14 131/1 134/24 135/9
135/11 135/19 135/24 136/1
144/13 146/25 151/2 152/23
156/11 156/25 157/9 169/24
170/5 178/7
**anybody [3]**   35/15 149/21
153/9
**anyhow [1]**   145/23
**anyone [19]**   35/1 63/21 77/17
77/18 78/5 78/6 78/20 78/21
98/18 98/19 103/24 123/10
123/13 125/7 127/12 128/12
131/7 171/13 178/3
**anyone's [1]**   58/7
**anything [26]**   42/21 63/13
68/5 78/17 79/4 92/12 92/14
98/7 98/18 99/21 107/4
111/21 112/6 115/8 115/25
117/22 117/24 118/2 156/13
158/18 160/19 164/1 172/17
172/18 178/17 179/5
**anyway [1]**   172/11
**apart [1]**   53/16
**apologize [3]**   22/4 24/17
56/17
**app [1]**   146/17
**apparent [4]**   54/11 55/4
59/20 62/17
**apparently [6]**   62/25 102/17
152/5 153/11 157/24 158/4
**appeal [1]**   108/9
**appear [2]**   10/15 119/9
**APPEARANCES [1]**   1/14
**appears [7]**   8/23 22/8 22/14
52/8 102/3 154/9 173/20
**applicability [1]**   4/1
**applicable [1]**   103/1
**applications [3]**   82/6 82/8
82/9
**applies [1]**   105/23
**appointment [1]**   69/19
**appreciate [1]**   158/12
**appreciation [5]**   171/6 171/7
171/19 178/10 178/10

**approach [6]**   56/20 57/6
92/22 94/4 113/17 173/8
**appropriate [1]**   6/7
**approval [2]**   68/9 76/5
**approved [9]**   67/15 67/19
68/6 69/13 69/20 76/6 76/24
82/6 82/8
**approximately [10]**   11/15
16/14 46/11 71/22 84/17
84/20 85/13 87/22 146/18
164/22
**AR [1]**   87/10
**AR-15 [1]**   87/10
**are [295]**
**area [13]**   20/19 25/15 25/15
25/16 26/16 26/18 106/2
109/14 149/4 149/22 152/5
160/6 163/14
**areas [4]**   25/13 25/13 25/17
26/15
**aren't [1]**   32/14
**arguably [1]**   103/5
**argue [1]**   5/12
**argument [7]**   5/13 6/7 106/3
109/6 109/9 117/19 135/12
**arguments [4]**   105/1 105/17
108/22 135/10
**arise [2]**   152/1 152/17
**arises [1]**   99/10
**arm [5]**   37/8 49/20 150/22
150/23 151/1
**Armed [1]**   4/12
**arming [2]**   50/16 50/20
**armorer [1]**   86/14 86/17
**Armorers [1]**   86/18
**Armory [6]**   45/8 45/9 45/21
121/18 144/20 166/15
**arms [1]**   166/25
**around [8]**   50/19 54/25 67/24
72/1 78/10 103/25 138/19
151/15
**arrested [2]**   141/13 141/14
**arriving [1]**   118/2
**articulate [1]**   26/14
**articulated [1]**   101/20
**as [225]**
**aside [2]**   141/20 158/7
**ask [15]**   17/7 18/19 27/23
34/22 109/25 118/24 119/15
119/17 169/6 169/11 169/16
172/12 173/15 173/25 173/25
**asked [16]**   3/4 3/10 14/6
53/9 56/2 58/2 59/2 59/3
62/20 70/4 148/23 149/6
151/14 152/18 153/8 165/21
**asking [15]**   8/13 30/8 32/11
32/19 33/24 35/8 35/14 38/9
41/8 41/10 53/25 54/6 58/5
140/14 149/15
**asks [1]**   57/24
**aspect [1]**   5/1
**aspects [1]**   26/1
**assemble [2]**   127/8 128/20
**assembled [2]**   89/4 93/12
**assertion [1]**   103/10
**asserts [2]**   101/15 118/9
**assess [1]**   172/19
**assessment [1]**   109/21

## A

**assigned [4]** 66/12 68/21 92/7 92/8
**assigns [1]** 92/6
**assist [3]** 85/6 85/12 85/14
**associate [1]** 27/18
**associated [6]** 49/21 63/21 79/12 98/20 152/19 153/15
**associating [1]** 124/18
**assume [2]** 108/22 117/24
**assuming [1]** 114/1
**assure [1]** 170/21
**assuring [1]** 30/17
**ate [1]** 136/19
**ATF [18]** 46/10 47/8 53/1 53/2 74/15 74/17 77/3 77/17 78/5 78/10 84/11 84/13 84/16 84/23 86/3 91/14 148/1 156/5
**attach [2]** 9/14 9/18
**attached [7]** 10/17 12/7 14/15 52/13 56/19 60/24 61/2
**attachment [2]** 9/6 12/7
**attachments [1]** 19/6
**attempt [1]** 102/14
**attempting [1]** 19/9
**attention [14]** 10/23 14/10 31/8 31/22 33/19 34/4 63/17 70/14 80/11 81/4 91/25 113/8 145/4 158/12
**attentive [1]** 171/9
**attorney [4]** 81/9 81/24 99/19 99/22
**Attorney's [1]** 1/16
**attorneys [2]** 135/9 177/12
**audio [1]** 135/25
**Australian [1]** 1/17
**Austria [2]** 17/12 61/3
**authority [1]** 81/24
**authorized [1]** 81/10
**auto [2]** 139/18 150/17
**automatic [27]** 16/1 16/10 16/13 17/1 17/3 21/7 53/6 54/21 89/7 89/12 89/17 93/24 94/1 95/7 95/15 95/19 97/6 103/21 103/23 103/25 138/3 142/10 154/5 156/15 157/24 158/5 158/9
**automatically [11]** 88/23 95/1 95/2 95/11 95/14 96/5 124/22 127/4 128/17 129/13 135/18
**available [2]** 51/7 51/17
**Avenue [1]** 1/17
**average [3]** 23/13 53/13 54/1
**avoid [1]** 146/3
**await [1]** 69/1
**awake [3]** 40/5 40/17 44/2
**aware [1]** 122/20
**away [16]** 9/22 13/9 13/18 28/17 28/23 28/25 29/12 31/7 41/25 50/10 56/24 57/1 102/3 102/7 102/9 172/14
**awesome [1]** 37/10

## B

**babe [1]** 37/1
**back [75]** 3/2 6/20 7/12 8/14
15/23 16/2 16/20 19/17 19/17 19/19 21/11 24/16 24/18 26/17 26/21 30/4 34/12 36/11 46/13 46/14 47/10 50/11 53/16 53/18 53/18 54/13 56/13 59/6 59/25 60/25 63/21 64/15 65/1 69/9 72/6 75/12 76/6 90/19 93/9 94/16 98/14 98/15 98/21 100/22 101/1 102/14 104/16 105/15 115/12 115/16 115/20 134/23 135/7 135/8 138/17 146/22 149/7 150/8 150/9 151/10 151/12 155/9 157/18 158/10 163/10 163/14 169/17 169/20 169/22 170/16 170/21 171/1 172/19 172/22 173/14
**background [3]** 62/25 63/1 91/13
**backsplash [3]** 159/12 159/18 159/19
**bad [3]** 36/24 38/12 122/16
**bad if [1]** 36/24
**bae [3]** 34/12 36/18 36/22
**bag [7]** 21/18 21/19 22/5 22/9 22/11 22/13 57/19
**baggie [1]** 138/8
**baggies [1]** 138/9
**bags [1]** 8/25
**ball [5]** 28/3 28/7 28/7 28/7 28/8
**band [1]** 49/5
**bands [1]** 21/23
**bar [3]** 90/3 90/5 90/5
**barrel [3]** 75/14 75/15 76/4
**base [2]** 14/17 27/19
**based [16]** 14/15 19/22 24/5 45/17 52/15 62/21 89/19 90/20 97/21 109/20 116/16 117/9 158/20 168/13 169/4 178/20
**bases [1]** 104/18
**basically [5]** 23/12 32/12 38/13 75/2 81/17
**basis [3]** 40/22 41/1 107/8
**bath [4]** 22/17 23/2 140/22 141/2
**bathroom [2]** 58/23 159/11
**battery [7]** 12/12 12/15 12/19 60/11 60/15 61/8 159/15
**be [213]**
**be influenced [1]** 116/17
**BEACH [45]** 1/2 1/7 1/18 1/23 25/12 31/17 46/10 54/19 65/19 65/24 66/10 66/13 66/13 66/19 66/19 67/21 68/2 68/6 69/2 69/8 69/16 69/16 69/18 69/21 69/22 70/2 70/3 70/8 70/15 71/12 71/14 71/15 71/19 72/3 72/10 72/20 73/1 73/17 103/22 137/1 137/16 148/3 148/4 150/17 166/11
**Beach/Ft [1]** 1/23
**beans [2]** 22/17 161/22
**Bear [1]** 7/23
**bearing [1]** 79/22
**because [63]** 10/11 23/13

25/17 29/3 29/9 29/10 35/15 37/8 41/14 42/15 42/25 46/9 49/20 50/13 50/24 51/19 60/8 68/14 69/23 72/7 72/19 78/7 110/4 110/13 116/5 119/13 119/25 122/13 131/14 131/14 135/20 136/4 139/25 142/5 143/8 146/4 146/6 149/7 149/15 149/16 150/12 150/23 151/4 155/2 158/22 159/23 160/24 161/13 162/4 162/6 162/9 163/17 163/25 164/22 165/4 166/21 168/5 168/23 169/3 170/22 171/25 173/3 173/24
**become [4]** 55/4 92/3 124/22 131/12
**becomes [1]** 123/19
**becoming [2]** 55/3 84/18
**bed [2]** 36/2 164/1
**bedroom [1]** 58/23
**been [62]** 4/25 5/1 5/24 13/17 17/16 39/5 44/16 46/14 47/5 47/20 49/24 52/24 54/25 62/23 65/22 66/15 66/18 67/1 67/5 67/19 73/12 74/20 76/11 82/2 84/15 101/2 101/22 102/15 103/10 103/17 104/13 109/4 110/7 110/16 112/20 114/1 115/13 117/15 121/14 127/12 127/19 127/22 130/19 131/22 137/7 139/15 143/6 143/8 143/17 145/7 149/24 153/7 153/12 154/5 154/17 156/11 156/12 157/6 162/4 171/8 171/9 178/25
**Beesley's [1]** 114/14
**before [43]** 1/11 3/4 8/6 37/17 39/16 41/8 42/21 42/25 52/21 52/22 54/21 55/3 55/16 55/18 63/18 64/13 66/22 69/14 70/22 71/2 76/11 76/13 76/20 78/17 83/5 91/9 92/12 94/4 100/20 101/9 113/14 114/18 117/20 122/19 127/18 142/25 150/3 155/18 155/24 162/11 163/25 165/15 170/12
**begin [8]** 13/9 32/1 116/10 135/11 169/15 169/16 169/19 169/21
**beginning [3]** 43/15 170/18 172/9
**begins [3]** 5/23 32/18 35/8
**behalf [2]** 177/11 178/8
**behind [6]** 26/13 46/16 63/1 63/4 150/5 169/12
**being [28]** 3/10 5/10 9/15 10/15 14/18 37/5 39/1 40/21 42/11 43/16 51/15 56/3 58/3 60/8 77/9 78/22 86/17 97/12 103/6 104/6 111/9 124/17 137/14 141/4 150/25 152/12 153/14 153/18
**beliefs [1]** 131/14
**believe [25]** 5/4 47/11 67/1 70/17 70/24 71/21 71/25 72/18 79/16 82/15 89/22 93/10 94/11 97/19 102/12

**B**

**believe... [10]**   104/17 106/3
  106/14 107/19 118/18 118/20
  118/23 141/7 153/24 154/15
**believed [1]**   140/21
**belong [3]**   105/21 138/20
  157/12
**belonged [2]**   154/1 154/11
**below [1]**   82/2
**benefit [1]**   150/13
**besides [3]**   53/23 53/23
  69/24
**best [3]**   37/6 40/4 43/23
**bet [4]**   40/3 40/5 43/13 44/1
**better [10]**   9/11 11/1 14/4
  21/13 35/13 36/25 38/15
  41/19 166/1 168/13
**between [21]**   17/22 18/4 29/1
  29/10 34/23 35/6 35/23 44/9
  44/20 66/12 66/18 67/6 67/10
  69/15 70/1 72/4 89/11 114/14
  128/5 158/8 167/4
**beyond [30]**   4/14 104/2 104/8
  104/25 107/13 107/24 109/8
  116/13 117/2 117/6 117/12
  117/16 122/2 122/9 124/2
  125/12 126/8 127/2 127/16
  128/23 129/9 136/3 136/22
  147/15 151/24 153/25 156/7
  157/6 157/20 162/17
**bicycled [1]**   160/9
**bicycles [1]**   160/9
**big [1]**   61/22
**bike [3]**   102/4 149/11 160/9
**bill [1]**   8/21
**bills [3]**   8/22 8/22 49/9
**binding [3]**   4/2 4/16 117/23
**birth [4]**   79/12 79/15 79/19
  82/16
**bit [7]**   22/25 32/21 43/21
  68/1 81/3 98/13 141/11
**blade [7]**   15/25 16/1 16/3
  57/20 137/22 161/17 166/9
**blank [2]**   113/2 113/7
**blase [1]**   167/25
**block [3]**   40/4 43/23 82/19
**blood [6]**   40/1 43/7 43/9
  161/8 162/7 162/11
**blowing [1]**   163/23
**blue [6]**   24/20 24/21 27/23
  132/2 132/4 169/23
**board [1]**   86/6
**boarded [5]**   158/25 159/3
  164/24 165/16 168/6
**bond [4]**   178/22 178/23
  178/24 179/5
**Bone [1]**   36/2
**Boogle [1]**   87/10
**BOONE [196]**
**Boone's [12]**   105/12 106/21
  109/10 109/14 137/11 150/16
  153/3 154/10 159/7 160/1
  161/25 162/25
**both [23]**   50/7 53/5 57/9
  57/11 57/11 60/22 69/15
  88/20 95/1 95/3 105/7 113/6
  114/17 115/23 129/23 142/4

142/21 142/22 143/21 144/6
  144/11 145/22 146/12
**both found [1]**   144/11
**bother [1]**   25/2
**bottom [16]**   9/13 14/5 14/16
  14/18 15/11 15/12 15/15
  15/17 18/14 32/20 33/2 33/6
  33/17 39/8 80/11 143/19
**Boulevard [1]**   1/20
**box [6]**   15/23 32/4 40/16
  44/11 44/12 44/13
**branch [5]**   74/19 85/10 85/12
  86/11 92/6
**breach [1]**   160/4
**breached [1]**   160/4
**break [8]**   20/21 20/22 30/20
  31/1 72/5 98/13 98/16 149/12
**breaking [4]**   20/19 58/21
  68/1 106/4
**breaks [1]**   33/13
**brief [1]**   62/3
**briefly [2]**   55/24 162/8
**bring [10]**   7/10 10/23 30/3
  115/18 134/23 135/3 169/13
  170/2 173/6 173/12
**brings [1]**   152/7
**bro [2]**   29/25 30/11
**broke [2]**   155/17 155/24
**broken [1]**   18/6
**Brother [8]**   44/9 44/10 44/14
  44/16 44/20 45/14 144/22
  168/7
**brought [3]**   62/4 101/1
  169/17
**Broward [1]**   1/20
**Brown [1]**   3/24
**buddy [2]**   28/17 28/23
**building [1]**   102/7
**built [1]**   85/22
**bunch [1]**   8/21
**burden [4]**   117/5 127/1
  141/10 153/17
**Bureau [3]**   74/13 81/15 84/10
**burner [2]**   48/22 48/23
**burners [1]**   48/17
**business [3]**   25/20 34/20
  151/16
**Butterball [43]**   8/5 8/11
  8/12 8/16 24/24 26/5 26/23
  27/5 27/6 27/7 27/11 27/25
  28/2 28/5 28/16 28/17 28/19
  28/20 29/1 29/3 29/7 29/8
  29/11 29/14 29/22 29/24 30/2
  30/4 30/5 30/8 30/10 31/7
  139/11 140/1 141/20 143/1
  143/6 143/9 143/13 161/1
  165/24 168/2 169/2
**button [7]**   16/3 16/20 16/24
  59/9 59/14 59/19 94/15
**butylone [22]**   22/18 23/1
  25/7 120/23 121/5 123/7
  123/15 124/7 125/4 125/9
  125/15 125/17 132/20 133/7
  138/8 140/25 141/8 153/21
  161/21 173/2 174/17 174/25
**buy [12]**   20/18 21/2 21/7
  21/9 24/6 39/2 51/13 61/23
  105/13 119/16 164/20 165/21

**buy Glock [1]**   21/9
**buyers [1]**   34/19
**buying [6]**   22/2 24/6 24/11
  30/17 39/3 39/5
**buys [1]**   148/12

**C**

**C-H-O [1]**   107/12
**C-I-R-A-V-O-L-O [1]**   84/6
**caliber [2]**   17/21 82/21
**call [14]**   24/25 28/20 32/7
  36/3 48/17 49/3 49/5 65/3
  72/1 83/23 116/10 158/13
  172/14 178/7
**called [8]**   11/3 13/22 23/11
  37/20 75/16 87/9 120/13
  121/1
**calling [4]**   11/12 13/20
  21/22 168/8
**calls [4]**   65/4 74/2 83/24
  168/8
**came [6]**   37/1 109/17 115/3
  146/17 151/10 157/3
**camera [2]**   16/17 56/24
**Campbell [3]**   105/11 146/16
  146/16
**Campbell's [1]**   146/14
**can [124]**   6/17 6/18 7/9 7/10
  8/20 9/12 9/25 11/5 11/17
  11/17 12/5 12/10 13/6 13/8
  14/3 14/21 15/24 16/3 16/19
  16/19 16/24 17/8 18/3 22/11
  23/10 23/22 23/25 24/13 31/3
  36/5 36/10 36/13 36/19 37/8
  37/23 38/2 38/3 52/1 52/10
  52/11 52/11 53/14 53/18
  53/21 56/20 56/24 56/25
  57/13 58/1 59/14 59/24 60/6
  60/14 60/19 60/20 61/1 61/2
  62/12 64/12 67/11 75/25
  76/24 81/2 81/7 81/21 85/17
  88/10 89/4 89/11 89/18 89/24
  90/14 91/12 91/16 92/16
  93/16 94/13 94/16 97/1 106/5
  108/13 108/19 113/4 113/22
  116/3 122/19 124/1 125/11
  126/6 127/4 127/15 128/16
  128/22 136/3 136/19 136/22
  138/23 140/4 140/12 141/9
  142/4 143/16 146/4 150/9
  152/1 155/19 155/23 155/24
  156/20 160/14 160/14 160/19
  165/19 167/14 167/16 169/19
  169/21 170/7 170/21 171/7
  171/20 172/19 173/6 177/16
**can't [15]**   20/15 20/17 52/4
  52/12 63/11 145/23 145/24
  155/10 156/5 156/19 156/25
  161/14 164/24 165/9 171/13
**cannot [5]**   68/5 76/16 97/9
  156/2 170/21
**cap [3]**   36/5 36/5 168/16
**capable [2]**   137/25 138/4
**capacity [3]**   16/11 137/6
  147/20
**capitals [1]**   28/16
**capping [1]**   18/14
**caps [11]**   28/16 28/22 28/25

**C**

**caps... [8]**  29/16 29/17
33/22 138/7 162/10 162/10
162/13 166/10
**capsule [10]**  22/8 22/11
22/14 23/3 23/3 23/6 23/19
43/19 43/20 168/24
**capsules [31]**  22/12 25/25
29/6 29/16 29/16 30/8 30/9
30/13 30/15 30/18 30/20
30/21 30/22 30/24 31/1 31/2
31/3 33/25 34/2 34/17 38/6
38/7 40/13 41/4 41/5 41/10
57/19 166/7 167/8 167/11
168/1
**card [1]**  153/10
**career [4]**  4/12 54/20 55/6
157/22
**carefully [3]**  117/10 173/24
174/1
**carry [2]**  13/10 134/20
**carrying [3]**  123/25 136/8
138/18
**cars [2]**  20/20 25/19
**cartridge [1]**  93/20
**case [72]**  1/3 3/22 3/24 4/9
11/22 12/1 19/5 19/12 32/19
33/10 33/16 39/5 46/17 49/10
54/19 57/2 58/24 63/20 63/21
70/15 79/3 92/3 92/8 98/17
98/19 98/20 99/16 99/24
99/24 100/4 101/16 101/23
103/16 107/7 107/11 107/13
107/19 108/1 108/13 108/25
116/8 117/11 117/21 117/25
119/5 120/19 123/1 130/12
131/7 131/9 131/11 131/15
131/18 137/7 141/12 144/13
149/17 152/15 155/1 158/14
170/15 170/15 170/20 170/20
170/22 171/4 171/12 174/4
177/13 178/2 178/4 178/23
**cases [7]**  3/23 4/19 51/21
107/11 137/8 170/23 177/19
**cash [3]**  143/4 164/6 165/13
**casing [2]**  52/25 93/20
**casings [2]**  52/25 53/8
**categories [1]**  88/17
**categorize [1]**  24/10
**category [1]**  75/16
**cathinone [2]**  23/8 23/22
**caught [1]**  162/3
**cause [1]**  37/3
**caused [1]**  75/17
**causes [1]**  152/17
**caution [5]**  113/12 130/4
130/10 131/24 135/5
**cc'd [1]**  67/20
**ceiling [1]**  59/17
**cell [15]**  48/19 48/23 105/12
106/7 106/21 109/15 159/23
160/3 161/25 161/25 162/3
163/19 164/7 168/18 171/22
**cellular [1]**  48/25
**central [2]**  81/11 81/13
**centuries [1]**  177/18
**certain [11]**  17/11 20/2

26/14 38/22 49/15 122/7
124/18 128/12 159/16 162/14
163/6
**certainly [5]**  5/13 15/22
103/11 154/14 155/11
**certificate [4]**  80/5 171/7
171/19 178/10
**certification [2]**  86/3 86/6
**certifications [1]**  86/13
**certified [2]**  86/14 86/17
**certify [4]**  81/22 81/25 82/5
179/14
**cetera [1]**  49/8
**Chafes [1]**  102/18
**chain [1]**  118/11
**chamber [4]**  16/12 137/24
141/22 167/20
**chambered [1]**  142/22
**chance [1]**  110/21
**change [5]**  21/23 37/9 111/21
131/12 163/10
**changes [1]**  77/9
**Chapter [4]**  81/8 81/13 82/7
82/11
**characteristics [12]**  15/2
15/10 18/11 18/25 20/5 20/7
104/3 104/9 129/3 129/10
156/8 157/21
**charge [3]**  36/21 116/23
179/2
**charged [22]**  3/11 4/13 5/24
7/2 36/24 121/23 126/10
126/12 130/11 132/17 133/5
133/16 133/22 134/8 136/24
147/5 154/21 174/14 174/23
175/6 175/12 175/20
**charges [12]**  120/13 120/17
120/25 121/7 121/12 121/19
122/6 122/24 124/25 130/6
154/4 179/1
**charging [2]**  6/14 101/19
**CHASE [6]**  1/16 2/8 2/10 2/12
151/3 154/8
**Chase's [1]**  150/7
**chat [9]**  27/23 27/24 28/13
29/20 31/10 32/4 32/17 33/20
40/16
**Chaves [9]**  137/3 148/5
148/10 149/5 150/1 152/18
153/8 159/2 161/5
**check [11]**  73/5 79/7 79/21
99/1 152/18 152/20 152/22
152/23 162/23 163/24 164/4
**checked [1]**  172/25
**checks [1]**  79/1
**cheese [2]**  29/25 30/11
**cheese no [1]**  30/11
**chemical [1]**  23/17
**chemicals [2]**  23/10 24/8
**chest [1]**  105/20
**chief [1]**  92/6
**child [2]**  136/18 136/19
**China [1]**  96/13
**Cho [1]**  107/12
**chocolate [1]**  136/18
**choose [4]**  97/5 99/15 131/19
178/2
**chose [1]**  157/7

**CIRAVOLO [10]**  2/11 64/11
83/24 84/1 84/6 88/3 88/6
88/10 145/17 145/19
**circle [3]**  11/17 14/2 94/13
**circuit [11]**  3/24 3/25 3/25
4/1 4/9 4/16 107/13 107/18
107/21 108/5 108/11
**circuits [1]**  4/23
**circulate [1]**  116/2
**circulated [1]**  113/23
**circumstances [4]**  18/24
19/22 50/21 118/11
**circumstantial [4]**  117/18
118/8 118/10 118/13
**citizens [2]**  75/3 76/11
**city [1]**  25/16
**civic [1]**  177/14
**civil [1]**  170/20
**clandestinely [1]**  148/20
**clarify [1]**  56/11
**classes [2]**  86/18 86/18
**classification [5]**  24/12
85/1 85/5 141/2 141/7
**cleaning [2]**  23/12 39/4
**clear [9]**  6/8 6/21 8/23
11/11 20/8 21/24 139/20
141/24 154/12
**clearance [1]**  90/18
**clearly [8]**  13/3 13/6 14/4
59/10 61/1 119/10 170/2
171/13
**close [16]**  43/8 43/10 51/5
58/7 58/20 64/7 72/4 108/13
108/14 108/25 109/1 113/15
122/10 162/18 168/3 172/8
**closer [2]**  15/6 75/9
**closest [3]**  12/11 25/19
59/11
**closeup [1]**  165/5
**closing [7]**  5/12 6/8 64/5
64/16 113/10 135/9 135/11
**co [7]**  137/9 139/24 163/1
163/3 166/18 168/7 169/2
**co-conspirator [2]**  139/24
169/2
**co-conspirators [5]**  137/9
163/1 163/3 166/18 168/7
**coat [2]**  136/9 136/11
**cocaine [32]**  8/24 8/24 21/18
21/24 22/3 22/25 27/18 27/19
35/8 35/20 42/5 42/8 57/19
120/24 121/6 123/9 123/15
124/7 125/6 125/9 125/15
125/17 132/20 133/7 138/7
153/21 161/24 166/8 168/24
173/2 174/17 174/25
**code [13]**  27/3 28/10 48/2
48/14 81/9 111/14 123/12
126/4 127/11 133/10 134/1
146/15 179/1
**coffee [1]**  172/12
**Coleman [1]**  108/1
**colleague [5]**  83/5 83/6
83/12 140/8 144/10
**colleagues [2]**  47/4 47/10
**colleagues' [1]**  147/3
**collect [1]**  66/5
**collection [3]**  66/6 66/9

**C**

**collection... [1]**  85/13
**color [5]**  63/3 165/7 165/8
165/13 165/13
**colored [3]**  63/6 140/23
169/24
**combination [10]**  9/5 15/18
19/7 54/10 87/3 89/2 89/4
96/6 127/7 128/20
**combine [1]**  25/24
**combined [1]**  20/6
**combo [2]**  12/7 12/22
**come [12]**  33/7 36/11 36/13
64/15 64/24 72/6 81/12
115/12 143/21 143/25 157/16
171/14
**comes [6]**  3/4 9/25 151/4
151/22 163/18 172/16
**coming [13]**  9/23 24/25 25/3
25/19 28/21 51/20 96/13
102/16 136/7 149/8 149/9
149/10 157/5
**comments [2]**  117/19 169/25
**commerce [7]**  17/10 76/16
88/13 121/13 127/14 127/18
128/3
**commit [1]**  123/17
**committed [17]**  3/14 4/6 5/24
5/25 6/4 7/4 120/25 121/25
122/7 122/10 122/15 126/9
134/10 136/4 136/23 162/17
175/22
**committed the [1]**  5/24
**common [25]**  10/6 13/11 17/15
20/19 22/22 23/2 26/25 34/17
35/12 41/21 43/9 47/22 49/5
54/25 89/23 105/19 117/10
118/5 124/18 136/5 136/20
142/14 158/21 169/5 170/18
**commonly [6]**  19/12 74/15
84/11 121/10 121/20 136/14
**communicate [2]**  134/24 170/4
**communications [1]**  103/5
**compact [1]**  14/19
**companies [1]**  76/2
**company [1]**  45/9
**compared [1]**  53/8
**comparison [1]**  52/24
**compels [1]**  147/5
**competition [1]**  50/2
**competitor [1]**  150/25
**compiled [1]**  101/1
**complaining [2]**  29/5 42/15
**complete [3]**  89/15 132/4
178/4
**completed [4]**  68/16 86/6
116/9 132/1
**completely [3]**  25/16 30/15
90/4
**completes [1]**  89/14
**comply [1]**  3/19
**comports [1]**  100/21
**comprised [1]**  49/8
**computer [10]**  67/17 100/23
100/24 101/3 114/2 114/3
114/5 169/18 172/20 172/24
**computers [1]**  151/3

**conceal [4]**  27/20 47/23 48/5
48/17
**concern [1]**  42/22
**concerned [2]**  118/7 148/5
**concerning [2]**  117/8 118/22
**conclude [5]**  73/19 136/3
136/12 136/19 136/22
**concluded [2]**  144/16 179/12
**conclusion [1]**  57/24
**conclusions [3]**  95/24 96/1
118/6
**concrete [3]**  27/13 27/14
27/17
**conduct [6]**  79/6 79/9 98/18
122/21 135/24 153/7
**conducted [6]**  33/12 46/15
80/4 83/7 83/16 102/21
**conducting [6]**  135/25 147/20
148/13 148/24 150/2 165/10
**conference [1]**  64/18
**confidential [2]**  148/12
148/22
**conflict [4]**  25/18 29/9
152/2 152/3
**conflicting [1]**  108/8
**confused [1]**  113/2
**Congress' [1]**  75/13
**conjunctive [1]**  122/1
**Conjunctively [1]**  121/23
**connected [2]**  16/2 29/11
**connection [1]**  51/15
**consider [4]**  117/20 118/16
130/7 130/14
**considerable [1]**  102/8
**consideration [4]**  4/18
117/18 177/13 177/19
**considered [1]**  117/11
**considering [2]**  118/4 131/8
**consistent [1]**  40/22
**consistently [3]**  19/9 38/1
51/2
**conspiracy [22]**  106/12
111/10 122/22 123/16 123/19
123/23 124/19 124/20 132/10
133/18 138/11 138/24 139/7
139/8 140/18 140/21 141/3
143/12 144/8 144/24 174/10
175/8
**conspirator [4]**  124/10
124/22 139/24 169/2
**conspirators [7]**  123/25
124/12 137/9 163/1 163/3
166/18 168/7
**conspire [1]**  123/10
**conspired [4]**  120/18 122/25
132/17 174/14
**Constitution [1]**  99/10
**constructive [13]**  102/12
105/19 106/6 109/13 129/18
129/21 130/2 138/15 138/16
155/5 160/12 160/22 161/3
**constructively [3]**  138/12
160/15 161/11
**contact [1]**  50/25
**contain [1]**  140/24
**containing [15]**  94/3 120/20
120/21 120/23 120/24 121/3
121/4 121/5 123/2 123/4

123/6 123/8 125/1 125/3
125/5
**contains [1]**  144/20
**context [5]**  40/17 45/17 48/4
48/12 55/19
**continue [11]**  26/3 29/18
32/1 32/17 36/16 42/2 43/24
60/1 81/21 89/19 90/6
**continued [2]**  7/17 106/6
**continues [1]**  35/17
**continuing [7]**  26/5 29/20
30/7 31/10 37/17 39/8 43/24
**contravening [1]**  5/14
**contributing [2]**  144/7
144/11
**contributors [2]**  143/22
144/12
**control [25]**  81/12 81/22
82/5 88/11 88/12 89/5 91/4
91/6 102/14 106/8 126/18
126/19 129/21 129/24 138/18
138/21 150/9 155/1 155/7
160/15 160/17 160/19 160/21
160/23 161/3
**controlled [42]**  24/14 101/21
101/25 102/10 102/23 106/13
106/17 111/9 122/22 123/1
123/4 123/6 123/7 123/9
123/11 124/5 124/23 125/3
125/4 125/6 125/8 125/10
125/18 125/20 125/24 126/1
132/10 132/18 132/23 133/6
133/18 133/19 140/25 161/12
166/17 168/5 174/10 174/15
174/19 174/24 175/8 175/9
**controlling [2]**  163/5 169/3
**controls [2]**  163/2 163/4
**convenience [2]**  131/22
131/25
**conventional [1]**  88/13
**conversation [19]**  8/7 8/10
28/4 29/1 30/7 31/5 33/1
34/22 35/6 35/17 37/18 37/19
38/9 40/9 45/17 48/13 139/24
143/2 157/17
**conversations [4]**  38/16
139/3 139/5 148/21
**conversion [11]**  86/25 87/1
87/7 87/13 87/17 89/21 97/15
105/8 106/19 138/2 145/15
**convert [3]**  105/4 127/8
128/20
**convertible [2]**  126/14
127/25
**converting [3]**  87/4 89/3
96/7
**convicted [20]**  3/17 5/21
5/25 110/13 110/17 121/14
127/10 127/13 127/19 127/22
134/1 135/20 142/24 145/2
145/7 145/24 155/14 155/22
175/15 178/25
**conviction [3]**  107/9 108/8
122/3
**convictions [9]**  3/13 6/4 7/3
110/7 110/25 134/9 145/9
155/16 175/21
**convinced [3]**  117/15 117/17

**C**

convinced... [1]   131/13
convincing [1]   117/12
cookie [4]   136/14 136/15
136/20 136/21
cookies [2]   136/16 136/20
coordinate [1]   25/23
copies [2]   6/16 172/24
copy [8]   6/13 8/8 63/25
64/19 116/2 120/15 131/24
131/25
correct [73]   10/13 10/22
11/20 12/23 14/24 17/5 18/17
46/13 48/3 48/11 48/18 49/8
49/11 49/16 49/18 49/21 50/3
50/9 50/14 50/15 50/17 50/20
51/7 51/8 51/20 52/13 52/14
52/19 54/15 55/17 59/24
62/10 62/16 62/19 62/23 66/1
66/21 66/25 67/8 68/4 68/8
68/11 69/11 69/12 69/23
72/21 72/22 73/7 75/21 75/24
77/2 77/24 78/12 78/17 78/25
79/8 79/23 80/9 80/10 81/5
83/3 83/13 89/8 91/21 93/12
94/11 94/18 94/20 95/22
108/4 111/17 113/25 179/14
corrected [1]   173/5
corrections [1]   111/8
correspondence [1]   85/11
corridor [1]   149/3
could [93]   8/6 9/3 9/8 10/2
11/11 11/16 12/1 12/15 13/1
14/7 15/9 17/16 19/7 22/7
22/17 22/24 22/25 23/2 23/7
23/18 23/21 24/2 24/7 24/19
24/21 24/22 25/7 27/4 27/5
27/9 27/22 28/12 31/10 32/5
32/16 34/8 34/8 34/9 39/10
40/24 41/2 44/5 44/9 44/11
44/13 45/4 48/10 52/5 52/5
53/8 53/12 54/12 57/9 58/12
59/17 60/2 60/13 61/18 63/3
64/13 67/19 67/23 70/1 75/9
83/9 90/10 91/3 97/19 98/15
100/20 104/11 107/13 107/23
129/12 129/12 135/19 136/12
142/18 143/9 147/1 157/2
159/16 160/24 162/7 163/10
166/2 169/11 171/23 173/15
173/18 174/3 176/8 178/23
couldn't [3]   145/20 156/23
159/1
counsel [8]   3/3 106/15 114/5
117/19 135/22 172/15 172/25
179/7
count [93]   3/9 3/12 4/25 6/2
7/2 11/11 11/16 11/17 14/7
69/2 72/20 101/16 101/19
102/24 103/17 110/24 111/24
112/10 112/16 120/14 120/17
120/25 121/7 121/9 121/12
121/19 122/24 124/25 126/10
130/6 132/9 132/9 132/14
132/14 132/15 132/17 132/21
132/21 132/22 133/2 133/2
133/3 133/5 133/8 133/8

133/13 133/13 133/14 133/16
133/18 133/19 133/22 133/23
133/24 133/24 134/2 134/5
134/5 134/6 134/8 134/12
134/12 142/4 142/4 147/6
151/22 153/20 154/4 155/20
155/21 172/2 174/9 174/9
174/14 174/18 174/18 174/23
175/1 175/6 175/8 175/9
175/12 175/13 175/14 175/17
175/20 175/24 175/24 178/20
178/21 178/21 178/21 178/21
counting [1]   13/21
countries [2]   165/3 165/14
country [2]   92/5 128/5
counts [15]   101/12 103/15
104/23 107/2 109/7 120/14
121/23 130/5 132/7 140/12
153/19 158/15 158/16 169/7
174/7
County [15]   66/8 66/13 66/19
68/2 68/6 69/8 69/16 69/21
70/3 70/9 71/12 71/14 72/10
73/1 73/17
couple [6]   3/23 55/1 101/17
148/2 150/21 150/21
coupled [1]   106/20
course [4]   63/1 95/23 142/12
152/11
court [32]   1/1 1/23 3/21 4/3
4/4 4/5 4/11 4/18 4/19 4/22
65/11 74/7 84/4 87/20 88/7
104/18 108/2 109/3 109/21
109/22 111/4 117/19 131/21
134/22 135/2 147/11 170/1
170/3 177/11 177/18 177/24
179/19
Court's [2]   109/21 116/22
courtesy [1]   148/4
courthouse [3]   136/7 138/18
172/11
courtroom [12]   7/11 63/23
64/25 98/23 115/19 134/21
135/4 170/9 171/21 173/13
173/19 178/13
cousin [3]   161/9 162/7
162/11
cousins [2]   40/1 43/7
cover [4]   86/19 90/1 90/10
178/5
covered [1]   136/10
covers [3]   86/20 88/12 88/16
coworker [1]   80/15
CR [2]   1/3 174/4
crack [18]   8/24 8/24 21/18
21/24 21/25 22/3 25/25 27/18
35/8 35/11 35/20 42/5 42/7
57/19 138/7 143/4 161/24
168/24
crackers [1]   26/8
crazy [2]   158/21 169/5
created [3]   11/7 146/15
156/20
Credibility [1]   118/15
credit [1]   153/10
crime [54]   52/25 65/21 65/22
66/2 66/4 66/14 66/22 68/17
68/19 68/20 70/13 70/19

107/14 110/10 110/11 111/25
112/1 112/2 121/8 121/14
122/6 122/8 122/10 123/10
123/13 125/7 125/11 126/4
126/5 126/6 126/7 126/10
126/12 126/21 126/22 126/23
127/12 127/15 127/20 128/12
128/22 130/6 130/7 130/9
130/10 133/10 136/4 142/2
142/15 159/10 162/16 163/11
175/3 175/7
crimes [13]   5/25 120/13
130/11 130/13 133/18 135/16
136/23 141/25 142/3 142/7
146/1 146/24 151/24
criminal [10]   4/12 101/11
107/10 123/18 140/9 140/18
141/3 143/12 170/15 170/20
cross [9]   2/4 46/2 46/3 46/4
56/2 59/2 73/22 83/20 98/3
cross-examination [5]   46/2
46/3 46/4 83/20 98/3
crossed [1]   17/9
crumbs [2]   136/17 136/21
CSI [3]   144/3 157/21 159/9
CSI Eckroth [1]   144/3
cuh [11]   31/23 32/3 32/19
33/22 139/12 139/13 139/24
161/7 162/7 162/10 162/10
curb [1]   46/16
currency [11]   8/20 20/24
21/17 49/14 157/8 160/8
163/19 165/1 165/2 165/2
165/14
current [3]   31/19 76/23
95/18
currently [5]   66/11 66/12
84/24 85/9 87/9
curvature [1]   18/12
curve [2]   9/24 168/15
curved [1]   13/14
custodian [3]   74/25 77/1
77/23
custody [5]   81/22 82/5 106/8
138/20 158/4
custom [1]   85/22
customer [1]   35/13
customization [1]   85/22
customizations [1]   85/24
cut [17]   23/7 23/10 38/25
39/1 39/24 40/3 42/19 42/20
43/13 43/18 43/19 75/17
90/18 90/18 153/13 153/14
166/23
cutoff [1]   91/19
cutting [6]   23/12 30/25
38/25 42/24 161/17 167/25
cycle [2]   89/13 89/15

**D**

D.C [1]   81/16
da [1]   44/17
daily [1]   41/1
DAMON [4]   2/9 74/2 74/3 74/8
danger [2]   150/24 150/24
dangerous [4]   23/20 23/23
37/23 88/17
dangers [3]   49/21 49/23

**D**

**dangers... [1]** 150/23
**DARSCH [4]** 1/15 2/3 2/5 113/16
**database [15]** 75/2 75/22 75/25 76/1 76/9 77/7 77/12 77/16 78/4 78/11 78/14 79/6 79/21 81/19 82/25
**date [38]** 27/7 27/25 31/5 52/16 61/18 61/20 62/15 71/18 76/14 76/15 79/12 79/15 79/19 82/16 91/19 122/7 122/8 122/10 122/10 134/20 143/10 149/23 153/20 154/13 154/13 154/14 154/14 154/20 154/21 158/4 158/23 162/14 162/16 162/17 162/18 176/4 178/15 179/17
**dated [2]** 103/10 134/17
**day [29]** 27/12 33/9 41/3 41/16 62/17 67/23 67/24 71/24 86/18 98/25 101/23 102/19 103/2 103/3 103/7 103/12 106/2 115/3 147/23 149/19 150/2 150/19 152/7 153/18 153/22 154/3 154/5 159/24 162/1
**days [8]** 109/5 137/14 139/16 143/8 143/18 148/16 149/24 171/9
**deal [7]** 35/1 35/13 35/15 42/2 47/15 91/24 153/19
**dealer [7]** 21/23 34/18 49/5 50/14 50/19 51/10 152/3
**dealer's [1]** 151/4
**dealers [6]** 22/18 25/17 49/16 50/2 151/1 151/15
**dealing [5]** 10/7 27/1 48/15 152/4 152/10
**deals [9]** 32/9 32/11 46/14 46/17 46/18 46/21 46/22 47/5 152/8
**death [2]** 40/24 49/23
**debriefing [2]** 159/1 159/22
**decade [1]** 55/6
**deception [1]** 120/1
**decide [8]** 116/11 118/18 118/23 119/24 120/10 130/15 130/17 131/7
**deciding [1]** 116/8
**decision [10]** 99/15 99/23 100/3 100/6 108/4 116/16 118/3 118/20 120/1 151/22
**decision may [1]** 120/1
**declined [1]** 4/11
**deductions [1]** 118/6
**Dee [8]** 44/9 44/10 44/15 44/16 44/20 45/14 144/22 168/7
**deemed [2]** 88/6 88/17
**deems [1]** 6/7
**defect [1]** 11/7
**defects [1]** 19/8
**defend [1]** 49/25
**defendant [105]** 1/9 1/19 3/11 4/5 4/8 4/14 5/24 7/1 104/6 105/2 105/6 105/15

106/15 106/24 112/16 114/5 116/12 116/18 116/23 116/24 116/25 117/3 117/15 120/14 120/17 120/25 121/1 121/7 121/12 121/19 122/25 124/1 124/8 124/12 124/16 124/25 125/11 125/14 125/16 125/18 125/19 125/21 125/22 125/23 126/6 126/9 126/11 126/22 127/15 127/17 127/19 127/21 127/22 128/7 128/22 128/25 129/1 129/3 129/7 129/9 130/4 130/8 130/10 130/12 130/15 130/16 132/7 132/12 132/13 132/14 132/16 132/25 133/1 133/2 133/4 133/11 133/12 133/13 133/15 133/21 134/3 134/4 134/5 134/7 134/16 135/22 141/24 142/2 142/6 145/6 156/8 162/19 174/7 174/12 174/13 174/21 174/22 175/4 175/5 175/11 175/18 175/19 176/3 178/18 178/22
**Defendant's [5]** 105/3 105/17 107/2 117/6 117/8
**Defense [25]** 3/15 3/16 100/10 100/13 100/15 101/10 101/15 107/4 107/7 108/12 108/13 108/15 108/15 108/20 108/24 111/18 112/8 112/23 113/18 115/21 115/22 115/24 147/9 172/25 179/3
**Defense's [2]** 109/9 110/23
**defined [2]** 88/20 96/2
**definitely [1]** 157/2
**definition [3]** 88/21 96/6 117/4
**definitions [1]** 88/19
**delay [1]** 70/1
**delegate [1]** 81/10
**delegation [1]** 81/24
**deleting [1]** 111/12
**deliberate [6]** 131/3 169/19 169/21 170/16 170/21 171/2
**deliberating [1]** 134/25
**deliberations [11]** 116/11 120/16 130/22 131/6 131/21 169/16 170/5 170/8 170/13 171/4 177/20
**deliver [2]** 67/24 125/25
**demonstrating [1]** 106/21
**demonstration [1]** 102/13
**denied [1]** 107/3
**denominations [1]** 21/18
**deny [1]** 109/23
**department [16]** 3/20 54/19 65/19 65/25 66/13 66/19 69/16 70/15 71/16 71/20 72/4 74/13 77/19 80/8 81/5 148/4
**departments [1]** 76/17
**depend [1]** 120/2
**depending [1]** 90/19
**depends [2]** 90/17 151/5
**depict [1]** 82/19
**depicted [2]** 141/22 142/9
**depicts [2]** 82/20 146/11
**deposit [1]** 154/18

**depress [2]** 53/19 90/9
**deputy [1]** 173/19
**DeRosa [1]** 107/17
**describe [1]** 67/11
**described [8]** 10/5 12/3 21/17 22/9 82/2 104/6 129/7 139/25
**description [1]** 68/15
**design [3]** 85/7 85/20 90/21
**designed [15]** 1/3 14/17 87/4 88/22 89/1 89/2 90/3 96/7 104/10 126/13 127/3 127/24 128/16 129/12 135/17
**desk [1]** 155/6
**despite [2]** 159/1 159/21
**destroyed [2]** 77/10 77/10
**destructive [1]** 75/15
**detail [2]** 120/3 139/6
**detailing [1]** 38/17
**details [2]** 52/9 124/11
**detained [4]** 141/14 160/5 162/3 164/7
**detectable [14]** 120/20 120/21 120/23 120/24 121/3 121/4 121/5 123/3 123/5 123/7 123/8 125/2 125/4 125/5
**detection [1]** 146/3
**detective [16]** 67/17 102/18 105/11 137/2 146/14 146/16 148/5 148/9 149/5 150/1 152/18 153/8 157/15 159/2 161/5 161/14
**Detective Campbell's [1]** 146/14
**detectives [1]** 26/9
**detectives riding [1]** 26/9
**deter [1]** 26/17
**determination [2]** 53/3 57/25
**determine [5]** 17/8 17/12 19/1 87/17 130/12
**development [1]** 86/11
**device [18]** 48/23 48/25 87/7 87/11 87/13 87/17 89/21 90/20 93/17 96/8 96/21 97/16 97/17 97/21 105/8 106/19 138/3 145/15
**devices [7]** 75/15 86/25 87/1 90/18 91/18 96/12 146/12
**diamond [1]** 25/4
**did [82]** 4/22 11/24 18/17 40/3 41/7 43/13 46/18 49/3 51/23 51/25 52/18 52/20 64/18 69/10 70/15 71/14 71/17 72/1 72/13 72/15 72/23 73/19 79/4 79/4 79/4 79/6 79/9 79/21 83/5 83/14 91/25 92/2 92/3 92/20 92/21 93/14 93/15 95/5 95/12 95/13 95/13 95/23 95/25 98/25 110/2 110/8 116/5 118/25 119/2 119/4 119/6 119/7 119/9 119/11 119/18 125/21 125/23 128/8 132/13 133/1 133/12 134/4 147/24 147/25 151/7 152/20 152/22 152/23 153/8 153/14 155/17 155/25 156/21 157/3 157/6 159/21 162/10

**D**

**did... [5]** 163/16 163/16 163/25 165/16 170/14
**didn't [32]** 4/21 39/18 40/1 41/14 42/16 43/11 43/15 48/14 54/20 95/21 103/22 119/18 147/23 152/21 153/1 153/15 155/25 156/11 157/7 158/3 158/5 158/22 162/23 162/23 163/7 163/7 163/24 164/1 168/18 168/19 168/20 171/24
**differ [1]** 119/11
**difference [5]** 89/11 118/12 149/14 158/8 167/3
**different [32]** 3/14 4/7 4/12 4/17 6/1 6/5 7/4 18/4 19/3 21/17 22/23 23/7 23/9 23/14 23/22 24/8 38/25 48/11 58/6 90/17 96/16 119/19 134/10 138/14 140/25 147/23 160/11 165/2 165/6 165/7 165/13 175/22
**differentiate [1]** 54/4
**differently [2]** 97/3 131/14
**difficult [4]** 26/16 50/13 78/6 177/19
**diligent [3]** 81/25 82/8 145/21
**dilute [2]** 23/15 23/16
**diluted [3]** 41/12 42/22 42/25
**diluting [1]** 23/21
**dime [4]** 8/25 21/18 36/15 37/1
**direct [21]** 2/3 2/8 2/10 2/12 7/16 7/17 49/2 51/6 65/14 74/10 84/7 104/18 106/14 117/18 118/8 118/8 118/13 126/17 129/21 131/20 154/25
**directing [5]** 5/16 70/14 80/11 81/4 91/25
**direction [1]** 57/11
**directly [9]** 46/16 50/24 60/11 86/9 105/1 119/10 143/10 143/17 147/21
**dirty [1]** 38/19
**dis [1]** 103/20
**disappeared [4]** 44/19 44/25 45/20 144/23
**disassemble [1]** 92/16
**disbelieve [1]** 118/20
**disciplined [1]** 67/1
**discounted [2]** 34/16 34/19
**discuss [6]** 63/19 98/17 99/18 131/9 171/12 171/13
**discussed [4]** 81/5 83/4 99/22 109/18
**discusses [1]** 139/4
**discussing [3]** 124/18 131/11 139/3
**discussion [1]** 110/19
**discussions [3]** 116/10 177/17 177/21
**disobey [1]** 122/17
**disprove [1]** 118/12

**disregard [2]** 116/21 118/1 122/17
**distance [3]** 51/4 102/7 102/8
**distinct [2]** 11/1 13/10
**distinction [1]** 149/14
**distinguish [4]** 14/14 17/22 18/3 18/4
**distinguishable [1]** 103/20
**distinguishing [1]** 103/9
**distribute [40]** 101/20 106/10 106/12 106/13 106/22 109/16 120/18 121/2 123/1 123/11 123/15 124/5 124/24 125/1 125/8 125/16 125/25 132/11 132/18 132/23 133/6 133/19 133/20 138/25 141/3 144/25 166/21 167/2 167/7 167/10 167/15 167/17 167/21 167/24 174/11 174/15 174/19 174/24 175/9 175/10
**distributed [1]** 166/12
**distributes [1]** 45/10
**distributing [3]** 58/17 143/15 166/22
**distribution [10]** 20/14 21/24 47/21 137/21 138/10 139/3 139/22 154/2 167/9 167/14
**distributor [3]** 23/6 135/14 167/4
**distributors [2]** 47/22 49/3
**DISTRICT [5]** 1/1 1/1 1/11 4/18 137/1
**divide [1]** 113/10
**division [2]** 1/2 74/25
**DNA [21]** 66/6 67/16 71/10 143/23 144/3 144/5 144/7 144/12 144/20 154/15 154/18 160/1 160/2 161/3 161/10 163/8 163/20 164/8 166/13 166/14 168/19
**do [131]** 3/23 4/21 5/13 5/19 6/6 9/18 17/20 19/12 21/6 22/5 22/20 24/5 24/6 26/20 30/18 36/4 36/25 41/9 44/17 47/10 47/15 52/1 52/2 52/15 52/19 52/21 53/13 53/13 53/15 53/17 53/21 56/11 57/4 57/5 59/7 63/2 63/6 63/20 64/8 64/12 68/5 68/12 68/12 68/21 68/22 69/2 69/21 69/23 71/2 71/3 71/6 71/7 71/18 71/24 72/13 72/23 73/2 73/5 73/7 76/5 76/9 77/5 78/15 79/2 80/2 83/6 83/14 86/13 89/9 90/20 92/8 92/12 92/12 92/20 93/6 93/11 93/14 95/5 96/10 96/25 99/3 99/6 99/9 99/14 99/24 104/7 105/22 108/18 112/25 113/10 113/17 114/5 114/20 114/20 115/13 115/18 116/20 117/2 119/18 122/15 122/18 131/11 134/21 147/16 148/12 149/2 151/1 151/1 151/8 151/11 152/16 152/17 152/18 153/1 153/15 156/2 156/3 157/7 157/7

162/25 164/9 165/4 171/5 171/22 171/24 172/13 172/14 172/20 172/21 177/25 178/3
**document [3]** 26/20 66/4 92/18
**documenting [1]** 80/5
**documents [2]** 81/17 82/12
**does [56]** 4/16 8/19 16/9 28/4 33/23 34/15 35/6 40/16 41/22 42/3 42/18 42/20 55/2 61/21 73/20 75/7 77/3 78/9 82/19 85/17 86/17 89/6 90/13 95/2 96/9 96/18 96/21 96/24 97/12 103/9 104/2 104/5 107/18 109/22 111/18 113/9 116/25 117/5 118/22 123/20 123/24 124/21 129/6 147/21 151/11 151/22 152/4 152/5 152/6 154/18 156/7 157/1 157/11 163/8 176/5 179/3
**doesn't [19]** 28/23 29/9 29/12 30/9 39/21 96/23 97/3 97/11 113/8 119/21 120/8 122/8 124/19 124/20 129/22 154/19 160/17 160/18 164/19
**doing [8]** 6/19 13/16 21/13 47/5 66/15 67/11 100/19 152/9
**dollar [4]** 28/3 28/9 28/9 28/11
**dollars [1]** 8/12
**dolo [1]** 139/11
**domestically [2]** 96/15 96/17
**don't [60]** 11/16 22/4 25/17 28/18 30/13 33/12 33/14 34/25 35/15 39/24 42/19 42/20 42/21 42/24 45/15 49/12 49/13 56/9 62/10 62/15 63/3 67/6 78/18 87/18 99/21 102/6 102/11 111/5 111/6 112/3 115/8 128/17 131/13 136/4 138/17 144/14 144/19 147/13 144/19 151/2 152/16 152/21 154/12 156/4 156/15 160/13 162/13 162/14 162/15 162/22 164/4 164/9 170/11 170/11 172/10 172/13 172/14 172/18 172/18 178/7
**done [9]** 55/21 90/10 90/14 97/19 122/12 145/8 151/24 155/18 178/6
**door [6]** 134/22 136/5 159/11 159/11 159/18 159/18
**dope [1]** 25/1
**dosage [1]** 40/19
**dot [2]** 12/12 60/15
**dots [14]** 11/2 11/12 11/12 11/13 11/15 11/19 13/20 13/21 13/23 14/7 14/8 17/25 18/13 166/3
**doubt [47]** 4/15 104/2 104/8 104/25 107/14 107/24 109/8 116/13 117/2 117/4 117/7 117/8 117/9 117/9 117/12 117/16 122/3 122/9 124/2 125/13 126/8 127/2 127/16 128/24 129/9 136/3 136/23 144/13 146/6 146/20 147/15

**D**

doubt... [16]  151/23 151/24
152/1 152/17 153/25 156/7
157/7 157/20 158/15 158/20
158/20 158/21 162/17 169/4
169/4 169/5

doubt that [1]  122/9

down [34]  16/24 27/4 30/20
31/2 34/8 53/20 58/21 60/14
60/18 61/1 63/15 68/1 73/24
75/17 82/18 83/22 98/6
102/19 105/7 115/8 115/8
134/25 135/7 139/11 140/1
143/6 144/18 149/11 149/11
151/22 161/2 161/12 164/15
170/1

dozens [1]  55/1

draw [3]  95/23 113/8 145/4

drawers [1]  105/21

drawing [1]  104/21

draws [1]  150/7

drop [1]  69/10

droplets [1]  136/10

dropoff [4]  69/7 69/14 70/10
72/10

dropping [1]  11/8

drug [59]  4/6 20/14 20/23
21/23 22/18 23/6 25/14 25/17
32/9 32/11 34/18 49/21 50/14
50/19 102/25 103/14 110/10
111/25 112/2 121/8 126/3
126/6 126/9 126/23 133/9
133/17 135/15 137/2 137/18
137/21 139/22 140/23 141/6
141/25 142/3 142/7 142/15
144/9 146/1 146/24 149/3
150/22 151/1 151/4 151/15
152/3 152/8 154/22 158/25
159/13 163/24 164/3 166/19
168/22 168/23 172/22 175/2
175/7 179/1

drugs [54]  23/1 24/12 27/2
32/13 33/9 38/5 50/8 50/9
57/15 58/14 58/20 62/19
106/22 115/9 136/1 137/10
137/20 138/25 138/25 139/4
139/4 139/16 139/19 140/5
140/11 141/17 142/8 143/15
143/18 143/24 144/25 146/3
147/2 147/3 150/24 152/4
152/10 159/25 161/17 161/17
161/18 161/20 163/21 164/6
164/7 166/20 167/3 167/5
167/10 167/15 167/17 167/22
167/24 167/25

dub [3]  30/3 34/25 35/9

due [1]  179/1

during [16]  6/8 11/21 47/7
47/11 63/1 69/13 102/19
118/2 119/20 120/15 130/19
130/22 148/16 148/16 159/9
159/16

duties [7]  66/2 66/3 66/10
67/9 69/24 74/23 84/22

duty [8]  5/17 13/12 116/7
116/14 131/3 156/2 158/14
177/14

**E**

each [27]  16/8 21/19 25/18
63/25 87/24 94/2 95/14 95/14
101/16 104/23 104/23 107/2
107/2 109/7 118/18 120/14
125/9 130/6 130/7 131/7
132/3 137/23 147/5 151/22
151/23 178/3 178/10

earlier [35]  10/6 11/21 12/3
12/24 13/20 13/21 13/22 14/1
14/6 14/13 17/8 19/20 19/21
20/13 21/22 22/4 22/10 22/15
33/5 35/10 41/11 42/10 42/15
45/2 54/10 59/10 61/5 61/8
89/22 90/23 98/13 122/24
150/2 165/18 168/11

early [2]  17/18 36/2

easier [4]  13/4 14/2 22/13
55/4

easily [9]  56/4 56/6 57/22
58/3 58/4 140/12 141/9 142/5
145/11

easy [3]  14/14 22/12 115/10

Eckroth [5]  114/14 144/3
157/21 159/9 163/11

Eckroth's [1]  165/5

edge [2]  16/20 57/18

efficiency [9]  46/12 46/14
62/23 149/13 149/17 150/6
151/11 155/10 160/5

efficiently [1]  38/4

effort [1]  153/4

efforts [1]  51/3

eight [4]  28/7 28/8 88/16
176/24

eighth [1]  28/8

either [17]  4/14 25/24 42/7
46/15 47/5 85/22 87/3 96/13
103/11 116/18 118/13 135/4
142/4 147/21 157/25 173/25
176/5

elaborate [1]  136/8

electronic [4]  77/12 77/16
77/25 78/10

element [3]  104/23 107/2
141/10

elements [2]  107/14 109/7

elephant [2]  155/13 155/14

eliminate [1]  50/2

eliminated [1]  171/3

ELMO [6]  11/25 12/11 45/4
54/12 94/7 162/8

else [13]  35/1 35/15 60/4
83/10 103/24 111/22 112/6
114/24 126/1 157/24 160/14
178/3 178/17

Elsewhere [1]  138/6

email [4]  31/14 31/18 31/20
67/20

emphasize [1]  130/25

employed [4]  65/18 74/12
74/13 84/9

employee [1]  79/3

employment [1]  84/18

empty [4]  30/1 30/12 30/19
30/21

enacted [1]  91/5

encounter [1]  24/9

encountered [3]  55/3 151/6
163/21

end [24]  5/21 10/8 14/15
14/19 14/21 14/21 14/23
15/13 24/22 25/15 25/20
27/23 28/13 29/18 32/17
35/25 47/3 86/6 146/10
164/15 168/16 170/18 171/5
173/24

enforcement [44]  9/19 19/11
26/14 26/19 32/14 33/13 47/7
50/23 50/25 51/2 84/14 84/15
84/19 84/22 85/4 85/8 86/4
86/10 86/12 101/23 103/24
137/2 137/19 138/1 146/1
146/3 147/3 147/17 149/9
151/7 151/10 152/12 152/15
156/12 157/3 158/25 159/21
159/24 160/25 161/14 163/23
165/16 168/2 168/21

enforcement and [1]  85/4

engaged [3]  16/6 16/20 61/13

enhance [1]  11/4

enhancement [1]  4/2

enjoyed [1]  177/16

enough [2]  32/15 166/13

ensure [3]  6/8 53/6 170/17

entail [1]  35/6

entailing [1]  33/1

entails [1]  8/7

entered [1]  150/6

entering [1]  26/18

enterprise [1]  140/9

entire [2]  16/7 43/15

entities [1]  76/17

entitled [1]  130/25

entry [2]  5/7 150/4

envelopes [1]  71/9

epicenter [2]  149/2 149/3

equally [1]  171/9

era [1]  88/18

errors [1]  18/5

especially [4]  50/22 104/21
142/18 160/25

espoused [1]  108/23

ESQ [1]  1/19

essential [1]  107/14

establish [4]  106/1 106/11
109/8 124/19

established [1]  106/10

establishment [1]  103/10

estimates [1]  157/23

et [1]  49/8

evaluate [1]  92/9

evaluated [1]  87/16

even [32]  34/24 50/9 67/6
78/4 79/20 82/16 89/22 96/24
102/16 103/22 105/22 107/18
116/19 125/20 125/22 126/1
136/12 137/15 138/21 142/16
145/17 145/17 145/20 156/23
159/6 162/13 163/7 164/1
166/13 168/17 168/18 168/19

event [2]  33/12 124/17

ever [17]  39/15 52/21 53/9
85/20 87/20 102/21 103/2
103/2 104/13 104/14 104/14

**E**

**ever... [6]** 148/23 149/21 150/5 150/10 150/11 157/9

**every [10]** 41/16 47/8 47/12 108/6 116/24 123/18 123/19 147/6 152/7 178/11

**everybody [5]** 3/4 7/9 25/3 25/9 173/11

**everyone [2]** 7/12 65/1

**everything [9]** 64/18 78/8 106/8 111/12 113/24 114/24 115/25 149/16 173/21

**evidence [118]** 6/6 66/5 66/5 66/6 66/7 66/9 66/12 66/18 67/13 67/15 67/21 67/21 67/24 67/25 68/10 68/17 68/17 68/19 69/1 69/15 69/16 69/18 69/22 70/2 70/17 71/5 71/16 71/20 71/21 72/4 72/14 72/25 73/14 80/22 82/1 85/3 92/1 92/4 92/10 92/25 93/5 93/6 93/7 93/21 98/12 100/10 100/24 101/14 101/25 102/21 103/1 105/5 106/20 106/21 107/8 107/22 107/24 108/6 108/7 108/14 108/15 109/1 109/4 109/7 109/12 109/13 109/17 109/18 109/22 115/6 116/16 116/24 117/1 117/11 117/18 117/20 117/21 117/23 118/4 118/5 118/7 118/8 118/10 118/14 118/16 118/17 119/12 119/16 119/17 130/7 130/12 130/23 131/8 131/18 136/2 136/21 136/22 136/25 141/24 142/25 144/8 147/4 147/14 152/2 152/2 152/3 152/8 152/14 153/24 154/7 154/15 154/16 156/13 156/17 156/18 157/9 164/5 169/6

**evident [1]** 58/21

**exact [7]** 83/7 87/18 122/8 141/18 158/23 162/16 168/12

**exactly [7]** 22/9 42/12 58/9 79/3 140/3 149/25 157/14

**exactly is [1]** 58/9

**examination [31]** 2/3 2/4 2/5 2/6 2/8 2/10 2/12 7/16 7/17 46/2 46/3 46/4 49/2 51/6 51/23 52/15 52/23 55/25 62/7 65/14 74/10 83/20 84/7 87/25 88/4 88/7 92/4 92/12 92/19 93/11 98/3

**examine [7]** 17/8 84/24 85/3 91/25 93/20 131/12 158/14

**examined [7]** 11/22 45/5 45/6 55/1 55/6 93/5 93/6

**examiner [1]** 54/18

**example [10]** 17/16 105/19 107/18 107/20 108/9 108/10 136/7 136/14 139/9 143/12

**exceeding [2]** 121/15 145/10

**excellent [1]** 146/24

**except [3]** 57/1 117/25 177/17

**exception [2]** 156/23 169/11

**excessive [1]** 113/12

**exchange [2]** 21 21/23 109/17

**exchanged [1]** 126/2

**exclude [2]** 108/6 117/7

**exclusive [1]** 151/25

**exclusively [1]** 89/1

**excuse [1]** 171/18

**excused [2]** 171/20 178/12

**execute [1]** 149/9

**executed [1]** 162/12

**executing [1]** 106/5

**execution [5]** 106/16 137/15 137/17 148/15 149/23

**exercise [9]** 75/13 75/16 126/19 155/7 158/13 160/15 160/17 160/21 160/23

**exercising [2]** 160/19 161/2

**exhibit [73]** 2/17 2/18 3/6 3/7 6/6 7/20 8/2 8/15 8/16 9/6 11/23 19/18 19/20 19/24 19/25 20/3 24/16 24/17 49/1 51/22 52/12 56/5 59/3 59/5 59/12 59/13 60/13 61/6 61/17 70/24 71/4 80/2 80/12 80/19 80/22 92/25 93/2 93/8 93/14 94/10 94/24 95/20 95/24 97/12 97/22 100/18 100/21 105/6 105/16 109/12 113/22 114/4 114/7 114/13 114/19 114/20 115/6 137/13 139/22 139/10 140/10 140/24 143/23 143/24 144/17 145/2 145/13 145/21 146/10 146/21 152/14 153/8 157/13

**exhibits [22]** 2/15 2/17 70/24 71/12 72/13 72/15 72/23 73/9 73/13 100/22 100/23 101/1 114/3 117/22 144/14 169/17 169/18 172/22 172/22 172/23 172/23 172/24

**exist [1]** 151/23

**existed [1]** 158/24

**existence [1]** 104/15

**expect [1]** 39/2

**expel [2]** 126/14 127/25

**expelled [1]** 95/3

**experience [11]** 22/19 24/5 54/1 55/7 58/13 96/11 97/21 120/7 150/21 158/8 172/8

**expert [9]** 47/21 52/15 87/20 87/24 88/3 88/6 120/4 156/5 156/18

**explain [16]** 8/7 9/3 9/8 57/10 58/12 75/25 85/17 88/10 89/11 89/24 91/3 93/16 97/1 105/20 116/19 131/6

**explained [2]** 89/21 122/24

**explaining [1]** 90/23

**explanatory [1]** 28/6

**explicitly [2]** 4/11 105/6

**explosive [2]** 126/15 128/1

**explosives [6]** 74/14 74/18 74/20 74/23 81/16 84/10

**extend [2]** 14/20 56/18

**extended [28]** 10/5 10/7 10/10 10/12 10/17 14/12 14/15 14/16 14/19 15/13 15/14 15/16 15/18 16/9 18/14 19/6 53/24 56/19 58/14 90/2

**exchange** 137/25 141/19 141/23 142/11 143/4 146/25 167/18 168/16

**extends [1]** 54/16

**extensive [1]** 86/24

**extensively [1]** 109/18

**extent [1]** 178/5

**exterior [3]** 92/13 164/13 165/6

**external [5]** 15/20 66/7 66/9 165/20 165/20

**externally [1]** 92/11

**extra [4]** 9/15 9/19 34/20 36/25

**extreme [2]** 40/25 47/23

**extremely [1]** 40/23

**eye [2]** 118/10 165/19

**eye-witness [1]** 118/10

**eyes [1]** 26/9

**F**

**F-I-S-C-H-E-R [1]** 65/12

**F.3d [5]** 107/12 107/17 107/21 108/5 108/10

**F.4th [1]** 4/10

**face [2]** 59/17 136/19

**facie [2]** 101/16 103/16

**facing [3]** 56/24 57/11 60/25

**fact [25]** 5/17 67/1 86/7 102/15 103/21 106/6 107/23 118/10 118/12 119/17 120/2 128/9 137/14 137/18 137/24 138/1 139/15 140/11 140/16 141/9 144/6 150/8 156/14 158/15 174/1

**factor [1]** 145/11

**factors [1]** 142/5

**factory [3]** 90/1 90/9 90/11

**facts [10]** 101/21 116/12 118/3 118/11 124/2 125/12 126/7 127/16 128/23 131/17

**factual [1]** 117/25

**fail [2]** 9/23 86/22

**fails [1]** 117/2

**fairly [4]** 22/6 53/22 54/25 107/23

**fake [1]** 23/1

**fall [4]** 76/9 81/18 85/1 90/24

**falsely [1]** 119/16

**familiar [12]** 24/3 46/7 46/9 46/12 85/25 87/13 93/2 106/1 137/12 146/11 161/6 164/3

**familiarity [1]** 109/14

**family [4]** 20/25 136/17 136/18 153/3

**far [8]** 5/15 24/12 62/25 67/6 85/1 102/6 103/6 157/20

**fashion [1]** 152/20

**fast [1]** 34/25

**fat [1]** 30/3

**fault [1]** 23/18

**favor [3]** 101/15 104/18 104/21

**favorable [3]** 101/14 104/22 107/25

**FBI [1]** 66/8

**fear [1]** 78/21

**features [6]** 104/9 105/4

**F**

**features... [4]**   109/10 129/3
129/10 156/9
**February [7]**   24/24 137/14
141/20 143/3 144/22 148/14
168/25
**February 25th [2]**   137/14
168/25
**February 26 [1]**   24/24
**February 26th [1]**   143/3
**February 28th [1]**   144/22
**Federal [18]**   76/17 77/20
85/2 85/3 85/5 85/8 87/20
92/5 101/11 107/10 123/10
125/7 125/20 125/24 126/5
127/12 128/12 179/18
**feedback [1]**   38/3
**feel [5]**   21/11 21/14 65/8
74/4 84/2
**feet [2]**   102/9 151/9
**felon [14]**   3/17 5/21 106/24
110/13 110/17 127/10 134/1
135/20 142/24 145/2 145/24
155/14 155/22 175/16
**felonies [1]**   155/16
**felony [6]**   4/6 110/6 127/13
127/20 127/23 145/7
**fence [3]**   106/4 159/5 163/14
**fenced [1]**   160/6
**fenced-in [1]**   160/6
**fentanyl [68]**   22/8 22/14
22/18 22/20 22/21 22/22
22/24 22/24 22/24 22/25 23/4
23/7 23/13 23/15 23/17 23/22
23/23 24/6 24/10 24/11 24/11
24/13 25/25 29/6 29/16 30/14
30/24 31/1 34/14 37/23 38/7
38/8 38/15 38/23 38/24 38/25
39/3 39/4 39/6 40/12 40/19
40/20 40/21 41/1 41/4 41/6
41/19 41/21 42/6 42/10 42/14
42/17 42/21 42/23 42/24 43/5
43/5 43/6 43/18 43/19 43/21
138/7 141/4 141/7 161/21
166/8 166/12 168/25
**FEO [1]**   92/6
**fetty [16]**   37/7 38/21 38/22
38/23 39/1 39/23 39/24 40/2
42/9 42/13 42/19 42/20 43/12
43/17 166/24 167/11
**few [7]**   36/9 36/14 64/21
67/6 77/15 118/24 179/9
**field [6]**   22/20 77/20 87/24
88/3 120/7 164/6
**Fifth [2]**   4/9 108/5
**figure [2]**   25/24 156/11
**file [1]**   173/4
**fill [6]**   30/15 70/12 73/7
134/20 139/18 150/17
**filled [6]**   8/23 30/15 30/16
30/17 68/13 91/14
**filling [1]**   68/14
**fina [1]**   28/17
**final [2]**   6/12 100/25
**finally [6]**   80/16 82/18
83/14 106/23 145/14 165/16
**find [52]**   3/12 7/2 26/10

33/13 34/7 107/13 107/23
116/12 117/3 122/19 124/15
126/22 130/8 130/15 132/6
132/12 132/13 132/17 132/25
133/1 133/5 133/11 133/12
133/16 133/22 134/3 134/4
134/8 134/16 140/12 141/9
142/1 142/2 142/5 145/5
145/8 149/15 156/21 158/14
160/13 160/14 167/5 174/6
174/12 174/14 174/21 174/23
175/3 175/6 175/12 175/17
176/2
**finding [4]**   5/17 6/3 20/23
110/24
**finds [1]**   109/3
**fine [1]**   52/9
**fined [1]**   175/20
**finger [1]**   53/20
**fingerprint [1]**   154/18
**fingers [3]**   14/20 14/21
136/18
**finish [1]**   100/19
**finishes [1]**   94/2
**finite [2]**   55/7 91/11
**FINNAMORE [39]**   2/2 7/14 7/19
15/1 46/6 56/2 56/13 58/3
58/12 103/18 105/9 137/5
139/5 140/20 141/1 141/5
141/18 142/13 144/8 144/15
144/21 146/12 147/19 148/2
150/20 151/14 156/4 156/10
157/15 158/1 158/7 161/14
164/16 164/25 165/25 166/2
166/11 167/7 168/12
**fir [1]**   36/21
**fire [15]**   39/12 40/3 40/11
40/13 43/13 43/14 49/18 53/5
89/16 89/19 92/15 92/16
92/17 93/11 147/1
**firearm [196]**
**firearm in [1]**   126/20
**firearm muffler [1]**   126/16
**firearm that [1]**   104/9
**firearm's [1]**   126/18
**firearms [127]**   9/15 9/15
9/18 17/8 17/20 18/4 19/10
20/13 20/20 20/22 20/23
20/25 21/4 21/6 32/23 33/10
33/11 33/13 33/14 33/25 51/4
54/20 55/2 55/6 56/6 57/17
58/17 60/22 67/15 74/14
74/18 74/20 74/23 74/25 75/1
75/3 75/5 75/8 75/10 75/11
75/12 75/14 75/18 75/20
75/23 76/12 76/25 77/4 77/9
77/10 77/20 81/8 81/11 81/14
81/15 81/18 81/18 81/23 82/1
82/6 82/10 84/10 84/14 84/15
84/18 84/20 84/22 84/25 85/7
85/7 85/9 85/12 85/13 85/14
85/20 85/22 86/1 86/3 86/10
86/12 86/14 87/12 87/25 88/4
88/13 88/14 88/15 88/16
88/17 89/13 90/23 91/4 91/8
91/10 91/24 105/7 106/18
106/25 110/8 121/21 128/13
128/14 129/2 129/5 134/14

135/15 135/16 135/20 137/23
140/7 141/12 141/16 141/25
142/3 142/6 144/16 145/16
146/5 157/22 159/25 160/3
161/24 163/3 163/4 163/20
167/18 176/1
**fired [14]**   52/19 52/21 52/24
53/1 53/2 53/7 94/20 94/24
95/1 95/2 95/14 95/20 104/14
156/11
**fires [1]**   89/10
**firing [9]**   53/9 54/21 89/9
89/18 90/6 93/17 95/23 138/4
156/16
**first [27]**   10/3 12/3 27/4
27/24 29/19 30/7 31/10 31/11
32/4 33/4 33/20 34/10 40/15
70/11 76/19 93/11 93/18
94/19 105/2 107/17 108/11
111/9 113/15 155/9 169/13
172/10 172/13
**FISCHER [6]**   2/7 64/10 65/5
65/7 65/12 73/16
**five [30]**   11/18 14/9 22/3
29/24 30/2 30/6 30/10 30/22
30/23 30/24 30/25 31/3 46/11
59/8 59/23 84/21 85/16
104/23 107/2 113/1 113/2
113/16 113/16 113/21 120/13
136/23 158/16 169/7 172/16
176/18
**five-minute [1]**   113/16
**fives [1]**   49/8
**FL [4]**   1/7 1/18 1/21 1/23
**Flagler [1]**   36/8
**flash [1]**   12/17
**flashing [3]**   12/19 165/1
165/13
**flashlight [1]**   53/24
**flathead [1]**   53/20
**flea [1]**   23/11
**flip [1]**   14/11
**FLL [1]**   91/16
**FLORIDA [4]**   1/1 25/12 31/17
137/1
**flush [4]**   14/17 14/18 15/23
16/21
**focusing [1]**   109/15
**folded [2]**   166/9 168/1
**follow [4]**   116/3 116/14
116/19 116/20
**followed [1]**   8/21
**following [31]**   3/20 26/3
26/4 34/6 35/17 42/3 43/11
69/25 72/17 94/19 106/19
111/13 112/17 124/2 125/12
126/7 127/16 128/23 132/7
132/15 132/18 133/3 133/6
133/14 133/17 134/6 168/15
174/7 174/15 174/24 175/7
**follows [6]**   35/22 61/24
112/11 112/15 132/6 174/6
**Footnote [1]**   3/19
**forbids [2]**   122/16 122/19
**foregoing [1]**   179/14
**foreign [6]**   17/10 121/13
127/14 127/18 128/3 128/5
**forensic [1]**   54/18

## F

forensics [1]   103/21
foreperson [8]   131/20 131/20
132/3 134/17 134/19 169/15
173/16 176/4
forget [3]   119/22 144/14
144/19
form [34]   3/5 4/24 6/2 6/12
6/12 6/23 56/8 57/23 73/7
89/16 110/22 110/22 111/2
112/10 115/10 116/2 131/21
131/23 131/24 132/1 132/3
132/4 132/5 134/18 134/20
138/9 145/4 146/4 169/14
169/23 172/4 172/5 173/20
174/2
formal [3]   84/25 116/23
123/22
formally [1]   45/23
forms [3]   64/19 91/13 139/19
Fort [1]   1/21
forth [6]   94/16 109/4 109/21
121/9 150/15 157/5
Fortunately [2]   154/23 171/3
forward [6]   12/8 57/3 57/14
59/24 90/4 151/25
found [50]   3/11 3/23 4/8
4/19 7/1 9/6 53/17 82/1 82/8
83/11 102/1 103/4 105/24
106/18 106/18 112/16 125/11
126/7 127/15 128/22 132/14
132/16 133/2 133/4 133/13
133/15 133/21 134/5 134/7
137/19 140/23 140/24 141/15
141/21 142/3 143/22 144/5
144/11 145/12 145/12 149/16
151/9 154/1 157/8 159/24
174/13 174/22 175/5 175/11
175/19
four [8]   11/18 14/9 55/5
85/9 86/8 86/9 170/19 176/16
Fourth [3]   3/24 3/25 3/25
frame [8]   13/9 13/11 70/12
88/25 90/19 105/10 126/15
128/1
FREDERICK [4]   2/7 65/4 65/7
65/12
free [7]   5/12 21/11 21/14
65/8 74/4 84/2 178/3
frequent [3]   23/4 34/19
35/12
frequently [11]   9/18 24/9
30/14 32/24 34/18 37/20
38/25 41/12 42/6 50/22 50/25
Fridays [1]   69/19
friends [2]   153/3 157/10
frisked [1]   151/18
front [12]   26/6 26/24 27/2
46/15 100/13 100/15 108/19
137/4 153/3 159/4 163/13
165/12
Ft [2]   1/23 1/23
fuck [2]   28/19 39/22
fulfilling [1]   177/13
full [5]   65/10 74/6 84/4
137/16 171/9
fully [12]   16/1 16/10 16/13
17/1 17/3 17/7 53/5 89/7
131/8 138/3 142/10 158/9
function [5]   41/2 41/16
88/24 89/6 89/8
functional [1]   53/3
functioning [1]   53/6
funnel [1]   166/10
further [31]   3/12 5/23 7/2
25/14 60/14 62/2 63/12 63/13
63/14 81/25 82/5 92/16 98/7
102/20 106/5 107/4 121/9
121/16 132/17 133/5 133/16
133/22 134/8 136/8 158/18
174/14 174/23 175/6 175/12
175/20 179/5
furtherance [22]   102/25
103/14 110/10 111/24 112/2
121/8 126/3 126/6 126/11
126/20 126/23 133/9 133/17
135/15 141/25 142/14 145/25
146/24 154/22 168/22 175/2
175/7

## G

gangsters [1]   88/18
gas [5]   36/6 37/12 38/18
38/18 38/19
gate [25]   26/7 26/11 26/12
26/13 26/19 27/8 39/22 42/3
42/4 46/16 149/8 149/12
150/5 151/10 159/4 159/5
159/6 160/4 160/8 161/1
161/1 161/13 163/14 168/4
169/3
gates [1]   159/5
gather [1]   34/20
gave [6]   24/25 36/25 119/20
131/25 139/12 154/12
gears [1]   141/11
Gen [1]   82/21
general [15]   47/24 47/25
66/3 76/16 81/9 81/24 84/25
85/8 85/23 85/23 86/11 92/8
124/13 141/1 141/7
generally [6]   38/9 86/20
89/25 92/15 97/8 122/5
generic [1]   19/15
gentlemen [9]   63/16 98/11
115/23 151/21 155/19 158/11
169/10 173/22 177/11
George [2]   36/18 36/25
Georgia [1]   61/4
get [50]   6/11 20/15 25/1
25/20 26/20 26/21 29/24
30/10 34/24 34/24 35/2 35/13
36/13 36/19 36/20 37/14
39/23 39/25 40/2 40/23 41/3
42/9 42/10 42/12 43/2 43/12
43/17 50/10 50/11 64/12
69/24 76/4 78/1 98/14 99/21
111/11 116/5 131/15 139/13
143/7 150/12 161/14 161/15
165/10 165/10 165/16 172/9
172/9 172/12 172/14
gets [6]   43/5 132/1 149/10
150/5 162/3 170/24
getting [4]   3/1 27/16 102/4
157/18
ghost [12]   147/16 147/16
152/13 152/25 152/25 158/23
159/20 160/10 163/17 163/23
166/3 166/5
Gibson [26]   139/13 139/24
140/2 140/3 140/4 140/6
140/8 143/7 143/10 143/13
143/16 143/18 143/22 143/25
144/6 144/10 148/7 148/8
150/1 154/12 157/10 161/5
161/6 162/7 162/11 168/7
Gibson's [1]   161/10
Gittens [1]   144/2
give [20]   3/6 6/12 6/16 28/1
28/5 36/9 38/2 39/13 40/17
64/19 111/20 112/4 118/13
130/22 131/13 135/1 143/7
171/7 171/18 178/15
given [10]   5/7 67/5 72/9
79/12 108/14 111/13 120/15
158/12 172/1 178/22
gives [3]   137/15 154/23
177/23
giving [1]   113/15
glass [1]   57/21
Glock [118]   9/1 9/4 9/7 9/24
11/10 11/22 11/25 15/2 15/10
15/20 15/20 15/22 16/2 16/3
16/5 17/25 19/24 19/25 21/9
21/17 45/2 51/23 52/16 52/19
52/21 53/3 53/12 53/14 53/25
54/5 54/8 54/8 54/11 54/25
55/3 55/5 55/8 59/3 59/7
59/13 59/18 60/18 60/19
60/23 61/3 79/22 82/21 86/15
87/11 87/11 87/11 87/14
89/22 89/24 89/25 90/1 90/7
90/12 90/16 96/9 96/18 96/24
97/2 97/2 97/8 97/10 97/11
97/23 103/20 104/16 105/4
105/8 106/23 109/10 109/11
121/11 121/16 121/20 137/24
138/2 141/18 141/21 142/10
142/20 143/3 144/3 144/7
144/9 144/14 145/15 146/7
146/21 146/25 148/9 154/4
154/10 154/11 156/5 156/6
158/5 158/8 159/8 159/14
159/15 164/11 164/14 164/17
164/18 164/20 164/21 165/18
165/25 166/6 168/11 168/13
168/15 168/20
Glocks [1]   157/23
glued [2]   18/12 151/17
gmail.com [1]   31/20
go [44]   10/3 10/19 12/15
14/17 20/17 20/25 23/18
24/16 24/18 26/17 32/19 33/7
36/1 44/10 64/1 64/14 67/11
68/10 76/16 79/3 98/24
100/20 101/6 101/9 102/14
105/2 113/23 116/9 131/19
131/23 132/5 139/16 142/19
147/3 148/22 150/3 150/9
155/9 170/16 170/21 171/15
172/12 172/17 172/22
goal [1]   20/22
goals [1]   124/19

**G**

**goes [8]**   4/5 8/22 22/20 60/2
90/2 149/11 161/6 163/18
**going [88]**   5/14 8/6 8/14
10/14 11/11 11/25 12/8 13/15
14/11 15/22 16/23 17/25
18/19 19/3 19/4 19/5 24/2
24/17 25/18 25/18 26/14 27/1
27/2 27/23 28/22 28/22 28/24
29/2 30/5 33/8 33/11 33/25
34/1 34/22 35/13 36/19 37/18
37/25 38/24 39/21 40/9 40/21
40/23 41/3 41/22 41/25 42/12
42/14 44/8 50/20 51/3 51/16
56/17 60/1 60/8 61/6 63/25
67/13 78/18 78/18 78/19 81/3
98/12 99/1 100/17 100/18
102/18 109/24 113/12 116/1
116/3 135/8 139/16 140/2
140/7 143/8 150/12 150/14
151/8 151/15 151/16 152/8
153/22 157/16 162/20 162/21
173/22 173/23
**gold [1]**   63/6
**gone [5]**   29/23 44/16 98/19
151/25 171/1
**gonna [2]**   36/13 36/20
**good [22]**   7/12 7/19 28/17
35/11 37/9 38/7 38/10 38/10
38/19 38/20 40/14 42/1 65/16
65/17 119/6 144/4 151/8
151/11 166/25 166/25 173/20
179/8
**got [36]**   8/3 25/1 25/2 25/2
29/23 30/1 30/11 31/21 32/19
33/1 35/2 36/2 36/6 36/15
36/23 37/3 37/4 37/7 37/8
37/13 38/21 39/13 39/22 40/6
42/4 44/3 61/25 140/6 143/11
146/9 146/19 160/9 164/20
165/22 168/3 171/3
**gotchu [1]**   34/12
**Government [126]**   2/17 2/17
2/18 3/6 3/18 5/12 6/7 7/20
8/2 8/16 11/23 19/18 19/20
19/24 19/25 20/3 24/16 24/17
49/1 51/22 52/12 56/4 59/3
59/5 59/12 60/13 61/6 61/17
62/9 63/13 64/13 65/3 70/23
70/24 71/4 72/15 72/23 73/9
73/13 74/19 75/4 75/22 76/17
77/14 80/2 80/12 80/19 80/22
83/23 92/25 93/8 93/14 94/10
94/24 95/20 95/24 97/12
97/22 98/7 98/8 98/11 101/15
102/13 104/1 104/5 104/19
104/22 105/6 105/16 107/25
109/5 109/19 109/22 110/18
111/1 112/6 112/21 113/9
114/7 114/13 114/19 114/20
115/6 115/24 116/11 116/19
117/1 122/7 122/9 123/20
123/24 127/1 128/6 129/6
129/8 135/11 136/1 137/13
139/2 139/10 140/10 140/24
143/23 143/24 144/14 144/16
145/2 145/12 145/21 146/10

146/21 148/5 149/18 149/20
151/23 153/8 154/21 155/8
156/7 157/13 157/16 157/19
158/18 173/3 178/23 179/6
**Government's [17]**   7/15 8/15
64/6 65/7 74/1 74/3 84/1
108/6 108/13 108/25 117/5
117/7 152/14 153/6 153/17
154/7 156/18
**Government's proof [1]**   117/7
**grab [2]**   36/9 45/4
**grabbed [1]**   56/16
**granted [2]**   55/1 107/15
**gray [18]**   36/6 36/18 38/8
38/18 39/16 39/23 40/2 41/4
41/5 41/8 42/9 42/11 42/13
42/13 43/12 43/17 43/19
43/21
**greaser [1]**   85/17
**great [5]**   39/19 39/24 41/17
42/19 43/22
**greater [2]**   38/14 131/1
**greatly [1]**   43/1
**green [16]**   24/20 27/10 27/24
28/13 29/19 32/4 32/17 33/20
40/15 44/11 44/12 44/13
60/11 161/22 163/12 163/13
**grip [21]**   9/11 9/15 9/18
9/20 9/22 10/14 10/17 11/2
11/4 11/16 12/24 13/1 13/11
13/14 13/23 14/20 15/16
15/17 20/9 57/9 144/3
**gripping [2]**   18/11 168/14
**grips [1]**   144/4
**ground [1]**   163/19
**guard [3]**   9/12 13/13 54/2
**guessing [1]**   102/8
**guide [2]**   37/16 39/9
**guilt [5]**   109/8 116/24 117/2
117/6 117/8
**guilty [63]**   3/11 7/1 107/24
112/16 116/13 117/3 117/16
124/1 124/16 125/11 126/7
126/22 127/15 128/22 130/8
130/8 130/13 130/13 130/15
130/16 131/4 131/4 132/12
132/12 132/13 132/15 132/16
132/25 132/25 133/1 133/3
133/4 133/11 133/11 133/12
133/14 133/15 133/21 134/3
134/3 134/4 134/6 134/7
134/16 134/16 142/2 145/6
145/8 147/5 149/16 158/16
169/7 174/12 174/13 174/21
174/22 175/4 175/5 175/11
175/18 175/19 176/3 178/20
**guilty of [1]**   7/1
**gun [39]**   10/19 15/1 18/6
20/18 49/18 50/9 50/10 50/14
50/16 50/20 52/16 52/25 53/5
53/10 54/21 57/19 58/22
62/18 86/13 88/10 88/12 90/9
91/4 91/6 95/17 103/8 104/14
144/12 151/7 151/8 151/19
154/4 156/6 156/16 163/21
166/13 166/14 166/14 168/19
**guns [11]**   20/20 33/15 33/17
56/3 56/14 57/22 58/3 106/22

151/2 161/23 168/19
**gunsmith [5]**   53/13 84/20
85/16 85/17 85/19
**guy [4]**   152/24 152/25 160/9
169/2
**guys [2]**   16/19 26/7

**H**

**had [87]**   3/13 3/19 6/3 6/25
7/3 8/3 8/12 9/7 11/21 12/24
19/20 19/21 20/5 33/5 35/10
45/3 51/6 54/10 55/3 55/7
58/20 59/9 72/9 72/12 73/12
76/11 76/22 83/12 97/17
99/18 102/15 104/14 104/14
105/8 110/6 110/18 110/19
110/21 111/1 115/12 118/19
121/14 124/13 127/19 127/22
128/7 134/9 136/7 137/3
137/7 137/19 137/25 138/1
138/2 139/15 142/22 144/13
146/21 148/6 148/7 149/22
151/8 154/19 155/11 156/11
156/12 157/10 157/22 157/23
158/25 159/3 159/3 159/4
159/4 159/5 159/25 160/23
161/2 164/5 164/5 164/6
164/7 164/21 165/21 166/17
168/4 175/21
**hadn't [1]**   3/15
**half [7]**   30/15 46/11 54/16
109/5 158/9 172/10 172/13
**hand [18]**   9/17 12/2 21/11
54/7 63/25 68/14 102/22
102/22 113/4 135/24 135/24
135/25 135/25 137/4 137/4
151/17 154/10 173/18
**hand-held [1]**   12/2
**hand-to-hand [4]**   102/22
135/24 135/25 137/4
**handed [1]**   92/25
**handle [1]**   4/20
**handled [2]**   54/19 157/22
**hands [2]**   9/16 165/3
**hang [1]**   34/19
**happened [3]**   66/23 94/24
95/10
**happening [1]**   29/4
**happens [7]**   69/9 69/13 70/8
124/20 147/1 148/11 170/24
**happy [1]**   38/1
**hard [17]**   8/8 22/6 27/18
27/19 27/19 34/24 35/3 35/9
35/19 36/2 37/1 39/22 42/3
39/6 40/12 41/6 42/14 43/6
55/4 57/21 60/16 61/2 67/14
67/15 67/19 67/23 68/6 68/19
68/23 81/17 91/23 97/4 98/11
98/18 103/9 103/17 104/13
104/23 108/12 109/1 109/6
109/21 110/7 110/23 111/1
115/10 116/11 117/7 117/15
118/9 120/6 120/14 122/9

# H

**has... [37]**  127/1 127/12
129/9 129/21 129/23 131/22
139/25 140/3 141/10 143/6
143/6 143/8 143/11 143/17
143/19 144/15 147/17 149/20
151/23 153/7 154/5 154/17
154/21 155/8 155/15 157/19
159/15 162/4 164/12 164/18
166/24 166/24 167/17 168/14
173/16 177/18 178/25
**hasn't [1]**  149/18
**hats [28]**  28/21 28/24 28/25
29/15 29/15 29/16 29/21
29/23 29/24 30/2 30/6 30/8
30/23 34/13 34/15 34/17 36/6
36/21 36/25 38/18 38/20
39/12 39/16 40/10 40/10 41/4
41/5 41/8
**hats and [1]**  36/25
**have [316]**
**haven't [5]**  49/14 113/3
150/10 155/11 172/17
**having [30]**  3/11 3/13 5/24
6/3 7/1 7/3 58/13 101/22
105/10 108/24 110/24 114/1
132/16 133/4 133/15 133/21
134/7 134/9 145/6 145/6
145/8 145/9 150/24 159/22
174/13 174/22 175/5 175/11
175/19 175/21
**he [258]**
**He possessed [1]**  135/15
**he'll [1]**  42/10
**he's [6]**  29/3 38/9 42/14
45/18 63/10 155/18
**head [2]**  37/9 52/5
**headings [4]**  111/4 111/5
111/7 111/9
**health [1]**  40/24
**hear [6]**  135/23 135/24
147/25 162/20 162/22 172/18
**heard [17]**  140/15 147/19
148/9 148/20 150/1 150/20
151/12 152/10 157/21 158/1
159/2 161/5 161/14 166/10
167/7 172/17 179/3
**heart [1]**  123/23
**heavy [1]**  117/5
**height [1]**  90/19
**held [3]**  12/2 60/9 167/19
**help [6]**  7/22 7/23 78/15
85/6 85/12 142/7
**helped [2]**  126/21 142/3
**helpful [1]**  120/6
**helps [1]**  88/13
**her [21]**  41/2 41/3 41/9
41/10 41/15 42/16 42/16 43/4
43/16 54/20 136/1 136/6
138/14 138/22 140/18 142/1
145/5 151/3 157/22 159/10
166/24
**here [121]**  3/3 3/3 7/22 7/23
9/4 9/9 9/25 10/3 10/4 10/8
10/10 10/20 10/23 10/24 11/5
12/4 12/9 12/16 12/18 13/7
13/8 13/15 13/25 14/3 14/3

14/9 15/1 15/14 15/15 15/17
15/18 15/19 15/23 15/25 16/1
16/4 16/19 18/12 18/13 25/6
26/10 28/22 28/24 30/5 31/8
32/12 34/5 35/14 37/17 43/4
45/11 56/6 57/13 58/5 59/7
59/14 59/19 59/19 59/21
59/22 60/3 60/6 60/16 60/19
60/19 60/22 60/22 61/12 80/8
81/3 82/19 92/1 96/3 96/16
97/12 105/22 105/23 107/19
111/13 115/13 116/17 130/11
137/1 139/9 139/11 139/25
142/5 143/1 143/16 144/5
144/11 148/3 155/5 159/7
159/12 159/15 159/15 159/17
159/17 162/5 162/13 163/1
163/11 163/12 163/12 163/14
163/14 163/15 164/9 164/11
164/13 164/16 165/7 165/12
166/6 166/7 167/8 169/1
172/15 172/23 173/12
**heroin [26]**  23/5 29/6 30/14
30/24 31/1 38/8 38/15 38/24
39/1 39/1 39/2 39/4 39/5
39/7 40/19 40/19 40/22 41/1
41/6 41/18 41/20 42/7 42/11
42/22 42/23 42/25
**hesitate [1]**  131/11
**hesitation [1]**  117/13
**hey [4]**  31/14 40/5 44/2
103/25
**Hi [1]**  31/13
**hid [1]**  163/3
**hidden [2]**  33/17 34/2
**hide [4]**  33/11 33/15 34/1
146/1
**hiding [2]**  51/4 163/5
**HIDTA [1]**  21/4
**high [6]**  37/14 38/14 38/15
38/19 40/13 42/16
**highlighting [2]**  109/8
109/16
**him [38]**  24/25 28/2 28/2
28/7 28/19 29/6 29/13 40/1
42/2 42/19 50/20 63/4 121/21
128/13 139/13 141/20 143/7
143/19 145/8 147/21 147/24
147/24 148/23 149/6 152/7
154/1 154/2 154/12 159/21
162/21 162/22 163/2 163/9
163/9 164/7 166/23 168/8
169/2
**himself [6]**  50/20 159/8
159/13 165/23 166/4 166/5
**his [84]**  28/1 28/6 29/12
32/11 33/11 42/16 50/14
102/14 102/18 104/18 106/5
106/7 106/10 106/23 106/23
109/15 116/25 122/21 135/15
136/19 137/5 137/9 139/3
139/16 139/18 139/23 139/24
139/25 140/4 140/8 141/20
141/25 142/7 143/17 143/25
144/10 144/20 145/25 146/24
147/2 147/2 147/21 148/25
150/3 150/16 151/20 152/4
152/6 152/20 154/19 155/2

158/7 159/14 159/23 160/2
160/3 161/3 161/8 162/3
162/7 162/11 163/1 163/3
163/7 163/8 163/19 163/20
163/22 164/7 164/8 164/23
165/3 165/13 166/21 167/3
167/16 167/25 168/7 168/18
168/19 168/22 168/23 169/2
178/24
**hit [2]**  37/2 39/12
**hives [2]**  37/8 166/24
**hold [5]**  13/3 53/20 86/13
89/18 91/16
**holder [1]**  77/21
**holding [16]**  4/1 4/17 9/7
16/16 44/18 44/25 45/15
45/19 53/18 132/1 137/25
139/11 140/1 143/6 144/22
165/3
**holdings [1]**  4/22
**hole [2]**  12/13 61/13
**home [6]**  105/21 139/17 143/8
149/1 151/2 151/3
**homeless [1]**  149/4
**homes [1]**  20/22
**homes with [1]**  20/22
**HON [1]**  1/24
**honest [1]**  131/13
**honor [70]**  5/6 5/18 14/25
15/4 56/9 56/20 57/6 57/23
63/14 64/3 73/8 73/10 73/21
73/23 73/25 80/18 80/20
83/17 83/19 83/21 88/2 88/5
88/8 92/22 94/5 94/7 97/25
98/2 98/4 98/8 100/12 103/7
103/18 104/20 106/15 106/20
107/1 107/5 108/17 111/3
111/9 111/17 111/19 111/23
112/7 112/9 112/22 113/7
113/11 113/17 114/7 114/24
115/5 115/22 135/13 136/1
136/6 138/14 138/22 140/18
142/1 145/5 158/19 172/21
173/1 173/4 173/8 176/7
178/18 179/4
**HONORABLE [1]**  1/11
**hood [1]**  44/17
**hook [1]**  151/13
**hope [1]**  171/4
**host [1]**  97/14
**hour [10]**  64/9 64/13 64/15
98/16 113/13 113/18 164/22
172/10 172/13 172/16
**hours [6]**  44/16 44/21 45/16
69/17 71/22 143/19
**house [48]**  32/21 32/21 33/3
33/3 33/7 33/8 33/11 46/12
51/1 51/2 105/24 106/9 137/2
137/18 138/13 138/17 138/20
138/24 139/19 139/21 140/5
144/1 149/7 150/7 150/9
150/11 152/12 153/3 154/1
154/3 158/25 159/3 159/14
160/3 160/18 160/20 160/24
161/2 161/12 163/2 163/24
163/24 164/3 166/19 168/6
168/9 168/21 169/3
**houses [3]**  75/2 85/13 85/15

**H**

how [70]   4/20 6/8 6/19 11/11
11/13 14/8 16/9 17/8 20/13
20/15 22/9 24/25 26/19 26/19
36/18 36/20 38/3 38/3 38/7
38/9 39/17 41/15 41/18 42/16
46/10 46/18 47/6 56/13 56/17
56/23 59/13 63/11 65/22
67/11 72/15 74/20 76/9 77/6
84/15 85/1 85/25 86/21 86/22
87/16 87/22 90/7 90/13 92/3
93/4 93/6 94/22 97/22 113/9
113/10 113/14 113/20 118/19
135/5 139/4 150/5 153/6
153/11 161/8 165/4 166/11
166/11 166/20 166/23 166/23
166/24
HOWARD [1]   1/19
however [2]   92/11 178/1
hundred [3]   8/12 87/18
141/21
hundreds [3]   23/9 55/2
177/20
hypotheses [1]   108/8
hypothesis [1]   108/7
hypothetical [1]   56/10

**I**

I'd [4]   4/24 10/13 58/24
172/12
I'll [3]   14/2 36/25 67/4
I'm [31]   8/9 24/25 26/6 26/8
26/9 26/10 27/8 27/25 28/17
28/21 32/7 32/12 32/20 34/11
35/4 35/4 36/13 37/2 37/3
37/4 37/12 39/14 44/18 44/24
54/1 54/13 65/21 74/18 74/25
115/1 144/22
I've [4]   37/8 59/9 146/8
165/22
I.D [1]   2/16
ID [1]   65/13
idea [1]   157/23
identifiable [1]   15/11
identification [5]   19/11
70/23 80/2 88/4 88/7
identifies [1]   124/11
identify [5]   19/10 19/14
32/24 53/9 148/23
identifying [2]   78/13 78/16
identities [1]   48/11
identity [6]   47/23 48/5
48/12 48/17 125/21 125/22
ight [1]   44/15
II [2]   123/9 125/6
illegally [3]   21/5 21/6
104/7
illicitly [1]   21/2
Ima [1]   39/23
image [1]   156/23
images [1]   156/25
imagination [1]   103/19
imagine [3]   22/11 37/23
78/13
IMG [1]   52/10
immediately [3]   15/11 53/8
143/5

impartiality [1]   117/11
impeachment [2]   110/4 119/13
imperative [1]   170/17
important [7]   91/19 98/17
117/14 118/19 119/16 120/2
170/22
importation [1]   82/3
imported [1]   96/14
impress [1]   118/25
impressions [1]   131/1
imprisonment [3]   121/15
127/20 145/10
impute [1]   155/24
in furtherance [1]   175/7
inaccurately [1]   119/23
Inc [2]   61/3 121/18
inch [3]   54/16 158/9 158/9
include [3]   5/22 86/15 96/3
included [3]   88/19 106/19
113/7
includes [11]   88/25 89/3
96/6 117/21 126/15 127/7
128/1 128/3 128/15 128/19
130/2
including [6]   3/6 4/3 109/6
109/11 138/11 138/15
inclusion [1]   6/22
incompatible [1]   97/7
incompatible with [1]   97/7
inconsistent [3]   110/4
119/13 173/21
inconsistent statements [1]
110/4
incorporates [1]   90/2
incredibly [1]   18/9
indeed [3]   104/25 106/2
107/1
independent [2]   25/16 130/23
INDEX [1]   2/1
indicate [1]   97/12
indicated [4]   3/19 8/3 46/6
59/4
indicates [1]   103/18
indicating [7]   4/10 9/4
10/20 60/22 61/12 148/8
166/6
indication [1]   154/24
indicative [1]   139/22
indictment [42]   4/7 4/13 5/2
5/3 5/5 5/23 101/4 101/13
104/24 112/25 116/23 120/13
120/15 121/9 121/16 121/25
122/6 123/21 126/10 126/12
129/7 130/6 130/11 132/8
132/10 132/22 132/23 133/9
133/25 134/3 134/13 136/24
140/13 169/8 169/22 174/8
174/10 174/19 175/1 175/14
175/17 175/25
individual [3]   34/5 92/6
102/4
individualized [1]   54/6
individuals [2]   76/1 76/3
industry [4]   84/20 84/25
85/8 88/14
inferences [1]   104/21
influenced [2]   116/17 130/24
informant [1]   148/12

information [9]   68/16 77/19
77/22 78/3 78/14 78/16 78/19
78/20 148/6
ingest [3]   40/21 41/18 41/20
ingesting [2]   38/11 38/13
initial [1]   111/3
initially [4]   29/7 35/18
71/11 178/22
initiate [3]   48/13 89/9
89/18
injecting [1]   41/20
injured [1]   150/25
innocence [3]   108/7 116/15
116/25
innocent [2]   116/25 119/25
inquire [1]   172/18
inserted [3]   10/15 57/2
57/12
inside [41]   10/14 10/17
14/11 22/5 23/3 23/14 23/19
26/20 57/24 101/22 101/24
138/19 141/15 149/13 149/17
150/19 151/10 151/12 154/1
155/10 158/22 159/1 159/23
160/5 160/20 161/16 162/1
162/2 162/4 162/5 162/6
162/21 163/14 163/20 164/25
165/9 165/11 165/15 168/5
168/9 168/18
insinuating [1]   30/20
insofar [1]   169/15
Instagram [9]   55/15 55/18
105/12 146/17 157/2 157/4
157/5 163/16 164/23
install [1]   97/17
installed [6]   13/7 13/17
53/14 90/7 90/8 97/22
installing [1]   53/12
instance [6]   47/4 48/8 55/15
55/16 76/2 156/15
instead [2]   25/22 97/4
instruct [3]   64/7 64/16
116/7
instructed [5]   136/2 138/14
138/22 140/18 142/1
instructing [2]   3/8 64/5
instruction [17]   3/17 5/10
7/7 110/2 110/3 110/5 110/8
110/9 110/17 111/10 111/24
154/23 155/2 157/19 172/1
172/3 172/6
instructions [23]   3/5 5/16
6/12 63/19 63/25 64/15 64/17
98/17 101/7 101/9 104/1
109/24 111/2 116/2 116/9
116/14 116/21 116/22 118/1
120/12 136/6 169/14 171/24
instructs [1]   30/10
instrumentality [1]   152/7
insufficient [1]   107/9
intact [3]   73/2 73/6 113/8
intake [1]   68/7
integral [1]   51/9
integrity [1]   146/3
intend [2]   113/17 125/25
intended [9]   87/4 89/1 89/2
96/7 102/13 125/16 138/10
139/19 155/9

## I

**intending [7]**   116/1 141/3
167/6 167/15 167/16 167/21
167/24
**intends [2]**   100/10 167/2
**intent [32]**   101/20 106/10
106/12 106/22 109/16 120/18
121/2 122/15 122/18 123/1
123/11 123/15 124/5 124/23
125/1 125/8 126/19 132/11
132/18 132/23 133/6 133/19
133/20 155/6 166/21 167/10
174/11 174/15 174/19 174/24
175/9 175/10
**intention [3]**   129/23 154/2
155/11
**intentional [1]**   120/1
**intentionally [1]**   122/13
**interaction [2]**   63/20 98/19
**intercepted [1]**   148/19
**interest [3]**   29/4 119/4
131/17
**interests [2]**   107/15 124/19
**internal [2]**   97/9 165/20
**internet [1]**   19/15
**interpretation [1]**   118/4
**interrogatory [3]**   6/23
112/11 172/2
**interstate [6]**   17/10 88/12
121/13 127/14 127/18 128/3
**intervening [1]**   4/3
**intimate [1]**   85/19
**introduced [3]**   39/6 149/20
156/13
**Introduction [1]**   120/12
**inventory [1]**   77/21
**inverted [1]**   56/15
**investigate [3]**   24/12 26/16
55/11
**investigated [2]**   55/16 55/18
**investigating [1]**   51/3
**investigation [4]**   47/9 70/20
148/6 153/7
**investigations [1]**   55/9
**investigator [6]**   65/21 65/22
66/2 66/23 67/18 163/11
**investigators [1]**   68/20
**involved [7]**   46/19 47/8
47/12 49/11 53/12 92/3 137/8
**involvement [1]**   73/19
**involving [1]**   55/10
**Ion [2]**   44/18 44/24
**iron [3]**   159/5 160/8 163/14
**is [884]**
**is conducted [1]**   33/12
**is going [1]**   29/2
**is proof [1]**   118/11
**is to [1]**   125/25
**isn't [2]**   116/24 117/23
**issue [18]**   3/8 55/11 85/4
99/19 110/13 117/25 172/1
**issued [1]**   55/13
**issues [2]**   18/5 40/24
**it [547]**
**it also [1]**   24/2
**it but [1]**   39/18
**it's [32]**   18/2 23/11 24/9

25/1 27/12 30/8 31/8 34/10 35/11 36/24
37/7 38/10 39/19 42/12 42/22
45/8 45/12 51/1 52/8 58/6
59/15 85/25 87/5 88/22 91/23
93/23 112/11 112/14 139/20
158/21 165/7 168/23 168/24
169 47/1 57/25
**item [5]**   13/10 23/12 68/14
129/7 158/9
**items [25]**   23/14 23/19 24/13
51/4 54/10 68/2 68/5 68/7
68/10 69/1 71/6 71/19 72/1
72/21 73/2 73/17 85/1 85/5
101/24 105/20 105/24 138/12
138/18 138/19 168/5
**its [11]**   22/16 40/3 95/18
98/12 104/21 109/6 109/12
113/10 141/10 151/17 173/16
**itself [12]**   67/15 78/11
90/16 96/8 97/14 106/23
123/24 141/6 142/10 142/16
145/18 145/22

## J

**Jamaica [1]**   157/10
**Jamaican [4]**   157/8 157/10
157/11 157/11
**Jamal [7]**   32/19 33/2 33/5
139/11 140/1 140/6 143/13
**James [1]**   65/12
**January [9]**   32/1 32/6 34/10
35/25 61/20 146/15 154/8
154/9 164/15
**January 20 [3]**   32/1 32/6
34/10
**January 24 [1]**   61/20
**January 24th [2]**   146/15
164/15
**January 26 [1]**   35/25
**jar [4]**   136/14 136/15 136/16
136/20
**job [1]**   66/23
**jobs [1]**   78/22
**Johnson [1]**   108/1
**joined [2]**   124/9 124/14
**joint [7]**   129/19 129/25
130/3 138/15 138/22 160/12
161/4
**jointly [2]**   138/12 161/11
**judge [28]**   1/11 4/21 5/2
5/11 5/17 6/21 58/6 62/3
63/12 100/16 101/10 101/18
102/11 102/20 103/1 104/4
104/17 107/18 108/20 108/21
112/3 112/24 113/3 114/16
115/2 130/16 147/10 179/11
**judges [2]**   131/16 131/17
**judgment [2]**   101/12 107/6
**juries [1]**   177/19
**juror [18]**   169/11 169/12
170/25 171/10 171/21 176/10
176/12 176/14 176/18 176/18
176/20 176/22 176/24 177/1
177/3 177/5 177/7 177/16
**jurors [18]**   6/19 64/24 113/1
130/25 131/9 135/5 156/3
169/13 170/16 170/17 170/19
170/20 170/21 170/23 171/13

173/7 177/14 177/16
**jury [96]**   1/10 3/4 3/5 3/8
3/10 3/10 4/8 4/14 5/10 5/12
5/15 6/2 6/8 6/11 6/14 7/1
7/10 7/11 7/21 8/7 9/3 9/8
13/1 15/1 15/9 20/1 48/22
49/7 57/1 57/25 59/10 63/23
63/25 64/25 67/11 75/25 80/6
81/2 81/7 85/18 88/10 89/11
89/24 90/24 91/3 93/16 94/10
97/1 98/23 100/14 100/16
101/1 101/6 101/9 104/25
105/20 107/13 108/19 109/24
110/24 111/2 114/18 115/12
115/18 115/19 116/2 116/7
116/10 131/19 132/6 132/16
133/4 133/15 133/21 134/7
134/18 134/25 154/23 157/19
169/13 170/9 170/12 173/12
173/13 173/16 174/6 174/13
174/22 175/5 175/11 175/19
176/6 176/8 177/17 178/5
178/13
**jury's [3]**   108/3 177/20
177/24
**Jus [1]**   13/5
**just [91]**   7/23 8/6 13/17
17/20 19/15 20/1 20/11 20/24
21/16 23/18 27/4 27/9 27/19
28/10 28/20 31/11 31/15
32/19 33/25 34/24 34/25 37/3
37/14 37/15 39/13 39/23 40/6
40/10 40/22 41/2 41/16 42/12
43/19 44/3 44/19 44/25 45/20
46/20 47/24 48/9 56/25 59/15
59/20 62/9 63/2 66/10 67/1
72/6 75/5 80/6 81/5 87/1
89/18 92/7 92/25 93/18 93/19
94/14 96/3 99/1 110/11
111/11 112/1 113/7 113/23
131/14 136/2 137/14 138/14
139/12 139/25 140/18 141/13
141/14 142/1 143/12 144/23
145/4 145/5 148/1 150/8
154/8 155/17 158/21 160/2
160/5 160/8 162/15 165/18
170/6 173/1
**justice [6]**   3/20 74/13 80/9
81/5 107/16 146/4

## K

**keep [15]**   6/1 20/20 22/13
26/13 27/22 31/15 34/22
35/23 39/10 50/14 51/19 77/3
119/20 140/5 161/16
**keeping [2]**   28/16 28/22
**keeps [1]**   162/19
**kept [2]**   110/14 161/13
**Kevin [27]**   139/13 139/24
140/2 140/3 140/4 140/6
140/7 143/7 143/10 143/13
143/16 143/18 143/21 143/25
144/6 144/10 148/7 148/8
154/11 154/12 157/10 161/5
161/6 161/10 162/7 162/11
168/7
**kg [19]**   25/4 25/10 26/4 28/1
28/6 31/23 32/2 32/11 33/16

**K**

**kg... [10]**   33/22 33/24 34/3
  139/13 139/24 161/5 161/6
  161/7 162/7 162/10
**kill [2]**   37/24 38/4
**killed [3]**   23/14 150/25
  150/25
**kind [4]**   63/8 123/17 123/22
  158/2
**kinds [3]**   128/13 129/17
  160/11
**kitchen [1]**   58/23
**knew [26]**   104/3 104/6 104/8
  104/15 105/15 124/8 125/19
  125/22 127/22 128/7 129/3
  129/7 129/9 135/20 136/15
  146/6 146/21 148/6 156/8
  156/14 157/24 163/22 163/23
  164/3 165/22 166/17
**knob [3]**   159/11 159/18
  159/18
**knock [2]**   134/22 170/1
**know [86]**   3/23 11/16 20/21
  22/21 24/5 24/6 28/19 28/23
  36/4 36/11 36/18 36/23 37/1
  37/5 39/13 40/1 40/2 43/11
  43/16 44/18 44/24 45/15
  48/14 49/12 52/1 52/2 52/2
  52/16 52/19 52/21 54/21 55/9
  62/10 62/15 63/3 71/18 71/24
  76/7 87/18 93/6 98/25 103/22
  124/20 125/21 125/23 137/11
  137/17 138/7 139/12 139/23
  140/10 142/23 145/1 145/17
  145/18 146/14 147/13 147/16
  148/3 148/4 148/14 149/2
  149/2 149/3 149/5 149/22
  149/24 150/16 152/15 154/10
  154/12 155/1 156/4 156/10
  162/4 162/6 162/9 165/4
  166/20 167/2 168/22 170/3
  170/6 170/11 171/16 172/10
**knowing [6]**   97/11 121/14
  124/10 133/25 157/4 175/15
**knowingly [19]**   100/6 120/17
  121/7 121/12 121/19 122/5
  122/12 122/25 123/11 123/13
  125/14 125/18 126/11 127/17
  128/25 129/21 144/13 146/23
  151/3
**knowledge [11]**   85/20 105/3
  106/21 106/23 109/10 118/9
  120/6 120/6 126/18 164/18
  164/21
**known [7]**   48/12 81/13 87/11
  137/2 137/19 152/3 158/24
**knows [5]**   146/17 150/4 163/4
  164/19 165/21
**kreep [2]**   61/22 61/22
**kutta [1]**   61/22

**L**

**lab [17]**   22/20 53/4 66/8
  66/14 67/14 67/14 67/15
  67/19 67/22 67/23 67/24
  67/25 68/3 69/8 71/10 71/12
  71/15

**labeled [1]**   163/15
**labs [2]**   66/7 66/10
**lack [6]**   101/16 106/24 152/2
  152/8 152/14 156/17
**ladies [9]**   63/16 98/11
  115/23 151/21 155/19 158/11
  169/10 173/22 177/11
**language [5]**   4/24 5/20 5/22
  6/22 110/18
**lapse [1]**   119/25
**large [1]**   8/20
**laser [15]**   9/5 12/6 12/12
  12/13 15/18 19/7 20/10 53/23
  53/23 60/3 60/11 60/16 61/13
  61/13 61/14
**last [10]**   6/13 31/24 44/11
  44/12 65/10 74/6 74/8 84/4
  147/18 155/25
**late [3]**   17/17 17/18 148/14
**later [7]**   71/14 73/16 97/16
  126/19 129/24 130/17 155/6
**Lauderdale [1]**   1/21
**law [60]**   9/19 19/10 26/13
  26/19 32/14 33/13 47/7 50/23
  50/25 51/2 85/2 85/4 85/5
  85/8 91/4 101/23 103/24
  104/5 107/7 116/8 116/19
  116/20 116/22 116/24 118/1
  122/16 122/17 122/19 122/21
  129/17 137/2 137/19 138/1
  145/18 146/1 146/3 147/3
  147/17 149/8 151/7 151/9
  152/12 152/15 155/17 155/24
  156/12 157/3 158/25 159/20
  159/24 160/11 160/25 161/4
  161/13 163/23 165/16 168/2
  168/21 170/15 177/23
**lawful [2]**   20/19 82/3
**lawyers [2]**   6/17 117/23
**lead [1]**   40/24
**leading [5]**   18/18 23/24 70/4
  136/17 143/5
**learn [1]**   145/14
**learned [1]**   144/20
**least [12]**   3/13 6/3 7/3 86/8
  110/25 124/15 134/9 145/9
  147/18 147/20 148/14 175/21
**leave [16]**   33/9 33/25 44/16
  44/21 100/20 113/1 136/4
  139/16 140/7 142/25 150/4
  151/2 151/3 151/15 155/5
  178/8
**leaves [3]**   63/23 98/23
  143/24
**leaving [9]**   45/16 102/5
  102/16 143/9 144/10 152/5
  162/3 163/6 172/11
**left [20]**   7/19 8/2 9/2 33/10
  39/8 57/18 60/24 60/25 80/11
  81/4 95/17 97/4 102/15 106/6
  150/3 166/2 168/9 170/9
  171/21 178/13
**leg [3]**   90/3 90/19 90/20
**legal [4]**   4/21 26/20 57/24
  118/12
**legally [7]**   20/15 76/10
  91/10 91/12 129/8 135/20
  145/24

**legally possess [1]**   145/24
**lengthier [1]**   64/11
**less [2]**   90/14 165/14
**let [16]**   36/11 36/18 37/5
  39/13 45/4 61/15 61/23 69/9
  111/11 131/24 140/2 146/19
  164/20 165/21 170/3 178/19
**let's [7]**   6/16 40/10 44/10
  72/1 114/12 136/25 155/13
**letting [1]**   76/6
**level [5]**   9/19 42/2 49/2
  49/16 135/14
**lght [5]**   28/1 28/3 29/25
  30/3 30/11
**library [1]**   85/15
**license [1]**   77/21
**licensee [3]**   91/15 91/21
  91/23
**life [2]**   49/23 151/4
**lifeline [1]**   51/19
**lifted [1]**   144/12
**lifting [1]**   144/4
**light [28]**   9/5 12/6 12/9
  12/10 12/17 12/19 12/22
  15/13 15/15 15/16 15/18
  18/16 18/22 19/7 20/10 60/2
  60/7 60/10 60/15 61/10
  101/14 104/22 107/25 159/12
  159/15 159/18 159/18 164/12
**light/laser [5]**   9/5 12/6
  15/18 19/7 20/10
**lights [1]**   102/8
**like [53]**   4/20 9/24 10/5
  11/13 13/5 14/6 16/17 18/24
  20/5 21/3 21/16 21/18 25/7
  27/3 27/19 28/18 33/25 39/5
  39/18 40/3 41/11 41/14 43/18
  53/25 54/8 57/21 63/6 63/8
  63/8 63/11 67/9 76/17 92/14
  93/9 93/17 101/16 105/1
  137/9 138/16 139/7 150/8
  152/3 152/8 153/12 153/13
  154/17 163/6 163/15 164/16
  165/7 166/22 172/1 172/10
**likely [3]**   13/16 29/6 64/12
**lil [1]**   32/21
**limited [3]**   77/7 109/6
  109/11
**line [1]**   9/13
**lines [1]**   17/9
**Link [1]**   87/10
**list [4]**   100/18 100/21
  113/22 114/9
**listed [3]**   125/19 125/23
  139/18
**listen [3]**   156/19 173/24
  174/1
**listening [1]**   4/22
**literally [1]**   69/17
**little [15]**   10/10 12/12
  15/23 16/18 22/25 36/21 37/9
  43/21 53/19 59/6 63/18 64/11
  81/3 98/13 141/11
**lived [1]**   152/23
**lives [2]**   139/17 153/3
**living [3]**   139/21 164/2
  164/3
**load [2]**   93/19 93/22

## L

**loaded [5]** 95/8 137/24
137/25 142/18 167/19
**local [1]** 85/4
**located [4]** 82/22 102/2
149/1 157/1
**location [12]** 46/7 46/18
47/6 148/5 148/8 148/12
148/13 148/17 148/18 152/9
152/19 157/8
**lock [8]** 26/6 159/6 161/1
161/1 161/2 163/2 168/4
169/3
**locked [7]** 26/15 26/19 68/24
69/5 160/24 161/12 161/12
**locker [7]** 68/21 68/23 68/25
69/3 69/5 70/13 92/10
**locking [4]** 26/10 26/12 27/8
90/8
**log [1]** 157/15
**logistics [1]** 100/17
**lol [2]** 36/23 37/2
**long [11]** 55/6 65/22 72/15
74/20 76/3 84/15 90/13 113/9
122/3 160/15 177/22
**longer [4]** 10/18 14/11 18/12
171/12
**look [19]** 3/5 16/4 16/24
17/11 17/12 18/10 19/3 19/4
33/15 78/20 92/13 97/9
109/25 113/22 146/15 153/9
162/23 167/14 167/16
**looked [2]** 114/1 164/1
**looking [18]** 6/17 9/4 9/9
10/4 10/24 12/4 12/8 14/12
14/23 18/9 18/25 19/1 34/6
51/13 60/3 60/9 162/10 167/3
**looks [11]** 10/10 21/18 53/25
54/8 57/21 63/6 63/8 63/10
102/7 153/12 153/13
**lose [3]** 22/12 151/16 170/23
**losing [1]** 78/22
**losses [1]** 34/21
**lost [1]** 63/2
**lot [3]** 28/22 78/13 140/15
**loud [1]** 173/24
**love [1]** 37/2
**lower [1]** 9/12
**lunch [11]** 6/14 64/5 64/9
64/13 64/15 72/5 72/6 98/13
98/16 98/21 100/20
**luncheon [1]** 115/17

## M

**M-I [1]** 107/12
**ma'am [3]** 99/5 99/8 99/25
**machinegun [45]** 21/8 53/6
76/19 76/20 82/20 86/25 87/1
87/5 87/6 87/7 87/13 87/16
87/17 88/19 88/21 89/3 89/4
89/10 89/21 96/2 96/5 96/8
96/24 97/2 105/5 105/8
106/19 109/11 121/10 121/20
126/25 127/3 127/9 128/15
128/15 128/21 133/23 134/13
135/17 138/2 145/15 145/18
146/23 175/13 175/25

**machinegun [14]** 75/15 75/19
76/9 76/10 76/13 76/15 86/23
86/24 90/24 91/1 91/7 91/7
91/15 91/20
**made [32]** 6/15 6/18 11/6
11/9 13/23 17/17 18/8 51/23
61/3 62/10 72/8 72/17 90/16
91/9 91/12 96/14 99/23 100/6
104/9 105/2 105/10 107/7
108/12 111/21 112/20 123/22
129/4 129/11 137/6 153/7
154/19 156/9
**magazine [40]** 10/5 10/10
10/12 10/13 10/17 10/19
14/10 14/11 14/12 14/15
14/16 14/17 14/19 14/22
15/13 15/14 15/16 15/18 16/7
16/9 16/11 18/14 19/6 53/24
56/18 56/19 57/1 57/2 57/14
58/14 95/8 137/25 141/19
141/23 142/11 142/18 143/4
146/25 167/18 168/16
**magazines [5]** 10/7 57/12
94/2 95/13 137/24
**magic [1]** 155/4
**mail [2]** 152/19 163/25
**mailbox [4]** 152/20 162/23
163/25 164/4
**maintain [8]** 4/23 75/1 75/2
77/8 78/23 81/10 89/19
138/20
**maintain a [1]** 81/10
**maintained [4]** 75/3 76/16
81/15 106/8
**maintaining [1]** 85/14
**maintains [3]** 5/6 75/22
78/10
**make [42]** 6/7 6/16 15/25
17/21 25/4 25/10 25/19 30/2
30/22 30/23 31/3 32/14 34/21
39/15 42/15 42/17 50/25
57/25 64/18 73/6 76/3 76/8
79/4 79/5 83/10 86/19 87/7
93/19 96/24 99/22 100/20
100/22 101/4 108/13 110/8
110/21 110/24 111/20 114/25
118/5 150/18 178/23
**makes [3]** 23/19 26/15 123/13
**making [4]** 30/6 82/3 118/20
123/23
**man [1]** 150/20
**mandatory [6]** 25/4 25/5
25/10 25/10 178/24 178/25
**manner [1]** 138/23
**mannitol [1]** 23/11
**manual [3]** 89/16 128/17
129/13
**manually [2]** 88/24 127/5
**manufacture [7]** 91/18 91/24
96/9 96/16 96/18 96/21 97/11
**manufactured [9]** 17/9 17/13
76/11 76/13 76/15 76/20
96/12 97/15 145/19
**manufacturer [9]** 11/4 11/6
11/9 13/23 19/3 61/5 82/3
86/20 91/16
**manufacturer's [1]** 18/7
**manufacturers [1]** 86/13

**manufactures [1]** 45/13
**many [20]** 11/11 11/13 13/10
14/8 16/9 22/23 46/10 46/18
47/6 49/3 49/7 51/12 87/16
87/22 90/17 91/11 94/22
107/11 135/5 177/18
**March [17]** 31/6 32/2 33/21
106/17 137/18 137/20 141/12
141/21 142/8 149/9 154/14
159/21 162/9 162/11 163/17
168/6 169/1
**March 3 [1]** 32/2
**mark [7]** 2/2 12/13 15/1
17/24 18/7 59/18 77/10
**marked [7]** 70/23 73/12 73/13
80/1 80/22 113/25 115/6
**marker [1]** 155/4
**market [7]** 9/14 10/9 13/14
15/24 23/11 85/21 141/6
**marketing [1]** 23/6
**marking [1]** 17/7
**markings [6]** 17/11 18/2 19/4
19/23 61/4 92/13
**marks [1]** 103/9
**Marshal [2]** 135/2 135/3
**Martinez [1]** 108/5
**match [2]** 68/15 100/23
**matter [17]** 3/9 4/2 53/14
70/14 70/16 73/19 79/7 91/25
92/20 95/21 101/8 112/20
118/22 120/8 135/8 158/13
179/15
**matters [2]** 62/4 118/4
**maximize [1]** 25/23
**maximizing [1]** 31/2
**may [74]** 6/14 7/13 7/15 13/4
14/20 15/5 15/6 15/7 23/17
25/14 30/15 31/3 38/14 42/22
42/25 48/9 48/24 55/1 55/6
56/21 57/7 62/3 62/5 63/10
63/15 64/23 65/2 65/3 65/8
71/22 71/24 72/2 72/24 73/24
76/11 76/20 80/24 83/17
83/22 83/23 88/22 91/7 91/19
92/23 94/4 94/6 94/7 96/19
96/21 97/25 98/1 98/5 107/15
115/20 118/2 118/5 118/13
118/20 120/1 121/25 121/25
122/21 124/10 129/18 147/10
153/12 169/15 170/10 171/14
171/15 172/17 173/8 173/14
173/25
**may allege [1]** 121/25
**Maya [1]** 6/16
**maybe [14]** 10/13 50/2 50/9
54/16 54/20 77/19 100/19
110/12 155/5 158/9 166/25
166/25 172/11 172/13
**MDMA [3]** 25/7 140/22 161/22
**me [56]** 8/8 20/3 24/19 24/25
25/1 27/10 28/2 28/7 30/3
34/25 36/3 36/5 36/9 36/10
36/11 36/18 36/19 36/21 37/2
37/5 37/14 39/12 39/13 39/18
40/1 45/4 58/22 58/24 59/20
61/23 62/20 69/9 70/12 86/9
92/7 97/14 105/21 105/23
111/11 116/4 131/24 134/24

## M

**me... [14]**   135/3 135/5 135/7 138/19 138/20 138/21 139/11 146/19 164/20 165/21 169/25 170/2 178/14 178/19

**mean [20]**   28/4 33/23 34/15 39/21 40/16 41/22 42/3 42/18 42/20 44/17 55/2 78/9 86/17 89/7 95/2 118/17 119/21 120/8 154/19 172/3

**meaning [2]**   42/21 45/16

**means [8]**   55/4 115/25 122/12 122/14 126/21 154/24 155/3 173/23

**meant [1]**   37/11

**meanwhile [1]**   6/18

**measure [2]**   30/21 166/2

**measures [2]**   47/23 78/15

**measuring [3]**   11/13 14/6 17/25

**mechanical [1]**   89/20

**mechanism [3]**   15/20 97/3 165/20

**mechanisms [1]**   97/9

**meet [2]**   25/23 36/10

**meeting [4]**   25/4 25/10 25/11 26/1

**Melanie [5]**   100/18 115/10 172/17 173/6 178/14

**member [2]**   123/18 123/19

**members [10]**   20/25 116/7 123/21 123/22 131/20 138/11 138/24 139/8 140/21 144/24

**memories [1]**   131/1

**memory [3]**   119/6 119/25 130/21

**mention [2]**   18/17 69/10

**mentioned [17]**   12/24 17/10 20/13 22/4 22/15 33/5 49/2 49/15 66/10 69/7 75/19 75/22 77/15 78/9 85/6 86/7 145/1

**mentor [1]**   85/9

**mere [1]**   143/18

**merely [1]**   124/18

**message [38]**   19/19 27/1 27/5 27/10 27/11 28/13 28/15 29/14 29/22 31/10 31/11 31/13 32/6 32/18 33/4 33/20 33/21 33/24 34/10 40/12 42/3 43/11 43/15 44/14 52/4 52/5 52/7 61/19 61/21 61/24 105/12 109/17 134/25 135/7 139/9 146/8 146/19 164/22

**messages [29]**   21/3 22/19 24/19 24/20 24/21 24/21 24/24 26/3 31/22 32/1 34/4 34/5 34/6 35/23 40/18 41/14 43/25 44/9 44/9 44/20 106/1 106/11 109/14 137/11 140/21 150/15 161/7 163/1 166/16

**met [2]**   105/18 141/10

**metal [2]**   53/19 90/5

**methamphetamine [1]**   25/7

**methods [2]**   83/7 96/16

**methylenedioxymethamphetamine [11]**   22/16 120/22 123/5 123/14 124/7 132/20 140/15

140/16 140/17 161/22 174/17

**Mi [1]**   107/12

**mic [1]**   21/11

**microphone [6]**   12/2 65/9 65/9 74/5 75/9 84/3

**middle [1]**   82/18

**midst [1]**   171/25

**might [10]**   3/7 37/10 39/13 40/17 43/8 120/6 140/14 167/6 170/14 171/15

**Mike [8]**   36/4 39/25 43/3 43/6 43/7 161/7 161/7 162/11

**Mike's [1]**   37/14

**military [1]**   76/18

**millimeter [2]**   121/17 121/18

**mind [3]**   56/9 119/20 131/12

**mine [2]**   29/23 80/13

**minimizing [1]**   29/9

**minimum [2]**   5/7 143/14

**minor [1]**   124/13

**minute [2]**   111/11 113/16

**minutes [9]**   63/18 63/22 98/15 98/16 98/22 113/16 113/21 146/18 147/8

**miss [1]**   79/4

**missed [2]**   72/9 168/7

**missing [4]**   113/8 159/11 159/18 159/18

**misspoke [2]**   66/16 104/4

**misstated [1]**   119/24

**misstatement [1]**   120/2

**mistake [3]**   119/20 122/13 150/18

**mistakes [1]**   79/5

**mix [10]**   38/8 38/24 39/23 42/9 42/11 42/13 42/21 42/23 42/24 42/25

**mixed [1]**   42/22

**mixing [1]**   42/12

**mixture [15]**   41/5 120/19 120/21 120/22 120/23 121/2 121/4 121/5 123/2 123/4 123/6 123/8 125/1 125/3 125/5

**mode [4]**   16/13 93/25 94/1 95/18

**model [14]**   17/21 45/1 45/1 45/10 45/12 79/22 82/21 86/19 97/2 97/7 97/23 121/16 121/18 144/21

**models [1]**   45/11

**modifications [3]**   54/9 90/16 92/14

**molly [7]**   22/16 22/17 25/2 25/6 140/22 161/21 169/1

**moment [10]**   7/23 7/24 29/3 61/14 83/17 97/25 109/25 113/23 169/12 169/20

**Monday [1]**   136/6

**money [25]**   8/13 25/1 25/19 28/1 28/6 30/13 32/19 33/1 33/4 36/10 36/19 36/20 39/15 49/4 49/10 50/7 50/8 51/19 139/12 140/6 143/7 143/11 152/7 157/12 157/13

**monitor [3]**   19/17 163/10 163/10

**month [2]**   86/5 165/14

**months [1]**   179/9

**more [31]**   17/25 18/7 18/10 22/1 22/3 23/23 25/20 26/16 28/10 30/22 31/1 38/4 42/14 42/17 55/3 55/4 64/1 64/2 64/18 85/19 88/17 88/23 95/12 96/5 101/17 123/16 124/3 127/20 130/1 151/2 178/7

**morning [9]**   7/12 7/19 63/17 65/16 65/17 72/8 72/19 110/20 146/12

**morning's [1]**   72/10

**most [22]**   13/16 15/11 17/15 18/2 20/18 23/4 29/6 50/21 51/21 53/24 54/8 69/6 87/8 87/9 89/23 96/13 96/14 101/14 104/22 107/25 117/13 130/20

**motion [10]**   107/3 107/6 107/8 107/15 108/12 108/16 108/19 108/21 109/2 109/23

**move [9]**   15/6 66/22 73/8 75/9 80/18 94/4 94/16 101/11 128/9

**moved [4]**   57/3 95/7 128/7 171/1

**movement [1]**   128/4

**moves [1]**   90/4

**moving [7]**   31/7 40/6 44/3 50/21 82/18 163/22 168/10

**Mr [159]**   2/4 2/6 3/3 8/11 8/11 27/11 28/1 28/5 28/15 29/1 29/2 29/5 29/7 29/8 29/10 29/15 29/23 29/25 30/3 30/5 30/8 30/10 30/10 31/13 31/14 31/16 31/18 31/20 32/6 32/18 33/16 33/21 33/24 34/3 34/12 34/13 34/16 34/23 35/1 35/2 35/3 35/6 35/8 35/18 35/20 35/23 36/1 36/2 36/4 36/5 36/6 36/8 36/10 36/12 36/14 36/17 36/21 36/24 37/2 37/4 37/11 37/15 39/9 39/11 39/13 39/15 39/17 39/21 39/22 39/25 40/4 40/5 40/6 40/12 40/16 41/2 41/7 41/10 41/25 43/2 43/5 44/1 44/2 44/3 44/10 44/14 44/15 44/17 44/20 45/14 53/9 56/2 58/2 58/3 58/8 58/12 59/2 59/11 60/9 60/18 61/1 61/22 61/25 63/1 64/10 64/11 64/11 73/16 81/2 88/3 88/6 88/10 98/24 98/25 99/3 100/9 101/22 102/4 102/21 104/2 104/13 105/12 106/1 106/21 109/10 109/14 110/2 110/6 139/10 142/23 145/1 145/14 145/17 145/19 145/22 146/6 149/10 149/10 149/12 149/13 149/15 150/1 150/5 151/6 151/18 153/2 154/10 154/21 157/11 158/11 159/13 159/25 160/4 160/7 161/25 164/25 178/19 178/20 179/8

**Ms [14]**   2/3 2/5 2/8 2/10 2/12 114/14 144/2 151/3

## M

**Ms... [6]**   154/8 157/21
 169/12 170/11 173/19 173/23
**Ms. [2]**   113/16 150/7
**Ms. Chase's [1]**   150/7
**Ms. Darsch [1]**   113/16
**much [19]**   11/1 14/4 24/25
 42/23 63/15 64/12 73/24
 83/22 98/5 98/10 98/22
 113/14 113/20 153/4 153/7
 155/25 171/5 176/5 177/12
**muffler [2]**   126/16 128/2
**multi [1]**   140/23
**multi-colored [1]**   140/23
**multiple [21]**   49/5 86/14
 89/10 104/11 121/24 122/1
 127/4 128/17 129/13 130/4
 135/18 135/21 136/2 137/3
 137/20 139/2 139/3 142/5
 142/17 142/18 150/23
**must [31]**   4/13 116/8 116/11
 116/16 116/17 116/19 116/20
 116/21 117/1 117/3 117/20
 118/16 118/17 119/24 120/9
 120/10 122/18 129/8 130/7
 130/9 130/14 130/21 130/22
 130/24 131/4 131/5 131/7
 131/9 134/20 145/7 152/13
**muzzle [2]**   12/5 60/6
**my [47]**   4/23 12/13 13/12
 21/3 26/8 28/17 28/23 31/18
 36/24 37/8 37/13 38/10 39/18
 40/2 40/7 41/13 43/11 43/17
 44/4 52/5 58/20 65/23 67/5
 70/11 72/8 72/14 72/22 74/8
 74/8 80/15 80/17 93/7 105/20
 105/21 112/10 114/9 114/20
 114/23 116/7 116/20 118/1
 138/17 138/18 138/19 150/8
 150/13 172/8
**myself [2]**   108/23 158/12

## N

**N-powderlitoentozyline [3]**
 24/3 24/7 24/14
**N-pyrrolidinoetonitazene [17]**
 120/20 121/3 123/3 123/14
 124/6 125/2 125/9 125/15
 125/16 132/19 133/7 141/5
 161/20 166/7 167/13 174/16
 174/25
**nah [3]**   39/25 43/2 153/1
**name [15]**   21/1 48/14 48/14
 65/10 65/10 74/6 74/6 74/8
 74/8 79/10 79/13 82/12 84/4
 84/4 153/9
**named [3]**   32/2 34/5 123/21
**namely [2]**   104/10 129/11
**names [3]**   48/8 115/9 124/11
**narcotic [6]**   21/21 41/3
 41/11 41/13 41/24 153/21
**narcotic that [1]**   41/24
**narcotics [54]**   10/7 23/3
 23/12 24/6 25/8 25/8 25/13
 26/25 27/16 27/17 28/8 28/10
 28/11 32/15 33/7 34/1 35/18
 37/21 38/2 38/3 38/10 38/11

38/14 41/22 47/21 47/21
 47/22 48/24 48/24 49/16
 50/23 51/2 51/10 51/13 51/16
 55/10 55/19 57/20 58/17
 58/21 62/12 62/16 62/17
 62/20 62/22 103/13 114/16
 135/15 138/7 148/7 148/24
 151/19 152/6 153/25
**national [26]**   74/25 75/1
 75/8 75/10 75/11 75/12 75/19
 76/25 77/3 81/8 81/14 81/18
 81/23 85/13 88/15 88/16
 90/23 91/8 106/25 121/21
 128/14 129/2 129/5 134/14
 145/16 176/1
**naturally [1]**   119/22
**nature [2]**   11/9 170/4
**near [2]**   10/21 136/13
**necessarily [2]**   33/8 118/22
**necessary [4]**   55/14 94/1
 116/12 128/6
**need [42]**   4/7 7/22 7/23
 23/14 25/3 25/9 26/7 26/20
 26/21 27/1 27/12 28/21 28/24
 29/15 29/20 34/11 36/5 36/12
 36/14 36/15 38/1 39/14 40/17
 40/21 51/3 53/13 53/17 63/2
 69/21 77/18 77/20 78/5 92/16
 108/6 113/15 115/8 116/5
 122/20 161/15 163/24 164/4
 169/25
**needed [2]**   58/24 90/21
**needs [5]**   26/14 32/13 33/17
 41/1 41/15
**negligence [1]**   67/3
**negotiated [1]**   29/7
**negotiating [1]**   38/6
**neighbor [1]**   152/24
**neighborhood [1]**   102/9
**neighbors [1]**   152/23
**neither [1]**   62/12
**nephew [2]**   25/3 28/1
**network [2]**   78/2 78/9
**never [17]**   37/16 39/9 46/14
 46/16 54/3 62/23 101/23
 130/14 131/6 135/23 147/21
 149/13 156/13 158/24 162/20
 162/21 178/23
**Nevertheless [2]**   95/20
 145/21
**new [6]**   76/23 77/9 111/20
 112/5 158/2 158/2
**next [38]**   8/24 21/19 29/22
 30/23 39/11 41/13 43/24
 57/17 57/18 57/19 58/14
 60/11 65/3 74/1 83/23 94/17
 98/14 105/7 138/21 140/5
 141/17 142/8 159/9 159/12
 159/24 159/25 160/7 161/16
 161/23 161/24 161/25 166/7
 166/8 166/8 166/9 168/23
 168/23 168/24
**NFA [5]**   75/3 75/5 75/7 75/13
 91/24
**NFRTR [3]**   75/1 77/25 91/8
**nice [1]**   98/21
**niche [1]**   85/21
**nicknames [1]**   48/9

**Nicole [64]**   34/5 34/6 34/10
 34/13 34/15 34/23 34/24 35/1
 35/3 35/4 35/6 35/8 35/17
 35/20 35/22 35/23 35/25 36/1
 36/3 36/4 36/6 36/7 36/9
 36/11 36/13 36/14 36/17
 36/20 36/23 37/1 37/3 37/7
 37/12 37/15 37/19 38/9 38/10
 38/21 39/9 39/11 39/12 39/14
 39/16 39/18 39/21 39/24 40/1
 40/5 40/6 40/7 40/16 40/25
 41/7 41/14 42/6 42/19 43/2
 43/11 43/25 44/1 44/2 44/7
 44/22 167/12
**Nicole's [2]**   44/5 44/8
**night [8]**   34/14 34/15 34/17
 34/21 35/4 35/22 37/3 147/23
**nine [2]**   80/12 177/1
**Nintendo [1]**   164/19
**no [84]**   1/3 3/14 12/19 12/20
 14/2 14/11 15/4 18/12 22/3
 22/22 23/17 29/25 30/11 37/8
 47/2 51/1 52/17 53/11 54/23
 59/4 62/2 62/11 62/15 62/24
 70/21 73/23 79/18 79/18
 79/25 82/1 82/8 83/2 83/21
 96/10 96/23 98/4 99/25 100/2
 100/12 102/11 102/12 102/15
 103/1 103/10 103/11 104/13
 107/5 112/7 112/9 114/11
 114/22 115/2 118/12 133/23
 134/11 143/21 145/14 145/23
 146/6 146/20 147/25 148/25
 149/22 150/18 151/16 151/19
 151/19 151/20 152/23 153/10
 153/15 154/3 156/16 156/22
 157/4 157/4 157/23 162/22
 167/20 167/23 170/4 171/12
 177/16 179/4
**nobody [8]**   139/20 148/25
 150/4 157/24 164/2 164/2
 171/3 171/3
**none [1]**   136/16
**normal [3]**   15/22 53/25 54/8
**normally [3]**   66/3 67/13 72/4
**not [229]**
**notation [2]**   102/15 173/2
**note [8]**   71/4 114/25 130/18
 132/13 133/1 133/12 134/4
 170/2
**notebook [3]**   153/14 153/14
 153/15
**noted [1]**   100/23
**notes [9]**   114/20 114/23
 130/19 130/21 130/22 130/25
 130/25 132/2 169/14
**nothing [15]**   55/22 63/12
 63/14 82/23 83/10 126/2
 147/15 149/25 149/25 150/18
 151/19 151/20 151/20 172/6
 173/21
**notice [4]**   18/6 113/14
 113/20 158/3
**notified [1]**   67/20
**notwithstanding [1]**   4/3
**November [2]**   1/8 179/17
**now [84]**   3/2 8/14 11/21 12/4
 12/21 12/24 13/20 13/25

**N**

**now... [76]**   14/10 16/3 17/7
17/14 18/22 19/17 24/16 28/3
28/9 28/12 29/18 31/7 31/22
32/4 33/19 34/4 34/11 35/3
35/19 35/19 37/4 39/2 39/3
39/6 39/23 42/4 44/8 59/2
59/5 61/6 61/16 61/17 61/25
63/16 66/22 69/7 71/11 71/18
73/12 74/22 76/7 76/8 77/12
80/1 81/2 85/16 86/7 89/21
95/15 100/19 101/24 108/18
108/25 109/24 113/4 115/21
131/23 132/5 136/16 137/17
138/17 138/21 139/7 139/16
141/6 142/25 145/1 146/9
146/19 151/21 154/7 155/13
160/11 173/22 178/24 178/25
**nowhere [1]**   136/13
**number [45]**   17/14 17/15
17/19 17/21 17/23 18/1 18/10
23/19 40/7 44/4 44/7 46/20
47/4 48/9 55/9 65/13 70/15
79/20 79/22 82/16 82/21
87/18 112/13 112/14 112/15
118/21 120/14 145/22 150/22
152/11 166/1 168/14 169/12
176/10 176/12 176/14 176/16
176/18 176/20 176/22 176/24
177/1 177/3 177/5 177/7
**numbered [1]**   112/12
**numbers [3]**   17/12 111/6
171/22
**numerous [3]**   24/8 45/11
49/11

**O**

**o'clock [3]**   63/19 115/14
172/16
**O'SHEA [1]**   1/15
**oath [1]**   7/15
**object [3]**   4/24 5/11 124/4
**objected [3]**   3/15 3/16 6/22
**objection [19]**   4/23 6/24
6/25 7/6 15/3 18/18 23/24
56/8 57/23 70/4 73/10 73/11
80/20 80/21 88/5 110/23
112/10 112/19 171/24
**objections [1]**   112/20
**obligation [3]**   171/12 171/17
178/1
**obligations [1]**   178/4
**observation [1]**   103/19
**observe [1]**   119/8
**observed [1]**   101/22
**obvious [3]**   37/19 40/25
45/18
**obviously [3]**   14/4 16/23
102/11
**occasion [1]**   124/15
**occasions [10]**   3/14 4/7 4/13
4/17 6/1 6/4 7/4 110/19
134/10 175/22
**occupational [2]**   91/17 91/23
**occurred [8]**   47/9 103/5
103/12 103/12 122/8 153/19
162/16 177/17

**occurs [4]**   129/20 129/22
129/24 130/1
**odd [1]**   66/20
**off [24]**   7/19 8/2 14/15 18/7
19/15 25/12 28/5 32/13 39/8
45/17 50/5 52/4 53/4 62/21
69/10 83/14 93/24 94/23
103/23 113/1 151/13 153/2
160/10 168/15
**offense [22]**   3/8 3/11 5/24
7/1 101/19 102/25 103/14
120/12 121/1 121/25 127/13
132/17 133/5 133/16 133/22
134/8 154/23 174/14 174/23
175/6 175/12 175/20
**offenses [6]**   3/13 4/6 6/4
7/4 134/10 175/22
**offer [1]**   34/19
**offered [1]**   149/18
**office [28]**   1/16 21/4 46/10
66/8 66/19 68/3 68/6 68/18
69/2 69/8 69/21 70/3 70/9
70/18 71/10 71/12 71/15 72/8
72/11 72/14 72/20 73/1 73/18
76/5 78/2 92/4 103/22 151/4
**officer [13]**   84/14 84/15
84/19 84/22 86/4 86/11
103/22 114/14 134/22 135/2
157/22 170/2 170/3
**officers [5]**   86/12 103/24
158/4 162/22 162/23
**official [3]**   1/23 53/15
179/18
**often [3]**   96/13 96/14 172/9
**oh [7]**   44/15 146/19 147/21
150/8 151/16 152/24 157/17
**Ok [15]**   29/24 30/2 34/12
35/1 36/11 36/12 36/14 36/15
36/20 37/2 37/5 37/11 39/13
39/15 39/21
**okay [85]**   5/19 8/14 8/19 9/3
10/2 10/21 12/21 12/25 14/10
15/9 19/16 19/17 19/21 25/6
27/4 27/9 28/12 31/18 32/4
34/8 34/15 36/3 36/24 37/17
38/21 39/8 42/18 43/24 44/5
44/8 44/20 44/24 45/4 45/25
46/3 46/22 47/20 49/15 51/9
52/11 54/12 57/9 59/7 60/17
60/18 61/6 61/10 61/12 63/5
64/14 67/9 68/1 68/9 73/22
75/5 75/9 83/25 98/5 98/10
98/24 99/14 107/6 108/24
111/11 111/20 112/25 113/9
114/6 114/9 114/17 114/19
115/18 115/20 115/23 116/6
143/5 147/8 169/10 172/7
173/20 176/5 176/8 177/10
178/14 179/10
**old [1]**   53/21
**olo [1]**   139/11
**once [12]**   67/2 67/19 68/13
68/16 76/6 76/23 89/9 89/14
89/17 90/11 92/10 147/21
**one [137]**   3/7 3/14 5/22 6/1
6/5 6/13 6/16 6/17 7/4 7/24
8/25 8/25 14/9 17/11 18/2
21/3 21/19 21/19 21/24 21/25

22/5 22/5 22/8 22/9 22/10
24/9 24/13 26/1 29/11 35/9
38/10 41/8 45/2 45/3 48/16
49/18 50/17 53/21 55/10
61/15 64/1 64/17 66/10 72/3
81/7 86/18 88/23 89/10 90/21
92/7 93/11 93/18 93/19 94/16
94/17 95/3 96/5 105/7 106/18
107/10 107/11 108/1 115/13
118/25 121/15 121/16 121/17
122/2 124/3 124/15 124/21
126/9 127/5 127/17 127/20
128/4 128/8 128/9 128/18
128/25 129/14 129/25 130/1
130/9 131/9 131/19 131/25
132/1 132/3 132/4 132/4
132/5 134/10 135/5 135/16
137/24 138/5 141/21 141/21
142/17 143/12 144/18 145/10
147/4 147/14 148/8 149/18
149/20 150/10 150/11 150/22
152/12 152/24 153/1 153/2
153/4 156/23 158/9 158/9
160/2 160/9 164/18 164/21
166/13 166/14 166/23 167/17
167/18 167/19 168/19 169/11
170/24 171/23 173/1 175/22
176/10 178/11
**one Springfield [1]**   121/17
**ones [5]**   30/1 30/12 30/19
38/20 49/8
**ongoing [1]**   102/17
**only [53]**   6/25 18/9 36/23
54/25 61/25 68/20 68/24
69/17 69/19 72/19 76/16 77/7
77/15 78/5 91/11 105/13
106/3 107/7 110/3 113/15
116/16 117/7 117/20 122/2
122/9 124/1 125/11 126/7
127/15 128/8 128/22 129/8
129/25 130/10 130/21 131/8
131/17 131/25 132/4 146/8
146/19 147/4 150/13 151/19
155/23 158/8 162/16 164/20
165/22 169/6 169/19 169/22
170/15
**op [2]**   159/1 159/21
**open [3]**   77/17 78/5 92/10
**opening [1]**   135/22
**operable [7]**   56/4 56/7 58/4
137/23 141/17 142/21 142/21
**operate [2]**   86/1 97/23
**operates [4]**   86/21 87/17
97/2 139/7
**operation [2]**   47/12 85/20
**operations [2]**   85/7 89/13
**opinion [7]**   17/24 19/22
52/15 120/8 120/9 120/11
131/12
**opinions [1]**   117/25
**opportunity [5]**   99/18 111/1
119/7 130/21 150/13
**oppose [2]**   5/17 112/3
**opposition [1]**   115/2
**or early [1]**   17/18
**order [11]**   12/3 26/21 78/1
91/24 105/2 142/1 173/20
177/18 177/24 178/15 178/16

**O**

**ordinary [1]** 142/12
**organizational [1]** 26/1
**organized [1]** 25/25
**origin [1]** 158/2
**original [1]** 110/5
**originally [1]** 97/14
**originated [1]** 156/25
**other [63]** 3/23 4/22 5/25
11/10 12/11 12/22 18/11
19/10 21/19 23/21 23/21
25/18 28/10 34/20 37/11
38/12 42/24 45/3 45/5 45/6
47/7 47/8 47/10 49/25 54/3
54/5 62/21 69/24 75/3 75/16
76/18 83/9 90/15 90/21 91/15
97/7 98/25 101/8 103/12
103/24 110/5 112/9 119/11
119/12 119/17 120/5 120/9
123/17 123/19 124/12 130/9
130/25 131/5 131/9 135/6
137/8 153/21 163/3 165/3
165/14 170/15 172/23 178/3
**others [5]** 6/18 79/3 86/8
131/14 143/14
**otherwise [2]** 110/14 170/7
**ounce [1]** 28/8
**our [32]** 6/19 6/19 7/9 7/10
7/14 21/4 53/4 67/24 70/13
71/21 76/5 76/7 77/10 78/22
86/10 92/4 92/10 93/17 95/13
98/13 100/21 111/3 115/18
135/2 135/2 170/1 171/6
173/12 173/15 173/18 177/18
178/9
**out [71]** 5/20 10/2 15/19
16/18 17/4 25/24 26/6 26/7
26/13 26/24 27/2 30/2 30/6
30/21 30/22 30/23 32/12
32/12 33/6 34/1 34/20 35/4
35/4 35/21 50/22 50/25 53/21
54/7 54/16 68/13 68/14 69/24
70/12 71/21 72/8 73/7 78/17
78/19 100/18 110/14 111/15
115/9 116/21 123/25 135/7
136/9 136/11 137/9 138/25
139/8 139/11 139/13 139/23
140/2 140/5 143/7 143/15
144/24 145/11 147/14 148/7
149/4 149/10 150/15 156/11
159/17 163/18 167/13 171/14
172/12 173/24
**outchea [1]** 32/7
**outcome [2]** 119/5 170/8
**outrageous [3]** 37/14 39/19
41/15
**outside [11]** 102/2 106/3
134/23 136/12 141/14 141/14
147/24 160/5 160/8 162/4
165/4
**oven [11]** 32/20 33/2 33/6
33/17 103/6 140/7 143/11
143/20 143/25 144/11 163/6
**over [52]** 20/6 23/16 24/20
39/7 46/20 46/22 55/6 57/16
64/1 64/14 64/15 79/3 92/5
93/25 95/7 98/24 100/17

101/9 102/17 109/4 110/23
113/23 126/20 129/21 129/24
130/23 131/15 131/23 132/5
135/9 135/21 137/12 137/12
139/4 139/4 139/5 140/4
142/24 143/17 143/25 152/11
155/5 155/12 157/22 160/8
160/15 160/17 160/19 160/21
160/23 161/7 171/16
**over your [1]** 130/23
**overrule [3]** 4/16 6/24 7/6
**overruled [1]** 112/19
**oversee [1]** 86/10
**overwhelming [2]** 143/1 164/5
**owed [1]** 8/10
**own [9]** 26/8 109/21 117/14
118/3 118/3 131/12 138/20
146/4 156/18
**owner [3]** 76/23 76/23 152/22
**Owners [1]** 91/5
**ownership [1]** 90/25

**P**

**p.m [6]** 25/4 25/5 25/9 25/10
72/5 170/9
**pack [1]** 60/15
**packaged [1]** 92/11
**packaging [1]** 68/15
**packet [1]** 110/5
**packets [1]** 111/21
**page [69]** 2/3 2/4 2/5 2/6
2/8 2/10 2/12 2/17 2/17 2/18
3/16 5/22 7/20 8/2 8/9 8/16
19/18 21/16 24/18 24/19
24/22 26/3 27/5 27/9 27/22
27/24 28/12 28/14 29/19
29/19 30/7 30/23 31/8 31/9
31/12 31/22 32/4 32/16 32/17
33/19 33/20 34/8 34/9 34/9
34/23 35/25 39/8 39/11 40/10
40/15 42/18 43/24 43/24 44/5
44/10 44/10 44/11 44/13
44/24 52/7 61/18 61/24 82/18
111/6 111/20 113/2 113/7
113/7 113/8
**pages [3]** 40/9 112/5 113/1
**PALM [45]** 1/2 1/7 1/18 1/23
25/12 31/16 46/10 54/19
65/19 65/24 66/7 66/13 66/13
66/18 66/19 67/21 68/2 68/6
69/2 69/8 69/15 69/16 69/18
69/21 69/22 70/2 70/3 70/8
70/15 71/12 71/14 71/15
71/19 72/3 72/10 72/20 73/1
73/17 103/22 137/1 137/16
148/3 148/4 150/17 166/11
**paper [5]** 77/13 102/8 135/1
169/24 170/1
**paperclip [2]** 90/11 90/15
**paperwork [4]** 67/22 70/12
76/4 76/22
**paragraph [8]** 5/23 80/12
80/14 80/16 81/7 83/4 83/5
112/11
**paraphernalia [1]** 138/9
**part [26]** 3/9 5/10 5/15 6/25
10/11 15/25 16/2 17/15 50/13
51/9 53/24 54/8 76/12 86/10

87/3 89/1 96/3 102/14 109/18
110/23 118/21 124/13 127/7
128/19 145/17 149/16
**participated [1]** 55/9
**particular [22]** 9/21 16/11
33/16 68/25 78/4 79/2 79/12
82/16 85/24 90/25 93/2
101/23 102/7 103/20 104/15
105/15 118/22 119/2 144/17
150/15 154/18 157/1
**particularly [2]** 144/4
152/17
**parties [5]** 101/2 112/25
113/5 145/3 177/12
**parties' [2]** 5/9 145/12
**partner [2]** 33/11 123/19
**partnership [1]** 123/18
**parts [10]** 86/22 87/3 89/2
89/4 89/5 89/25 96/6 97/7
127/8 128/20
**party [1]** 173/25
**pass [3]** 73/21 83/19 98/2
**passed [1]** 75/12
**password [1]** 78/7
**past [7]** 14/20 16/22 16/25
49/24 59/14 59/21 109/4
**patience [1]** 63/17
**Pauline [2]** 1/23 179/18
**Pause [2]** 59/5 61/7
**paused [3]** 59/7 59/22 61/15
**pay [3]** 31/3 91/17 91/23
**peak [1]** 64/17
**peel [2]** 9/22 13/9
**peeled [1]** 13/18
**peeling [1]** 20/9
**pen [1]** 90/10
**people [42]** 9/14 9/16 9/18
10/6 13/10 20/17 20/21 20/22
22/23 23/4 23/12 26/17 28/25
29/12 30/14 32/14 33/6 37/11
37/20 38/4 39/3 39/5 41/18
42/6 49/24 49/25 50/5 51/1
51/1 53/17 77/8 77/15 96/15
119/22 123/20 124/3 124/18
130/1 139/3 141/7 149/4
150/4
**people's [1]** 26/15
**per [1]** 145/21
**perfect [1]** 13/5
**performed [1]** 82/15
**perhaps [1]** 130/20
**period [3]** 46/23 47/7 47/11
**permission [6]** 7/21 14/25
57/6 76/4 80/23 92/22
**permitted [1]** 130/19
**person [43]** 14/3 21/1 25/20
30/16 32/2 48/12 50/14 50/24
51/12 51/17 53/13 54/1 55/1
55/2 55/7 56/3 58/4 58/7
68/24 89/5 118/9 120/6
122/18 122/19 122/20 124/10
124/20 129/18 129/20 129/22
129/25 136/4 136/11 146/8
148/24 151/20 152/4 152/6
152/19 155/2 158/3 158/23
160/14
**person may [1]** 55/1
**person's [1]** 171/1

**P**

**personal [5]**   13/12 48/25
 78/13 78/15 119/4
**personally [4]**   46/19 54/3
 99/23 152/21
**persons [2]**   82/10 123/16
**pertaining [1]**   90/25
**phase [1]**   98/14
**PHK028 [2]**   79/22 82/22
**phon [3]**   24/3 24/7 24/14
**phone [18]**   36/2 48/19 48/23
 51/15 51/19 60/8 105/12
 106/21 137/12 139/25 151/17
 151/20 152/7 156/21 157/17
 163/22 164/7 168/9
**phones [14]**   51/9 106/7
 109/15 151/12 151/15 157/1
 159/24 160/3 161/25 161/25
 162/3 163/19 168/18 178/9
**phonetic [1]**   116/5
**phonetically [1]**   115/9
**photo [6]**   8/6 8/14 8/15 8/19
 8/20 165/5
**photograph [11]**   8/18 10/25
 19/13 20/8 52/9 52/11 56/25
 58/22 59/16 60/7 62/18
**photographed [1]**   148/18
**photographs [2]**   18/5 62/21
**photography [1]**   66/4
**photos [2]**   103/12 156/19
**physical [9]**   59/12 66/5 66/5
 92/12 93/10 126/17 129/21
 155/1 172/22
**physically [3]**   97/17 105/22
 138/17
**pick [1]**   85/21
**pickin [1]**   37/3
**picture [24]**   8/4 8/13 12/25
 19/18 19/19 19/21 19/24 20/2
 52/1 52/8 57/4 57/15 60/7
 61/3 141/19 141/23 142/9
 143/3 163/8 165/2 165/23
 166/1 168/17 168/20
**pictures [7]**   19/15 35/10
 92/11 163/9 163/12 164/10
 166/5
**piece [12]**   9/11 9/14 9/21
 12/10 13/14 15/24 21/25
 35/11 36/22 53/19 135/1
 170/1
**pieces [2]**   22/3 96/9
**Pierce [1]**   1/23
**pistol [27]**   10/14 10/18 11/2
 11/22 12/1 13/12 15/2 15/10
 15/21 16/2 19/25 45/3 45/5
 45/6 45/8 45/13 45/21 45/24
 59/4 90/1 97/15 121/17
 121/18 144/20 166/15 168/12
 168/13
**pistols [2]**   97/8 97/8
**place [6]**   22/24 24/13 71/15
 77/25 79/1 144/4
**placed [7]**   56/14 56/15 56/18
 61/1 70/22 72/25 97/9
**placing [1]**   103/3
**plain [2]**   33/14 34/1
**Plaintiff [2]**   1/5 1/15

**plan [13]**   172/19 123/21
 123/24 123/25 124/4 124/9
 124/11 124/13 124/14 124/14
 125/25 159/1 159/21
**planning [1]**   172/11
**plastic [3]**   8/23 9/16 13/6
**plate [13]**   10/8 14/15 14/17
 14/19 14/21 14/22 14/23
 15/14 15/23 53/16 60/25 90/1
 90/12
**play [3]**   25/2 25/3 59/24
**played [1]**   124/12
**playing [1]**   144/17
**plays [3]**   25/2 32/7 32/8
**please [39]**   8/6 9/3 9/8 10/2
 12/15 13/1 24/19 24/22 27/6
 31/10 31/17 32/5 32/16 34/11
 34/24 58/12 60/13 61/7 61/18
 74/7 75/25 81/7 81/21 89/24
 91/3 94/7 112/16 132/14
 132/15 133/2 133/3 133/13
 133/14 134/5 134/6 147/10
 173/24 174/3 176/8
**plenty [1]**   115/15
**plug [10]**   27/12 27/14 27/15
 27/16 28/19 28/24 39/25 43/3
 43/3 161/8
**plugs [1]**   28/24
**plunger [1]**   90/9
**plus [1]**   16/11
**plywood [3]**   165/6 165/7
 165/8
**point [15]**   12/15 15/19 16/23
 43/1 56/17 97/16 98/12 110/3
 112/21 115/24 116/1 118/22
 145/11 169/20 171/11
**pointed [2]**   17/4 54/7
**pointing [6]**   16/16 54/13
 60/10 60/14 109/13 156/16
**points [3]**   106/14 109/9
 159/16
**police [13]**   54/19 65/19
 65/24 66/13 66/19 69/16
 70/15 71/16 71/19 72/3 76/17
 106/4 148/4
**policy [1]**   3/20
**poll [1]**   176/8
**polled [2]**   173/25 176/6
**polymer [2]**   9/16 45/12
**pool [1]**   91/11
**pop [1]**   53/21
**populated [1]**   139/18
**portal [1]**   67/17
**portion [3]**   9/12 12/5 12/10
**position [11]**   5/14 58/14
 94/20 94/25 95/6 95/7 95/9
 95/18 95/21 103/4 113/5
**positioned [1]**   63/11
**positive [1]**   164/6
**possess [25]**   20/15 76/19
 106/12 120/18 122/25 123/11
 123/13 124/5 125/7 126/5
 126/17 127/13 128/12 129/25
 132/10 132/18 133/18 135/19
 138/19 145/24 154/25 160/15
 174/10 174/15 175/8
**possessed [44]**   3/12 6/3 7/2
 11/8 76/10 103/2 121/2 121/7

 121/12 121/19 124/25 125/14
 125/18 125/19 125/22 126/11
 127/17 127/21 128/25 133/5
 133/16 133/23 134/8 135/15
 135/16 138/12 138/23 141/24
 142/6 144/14 144/19 145/6
 146/23 148/8 153/21 154/1
 154/6 154/22 161/11 166/20
 174/23 175/6 175/13 175/20
**possessing [20]**   13/7 19/12
 21/2 101/20 103/8 103/13
 103/13 111/24 112/1 126/3
 126/20 126/23 127/19 142/14
 145/25 146/7 155/4 167/6
 167/9 167/24
**possession [70]**   3/16 5/20
 76/24 81/11 89/5 91/6 102/10
 102/11 102/12 102/22 102/24
 105/18 105/19 105/22 106/6
 109/12 109/13 110/9 110/12
 110/16 124/23 126/1 127/10
 128/10 129/16 129/17 129/18
 129/18 129/19 129/17 129/20
 129/22 129/23 129/24 129/25
 130/1 130/2 130/3 132/23
 133/9 133/19 133/25 134/13
 138/15 138/16 138/16 138/22
 142/13 151/19 154/4 154/19
 154/24 155/3 155/3 155/5
 155/22 160/11 160/12 160/12
 160/13 160/13 160/22 161/3
 161/4 167/8 174/19 175/2
 175/9 175/15 175/25
**possession of [1]**   129/24
**possessor [1]**   167/20
**possessors [1]**   20/20
**possible [9]**   8/8 17/17 48/6
 66/6 69/23 70/12 117/6 135/4
 172/17
**possibly [1]**   103/8
**post [1]**   145/19
**potent [2]**   41/12 42/17
**potential [1]**   32/11
**powder [1]**   166/10
**powdered [1]**   23/1
**powderlitoentozyline [3]**
 24/3 24/7 24/14
**powders [1]**   23/10
**power [1]**   129/23
**pre [1]**   139/18
**pre-populated [1]**   139/18
**preapproved [1]**   67/14
**precedent [3]**   4/1 4/3 4/17
**precursors [1]**   22/23
**predate [3]**   96/18 96/19
 96/21
**predetermined [1]**   48/15
**predominantly [1]**   43/18
**preface [1]**   113/11
**preference [1]**   64/6
**prejudice [1]**   116/18
**preliminary [1]**   136/6
**premises [2]**   106/2 150/19
**prepare [2]**   67/22 69/25
**prepared [1]**   131/22
**presence [1]**   126/19
**present [7]**   62/13 62/16
 62/20 62/22 101/25 116/1

**P**

**present... [1]** 124/17
**presentation [1]** 109/22
**presented [5]** 98/12 109/7
109/18 115/25 116/17
**presents [1]** 152/15
**preserve [1]** 172/1
**presumably [4]** 50/16 51/16
70/1 171/14
**presumes [1]** 116/24
**presumption [1]** 116/14
**pretty [1]** 139/20
**previous [6]** 3/13 6/4 7/3
110/25 134/9 175/21
**previously [18]** 31/9 54/18
70/23 73/12 80/1 85/17
108/23 121/14 127/22 133/25
136/15 137/19 142/9 142/23
145/1 145/2 145/24 175/15
**price [4]** 34/16 34/19 35/11
35/12
**prices [1]** 38/6
**prima [2]** 101/13 103/16
**print [2]** 52/10 96/15
**prior [7]** 4/6 31/8 73/5
84/18 137/15 145/9 155/16
**priority [1]** 130/23
**private [4]** 78/2 78/9 78/19
177/21
**privilege [1]** 177/23
**privileges [1]** 177/15
**probably [8]** 9/10 18/2 39/19
41/17 149/24 155/17 155/17
155/25
**problem [2]** 14/2 154/2
**procedure [3]** 19/9 101/11
107/10
**procedures [2]** 19/14 93/17
**proceed [7]** 6/9 7/15 95/12
132/14 133/2 133/13 134/5
**proceedings [2]** 1/10 179/15
**proceeds [2]** 142/8 168/23
**process [6]** 66/5 86/3 90/13
93/9 93/16 153/14
**produce [1]** 117/1
**product [4]** 37/22 37/24
42/14 43/22
**profits [3]** 25/23 25/24 31/2
**program [1]** 86/5
**progress [1]** 40/20
**prohibited [1]** 21/1
**prohibition [1]** 88/18
**projectile [2]** 126/14 127/25
**projectiles [1]** 95/4
**prolific [2]** 87/8 87/9
**promote [1]** 142/7
**promoted [2]** 126/21 142/3
**promptly [1]** 135/3
**pronounce [1]** 153/22
**proof [12]** 117/5 117/7
117/11 117/12 118/11 124/19
127/2 141/10 154/3 155/8
157/6 157/18
**propel [1]** 142/10
**proper [3]** 4/18 91/21 107/8
**proper consideration [1]**
4/18

**properly [2]** 128/13
**property [2]** 102/16 152/22
**proposed [1]** 110/18
**proposition [1]** 108/1
**prosecuted [1]** 78/22
**prosecution's [1]** 107/19
**prostitutes [1]** 149/4
**protect [3]** 78/15 146/2
147/2
**protected [1]** 78/14
**Protection [2]** 76/12 91/5
**protections [1]** 50/17
**protocol [1]** 94/19
**protrude [2]** 16/20 59/13
**protrudes [1]** 16/25
**protruding [5]** 16/22 59/10
59/15 59/18 59/21
**prove [22]** 104/2 104/6 104/7
116/25 117/1 117/6 118/12
122/8 122/9 123/20 123/24
128/6 129/6 129/9 155/10
156/7 157/19 162/14 162/15
162/15 162/16 162/16
**proved [11]** 107/1 107/14
116/12 117/16 122/2 124/2
125/12 126/8 127/16 128/23
151/23
**proven [4]** 4/14 104/23 141/9
155/11
**proves [1]** 147/14
**provide [5]** 21/1 38/14 41/2
85/6 86/11
**provided [2]** 49/1 86/20
**provides [3]** 9/19 81/9
170/15
**providing [1]** 29/5
**province [1]** 57/25
**proximity [2]** 51/5 58/8
**proximity to [1]** 58/8
**prudent [1]** 50/24
**public [6]** 26/13 77/18 78/7
78/21 84/25 85/8
**publications [2]** 85/14 85/15
**publish [3]** 7/21 80/23 174/3
**published [3]** 62/9 62/19
173/23
**pull [13]** 67/21 70/11 89/17
104/11 127/5 128/18 129/14
135/19 138/3 138/5 142/11
142/17 147/2
**pulled [2]** 16/6 95/3
**pulling [6]** 72/6 72/7 89/14
127/6 128/19 129/15
**punishable [2]** 121/15 127/20
**punishment [3]** 130/4 130/14
130/16
**purchase [3]** 20/25 21/4 21/6
**purchases [1]** 137/6
**pure [4]** 23/13 31/1 42/23
43/5
**purely [1]** 48/24
**purer [1]** 31/1
**purpose [6]** 122/16 124/8
124/14 124/21 146/2 154/13
**purposely [1]** 122/15
**purposes [2]** 22/2 123/18
**pursuant [4]** 81/23 101/11
104/1 104/5

**purview [2]** 81/12 82/7
**pushed [2]** 95/17 95/19
**pushes [1]** 153/2
**pushing [2]** 59/14 94/16
**put [20]** 17/20 17/21 21/11
22/11 23/14 33/22 33/24
52/16 53/21 100/10 100/18
103/6 143/19 148/21 156/6
160/24 162/10 168/1 171/23
178/16
**puts [2]** 60/18 164/14
**putting [6]** 22/12 26/6 36/19
108/15 158/7 179/7
**pyrrolidinoetonitazene [17]**
120/20 121/3 123/3 123/14
124/6 125/2 125/9 125/15
125/16 132/19 133/7 141/5
161/20 166/7 167/13 174/14
174/25

**Q**

**qualified [3]** 87/24 170/25
171/9
**qualify [1]** 145/18
**quality [3]** 38/19 40/13
41/11
**quantities [1]** 28/11
**quantity [1]** 8/20
**question [30]** 3/10 3/15 3/18
4/25 6/2 18/20 23/25 41/13
56/9 56/11 57/24 58/1 58/2
58/5 58/6 58/10 111/3 112/17
126/24 127/1 132/15 133/3
134/6 135/1 135/6 145/8
157/8 170/6 172/9 172/14
**questions [8]** 62/2 98/4
118/24 119/9 133/14 149/6
169/25 172/15
**quickly [1]** 53/22
**quite [2]** 85/25 146/11

**R**

**race [2]** 137/10 139/8
**rail [1]** 12/7
**rain [2]** 136/10 136/13
**raining [1]** 136/12
**raise [3]** 108/16 108/19
112/10
**raised [3]** 106/14 108/25
109/1
**range [1]** 104/14
**rate [2]** 41/10 41/13
**rather [4]** 78/14 106/22
141/14 146/16
**rating [1]** 38/6
**rational [2]** 107/23 108/4
**rationally [1]** 108/7
**raw [4]** 39/25 43/2 43/3 43/5
**razor [6]** 57/20 137/22
153/13 161/17 166/9 167/25
**re [1]** 131/12
**re-examine [1]** 131/12
**reach [5]** 118/6 131/10 146/4
153/4 170/3
**read [27]** 5/10 24/19 24/21
24/22 27/6 27/10 28/12 30/22
31/10 32/5 32/16 34/9 34/9
42/18 44/5 44/8 44/13 52/18

**R**

**read...** **[9]**   61/18 81/7 112/1
114/18 115/10 116/3 116/6
173/24 176/10
**readily** **[18]**   51/7 51/17
54/11 62/17 88/23 126/13
127/4 127/24 128/16 129/12
135/17 137/23 137/23 141/16
141/16 142/20 142/21 151/7
**reading** **[8]**   26/3 27/22 29/18
31/15 34/22 35/23 39/10
43/24
**reads** **[3]**   6/25 115/10 174/2
**ready** **[7]**   32/12 36/13 56/16
58/20 98/13 142/10 142/19
**real** **[11]**   34/25 37/7 38/21
38/22 90/16 117/9 131/16
152/25 158/20 166/24 169/4
**realistic** **[1]**   20/11
**realize** **[1]**   158/5
**really** **[4]**   16/21 91/19
152/25 168/3
**rear** **[8]**   9/21 11/15 13/8
60/22 90/2 90/8 94/11 97/3
**reason** **[11]**   26/17 49/20
50/13 58/25 62/16 117/10
119/2 158/21 159/20 169/5
170/24
**reasonable** **[39]**   4/15 104/2
104/8 104/25 107/13 107/24
108/6 109/8 116/13 117/2
117/4 117/8 117/9 117/12
117/16 122/3 122/9 124/2
125/12 126/8 127/2 127/16
128/23 129/9 136/3 136/23
147/15 151/22 151/24 152/1
152/17 153/25 156/7 157/7
157/20 158/15 158/20 162/17
169/4
**reasonably** **[2]**   122/10 162/18
**reasoning** **[1]**   118/5
**reasons** **[3]**   104/17 109/3
109/20
**recall** **[5]**   22/4 67/6 144/2
152/21 170/11
**receipt** **[4]**   153/9 153/10
166/9 168/1
**received** **[7]**   2/16 33/4 68/9
86/24 92/17 105/12 146/7
**receiver** **[3]**   88/25 126/15
128/1
**receiving** **[2]**   30/24 146/18
**recess** **[6]**   63/16 63/18 63/24
64/22 115/17 173/10
**reciprocates** **[1]**   90/4
**recliner** **[1]**   106/7
**recliners** **[1]**   109/15
**recognition** **[2]**   171/8 171/19
**recognize** **[2]**   71/6 80/2
**recognized** **[1]**   177/20
**recognizes** **[3]**   129/17 160/11
161/4
**recollection** **[2]**   118/3
130/23
**recommend** **[2]**   111/12 113/6
**record** **[31]**   3/2 6/21 10/21
59/8 61/15 65/10 74/6 75/2

76/25 77/2 77/4 78/24 81/14
81/23 82/1 91/9 100/25
102/20 106/25 112/21 113/24
121/22 128/14 129/2 129/5
134/14 145/16 145/23 171/23
176/1 179/15
**recorded** **[2]**   113/25 148/20
**recordings** **[1]**   152/10
**records** **[8]**   55/17 77/3 77/6
77/13 77/14 77/20 157/4
157/5
**recount** **[1]**   52/4
**recovered** **[6]**   11/22 12/1
52/25 53/7 157/14 168/21
**recross** **[3]**   2/6 62/3 62/7
**redacted** **[2]**   101/4 173/3
**redirect** **[5]**   2/5 55/23 55/25
62/4 150/12
**refer** **[3]**   21/7 45/24 120/15
**reference** **[1]**   108/22
**references** **[1]**   137/13
**referrals** **[1]**   32/14
**referred** **[7]**   42/10 45/21
74/15 75/5 84/11 121/10
121/20
**referring** **[13]**   8/10 13/25
25/6 28/7 35/19 41/5 41/15
41/18 42/5 43/16 45/18 48/19
94/14
**refers** **[1]**   43/7
**refill** **[1]**   30/21
**reflect** **[1]**   61/15
**reflected** **[2]**   12/10 76/25
**regard** **[1]**   12/9
**regarding** **[2]**   105/17 145/5
**register** **[3]**   82/6 82/9
145/23
**registered** **[16]**   76/2 76/7
79/25 81/19 82/2 91/8 91/10
91/12 104/7 121/21 128/13
129/1 129/8 134/13 145/20
175/25
**registration** **[20]**   75/1 77/1
77/4 81/14 81/23 91/9 104/10
106/24 106/25 121/21 128/14
129/2 129/4 129/5 129/11
134/14 145/15 145/16 156/9
176/1
**registrations** **[2]**   79/9 79/21
**registry** **[3]**   76/1 81/11
81/13
**regular** **[1]**   173/21
**regularly** **[1]**   77/3
**regulate** **[2]**   75/13 88/14
**relate** **[1]**   3/9
**related** **[4]**   24/10 43/8 110/2
172/2
**relates** **[10]**   101/12 101/19
102/24 103/15 103/17 110/9
155/20 155/21 156/6 178/4
**relating** **[2]**   6/2 130/7
**relation** **[1]**   85/6
**relationship** **[2]**   35/16 42/1
**relay** **[3]**   137/9 139/7 169/25
**released** **[1]**   171/11
**relevance** **[1]**   58/12
**relied** **[1]**   177/18
**relieved** **[1]**   178/1

**reloading** **[4]**   88/24 127/5
128/18 129/14
**rely** **[2]**   117/13 120/10
**relying** **[1]**   109/12
**remain** **[4]**   72/15 73/2 112/20
177/21
**remaining** **[2]**   109/15 110/3
**remains** **[5]**   4/2 7/14 7/15
113/8 171/4
**remember** **[5]**   119/23 131/16
149/6 154/17 170/14
**remembers** **[1]**   119/22
**remind** **[1]**   169/24
**remove** **[7]**   53/16 90/9 110/2
111/5 111/5 111/6 112/4
**removed** **[4]**   90/12 110/7
110/17 172/22
**removes** **[1]**   111/4
**removing** **[1]**   111/25
**render** **[1]**   84/25
**rendered** **[2]**   138/3 154/5
**renders** **[1]**   89/7
**renew** **[1]**   108/21
**renewing** **[1]**   109/1
**repairs** **[1]**   85/23
**repeat** **[2]**   35/13 94/1
**repeats** **[1]**   17/22
**rephrase** **[4]**   18/20 23/25
58/1 70/6
**replace** **[2]**   86/22 90/12
**replacement** **[1]**   102/18
**replaces** **[1]**   90/1
**replete** **[3]**   101/21 139/2
157/5
**report** **[3]**   47/10 52/18 85/5
**reported** **[1]**   142/22
**reporter** **[6]**   1/23 65/11 74/7
84/5 179/18 179/19
**represented** **[1]**   179/9
**reprimand** **[1]**   67/2
**request** **[3]**   111/25 113/13
178/24
**requesting** **[1]**   32/10
**requests** **[1]**   113/16
**require** **[1]**   89/16
**required** **[2]**   82/10 177/16
**requirement** **[2]**   4/13 4/17
**requires** **[1]**   91/13
**requiring** **[1]**   177/25
**reraise** **[1]**   108/17
**research** **[3]**   4/21 63/20
98/18
**resetting** **[1]**   16/7
**reside** **[1]**   33/8
**residence** **[36]**   46/15 47/12
50/22 50/22 101/22 101/24
102/2 102/3 103/2 137/7
137/8 137/10 137/12 138/6
139/15 140/11 140/17 141/13
147/24 147/24 151/13 158/22
158/24 159/23 160/20 162/1
162/4 162/5 162/6 162/22
164/25 165/9 165/11 165/16
166/4 168/18
**residences** **[1]**   26/15
**residue** **[3]**   57/21 153/12
153/13
**respect** **[16]**   91/20 93/8

**R**

**respect... [14]**   95/24 105/3
105/17 109/10 109/12 110/11
110/18 111/23 113/25 133/22
140/12 142/14 170/8 175/12
**respective [1]**   92/5
**respond [3]**   66/3 105/1 135/3
**responds [73]**   28/1 28/3
28/17 28/18 28/20 28/21
29/24 29/25 30/3 30/4 30/11
31/14 31/16 31/17 31/18
31/19 31/20 31/21 34/12
34/13 34/13 35/1 35/3 35/4
36/1 36/1 36/3 36/3 36/4
36/5 36/6 36/7 36/7 36/8
36/9 36/11 36/12 36/12 36/13
36/14 36/15 36/17 36/17
36/20 36/22 36/23 36/24 37/1
37/2 37/3 37/5 37/7 37/11
37/12 37/15 39/12 39/14
39/15 39/17 39/25 40/1 40/4
40/5 41/22 43/2 44/1 44/3
44/7 44/15 44/15 44/17 44/18
61/25
**response [7]**   29/23 42/16
44/5 104/19 109/5 109/9
148/25
**responsibilities [2]**   21/4
70/16
**responsible [7]**   70/19 71/11
73/16 86/7 103/3 152/16
153/6
**rest [8]**   14/21 28/19 28/23
64/13 100/13 100/15 108/18
108/18
**restate [1]**   58/9
**rested [1]**   115/24
**restored [4]**   88/23 127/4
128/17 129/13
**restricted [2]**   76/13 77/22
**restrictions [1]**   72/3
**rests [3]**   98/9 108/21 115/22
**result [1]**   79/18
**results [6]**   79/17 79/18
79/24 79/25 83/2 83/12
**resume [1]**   7/10
**resuming [3]**   60/1 60/17
61/16
**resupply [1]**   29/2
**retention [1]**   66/7
**retire [1]**   169/13
**retrieval [1]**   70/1
**retrieve [6]**   68/10 69/1
69/21 71/14 72/1 92/10
**retrieved [1]**   71/19
**retrieving [1]**   73/17
**return [7]**   67/9 134/21 143/1
143/2 158/16 169/6 178/9
**returned [2]**   64/25 115/19
**returns [2]**   7/11 173/13
**reused [1]**   17/16
**reverse [1]**   105/2
**reversed [2]**   60/8 108/9
**review [5]**   6/13 52/5 79/1
85/11 111/1
**reviewed [4]**   64/18 110/1
145/5 148/22

**reviewing [7]**   107/22
**revoked [2]**   178/24 179/5
**reword [1]**   24/2
**Richardson [2]**   173/19 173/23
**riding [1]**   26/9
**rifle [2]**   76/3 76/4
**rifles [1]**   75/14
**right [103]**   3/1 9/4 9/9 10/3
10/8 10/10 11/5 12/4 12/9
12/13 12/16 12/18 12/21
12/22 13/3 13/15 14/3 15/15
15/17 15/23 17/2 18/12 18/13
24/16 26/10 27/5 34/12 37/15
39/22 42/4 48/6 54/14 56/6
57/19 58/17 59/6 59/10 60/2
60/3 60/7 61/2 61/12 61/25
62/20 63/24 64/8 64/21 65/1
65/6 65/9 66/9 68/5 70/22
71/18 75/23 79/6 81/2 81/19
82/13 92/15 93/8 94/15 95/19
96/3 98/11 99/3 99/7 99/9
107/6 108/12 108/24 114/17
115/1 115/7 138/17 138/21
141/17 142/7 144/18 146/9
146/19 159/9 159/12 159/12
159/17 159/24 159/25 160/7
161/24 161/25 162/13 162/25
163/15 164/17 165/3 165/7
165/8 166/6 166/6 167/8
169/20 171/22 172/14
**righty [1]**   116/6
**ringing [1]**   151/13
**rip [1]**   50/5
**rival [1]**   50/2
**road [1]**   149/11
**robbed [1]**   49/24
**robbing [1]**   50/11
**ROBIN [2]**   1/11 1/24
**rock [2]**   21/25 27/19
**rocks [1]**   35/10
**Roderick [2]**   102/4 157/11
**role [1]**   170/22
**roll [1]**   157/14
**roof [2]**   163/12 163/13
**room [23]**   68/10 68/18 68/19
68/21 69/1 69/3 69/22 70/2
71/16 71/20 72/14 116/10
131/19 134/19 134/23 134/25
136/17 136/18 155/13 155/14
161/23 169/13 177/17
**ROSENBERG [4]**   1/3 1/11 1/24
174/4
**Roughly [1]**   47/13
**round [9]**   16/12 89/17 93/18
93/19 94/15 95/8 141/22
141/22 167/19
**rounds [28]**   16/9 16/11 16/12
16/14 89/10 93/22 93/25 94/1
94/3 94/22 94/23 94/25 95/1
95/5 95/12 95/13 104/11
135/18 137/25 138/1 138/4
141/23 142/11 142/19 142/22
147/1 167/19 167/19
**rule [4]**   101/11 107/9 108/21
122/21
**ruler [3]**   11/13 14/6 14/7
**rules [3]**   90/25 107/10 116/8
**run [8]**   28/17 28/23 29/12

36/9 69/25 72/8 72/17 151/9
**running [1]**   28/25
**rush [1]**   37/8
**Russia [1]**   96/14
**Ruthyln [6]**   31/8 31/9 31/13
31/17 31/19 31/20

**S**

**S-U-N [1]**   107/12
**safe [3]**   85/25 93/20 161/16
**said [40]**   18/24 20/5 22/14
24/8 25/7 36/23 37/4 37/11
41/11 45/5 54/10 61/4 68/9
69/10 78/4 79/6 81/22 82/1
82/8 82/9 82/15 89/22 93/10
94/19 97/19 105/13 115/3
117/20 117/24 118/2 119/18
139/7 142/20 149/21 150/11
152/24 161/1 164/16 168/12
170/12
**sale [3]**   21/25 22/10 36/2
**sales [3]**   21/24 50/23 55/19
**salt [1]**   22/17
**salts [3]**   23/2 140/22 141/2
**same [48]**   8/15 8/18 9/5
17/18 19/24 20/8 20/12 24/11
27/7 27/12 27/25 34/11 39/25
43/3 43/6 57/11 58/2 58/5
63/19 67/16 83/7 83/7 83/8
83/12 83/15 97/9 98/16
102/25 103/8 103/8 105/23
141/8 141/18 144/16 155/8
158/24 159/11 161/23 164/12
164/16 165/12 165/12 165/13
165/25 168/12 168/20 169/2
171/17
**samples [1]**   84/24
**sat [1]**   170/12
**satisfactory [1]**   5/2
**save [2]**   40/7 44/4
**saw [8]**   135/23 139/20 146/20
147/22 147/24 161/19 165/18
165/22
**say [39]**   4/5 10/13 17/17
27/1 27/3 41/14 46/18 46/20
47/6 47/20 47/22 52/4 54/2
55/5 61/21 63/11 85/25 89/6
95/2 103/25 113/24 117/16
117/17 117/23 118/16 118/19
119/18 134/17 147/16 147/21
149/18 150/1 150/21 156/23
156/25 157/1 157/17 161/5
172/18
**saying [25]**   24/25 28/16
29/15 29/17 29/23 30/12
32/12 33/4 33/22 38/10 40/12
41/2 41/24 43/8 43/9 43/9
43/16 43/22 50/12 54/1 55/19
61/23 113/11 153/2 153/24
**says [32]**   26/23 26/23 27/6
27/7 28/2 28/6 28/19 30/2
30/9 30/19 30/23 35/2 35/3
35/18 35/19 35/20 35/21
35/25 37/16 38/21 39/18
39/24 41/17 42/9 43/11 43/14
43/15 44/1 61/3 112/15
154/25 156/18
**scale [14]**   30/1 30/6 30/12

**S**

**scale... [11]**   30/19 30/21
37/5 38/7 39/17 41/8 137/22
161/18 161/19 166/23 167/23
**scattered [1]**   160/7
**scenario [2]**   56/9 56/10
**scene [18]**   65/21 65/22 66/2
66/3 66/4 66/6 66/22 68/17
68/19 68/20 70/13 70/19
70/20 124/17 157/14 158/2
159/10 163/11
**scenes [1]**   52/25
**schedule [9]**   69/15 123/3
123/5 123/7 123/9 125/2
125/4 125/6 140/25
**scheduled [1]**   72/22
**schedules [2]**   125/20 125/24
**scheduling [1]**   70/11
**SCHUMACHER [6]**   1/19 2/4 2/6
56/2 58/2 59/2
**scientific [1]**   120/5
**scientists [1]**   23/16
**scratch [19]**   11/2 11/5 11/14
11/19 13/25 14/3 14/8 15/12
15/14 15/15 15/17 17/24 18/9
18/13 19/23 54/4 166/2 166/3
168/13
**scratched [1]**   18/6
**scratches [1]**   20/8
**screen [2]**   45/19 94/13
**screening [1]**   91/13
**screwdriver [3]**   53/21 90/10
90/15
**scroll [3]**   27/4 34/8 81/3
**seal [2]**   80/8 81/4
**sealed [3]**   71/9 73/3 73/6
**seals [1]**   73/5
**search [29]**   26/21 33/12 66/4
79/9 79/17 80/4 80/5 81/25
82/8 82/12 82/15 83/7 83/8
83/16 106/5 106/16 106/20
137/15 137/17 145/22 148/15
149/9 161/15 162/1 162/12
165/10 165/15 168/3 168/25
**searched [4]**   82/20 82/22
82/24 83/9
**seasoned [2]**   157/21 158/3
**seat [4]**   65/8 74/4 84/2
171/1
**seated [7]**   7/13 64/23 65/2
115/20 170/10 170/19 173/14
**second [15]**   3/9 3/16 27/23
28/13 31/12 32/17 44/13 57/4
61/16 80/14 107/12 107/21
110/23 164/14 166/14
**Secondly [1]**   155/10
**seconds [6]**   16/14 53/14 59/8
59/23 90/14 97/19
**secret [2]**   51/1 131/6
**section [22]**   67/22 69/18
71/21 72/4 72/25 81/8 111/14
111/15 122/22 123/12 124/24
126/4 127/11 128/10 132/11
132/24 133/11 134/1 174/11
174/20 175/16 179/1
**sectioned [1]**   25/12
**sections [5]**   69/15 69/17

82/10 134/24 176/2
**secured [2]**   72/14 72/16
**security [9]**   77/25 78/10
78/15 79/20 82/16 134/22
135/2 170/1 170/3
**see [95]**   8/20 9/11 9/12 9/25
10/19 11/1 11/3 11/5 12/5
12/10 12/13 13/6 13/8 14/2
14/4 15/11 15/14 15/17 15/24
16/3 16/17 16/19 16/24 17/3
18/13 19/8 22/5 22/6 25/3
25/9 41/13 45/11 45/19 52/10
52/12 55/15 56/24 56/25 57/1
57/4 57/13 59/3 59/7 59/14
59/19 59/22 59/24 60/6 60/10
60/14 60/19 60/20 61/1 61/3
63/2 63/21 64/21 71/2 78/20
80/8 80/14 81/2 96/4 96/13
98/21 114/12 115/16 122/6
135/9 136/10 136/13 140/21
143/9 143/16 147/24 152/19
152/22 152/24 152/25 153/9
153/15 156/15 158/22 159/1
159/16 159/21 162/21 163/13
164/1 164/24 164/24 165/9
165/19 170/8 179/9
**see everybody [1]**   25/3
**seeing [1]**   35/17
**seek [2]**   5/7 131/17
**seeking [1]**   108/15
**seem [1]**   119/6
**seems [1]**   33/10
**seen [24]**   21/3 22/19 23/10
26/8 28/20 35/10 49/14 54/3
58/8 59/9 62/21 87/8 101/23
102/4 102/16 113/3 148/17
149/12 149/13 149/21 152/3
152/9 152/10 156/13
**sees [1]**   29/3
**seized [3]**   49/10 140/11
140/17
**seizing [1]**   156/12
**selecting [1]**   169/15
**selector [6]**   16/4 93/23
93/24 94/13 95/7 97/4
**self [2]**   28/6 33/6
**selfie [3]**   156/24 156/24
163/15
**sell [16]**   22/23 23/4 25/13
28/2 28/7 28/18 28/23 30/14
32/12 37/24 37/25 38/4 136/1
137/10 139/8 140/22
**selling [24]**   22/18 23/2
25/24 26/25 27/2 27/17 29/12
33/7 33/9 37/20 42/7 48/24
51/1 138/25 139/16 139/19
140/5 143/8 143/18 143/24
148/7 150/2 166/19 167/12
**sells [1]**   45/9
**semiauto [1]**   93/23
**semiautomatic [19]**   16/2 53/5
87/6 89/12 89/15 93/24 94/20
94/25 95/5 95/16 95/18 97/5
97/8 97/10 97/15 97/24
121/17 121/18 142/16
**send [9]**   31/17 32/7 32/11
76/5 76/6 78/17 83/8 169/20
169/22

**sending [2]**   113/6 148/11
**sends [3]**   28/15 44/14 168/20
**senior [1]**   85/10
**sense [6]**   117/10 118/5 136/5
136/20 158/21 169/5
**sent [14]**   8/5 8/13 8/16
19/10 29/14 45/14 52/2 52/9
53/4 67/17 105/11 135/7
164/22 165/23
**sentencing [4]**   4/2 4/18
178/15 179/9
**separate [10]**   3/8 22/10
110/19 120/13 123/10 126/5
130/6 142/24 151/24 178/15
**separately [1]**   130/8
**September [1]**   79/15
**September 8 [1]**   79/15
**sequence [2]**   89/9 89/18
**serial [13]**   17/12 17/14
17/15 17/18 17/21 17/22 18/1
18/10 79/22 82/21 145/22
166/1 168/14
**serious [1]**   4/6
**seriously [1]**   150/25
**serve [3]**   85/10 171/10
177/14
**service [4]**   171/6 171/8
171/19 178/5
**services [2]**   85/10 85/12
**serving [10]**   26/6 26/7 26/23
26/23 26/24 26/24 26/25 27/3
168/4 168/5
**set [6]**   3/1 67/23 109/4
109/21 121/8 141/20
**sets [3]**   140/8 144/10 144/18
**setting [1]**   105/7
**settle [1]**   35/9
**seven [1]**   176/22
**several [3]**   87/18 103/24
129/17
**shaking [2]**   136/9 136/11
**shall [1]**   81/10
**sham [1]**   23/1
**SHANNON [1]**   1/15
**share [1]**   130/1
**shared [1]**   124/4
**she [34]**   35/9 41/1 41/7
41/14 41/15 41/17 41/22
41/22 41/24 41/24 41/25 42/1
42/15 42/22 42/24 43/14
43/14 43/18 43/20 43/22
54/20 103/23 115/10 118/9
119/8 119/21 150/7 151/3
157/22 157/23 163/12 166/24
167/12 174/2
**shelf [5]**   32/20 33/2 33/17
138/8 143/20
**Sheriff's [21]**   66/8 66/14
66/19 68/3 68/6 68/18 69/2
69/8 69/21 70/3 70/9 70/17
71/10 71/12 71/15 72/8 72/10
72/20 73/1 73/17 103/22
**shift [6]**   87/11 140/4 140/5
143/17 143/25 163/6
**shift so [1]**   140/4
**shifts [1]**   143/23
**shit [3]**   26/10 36/18 40/2
**shoot [21]**   16/7 16/10 38/14

**S**

**shoot... [18]**   88/22 88/23
93/18 93/19 93/21 93/25 94/1
104/10 104/11 127/3 127/4
128/16 128/17 129/12 129/12
129/13 135/17 142/18
**shooting [6]**   37/9 38/11
41/20 49/25 50/11 94/2
**shoots [3]**   96/4 127/3 128/16
**short [10]**   30/13 64/10 64/11
64/22 75/14 75/14 76/3
105/10 147/15 173/10
**shorter [3]**   10/11 10/11
10/16
**shorting [1]**   30/16
**shorts [2]**   30/1 30/11
**shot [6]**   88/23 95/11 96/5
104/13 159/7 164/11
**shotguns [1]**   75/15
**shots [3]**   127/4 128/17
129/13
**should [19]**   5/6 6/7 9/24
13/14 13/15 81/19 107/3
118/1 118/18 119/15 131/23
132/2 143/21 158/14 170/3
170/4 171/16 177/21 178/2
**shouldn't [5]**   19/13 50/19
83/10 117/24 118/7
**show [17]**   8/19 11/25 13/1
13/4 15/1 15/9 59/12 59/18
60/13 61/6 103/2 103/7 106/5
106/11 153/17 153/25 166/21
**showed [9]**   19/20 20/1 20/3
45/2 97/22 145/22 154/8
156/24 173/3
**showing [12]**   8/14 18/22
31/23 56/4 59/5 61/17 80/1
94/10 106/7 109/14 114/10
142/6
**shown [4]**   59/10 105/14 114/4
150/10
**shows [4]**   8/20 56/18 105/6
144/7
**sick [4]**   36/3 40/23 170/25
171/3
**side [18]**   8/4 12/11 12/11
12/22 13/4 16/4 42/7 59/11
59/15 59/21 60/7 61/2 63/25
94/17 95/17 97/4 149/7 176/6
**sight [2]**   33/14 34/1
**sign [1]**   134/20
**signature [7]**   80/12 80/14
80/16 83/4 93/7 113/7 179/19
**signed [4]**   71/21 83/5 134/17
176/4
**significance [2]**   120/1
151/14
**signs [2]**   83/14 93/21
**silencer [2]**   126/16 128/2
**silencers [1]**   75/14
**similar [1]**   154/10
**simple [1]**   119/20
**simply [5]**   33/4 94/16 124/17
131/15 135/6
**since [5]**   4/25 6/13 41/24
66/15 66/16
**single [16]**   35/10 35/11

88/24 89/2 104/11 116/21
127/6 128/19 129/15 130/4
135/18 138/3 138/5 141/22
142/11 147/2
**singular [1]**   25/17
**sir [2]**   48/20 51/24
**sit [1]**   170/25
**sitting [14]**   8/24 20/6 21/19
56/15 56/25 57/1 57/13 58/16
58/24 59/20 63/10 138/17
151/2 167/25
**situation [1]**   50/21
**six [9]**   11/15 11/18 11/19
14/9 17/25 18/13 113/1 166/3
176/20
**size [1]**   22/13
**skip [1]**   44/9
**sleeping [1]**   164/2
**slide [23]**   16/21 16/24 53/18
53/18 53/20 54/14 56/15 57/3
57/13 57/14 59/15 59/21 90/1
90/2 90/3 90/4 90/8 90/9
90/11 94/11 97/4 97/5 158/10
**slide to [1]**   90/8
**slightly [1]**   97/3
**slip [4]**   9/17 68/13 68/14
68/16
**slow [1]**   34/18
**slowly [1]**   39/6
**smakka [1]**   61/22
**small [7]**   22/12 60/15 90/10
145/17 167/5 171/6 178/9
**small screwdriver [1]**   90/10
**smaller [1]**   49/9
**smeared [1]**   136/18
**smoker [2]**   39/19 41/17
**smoking [6]**   37/10 37/12
38/12 38/15 41/18 166/25
**smooth [1]**   179/8
**Smyrna [1]**   61/4
**sniffing [1]**   41/19
**sniffs [2]**   39/20 41/17
**snorting [5]**   37/11 38/11
38/16 41/19 167/1
**snoting [2]**   37/10 37/12
**so [187]**
**Social [2]**   79/20 82/16
**society [1]**   177/18
**sofa [1]**   63/8
**sold [6]**   19/7 22/1 23/11
24/13 32/15 139/4
**sole [4]**   129/19 129/24 130/2
160/13
**solely [2]**   89/1 139/19
**some [28]**   3/7 8/24 34/24
36/2 36/19 36/20 39/15 39/23
42/12 49/10 56/13 62/3 63/8
66/20 66/23 85/21 89/16
109/8 119/17 119/22 124/3
124/21 126/22 152/19 153/12
156/20 172/21 177/15
**some-odd [1]**   66/20
**somebody [14]**   7/22 7/23
32/13 33/13 37/21 37/25 38/1
48/14 50/10 105/13 136/7
150/4 154/9 170/24
**someone [21]**   16/6 19/12
20/15 20/23 33/5 34/25 35/12

35/12 37/20 39/19 41/17 54/7
54/7 85/19 97/17 126/1
158/22 158/22 167/5 167/21
167/23
**someone's [1]**   56/3
**something [34]**   10/23 11/7
11/8 18/6 19/11 23/11 24/10
26/15 55/16 60/4 63/8 63/10
69/9 69/13 69/20 70/8 87/5
87/9 91/5 102/15 119/18
119/19 119/24 122/16 122/19
142/12 155/17 155/23 160/17
163/5 163/16 163/16 170/24
172/12
**sometime [2]**   154/7 154/9
**sometimes [7]**   23/16 47/10
90/18 90/20 136/8 148/21
170/19
**somewhere [2]**   102/9 160/14
**soon [4]**   6/14 6/17 69/20
69/23
**sorry [9]**   8/9 14/1 26/7 47/1
96/20 99/12 104/3 147/17
155/21
**sorts [2]**   96/11 96/15
**SOT [2]**   91/21 91/22
**source [9]**   27/15 29/5 29/8
29/10 29/11 29/12 43/6 111/6
148/22
**south [1]**   25/15
**SOUTHERN [2]**   1/1 137/1
**Spartan [7]**   12/6 12/9 12/22
15/13 15/15 18/16 18/22
**speak [10]**   65/9 74/5 78/21
84/3 88/18 131/21 163/8
177/24 178/2 178/2
**speaking [1]**   68/1
**speaks [1]**   168/17
**special [25]**   5/7 6/23 14/25
56/2 56/13 91/17 91/23
103/18 105/9 112/11 120/6
120/7 137/5 147/19 151/14
156/10 157/20 158/1 158/7
164/16 165/25 166/10 167/7
168/12 177/15
**specialist [3]**   74/18 74/21
74/24
**specialized [1]**   120/5
**specific [26]**   10/8 14/14
19/1 19/5 26/17 47/2 67/23
68/21 69/7 69/10 85/22 86/19
86/21 88/16 90/21 102/6
104/3 104/8 116/12 122/20
129/3 129/10 130/11 130/13
156/8 170/6
**specifically [10]**   5/16 48/5
68/2 70/14 78/23 86/23
101/17 101/25 121/1 143/2
**specifics [2]**   67/7 101/17
**specifies [1]**   121/24
**speculated [1]**   156/12
**spell [4]**   65/10 74/6 84/4
115/9
**spelled [1]**   74/9
**spending [1]**   115/13
**spent [1]**   93/20
**spoke [2]**   31/9 110/6
**spot [3]**   36/5 36/5 163/6

**S**

**spout [1]** 150/15
**Springfield [10]** 45/8 45/9
45/10 45/13 45/21 121/17
142/16 142/21 144/19 166/15
**SRT [1]** 150/3
**stages [1]** 40/20
**stamp [1]** 156/20
**stamps [1]** 143/10
**stand [5]** 7/10 7/14 70/23
75/7 107/11
**standard [14]** 5/21 87/5
93/17 95/13 97/8 97/10 97/24
104/24 105/18 105/23 109/20
110/15 127/2 157/18
**standing [2]** 60/9 63/10
**stands [1]** 75/8
**start [12]** 24/24 29/9 31/24
31/24 40/10 44/11 61/18
61/20 89/14 93/24 94/23
148/11
**started [2]** 9/22 9/23
**starting [5]** 27/22 29/19
31/9 32/16 61/17
**starts [2]** 28/5 148/14
**stash [10]** 105/24 106/8
137/2 137/18 138/24 158/25
159/14 163/24 164/3 166/19
**state [10]** 17/9 65/10 74/5
84/4 85/4 100/25 120/8 128/4
128/8 128/9
**stated [2]** 8/3 11/21
**statements [3]** 110/4 119/14
135/22
**states [43]** 1/1 1/4 1/11
1/16 3/21 3/24 4/4 4/9 4/11
5/6 34/24 35/21 39/16 65/4
74/2 81/9 81/10 81/12 81/17
81/25 83/24 88/3 99/10
104/20 104/23 105/5 107/10
107/11 107/17 107/20 108/4
108/10 111/14 123/12 126/4
127/11 128/5 133/10 134/1
141/10 165/2 174/5 179/11
**stating [6]** 8/12 27/12 31/16
35/9 35/14 43/5
**stationed [2]** 46/9 148/2
**status [2]** 89/19 106/24
**statute [1]** 121/24
**statutory [1]** 111/13
**stay [5]** 34/11 40/22 69/3
169/11 172/8
**steal [2]** 20/21 22/24
**stemming [1]** 38/13
**step [5]** 50/25 63/15 73/24
83/22 98/5
**steps [4]** 48/16 83/16 89/14
92/8
**stick [1]** 5/21
**sticking [2]** 16/18 159/17
**sticky [1]** 136/18
**still [17]** 12/21 14/23 30/1
30/11 30/19 77/13 105/21
105/21 106/7 110/23 138/19
138/20 144/17 159/7 164/11
171/16 171/25
**Stipes [2]** 1/23 179/18

**stippling [2]** 11/3 13/22
**stipulated [2]** 155/15 155/15
**stipulation [8]** 5/1 5/10
5/15 114/15 142/23 145/3
145/12 155/20
**stolen [2]** 142/22 150/24
**stop [12]** 26/6 26/7 26/24
27/2 37/17 40/8 40/23 59/6
60/2 89/16 168/4 168/4
**stopped [2]** 149/11 151/18
**store [2]** 20/18 70/13
**stored [5]** 68/17 77/6 77/7
78/14 138/8
**straight [2]** 9/23 9/25
**street [40]** 21/3 21/5 21/6
22/17 24/6 25/15 25/21 27/15
27/17 28/9 31/16 32/23 35/21
38/23 43/23 45/18 46/7 47/9
47/21 49/2 49/16 105/25
135/14 136/25 137/14 137/16
138/23 139/1 139/9 141/13
143/15 143/24 144/25 147/17
149/1 150/17 159/14 164/23
165/4 165/6
**street-level [3]** 49/2 49/16
135/14
**stretches [1]** 103/19
**strewn [1]** 136/21
**strictly [1]** 155/20
**strong [4]** 37/24 38/3 144/12
167/12
**stronger [1]** 42/15
**stucco [1]** 164/13
**stuff [10]** 39/23 40/13 42/10
42/11 42/13 42/13 43/12
43/17 43/19 150/8
**sub [1]** 45/11
**subject [4]** 104/9 129/4
129/11 156/9
**submission [8]** 66/7 67/17
68/13 68/14 68/16 69/14
69/20 92/9
**submit [11]** 67/22 76/4 78/3
105/14 105/18 105/23 106/16
107/1 142/4 151/21 152/1
**submits [1]** 104/21
**submitted [9]** 67/13 67/20
71/9 76/22 84/24 85/3 92/4
104/25 105/5
**subpoena [2]** 157/3 157/6
**subpoenaed [1]** 55/17
**subpoenas [2]** 55/11 55/13
**substance [38]** 24/14 27/18
27/19 120/19 120/21 120/22
120/24 121/2 121/4 121/5
123/2 123/4 123/4 123/6
123/6 123/8 123/8 123/9
123/12 124/5 125/1 125/3
125/3 125/5 125/5 125/6
125/8 125/10 125/19 125/19
125/21 125/22 125/23 126/1
132/24 140/25 174/20 175/10
**substances [24]** 41/1 101/21
101/25 102/10 102/23 106/13
106/17 111/9 120/18 122/22
123/1 124/23 125/20 125/24
132/10 132/19 133/6 133/18
133/20 140/11 174/10 174/16

**substantive [2]** 101/19 121/1
**substitute [1]** 172/24
**succeeded [1]** 123/25
**success [2]** 140/9 144/10
**such [15]** 17/11 18/11 23/7
42/1 82/15 88/25 107/11
108/1 109/13 118/10 124/6
126/15 128/1 145/23 160/20
**sufficiency [1]** 107/22
**sufficient [3]** 104/24 122/3
124/15
**suggest [4]** 51/12 103/15
118/23 150/18
**suggestion [4]** 40/2 43/12
43/17 103/11
**suggestive [1]** 156/14
**suggests [1]** 102/21
**Suite [2]** 1/17 1/20
**summation [1]** 109/5
**Sun [1]** 107/12
**superseding [17]** 101/13
104/24 132/7 132/9 132/21
132/22 133/8 133/24 134/2
134/12 174/7 174/9 174/18
175/1 175/14 175/17 175/24
**supervisor [3]** 78/3 80/17
83/14
**supplier [3]** 21/22 23/18
48/24
**supply [3]** 27/15 29/8 29/10
**support [1]** 74/19
**supports [2]** 108/8 169/7
**suppose [2]** 171/15 172/16
**supposed [3]** 60/25 78/19
166/17
**Supreme [5]** 3/21 4/3 4/4
4/11 108/2
**sure [26]** 5/13 25/4 25/10
26/5 28/15 29/22 32/14 34/10
35/25 37/12 39/11 50/6 64/18
66/23 73/6 79/4 83/10 93/19
99/22 100/21 100/22 101/4
110/8 110/21 113/19 115/1
**sures [1]** 150/22
**surprise [2]** 54/22 143/21
**surveil [1]** 47/18
**surveillance [9]** 102/17
148/13 148/16 149/23 150/3
159/3 159/22 162/19 165/10
**surveilling [1]** 47/5
**suspect [2]** 62/16 62/22
**suspected [1]** 62/20
**sustain [3]** 7/6 18/19 107/9
**sustained [4]** 23/25 127/5
128/18 129/14
**swabs [1]** 71/9
**SWAT [8]** 102/19 150/4 159/22
160/3 162/2 163/18 163/22
168/10
**sweaty [1]** 9/16
**sweets [1]** 39/15
**Swift [1]** 87/10
**switch [77]** 15/20 16/3 16/4
16/5 16/17 16/19 16/20 19/19
21/9 21/17 45/2 45/4 52/13
52/16 53/3 53/14 54/13 55/3
59/4 59/7 59/9 59/18 59/24

**S**

**switch... [54]**  60/18 60/19
60/24 61/2 61/23 87/11 89/22
89/24 89/25 90/12 93/25
94/13 95/7 95/17 96/18 97/4
104/15 105/13 105/15 106/23
109/11 121/11 121/20 141/11
146/7 146/8 146/19 146/22
146/25 148/9 154/11 156/5
156/6 158/5 158/8 159/8
159/12 159/14 159/15 159/17
162/7 164/11 164/15 164/17
164/18 164/19 164/19 164/20
164/20 164/21 165/18 165/21
166/1 167/18
**switched [2]**  39/2 39/3
**switches [11]**  21/10 54/25
55/5 55/8 60/23 90/7 146/11
146/13 146/20 157/18 158/2
**switching [1]**  19/17
**sworn [4]**  65/7 74/3 84/1
158/14
**sympathy [1]**  116/18
**synthetic [3]**  23/8 23/22
25/8
**system [1]**  76/7
**systems [1]**  77/11

**T**

**table [13]**  8/13 20/6 21/19
56/14 56/18 57/16 58/16
58/22 58/24 60/18 100/19
138/6 167/25
**tablets [3]**  30/17 140/23
161/23
**tag [13]**  93/7 138/24 138/25
139/8 139/8 139/23 139/23
140/2 140/2 144/24 144/24
147/13 147/14
**tagged [2]**  137/9 137/9
**take [40]**  3/5 5/14 5/20
25/22 30/25 37/17 47/23
48/16 51/3 53/15 54/17 59/17
63/16 64/9 64/17 67/4 76/3
76/24 90/13 92/9 92/11 98/13
100/21 101/8 102/14 102/19
109/25 111/15 113/22 113/23
129/24 130/19 132/2 134/18
140/4 143/14 143/25 150/9
172/15 173/6
**take-down [1]**  102/19
**taken [10]**  39/7 52/2 52/3
52/8 64/22 104/14 115/17
130/20 144/3 173/10
**takes [1]**  37/14
**taking [10]**  67/5 101/14
106/25 130/18 143/17 155/11
159/8 166/4 166/18 170/5
**talk [9]**  12/3 28/10 36/19
141/11 147/19 155/13 159/2
166/11 177/16
**talked [6]**  19/21 45/3 48/2
156/17 157/15 168/11
**talking [18]**  9/1 9/6 13/2
22/15 27/20 29/2 43/14 45/15
45/23 46/23 48/13 61/8 66/16
81/3 135/4 162/19 166/18

**talks [3]**  161/8 166/15
166/16
**tape [19]**  9/11 9/14 9/18
9/21 9/21 10/1 11/13 12/24
13/1 13/4 13/7 13/8 13/10
13/15 14/6 18/11 20/9 54/2
54/3
**tapes [2]**  148/23 162/20
**targeted [2]**  50/23 147/17
**tax [3]**  75/17 91/17 91/23
**TCGTR [1]**  87/9
**team [3]**  147/21 150/3 160/4
**technical [4]**  85/4 85/11
92/18 120/5
**technology [3]**  85/7 85/10
85/12
**tell [16]**  28/2 28/6 37/8
48/22 52/5 110/1 119/2 135/5
147/14 150/14 154/18 156/5
156/19 156/20 163/2 167/7
**telling [13]**  26/8 26/9 28/5
33/16 39/9 43/3 118/25
119/21 139/10 140/3 141/20
153/20 163/3
**tells [9]**  40/16 41/7 97/14
143/5 143/9 143/19 156/4
158/7 166/23
**ten [20]**  30/2 30/6 30/23
31/2 31/4 41/8 46/21 46/22
47/13 61/18 80/14 98/15
98/16 98/21 115/12 147/20
148/16 149/24 166/23 177/3
**tend [2]**  118/11 119/22
**tendency [1]**  155/16
**tender [1]**  46/1
**tendered [1]**  47/20
**tenders [1]**  88/3
**tens [1]**  49/8
**term [21]**  21/9 22/17 27/20
28/9 29/15 29/16 38/8 38/23
43/9 49/6 51/6 87/1 89/21
121/15 126/15 127/7 128/1
128/3 128/19 130/2 145/9
**terminology [4]**  26/25 27/15
27/17 32/23
**terms [4]**  77/8 77/9 77/21
102/10
**test [22]**  22/20 37/21 38/1
52/19 52/24 53/1 53/2 53/5
53/7 54/21 92/15 92/16 92/17
93/11 93/17 94/19 94/24 95/8
95/20 95/23 107/22 108/3
**tested [1]**  164/6
**tester [1]**  37/20
**testified [25]**  17/7 54/18
58/8 73/16 87/20 105/8
105/11 119/8 119/16 137/3
137/5 137/7 138/1 140/20
141/1 141/5 141/18 142/13
144/2 144/4 144/8 144/15
146/16 165/1 165/25
**testify [9]**  99/2 99/4 99/7
99/15 99/23 99/24 100/3
110/3 110/6
**testifying [1]**  118/21
**testimony [19]**  11/21 102/6
103/17 104/13 106/16 114/14

169/1
117/22 118/8 118/19 119/11
119/11 119/19 120/10 131/2
139/13 146/15 149/20 152/20
154/17
**tests [1]**  166/22
**text [20]**  19/19 27/1 31/22
34/4 36/10 37/4 45/14 106/1
106/11 109/14 109/17 137/11
139/9 140/20 146/7 146/18
150/14 161/7 163/1 166/16
**texted [3]**  39/11 141/19
144/22
**texting [2]**  29/3 157/5
**texts [8]**  31/25 48/2 51/12
143/2 143/3 143/10 143/16
143/18
**texture [1]**  11/3
**textured [1]**  9/11
**tf [2]**  44/15 44/21
**than [24]**  10/11 18/1 18/7
18/10 21/13 22/1 22/3 23/22
23/23 25/20 75/3 76/18 88/23
90/14 90/15 96/5 101/17
112/9 127/20 131/1 151/2
165/14 166/1 168/14
**thank [47]**  6/10 7/8 13/19
15/7 16/15 17/6 19/16 26/2
36/17 45/25 54/12 58/19 59/1
62/1 62/6 63/5 63/15 63/17
73/24 73/25 74/1 83/21 83/22
88/8 98/4 98/5 98/10 98/22
100/9 104/19 104/20 112/7
135/13 147/7 147/10 158/17
169/9 171/5 173/19 176/5
177/10 177/12 178/8 178/11
179/7 179/10 179/11
**thanks [4]**  31/18 31/19 31/21
34/13
**that [1083]**
**that particular [1]**  68/25
**that's [15]**  10/13 11/20
26/25 30/17 31/18 36/22
41/12 41/14 54/25 77/24
95/22 161/15 163/4 163/21
166/15
**the Defendant [1]**  133/4
**the drug [1]**  126/9
**the evidence [1]**  72/14
**the hand [1]**  21/11
**The indictment [1]**  120/13
**the movement [1]**  128/4
**The term [1]**  127/7
**the trigger [1]**  13/13
**their [38]**  5/16 5/17 9/15
9/17 9/18 20/20 21/1 22/10
25/23 25/24 31/2 34/21 35/15
37/21 47/23 48/5 48/17 48/25
51/19 57/12 58/4 75/16 77/21
85/20 146/4 148/6 151/2
151/2 151/15 151/17 151/25
153/7 159/1 159/21 159/22
159/22 171/4 177/21
**them [65]**  5/16 11/12 11/16
13/20 21/2 21/7 22/12 22/13
24/9 26/7 29/24 30/15 32/7
33/14 33/15 33/18 34/1 34/3
37/3 37/22 43/16 50/1 50/5
51/3 51/4 55/4 57/1 60/20

```
T

them... [37]   64/1 64/10
64/19 68/12 71/14 71/15
72/25 73/5 76/6 76/7 77/10
83/8 91/11 91/11 92/6 92/17
96/13 96/15 96/16 103/3
105/22 109/25 110/1 119/10
119/23 138/18 138/21 139/5
142/21 151/16 153/4 156/21
163/5 167/6 167/10 167/24
169/25
themselves [4]   49/20 49/25
51/4 151/1
then [69]   4/9 6/11 6/21 8/4
12/12 12/21 14/21 15/13
15/15 15/16 15/18 18/13 27/4
27/9 27/23 28/6 29/14 30/11
30/25 33/9 35/19 36/10 40/15
41/4 43/2 43/7 43/16 43/22
44/5 44/18 44/24 44/25 45/19
60/4 60/11 61/10 64/5 64/5
64/7 64/14 66/6 67/23 68/12
70/12 72/23 76/24 89/15
90/11 91/9 92/6 92/15 93/25
94/2 95/10 100/21 100/22
102/18 108/18 110/21 110/22
111/8 114/1 115/16 134/20
141/21 143/10 144/23 145/7
149/12
there [186]
there's [6]   8/21 8/25 60/4
60/15 60/24 165/7
thereafter [1]   148/11
therefore [4]   4/16 96/5 96/7
177/23
Thereupon [13]   7/11 63/23
64/22 64/25 98/23 115/17
115/19 170/9 171/21 173/10
173/13 178/13 179/12
these [61]   9/14 9/15 11/2
11/12 13/20 19/13 22/19 25/8
25/13 31/25 40/17 44/20 48/2
51/12 56/6 56/14 57/22 58/7
71/9 71/11 71/19 72/13 72/20
73/2 75/23 76/2 78/15 90/18
91/18 92/18 96/9 96/11
109/20 116/9 138/12 142/6
144/16 146/2 148/8 148/20
150/14 151/12 151/23 156/19
156/21 156/25 156/25 157/3
157/4 157/4 162/13 162/25
163/1 164/10 164/10 164/24
167/2 167/9 167/15 167/17
168/5
they [217]
they're [6]   37/9 38/19 38/19
40/13 43/9 161/18
thing [13]   55/5 67/16 83/15
91/15 103/1 129/20 129/22
129/24 130/1 141/8 147/14
153/11 155/23
things [17]   19/4 20/10 23/18
47/10 48/10 49/5 49/18 54/6
66/23 92/18 93/11 119/8
119/22 138/16 138/23 139/21
153/19
think [27]   5/2 5/16 5/19

37/10 40/24 46/20 49/7 52/7
64/8 64/12 71/22 102/6
105/19 112/11 115/7 115/15
131/14 149/15 152/20 153/2
153/9 155/16 155/25 164/19
167/15 173/2 178/14
thinks [1]   168/24
third [18]   10/13 80/16
101/13 104/24 132/7 132/9
132/22 133/8 133/24 134/2
134/12 174/7 174/9 174/18
175/1 175/14 175/17 175/24
thirds [1]   30/16
this [314]
those [75]   4/19 4/22 6/15
8/25 13/22 19/22 19/23 20/10
24/13 24/20 24/21 25/17 26/1
41/7 46/17 49/7 49/18 50/17
54/9 55/17 62/10 62/12 65/24
67/2 68/6 71/2 71/6 72/1
75/18 76/1 76/10 76/11 76/13
77/6 77/19 77/19 78/5 78/19
79/24 82/22 85/1 85/5 87/2
88/19 89/5 91/3 91/10 91/5
95/14 96/1 101/2 101/20
101/25 102/10 102/23 103/3
103/13 104/17 105/1 106/14
106/22 106/22 108/22 116/5
123/21 130/13 135/16 139/5
140/10 146/12 148/16 148/22
157/23 158/16 172/24
though [10]   39/22 39/24
41/23 87/19 96/15 105/22
138/21 142/17 159/6 166/13
thought [6]   3/6 161/20
161/21 166/8 167/11 167/12
thoughts [1]   5/9
thousand [2]   163/8 168/17
thousands [1]   18/8
three [41]   3/8 3/13 5/25 6/4
7/3 11/18 14/9 40/10 40/10
40/12 64/2 64/4 64/8 64/12
71/12 71/19 72/13 74/22
84/17 87/23 89/25 94/2 94/3
95/13 95/13 110/19 110/25
127/21 129/2 134/9 142/24
145/9 147/18 155/15 155/18
156/1 168/7 170/19 171/8
175/21 176/14
through [23]   10/19 29/2
40/20 64/9 66/4 83/15 93/9
100/20 101/6 101/12 105/11
106/4 109/4 109/17 136/25
139/20 145/12 149/12 151/10
158/15 159/10 163/25 171/4
throughout [3]   106/11 137/13
140/20
thrown [2]   160/8 163/19
thug [1]   25/1
thur [1]   26/9
Thursday [10]   67/24 67/25
69/14 70/2 70/9 71/25 72/2
72/9 72/17 72/19
Thursdays [2]   69/11 69/19
tie [2]   59/20 153/18
ties [1]   149/17
tight [1]   43/16
time [55]   6/13 9/19 11/25

16/8 31/24 34/18 46/23 47/7
47/11 55/7 64/1 67/20 67/23
69/7 69/10 69/14 70/10 70/12
71/18 72/7 72/10 72/20 72/22
73/8 80/18 87/24 88/2 89/10
95/3 98/8 101/10 105/10
108/20 113/10 115/13 115/15
119/18 127/21 134/24 135/6
135/8 146/15 147/22 148/15
150/11 151/6 152/24 153/1
153/4 156/20 169/10 170/4
171/25 177/13 178/5
timely [2]   108/12 109/1
times [22]   18/8 23/21 23/21
25/23 47/4 47/6 47/13 47/17
49/3 49/7 69/6 87/16 87/22
87/23 90/21 95/14 135/21
142/17 142/24 147/23 155/18
156/1
tipped [1]   103/23
title [9]   65/20 74/17 81/9
82/7 82/11 84/13 111/14
111/15 123/12
to distribute [2]   120/18
125/1
to forget [1]   119/22
to have [1]   33/15
to prove [1]   116/25
to rephrase [1]   18/20
Tobacco [3]   74/14 81/15
84/10
today [3]   25/3 105/23 144/21
today's [1]   176/4
together [10]   20/11 25/14
25/22 34/2 57/9 107/1 113/23
114/2 149/17 161/11
token [2]   171/6 178/9
told [14]   28/2 42/19 49/7
54/18 54/20 80/6 90/24
135/22 146/8 146/12 157/2
168/2 169/2 178/14
tolerance [4]   37/13 39/18
41/15 42/16
tomorrow [1]   171/16
tons [1]   150/20
too [12]   20/9 20/9 20/10
28/19 28/24 36/2 36/15 37/24
37/25 42/22 43/1 167/14
took [6]   110/14 158/4 159/9
163/12 164/7 165/23
tool [7]   32/23 44/16 44/21
44/21 45/16 144/9 146/24
tools [16]   20/13 32/20 32/22
32/23 33/2 33/6 49/15 53/16
55/10 103/6 137/20 140/7
143/11 143/19 146/2 167/16
toothpick [1]   90/11
top [13]   8/21 27/10 29/19
33/19 40/15 52/4 56/15 57/13
60/12 60/15 81/4 143/3
148/13
totality [2]   18/24 19/23
touched [1]   154/16
towards [1]   25/15
traces [1]   17/20
track [1]   22/13
trade [9]   20/14 20/24 25/14
32/24 49/16 49/21 137/21
```

**T**

**trade... [2]**   144/9 150/22
**traffic [1]**   149/4
**trafficking [26]**   22/2 51/16
  102/25 103/14 110/10 111/25
  112/2 121/8 126/4 126/6
  126/9 126/23 133/10 133/17
  135/16 141/25 142/7 142/15
  144/9 146/1 146/24 148/24
  154/22 168/22 175/2 175/7
**trail [1]**   136/17
**trained [4]**   78/23 86/23
  103/21 158/3
**trainees [2]**   85/9 86/9
**training [10]**   54/1 58/13
  85/6 86/5 86/8 86/11 86/24
  96/11 97/21 120/7
**transaction [3]**   102/22
  135/24 135/25
**transactions [2]**   137/4
  147/20
**transcript [1]**   179/14
**transfer [20]**   75/1 76/23
  77/1 77/4 81/14 81/23 82/3
  82/6 82/9 91/6 91/9 91/18
  106/25 121/22 128/14 129/2
  129/5 134/14 145/16 176/1
**transferable [1]**   91/10
**transferred [1]**   91/12
**transfers [2]**   79/10 79/22
**transport [8]**   66/12 66/15
  67/10 67/12 67/25 69/2 70/2
  73/2
**transported [1]**   68/18 70/17
**transporting [4]**   66/18 68/2
  71/11 73/5
**travel [1]**   88/12
**traveled [1]**   157/10
**trench [2]**   136/9 136/11
**trial [8]**   1/10 98/14 118/2
  119/20 130/10 130/20 179/8
  179/12
**tried [2]**   39/16 153/4
**trier [1]**   107/23
**trigger [28]**   9/12 10/21
  13/13 16/6 16/8 54/2 88/24
  89/6 89/8 89/15 89/17 89/18
  90/3 90/5 95/3 104/11 127/6
  127/6 128/18 128/19 129/14
  129/15 135/19 138/4 138/5
  142/12 142/17 147/2
**trip [2]**   90/3 90/5
**trouble [1]**   147/1
**true [1]**   118/17
**Truman [1]**   107/21
**Truman 688 [1]**   107/21
**trust [2]**   37/21 38/2
**trusted [1]**   32/15
**truth [4]**   119/1 119/3 119/21
  131/17
**try [15]**   3/18 30/22 34/20
  37/4 41/7 48/5 48/16 83/9
  92/17 96/16 124/3 131/10
  153/22 170/7 172/8
**trying [7]**   27/25 30/18 34/3
  39/14 46/20 146/1 167/15
**tub [3]**   8/23 8/25 57/21

**turn [10]**   22/8 14/10 27/9
  28/12 31/22 34/4 41/25 51/22
  87/6 135/8
**turned [1]**   167/13
**turning [10]**   19/17 31/7 32/4
  32/16 33/19 34/11 40/15
  44/24 109/24 115/21
**turns [3]**   25/22 143/14
  166/19
**twice [2]**   31/3 67/1
**two [71]**   11/18 14/9 16/14
  24/20 25/2 30/16 36/21 36/25
  42/4 46/24 56/6 60/20 60/23
  60/23 61/25 62/9 64/10 67/10
  86/18 93/22 93/25 94/1 94/23
  94/25 95/5 95/8 105/7 105/13
  106/6 106/18 108/8 109/4
  111/8 123/16 124/3 124/8
  126/10 127/18 129/1 136/16
  136/19 137/23 139/16 141/12
  141/16 143/8 143/18 146/4
  146/9 146/11 146/19 146/20
  155/25 159/5 159/23 159/25
  160/2 160/3 161/25 163/19
  163/20 164/18 164/20 164/21
  165/21 165/22 167/17 168/18
  168/19 170/19 176/12
**two-round [1]**   95/8
**two-thirds [1]**   30/16
**type [7]**   85/21 85/23 85/24
  87/10 87/12 140/23 154/10
**types [7]**   23/9 23/14 25/8
  88/13 136/2 138/15 165/6
**typical [5]**   21/21 21/25 22/2
  22/9 23/3
**typically [12]**   14/16 18/4
  20/20 22/1 25/13 32/13 34/19
  41/25 49/24 85/21 86/18
  111/6

**U**

**U.S [6]**   3/2 3/20 21/17 75/4
  135/2 160/7
**U.S.C [15]**   81/13 82/7 82/11
  111/15 122/22 124/24 128/10
  132/11 132/24 134/15 174/11
  174/20 175/3 175/16 176/2
**ultimately [4]**   53/2 99/15
  103/4 152/16
**umbrella [3]**   136/8 136/9
  136/12
**unanimous [2]**   131/5 177/9
**unanimously [4]**   122/4 132/6
  173/16 174/6
**Unc [25]**   8/12 24/24 26/5
  27/7 27/11 27/25 28/1 28/5
  28/15 28/16 28/19 28/20 29/1
  29/3 29/7 29/8 29/10 29/14
  29/22 29/24 30/1 30/4 30/7
  30/9 141/20
**Uncle [18]**   8/5 8/11 8/16
  26/23 27/5 27/6 30/5 31/7
  139/10 139/25 143/1 143/6
  143/9 143/13 160/25 165/24
  168/2 169/1
**uncommon [1]**   170/23
**under [31]**   4/25 7/15 11/4
  15/24 24/11 51/4 52/9 53/19

  54/2 56/9 56/10 75/19 79/10
  79/18 79/19 81/11 82/12
  82/22 85/1 85/5 86/9 89/5
  99/10 107/7 129/4 141/6
  145/18 149/22 171/12 171/16
  178/25
**undercover [5]**   24/5 46/17
  47/5 137/6 147/20
**underside [4]**   12/6 13/11
  13/13 13/16
**understand [11]**   37/13 37/15
  62/18 99/3 99/6 99/9 99/14
  101/3 119/9 169/17 173/15
**understanding [1]**   124/13
**unduly [1]**   130/24
**unimportant [1]**   120/3
**unique [31]**   13/13 14/21 15/1
  15/9 17/14 17/25 18/2 18/5
  18/7 18/10 18/10 18/11 18/15
  18/16 18/23 18/25 19/5 19/14
  19/22 20/5 20/7 20/9 20/9
  20/10 54/3 159/15 159/17
  168/13 168/14 168/16 177/23
**unit [1]**   68/17
**UNITED [40]**   1/1 1/4 1/11
  1/16 3/21 3/24 4/4 4/9 4/11
  5/6 65/4 74/2 81/9 81/10
  81/12 81/17 81/24 83/24 88/2
  99/10 104/20 104/22 105/5
  107/10 107/11 107/17 107/20
  108/4 108/10 111/14 123/12
  126/4 127/11 128/5 133/10
  134/1 141/10 165/1 174/5
  178/25
**unlawful [7]**   91/6 123/17
  123/24 124/4 124/8 124/11
  124/14
**unless [5]**   22/2 26/16 91/21
  172/15 177/24
**Unlike [1]**   170/20
**unload [1]**   53/17
**unregistered [1]**   128/10
**unsafe [1]**   93/21
**until [9]**   32/2 68/6 68/18
  72/17 115/13 148/15 165/10
  169/16 171/16
**up [50]**   3/1 32/2 34/11 34/21
  35/2 35/17 35/22 36/13 37/2
  37/2 37/8 39/4 39/12 39/13
  39/14 40/6 40/17 40/19 41/3
  44/3 56/13 62/4 63/11 69/9
  78/20 81/3 92/11 101/8
  131/13 132/1 138/4 140/8
  141/4 143/5 144/10 147/1
  148/3 148/15 150/3 150/12
  157/16 158/25 159/3 160/24
  163/23 164/24 165/16 166/24
  168/6 172/15
**update [1]**   78/23
**uploaded [1]**   164/23
**upon [5]**   52/15 109/13 120/10
  158/13 177/18
**urgency [1]**   51/12
**us [13]**   7/22 7/23 7/23 19/10
  26/16 90/24 94/2 97/22 113/1
  158/13 171/8 172/18 178/8
**use [40]**   11/12 11/25 12/1
  13/12 14/6 16/19 18/3 19/9

**U**

**use... [32]**   19/14 21/9 21/14
22/23 23/12 27/20 28/10
30/25 32/24 40/2 41/25 42/23
43/12 43/17 48/8 48/9 50/16
53/16 53/20 55/10 58/25 87/4
89/2 89/6 96/7 96/15 116/8
118/5 130/21 136/14 155/19
155/24
**used [15]**   14/19 22/16 23/10
39/1 48/23 51/6 51/15 58/20
87/1 105/19 127/8 128/20
136/7 153/10 155/23
**useless [1]**   38/20
**user [9]**   21/16 21/20 23/13
35/12 40/21 40/25 167/4
167/20 167/23
**users [4]**   34/20 37/24 37/25
40/20
**using [14]**   5/15 14/7 38/4
42/6 42/7 48/14 48/17 90/15
122/1 127/5 128/18 129/14
166/9 168/1
**usually [2]**   69/23 152/18

**V**

**Valencia [1]**   4/10
**valuable [1]**   20/24
**valuables [1]**   20/23
**value [1]**   126/2
**variants [1]**   86/21
**variations [3]**   79/19 82/22
90/17
**variety [3]**   20/17 23/2 48/10
**various [4]**   40/24 81/18
88/19 138/14
**vary [1]**   41/11
**varying [1]**   48/2
**vehicle [2]**   67/3 73/3
**vehicles [2]**   20/19 20/21
**verdict [56]**   3/5 3/10 3/18
4/24 5/7 6/2 6/12 6/22 64/19
104/18 108/3 110/22 110/22
111/2 112/10 115/10 116/2
130/9 131/4 131/7 131/21
131/23 131/24 131/25 132/2
132/4 132/5 134/18 134/19
145/4 147/4 147/5 151/25
158/16 169/6 169/14 169/23
170/3 171/14 171/15 172/3
172/5 173/11 173/15 173/16
173/18 173/20 173/23 174/1
174/1 174/2 174/3 176/10
176/10 177/9 178/20
**verifies [2]**   83/15 83/15
**verify [2]**   77/20 78/18
**versa [2]**   38/16 43/20
**version [1]**   3/7
**versus [15]**   3/2 3/21 3/24
4/4 4/10 4/11 38/15 41/20
107/12 107/17 107/20 108/1
108/5 108/10 174/5
**vertical [1]**   11/5
**very [52]**   6/13 10/6 10/8
13/10 13/11 13/13 15/12
18/15 18/16 21/21 22/22 23/1
25/12 30/14 33/19 37/9 41/11

41/12 41/24 43/8 47/22 54/2
64/11 64/12 78/6 86/19 98/10
98/17 103/7 103/8 103/20
131/16 137/12 144/12 148/5
150/2 152/6 153/11 159/14
159/17 165/19 167/5 168/13
168/14 168/16 170/18 171/5
176/5 177/12 177/15 179/7
179/8
**vice [2]**   38/16 43/20
**vice-versa [1]**   38/16
**video [35]**   53/9 59/8 59/9
59/13 59/18 59/22 60/1 60/17
61/7 61/15 61/16 63/2 63/11
66/4 103/9 105/10 139/20
144/17 146/10 146/14 146/20
154/8 154/13 156/15 159/7
159/8 159/9 159/10 159/13
159/16 164/12 164/14 164/16
164/23 165/5
**videoed [2]**   154/9 165/22
**videoing [1]**   166/4
**videos [8]**   18/4 62/9 62/12
62/15 62/21 103/7 103/11
163/9
**videotaped [1]**   159/13
**view [1]**   13/4
**viewing [1]**   107/24
**violating [2]**   122/21 156/2
**violation [10]**   132/11 132/24
133/10 134/1 134/15 174/11
174/20 175/3 175/16 176/2
**violent [4]**   4/6 75/17 110/10
112/1
**Virginia [1]**   53/4
**virtual [2]**   78/2 78/9
**virtue [2]**   97/11 106/4
**visible [3]**   13/3 14/4 165/19
**vitally [1]**   170/22
**VOLUME [1]**   1/12
**voluminous [1]**   6/13
**voluntarily [3]**   100/7 122/13
122/15
**vomiting [1]**   40/23
**voted [1]**   135/5
**votes [3]**   170/5 170/6 177/21
**VPN [1]**   78/1

**W**

**W-O-O-D-E-N [1]**   3/21
**W-R-I-G-H-T [1]**   74/9
**wad [1]**   49/4
**wait [2]**   64/23 170/7
**wake [3]**   39/14 40/19 41/3
**walk [5]**   93/9 136/25 139/20
159/10 163/25
**walk-through [3]**   139/20
159/10 163/25
**walked [1]**   106/3
**walking [4]**   34/11 50/19
102/3 162/2
**wall [6]**   59/15 59/21 63/1
63/3 63/4 63/6
**want [64]**   6/14 10/3 10/23
12/3 14/10 17/7 19/19 21/12
24/16 27/9 28/12 28/18 28/23
29/9 29/12 29/18 31/22 33/12
33/14 33/14 34/4 34/25 35/15

42/23 42/24 50/2 50/5 51/22
56/11 58/17 58/22 58/23
58/24 68/15 69/24 76/3 78/18
83/10 99/1 99/21 99/22 99/24
101/4 101/6 108/18 110/21
113/1 113/9 113/10 113/18
115/13 115/18 131/15 141/11
143/1 143/2 145/4 145/11
170/6 171/5 176/6 177/12
177/15 178/8
**want to [1]**   42/24
**wanted [5]**   21/7 98/24 101/8
105/13 132/3
**wanting [1]**   146/8
**wants [2]**   43/18 43/20
**warning [1]**   113/16
**warrant [17]**   26/21 33/12
106/5 106/17 137/15 137/17
148/15 149/9 149/23 161/15
162/1 162/12 165/5 165/10
165/15 168/3 168/25
**was [252]**
**was committed [1]**   122/15
**Washington [1]**   81/16
**wasn't [10]**   31/8 47/2 83/11
119/21 140/16 150/16 155/2
158/23 160/2 166/13
**wasup [6]**   36/1 36/3 36/6
39/13 40/6 44/2
**watched [1]**   152/12
**watching [7]**   26/8 32/21 33/3
149/7 149/24 160/25 168/3
**way [52]**   3/7 14/2 16/23 18/7
22/1 23/2 23/3 23/4 23/18
24/22 26/10 27/16 28/13
29/17 29/18 29/20 30/16
31/15 32/11 34/23 36/14 37/8
38/10 41/20 47/24 53/15
59/20 60/8 69/25 70/19 82/24
83/8 95/15 95/15 115/10
116/17 124/3 124/21 126/22
130/14 131/16 135/6 139/14
143/7 148/1 150/7 152/12
153/5 157/16 158/14 170/13
170/23
**ways [8]**   20/17 38/12 38/13
48/16 83/9 121/24 122/1
144/15
**we [331]**
**We'll [1]**   115/16
**weak [2]**   37/25 38/3
**weapon [32]**   13/12 54/22
75/16 76/8 87/4 88/22 88/25
89/3 89/7 89/12 89/12 90/5
93/20 93/21 96/4 96/4 96/7
103/21 103/23 103/25 126/13
126/16 127/3 127/8 127/24
128/2 128/16 128/21 154/16
156/15 157/24 158/6
**weapons [2]**   76/2 103/3
**wearing [2]**   136/9 168/15
**Wednesdays [1]**   69/18
**weed [1]**   57/20
**week [2]**   69/13 71/24
**week's [1]**   69/25
**weighing [1]**   161/18 161/19
**weighs [1]**   166/22
**weight [3]**   28/11 118/13

**W**

weight... [1]   131/1
weights [1]   30/21
welcome [4]   7/12 65/1 115/20
 173/14
well [34]   5/19 37/14 37/15
 61/2 61/4 64/19 70/24 78/1
 83/9 85/23 96/3 96/8 103/21
 106/10 106/22 109/16 110/17
 112/4 115/8 147/13 147/16
 148/11 149/25 151/14 152/14
 153/2 153/8 155/17 155/24
 156/18 157/10 174/0 178/11
 179/8
went [3]   24/20 83/15 139/5
were [98]   5/25 8/25 11/12
 13/1 13/21 13/25 14/12 21/22
 22/15 33/10 34/2 39/5 40/22
 45/23 46/9 46/15 46/19 47/8
 47/13 47/17 47/17 49/15
 50/11 50/11 53/9 54/7 55/5
 56/3 58/16 58/16 61/8 62/10
 62/16 62/20 62/22 65/24
 70/19 71/9 71/11 71/21 72/14
 73/13 73/16 76/13 76/15
 79/12 79/17 79/18 79/24
 79/25 85/16 87/24 88/17
 90/23 91/9 91/11 94/14 96/1
 103/4 103/25 106/14 106/18
 106/18 107/14 109/9 110/2
 110/25 116/1 123/21 123/22
 131/13 136/10 136/16 137/20
 137/22 140/1 140/11 140/22
 141/16 142/7 142/22 143/22
 148/23 151/12 151/13 154/1
 156/19 157/1 157/23 158/23
 160/9 161/19 161/23 162/1
 164/2 166/18 171/25 179/8
WEST [27]   1/2 1/7 1/18 1/23
 25/12 31/16 46/10 53/4 54/19
 65/19 65/24 66/13 66/18
 67/21 69/16 69/18 69/22
 70/14 71/15 71/19 72/3 137/1
 137/16 148/3 148/3 150/17
 166/11
wet [4]   136/8 136/9 136/11
 136/11
what [185]
what's [4]   31/19 35/2 40/6
 44/3
whatever [5]   27/16 31/2
 58/25 67/13 90/11
when [92]   8/11 9/16 10/17
 13/16 16/16 17/3 17/20 18/24
 19/9 21/6 21/9 22/15 22/18
 22/20 24/10 25/19 26/23 29/6
 31/9 36/11 37/1 38/21 39/2
 40/16 41/7 41/22 42/9 42/18
 42/18 43/14 47/17 47/20 52/1
 52/2 52/2 62/10 66/16 68/9
 68/14 69/1 73/2 73/7 83/14
 86/22 89/6 90/3 90/4 90/23
 92/8 94/24 95/2 95/3 95/17
 95/18 95/20 98/14 100/19
 103/10 103/12 115/9 118/16
 120/5 121/24 131/19 134/19
 141/12 143/16 148/22 149/8

150/2 151/4 151/8 151/9
 151/18 152/5 152/15 154/18
 156/5 156/19 160/25 163/4
 163/6 163/18 165/9 165/16
 166/18 167/14 168/3 169/19
 170/2 171/14 174/2
whenever [1]   48/5
where [63]   3/10 8/2 12/13
 12/15 12/17 12/19 13/4 13/25
 14/20 15/23 17/8 17/12 19/12
 25/13 30/3 30/23 33/22 33/24
 35/3 35/20 36/4 36/8 36/21
 46/19 50/21 53/15 55/7 57/15
 58/8 58/17 59/7 59/22 60/2
 60/21 60/25 61/14 65/18
 74/12 78/18 84/9 86/11 96/11
 101/24 107/18 112/15 138/24
 139/17 140/14 143/3 148/21
 153/11 157/2 159/16 160/8
 160/9 161/15 162/10 163/2
 163/3 163/4 163/12 166/3
 172/19
whereas [1]   89/17
whereby [1]   3/25
Whereupon [3]   73/13 80/22
 115/6
whether [39]   3/6 4/5 4/12
 18/6 38/11 52/12 56/3 93/23
 99/1 99/15 99/23 107/23
 108/3 108/4 110/6 110/24
 111/4 116/11 118/7 118/18
 118/23 119/15 119/17 119/25
 120/2 120/10 126/25 130/12
 130/15 131/4 135/9 145/8
 149/6 150/5 155/21 156/11
 170/5 170/11 174/1
whether a [1]   4/5
which [68]   5/6 6/25 10/21
 19/11 20/23 21/18 22/16
 22/17 23/22 28/6 29/20 30/22
 33/5 41/21 60/11 61/4 67/20
 71/22 72/17 75/2 75/14 76/12
 77/1 77/7 81/12 85/13 88/22
 89/4 91/6 91/16 94/14 95/15
 95/15 95/21 96/4 101/2 105/6
 105/7 105/11 106/11 106/17
 106/18 106/18 107/19 110/9
 110/23 115/24 120/19 121/10
 121/20 121/25 123/1 124/4
 136/3 138/23 140/25 141/4
 141/16 141/22 144/20 144/20
 145/3 146/11 153/21 155/1
 169/23 173/23 173/25
while [10]   15/19 57/2 102/18
 122/18 131/11 134/24 157/13
 161/16 161/17 168/6
white [4]   159/4 159/5 160/5
 163/13
who [39]   20/15 25/18 25/24
 29/12 31/25 35/12 35/12
 39/19 41/17 54/19 68/19
 68/23 78/5 78/18 78/19 85/19
 102/4 103/18 103/22 114/12
 118/9 118/25 120/6 123/22
 124/20 127/12 134/22 135/23
 139/12 145/24 152/23 153/15
 157/11 157/22 166/17 166/17
 166/22 167/21 167/23

whoever [5]   11/7 13/7 25/19
 48/15 53/7
whole [4]   31/12 116/21
 118/21 146/2
whose [2]   80/12 153/9
why [27]   5/6 20/4 26/12
 26/14 44/15 44/21 49/20
 50/13 54/24 72/1 115/1
 147/16 151/4 151/13 152/3
 152/4 152/5 152/6 159/20
 160/25 161/4 161/10 161/13
 163/21 163/25 169/5 172/18
widely [1]   19/7
Wilfon [2]   169/12 170/11
will [148]   5/13 5/19 5/20
 5/21 6/1 6/11 6/16 6/24 7/6
 9/5 9/10 9/17 11/1 14/17
 15/25 16/20 16/21 18/5 18/19
 20/21 20/22 20/25 21/2 21/23
 22/10 22/23 23/4 23/13 23/16
 25/13 25/20 25/22 26/17
 27/20 30/14 32/13 32/24 33/7
 33/8 34/12 34/18 35/9 36/10
 37/17 37/21 37/24 38/2 38/14
 40/7 40/8 41/14 42/1 42/7
 42/9 42/17 44/3 48/9 49/3
 50/25 51/5 56/13 59/18 63/16
 63/18 63/21 63/24 64/1 64/4
 64/9 64/14 64/17 64/23 67/21
 68/10 71/4 74/5 85/21 89/15
 89/19 90/5 92/10 92/12 92/13
 92/15 92/18 93/18 93/18
 93/20 93/22 93/24 93/25
 98/21 100/13 100/15 100/21
 101/1 101/3 105/2 110/1
 111/20 112/4 112/10 112/19
 113/11 114/5 114/25 116/9
 120/15 122/6 126/24 131/6
 131/20 131/23 132/3 132/5
 134/18 134/21 134/21 134/22
 134/22 134/23 135/3 135/3
 135/11 144/2 147/14 149/7
 153/24 169/12 169/18 169/18
 169/19 169/20 169/22 169/23
 169/24 170/2 170/7 170/7
 170/16 171/11 171/18 172/14
 173/12 178/9 178/15 178/16
 179/9
willbopopup [1]   31/20
willfully [7]   120/17 122/5
 122/14 122/20 122/25 124/9
 124/14
Williams [4]   102/5 149/10
 149/10 157/11
WILLIE [70]   1/7 3/2 8/3 8/4
 8/15 79/10 79/13 79/18 79/19
 82/4 82/9 82/12 135/14
 135/19 135/23 135/25 136/22
 136/23 137/8 137/11 137/13
 138/11 138/25 139/15 139/17
 140/1 141/12 143/13 143/22
 143/24 144/6 144/9 144/13
 144/21 146/6 146/18 146/21
 147/15 147/22 147/22 148/16
 148/17 148/18 148/23 149/8
 149/18 149/21 150/10 150/16
 150/19 152/9 152/9 153/18
 153/20 154/3 154/5 154/16

**W**

**WILLIE... [13]**   155/9 155/14
156/14 157/9 159/7 161/1
161/8 161/21 162/23 162/25
163/13 165/12 174/5
**willing [1]**   117/13
**window [2]**   136/13 165/12
**windows [3]**   158/25 159/4
164/24
**wire [1]**   148/21
**wish [4]**   134/24 177/22
178/11 179/3
**within [9]**   22/8 81/12 81/18
82/6 105/10 105/24 106/8
143/18 146/17
**without [16]**   16/7 60/14
73/10 73/11 80/20 80/21 88/5
88/24 97/21 117/13 124/10
127/5 128/17 129/13 149/14
163/21
**witness [37]**   6/19 7/9 7/14
18/20 46/1 56/20 65/3 65/7
70/22 73/21 74/1 74/3 83/19
83/23 84/1 94/5 98/2 107/19
118/10 118/19 118/20 118/23
118/25 119/2 119/4 119/6
119/7 119/9 119/16 119/18
119/19 119/21 119/24 120/4
135/23 149/18 150/11
**witness' [2]**   119/11 120/9
**witnessed [1]**   137/3
**witnesses [9]**   58/8 64/2 64/4
64/9 110/4 117/22 118/15
118/21 119/13
**witnesses' [1]**   120/9
**won't [1]**   5/22
**wood [2]**   165/13 165/13
**Wooden [4]**   3/20 4/4 4/10
4/16
**Wooden does [1]**   4/16
**word [6]**   54/17 67/4 67/5
122/1 122/12 122/14
**words [17]**   27/3 111/25
123/17 131/5 162/20 162/21
162/22 162/25 162/25 163/7
163/8 164/9 164/10 164/10
166/21 167/3 168/17
**work [11]**   25/14 25/22 32/13
44/15 69/17 77/19 79/1 79/2
85/21 143/23 177/24
**working [3]**   33/6 34/2 70/11
**works [3]**   25/16 77/17 78/5
**world [1]**   89/13
**worth [2]**   25/1 28/9
**would [149]**   3/9 4/20 4/23
5/11 5/17 5/18 9/25 10/8
10/15 10/19 11/13 11/15
12/12 12/15 12/17 12/19
14/14 14/19 15/19 16/1 16/7
16/17 17/3 17/20 17/21 18/1
19/6 20/15 20/18 20/19 20/20
21/9 21/16 21/20 25/23 26/1
26/19 26/21 28/8 35/23 37/16
39/9 39/24 40/2 40/3 40/4
40/19 41/19 41/25 42/19
43/12 43/13 43/14 43/17
43/22 43/22 45/24 46/18

46/20 47/2 47/6 47/9 47/22
48/12 48/22 48/23 50/10
50/13 50/14 50/23 52/4 52/24
53/1 53/2 53/3 53/5 53/7
54/2 54/4 54/22 55/7 56/19
57/1 58/17 59/12 59/13 60/10
62/22 64/6 67/9 67/25 68/24
71/22 72/6 72/20 72/25 75/14
76/4 76/11 76/19 76/20 76/22
76/25 77/22 78/6 79/3 84/3
85/19 86/15 87/5 87/18 93/9
96/3 97/22 97/24 101/10
101/16 103/15 105/1 105/4
105/23 106/15 108/9 108/17
108/21 110/6 110/14 110/16
111/12 111/25 112/1 117/12
135/23 142/13 142/17 145/18
151/3 157/6 161/15 167/20
167/21 167/22 167/23 169/16
170/25 171/1 171/25 172/8
178/24
**wouldn't [3]**   48/13 58/22
135/24
**wound [1]**   141/4
**WRIGHT [7]**   2/9 64/11 74/2
74/3 74/8 81/2 145/14
**write [6]**   115/7 115/8 132/2
134/25 135/6 169/25
**writing [2]**   135/4 169/23
**written [3]**   67/2 85/15 92/18
**wrong [3]**   37/16 39/9 131/13
**wtf [1]**   25/3
**wya [4]**   30/3 36/7 36/15
36/21
**Wym [1]**   44/17

**X**

**xd [17]**   44/18 44/25 44/25
45/1 45/11 45/15 45/16 45/19
45/22 45/24 121/18 144/21
144/23 166/14 166/15 166/16
166/17
**XD-S [1]**   121/18
**XDS [1]**   45/10

**Y**

**y'all [6]**   26/8 26/9 28/17
36/1 36/18 36/19
**ya [1]**   37/16
**Yankee [1]**   87/10
**yard [6]**   26/6 26/7 26/24
27/2 46/16 137/4
**Ye [1]**   64/3
**Yea [2]**   36/25 40/5
**yeah [9]**   29/22 36/7 41/7
44/2 147/22 149/18 152/24
161/5 164/17
**year [4]**   65/23 121/15 127/21
145/10
**years [21]**   39/4 39/6 46/10
46/11 46/24 46/25 46/25 55/1
55/5 65/24 66/20 66/22 67/2
67/6 74/22 84/17 84/21
147/18 148/2 152/11 177/20
**yellow [2]**   62/25 63/6
**yes [180]**
**yesterday [11]**   7/19 9/1 9/7
9/7 10/6 11/21 18/17 39/16

110/20 114/8 115/3
**yet [6]**   35/2 35/18 35/19
114/4 149/17 150/4
**yielded [1]**   148/7
**yo [7]**   28/20 35/3 35/5 35/22
35/25 36/17 36/17
**Yoo [4]**   28/20 30/2 33/22
44/14
**you [831]**
**you evaluated [1]**   87/16
**you found [1]**   132/14
**you will [1]**   131/6
**you're [2]**   15/22 162/21
**your [198]**
**Yours [1]**   39/16
**yourself [9]**   50/16 118/24
119/15 120/10 130/24 131/8
140/14 150/22 150/23

**Z**

**zip [1]**   59/20
**zoom [4]**   9/10 10/2 10/25
22/7
**Zoomed [1]**   165/19