1                   **UNITED STATES DISTRICT COURT**
                    SOUTHERN DISTRICT OF FLORIDA
2                    WEST PALM BEACH DIVISION

3              CASE NO. 22-CR-80175-ROSENBERG

4

5     **UNITED STATES OF AMERICA,**    .
                             .
6     Plaintiff,            .
                             .
7          vs.           .
                             .
8     **WILLIE BOONE,**         .  West Palm Beach, FL
                           .  February 20, 2024
9     Defendant.            .

10

11                  SENTENCING PROCEEDINGS
          BEFORE THE HONORABLE ROBIN L. ROSENBERG
12            UNITED STATES DISTRICT JUDGE

13

14    APPEARANCES:

15

16    FOR THE PLAINTIFF:       **SHANNON O'SHEA DARSCH**
                           **ALEXANDRA CHASE**
17                        **United States Attorney's Office**
                        500 S. Australian Avenue
18                        Suite 400
                        West Palm Beach, FL 33401
19                        561-209-1027

20    FOR THE DEFENDANT:       **HOWARD J. SCHUMACHER, ESQ.**
                        1 E Broward Boulevard
21                        Suite 700
                        Fort Lauderdale, FL 33301
22                        954-356-0477

23    Official Court Reporter:    Pauline A. Stipes
                        West Palm Beach/Ft. Pierce, Fl
24                        HON. ROBIN L. ROSENBERG
                        561-803-3434

25

             **Pauline A. Stipes, Official Federal Reporter**

1            THE COURT:  The matter before the Court is United

2    States of America versus Willie Boone, case number 22-CR-80175.

3            If we could have all counsel state their appearance

4    for the record, the appearance of Mr. Boone, and the appearance

5    of our probation officer.

6            MS. DARSCH:  Good afternoon, your Honor,

7    Shannon O'Shea Darsch on behalf of the United States along with

8    Alex Chase.

9            THE COURT:  Good afternoon.

10           MR. SCHUMACHER:  Good afternoon, your Honor.  May it

11   please the Court, Howard Schumacher on behalf of Mr. Boone, who

12   is seated to my left.

13           PROBATION OFFICER:  Good afternoon, your Honor,

14   Brandon Eldorado, United States Probation Office.

15           THE COURT:  Good afternoon.  By way of background, on

16   November 2, 2023, Mr. Boone was found guilty by a jury of

17   Counts 1 through 5 of the indictment, and the various counts

18   are set forth in the indictment, and upon rendering of the

19   jury's verdict the Court adjudged Mr. Boone guilty of Counts 1

20   through 5 and ordered a Pre-Sentence Investigation Report

21   and deferred sentence until today's date.

22           Did the Government receive and have sufficient

23   opportunity to review the Pre-Sentence Investigation Report

24   that appears at Docket Entry 135?

25           MS. DARSCH:  Yes, your Honor.

```
 1              THE COURT:  Did the Defense receive and have ample
 2    opportunity to review with Mr. Boone the Pre-Sentence Report at
 3    Docket Entry 135?
 4              MR. SCHUMACHER:  Yes, your Honor.
 5              THE COURT:  Is there any legal reason why the Court
 6    should not pronounce sentence in this case today?
 7              MR. SCHUMACHER:  No legal cause, your Honor.
 8              THE COURT:  From the Government?
 9              MS. DARSCH:  No, your Honor.
10              THE COURT:  Mr. Boone, I wanted to make you aware of
11    the fact that you have the right to make any statement to the
12    Court that you wish to make before I pronounce your sentence.
13    Do you understand that you have that right?
14              THE DEFENDANT:  Yes, ma'am.
15              THE COURT:  Do you whether you will want to make a
16    statement to the Court before I pronounce your sentence?
17              THE DEFENDANT:  Yes, ma'am.
18              THE COURT:  Okay.  We will do that at the appropriate
19    time.
20              The only filing I saw outside of the standard
21    sentencing filings was the 136, the motion for preliminary
22    order of forfeiture.
23              There were no objections to the PSI.  And when I
24    referred to the indictment, I meant the third superseding
25    indictment at Docket Entry 95.
```

Pauline A. Stipes, Official Federal Reporter

1        Without there being any objections, let me review the

2   Guidelines to ensure everybody is in agreement.

3        The -- it's 188 to 235 months, plus 360 months

4   consecutive, probation ineligible, supervised release, three to

5   five years, a fine of 35,000 to $2,000,000, and restitution not

6   applicable, and a special assessment of $500.

7        Does the Government agree with that?

8        MS. DARSCH:  Yes, your Honor.

9        THE COURT:  And does the Defense agree with that?

10        MR. SCHUMACHER:  Yes, your Honor.

11        THE COURT:  To break it down, Counts 1 and 2 are up to

12   20 years, Count 3 is 30 years to life, and that is consecutive,

13   and Count 4 is 15 years to life, and Count five is zero to ten

14   years.

15        All right.  With that being said, and there being

16   agreement as to the Guideline calculations, let me turn it over

17   to the Defense for any argument you want to make, any evidence

18   you would like to present.  Mr. Boone said he would like to

19   make a statement, so he can make a statement at the time that

20   would fit into your presentation.

21        With that, I will turn it over to the Defense.

22        MR. SCHUMACHER:  Thank you, Judge.  May it please the

23   Court, your Honor.

24        Judge, I point out the elephant in the room, which is

25   that Mr. Boone knew ahead of time when he made the election to

1  go to trial that there was a substantial penalty awaiting him

2  if the verdict was to be guilty on any of these counts.

3  Prior to this time, he had some run-ins with the law,

4  mostly for narcotics offenses, and I look at the sentences that

5  were meted out at that time, and prior to this case the most

6  that he was ever sentenced to is a year and a day in Florida

7  state prison.  In that -- there was subsumed within that a

8  number of specific drug charges that were -- obviously he was

9  being targeted and investigated.

10  To now jump start that by a factor of 45, where there

11  is minimum mandatories that are particularly onerous for this

12  young man -- and he is a young man, Judge.  You know, he didn't

13  have any great shakes in life, he was put in foster homes from

14  the time when he was born to a 14 year old mother, and went

15  through a number of abuses, your Honor.

16  I know that the Court has to consider the 3553(a)

17  factors, but in this case a sentence of -- with a total of 45

18  years, taking into account the minimum mandatory, and for both

19  the ACCA as well as the machinegun, your Honor, a 45-year

20  sentence is more than adequate.

21  Unfortunately, I can't even argue that it is more

22  excessive than is reasonable because the legislature has deemed

23  that to be the case, but in terms of a -- Ms. Darsch and I were

24  talking about the guideline being 188 months on the low end,

25  your Honor.  I would simply ask for a sentence of 180 months

 1    coupled with the 30-year minimum mandatory.  That would be a
 2    sum total of 45 years for this young man.
 3              THE COURT:  You are saying 180 plus 360?
 4              MR. SCHUMACHER:  Yes, your Honor, that would be our
 5    request.
 6              THE COURT:  That is what 45 years is.
 7              MR. SCHUMACHER:  Yes, your Honor.  Nothing additional.
 8              THE COURT:  Okay.  Mr. Boone -- if we could swear Mr.
 9    Boone in to make his statement.
10              Mr. Boone, if you could raise your right hand.
11         (Thereupon, the Defendant was duly sworn.)
12              THE COURT:  All right.  Mr. Boone, what did you want
13    to say?
14              THE DEFENDANT:  Well, I'm here today to present to you
15    that I honestly do not like how this case has turned out,
16    especially regarding with the ACCA and things like that.  As I
17    tried to go over it with several attorneys, I still do not
18    think I qualify for an ACCA.  Unfortunately, I had 30 minutes
19    or an hour just about, just now, to go over the PSI with my
20    attorney.  Other than that, I didn't have any chance.  Like,
21    usually how the process goes, they send the PSI out to the jail
22    so I have more time, so it's like everything is just getting
23    thrown at me right now.
24              I honestly still don't think I qualify for ACCA, but I
25    guess me and Mr. Schumacher are having a disagreement about

1    that, but I tried to present to him certain facts and the law

2    work, but we have a disagreement about it.  So, I just don't --

3    I honestly don't think I qualify for ACCA.

4            THE COURT:  Okay.  Well, there are two things going on

5    there; one, the time to review the PSI, and two, the status of

6    ACCA.

7            So, the -- is it that both the Government, the

8    Defense, and Probation have all concluded -- let me pull up

9    where the calculations are in the PSI.

10           So, I'm looking at paragraph 32.  Paragraph 32, from

11   Probation, is that the paragraph that speaks to the chapter for

12   ACCA status?

13           PROBATION OFFICER:  Yes, your Honor.

14           THE COURT:  So, what it reads is that the offense of

15   conviction, the offense in this case -- Melanie, we can't fix

16   this?

17           THE COURTROOM DEPUTY:  I am dealing with Ricardo now.

18           THE COURT:  Okay.  The offense of conviction is the

19   violation of 18 United States Code, Sections 922(g) and 924(e).

20   And which counts were those?

21           PROBATION OFFICER:  They are --

22           MS. DARSCH:  This relates to Count 4, your Honor.

23           THE COURT:  Count 4 is the offense of conviction?

24           MS. DARSCH:  Yes.

25           THE COURT:  Okay.  And just to be clear, so we can

1    explain this to Mr. Boone, let me just -- Count 4 in the third

2    superseding indictment is -- let me pull that up.

3            So, Count 4, Mr. Boone, is felon in possession of a

4    firearm.  Okay.  So that is the felon in possession of a

5    firearm, and that was Count 4 of the third superseding

6    indictment, and so, that is the offense of conviction, I guess

7    what you would say, sort of the triggering offense for purposes

8    of the Armed Career Criminal Act, ACCA.

9            And then the PSI says that you had at least three

10   prior convictions for a violent felony or a serious drug

11   offense, or both, which were committed on different occasions,

12   and there was the May 5, 2021, where you were convicted of

13   selling cocaine.

14           And what paragraph is that in the PSI?

15           MR. SCHUMACHER:  42, your Honor.

16           THE COURT:  Okay.  That is paragraph 42, and that

17   reads:  According to arrest records, on April 30, 2020, an

18   undercover police officer purchased crack cocaine from you in

19   exchange for $40.  And you were arrested on May 9, 2020, and I

20   guess you pled guilty and you were adjudicated guilty and you

21   had, you know, the 366 days in prison.

22           So that is one of the three prior offenses involving

23   drugs or violent felony, a serious drug offense.

24           And I guess, to be clear, does that qualify as a

25   serious drug offense?

1          MR. SCHUMACHER:  Yes, your Honor, it does.

2          If I could jump in on this, Judge, because I have had

3    these conversations, including today's conversation with Mr.

4    Boone, previously.

5          His feeling is that he would not be ACCA qualified

6    because they were consolidated -- these three offenses were

7    consolidated on the same date for purposes of sentencing, and

8    he was sentenced in one particular incident.

9          What I have explained to him is, and what was

10   explained to me by an expert that I hired, Mr. Michael

11   Santucci -- I know the Court is aware of Mr. Santucci.  He

12   independently made an examination of the PSI and the qualifying

13   offenses, and the fact that it is statutory that they simply

14   have to be separate occurrences or separate commissions of the

15   offense.  The fact that they were consolidated does not bear

16   upon the issue of disqualification under ACCA.

17         THE COURT:  So the sentence of 366 days, that was a

18   sentence for three offenses?

19         MR. SCHUMACHER:  Yes, your Honor.

20         THE COURT:  That was the sale of cocaine in paragraph

21   42, and the sale of cocaine in paragraph 43, and that one

22   occurred on May 5, 2020 for $20.  The other one was April 30,

23   2020 for $40.  And then the third one is paragraph 44?

24         MR. SCHUMACHER:  Yes.

25         THE COURT:  Which was on May 9, 2020, for $420 of

1  sale -- possession of cocaine with intent to sell.

2      I am trying to remember.  Was the charge in the third

3  superseding indictment that they occurred on all three dates,

4  and was there a finding by the jury on that issue?

5      MS. DARSCH:  Yes, your Honor.  The Defendant, Mr.

6  Boone, stipulated at trial to the three prior convictions that

7  we are speaking about and he also signed the stipulations of

8  fact.  He also stipulated not only to the three prior

9  convictions, but in addition, he stipulated that the

10  convictions were for offenses committed on occasions different

11  from one another.

12      THE COURT:  Uh-hum.

13      And you thought, Mr. -- or you think, Mr. Boone, that

14  because you were sentenced on the same day, that is why you are

15  confused, you didn't think of them as three separate acts?

16      THE DEFENDANT:  Yes.  I understand they are three

17  separate acts, but at the same time, I thought they were

18  supposed to be treated as one single sentence, and you could

19  only use one as a predicate offense.  So, that is just

20  confusing me.

21      THE COURT:  Yes.  Was the acceptance of responsibility

22  taken into account -- it was zero.

23      MS. DARSCH:  It was zero, yes.

24      THE COURT:  Because he went to trial?

25      MS. DARSCH:  Yes.

Pauline A. Stipes, Official Federal Reporter

1    THE COURT:  Is that something only the Government can

2    move for, those two points?

3    MS. DARSCH:  Yes, your Honor.

4    THE COURT:  I mean, hypothetically, Mr. Boone -- let's

5    just say for discussion purposes, even if the ACCA didn't

6    apply, which both attorneys and the Probation Office have said

7    that it does, and the Court sees that it does apply, but even

8    if it didn't, your total offense level would be 28 instead of

9    33, and when you look at the Sentencing Guidelines -- what was

10   the offense -- the criminal history was IV or VI?

11   MR. CHASE:  IV, your Honor.

12   THE COURT:  So, it would be 110 months, I guess, to

13   137 months.  Is that correct?  And then consecutive -- the 360

14   is mandatory minimum?

15   MS. DARSCH:  Yes.

16   THE COURT:  Oh, because of ACCA, though.

17   MS. DARSCH:  No, your Honor, because of the 924(c).

18   MR. SCHUMACHER:  The machinegun, your Honor.

19   MS. DARSCH:  He was found guilty of possessing a

20   machinegun, which carries a mandatory minimum term of

21   imprisonment of 30 years which must be served consecutive to

22   any other term of imprisonment.

23   THE COURT:  Okay.

24   MS. DARSCH:  And then the ACCA is the 15-year

25   mandatory minimum, so you would have the 924(c) count, 360

1   months, consecutive to the other counts which the one count

2   would be ACCA, the 15 years.

3                THE COURT:  Which is the 180 that you were --

4                MS. DARSCH:  Yes.

5                MR. SCHUMACHER:  Yes, your Honor.

6                THE COURT:  In other words, there are two mandatory

7   minimums going on here, one that has nothing to do with ACCA,

8   360, and one that does have something to do with ACCA, which is

9   the 180.

10                MS. DARSCH:  Yes.

11                THE COURT:  As opposed to, for example, 140 to -- I am

12   sorry -- as opposed to 188 to 235 or, I guess, just

13   hypothetically -- well, I guess if it is an ACCA, so -- okay.

14                I am just curious, if the 360 -- if ACCA didn't apply

15   hypothetically and -- therefore you would be operating off 28,

16   not 33, but what would that do to the -- would it be a

17   five-year minimum mandatory at that point, or what would be the

18   minimum mandatory?

19                MS. DARSCH:  It is 30 years because it was --

20                THE COURT:  Not the 30, but the other one that it is

21   consecutive with.

22                MS. DARSCH:  If there was no ACCA there would be no

23   mandatory minimum.  It would be a 15 year maximum.

24                THE COURT:  The range you would be looking at would

25   be -- I am just curious.  I guess you would just look at the --

Pauline A. Stipes, Official Federal Reporter

```
 1    would it be the 110 to 137 then?  If ACCA -- if ACCA didn't

 2    apply -- I am just trying to explain it in a different way to

 3    Mr. Boone -- would we be looking at 360 plus 110 to 137 or --

 4            MS. DARSCH:  Are you getting 110 to 137 by --

 5            PROBATION OFFICER:  If I may, your Honor.  With

 6    acceptance, it would be 84 to 105 months; without acceptance,

 7    it would be 110 to 137 months.

 8            THE COURT:  Yes, without acceptance.

 9            I mean, I guess, Mr. Boone, what it looks like is that

10    even if -- even if ACCA didn't apply, your Guideline range

11    would be -- well, it would be slightly less if you were to go

12    with the high end.  In other words, Defense, you are suggesting

13    180 plus the 360, and arguably it could be somewhere between

14    110 and 137, right?

15            MR. SCHUMACHER:  Yes, Judge, with that hypothetical.

16            THE COURT:  All right.  So, I mean, it could be as

17    little as a four-year difference, Mr. Boone, and it could be as

18    much as maybe a six-year difference if you were not ACCA, but

19    unfortunately -- I mean, there has been no dispute among

20    anyone, is that correct, that he is ACCA, Probation,

21    Government, Defense?

22            MS. DARSCH:  There's no dispute that he qualifies, and

23    he factually stipulated to it at trial and he signed the

24    stipulation himself.

25            THE COURT:  Yes.  The second point, Mr. Boone, that
```

1    you raised was the opportunity to review the PSI.  Do you need

2    any more time now?  Do you want to take more time before we --

3    the Court pronounces your sentence to go over the PSI with your

4    attorney?

5              THE DEFENDANT:  To be honest, no, ma'am, not right

6    now.  I'm all right.

7              THE COURT:  So, are you not asking for any more time

8    to review the PSI?

9              THE DEFENDANT:  No, I don't need any really.

10             THE COURT:  Do you have any more questions that you

11   want to raise with the Court?

12             THE DEFENDANT:  Not at the time, no, ma'am.

13             THE COURT:  This is the only time, because once you

14   are sentenced you won't be back before the Court.  So, do you

15   want to think about it for a moment?  Do you need a moment to

16   talk to your attorney?

17             THE DEFENDANT:  No, your Honor.

18             THE COURT:  Mr. Schumacher, is there anything more you

19   wanted to say?

20             MR. SCHUMACHER:  No, your Honor.  In an abundance of

21   caution, I retained Mr. Santucci just to make sure I had

22   another set of eyes that was looking at this.  As the Court is

23   well aware, he was a supervisor in this office for many, many

24   years, and it is really many pairs of eyes that have looked at

25   the facts and circumstances of this case.


Pauline A. Stipes, Official Federal Reporter

1          The conversations that Mr. Boone and I have had during

2     the course of trial is part of the reason why the stipulation

3     was entered into, so that the jury would not have to hear about

4     the nature and the circumstances of these three prior

5     qualifying offenses, and that is something that we had agreed

6     on as a matter of, you know, just an overall plan and scheme

7     within the trial to try to minimize the amount of negative

8     evidence that was coming before the panel members, your Honor.

9          THE COURT:  Okay.  And from the Government.

10         MS. DARSCH:  Your Honor, to make the record clear for

11    appellate purposes, the Government has the three certified

12    convictions that qualifies Mr. Boone as an Armed Career

13    Criminal.  The first one is 3401, the second one -- I

14    apologize, 3901.  The second exhibit is 4003, and the third is

15    94001.  Those are the last four digits.

16         Your Honor, may we move to introduce these as

17    exhibits?

18         THE COURT:  Yes.  Any objection?

19         MR. SCHUMACHER:  No, your Honor.

20         THE COURT:  Those are admitted without objection.  We

21    will have them admitted as Composite Exhibit 1.

22         (Whereupon Government Exhibit 1 was marked for evidence.)

23         THE COURT:  Okay.  What else from the Government?

24         MS. DARSCH:  Your Honor, we will file the marked

25    exhibits since they are not marked currently, but we are

Pauline A. Stipes, Official Federal Reporter

1    recommending a total sentence of imprisonment of 548 months

2    based on the factors set forth in Title 18 United States Code,

3    Section 3553(a).  The Government believes that sentence is

4    reasonable under the 3553(a) factors.

5           In addition, the Government doesn't believe he should

6    receive acceptance of responsibility.  He hasn't accepted

7    responsibility.  Even today in court he has yet to accept

8    responsibility.

9           And finally, we ask that the Court grant the motion

10   for preliminary order of forfeiture at Docket Entry 136, and

11   pronounce the forfeiture as part of the Defendant's sentence

12   and in the judgment, pursuant to Federal Rule of Criminal

13   Procedure 32.2(b)(4)(B).

14          And that relates, your Honor, to the Springfield

15   Armory pistol that was alleged in the third superseding

16   indictment.  And as background, the Glock pistol which had the

17   Glock conversion switch which was also alleged in the third

18   superseding indictment, that was already forfeited.

19          THE COURT:  So, you are both disagreeing by eight

20   months?

21          MR. SCHUMACHER:  Yes, your Honor.

22          THE COURT:  All right.  Is there anything further from

23   either side?

24          MR. SCHUMACHER:  Not from the Defense, Judge, thank

25   you.


                 Pauline A. Stipes, Official Federal Reporter

1          MS. DARSCH:  Not from the Government, thank you.

2          THE COURT:  Again, Mr. Boone, you don't need or want

3     any additional time to review the PSI or to speak with your

4     attorney?

5          THE DEFENDANT:  Right.

6          THE COURT:  All right.  The Court has considered the

7     statements of all the parties, the Pre-Sentence Report which

8     contains the advisory guidelines and the statutory factors that

9     are set forth in 18 United States Code, Section 3553(a).

10          It is the finding of the Court that the Defendant, Mr.

11     Boone is not able to pay a fine.

12          The 3553 factors do require the Court to impose a

13     sentence that is sufficient, but not greater than necessary to

14     comply with the purposes that are set forth in paragraph two of

15     the subsection.

16          In determining the particular sentence to be imposed

17     the Court shall consider the nature and circumstances of the

18     offense and the history and characteristic of the Defendant,

19     the need for the sentence imposed to reflect the seriousness of

20     the offense, to promote respect for the law, and to provide

21     just punishment for the offense, to afford adequate deterrence

22     to criminal conduct, to protect the public from further crimes

23     of the Defendant, and provide the Defendant with needed

24     educational or vocational training, medical care or other

25     correctional treatment in the most effective manner.

1          It really is not within the Court's ability to

2     actually find a sentence that is sufficient, but not greater

3     than necessary insofar as we are dealing with two statutory

4     minimums, so it gives the Court virtually no discretion.

5          I would say probably, for the record, that the

6     sentence that the Court must impose exceeds what the Court,

7     absent mandatory minimums, would have found to be sufficient,

8     but not greater than necessary.  However, given there is no

9     dispute as to the mandatory minimums that apply to Count 3 and

10    Count 4 -- is that correct, those are the two that have the

11    mandatory minimums?

12              MS. DARSCH:  Yes, your Honor.

13              THE COURT:  The lowest possible sentence that the

14    Court can impose given the statutory maximum -- minimum --

15    mandatory minimum is what the Defense has asked for, which is

16    180 months plus the 360 months.

17         So, based on that, based on the statutory requirement

18    and the conviction, of course, to support Mr. Boone's guilt as

19    to the counts at issue, coupled with the stipulation and

20    finding per the stipulation as to the ACCA status, it is the

21    judgment of the Court that the Defendant, Willie Boone, is

22    committed to the Bureau of Prisons to be imprisoned for 540

23    months.

24         The sentence consists of 180 months as to each of

25    Counts 1 and 2, 180 months as to Count 4, and 120 months as to

1   Count 5, all such terms to run concurrently, and 360 months as

2   to Count 3 to be served consecutively to Counts 1, 2, 4, and 5.

3          Upon release from imprisonment, Mr. Boone shall be

4   placed on supervised release for a term of five years.  The

5   term consists of three years as to each of Counts 1, 2, and 5,

6   and five years as to each of Counts 3 and 4, all such terms to

7   run concurrently.

8          Within 72 hours of release from the custody of the

9   Bureau of Prisons he shall report in person to the Probation

10  Office in the district where he is released.

11         While on supervised release he shall comply with the

12  mandatory and standard conditions of supervision as referenced

13  in Part F of the Pre-Sentence Report and shall also comply with

14  the following special conditions.

15         The special conditions are that Mr. Boone shall

16  participate in an approved inpatient or outpatient mental

17  health treatment program and will contribute to the cost of

18  services rendered based on his ability to pay or availability

19  of third party payment.

20         He shall participate in an approved treatment program

21  for drug and/or alcohol abuse and abide by all supplemental

22  conditions of treatment.  Participation may include inpatient

23  or outpatient treatment, and he will contribute to the cost of

24  services rendered based on his ability to pay or availability

25  of third party payment.

```
 1                    He is prohibited from associating with the
 2       codefendants and co-conspirators in the instant case.
 3                    While on supervised release, he shall submit to a
 4       search of his person or property conducted in a reasonable
 5       manner and at a reasonable time by the U.S. Probation Officer.
 6                    If he has any unpaid amount of restitution, fines, or
 7       special assessment, he shall notify the Probation Officer of
 8       any material change in his economic circumstances that might
 9       affect his ability to pay.
10                    It is further ordered that Mr. Boone pay immediately
11       to the United States a special assessment of $100 as to each of
12       Counts 1, 2, 3, 4, and 5, for a total of $500.
13                    The Court will grant the preliminary motion for
14       forfeiture and as part of the sentencing find that forfeiture
15       of the Defendant's right, title, and interest in the property
16       outlined in the preliminary order is hereby forfeited, and the
17       United States should submit a proposed order of forfeiture
18       within three days of this proceeding.
19                    Now that the sentence has been imposed, does the
20       Defendant or his counsel object to the Court's finding of fact
21       or the manner in which the sentence was pronounced?
22                    MR. SCHUMACHER:  Not from the Defense, Judge, no.
23                    THE COURT:  And from the Government?
24                    MS. DARSCH:  No, your Honor, thank you.
25                    THE COURT:  Mr. Boone, you do have the right to appeal
```

1    the conviction and sentence imposed.  Any Notice of Appeal must

2    be filed within 14 days after the entry of the judgment.  If

3    you are unable to pay the cost of an appeal, you may apply for

4    leave to appeal in forma pauperis.

5            Was there anything else that the Court needed to

6    address in connection with the sentencing?

7            MR. SCHUMACHER:  No, your Honor, thank you.

8            THE COURT:  No request for recommendations or anything

9    of that nature?

10           MR. SCHUMACHER:  Judge, as close to South Florida as

11   possible so that he could facilitate visitation with his

12   grandmother and child.

13           THE COURT:  The Court will include a recommendation,

14   Mr. Boone, that you be placed as close to South Florida as

15   possible.  It is not a guarantee, the Bureau of Prisons will

16   determine where they place you, but the Court will include that

17   recommendation.

18           Anything else?

19           MS. DARSCH:  Nothing further.

20           THE COURT:  Thank you.  That concludes the proceeding.

21           (Thereupon, the hearing was concluded.)

22

23                            * * *

24

25


**Pauline A. Stipes, Official Federal Reporter**

1          I certify that the foregoing is a correct transcript

2     from the record of proceedings in the above matter.

3

4          Date:  February 25, 2024

5                         /s/ Pauline A. Stipes, Official Federal Reporter

6                         Signature of Court Reporter

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Pauline A. Stipes, Official Federal Reporter**

**MR. CHASE: [1]**   11/10
**MR. SCHUMACHER: [21]**   2/9
3/3 3/6 4/9 4/21 6/3 6/6
8/14 8/25 9/18 9/23 11/17
12/4 13/14 14/19 15/18 16/20
16/23 20/21 21/6 21/9
**MS. DARSCH: [26]**
**PROBATION OFFICER: [4]**   2/12
7/12 7/20 13/4
**THE COURT: [58]**
**THE COURTROOM DEPUTY: [1]**
7/16
**THE DEFENDANT: [9]**   3/13
3/16 6/13 10/15 14/4 14/8
14/11 14/16 17/4

**$**

**$100 [1]**   20/11
**$2,000,000 [1]**   4/5
**$20 [1]**   9/22
**$40 [2]**   8/19 9/23
**$420 [1]**   9/25
**$500 [2]**   4/6 20/12

**/**

**/s [1]**   22/5

**0**

**0477 [1]**   1/21

**1**

**1027 [1]**   1/18
**105 [1]**   13/6
**110 [6]**   11/12 13/1 13/3 13/4
13/7 13/14
**120 [1]**   18/25
**135 [2]**   2/24 3/3
**136 [2]**   3/21 16/10
**137 [6]**   11/13 13/1 13/3 13/4
13/7 13/14
**14 [2]**   5/14 21/2
**140 to [1]**   12/11
**15 [3]**   4/13 12/2 12/23
**15-year [1]**   11/24
**18 [3]**   7/19 16/2 17/9
**180 [8]**   5/25 6/3 12/3 12/9
13/13 18/16 18/24 18/25
**188 [3]**   4/3 5/24 12/12

**2**

**20 [2]**   1/8 4/12
**2020 [5]**   8/17 8/19 9/22 9/23
9/25
**2021 [1]**   8/12
**2023 [1]**   2/16
**2024 [2]**   1/8 22/4
**22-CR-80175 [1]**   2/2
**22-CR-80175-ROSENBERG [1]**
1/3
**235 [2]**   4/3 12/12
**25 [1]**   22/4
**28 [2]**   11/8 12/15

**3**

**30 [7]**   4/12 6/18 8/17 9/22
11/21 12/19 12/20

**30-year [1]**   6/1
**32 [2]**   7/10 7/10
**32.2 [1]**   16/13
**33 [2]**   11/9 12/16
**33301 [1]**   1/21
**33401 [1]**   1/18
**3401 [1]**   15/13
**3434 [1]**   1/24
**35,000 [1]**   4/5
**3553 [5]**   5/16 16/3 16/4 17/9
17/12
**360 [10]**   4/3 6/3 11/13 11/25
12/8 12/14 13/3 13/13 18/16
19/1
**366 [2]**   8/21 9/17
**3901 [1]**   15/14

**4**

**400 [1]**   1/17
**4003 [1]**   15/14
**42 [3]**   8/15 8/16 9/21
**43 [1]**   9/21
**44 [1]**   9/23
**45 [4]**   5/10 5/17 6/2 6/6
**45-year [1]**   5/19

**5**

**500 [1]**   1/17
**540 [1]**   18/22
**548 [1]**   16/1
**561-209-1027 [1]**   1/18
**561-803-3434 [1]**   1/24

**7**

**700 [1]**   1/20
**72 [1]**   19/8

**8**

**80175 [1]**   2/2
**84 [1]**   13/6

**9**

**922 [1]**   7/19
**924 [3]**   7/19 11/17 11/25
**94001 [1]**   15/15
**95 [1]**   3/25
**954-356-0477 [1]**   1/21

**A**

**abide [1]**   19/21
**ability [4]**   18/1 19/18 19/24
20/9
**able [1]**   17/11
**about [7]**   5/24 6/19 6/25 7/2
10/7 14/15 15/3
**above [1]**   22/2
**absent [1]**   18/7
**abundance [1]**   14/20
**abuse [1]**   19/21
**abuses [1]**   5/15
**ACCA [25]**
**accept [1]**   16/7
**acceptance [5]**   10/21 13/6
13/6 13/8 16/6
**accepted [1]**   16/6
**According [1]**   8/17
**account [2]**   5/18 10/22
**Act [1]**   8/8

**acts [2]**   10/15 10/17
**actually [1]**   18/2
**addition [2]**   10/9 16/5
**additional [2]**   6/7 17/3
**address [1]**   21/6
**adequate [2]**   5/20 17/21
**adjudged [1]**   2/19
**adjudicated [1]**   8/20
**admitted [2]**   15/20 15/21
**advisory [1]**   17/8
**affect [1]**   20/9
**afford [1]**   17/21
**after [1]**   21/2
**afternoon [5]**   2/6 2/9 2/10
2/13 2/15
**Again [1]**   17/2
**agree [2]**   4/7 4/9
**agreed [1]**   15/5
**agreement [2]**   4/2 4/16
**ahead [1]**   4/25
**alcohol [1]**   19/21
**Alex [1]**   2/8
**ALEXANDRA [1]**   1/16
**all [13]**   2/3 4/15 6/12 7/8
10/3 13/16 14/6 16/22 17/6
17/7 19/1 19/6 19/23
**all supplemental [1]**   19/21
**alleged [2]**   16/15 16/17
**along [1]**   2/7
**already [1]**   16/18
**also [4]**   10/7 10/8 16/17
19/13
**am [6]**   7/17 10/2 12/11 12/14
12/25 13/2
**AMERICA [2]**   1/4 2/2
**among [1]**   13/19
**amount [2]**   15/7 20/6
**ample [1]**   3/1
**and deferred [1]**   2/21
**and/or [1]**   19/21
**another [2]**   10/11 14/22
**any [18]**   3/5 3/11 4/1 4/17
4/17 5/2 5/13 6/20 11/22
14/2 14/7 14/9 14/10 15/18
17/3 20/6 20/8 21/1
**anyone [1]**   13/20
**anything [5]**   14/18 16/22
21/5 21/8 21/18
**apologize [1]**   15/14
**appeal [4]**   20/25 21/1 21/3
21/4
**appearance [3]**   2/3 2/4 2/4
**APPEARANCES [1]**   1/14
**appears [1]**   2/24
**appellate [1]**   15/11
**applicable [1]**   4/6
**apply [7]**   11/6 11/7 12/14
13/2 13/10 18/9 21/3
**appropriate [1]**   3/18
**approved [2]**   19/16 19/20
**April [2]**   8/17 9/22
**April 30 [2]**   8/17 9/22
**are [27]**
**arguably [1]**   13/13
**argue [1]**   5/21
**argument [1]**   4/17
**Armed [2]**   8/8 15/12
**Armory [1]**   16/15

## A

arrest [1]   8/17
arrested [1]   8/19
as [38]
ask [2]   5/25 16/9
asked [1]   18/15
asking [1]   14/7
assessment [3]   4/6 20/7
   20/11
associating [1]   20/1
attorney [4]   6/20 14/4 14/16
   17/4
Attorney's [1]   1/16
attorneys [2]   6/17 11/6
Australian [1]   1/17
availability [2]   19/18 19/24
Avenue [1]   1/17
awaiting [1]   5/1
aware [3]   3/10 9/11 14/23

## B

back [1]   14/14
background [2]   2/15 16/16
based [5]   16/2 18/17 18/17
   19/18 19/24
be [38]
BEACH [4]   1/2 1/7 1/18 1/23
Beach/Ft [1]   1/23
bear [1]   9/15
because [9]   5/22 9/2 9/6
   10/14 10/24 11/16 11/17
   12/19 14/13
been [2]   13/19 20/19
before [7]   1/11 2/1 3/12
   3/16 14/2 14/14 15/8
behalf [2]   2/7 2/11
being [5]   4/1 4/15 4/15 5/9
   5/24
believe [1]   16/5
believes [1]   16/3
between [1]   13/13
BOONE [34]
Boone's [1]   18/18
born [1]   5/14
both [5]   5/18 7/7 8/11 11/6
   16/19
Boulevard [1]   1/20
Brandon [1]   2/14
break [1]   4/11
Broward [1]   1/20
Bureau [3]   18/22 19/9 21/15

## C

calculations [2]   4/16 7/9
can [4]   4/19 7/25 11/1 18/14
can't [2]   5/21 7/15
care [1]   17/24
Career [2]   8/8 15/12
carries [1]   11/20
case [10]   1/3 2/2 3/6 5/5
   5/17 5/23 6/15 7/15 14/25
   20/2
cause [1]   3/7
caution [1]   14/21
certain [1]   7/1
certified [1]   15/11
certify [1]   22/1

chance [1]   6/20
change [1]   20/8
chapter [1]   7/11
characteristic [1]   17/18
charge [1]   10/2
charges [1]   5/8
CHASE [2]   1/16 2/8
child [1]   21/12
circumstances [4]   14/25 15/4
   17/17 20/8
clear [3]   7/25 8/24 15/10
close [2]   21/10 21/14
co [1]   20/2
co-conspirators [1]   20/2
cocaine [5]   8/13 8/18 9/20
   9/21 10/1
Code [3]   7/19 16/2 17/9
codefendants [1]   20/2
coming [1]   15/8
commissions [1]   9/14
committed [3]   8/11 10/10
   18/22
comply [3]   17/14 19/11 19/13
Composite [1]   15/21
concluded [2]   7/8 21/21
concludes [1]   21/20
concurrently [2]   19/1 19/7
conditions [4]   19/12 19/14
   19/15 19/22
conduct [1]   17/22
conducted [1]   20/4
confused [1]   10/15
confusing [1]   10/20
connection [1]   21/6
consecutive [6]   4/4 4/12
   11/13 11/21 12/1 12/21
consecutively [1]   19/2
consider [2]   5/16 17/17
considered [1]   17/6
consists [2]   18/24 19/5
consolidated [3]   9/6 9/7
   9/15
conspirators [1]   20/2
contains [1]   17/8
contribute [2]   19/17 19/23
conversation [1]   9/3
conversations [2]   9/3 15/1
conversion [1]   16/17
convicted [1]   8/12
conviction [6]   7/15 7/18
   7/23 8/6 18/18 21/1
convictions [5]   8/10 10/6
   10/9 10/10 15/12
correct [4]   11/13 13/20
   18/10 22/1
correctional [1]   17/25
cost [3]   19/17 19/23 21/3
could [9]   2/3 6/8 6/10 9/2
   10/18 13/13 13/16 13/17
   21/11
counsel [2]   2/3 20/20
count [15]   4/12 4/13 4/13
   7/22 7/23 8/1 8/3 8/5 11/25
   12/1 18/9 18/10 18/25 19/1
   19/2
counts [13]   2/17 2/17 2/19
   4/11 5/2 7/20 12/1 18/19
   18/25 19/2 19/5 19/6 20/12

coupled [2]   6/1 18/19
course [2]   15/2 18/18
court [32]
Court is [1]   2/1
Court's [2]   18/1 20/20
CR [2]   1/3 2/2
crack [1]   8/18
crimes [1]   17/22
criminal [5]   8/8 11/10 15/13
   16/12 17/22
curious [2]   12/14 12/25
currently [1]   15/25
custody [1]   19/8

## D

DARSCH [3]   1/15 2/7 5/23
date [3]   2/21 9/7 22/4
dates [1]   10/3
day [2]   5/6 10/14
days [4]   8/21 9/17 20/18
   21/2
dealing [2]   7/17 18/3
deemed [1]   5/22
Defendant [10]   1/9 1/19 6/11
   10/5 17/10 17/18 17/23 17/23
   18/21 20/20
Defendant's [2]   16/11 20/15
Defense [10]   3/1 4/9 4/17
   4/21 7/8 13/12 13/21 16/24
   18/15 20/22
deferred [1]   2/21
determine [1]   21/16
determining [1]   17/16
deterrence [1]   17/21
did [3]   2/22 3/1 6/12
didn't [8]   5/12 6/20 10/15
   11/5 11/8 12/14 13/1 13/10
difference [2]   13/17 13/18
different [3]   8/11 10/10
   13/2
digits [1]   15/15
disagreeing [1]   16/19
disagreement [2]   6/25 7/2
discretion [1]   18/4
discussion [1]   11/5
dispute [3]   13/19 13/22 18/9
disqualification [1]   9/16
district [4]   1/1 1/1 1/11
   19/10
DIVISION [1]   1/2
do [15]   3/13 3/15 3/18 6/15
   6/17 12/7 12/8 12/16 14/1
   14/2 14/10 14/14 14/15 17/12
   20/25
Docket [4]   2/24 3/3 3/25
   16/10
does [9]   4/7 4/9 8/24 9/1
   9/15 11/7 11/7 12/8 20/19
doesn't [1]   16/5
don't [5]   6/24 7/2 7/3 14/9
   17/2
down [1]   4/11
drug [5]   5/8 8/10 8/23 8/25
   19/21
drugs [1]   8/23
duly [1]   6/11
during [1]   15/1

**E**

economic [1]  20/8
educational [1]  17/24
effective [1]  17/25
eight [1]  16/19
either [1]  16/23
Eldorado [1]  2/14
election [1]  4/25
elephant [1]  4/24
else [3]  15/23 21/5 21/18
end [2]  5/24 13/12
ensure [1]  4/2
entered [1]  15/3
entry [5]  2/24 3/3 3/25
 16/10 21/2
especially [1]  6/16
ESQ [1]  1/19
even [6]  5/21 11/5 11/7
 13/10 13/10 16/7
ever [1]  5/6
everybody [1]  4/2
everything [1]  6/22
evidence [3]  4/17 15/8 15/22
examination [1]  9/12
example [1]  12/11
exceeds [1]  18/6
excessive [1]  5/22
exchange [1]  8/19
exhibit [3]  15/14 15/21
 15/22
exhibits [2]  15/17 15/25
expert [1]  9/10
explain [2]  8/1 13/2
explained [2]  9/9 9/10
eyes [2]  14/22 14/24

**F**

facilitate [1]  21/11
fact [5]  3/11 9/13 9/15 10/8
 20/20
factor [1]  5/10
factors [5]  5/17 16/2 16/4
 17/8 17/12
facts [2]  7/1 14/25
factually [1]  13/23
February [2]  1/8 22/4
Federal [2]  16/12 22/5
feeling [1]  9/5
felon [2]  8/3 8/4
felony [2]  8/10 8/23
file [1]  15/24
filed [1]  21/2
filing [1]  3/20
filings [1]  3/21
finally [1]  16/9
find [2]  18/2 20/14
finding [4]  10/4 17/10 18/20
 20/20
fine [2]  4/5 17/11
fines [1]  20/6
firearm [2]  8/4 8/5
first [1]  15/13
fit [1]  4/20
five [5]  4/5 4/13 12/17 19/4
 19/6
five-year [1]  12/17
fix [1]  7/15

**FL [4]**  1/7 1/18 1/21 1/23
FLORIDA [4]  1/1 5/6 21/10
 21/14
following [1]  19/14
foregoing [1]  22/1
forfeited [2]  16/18 20/16
forfeiture [6]  3/22 16/10
 16/11 20/14 20/14 20/17
forma [1]  21/4
Fort [1]  1/21
forth [4]  2/18 16/2 17/9
 17/14
foster [1]  5/13
found [3]  2/16 11/19 18/7
four [2]  13/17 15/15
four-year [1]  13/17
from associating [1]  20/1
Ft [2]  1/23 1/23
further [4]  16/22 17/22
 20/10 21/19

**G**

getting [2]  6/22 13/4
given [2]  18/8 18/14
gives [1]  18/4
Glock [2]  16/16 16/17
go [5]  5/1 6/17 6/19 13/11
 14/3
goes [1]  6/21
going [2]  7/4 12/7
Good [5]  2/6 2/9 2/10 2/13
 2/15
Government [14]  2/22 3/8 4/7
 7/7 11/1 13/21 15/9 15/11
 15/22 15/23 16/3 16/5 17/1
 20/23
grandmother [1]  21/12
grant [2]  16/9 20/13
great [1]  5/13
greater [3]  17/13 18/2 18/8
guarantee [1]  21/15
guess [9]  6/25 8/6 8/20 8/24
 11/12 12/12 12/13 12/25 13/9
guideline [3]  4/16 5/24
 13/10
guidelines [3]  4/2 11/9 17/8
guilt [1]  18/18
guilty [6]  2/16 2/19 5/2
 8/20 8/20 11/19

**H**

had [9]  5/3 6/18 8/9 8/21
 9/2 14/21 15/1 15/5 16/16
hand [1]  6/10
has [11]  5/16 5/22 6/15 12/7
 13/19 15/11 16/7 17/6 18/15
 20/6 20/19
hasn't [1]  16/6
have [24]
having [1]  6/25
he [36]
health [1]  19/17
hear [1]  15/3
hearing [1]  21/21
here [2]  6/14 12/7
hereby [1]  20/16
high [1]  13/12
him [3]  5/1 7/1 9/9

himself [1]  13/24
hired [1]  9/10
his [9]  6/9 9/5 19/18 19/24
 20/4 20/8 20/9 20/20 21/11
history [2]  11/10 17/18
homes [1]  5/13
HON [1]  1/24
honest [1]  14/5
honestly [3]  6/15 6/24 7/3
Honor [39]
HONORABLE [1]  1/11
hour [1]  6/19
hours [1]  19/8
how [2]  6/15 6/21
HOWARD [2]  1/19 2/11
However [1]  18/8
hum [1]  10/12
hypothetical [1]  13/15
hypothetically [3]  11/4
 12/13 12/15

**I**

I'm [3]  6/14 7/10 14/6
immediately [1]  20/10
impose [3]  17/12 18/6 18/14
imposed [4]  17/16 17/19
 20/19 21/1
imprisoned [1]  18/22
imprisonment [4]  11/21 11/22
 16/1 19/3
incident [1]  9/8
include [3]  19/22 21/13
 21/16
including [1]  9/3
independently [1]  9/12
indictment [9]  2/17 2/18
 3/24 3/25 8/2 8/6 10/3 16/16
 16/18
ineligible [1]  4/4
inpatient [2]  19/16 19/22
ins [1]  5/3
insofar [1]  18/3
instant [1]  20/2
instead [1]  11/8
intent [1]  10/1
interest [1]  20/15
introduce [1]  15/16
investigated [1]  5/9
Investigation [2]  2/20 2/23
involving [1]  8/22
is [77]
issue [3]  9/16 10/4 18/19
it [42]
it's [2]  4/3 6/22
IV [2]  11/10 11/11

**J**

jail [1]  6/21
JUDGE [9]  1/11 4/22 4/24
 5/12 9/2 13/15 16/24 20/22
 21/10
judgment [3]  16/12 18/21
 21/2
jump [2]  5/10 9/2
jury [3]  2/16 10/4 15/3
jury's [1]  2/19
just [16]  6/19 6/19 6/22 7/2
 7/25 8/1 10/19 11/5 12/12

**J**

**just... [7]**  12/14 12/25
  12/25 13/2 14/21 15/6 17/21

**K**

**knew [1]**  4/25
**know [5]**  5/12 5/16 8/21 9/11
  15/6

**L**

**last [1]**  15/15
**Lauderdale [1]**  1/21
**law [3]**  5/3 7/1 17/20
**least [1]**  8/9
**leave [1]**  21/4
**left [1]**  2/12
**legal [2]**  3/5 3/7
**legislature [1]**  5/22
**less [1]**  13/11
**let [5]**  4/1 4/16 7/8 8/1 8/2
**let's [1]**  11/4
**level [1]**  11/8
**life [3]**  4/12 4/13 5/13
**like [7]**  4/18 4/18 6/15 6/16
  6/20 6/22 13/9
**little [1]**  13/17
**look [3]**  5/4 11/9 12/25
**looked [1]**  14/24
**looking [4]**  7/10 12/24 13/3
  14/22
**looks [1]**  13/9
**low [1]**  5/24
**lowest [1]**  18/13

**M**

**ma'am [4]**  3/14 3/17 14/5
  14/12
**machinegun [3]**  5/19 11/18
  11/20
**made [2]**  4/25 9/12
**make [10]**  3/10 3/11 3/12
  3/15 4/17 4/19 4/19 6/9
  14/21 15/10
**man [3]**  5/12 5/12 6/2
**mandatories [1]**  5/11
**mandatory [14]**  5/18 6/1
  11/14 11/20 11/25 12/6 12/17
  12/18 12/23 18/7 18/9 18/11
  18/15 19/12
**mandatory minimum [1]**  12/23
**manner [3]**  17/25 20/5 20/21
**many [3]**  14/23 14/23 14/24
**marked [3]**  15/22 15/24 15/25
**material [1]**  20/8
**matter [3]**  2/1 15/6 22/2
**maximum [2]**  12/23 18/14
**may [10]**  2/10 4/22 8/12 8/19
  9/22 9/25 13/5 15/16 19/22
  21/3
**maybe [1]**  13/18
**me [9]**  4/1 4/16 6/23 6/25
  7/8 8/1 8/2 9/10 10/20
**mean [4]**  11/4 13/9 13/16
  13/19
**meant [1]**  3/24
**medical [1]**  17/24
**Melanie [1]**  7/15

**members [1]**  15/8
**mental [1]**  19/16
**meted [1]**  5/5
**Michael [1]**  9/10
**might [1]**  20/8
**minimize [1]**  15/7
**minimum [11]**  5/11 5/18 6/1
  11/14 11/20 11/25 12/17
  12/18 12/23 18/14 18/15
**minimums [5]**  12/7 18/4 18/7
  18/9 18/11
**minutes [1]**  6/18
**moment [2]**  14/15 14/15
**months [18]**  4/3 4/3 5/24
  5/25 11/12 11/13 12/1 13/6
  13/7 16/1 16/20 18/16 18/16
  18/23 18/24 18/25 18/25 19/1
**more [8]**  5/20 5/21 6/22 14/2
  14/2 14/7 14/10 14/18
**most [2]**  5/5 17/25
**mostly [1]**  5/4
**mother [1]**  5/14
**motion [3]**  3/21 16/9 20/13
**move [2]**  11/2 15/16
**Mr [38]**
**Ms [1]**  5/23
**much [1]**  13/18
**must [3]**  11/21 18/6 21/1
**my [2]**  2/12 6/19

**N**

**narcotics [1]**  5/4
**nature [3]**  15/4 17/17 21/9
**necessary [3]**  17/13 18/3
  18/8
**need [5]**  14/1 14/9 14/15
  17/2 17/19
**needed [2]**  17/23 21/5
**negative [1]**  15/7
**no [21]**  1/3 3/7 3/9 3/23
  11/17 12/22 12/22 13/19
  13/22 14/5 14/9 14/12 14/17
  14/20 15/19 18/4 18/8 20/22
  20/24 21/7 21/8
**not [24]**
**nothing [3]**  6/7 12/7 21/19
**Notice [1]**  21/1
**notify [1]**  20/7
**November [1]**  2/16
**November 2 [1]**  2/16
**now [7]**  5/10 6/19 6/23 7/17
  14/2 14/6 20/19
**number [3]**  2/2 5/8 5/15

**O**

**O'SHEA [2]**  1/15 2/7
**object [1]**  20/20
**objection [2]**  15/18 15/20
**objections [2]**  3/23 4/1
**obviously [1]**  5/8
**occasions [2]**  8/11 10/10
**occurred [2]**  9/22 10/3
**occurrences [1]**  9/14
**of a [1]**  5/23
**off [1]**  12/15
**offense [16]**  7/14 7/15 7/18
  7/23 8/6 8/7 8/11 8/23 8/25
  9/15 10/19 11/8 11/10 17/18

**offense and [1]**  17/18
**offenses [7]**  5/4 8/22 9/6
  9/13 9/18 10/10 15/5
**office [5]**  1/16 2/14 11/6
  14/23 19/10
**officer [4]**  2/5 8/18 20/5
  20/7
**Official [2]**  1/23 22/5
**Oh [1]**  11/16
**okay [11]**  3/18 6/8 7/4 7/18
  7/25 8/4 8/16 11/23 12/13
  15/9 15/23
**old [1]**  5/14
**once [1]**  14/13
**one [15]**  7/5 8/22 9/8 9/21
  9/22 9/23 10/11 10/18 10/19
  12/1 12/7 12/8 12/20 15/13
  15/13
**onerous [1]**  5/11
**only [5]**  3/20 10/8 10/19
  11/1 14/13
**operating [1]**  12/15
**opportunity [3]**  2/23 3/2
  14/1
**opposed [2]**  12/11 12/12
**order [4]**  3/22 16/10 20/16
  20/17
**ordered [2]**  2/20 20/10
**other [8]**  6/20 9/22 11/22
  12/1 12/6 12/20 13/12 17/24
**our [2]**  2/5 6/4
**out [4]**  4/24 5/5 6/15 6/21
**outlined [1]**  20/16
**outpatient [2]**  19/16 19/23
**outside [1]**  3/20
**over [5]**  4/16 4/21 6/17 6/19
  14/3
**overall [1]**  15/6

**P**

**pairs [1]**  14/24
**PALM [4]**  1/2 1/7 1/18 1/23
**panel [1]**  15/8
**paragraph [9]**  7/10 7/10 7/11
  8/14 8/16 9/20 9/21 9/23
  17/14
**part [4]**  15/2 16/11 19/13
  20/14
**participate [2]**  19/16 19/20
**Participation [1]**  19/22
**particular [2]**  9/8 17/16
**particularly [1]**  5/11
**parties [1]**  17/7
**party [2]**  19/19 19/25
**Pauline [2]**  1/23 22/5
**pauperis [1]**  21/4
**pay [6]**  17/11 19/18 19/24
  20/9 20/10 21/3
**payment [2]**  19/19 19/25
**penalty [1]**  5/1
**per [1]**  18/20
**person [2]**  19/9 20/4
**person to [1]**  19/9
**Pierce [1]**  1/23
**pistol [2]**  16/15 16/16
**place [1]**  21/16
**placed [2]**  19/4 21/14

**P**

Plaintiff [2]   1/5 1/15
plan [1]   15/6
please [2]   2/11 4/22
pled [1]   8/20
plus [5]   4/3 6/3 13/3 13/13
 18/16
point [3]   4/24 12/17 13/25
points [1]   11/2
police [1]   8/18
possessing [1]   11/19
possession [3]   8/3 8/4 10/1
possible [3]   18/13 21/11
 21/15
Pre [5]   2/20 2/23 3/2 17/7
 19/13
Pre-Sentence [5]   2/20 2/23
 3/2 17/7 19/13
predicate [1]   10/19
preliminary [4]   3/21 16/10
 20/13 20/16
present [3]   4/18 6/14 7/1
presentation [1]   4/20
previously [1]   9/4
prior [7]   5/3 5/5 8/10 8/22
 10/6 10/8 15/4
prison [2]   5/7 8/21
Prisons [3]   18/22 19/9 21/15
probably [1]   18/5
probation [10]   2/5 2/14 4/4
 7/8 7/11 11/6 13/20 19/9
 20/5 20/7
Procedure [1]   16/13
proceeding [2]   20/18 21/20
proceedings [2]   1/10 22/2
process [1]   6/21
program [2]   19/17 19/20
prohibited [1]   20/1
promote [1]   17/20
pronounce [4]   3/6 3/12 3/16
 16/11
pronounced [1]   20/21
pronounces [1]   14/3
property [2]   20/4 20/15
proposed [1]   20/17
protect [1]   17/22
provide [2]   17/20 17/23
PSI [12]   3/23 6/19 6/21 7/5
 7/9 8/9 8/14 9/12 14/1 14/3
 14/8 17/3
public [1]   17/22
pull [2]   7/8 8/2
punishment [1]   17/21
purchased [1]   8/18
purposes [5]   8/7 9/7 11/5
 15/11 17/14
pursuant [1]   16/12
put [1]   5/13

**Q**

qualified [1]   9/5
qualifies [2]   13/22 15/12
qualify [4]   6/18 6/24 7/3
 8/24
qualifying [2]   9/12 15/5
questions [1]   14/10

**R**

raise [2]   6/10 14/11
raised [1]   14/1
range [2]   12/24 13/10
reads [2]   7/14 8/17
really [3]   14/9 14/24 18/1
reason [2]   3/5 15/2
reasonable [4]   5/22 16/4
 20/4 20/5
receive [3]   2/22 3/1 16/6
recommendation [2]   21/13
 21/17
recommendations [1]   21/8
recommending [1]   16/1
record [4]   2/4 15/10 18/5
 22/2
records [1]   8/17
referenced [1]   19/12
referred [1]   3/24
reflect [1]   17/19
regarding [1]   6/16
relates [2]   7/22 16/14
release [6]   4/4 19/3 19/4
 19/8 19/11 20/3
released [1]   19/10
remember [1]   10/2
rendered [2]   19/18 19/24
rendering [1]   2/18
report [6]   2/20 2/23 3/2
 17/7 19/9 19/13
Reporter [3]   1/23 22/5 22/6
request [2]   6/5 21/8
require [1]   17/12
requirement [1]   18/17
respect [1]   17/20
responsibility [4]   10/21
 16/6 16/7 16/8
restitution [2]   4/5 20/6
retained [1]   14/21
review [7]   2/23 3/2 4/1 7/5
 14/1 14/8 17/3
Ricardo [1]   7/17
right [15]   3/11 3/13 4/15
 6/10 6/12 6/23 13/14 13/16
 14/5 14/6 16/22 17/5 17/6
 20/15 20/25
ROBIN [2]   1/11 1/24
room [1]   4/24
ROSENBERG [3]   1/3 1/11 1/24
Rule [1]   16/12
run [3]   5/3 19/1 19/7
run-ins [1]   5/3

**S**

said [3]   4/15 4/18 11/6
sale [3]   9/20 9/21 10/1
same [3]   9/7 10/14 10/17
Santucci [3]   9/11 9/11 14/21
saw [1]   3/20
say [5]   6/13 8/7 11/5 14/19
 18/5
saying [1]   6/3
says [1]   8/9
scheme [1]   15/6
SCHUMACHER [4]   1/19 2/11
 6/25 14/18
search [1]   20/4

seated [1]   2/12
second [3]   13/25 15/13 15/14
Section [2]   16/3 17/9
Sections [1]   7/19
sees [1]   11/7
sell [1]   10/1
selling [1]   8/13
send [1]   6/21
sentence [29]
sentenced [4]   5/6 9/8 10/14
 14/14
sentences [1]   5/4
sentencing [6]   1/10 3/21 9/7
 11/9 20/14 21/16
separate [4]   9/14 9/14 10/15
 10/17
serious [3]   8/10 8/23 8/25
seriousness [1]   17/19
served [2]   11/21 19/2
services [2]   19/18 19/24
set [5]   2/18 14/22 16/2 17/9
 17/14
several [1]   6/17
shakes [1]   5/13
shall [9]   17/17 19/3 19/9
 19/11 19/13 19/15 19/20 20/3
 20/7
SHANNON [2]   1/15 2/7
Shannon O'Shea [1]   2/7
should [3]   3/6 16/5 20/17
side [1]   16/23
Signature [1]   22/6
signed [2]   10/7 13/23
simply [2]   5/25 9/13
since [1]   15/25
single [1]   10/18
six [1]   13/18
six-year [1]   13/18
slightly [1]   13/11
so [25]
some [1]   5/3
something [3]   11/1 12/8 15/5
somewhere [1]   13/13
sorry [1]   12/12
sort [1]   8/7
South [2]   21/10 21/14
SOUTHERN [1]   1/1
speak [1]   17/3
speaking [1]   10/7
speaks [1]   7/11
special [5]   4/6 19/14 19/15
 20/7 20/11
specific [1]   5/8
Springfield [1]   16/14
standard [2]   3/20 19/12
start [1]   5/10
state [2]   2/3 5/7
statement [5]   3/11 3/16 4/19
 4/19 6/9
statements [1]   17/7
STATES [12]   1/1 1/4 1/11
 1/16 2/2 2/7 2/14 7/19 16/2
 17/9 20/11 20/17
status [3]   7/5 7/12 18/20
statutory [5]   9/13 17/8 18/3
 18/14 18/17
still [2]   6/17 6/24
Stipes [2]   1/23 22/5

**S**

**stipulated [4]**   10/6 10/8 10/9 13/23
**stipulation [4]**   13/24 15/2 18/19 18/20
**stipulations [1]**   10/7
**submit [2]**   20/3 20/17
**subsection [1]**   17/15
**substantial [1]**   5/1
**subsumed [1]**   5/7
**such [2]**   19/1 19/6
**sufficient [4]**   2/22 17/13 18/2 18/7
**suggesting [1]**   13/12
**Suite [2]**   1/17 1/20
**sum [1]**   6/2
**superseding [6]**   3/24 8/2 8/5 10/3 16/15 16/18
**supervised [4]**   4/4 19/4 19/11 20/3
**supervision [1]**   19/12
**supervisor [1]**   14/23
**supplemental [1]**   19/21
**support [1]**   18/18
**supposed [1]**   10/18
**sure [1]**   14/21
**swear [1]**   6/8
**switch [1]**   16/17
**sworn [1]**   6/11

**T**

**take [1]**   14/2
**taken [1]**   10/22
**taking [1]**   5/18
**talk [1]**   14/16
**talking [1]**   5/24
**targeted [1]**   5/9
**ten [1]**   4/13
**term [4]**   11/20 11/22 19/4 19/5
**terms [3]**   5/23 19/1 19/6
**than [6]**   5/20 5/22 6/20 17/13 18/3 18/8
**thank [6]**   4/22 16/24 17/1 20/24 21/7 21/20
**that [116]**
**their [1]**   2/3
**them [2]**   10/15 15/21
**then [5]**   8/9 9/23 11/13 11/24 13/1
**there [19]**   3/5 3/23 4/1 4/15 5/1 5/7 5/10 7/4 7/5 8/12 10/4 12/6 12/22 12/22 13/19 14/18 16/22 18/8 21/5
**There's [1]**   13/22
**therefore [1]**   12/15
**Thereupon [2]**   6/11 21/21
**these [5]**   5/2 9/3 9/6 15/4 15/16
**they [10]**   6/21 7/21 9/6 9/13 9/15 10/3 10/16 10/17 15/25 21/16
**things [2]**   6/16 7/4
**think [6]**   6/18 6/24 7/3 10/13 10/15 14/15
**third [10]**   3/24 8/1 8/5 9/23 10/2 15/14 16/15 16/17 19/19

19/25
**this [17]**   3/6 5/3 5/5 5/11 5/17 6/2 6/15 7/15 7/16 7/22 8/1 9/2 14/13 14/22 14/23 14/25 20/18
**those [5]**   7/20 11/2 15/15 15/20 18/10
**though [1]**   11/16
**thought [2]**   10/13 10/17
**three [14]**   4/4 8/9 8/22 9/6 9/18 10/3 10/6 10/8 10/15 10/16 15/4 15/11 19/5 20/18
**through [3]**   2/17 2/20 5/15
**thrown [1]**   6/23
**time [16]**   3/19 4/19 4/25 5/3 5/5 5/14 6/22 7/5 10/17 14/2 14/2 14/7 14/12 14/13 17/3 20/5
**title [2]**   16/2 20/15
**today [3]**   3/6 6/14 16/7
**today's [2]**   2/21 9/3
**total [5]**   5/17 6/2 11/8 16/1 20/12
**training [1]**   17/24
**transcript [1]**   22/1
**treated [1]**   10/18
**treatment [5]**   17/25 19/17 19/20 19/22 19/23
**trial [6]**   5/1 10/6 10/24 14/23 15/2 15/7
**tried [2]**   6/17 7/1
**triggering [1]**   8/7
**try [1]**   15/7
**trying [2]**   10/2 13/2
**turn [2]**   4/16 4/21
**turned [1]**   6/15
**two [7]**   7/4 7/5 11/2 12/6 17/14 18/3 18/10

**U**

**U.S [1]**   20/5
**Uh [1]**   10/12
**Uh-hum [1]**   10/12
**unable [1]**   21/3
**under [2]**   9/16 16/4
**undercover [1]**   8/18
**understand [2]**   3/13 10/16
**unfortunately [3]**   5/21 6/18 13/19
**UNITED [12]**   1/1 1/4 1/11 1/16 2/1 2/7 2/14 7/19 16/2 17/9 20/11 20/17
**unpaid [1]**   20/6
**until [1]**   2/21
**up [3]**   4/11 7/8 8/2
**upon [3]**   2/18 9/16 19/3
**use [1]**   10/19
**usually [1]**   6/21

**V**

**various [1]**   2/17
**verdict [2]**   2/19 5/2
**versus [1]**   2/2
**VI [1]**   11/10
**violation [1]**   7/19
**violent [2]**   8/10 8/23
**virtually [1]**   18/4
**visitation [1]**   21/11

**vocational [1]**   17/24

**W**

**want [7]**   3/15 4/17 6/12 14/2 14/11 14/15 17/2
**wanted [2]**   3/10 14/19
**was [40]**
**way [2]**   2/15 13/2
**we [16]**   2/3 3/18 6/8 7/2 7/15 7/25 10/7 13/3 14/2 15/5 15/16 15/20 15/24 15/25 16/9 18/3
**well [6]**   5/19 6/14 7/4 12/13 13/11 14/23
**went [2]**   5/14 10/24
**were [18]**   3/23 5/5 5/8 5/23 7/20 8/11 8/12 8/19 8/20 9/6 9/6 9/15 10/10 10/14 10/17 12/3 13/11 13/18
**WEST [4]**   1/2 1/7 1/18 1/23
**what [14]**   6/6 6/12 7/14 8/7 8/14 9/9 9/9 11/9 11/9 12/16 12/17 13/9 15/23 18/6 18/15
**when [4]**   3/23 4/25 5/14 11/9
**where [5]**   5/10 7/9 8/12 19/10 21/16
**Whereupon [1]**   15/22
**whether [1]**   3/15
**which [15]**   4/24 7/20 8/11 9/25 11/6 11/20 11/21 12/1 12/3 12/8 16/16 16/17 17/7 18/15 20/21
**While [2]**   19/11 20/3
**who [1]**   2/11
**why [3]**   3/5 10/14 15/2
**will [11]**   3/15 3/18 4/21 15/21 15/24 19/17 19/23 20/13 21/13 21/15 21/16
**WILLIE [3]**   1/7 2/2 18/21
**wish [1]**   3/12
**within [6]**   5/7 15/7 18/1 19/8 20/18 21/2
**without [4]**   4/1 13/6 13/8 15/20
**won't [1]**   14/14
**words [2]**   12/6 13/12
**work [1]**   7/2
**would [30]**

**Y**

**year [9]**   5/6 5/14 5/19 6/1 11/24 12/17 12/23 13/17 13/18
**years [15]**   4/5 4/12 4/12 4/13 4/14 5/18 6/2 6/6 11/21 12/2 12/19 14/24 19/4 19/5 19/6
**yes [29]**
**yet [1]**   16/7
**you [64]**
**young [3]**   5/12 5/12 6/2
**your [49]**

**Z**

**zero [3]**   4/13 10/22 10/23